IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PRETRIAL RELEASE<br><br>Case No. 2:24-CR-163-TS-003<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion to Modify Conditions of Pretrial Release to Allow Internet Access to Attend Out-of State Court Hearings. For the reasons stated in the Motion, the Court grants the Motion. Defendant will be allowed access to an Internet capable device and the Internet for the limited purpose of attending virtual court hearings where Defendant's appearance is required.

It is therefore

ORDERED that Defendant's Motion to Modify Conditions of Pretrial Release to Allow Internet Access to Attend Out-of State Court Hearings (Docket No. 44) is GRANTED.

DATED this 22nd of July, 2024.

BY THE COURT:

_____
Ted Stewart
United States District Judge