IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | ORDER ALLOWING ATTENDANCE OF OUT-OF-STATE COURT HEARING<br><br><br>Case No. 2:24-cr-163 TS |

  Based on the Motion to Attend Out-of-State Court Hearing filed by defendant Kailin Wang in the above-entitled case, based on the government and pretrial services not opposing the Motion, and for good cause appearing, the Court grants the Motion and allows Ms. Wang to attend a court hearing scheduled on December 16, 2024, in San Francisco in case no. 19016407. Ms. Wang must coordinate her travel plans with her assigned pretrial release officer.

  DATED this 18th day of November, 2024.

                              BY THE COURT:

                              _____
                              Honorable Ted Stewart
                              United States District Judge