IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>       Defendant. | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>Case No. 2:24-CR-163-TS-003<br><br>District Judge Ted Stewart |

    This matter is before the Court on Defendant's Motion to Modify Conditions of Pretrial Release to allow Ms. Wang to have a smart watch with limited capabilities. For the reasons stated in the Motion, the Court grants the Motion. Defendant will be allowed to have and use a T-Mobile SyncUP Kids Watch. All other imposed conditions shall remain the same.

    It is therefore

    ORDERED that Defendant's Motion to Modify Conditions of Pretrial Release (Docket No. 58) is GRANTED.

    DATED this 18th day of February, 2025.

                                                 BY THE COURT:

                                               Ted Stewart
                                               United States District Judge