IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | ORDER ALLOWING ATTENDANCE OF<br>OUT-OF-STATE COURT HEARING<br><br><br>Case No. 2:24-cr-163 TS |

This matter is before the Court on Defendant Kailin Wang's Motion to Attend Out-of-State Hearing, filed February 18, 2025. Upon consideration of the Motion and the government's stipulation, the Court GRANTS the Motion. Ms. Wang must coordinate her travel plans with her assigned probation officer.

DATED this 21st day of February, 2025.

BY THE COURT:

Honorable Ted Stewart
United States District Judge