GREGORY FERBRACHE (Utah Bar No. 10199)
FERBRACHE LAW
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
Phone: (801) 440-7476
Email: gregory@ferbrachelaw.com

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KAILIN WANG,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:24-cr-00163-TS-1<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

I move for the pro hac vice admission of Douglas L. Rappaport, Esq. as counsel for Crime Victim-1 in accordance with The Crime Victim Rights Act, 18 U.S.C. § 3771 et seq., and I consent to serve as local counsel. I am an active member of this court's bar. Attached hereto as Exhibits 1 and 2 are the Application and Proposed Order, and the admission fee will be paid to the court at the time of filing. Attached hereto as Exhibit 3 is the Notice of Appearance For Crime Victim-1. Mr. Rappaport will electronically file Exhibit 3 after the court approves this Motion for Pro Hac Vice Admission and accepts Mr. Rappaport's registration for CM/ECF. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: April 17, 2025

FERBRACHE LAW

Gregory Ferbrache, Esq.

# EXHIBIT 1.



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Gregory Ferbrache |
| Firm: | Ferbrache Law |
| Address: | 2150 South 1300 East, Suite 500 |
| | Salt Lake City, Utah 84106 |
| | |
| Telephone: | (801) 440-7476 |
| Email: | gregory@febrachelaw.com |
| | |
| Pro Hac Vice Applicant: | Douglas Rappaport |
| Firm: | Law Offices of Douglas L. Rappaport |
| Address: | 260 California Street, Suite 1002 |
| | San Francisco, CA 94111 |
| | |
| Telephone: | (415) 989-7900 |
| Email: | admin@sfcrimlaw.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of California | 136194 | December 7, 1988 |
| USDC Northern District of California | 136194 | December 7, 1988 |
| USDC Eastern District of California | 136194 | October 16, 2006 |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

| |
|---|
| |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____    4-16-25
Signature                                                    Date

# EXHIBIT 2.

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KAILIN WANG,<br><br>Defendant. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>Case No. 2:24-cr-00163-TS-1<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Douglas L. Rappaport, Esq. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

Dated: this __ day of ____, 2025.

BY THE COURT:

_____
Name
Title

# EXHIBIT 3.

GREGORY FERBRACHE (Utah Bar No. 10199)
FERBRACHE LAW
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
Phone: (801) 440-7476
Email: gregory@ferbrachelaw.com

DOUGLAS RAPPAPORT (California Bar No. 136194) (*pro hac vice* pending)
LAW OFFICES OF DOUGLAS L. RAPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
Phone: (415) 989-7900
Email: admin@sfcrimlaw.com

Attorneys for Victim-1

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>KAILIN WANG,<br><br>    Defendant. | **NOTICE OF APPEARANCE FOR COUNSEL FOR VICTIM-1**<br><br>Case No. 2:24-cr-00163-TS-1<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

The undersigned, Douglas L. Rappaport, Esq., hereby respectfully notifies the clerk of this court and all parties of his appearance as counsel for Victim-1 and requests to be notified of all proceedings and filings throughout the duration of the case. By and through counsel, the Victim also formally asserts his rights pursuant to all applicable law, including, but not limited to, the following rights under The Crime Victims' Rights Act, 18 U.S.C. § 3771:

- The right to be reasonably protected from the accused (18 U.S.C. § 3771(a)(1));

- The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused (18 U.S.C. § 3771(a)(2));

- The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding (18 U.S.C. § 3771(a)(3));

- The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding (18 U.S.C. § 3771(a)(4));

- The reasonable right to confer with the attorney for the Government in the case (18 U.S.C. § 3771(a)(5));

- The right to full and timely restitution as provided in law (18 U.S.C. § 3771(a)(6));

- The right to proceedings free from unreasonable delay (18 U.S.C. § 3771(a)(7)); and

- The right to be treated with fairness and with respect for the victim's dignity and privacy (18 U.S.C. § 3771(a)(8)).

Dated: <u>April 29, 2025</u>

                                        LAW OFFICES OF DOUGLAS L. RAPPAPORT

                                        <u>/s/ Douglas L. Rappaport</u>
                                        DOUGLAS RAPPAPORT
                                        Attorney for Victim-1