IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>Defendant. | ORDER ALLOWING ATTENDANCE OF OUT-OF-STATE COURT HEARING<br><br><br>Case No. 2:24-cr-163 TS |

Based on the Motion to Attend Out-of-State Court Hearing filed by defendant Kailin Wang in the above-entitled case, based on the government stipulating to the Motion, and for good cause appearing, the Court grants the Motion and allows Ms. Wang to attend a court hearing scheduled on August 6, 2025 in San Francisco in case no. 19016407. Ms. Wang must provide her pretrial officer with an itinerary of her travel plans once she has made those arrangements.

DATED this 1st day of August, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge