SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Ms. Wang
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  KAILIN WANG,  Defendant. | MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE  Case No. 2:24-cr-163 TS  Judge Ted Stewart |

Kailin Wang, through counsel, moves this Court to modify the conditions of her pretrial release by allowing her to travel to Nevada and southern California for a vacation, as detailed below, with her mother and father during the holidays.

On July 9, 2024, the Court ordered Ms. Wang's release and set conditions of her release. *See* dkt. 41. As part of her pretrial release, Ms. Wang was placed on home detention and was ordered to wear a GPS ankle monitor. She remains complaint with the terms of her pretrial release.

Ms. Wang respectfully requests the Court to modify the conditions of her pretrial release by allowing her to travel with her parents to Nevada and southern California (the Los Angelas

and/or San Diego area) to sightsee during the holidays. They would leave on December 22, 2025 and return home on December 28, 2025.

Defense counsel recently emailed Aaron Mauga with Pretrial Services who confirmed that as far as he is aware, Ms. Wang is compliant with the conditions of her pretrial release, and that Ms. Wang's GPS location monitoring "will continue to monitor and track her location out of state as long as she continues to charge it as instructed." Mr. Mauga also indicated that he does not oppose Ms. Wang's request to travel as long as "the government is in agreement."

Defense counsel also emailed Joey Blanch with the United States Attorney's Office regarding this motion; Ms. Blanch indicated that as long as Ms. Wang keeps on the GPS ankle monitor and charges it, Ms. Blanch does not have an objection to this motion.

Based on these reasons, Ms. Wang requests the Court to allow her to travel to Nevada and southern California with her parents from December 22, 2025 to December 28, 2025 with the condition that she condition to wear the GPS ankle monitor and that she have it charged during her vacation.

DATED this 18th day of December, 2025.

>*/s/ Richard G. Sorenson*
> Richard G. Sorenson
> Assistant Federal Public Defender