IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br><br>Case No. 2:24-cr-163 TS |

    Based on the Motion to Modify Conditions of Pretrial Release filed by defendant Kailin Wang in the above-entitled case on December 18, 2025, based on the government not objecting to the Motion, and for good cause appearing, the Court grants the Motion and allows Ms. Wang to travel with her parents to Nevada and southern California from December 22, 2025 to December 28, 2025.  All other conditions of her pretrial release remain in effect including that she must wear the GPS ankle monitor during her vacation and keep it charged at all times.

    DATED this _____ day of December, 2025.

                                    BY THE COURT:

                                    _____
                                    Honorable Ted Stewart
                                    United States District Judge