SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Ms. Wang
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. KAILIN WANG, Defendant. | MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE Case No. 2:24-cr-163 TS |
|---|---|

Kailin Wang, through counsel, requests authorization to travel to Copenhagen, Denmark to attend a custody hearing on January 26, 2026 related to the future custody of her 7-year-old child (whose father is one of the victims in this case). In order to travel to Denmark, Ms. Wang would need to obtain her expired passport (which is currently being held in a California court) and have permission to apply for a new passport on an expedited basis.

1.  **The Government's Position.**

The government, through Assistant United States Attorney Joey Blanch, objects to this motion on the grounds that Ms. Wang has a highly disputed pending sentence (which is currently scheduled for March 24, 2026), is a flight risk if she is allowed to travel internationally and have

a passport, and that the Danish court has already allowed Ms. Wang to attend the upcoming Danish hearing remotely from the United States.

2. **Pretrial Release History.**

On July 9, 2024, the Court ordered Ms. Wang's release and set conditions of her release. *See* dkt. 41. As part of her pretrial release, Ms. Wang was placed on home detention and was ordered to wear a GPS ankle monitor. She continues to remain complaint with the terms of her pretrial release.

The Court has previously on multiple occasions allowed Ms. Wang to travel out of state for various reasons including to attend court hearings. Ms. Wang has always complied with her supervision conditions while traveling and has always returned as scheduled. Ms. Wang is requesting the same authorization here under the same conditions with the only difference being the destination of travel.

3. **Request to Travel to Denmark.**

Although custody proceedings of Ms. Wang's and the victim's child were previously in a California court, the victim and the child relocated to Denmark over a year ago where custody and visitation issues are now being addressed.

It is defense counsel's understanding from Ms. Wang that the January 26, 2026 hearing is an important custody hearing that may determine her future custody and visitation rights. Although the Danish court will allow Ms. Wang to attend the hearing remotely from the United States, the Danish court will also allow Ms. Wang to appear in-person if she obtains necessary authorization from the United States.

Although the Danish court will allow Ms. Wang to participate in the January 26th hearing by video, Ms. Wang feels her in-person presence is necessary to ensure a fair hearing because

her in-person attendance would allow her, among other things, real-time consultation with her Danish attorney to help the attorney understand the years-long complex child custody and visitation history of the case (which includes several thousands of documents and which has spanned multiple jurisdictions).  Virtual participation in the hearing may substantially impair her ability to communicate effectively with her attorney because there could be interpretation and technology delays and barriers that would affect her participation in a meaningful way in this important custody case that may determine her future custody and visitation rights of her child.

Ms. Wang's U.S. passport – which is expired – is currently held by the San Francisco Superior Court in case no. 19016407 since her arraignment in that case on October 23, 2019.  It is defense's understanding that the San Francisco court can send the expired passport to the Utah Federal Courthouse upon order from this Court to do so.

It is defense's understanding that although a standard passport renewal process takes approximately 6-8 weeks, an expedited passport process takes approximately 2-3 weeks. Because the January 26, 2026 hearing is approximately 1 month away, Ms. Wang requests from this Court an order directing the San Francisco Superior Court to transfer the passport immediately to the Utah Federal Courthouse, an order authorizing Ms. Wang to submit an expedited passport renewal application, and that the order state that expedited passport processing is necessary for international travel to attend a court hearing.

Ms. Wang's proposed travel arrangements (which she would finalize with her Pretrial Officer at least 48 hours in advance of travel) are that she depart for Denmark on January 23, 2026 and return no later than January 29, 2026 and that she find lodging near the Danish courthouse.

Ms. Wang proposes several additional conditions of her travel to Denmark including GPS monitoring if possible through Pretrial Services, daily check-ins with Pretrial services during travel, having no contact with the victim or the victim's family except as that which occurs during the court proceeding, and confirming with Pretrial Services her arrival back to the United States within two hours of her return.

Based on these reasons, Ms. Wang requests that the Court allow her to travel to Copenhagen, Denmark to attend a court hearing on January 26, 2026; that the Court order the San Francisco Superior Court to transfer her expired passport immediately to the Utah Federal Courthouse; and that the Court allow Ms. Wang to apply for an expedited passport renewal.

DATED this 23rd day of December, 2025.

/s/ Richard G. Sorenson
Richard G. Sorenson
Assistant Federal Public Defender