IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>Defendant. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br><br>Case No. 2:24-cr-163 TS |

Based on the Motion to Modify Conditions of Pretrial Release (hereafter the "Motion) filed by defendant Kailin Wang in the above-entitled case on December 23, 2025, it is hereby

ordered that the defendant's Motion is granted;

ordered that Ms. Wang is allowed to travel to Copenhagen, Denmark to attend a court hearing on January 26, 2026. She is allowed to leave to Denmark on January 23, 2026 and must return to the United States no later than January 29, 2026;

ordered that while in Denmark, she must find lodging and stay near the courthouse where the January 26, 2026 hearing will occur;

ordered that the San Francisco Superior Court in case no. 19016407 transfer Ms. Wang's expired passport immediately to the Utah Federal Courthouse;

ordered that Ms. Wang can apply for an expedited passport renewal, which expedited renewal is necessary for international travel to attend a court hearing in Denmark on January 26, 2026;

ordered that Ms. Wang be monitored by Pretrial Services through GPS if possible during her travel to Denmark;

ordered that she check-in daily with Pretrial Service during her travel to Denmark;

ordered that she can have no contact with the victim or victim's family except as that which occurs during the Danish court proceeding;

ordered that she confirm with Pretrial Services her arrival back to the United States within two hours of her return.

DATED this _____ day of December, 2025.

BY THE COURT:

_____
Honorable Ted Stewart
United States District Judge