| **DV-110** | *Amended* Temporary Restraining Order | Clerk stamps date here when form is filed. |
|---|---|---|

RECEIVED FEB 15 2019

FILED
San Francisco County Superior Court
MAR -6 2019
CLERK OF THE COURT
BY: _____ Deputy Clerk

*Person in ① must complete items ①, ②, and ③ only.*

**① Name of Protected Person:**
CHRISTOFFER STANFORD THYGESEN

Your lawyer in this case *(if you have one)*:
Name: DARRICK T. CHASE, ESQ.   State Bar No.: 151256
Firm Name: KAYE•MOSER•HIERBAUM•FORD LLP
Address *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 101 California Street, Suite 2300
City: San Francisco   State: CA   Zip: 94111
Telephone: (415) 296-8868   Fax: (415) 495-1771
E-mail Address: dchase@kayemoser.com

*Fill in court name and street address:*
Superior Court of California, County of
San Francisco
400 McAllister Street
San Francisco CA 94102

**② Name of Restrained Person:**
KAILIN WANG

*Court fills in case number when form is filed.*
Case Number: FDV-19-814465

Description of restrained person:

| Sex: ☐ M ☒ F | Height: Approx. 5'4" | Weight: Approx. 130 | Hair Color: Brown | Eye Color: Brown/Hzl |
|---|---|---|---|---|
| Race: Asian | | | Age: 36 | Date of Birth: 1/20/1983 |

Address *(if known)*: UNKNOWN (WANG MAY BE TEMP. AT 2481 FAIRWAY DR., SPANISH FORK, UTAH 84660)
City: LOS ANGELES COUNTY PER CHILD'S BIRTH CERTIF.   State: CA   Zip: Unknown
Relationship to protected person: MOTHER OF HIS CHILD

**③ ☒ Additional Protected Persons**

In addition to the person named in ①, the following persons are protected by temporary orders as indicated in items ⑥ and ⑦ *(family or household members)*:

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| TERESA THYGESEN | MOTHER | FEMALE | 62 |
| ALLAN THYGESEN | FATHER | MALE | 57 |
| ELISE THYGESEN | SISTER | FEMALE | 28 |

☒ Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-110, Additional Protected Persons" as a title.

*The court will complete the rest of this form.*

**④ Court Hearing**

*This order expires at the end of the hearing stated below:*

Hearing Date: 4/10/19   Time: 8:30   ☒ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

Temporary Restraining Order
(CLETS—TRO)
(Domestic Violence Prevention)

DV-110, Page 1 of 6 →
Westlaw Doc & Form Builder

| | Case Number: |
|---|---|
| | |

**(5)** ☐ **Criminal Protective Order**
  a. ☐ A criminal protective order on Form CR-160, *Criminal Protective Order—Domestic Violence*, is in effect.
     Case Number: _____ County: _____ Expiration Date: _____
  b. ☐ No information has been provided to the judge about a criminal protective order.

### To the person in ②

The court has granted the temporary orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**(6)** **Personal Conduct Orders**    ☐ Not requested    ☐ Denied until the hearing    ☒ Granted as follows:

  a. You must **not** do the following things to the person in ① and ☒ persons in ③:
     - ☒ Harass, attack, strike, threaten, assault *(sexually or otherwise)*, hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate *(on the Internet, electronically or otherwise)*, or block movements
     - ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means
     - ☒ Take any action, directly or through others, to obtain the addresses or locations of the persons in ① *and* ③. *(If this item is not checked, the court has found good cause not to make this order.)*
  b. Peaceful written contact through a lawyer or process server or another person for service of Form DV-120 *(Response to Request for Domestic Violence Restraining Order)* or other legal papers related to a court case is allowed and does not violate this order.
  c. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(7)** **Stay-Away Order**    ☐ Not requested    ☐ Denied until the hearing    ☒ Granted as follows:

  a. You must stay at least *(specify)*: 100    yards away from *(check all that apply)*:
     - ☒ The person in ①
     - ☒ Home of person in ①
     - ☒ The job or workplace of person in ①
     - ☒ Vehicle of person in ①
     - ☒ School of person in ①
     - ☒ The persons in ③
     - ☒ The child(ren)'s school or child care
     - ☒ Other *(specify)*: home, job, school and vehicle of persons in 3.
  b. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(8)** **Move-Out Order**    ☒ Not requested    ☐ Denied until the hearing    ☐ Granted as follows:

You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address)*: _____

### This is a Court Order.

Case Number: _____

**(9) No Guns or Other Firearms or Ammunition**
  a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.
  b. You must:
    • Sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms within your immediate possession or control. Do so within 24 hours of being served with this order.
    • Within 48 hours of receiving this order, file with the court a receipt that proves guns have been turned in, stored, or sold. (You may use <u>Form DV-800</u>, *Proof of Firearms Turned In, Sold, or Stored,* for the receipt.) Bring a court filed copy to the hearing.
  c. [X] The court has received information that you own or possess a firearm.

