FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Prepared by the Court <br><br> TELEPHONE NO.:  FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | **FILED** <br> San Francisco County Superior Court <br><br> JUL 30 2021 <br><br> CLERK OF THE COURT <br> BY: _____ <br> Deputy Clerk |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO <br> STREET ADDRESS: 400 McAllister St. <br> MAILING ADDRESS: 400 McAllister St. <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> BRANCH NAME: Unified Family Court | |
| PETITIONER/PLAINTIFF: Christoffer Stanford Thygesen <br><br> RESPONDENT/DEFENDANT: Kailin Wang <br><br> OTHER PARTY: | |
| **FINDINGS AND ORDER AFTER HEARING** | CASE NUMBER: <br> FDV-19-814465 |

1. This proceeding was heard
   on *(date)*: July 29, 2021  at *(time)*: 03:00 p.m.  in Dept.: 405   Room: 405
   by Judge *(name)*: Monica F. Wiley  ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed *(date)*:  by *(name)*:
   a. ☒ Petitioner/plaintiff present              ☒ Attorney present *(name)*: D. Chase, D. Rappaport
   b. ☒ Respondent/defendant present, appearing remotely  ☐ Attorney present *(name)*:
   c. ☐ Other party present                      ☐ Attorney present *(name)*:

**THE COURT ORDERS**

2. Custody and visitation/parenting time:   As attached  ☒ on form FL-341   ☐ Other   ☐ Not applicable

3. Child support:   As attached   ☐ on form FL-342   ☐ Other   ☒ Not applicable

4. Spousal or family support:   As attached   ☐ on form FL-343   ☐ Other   ☒ Not applicable

5. Property orders:   As attached   ☐ on form FL-344   ☐ Other   ☒ Not applicable

6. Attorney's fees:   As attached   ☐ on form FL-346   ☐ Other   ☒ Not applicable

7. Other orders:   ☒ As attached   ☐ Not applicable

8. All other issues are reserved until further order of court.

9. ☒ This matter is continued for further hearing on *(date)*: Oct-06-2021   at *(time)*: 01:30 p.m.   in Dept.: 405
   on the following issues:   status conference

Date: July 29, 2021

Approved as conforming to court order.

▶ _____
   Honorable Monica F. Wiley
   JUDICIAL OFFICER

▶ SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER/PLAINTIFF   ☐ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

FDV-19-814465

CEB® Essential Forms
ceb.com

MC-025

| SHORT TITLE: THYGESEN v WANG | CASE NUMBER: FDV-19-814465 |
|---|---|

**ATTACHMENT** *(Number)* : ___1___
*(This Attachment may be used with any Judicial Council form.)*

1) Based on testimony and evidence at the ex parte hearings, the Court herby grants the Petitioner's ex parte application and makes the following findings:
   a) Under FC §3048 the Court finds a risk of abduction as follows:
      i. RESPONDENT has no close ties to the State of California
      ii. Respondent's residence is Utah and Respondent has strong familial ties to Utah
      iii. Respondent has engaged in escalating behavior in an effort to locate the child and find out information of the minor child.
      iv. Respondent is currently unemployed and has no financial ties to the State.
      v. Respondent has recently attempted to obtain the minor's school and medical records, and his passport application.
      vi. Respondent and Petitioner have demonstrated a lack of parental cooperation since the child's birth and throughout these proceedings.

2) Accordingly, pending further Court order or an agreement of parties, all future visitation by Respondent and the minor child shall be by video through ACAFS.

3) Family Court Services (FCS) shall contact ACAFS to determine if they can schedule more frequent video visits between Respondent and the minor child. FCS shall contact counsel and parties to try and facilitate a mutually agreeable video visitation schedule. If the parties are unable to reach an agreement, the Court will issue an order setting the visitation schedule.

4) This matter shall be continued to 10/06/2021 at 1:30pm in Dept. 405 for Status Conference. Status Conference statements are due 10 days prior to the hearing and shall be no more than 5 pages excluding exhibits.

