

# Spanish Fork Police
Incident Report 19SF01599

***Confidentiality Notice***

The information in this document is confidential and/or privileged. It is intended to be reviewed by only the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination, or copying of this document and its attachments, if any, or the information contained herein, is prohibited.

|  |  |
|---|---|
| **Nature:** WELF CHEC 6 | **Address:** 2481 S FAIRWAY DR |
| **Location:** Spanish Oaks | Spanish Fork UT 84660 |

| | | |
|---|---|---|
| **Offense Reported:** | **Offense Observed:** DCFS | |
| **Offense Codes:** Citizen Assist DCFS Case | | |
| **Received By:** Tauaefa K DD | **How Received:** Telephone | **Agency:** SFPD |
| **Responding Officers:** Solie E (SF) Smith D (SF) | | |
| **Responsible Officers:** Solie E (SF) | **Disposition:** Information Only 03/11/19 | |
| **When Reported:** 14:13:17 03/06/19 | **Occurred Between:** 14:12:27 03/06/19 and 14:12:27 03/06/19 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** \*\*/\*\*/\*\* |
| **Status:** | **Status Date:** \*\*/\*\*/\*\* | **Due Date:** \*\*/\*\*/\*\* |

**Radiolog:**

| | | |
|---|---|---|
| **Unit:** 6J22 | **Enroute:** 14:19:41 03/06/19 | **Arrived:** 14:27:22 03/06/19 |
| | **Completed:** 15:09:20 03/06/19 | |

| | | |
|---|---|---|
| **Unit:** 6J34 | **Enroute:** 14:19:29 03/06/19 | **Arrived:** 14:29:36 03/06/19 |
| | **Completed:** 15:09:41 03/06/19 | |

**REPORTEES:**
**Name:** HILLARD HEINTZE,     **Name Number:** 1206993

[redacted]

rplwdir.x91

SENT TO Beau Olser
DATE 8.9.19        08/09/19
SENT BY Jim Thorpe

**WITNESSES:**

Name: UTAH COUNTY CONSTABLE,    Name Number: S10552
Race:        Sex:        DOB: **/**/**  Hght: ' "    Weight: 0    Hair:        Eyes:

Address: 40 N 100 EAST ST, Provo, UT 84606
Home Phone: (801)374-8018    Work Phone: ( ) -

**OTHERS INVOLVED:**

Name: WANG, QIZHONG    Name Number: B459

Name: NOOT, ARIE    Name Number: 105877

Name: CHENG, YUNJING J.    Name Number: 219520

Name: THYGESEN, CHRISTOFFER    Name Number: 1207236

Name: THYGESEN, TERESA    Name Number: 1207237

Name: WANG, KAYSON T.    Name Number: 1207944

rplwdir.x91

SENT TO _Bolser_  08/09/19
DATE
SENT BY

Incident Report 19SF01599                                                                 Page 3 of 8

| Home Phone: ( ) - | Work Phone: ( ) - |
|---|---|
| **Name:** ACKERMAN, ANGELA | **Name Number:** 1208030 |

[redacted]

**SUSPECTS:**

| **Name:** WANG, KAILIN | **Name Number:** B55910 |
|---|---|

[redacted]

rplwdir.x91

SENT TO _Bolser_
DATE 08/09/19
SENT BY _[signature]_

*Incident Report 19SF01599* *Page 4 of 8*

**NARRATIVE:**
Wed Mar 06 22:19:14 MST 2019   E Solie

On 03/06/19, I responded to the listed location for a welfare check.  When I arrived I contacted the complainant and learned the subject made a threat of killing herself and her child if she did not receive any child support.  I knocked on the door several times and identified myself as Police but was not able to make contact with anyone at the house. Contact was later made with the grandma in this case and she stated her daughter and grandchild were not at the home.

Information Only.

rplwdir.x91

SENT TO __Bolser__ 08/09/19
DATE _____
SENT BY _____

*Incident Report 19SF01599*                                                                 *Page 5 of 8*

**SUPPLEMENTAL NARRATIVE:**
**Name:** Solie E (SF)
**Date:** 22:25:30 03/06/19
Wed Mar 06 22:25:45 MST 2019   E Solie

INITIAL CALL:

On 03/06/19 I responded to 2481 South Fairway Drive for a welfare check on Kailin Wang and Kayson Wang. Kailin made threats two hours prior against herself and the baby. I called Mark Brenzinger to find out what the threats were. According to Mark and Darrick Chase who are Christoffer Thygesen's attorneys. Kailin posted on social media that she was going to kill herself and the baby if she didn't get paid child support from Christoffer.

