Prepared by the Court

**FILED**
San Francisco County Superior Court

JAN 27 2021

CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

In re the Matter of:

CHRISTOFFER STANFORD THYGESEN,
    Petitioner

vs.

KAILIN WANG,
    Respondent

Case No.: FDV-19-814465

ORDER DIRECTING RESPONDENT TO COMMUNICATE WITH COURT BY TELEPHONE AND LETTER ONLY

On the Court's own motion and for good cause found, the Court enters the following orders. Respondent KAILIN WANG has sent numerous ex parte email communications to clerks and judges at this Court, despite the Court's admonishments both on the record and by email. Finding good cause under Code of Civil Procedure section 128, subdivisions (a)(2) and (a)(3), Respondent KAILIN WANG is hereby ordered not to send additional emails to any clerk or judge of this Court. Any emails that Ms. Wang sends after this order is issued will not be read. Ms. Wang may communicate with this Court by telephone and letter only.

IT IS SO ORDERED.

Dated: 1/25/2021

_____ apt. 405
Hon. Monica F. Wiley
Judge of the Superior Court

Page 1 of 2

# PROOF OF SERVICE

I, _____DAN LEUNG_____, Deputy Clerk of the San Francisco Superior Court declare that I am over the age of eighteen, and not a party to the within entitled action. On _____JAN 2 7 2021_____, I notified the parties as follows:

CHRISTOFFER S. THYGESEN (c/o DOUGLAS RAPPPORT)
260 California St. Ste. 102
San Francisco, CA 94111

CHRISTOFFER S. THYGESEN (c/o DARRICK CHASE)
235 Montgomery St. 27th Floor
San Francisco, CA 94104

CHRISTOFFER S. THYGESEN (c/o MICHELENE INSALACO)
101 Mission St. Ste. 1640
San Francisco, CA 94105

KAILIN WANG
2481 Fairway Dr.
Spanish Fork, UT 94660

I then placed the sealed envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA, 94102, on the date indicated above for collection, attachment of required prepared postage, and mailing on that date following standard court practices.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _____JAN 2 7 2021_____            _____
                                        Deputy Clerk of the San Francisco County Superior Court