**Page Vault**

| | |
|---|---|
| Document title: | (2) Kailin Wang \| Facebook |
| Capture URL: | https://www.facebook.com/groups/505096210435230/user/605145382 |
| Page loaded at (UTC): | Mon, 01 Dec 2025 18:50:12 GMT |
| Capture timestamp (UTC): | Mon, 01 Dec 2025 18:50:33 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 2 |
| Capture ID: | gGSwwQZTPtnjdTCruc1UBt |
| Display Name: | 221partners |

PDF REFERENCE #:          tArwrYaBDDEX4CYnxmxXKr

