| | |
|---|---|
| **From:** | John Wang |
| **To:** | Blanch, Joey (USAUT) |
| **Cc:** | utdECF Pead; Richard Sorenson - FDO; UTDecf Clerk; UTD_MJ_Duty |
| **Subject:** | Re: [EXTERNAL] USA v. Kailin Wang Case No. 2:24-CR-163-TS-003 Motion for Travel to Denmark Set for December 30, 2025 at 11:30 a.m. |
| **Date:** | Monday, December 29, 2025 2:28:27 PM |

**CAUTION - EXTERNAL:**

Thank you for letting us know!

John Wang sent on behalf of Kailin Wang, who dictated the message  (+1 801 709-0209); (+1 801-787-9755) (+1 801 361-8742)

The information in this email is intended solely for the use of the individual or entity to whom it is addressed and may contain proprietary, confidential, or privileged material, including attorney-client communications and information related to pending privileged litigation matters. If you are not the intended recipient, any review, dissemination, distribution, or copying of this message and any attached materials is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete all copies of this message and any attachments.

On Mon, Dec 29, 2025 at 2:26 PM Blanch, Joey (USAUT) <Joey.Blanch2@usdoj.gov> wrote:

> For everyone's information, the government is about to file its position.
>
> For Ms Wang's information, the Court did not set this hearing at the government's request. It is likely that the court set it this way because of the time sensitive  nature of defendant's motion.
>
> **From:** John Wang <yunlong88cong@gmail.com>
> **Sent:** Monday, December 29, 2025 2:19 PM
> **To:** utdecf_pead@utd.uscourts.gov; Richard Sorenson <richard_sorenson@fd.org>; Blanch, Joey (USAUT) <Joey.Blanch2@usdoj.gov>; UTDecf Clerk <utdecf_clerk@utd.uscourts.gov>
> **Subject:** [EXTERNAL] USA v. Kailin Wang Case No. 2:24-CR-163-TS-003 Motion for Travel to Denmark Set for December 30, 2025 at 11:30 a.m.

Hello,

Kailin asked that her family convey the following concerns regarding the hearing tomorrow, with the prosecutor copied so that there is no ex parte communication. Kailin is deeply concerned that the setting and structure of this hearing function as a "blind-side" defense tactic, particularly because her defense attorney, Richard Sorenson, is currently on vacation, not in his office, and can only appear via Zoom. As a result, Kailin will not be able to sit next to him or effectively confer with him during the argument. She believes this must be clearly placed on the record.

Kailin is willing to proceed pro se, if necessary, in order to ensure that her arguments are fully presented, especially because the government has not disclosed its specific arguments in advance. The AUSA objected but did not file a written response, which leaves the defense completely blindsided as to the government's position going into the hearing.

Additionally, Victim 1 is permitted to participate, and Mr. Thygesen's "victims' counsel," Attorney Douglas Rappaport, is also his family law counsel whose stated goal is to terminate Kailin's parental rights. His dual role as both family law counsel and "victims' advocate" in this federal matter creates a serious conflict of interest from Kailin's perspective. The defense is being blindsided by the scheduling of this hearing without notice of what arguments either the government or Victim 1 intends to present.

Kailin requests that the court incorporate the arguments she originally asked her defense attorney to raise. She is prepared to rebut all objections and arguments herself if necessary. If Mr. Sorenson wishes to act as standby counsel or to seek a co-counsel arrangement, Kailin is amenable to that, but she must be allowed to place her arguments on the record directly with the court. She will also object to the lack of adequate time and notice to rebut the government's arguments and asks that the following be filed on the record, with supporting exhibits filed under seal.

John Wang sent on behalf of Kailin Wang, who dictated the message  (+1 801 709-0209); (+1 801-787-9755) (+1 801 361-8742)

The information in this email is intended solely for the use of the individual or entity to whom it is addressed and may contain proprietary, confidential, or privileged material, including attorney-client communications and information related to pending privileged litigation matters. If you are not the intended recipient, any review, dissemination, distribution, or copying of this message and any attached materials is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete all copies of this message and any attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.