MELISSA HOLYOAK, United States Attorney (#9832)
JOEY BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah, 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-163 TS |
|---|---|
| Plaintiff, | **GOVERNMENT'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF OBJECTION TO DEFENDANT'S REQUEST TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| KAILIN WANG, | |
| Defendant. | Magistrate Judge Samuel Pead<br>Judge Ted Stewart |

The United States, by and through the undersigned Assistant United States Attorney, has objected to defendant Kailin Wang's request to modify conditions of pretrial release that would allow her to travel internationally. In support of this opposition, attached, please find the Amended Information (Exhibit J) and Statement in Support of Guilty Plea (Exhibit K).

Respectfully submitted this 29th day of December 2025.

                                                MELISSA HOLYOAK
                                               United States Attorney

                                               */s/ Joey Blanch*
                                               JOEY L. BLANCH
                                               Assistant United States Attorney