DAVID O. LEAVITT #5990
Utah County Attorney
TIMOTHY L. TAYLOR #8001
Deputy Utah County Attorney
100 East Center, Suite 2100
Provo, Utah 84606
Email: dcourt@utahcounty.gov
Phone: (801) 851-8026
Fax: (801) 851-8051

IN THE FOURTH JUDICIAL DISTRICT COURT

UTAH COUNTY, STATE OF UTAH

| STATE OF UTAH, | FIRST AMENDED INFORMATION |
|---|---|
| Plaintiff, | |
| vs. | |
| KAILIN WANG<br>2481 S Fairway Dr<br>Spanish Fork, UT 84660<br>DOB: 01/20/1983<br>SID: 1380575 | Case No. 211100167<br><br>Judge Denise Porter |
| Defendant. | |

The State of Utah, by and through the Utah County Attorney's Office, charges the defendant with the commission of the following offense:

COUNT 1: FALSE OR INCONSISTENT MATERIAL STATEMENTS, a second degree felony, in violation of Utah Code Ann 76-8-502, in that on or about March 18, 2019, in Utah County, the defendant, Kailin Wang did, in an official proceeding make a false material statement under oath or affirmation or swore or affirmed the truth of a material statement previously made while believing the statement to be untrue.

1

COUNT 2: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about March 1, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

　(i) purports to be the act of another, whether the person is existent or nonexistent;

　(ii) purports to be an act on behalf of another party with the authority of that other party; or

　(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

　*To wit: Issued a fraudulent subpoena to the U.S. State Department.*

COUNT 3: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about February 16, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

　(i) purports to be the act of another, whether the person is existent or nonexistent;

　(ii) purports to be an act on behalf of another party with the authority of that other party; or

　(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

　*To wit: Issued a fraudulent subpoena to Google.*

COUNT 4: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about March 24, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

　(i) purports to be the act of another, whether the person is existent or nonexistent;

　(ii) purports to be an act on behalf of another party with the authority of that other party; or

　(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Facebook.*

COUNT 5: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about March 24, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

   (i) purports to be the act of another, whether the person is existent or nonexistent;

   (ii) purports to be an act on behalf of another party with the authority of that other party; or

   (iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Google.*

COUNT 6: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about December 23, 2020, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

   (i) purports to be the act of another, whether the person is existent or nonexistent;

   (ii) purports to be an act on behalf of another party with the authority of that other party; or

   (iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Terra Firma.*

COUNT 7: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about March 16, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

   (i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Terra Firma.*

COUNT 8: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about December 8, 2020, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

(i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Menlo Pediatrics.*

COUNT 9: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about December 10, 2020, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

(i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Menlo Medical Clinic.*

COUNT 10: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about December 14, 2020, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that

the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

(i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to University Healthcare Alliance.*

COUNT 11: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about December 23, 2020, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

(i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Menlo-Atherton Nursery.*

COUNT 12: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about February 22, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:

(a) alters any writing of another without his authority or utters the altered writing; or

(b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:

(i) purports to be the act of another, whether the person is existent or nonexistent;

(ii) purports to be an act on behalf of another party with the authority of that other party; or

(iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

*To wit: Issued a fraudulent subpoena to Menlo-Atherton Nursery.*

COUNT 13: FORGERY, a third degree felony, in violation of Utah Code Ann 76-6-501, in that on or about March 22, 2021, in Utah County, the defendant, Kailin Wang did, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be

perpetrated by anyone, the person:
 (a) alters any writing of another without his authority or utters the altered writing; or
 (b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:
   (i) purports to be the act of another, whether the person is existent or nonexistent;
   (ii) purports to be an act on behalf of another party with the authority of that other party; or
   (iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist.

   *To wit: Issued a fraudulent subpoena to Menlo-Ahterton Nursery.*

COUNT 14: COMMUNICATIONS FRAUD, a second degree felony, in violation of Utah Code Ann 76-10-1801, in that from on or about June 2020 through May 2021, in Utah County, the defendant, Kailin Wang devised any scheme or artifice to defraud another or to obtain from another money, property, or anything of value by means of false or fraudulent pretenses, representations, promises, or material omissions, and who communicates directly or indirectly with any person by any means for the purpose of executing or concealing the scheme or artifice, including for the purpose to obtain sensitive personal identifying information.

