MELISSA HOLYOAK, United States Attorney (#9832)
JOEY BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah, 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAILIN WANG, <br><br> Defendant. | Case No. 2:24-CR-163 TS <br><br> **GOVERNMENT'S NOTICE OF ERRATA IN ITS OBJECTION TO DEFENSE MOTION TO MODIFY CONDITIONS OF RELEASE** <br><br> Magistrate Judge Samuel Pead <br> Judge Ted Stewart |

The United States, by and through the undersigned Assistant United States Attorney, hereby gives notice of errata in its previously filed objection to defendant Kailin Wang's request to modify conditions of pretrial release that would allow her to travel internationally ("Objection," ECF 96).

1. In the Objection, the government stated that the First Amended Information filed in <u>State of Utah v. Kailin Wang</u>, Third District Court case number 211100167, charged defendant with multiple counts, including felony false and inconsistent statements, felony fraud, and communications fraud. (Objection at 3; see also the First Amended Complaint, filed previously as Exhibit J to ECF

1

100). This was correct, but incomplete. The state of Utah subsequently filed a Second Amended Information, charging her with felony false and inconsistent statements and eight counts of felony fraud. It did not charge her with communications fraud. See Exhibit L, attached.

2. In the Objection, the government recited a number of arguments made in its initial request that defendant be detained pretrial, including the government's argument that jail calls indicated that defendant intended to move overseas and posed a flight risk (Object at 7-8, citing ECF 10). However, the government should have realized that this argument was later withdrawn. (ECF 32 at 5). The government withdraws the jail calls as a basis for the Objection. (The government continues to rely on and incorporate by reference the other arguments set forth in ECF 32 related to defendant's flight risk.)

Respectfully submitted this 30th day of December 2025.

> MELISSA HOLYOAK
> United States Attorney
>
> */s/ Joey Blanch*
> _____
> JOEY L. BLANCH
> Assistant United States Attorney