SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Ms. Wang
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br><br>Case No. 2:24-cr-163 TS<br><br>Judge Ted Stewart |

Kailin Wang, through counsel,[1] requests authorization to access the internet via the Danish Consulate's computer to virtually attend a family court hearing in Copenhagen, Denmark on January 26, 2026 and to communicate and message her attorney during the hearing.

On July 9, 2024, the Court ordered Ms. Wang's release and set conditions of her release including that she not access the internet. *See* dkt. 41.

On December 18, 2025, Ms. Wang filed a Motion to Modify the Conditions of her Release (doc. # 18) requesting that she be allowed to attend in-person the family court hearing in

---

[1] Magistrate Judge Dustin Pead scheduled a hearing on January 22, 2026 at 3:00 pm to address Ms. Wang's motion to proceed pro se (doc. # 112). However, Ms. Wang has requested from defense counsel that it assist her with this Motion to Modify Conditions of Pretrial Release.

Copenhagen, Denmark on January 26, 2026.  The government and V1 objected for multiple reasons including that Ms. Wang can attend the hearing virtually.  On January 12, 2026, Magistrate Judge Dustin Pead denied Ms. Wang's Motion.  Ms. Wang on January 13, 2026 filed a Motion to Review the Magistrate's Denial (doc. # 110).  On January 20, 2026, Judge Stewart issued a memorandum order denying Ms. Wang's request to attend the Danish hearing in-person (doc. # 118).

Ms. Wang now requests that the Court modify the conditions of her pretrial release to allow her to attend the family court hearing virtually on the Danish Consulate's computer on January 26, 2026 as allowed by the Danish court.  Ms. Wang would be physically present at the Danish Consulate in Salt Lake City where arrangements have been made to have her attend the hearing via video on a computer from the Danish Consulate.  Ms. Wang will need the internet on the Consulate's computer to attend the hearing and be able to communicate with her attorney during the hearing (who will be in the courthouse in Denmark).

Attached as Exhibit 1 is a translation of the Danish court order allowing Ms. Wang to attend virtually the Danish hearing on January 26, 2026 from the Danish Consulate in Utah.  According to the order, "[t]he video conference will take place on the condition that Kailin Wang does not have a mobile phone or any other device capable of recording.  A public official must be present in the room for the entire duration of the video conference.  No other persons may be present, including Kailin Wang's parents."

The government, through Assistant United States Attorney Joey Blanch, stipulates to this motion.

Based on these reasons, Ms. Wang requests that the Court allow her to access the internet on the Danish Consulate's computer to attend virtually the family law case in Copenhagen, Denmark on January 26, 2026 and to communicate and message her attorney during the hearing.

DATED this 21st day of January, 2026.

*/s/ Richard G. Sorenson*
Richard G. Sorenson
Assistant Federal Public Defender