# Exhibit 1

 

# Certification of Translation Accuracy

Translation of **Court Hearing Notice** from **Danish** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: December 9, 2025

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States




The Copenhagen City Court
The Courts of Denmark

Kailin Wang
Attorney Bjørn Dilou Jacobsen
Christoffer Stanford Thygesen
Attorney Maryla Rytter Wroblewski

December 2, 2025

**Case BS-29022/2025-KBH**

**Kailin Wang v. Christoffer Stanford Thygesen et al. (2)**

The Family Court summons the parties to the main hearing.

**Monday, January 26, 2026, at 4:30 p.m. in Courtroom 32, Slutterigade 1, 2nd floor, 1461 Copenhagen K**

We have allocated 4 (four) hours for the main hearing.

When you appear before the Family Court, entry may be subject to a search of the clothing you are wearing and an inspection of any belongings you bring with you.

Kailin Wang will participate by video from the Danish Consulate in Utah. Kailin Wang must appear at 8:00 a.m. local time, so she is ready for the video conference, which begins at 8:30 a.m.

The video conference will take place on the condition that Kailin Wang does not have a mobile phone or any other device capable of recording. A public official must be present in the room for the entire duration of the video conference. No other persons may be present, including Kailin Wang's parents.

The Family Court hereby informs the parties that the hearing will be held behind closed doors. When any of the court's decisions are made public, the names, occupations, or residences of any individuals mentioned in the decision must not be published, nor may their identities be disclosed in any other way. Violation of these prohibitions is punishable by a fine or, under aggravating circumstances, imprisonment for up to six months, cf. section 449c of the Danish Administration of Justice Act.

---

COPENHAGEN CITY COURT – THE COURTHOUSE, NYTORV 25 – 1450 COPENHAGEN K – TELEPHONE +45 99 68 70 00
WWW.DOMSTOL.DK/KOBENHAVNSBYRET

---

 

At the hearing, the parties are required to present testimony.

The parties' attorneys are responsible for summoning an interpreter for the hearing, if needed.

If Kailin Wang fails to appear without a valid excuse, the Family Court may dismiss the case or render a judgment based on the information available without hearing her testimony, cf. section 449b, subsections 1 and 2 of the Danish Administration of Justice Act.

If Christoffer Stanford Thygesen does not appear, the Family Court may render a judgment without hearing Christoffer Stanford Thygesen's testimony, cf. section 449b, subsection 1 of the Danish Administration of Justice Act.

If you have any questions, please feel free to contact us.

Kind regards,

Sascha Faber
Chief clerk
The Family Court




Published on the portal on 02-12-2025 at 12:59 p.m.
Recipients: Attorney (H) Maryla Rytter Wroblewski, Plaintiff Kailin Wang,
Defendant Christoffer Stanford Thygesen, Attorney (L) Bjørn Dilou Jacobsen



Kailin Wang
Advokat Bjørn Dilou Jacobsen
Christoffer Stanford Thygesen
Advokat Maryla Rytter Wroblewski

2. december 2025

**Sag BS-29022/2025-KBH**

**Kailin Wang mod Christoffer Stanford Thygesen m.fl. (2)**

Familieretten indkalder parterne til hovedforhandling

**mandag den 26. januar 2026 kl. 16:30 i Retssal 32, Slutterigade 1, 2. sal, 1461 København K**

Vi har afsat 4 timer til hovedforhandlingen.

Når du møder i familieretten, kan adgang være betinget af, at du lader det tøj, som du har på, visitere og dine medbragte effekter undersøge.

Kailin Wang deltager via video fra Det Danske Konsulat i Utah. Kailin Wang skal møde kl. 08:00 am lokal tid, så hun kan være klar til videokonferencen, der begynder kl. 08:30.

Videokonferencen gennemføres på vilkår, at Kailin Wang ikke må være i besiddelse af en mobiltelefon eller en anden enhed, der kan optage. Der skal være en offentlig person til stede i rummet under hele videokonferencen. Der må ikke være andre personer til stede, heller ikke Kailin Wangs forældre.

Familieretten kan oplyse, at retsmødet foregår for lukkede døre. Ved offentlig gengivelse af rettens afgørelser må der ikke ske offentliggørelse af navn, stilling eller bopæl for nogen af de personer, der er nævnt i afgørelsen eller på anden måde offentliggørelse af de pågældendes identitet. Overtrædelse af de nævnte forbud straffes med bøde eller under skærpende omstændigheder med fængsel indtil 6 måneder, jf. retsplejelovens § 449 c.

På retsmødet skal parterne afgive forklaring.

Parternes advokater skal selv sørge for eventuelt at indkalde en tolk til retsmødet.

Hvis Kailin Wang udebliver uden lovligt forfald, kan familieretten afvise sagen eller afsige dom på det foreliggende grundlag uden at høre hendes forklaring, jf. retsplejelovens § 449 b stk. 1 og 2.

Hvis Christoffer Stanford Thygesen ikke møder, kan familieretten afsige dom uden at høre Christoffer Stanford Thygesens forklaring, jf. retsplejelovens § 449 b, stk. 1.

Hvis du har spørgsmål, er du velkommen til at kontakte os.

Med venlig hilsen


Sascha Faber
kontorfuldmægtig
Familieretten

Publiceret til portalen d. 02-12-2025 kl. 12:59
Modtagere: Advokat (H) Maryla Rytter Wroblewski, Sagsøger Kailin Wang,
Sagsøgte Christoffer Stanford Thygesen, Advokat (L) Bjørn Dilou Jacobsen

8