1

1  IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2  IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO
3  UNIFIED FAMILY LAW COURT
4  DEPARTMENT 404
5  ---oOo---
6  HONORABLE DANIEL FLORES, JUDGE
7  _____
8  IN RE THE MATTER OF        )
                              )
9  ███████████████████████    )
                              )
10                PETITIONER, )  CASE NO. FDV-19-814465
                              )
11 VS.                        )
                              )
12       KAILIN WANG,         )
         RESPONDENT.          )
13 _____

14

15  ---oOo---

16  REPORTER'S PARTIAL TRANSCRIPT
              OF
17         PROCEEDINGS
     JUDGE'S RULING AND ORDERS
18
     THURSDAY, OCTOBER 20, 2022
19
              ---oOo---
20

21

22

23

24

25

26

27
   REPORTED BY: VICKI GROSS, CSR
28        CERTIFICATE NO. 5525

1   or this case.  Those two things are inconsistent.
2        It's right, it's true that he has a right, his first
3   amendment right to complain.  But you don't have a right to lie
4   under oath about what you do.
5        And fact finders have the ability, and when it's a
6   professional fact finder, a judge that is, they have the
7   obligation to take those types of things into consideration when
8   weighing the evidence and analyzing what is being presented to
9   the Court.
10       Now this case is not a case of physical violence in the
11  sense of somebody punching someone.  But it is under California
12  jurisprudence domestic abuse to have sex with someone under false
13  pretenses.
14       Mr. ███████████████ testified credibly that Ms. Wang
15  declared herself infertile.  Ms. Wang has testified that he
16  surreptitiously removed the condom and that's why the sex was
17  unprotected.  I believe ███████████████.  I don't believe
18  Ms. Wang.
19       MR. RAPPAPORT:  And that was a statement that Ms. Wang made
20  in her trial brief about removing the condom.  I don't believe
21  she testified to it in her testimony is my recollection.
22       THE COURT:  Thank you for pointing that out.  Nonetheless,
23  Mr. ███████████████ testimony remains as it is.  And that
24  testimony informs the Court that he was lied to.  And as much as
25  this child is loved by the ███████ family, I have to make a
26  finding right now and that's how that child was produced.
27       Mr. ████████ testified that he didn't even, wouldn't even
28  think about having conversations about child bearing with someone

1  he just met on a dating app. That's a form of abuse under
2  California law.
3     What has followed that is a campaign of harassment that's
4  completely, it's almost unprecedented. But it is clear that
5  that's what this court -- when I say that, the California courts,
6  have found to be disturbing the peace of people. Not letting
7  them be by way of harassment. It doesn't matter if it's through
8  a third party, it doesn't matter if it's in a roundabout way. It
9  is targeted to these individuals.
10    Text messages between ███████████ and Kailin Wang
11 being posted and sent to other people, who has access to that?
12 It wasn't ███████████ that did that. The Court finds
13 that it was Ms. Wang. It was accomplished by Ms. Wang, the exact
14 method I don't know. I have to believe that was some of the
15 evidence that Mr. Rappaport and Ms. Johnstone wanted to show the
16 Court. But the evidence in favor of the Court granting this
17 restraining order is so weighty that that is not something that
18 is required in this case.
19    I also think about the heartache of this case to the family
20 members, each of you who I believe are victims of Ms. Wang.
21    It's also my duty to maintain an orderly trial. So forgive
22 me if you wanted to hear some of this hard work that may have
23 been done. I am not passing judgment on it now. My opinion does
24 not rely on any such evidence that was not produced in this
25 trial. I am simply pointing out why I went to a different
26 direction.
27    The restraining order is granted for the maximum period of
28 time that this Court can grant the restraining order today, which

```
 1  STATE OF CALIFORNIA          )
 2                               )
 3
 4  COUNTY OF SAN FRANCISCO      )
 5
 6       I, VICKI GROSS, Certified Shorthand Reporter Licensed in
 7  the State of California, License No. 5525, Official Court
 8  Reporter of the Superior Court of the State of California, in and
 9  for the City and County of San Francisco, do hereby certify that
10  the foregoing proceeding was reported by me and was thereafter
11  transcribed under my direction into typewriting; that the
12  foregoing is a full, complete and true record of said proceeding.
13       I further certify that I am not of counsel or attorney for
14  either or any of the parties in the foregoing proceeding and
15  caption named, or in any way interested in the outcome of the
16  cause named in said caption.
17
18       Dated:  October 30, 2022   /s/ Vicki Gross
19
20                          _____
21                               VICKI GROSS CSR, #5525
22
23
24
25
```