CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE DISTRICT ATTORNEY



**BROOKE JENKINS**
District Attorney

**DAVID MERIN**
Assistant District Attorney
DIRECT DIAL: (628) 652-4172
E-MAIL: david.merin@sfgov.org

December 18, 2025

Mr. ▮▮▮▮▮▮▮▮
c/o Douglas Rappaport
260 California St, Ste 1002
San Francisco, CA 94111-4360
admin@sfcrimlaw.com
415-989-7900

Re: *People v. Kailin Wang*, Superior Court of the State of California, City and County of San Francisco, Case Nos. 19016407 and 24500827

Dear Mr. ▮▮▮▮▮▮:

I write to inform you that the San Francisco District Attorney's Office anticipates dismissing the above-referenced state court criminal prosecution of Ms. Kailin Wang, conditional upon her being sentenced to two counts of felony stalking in the overlapping federal prosecution pending in the United States District Court in Utah, *United States v. Kailin Wang*, 24-cr-00163-TS (D. Utah).

Our agreement to dismiss the California state charges is due to our office policy involving overlapping state and federal prosecutions based upon factually related conduct. Please note that our decision to dismiss does not reflect any change in the evidence presented indicating Defendant Wang engaged in a technologically sophisticated course of stalking that escalated over many months through increasingly graphic threats involving the safety of the child.

Because the existing Criminal Protective Order safeguarding you will be terminated by operation of law at the time of the dismissal of the state charges, we encourage you to seek comparable protective measures in the United States District Court as a condition of Ms. Wang's Federal sentence.

The San Francisco District Attorney's Office remains committed to the safety of the protected parties in this case as well as the safety of the general public. Should you have questions, please do not hesitate to contact me.

Very Truly,

*/s/ David Merin*

David Merin
Assistant District Attorney
San Francsico District Attorney

350 RHODE ISLAND STREET, NORTH BUILDING, SUITE 400N · SAN FRANCISCO, CALIFORNIA 94103
RECEPTION: (628) 652-4000 · FACSIMILE: (628) 652-4001