12/30/25, 2:17 PM Case 2:24-cr-00163-TS Utah State Courts Mail - Fwd: To the Fourth District Court: Danish Proceedings Inquiry Document 134-4 Filed 02/23/26 PageID.3619 Page 1 of 1

UTAH
JUDICIARY

**Holly Hoggard <hollymh@utcourts.gov>**

# Fwd: To the Fourth District Court: Danish Proceedings Inquiry

1 message

**John Wang** <yunlong88cong@gmail.com> Wed, Nov 26, 2025 at 1:52 AM
To: luisa@utcourts.gov, teria@utcourts.gov, trinib@utcourts.gov, normavb@utcourts.gov, vivianab@utcourts.gov, taisiab@utcourts.gov, brynleeb@utcourts.gov, kenzieb@utcourts.gov, tracyb@utcourts.gov, alexandracm@utcourts.gov, mindeec@utcourts.gov, melaniec@utcourts.gov, mykeld@utcourts.gov, jamid@utcourts.gov, mirandad@utcourts.gov, judyd@utcourts.gov, ambere@utcourts.gov, brittanyf@utcourts.gov, nancyg@utcourts.gov, neftalig@utcourts.gov, shirleyg@utcourts.gov, malindag@utcourts.gov, 4thGrafTeam@utcourts.gov, jenniag@utcourts.gov, cassieg@utcourts.gov, treenah@utcourts.gov, hollymh@utcourts.gov, tammieh@utcourts.gov, 4thSHowellTeam@utcourts.gov, mindyi@utcourts.gov, 4thitoteam@utcourts.gov, debbiej@utcourts.gov, jaelynnj@utcourts.gov, 4thjohnsonteam@utcourts.gov, joshuaj@utcourts.gov, rachelleo@utcourts.gov, jenniferk@utcourts.gov, marcik@utcourts.gov, kellyl@utcourts.gov, carmenl@utcourts.gov, teresal@utcourts.gov, 4thlowteam@utcourts.gov, uilanim@utcourts.gov, julialm@utcourts.gov, jessicalm@utcourts.gov, candicem@utcourts.gov, leisham@utcourts.gov, shawnm@utcourts.gov, colleenn@utcourts.gov, kimo@utcourts.gov, andreap@utcourts.gov, jennifep@utcourts.gov, emilyep@utcourts.gov, 4thpetersenteam@utcourts.gov, brookep@utcourts.gov, 4thpowellteam@utcourts.gov, danakar@utcourts.gov, veronicas@utcourts.gov, 4thsnowteam@utcourts.gov, ericks@utcourts.gov, taras@utcourts.gov, callis@utcourts.gov, rebeccat@utcourts.gov, feil@utcourts.gov, codyw@utcourts.gov, rosew@utcourts.gov, 4thWrightTeam@utcourts.gov, reaganw@utcourts.gov

---------- Forwarded message ---------
From: **John Wang** <yunlong88cong@gmail.com>
Date: Tue, Nov 25, 2025 at 6:56 PM
Subject: Re: To the Fourth District Court: Danish Proceedings Inquiry
To: <vivianab@utcourts.gov>, <debbiej@utcourts.gov>, <marcik@utcourts.gov>, <4thpetersenteam@utcourts.gov>, <marku@utcourts.gov>

Dear Mark,

Kailin would like to add that she believes the Danish Court is manipulating the situation because the father, [redacted], and his family, including [redacted] are known to be close friends of Danish Prime Minister Mette Frederiksen. The [redacted] family is also very influential in both San Francisco and Denmark. Furthermore, there may be racial factors involved, as reported by several United States media outlets.

In light of this, whatever findings you obtain, Kailin Wang respectfully proposes that the Utah 4th District Court not supervise this highly volatile and problematic case. Doing so could lead to unnecessary and excessive litigation beyond the court's capacity to manage. If the Utah court has already granted any form of approval or cooperation with the Danish Court's requests, Kailin Wang formally requests that such approval be withdrawn. She intends to file an official complaint with the Danish government; please see the attached documentation.

Please forward this message to the rest of the 4th District Court.

For further context, if the court wishes to understand how complex and contentious this matter could become, it may contact Amber Evans, and the burden it caused the 4th district court in this same parties case Wang v. [redacted] 194400718.

Additionally, please note that Kailin Wang is involved in an ongoing criminal case in which several court clerks are listed as victims, including Nancy Barradgo and Elizabeth Peck, charging documents attached.

This creates a potential conflict of interest that should also be considered.

Thank you for your attention. We sincerely hope the court will refrain from becoming involved in this international dispute.

Best regards,

John Wang sent on behalf of Kailin Wang, who dictated the message

(385) 334-3308

https://mail.google.com/mail/u/0/?ik=c0444c949b&view=pt&search=all&permthid=thread-f:1849842495568433745&simpl=msg-f:1849842495568433745 1/3