UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:24-cr-00163-TS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAILIN WANG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

BEFORE THE HONORABLE DUSTIN B. PEAD

---

Monday, January 12, 2026

9:32 a.m. to 10:51 a.m.

Motion to Modify Conditions of Release

---

Transcript prepared from an

electronically recorded hearing

Reported by:  Michelle Mallonee, RPR, CCR   (801) 209-4979
351 S. West Temple, #7.130, Salt Lake City, Utah 84101

```
 1                          APPEARANCES

 2

 3   For Plaintiff:

 4          JOEY BLANCH, ESQ.
            U.S. ATTORNEY'S OFFICE
 5          111 S. Main Street, Suite 1800
            Salt Lake City, Utah 84111-2176
 6          (801) 325-3214
            joey.blanch2@usdoj.gov
 7

 8   For Defendant:

 9          RICHARD G. SORENSON, ESQ.
            WOJCIECH S. NITECKI, ESQ.
10          FEDERAL PUBLIC DEFENDER, DISTRICT OF UTAH
            46 W. Broadway, Suite 110
11          Salt Lake City, Utah 84101
            (801) 524-4010
12          richard_sorenson@fd.org
            wojciech_nitecki@fd.org
13

14   For Victim 1:

15          DOUGLAS L. RAPPAPORT, ESQ. (Appearing via Zoom)
            LAW OFFICE OF DOUGLAS L. RAPPAPORT
16          260 California Street, Suite 1002
            San Francisco, California 94111
17          (415) 989-7950
            admin@sfcrimlaw.com
18

19                            * * *

20

21

22

23

24

25
                                                          2
```

```
 1   party's request.
 2              "For these reasons, this correspondence is being
 3   directed to the federal court, as well as Judge Pead's
 4   university email address with all copied counsel through her
 5   father.  The defendant offers her sincere apologies to the
 6   Court and counsel and respectfully requests that the Court
 7   understand the exigent circumstances compelling this method
 8   of service."
 9              This should not have happened.  Straight out, I
10   thought I'd made this clear that if there were matters that
11   needed to be brought to my attention, there's a right way to
12   do it and there's a wrong way to do it.
13              And the wrong way to do it is to take it on your
14   own hand to do it, Ms. Wang.  That email is at 6:32 on the
15   9th.  And it doesn't stop there.  8:33, another email from
16   Ms. Wang on the 9th.  9:16, another email submitted from
17   Ms. Wang on the 9th.  10:49, another email from Ms. Wang.
18   Saturday, 12:43 a.m. -- so it's continuing now -- another
19   email from Ms. Wang.  2:02 a.m., another email from
20   Ms. Wang.  And then finally, Monday at 1:05 this morning,
21   I'm getting another email.
22              So Mr. Nitecki or Mr. Sorenson, maybe you can help
23   me out.  What is going on?
24              MR. NITECKI:  Well, Your Honor, the best way to
25   frame it, for me, is like this.  This case didn't come to us
```

```
 1                    COURT REPORTER'S CERTIFICATE

 2


 3   State of Utah          )
                       ss.
 4   County of Salt Lake    )

 5              I, Michelle Mallonee, a Registered Professional
     Reporter in and for the State of Utah, do hereby certify:
 6
                That the proceedings of said matter was
 7   reported by me in stenotype and thereafter transcribed into
     typewritten form;
 8
                That the same constitutes a true and correct
 9   transcription of said proceedings so taken and transcribed;

10              I further certify that I am not of kin or
     otherwise associated with any of the parties of said cause
11   of action, and that I am not interested in the event
     thereof.
12
                WITNESS MY HAND at Salt Lake City, Utah, this
13   16th day of January 2026.

14

15

16                              [signature: Michelle Mallonee]

17                              _____
                                Michelle Mallonee, RPR, CCR
18                              Utah CCR #267114-7801
                                Expires May 31, 2026
19

20

21

22

23

24

25
                                                               52
```