**(10) Record Unlawful Communications**
  ☐ Not requested   ☐ Denied until the hearing   [X] Granted as follows:
  The person in (1) can record communications made by you that violate the judge's orders.

**(11) Care of Animals**   [X] Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
  The person in (1) is given the sole possession, care, and control of the animals listed below. The person in (2) must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:

  _____
  _____

**(12) Child Custody and Visitation** ☐ Not requested   ☐ Denied until the hearing   [X] Granted as follows:
  Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order* or *(specify other form):* _____. The parent with temporary custody of the child must not remove the child from California unless the court allows it after a noticed hearing (Fam. Code, § 3063).

**(13) Child Support**
  Not ordered now but may be ordered after a noticed hearing.

**(14) Property Control**   [X] Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
  Until the hearing, *only* the person in (1) can use, control, and possess the following property:

**(15) Debt Payment**   [X] Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
  The person in (2) must make these payments until this order ends:
  Pay to: _____   For: _____   Amount: $ _____   Due date: _____
  Pay to: _____   For: _____   Amount: $ _____   Due date: _____

**(16) Property Restraint**   [X] Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
  If the people in (1) and (2) are married to each other or are registered domestic partners, ☐ the person in (1) ☐ the person in (2) must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. *(The person in (2) cannot contact the person in (1) if the court has made a "no contact" order.)*

  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

Case Number:

**(17) Spousal Support**

Not ordered now but may be ordered after a noticed hearing.

**(18) Rights to Mobile Device and Wireless Phone Account**

  a. **Property control of mobile device and wireless phone account**
  [X] Not requested  [ ] Denied until the hearing  [ ] Granted as follows:
  Until the hearing, only the person in (1) can use, control, and possess the following property:
  Mobile device *(describe)* _____ and account *(phone number)*: _____
  Mobile device *(describe)* _____ and account *(phone number)*: _____
  Mobile device *(describe)* _____ and account *(phone number)*: _____
  [ ] Check here if you need more space. Attach a sheet of paper and write "DV-110 Rights to Mobile Device and Wireless Phone Account" as a title.

  b. **Debt Payment**  [X] Not requested  [ ] Denied until the hearing  [ ] Granted as follows:
  The person in (2) must make these payments until this order ends:
  Pay to *(wireless service provider)*: _____ Amount: $ _____ Due date: _____

  c. **Transfer of Wireless Phone Account**
  Not ordered now but may be ordered after a noticed hearing.

**(19) Insurance**

[ ] The person in (1)  [ ] the person in (2) is ordered NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties, or their child(ren), if any, for whom support may be ordered, or both.

**(20) Lawyer's Fees and Costs**

Not ordered now but may be ordered after a noticed hearing.

**(21) Payments for Costs and Services**

Not ordered now but may be ordered after a noticed hearing.

**(22) Batterer Intervention Program**

Not ordered now but may be ordered after a noticed hearing.

**(23) Other Orders**  [ ] Not requested  [ ] Denied until the hearing  [X] Granted as follows:
Kailin Wang shall refrain from, directly or indirectly, harassing, defaming, impersonating, inflicting significant emotional distress on, & disclosing confidential information (including without limitation confidential communications and intimate private information about any Protected Person, to any person. SEE ATTACHED DV-110 TEMPORARY RESTRAINING ORDERS (CLETS-TRO) (Domestic Violence) Other Orders.

[X] Check here if there are additional orders. List them on an attached sheet of paper and write "DV-110, Other Orders" as a title.

**(24) No Fee to Serve (Notify) Restrained Person**
If the sheriff serves this order, he or she will do so for free.

Date: 3/6/19

Judge (or Judicial Officer)
RICHARD C. DARWIN

**This is a Court Order.**

| Case Number: |
|---|
|  |

## Warnings and Notices to the Restrained Person in ②

### If You Do Not Obey This Order, You Can Be Arrested And Charged With a Crime.
- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

### You Cannot Have Guns, Firearms, And/Or Ammunition.



You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect.

### Service of Order by Mail
If the judge makes a restraining order at the hearing, which has the same orders as in this form, you will get a copy of that order by mail at your last known address, which is written in ②. If this address is incorrect, or to find out if the orders were made permanent, contact the court.