SO ORDERED.
/ / / / /

---

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __2__ of __5__
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

FDV-19-814465



FL-341

| PETITIONER: Christoffer Stanford Thygesen | CASE NUMBER: |
|---|---|
| RESPONDENT: Kailin Wang | FDV-19-814465 |
| OTHER PARENT/PARTY: | |

## CHILD CUSTODY AND VISITATION (PARENTING TIME) ORDER ATTACHMENT

TO  [x] *Findings and Order After Hearing* (form FL-340)   [ ] *Judgment* (form FL-180)   [ ] *Judgment* (form FL-250)

[ ] *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355)

[ ] Other *(specify):*

1. **Jurisdiction.** This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (Fam. Code, §§ 3400–3465).
2. **Notice and opportunity to be heard.** The responding party was given notice and an opportunity to be heard, as provided by the laws of the State of California.
3. **Country of habitual residence.** The country of habitual residence of the child or children in this case is
   [x] the United States   [ ] Other *(specify):*
4. **Penalties for violating this order.** If you violate this order, you may be subject to civil or criminal penalties, or both.
5. [x] **Child Custody.** Custody of the minor children of the parties is awarded as follows:

| Child's Name | Birth Date | Legal custody to: (person who makes decisions about health, education, etc.) | Physical custody to: (person with whom child lives) |
|---|---|---|---|
| Kayson Thygesen Wang | Nov-26-2018 | Christoffer Stanford Thygesen | Christoffer Stanford Thygesen |

\* per Amended Temporary Restraining Order filed Mar-06-2019\*

6. [ ] **Child abduction prevention.** There is a risk that one of the parties will take the children out of California without the other party's permission. (*Child Abduction Prevention Orders Attachment* (form FL-341(B)) must be attached and must be obeyed.)

7. [x] **Visitation (Parenting Time)**
   a. [ ] Reasonable right of visitation to the party without physical custody **(not appropriate in cases involving domestic violence)**
   b. [x] See the attached ___1___ -page document.
   c. [ ] The parties will go to child custody mediation or child custody recommending counseling at *(specify date, time, and location):*
   d. [ ] No Visitation (Parenting Time)
   e. [ ] Visitation (Parenting Time) for the [ ] petitioner [ ] respondent [ ] other *(name):*
      will be as follows:
      (1) [ ] **Weekends starting** *(date):*
         (Note: The first weekend of the month is the first weekend with a Saturday.)
         [ ] 1st  [ ] 2nd  [ ] 3rd  [ ] 4th  [ ] 5th   weekend of the month
         from _____ at _____ [ ] a.m. [ ] p.m./ if applicable, specify: [ ] start of school [ ] after school
           *(day of week)*   *(time)*
         to _____ at _____ [ ] a.m. [ ] p.m./ if applicable, specify: [ ] start of school [ ] after school
           *(day of week)*   *(time)*
         (a) [ ] The parties will alternate the fifth weekends, with the [ ] petitioner [ ] respondent
             [ ] other parent/party  having the initial fifth weekend, which starts *(date):*
         (b) [ ] The [ ] petitioner [ ] respondent [ ] other parent/party  will have the
             fifth weekend in [ ] odd [ ] even  numbered months.

**THIS IS A COURT ORDER.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
FL-341 [Rev. July 1, 2016]
CEB Essential Forms
ceb.com

**CHILD CUSTODY AND VISITATION (PARENTING TIME) ORDER ATTACHMENT**

Family Code, §§ 3020, 3022, 3025,
3040-3043, 3048, 3100, 6340, 7604
www.courts.ca.gov

FDV-19-814465

FL-341

| PETITIONER: Christoffer Stanford Thygesen | CASE NUMBER: |
| RESPONDENT: Kailin Wang | FDV-19-814465 |
| OTHER PARENT/PARTY: | |

7. **Visitation (Parenting Time)** (continued)
   e. (2) ☐ Alternate weekends starting (date):

   from _____ at _____ ☐ a.m. ☐ p.m./ if applicable, specify: ☐ start of school ☐ after school
         (day of week)    (time)

   to _____ at _____ ☐ a.m. ☐ p.m./ if applicable, specify: ☐ start of school ☐ after school
       (day of week)    (time)

   (3) ☐ **Weekdays starting** (date):

   from _____ at _____ ☐ a.m. ☐ p.m./ if applicable, specify: ☐ start of school ☐ after school
       (day of week)    (time)

   to _____ at _____ ☐ a.m. ☐ p.m./ if applicable, specify: ☐ start of school ☐ after school
       (day of week)    (time)