Darrick informed me they had recently concluded a court hearing in California and Christoffer had been awarded a temporary restraining order that listed Christoffer as sole physical custody of the child Kayson. According to Darrick the post Kailin made two hours ago on social media was the most recent one she has made but Darrick advised Kailin has made several disturbing threats previously.

During my phone call with Darrick and Mark they informed me a constable had made several attempts to make contact with Kailin to serve her with legal documents but was unsuccessful. During my phone call with them I was informed Kailin's parents would be resistant towards law enforcement and to expect little cooperation from them. Darrick e-mailed me the recent restraining order so I could serve Kailin if I was able to make contact with her.

In the CAD notes it identified two vehicles that were associated with the call. One vehicle was described as a gold SUV bearing license plate B538EA. The other vehicle was a red Lexus SUV bearing D569XT license plate. On my approach to the house, I observed a gold SUV parked in front of house 2481. As I made my approach towards the front door, I observed a camera in the front window facing the street.

I noticed the drapes were closed in the window. I was not able to see in the house from the street, but I could see the camera in front of the drapes. While at the front door I noticed the windows on the front door and the two side windows were covered with what appeared to be brown paper so I could not see in the house. I rang the doorbell once and knocked on the door several times to try and make contact with someone in the house.

As I stood at the front door waiting for someone to answer it, I did not hear any noises coming from inside the house. When I knocked on the door I identified myself as Police but still no one answered. Officer Smith walked around the back of the house to see if anyone tried to leave. When Officer Smith returned to the front of the house he told me he looked in the garage through the window and observed there weren't any vehicles inside the garage.

CONTACT WITH:

rplwdir.x91

SENT TO _Bolser_
DATE  08/09/19
SENT BY _X_

*Incident Report 19SF01599*                                                                 Page 6 of 8

---

While we were standing at the front door the neighbor came home. We walked next door to see if he had seen the residents recently. The neighbor identified himself as Arie Noot. He informed us he didn't think anyone was home because the garbage can hadn't been taken to the street on garbage day and no one had been shoveling the walk way when there was snow on the ground. As we spoke with him we observed a red Lexus SUV drive by with a female driver who looked at us then nervously looked forward and continued to drive by.

When we observed this suspicious behavior, we left Arie's house to try and catch up to the car, we identified it as the red Lexus vehicle driven by the grandmother in this case. We believed the grandmother appeared to be avoiding us. Due to the fact we were aware of recent threats to harm the child and our eagerness to check welfare on the child. Officer Smith caught up the car and conducted a traffic stop. See Officer Smith's supplement. When I arrived I made my approach to the passenger side of the vehicle and as I did that I observed a car seat base on the seat behind the driver. When I walked around the back of the vehicle I observed an infant car seat sitting in the back that was empty.

I learned the driver of the SUV was Kailin's mother so I informed her I was dispatched to a welfare check on Kailin and Kayson. I asked Kailin's mother if she knew where Kailin was. She told me no. I asked her if Kailin lived with her. She told me no. I asked her if Kailin had a phone number I could get. I was told if I wanted Kailin's number to contact her attorney "Eddie Price." After speaking with Kailin's mother I released her from the traffic stop. After the traffic stop I called Mark back to tell him what happened and to let him know I was not able to make contact with Kailin or Kayson. I then called DCFS intake to report my case to them.

I later called Arie to see if he had noticed an infant going back and forth next door. When I called Arie's phone number Angela Ackerman his daughter answered the phone. She told me she had not seen an infant and had only seen Kailins dad a few times since she moved in last September. Angela also said she hasn't heard any noises from their house that sounded like a child.

After speaking with Angela. I called Christoffer to give him an update with my case and request copies of the previous threats he received from Kailin. My conversation with Christoffer was short because he handed the phone to his mother Terry Thygesen so she could provide me with the information I requested. After giving Terry an update I requested the previous threats Kailin made so I could attach them to my case.

Terry called me back approximately an hour and half later to inform me someone had made two new posts to Holy Smoke regarding the recent traffic stop I made with Kailins mother. I clicked on the link and observed two more posts to the same thread we believe Kailin had made the threats on. Kailins mother was the only one there at the time of the stop so we knew the information was coming from the Wang family and being posted on the site "HOLY SMOKE".