PROBABLE CAUSE STATEMENT: Nick Patterson of the Provo Police Department and Richard Hales of the Utah County Attorney's Investigation Bureau, having probable cause to believe that the defendant committed the above-listed offense, submitted the following evidence in support of the filing of this Information: On March 18, 2019, Defendant submitted a Request for Protection Order in the 4th District Court, Utah County (Case No 194400734). This affidavit contained false and misleading evidence in an attempt to obtain a protective order against the victim. Defendant submitted the exact same evidence that she had used in another court document for a stalking injunction against another individual in another state. Defendant signed the affidavit which stated Defendant "declares under criminal penalty under the law of Utah that everything stated in the document is true," knowing that she had used the same evidence to incriminate another individual a year prior and that evidence within the Request was false.

On or about December 14, 2020, the Utah County Attorney's Office filed a criminal Information charging Kailin Wang (Wang) with one count of Making False or Inconsistent Material Statement, a second-degree felony. (Case no. 211100167.) The State alleges that on or about March 18, 2019, Wang submitted an affidavit to the Fourth District Court where Wang is a party to a civil custody case involving Christopher S. Thygesen (Thygesen). (Case no. 194400718.) Wang's affidavit contained false and misleading evidence to obtain a protective order against Thygesen. Wang's affidavit to the court contained the same allegations she had used in a separate affidavit to obtain a stalking injunction against a third individual in another state. Wang signed the affidavit which stated Wang "declares under criminal penalty under the law of Utah that everything stated in the document is true," knowing that she had used the evidence to incriminate another individual a year prior and that evidence within the affidavit was false.

In or about February 2021, the Utah County Attorney's Office learned that Wang may be issuing fraudulent subpoenas to various entities using the Fourth District Court's signature stamp from the civil custody case. The civil custody case involves Wang's and Thygesen's minor child, KT. In the civil custody case, Wang represents herself and on March 6, 2020, the Fourth District Court granted Wang limited authority to issue subpoenas as part of the discovery process but required Wang to receive court approval prior to issuing the subpoenas. Using this authorization from the court, Wang received permission to issue a subpoena to Comcast dated June 4, 2020. In addition, Wang received permission to issue a second subpoena to the Public Safety's Driver License Division dated December 14, 2020. Both of these authorized subpoenas contained the court's signature stamp and the court clerk's signature.

From on or about June 2020 through May 2021, Wang issued at least 12 subpoenas using the court's signature page from the two court-approved subpoenas without first obtaining the Fourth District Court's approval. The court's signature page contains the court's authentication stamp as well as the court clerk's signature. By utilizing the court's

signature page, Wang issued subpoenas to various entities, and which give the appearance that the subpoenas are authorized. Wang is a resident of Utah County and investigators have been able to determine that Wang issued all 12 subpoenas while she was a resident of Utah County. Wang used identifying information such as her personal email account, telephone number and home address in Utah County to send out the subpoenas and she used the same identifying information in requesting that the documents be returned to her.

Wang issued the following fraudulent subpoenas to various entities by using either the court's signature page obtained from legitimate subpoenas issued in case no.194400718 or by providing the entities a copy of a court order from the same case.

### 1. United States State Department (1 subpoena)
On or about March 1, 2021, Wang issued a domesticated subpoena to the U.S. State Department in California. Wang had created a fraudulent Utah subpoena using Utah court no. 194400718 as the underlying authority to domesticate a San Mateo Superior Court subpoena for the U.S. State Department. The subpoena requested production of KT's passport records, including any and all records related to a passport issued to KT by the United States. The Utah Court did not authorize the subpoena to the United States State Department and Wang fraudulently used the court's signature page to issue the subpoena to the U.S. State Department.