### Child Custody, Visitation, and Support
- **Child custody and visitation:** If you do not go to the hearing, the judge can make custody and visitation orders for your children without hearing from you.
- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve a *Financial Statement (Simplified)* (form FL-155) or an *Income and Expense Declaration* (form FL-150) if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.
- **Spousal support:** File and serve an *Income and Expense Declaration* (form FL-150) so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

### Arrest Required if Order Is Violated
If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

**This is a Court Order.**

| | Case Number: |
|---|---|
| | |

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, §13710(b).)

### Conflicting Orders–Priorities for Enforcement
**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced according to the following priorities (see Pen. Code, § 136.2, and Fam. Code, §§ 6383(h), 6405(b)):**
1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001), and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

### Child Custody and Visitation
- The custody and visitation orders are on form DV-140, items ③ and ④ They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.
- **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

| Certificate of Compliance With VAWA |
|---|
| This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.** |



*(Clerk will fill out this part.)*

—**Clerk's Certificate**—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: MAR - 6 2019     Clerk, by SADIE [signature]     , Deputy

**This is a Court Order.**

| | | MC-025 |
|---|---|---|
| SHORT TITLE:<br>IN RE THYGESEN V. WANG | CASE NUMBER: | |

ATTACHMENT *(Number):* ____3____

*(This Attachment may be used with any Judicial Council form.)*

DV-110, Additional Protected Persons

| Full Name | Relationship to Person in 1 | Sex | Age |
|---|---|---|---|
| EMMA THYGESEN | SISTER | FEM. | 23 |
| JAMES THYGESEN | BROTHER | MALE | 20 |
| INGE THYGESEN | GRANDMOTHER-WIFE OF NIELS | FEMALE | 83 |
| NIELS THYGESEN | GRANDFATHER | MALE | 84 |

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

| **DV-140** | **Child Custody and Visitation Order** | Case Number: |
|---|---|---|

This form is attached to *(check one):* ☒ DV-110  ☐ DV-130

**① Name of Protected Person:** CHRISTOFFER STANFORD THYGESEN   ☐ Mom ☒ Dad ☐ Other*

**② Other Parent's Name:** KAILIN WANG   ☒ Mom ☐ Dad ☐ Other*

* If Other, *specify relationship to child:* _____

## The Court Orders:

**③ ☒ Child Custody** is ordered as follows:

**Legal Custody to:** *(Person who makes decisions about health, education. Check at least one.)*

**Physical Custody to:** *(Person the child lives with. Check at least one.)*

| Child's Name | Date of Birth | Mom | Dad | Other* | Mom | Dad | Other* |
|---|---|---|---|---|---|---|---|
| a. KAYSON THYGESEN WANG | 11/26/2018 | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |
| b. | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ If more children, check here. Attach a sheet of paper and write "DV-140, Child Custody" for a title.

* If Other, *specify relationship to child and name of person:* _____

**④ ☒ Child Visitation** is ordered as follows:
  a. ☒ No visitation to   ☒ Mom  ☐ Dad  ☐ Other *(name):* _____
  b. ☐ See the attached _____ - page document, dated: _____
  c. ☐ The parties must go to mediation at: _____
  d. ☐ Until the next court order, visitation for ☐ Mom  ☐ Dad  ☐ Other *(name):* _____ will be:
     (1) ☐ **Weekends** *(starting):* _____ *(The 1st weekend of the month is the 1st weekend with a Saturday.)*
       ☐ 1st  ☐ 2nd  ☐ 3rd  ☐ 4th  ☐ 5th weekend of month
       from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
         *(day of week)*   *(time)*              *(day of week)*   *(time)*
     (2) ☐ **Weekdays** *(starting):* _____
       from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
         *(day of week)*   *(time)*              *(day of week)*   *(time)*
     (3) ☐ **Other Visitation**

  *Check here and attach a sheet of paper if there are other visitation days and times, like holidays, birthdays, sports events. List dates and times. Write "DV-140, Other Visitation" for a title.*

**⑤ ☒ Supervised Visitation or Exchange**

Visits and/or exchanges of children are supervised as specified on Form DV-150, *Supervised Visitation and Exchange Order*.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2012, Mandatory Form
Family Code, §§ 3020, 3022, 3040–3043, 3100, 6340,7604

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

DV-140, Page 1 of 2
Westlaw Doc & Form Builder →

Case Number: _____

### ⑥ ☒ Responsibility for Transportation for Visitation

"Responsibility for transportation" means the parent will take or pick up the child or make arrangements for someone else to do so.

a. ☐ Mom ☒ Dad ☐ Other (name): CHRISTOFFER S. THYGESEN   take children to the visits.
b. ☐ Mom ☒ Dad ☐ Other (name): CHRISTOFFER S. THYGESEN   pick up children from the visits.
c. ☒ Drop-off / pick-up of children will be at (address):
   TO BE DETERMINED.