   (4) ☐ Other visitation (parenting time) days and restrictions are: ☐ listed in Attachment 7e(4) *(form MC-025 may be used for this purpose)* ☐ as follows:

8. ☐ **Supervised visitation (parenting time).** Until ☐ further order of the court ☐ other *(specify):*
   the ☐ petitioner ☐ respondent ☐ other *(name):*
   will have supervised visitation (parenting time) with the minor children according to the schedule set forth on page 1.
   **(You must attach Supervised Visitation Order (form FL-341(A).)**

9. ☐ **Transportation for visitation (parenting time)**
   a. The children must be driven only by a licensed and insured driver. The car or truck must have legal child restraint devices.
   b. ☐ Transportation **to** begin the visits will be provided by the   ☐ petitioner   ☐ respondent ☐ other *(specify):*
   c. ☐ Transportation **from** the visits will be provided by the   ☐ petitioner   ☐ respondent ☐ other *(specify):*
   d. ☐ The exchange point at the beginning of the visit will be at *(address):*
   e. ☐ The exchange point at the end of the visit will be at *(address):*
   f. ☐ During the exchanges, the party driving the children will wait in the car and the other party will wait in his or her home (or exchange location) while the children go between the car and the home (or exchange location).
   g. ☐ Other *(specify):*

10. ☐ **Travel with children.** The ☐ petitioner ☐ respondent ☐ other parent/party *(name):*
    **must** have written permission from the other parent or a court order to take the children out of
    a. ☐ the state of California.
    b. ☐ the following counties *(specify):*
    c. ☐ other places *(specify):*

***THIS IS A COURT ORDER.***

| FL-341 [Rev. July 1, 2016] | **CHILD CUSTODY AND VISITATION (PARENTING TIME) ORDER ATTACHMENT** | Page 2 of 3 |
| CEB Essential Forms ceb.com | | FDV-19-814465 |

FL-341

| PETITIONER: Christoffer Stanford Thygesen | CASE NUMBER: |
| RESPONDENT: Kailin Wang | FDV-19-814465 |
| OTHER PARENT/PARTY: | |

11. ☐ **Holiday schedule.** The children will spend holiday time as listed ☐ below ☐ in the attached schedule. *(Children's Holiday Schedule Attachment (form FL-341(C)) may be used for this purpose.)*

12. ☐ **Additional custody provisions.** The parents will follow the additional custody provisions listed ☐ below ☐ in the attached schedule. *(Additional Provisions—Physical Custody Attachment (form FL-341(D)) may be used for this purpose.)*

13. ☐ **Joint legal custody.** The parents will share joint legal custody as listed ☐ below ☐ in the attached schedule. *(Joint Legal Custody Attachment (form FL-341(E)) may be used for this purpose.)*

14. ☐ **Access to children's records.** Both the custodial and noncustodial parent have the right to access records and information about their minor children (including medical, dental, and school records) and consult with professionals who are providing services to the children.

15. ☒ **Other** *(specify):*

See attached MC-025.

---

*THIS IS A COURT ORDER.*

| FL-341 [Rev. July 1, 2016] | **CHILD CUSTODY AND VISITATION (PARENTING TIME) ORDER ATTACHMENT** | Page 3 of 3 |
| CEB Essential Forms | FDV-19-814465 | |

# PROOF OF SERVICE

I certify that I am not a party to this action, that I served a copy of this **FINDINGS AND ORDER AFTER HEARING** by emailing a copy thereof to the emails addressed as follows *or* placing a copy thereof in a sealed envelope, addressed as follows:

**DOUGLAS RAPPAPORT**
admin@sfcrimlaw.com

**DARRICK CHASE**
DChase@kayemoser.com

**MICHELENE INSALACO**
mi@sucherman-insalaco.com

**KAILIN WANG**
kaywg2372@gmail.com


[X] From email department405@sftc.org

[ ] I then placed the sealed envelopes in the outgoing mail at 400 McAllister St. San Francisco, CA 94102 on the date indicated below for collection, attachment of the required prepaid postage, and mailing on that date following standard court practices.

Date: July 30, 2021

Dan Leung, Deputy Clerk of the Court