DCFS:

I called the DCFS intake number. I made my report with intake worker Agnus and

rplwdir.x91

SENT TO _BOlser_
DATE 08/09/19
SENT BY _____

informed her the report needed to be forwarded to Robbie Adams because she was already aware of the call. Agnus provided me with DCFS case number 2503301. When I spoke with Robbie she informed me they would be responding to the house tomorrow to try and make contact with them. See her report for details.

SAN FRANCISCO POLICE DEPARTMENT:

I received a phone call from Sgt Martinez with the San Francisco Police Department Special Investigations Division informing me she was working the harassment case between Christoffer and Kailin in their jurisdiction and provided me with the link to Holy Smoke so I could attach the threat Kailin made to my case. When I clicked on the link it took me to a forum on Holy Smoke where I could see several comments being made by multiple people regarding the Thygesen family.

On 03/06/19 I saw a comment someone made with the screen name of Kailin Wang that said: "I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!"

ACTION TAKEN:

After attempting to make contact at the house I called the numbers listed in the CAD as possible numbers for Kailin. When I called ▓▓▓▓ a female answered the phone but said her name was "Nicky Johnson" and that I had the wrong number. When I called ▓▓▓▓ no one answered and the voicemail was not set up with a personal greeting but was an electronic one repeating the number. I left a message on that phone number for Kailin identifying myself as a Police Officer and that I was trying to make contact with her and Kayson to check their welfare. In that message I asked her to call me back. I have yet to receive a phone call.

Terry provided ▓▓▓▓ as another phone number that Kailin had previously used so my supervisor called that number and we learned it was disconnected. My supervisor also called ▓▓▓▓ twice from his phone to see if Kailin would answer it but she did not. During both of those attempts the phone rang only once then went to voicemail.

I issued an Attempt To Locate and sent an e-mail to the police department requesting extra patrol around Kailin's parent's house with instructions on the location of the temporary restraining order in case someone came into contact with Kailin. I printed the thread from Holy Smoke and attached it to this case. We will be working with DCFS in the near future to try and certify the child custody orders in Utah and facilitate removal of the child due to court orders out of California and the threats to harm or kill the child that have happened while the child is here in Spanish Fork, Utah. DCFS will be meeting with the Thygesen family when they arrive in Utah.

Case cleared as Information Only at this time.

rplwdir.x91

SENT TO  BOlser
DATE     08/09/19
SENT BY  ▓

*Incident Report 19SF01599*                      *Page 8 of 8*

**SUPPLEMENTAL NARRATIVE:**
**Name:** Smith D (SF)
**Date:** 06:54:26 03/12/19
Tue Mar 12 06:54:30 MDT 2019 D.Smith

SUPPLEMENT:

On 03/06/2019 I was assisting Officer Solie on a welfare check at 2481 South Fairway Drive. It was advised that Kalin Wang had threatened her life and her babies life over social media. There was also an active protective order that needed to be served on Kalin that the Constables office was attempting to serve.

Kalin was reported to be driving a red Lexus SUV or a gold SUV. I have had prior dealing with Kalin and remembered her to be an Asian female. While officers were outside the residence a red Lexus SUV drove by the home. I observed the driver to be an Asian female. The license plate matched what was provided to Officers. The female appeared to be avoiding the home and looking forward as to not look at the officers. The back windows were tinted and I could not tell if there was a car seat in the back seat.

Due to the welfare of Kalin and her child I got behind the vehicle and conducted a traffic stop. I contacted the driver and asked the driver if she was Kalin. She stated she wasn't. I asked for her drivers license in which she provided me. She was found to be Kalin's mother Yunjing Cheng. I asked her where Kalin was and she stated she didn't know. I asked her where the baby was and she again stated she didn't know. I told her that officers needed to talk to Kalin and see the baby. She stated again she didn't know anything. I advised Yunjing that she needed to be honest about where Kalin and the baby were. I told her if she was not honest she could be in trouble due to the situation.

I provided Yunjing's drivers license to Officer Solie and advised him the driver was not Kalin. Officer Solie then began to question her about Kalin's whereabouts.

Information only.

Officer D.Smith
Spanish Fork PD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*BODY CAMERA FOOTAGE AVAILABLE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

rplwdir.x91

SENT TO _Bolser_ 08/09/19
DATE
SENT BY _JA_