### 2. Google, Inc.: In regards to Justin Lampropoulos (1 subpoena)
Justin Lampropoulos was employed as a part-time Utah County Constable in 2018. During his employment, Mr. Lampropoulos served documents on Wang regarding the civil custody case involving KT. On or about February 16, 2021, Wang issued three California domesticated subpoenas from the San Mateo County Superior Court related to Mr. Lampropoulos. Two of the domesticated subpoenas were issued to Google and one subpoena was issued to Facebook. The domesticated subpoenas used a fraudulent Utah subpoena from Utah case no. 194400718 as the underlying authority to issue the California subpoenas.

The first domesticated subpoena was issued on Google Inc., on or about March 16, 2021, and requested information related to Justin Lampropoulos' personal emails, including subscriber information. The Utah Court did not authorize the subpoena to Google, Inc. and Wang fraudulently used the court's signature stamp and court clerk's signature from a previously authorized subpoena dated June 4, 2020.

### 3. Facebook: In regards to Justin Lampropoulos (1 subpoena)
On or about March 24, 2021, Wang issued a second domesticated subpoena to Facebook, Inc. in California. Wang used a fraudulent Utah court subpoena from Utah case no. 194400718 as the underlying authority to domesticate a San Mateo Superior Court subpoena to Facebook. Wang requested records related to the Facebook profile of an account associated with Mr. Lampropoulos, including all subscriber information related to this account. The Utah Court did not authorize the subpoena to Facebook and Wang

fraudulently used the court's signature stamp and court clerk's signature from a previously authorized subpoena dated December 14, 2020.

**4. Google, Inc.: In regards tos Justin Lampropoulos (1 subpoena)**
On or about March 24, 2021, Wang issued a third domesticated subpoena to Google, Inc. in California. Wang used a fraudulent Utah court subpoena from Utah case no. 194400718 as the underlying authority to domesticate a San Mateo Superior Court subpoena to Google, Inc. Wang requested additional records related to Justin Lampropoulos' personal email account, including subscriber and other personal identifying information. The Utah Court did not authorize the subpoena to Google and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

**5. Terra Firma (2 subpoenas)**
Terra Firma is a supervised child visitation center located in Hayward, CA. Terra Firma was used by Thygesen and Wang for the supervised visitation of KT. On or about December 23, 2020, Wang issued a subpoena to Terra Firma requesting all visitation records related to KT. As the underlying authority for issuing the Terra Firma subpoena, Wang used the Utah court's signature page and court clerk's signature from a legitimate subpoena issued on or about December 14, 2020, in Utah case no. 194400718. The Utah Court did not authorize the subpoena to Terra Firma and Wang fraudulently used the court's signature page and court clerk's signature to subpoena records from Terra Firma.

On or about March 16, 2021, after Terra Firma did not respond to Wang's subpoena, Wang issued a second subpoena to Terra Firma. The second subpoena was domesticated by the Alameda County Superior Court using Utah Court case 194400718 as the underlying authority. Once again, the subpoena requested all visitation records related to KT. The Utah Court did not authorize the second subpoena to Terra Firma and Wang fraudulently used the court's signature page and court clerk's signature to in order to domesticate a subpoena which was issued to Terra Firma.

**6. Menlo Pediatrics (1 subpoena)**
Wang issued three fraudulent subpoenas to health care providers in California using Utah Court case 194400718 as the underlying authority. None of the three subpoenas issued to health care providers were authorized by the Fourth District Court.

Wang issued the first subpoena to Menlo Pediatrics in Menlo Park, California, on or about December 8, 2020. The underlying authority for the subpoena to Menlo Pediatrics was the Utah Court order dated June 4, 2020, using the signature of the court clerk and the court's authentication stamp. The subpoena requested any and all information related to KT. The Utah Court did not authorize the subpoena to Menlo Medical Clinic and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

**7. Menlo Medical Clinic (1 subpoena)**
Wang issued a second subpoena to Menlo Medical Clinic in Menlo, California, on or about December 10, 2020. The subpoena issued to Menlo Medical Clinic was domesticated by

the San Mateo County Superior Court. The underlying authority for the domesticated subpoena was the Utah Court order dated June 4, 2020, using the signature of the court clerk and the court's authentication stamp. The subpoena requested any and all information related to KT. The Utah Court did not authorize the subpoena to Menlo Medical Clinic and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