### ⑦ ☒ Travel with Children

☒ Mom ☐ Dad ☐ Other (name): KAILIN WANG   *must* have written permission from the other parent, or a court order, to take the children outside of:

a. ☒ The State of California
b. ☒ The United States of America
c. ☒ Other place(s) (list): NO TRAVEL WITH KAYSON THYGESEN WANG AT ALL.

### ⑧ ☒ Child Abduction

There is a risk that one of the parents will take the children out of California without the other parent's permission. ☒ The orders in Form DV-145, *Order: No Travel with Children,* are attached and must be obeyed. *(Fill out and attach Form DV-145 to this form.)*

### ⑨ ☐ Other Orders

*Check here and attach any other orders to this form. Write "DV-140, Other Orders" as a title.*

### ⑩ Jurisdiction

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with § 3400).

### ⑪ Notice and Opportunity to Be Heard

The responding party was given reasonable notice and an opportunity to be heard as provided by the laws of the State of California.

### ⑫ Country of Habitual Residence

The country of habitual residence of the child or children in this case is ☒ The United States of America or ☐ Other (specify): _____ .

### ⑬ Penalties for Violating This Order

If you violate this order, you may be subject to civil or criminal penalties, or both.

### ⑭ Duration of Child Custody, Visitation, and Support Orders

If this form is attached to Form DV-130 *(Restraining Order After Hearing)*, the custody and visitation orders in this form remain in effect after the restraining orders on Form DV-130 end.

**This is a Court Order.**

| DV-145 | Order: No Travel With Children | Case Number: |
|---|---|---|

This form is attached to DV-140, *Child Custody and Visitation Order.*

① **Name of Protected Person:** CHRISTOFFER STANFORD THYGESEN    ☐ Mom  ☒ Dad  ☐ Other*

② **Other Parent's Name:** KAILIN WANG    ☒ Mom  ☐ Dad  ☐ Other*

*If Other, specify relationship to child: _____

## The Court Finds:

③ There is a risk that *(name of parent):* KAILIN WANG  might take the children without permission because that parent *(check all that apply):*

a. ☐ Has violated—or threatened to violate—a custody or visitation order in the past
b. ☐ Does not have strong ties to California
c. ☒ Has done things that make it easy for him or her to take the child without permission.
   He or she has *(check all that apply):*
   ☐ Quit his or her job                    ☐ Sold his or her home
   ☐ Closed a bank account                  ☐ Ended a lease
   ☐ Sold or gotten rid of assets           ☐ Hidden or destroyed documents
   ☒ Applied for a passport, birth certificate, or school or medical records

d. ☒ Has a history of *(check all that apply):*
   ☒ Domestic violence
   ☐ Child abuse
   ☐ Not cooperating with the other parent in parenting
   ☐ Taking the children without permission

e. ☒ Has a criminal record
f. ☒ Has family or emotional ties to another county, state or foreign country
   *Note: If (f) is checked, at least one other item in items (a)–(e) must be checked also.*

## The Court Orders:

The Court makes the orders, checked below, to prevent the parent in ③ from taking the children without permission. These orders are valid in other states and any country that has signed The Hague Convention on the Civil Aspects of International Child Abduction.

④ ☒ **Post a Bond**
   The parent in ③ must post a bond for $ 100000        .

⑤ ☒ **Do Not Move Without Written Permission of the Other Parent or Court Order**
   The parent in ③ must *not* move with the children outside  ☒ This county  ☒ California
   ☒ The United States
   Other *(specify):* KAILIN WANG MAY NOT REMOVE THE CHILD FROM THE SUPERVISION LOCATION.
   without written permission from the other parent or a court order.

⑥ ☒ **Do Not Travel Without Permission of the Other Person or Court Order**
   The parent in ③ must *not* travel with the children outside *(check all that apply):*
   ☒ This county  ☒ California  ☒ The United States  ☒ Other *(specify):* NO TRAVEL WITH CHILD.
   without written permission of the other parent or a court order. _____

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January, 2012, Mandatory Form
Family Code, § 3048, 42 USC § 11601 et seq.