### 8. University Healthcare Alliance (1 subpoena)
Wang issued a third subpoena to University Healthcare Alliance on or about December 14, 2020.
In reviewing this subpoena, it appears that the prior subpoena to Menlo Medical Clinic on or about December 10, 2020, was declined. Wang fraudulently issued this new Utah subpoena to University Healthcare Alliance using the Utah court's signature page and court clerk's signature from a legitimate subpoena issued in on or about December 14, 2020, in Utah case no. 194400718. The Utah Court did not authorize the subpoena to University Healthcare Alliance.

### 9. Menlo-Atherton Cooperative Nursery (3 subpoenas)
In obtaining records through issuing fraudulent subpoenas, Wang was able to determine that KT was attending a private nursery located in Menlo Park, California. Wang issued her first subpoena to Menlo-Atherton Cooperative Nursey on or about December 23, 2020, requesting all records related to KT. The underlying authority for the was the Utah Court order dated June 4, 2020, using the signature of the court clerk and the court's authentication stamp. The Utah Court did not authorize the subpoena to Menlo-Atherton Cooperative Nursery and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

Wang issued a second subpoena via email to Menlo-Atherton Cooperative Nursery on or about February 22, 2021, requesting all records related to KT. It appears this subpoena had been domesticated by the San Mateo County Superior Court based on a Utah court order. Attached to the domesticated subpoena was an order from the court in Utah case no. 194400718 dated March 6, 2020. It appears Wang used a signature page from another San Mateo County subpoena to produce this fraudulent subpoena due to the fact there was no authorization from any Utah or California court authorizing this subpoena. The Utah Court did not authorize the subpoena to Menlo-Atherton Cooperative Nursery and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

Wang issued a third subpoena via email to Menlo-Atherton Cooperative Nursery on or about March 22, 2021, requesting all records related to KT. Once again, it appears this subpoena had been domesticated by the San Mateo County Superior Court based on a Utah court order in Utah case no. 194400718. The Utah Court did not authorize the subpoena to Menlo-Atherton Cooperative Nursery and Wang fraudulently used the court's authorization in Utah case no. 194400718 to obtain the information.

Utah Code Ann. 76-6-501 (Forgery) states in part:

*"A person is guilty of forgery if, with purpose to defraud anyone, or with knowledge that the person is facilitating a fraud to be perpetrated by anyone, the person:*
*(a)     alters any writing of another without his authority or utters the altered writing; or*
*(b)     makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance:*
*(i)     purports to be the act of another, whether the person is existent or nonexistent;*
*(ii)    purports to be an act on behalf of another party with the authority of that other party;"*

The investigation reveals that Wang intended to defraud numerous entities by issuing subpoenas without having authority to do so. Wang utilized the Fourth District Court's signature stamp and the court clerk's signature without authorization to authenticate subpoenas which were fraudulent. By issuing the fraudulent subpoenas, Wang was purporting to act with authorization from the Fourth District Court and it appears her purpose was to obtain personal and sensitive personal identifying information for which she was not authorized.

Utah Code Ann. 76-10-1801 (Communications Fraud) states in part:

*(1) Any person who has devised any scheme or artifice to defraud another or to obtain from another money, property, or anything of value by means of false or fraudulent pretenses, representations, promises, or material omissions, and who communicates directly or indirectly with any person by any means for the purpose of executing or concealing the scheme or artifice is guilty of:*
  *(e) a second degree felony when the object or purpose of the scheme or artifice to defraud is the obtaining of sensitive personal identifying information, regardless of the value.*

Based upon evidence received from Nick Patterson of the Provo Police Department and Richard Hales with the Utah County Attorney's Office Investigation Bureau, I have reason to believe the defendant committed the offense as charged herein.

Authorized for presentment and filing this 22nd day of July, 2021.

UTAH COUNTY ATTORNEY'S OFFICE

Sworn to by:

/s/ *TIMOTHY L. TAYLOR*
Timothy L. Taylor
Deputy Utah County Attorney