**Order: No Travel With Children**
(Domestic Violence Prevention)

DV-145, Page 1 of 2
Westlaw Doc & Form Builder →

| Case Number: |
|---|

**(7)** ☒ **Notify Other State of Travel Restrictions**
The parent in ③ must register this order in the state of ANY STATE _____ before the children can travel to that state for visits.

**(8)** ☒ **Turn In and Do Not Apply for Passports or Other Vital Documents**
The parent in ③ must *not* apply for passports or other documents (such as visas or birth certificates) that can be used for travel, and must turn in the following documents: BIRTH CERTIFICATE, PASSPORTS, ANY OTHER IDENTIFYING DOCUMENTS.

**(9)** ☒ **Provide Itinerary and Other Travel Documents**
The parent in ③ must give the other parent the following before traveling with the children:
☒ The children's travel itinerary
☒ Copies of round-trip airline tickets
☒ Addresses and telephone numbers where the children can be reached
☒ An open airline ticket for the other parent in case the children are not returned
☒ Other *(specify):* KAILIN WANG IS NOT ALLOWED TO TRAVEL AT ALL.

**(10)** ☒ **Notify Foreign Embassy or Consulate of Passport Restrictions**
The parent in ③ must notify the embassy or consulate of CHINA _____ of this order and provide the court with proof of that notification within 3 _____ calendar days.

**(11)** ☒ **Foreign Custody and Visitation Order**
The parent in ③ must get a foreign custody and visitation order equal to the most recent U.S. order before the children can travel to that country for visits. The court recognizes that foreign orders may be changed or enforced depending on the laws of that country.

**(12)** ☒ **Enforcing the Order**
The court authorizes any law enforcement officer to enforce this order. In this county, contact the Child Abduction Unit of the Office of the District Attorney at:
Bureau of Investigations, 850 Bryant Street, #301, San Francisco, CA., 94103, PH: (415) 553-1030, Fax: (415) 553-1410; Court Also authorizes any law enforcement officer in any state where Kayson Thygesen Wang is located.

**(13)** ☒ **Other**
KAILIN WANG MAY NOT TRAVEL AT ALL WITH KAYSON THYGESEN WANG.

### Notice to Authorities in Other States and Countries

This court has jurisdiction to make child custody orders under California's Uniform Child Custody Jurisdiction and Enforcement Act (California Family Code, part 3, § 3400 et seq.) and The Hague Convention on the Civil Aspects of International Child Abduction (42 U.S.C. § 11601 et seq.). If jurisdiction is based on other factors, they will be listed in paragraph 13 above.

**This is a Court Order.**

Rev. January 1, 2012              **Order: No Travel With Children**              DV-145, Page 2 of 2
                                  (Domestic Violence Prevention)

**GRANTED OTHER ORDERS**

Accordingly, the Court issues the requested Orders in Mr. Thygesen's DV 110 and further hereby ORDERS that:

1. Ms. Kailin Wang and anyone acting in concert or cooperation with her or who is possession of the child Kayson Thygesen Wang is Ordered to immediately turn over the minor child Kayson Thygesen Wang to Mr. Christoffer S. Thygesen. Mr. Thygesen may retrieve the child with the assistance of the District Attorney's Child Abduction Unit under Family Code section 3130 et seq. Ms. Thygesen may also retrieve the child with the assistance of the appropriate authorities in Utah or any other state in which Wang has taken the child, including but not limited to local police, city police, state police or other police, a District Attorney office, a City Attorney's office or authorities similar to the District Attorney's Child Abduction Unit.

2. ~~Ms. Wang shall refrain from, directly or indirectly, defaming, impersonating, inflicting significant emotional distress on, and disclosing confidential information (including without limitation confidential communications and intimate private information) about~~ any protected ~~person, to any~~ person.

3. ~~To the extent any internet postings that would be prohibited by Paragraph 1~~ remain online, ~~Ms. Wang is ordered to attempt to take them down — including from medium.com, thedirty.com, holysmoke.com, wtfscam.org, internetcheaters.com, exposecheatersonline.com, badbizreport.com, facebook.com, Instagram.com and not republish in any forum, whether online, through email, or otherwise. Ms. Wang is ordered to provide verification of her efforts to take said posts down.~~

4. ~~The Court finds that the statement, "Christoffer Thygesen forced me to kill 18-week old baby," made, for example, on February 11, 2019, by the fictitious @Christoffer_Thygesen account to social media platform Medium.com at URL https://medium.com/@jbarketn345/christoffer-thygesen-forced-me-to-kill-18-week-old-baby-daf4f1b40fea, is false, and at least defamatory; accordingly, Ms. Wang is prohibited from continuing its repetition.~~

3