| Date | Details | Page |
|---|---|---|
| | **2017** | |
| 7/5/17 | Walker Stone initiated contact with Kailin Wang on "The League" dating application. Stone claimed they had matched a year earlier (July 5, 2016), which Wang did not recall. Stone represented that he lived in Pacific Heights, San Francisco, California. Wang was living in New York City for temporary tax season work. | 5 to 6 |
| July-August 2017 | Shortly after connecting, Stone researched Wang's background including viewing her Linkedin on 7/31/17, and discovered her past involvement with Rory Will in New York (October 2013). Stone obtained sealed court records of defendant conviction of an infraction/violation of disorderly conduct under NY Penal Law 240.20 from a public court records. | 7 to 9 |
| 8/7/17 | Stone sent Wang articles about a case involving Joseph Lazarus, who had sued an Asian woman for $200,000 for defamatory online posts after they met on Tinder. Wang interpreted these articles as veiled threats. | 10 to 12 |
| 9/7/17 | First Call to Wang's FatherStone called Wang's father John Wang's cell phone while Wang's father was in Iceland. (included as part of Wang's 1/22/18 Req. for Stalking Inj. Against Walker Stone Granted for 3 years on 5/4/18 p. 42-80) | 58 |
| 9/11/17 | Stone called Wang's mother "Jan" at their Utah residence and screamed at her, calling Wang derogatory names. Stone threatened that he would destroy her and her daughter's life. (see Phone Records) | 59 |
| 10/2/17 | Stone threatened to contact Wang's employer at Goldman Sachs and demanded that Wang appear with him on the Dr. Phil television show. | 15-17 |
| 10/2/17 | On October 4, 2017, WS filed a police report with the San Francisco Police Department (Incident Report No. 170810414), alleging that since July 2017, I had been sending him harassing text messages and making harassing phone calls, and that I was also harassing his friends and family. | 18 |
| 10/2/17 | Stone called Wang's father John again and stated that he knew Wang's father worked at Olson's Greenhouse, knew the family's home address, and knew about Wang's father's recent trip to Iceland. | 52 to 54 |
| 10/22/17 | Stone texted Wang: "Too bad you don't have 200k to sue for like that other girl" [referring to the articles about a case involving Joseph Lazarus, who had sued an Asian woman for $200,000 for defamatory online posts after they met on Tinder. Wang interpreted these articles as veiled threats.] | 21 |
| October 3 – November 18, 2017 | Stone called Wang's father John Wang multiple times and threatened that he would lose his job. Stone called Wang's mother "Jan" multiple times, threatening that he would destroy her and her daughter's life, and yelled at her on several calls. Wang knew at this time that she did not live with her parents in Utah. | 52 to 62 |
| 11/2/17 | Phone records indicate Stone called Wang's parents' home phone on this date. | 60 |

| 11/3/17 | Stone called several men whom he did not know that Wang had previously dated, including Alex Abboud who lives in New York (p. 26) and Rory Will, who now lives in Boston, Massachusetts. Stone asked Wang to meet his "friend" at "Under the Bridge" restaurant in New York, which is located directly below Wang's apartment building (p. 25)—demonstrating that Stone had researched Wang's location. | 25 to 40 |
|---|---|---|
| 11/3/17 | Stone contacted Wang's former co-worker Kristina Mikhaylova in New York and falsely told her that Wang was trying to "kill him." Stone sent Kristina fabricated screenshots of text messages, claiming they were from Wang. | 30 to 39 |
| 11/7/17 | Despite claiming Wang had been harassing him since July 2017, Stone attempted to FaceTime Wang. | 40 |
| November 8-18, 2017 | Although Stone claimed Wang had been harassing him since July 2017, he continued to engage in conversation with her through November 2017. Stone continued calling Wang's parents' home phone until November 18, 2017—two days before he had her cited. | 27 to 29 |
| 11/18/17 | Stone made his last phone call to Wang's parents' residence. | 29 |
| 11/20/17 | On November 20, 2017, WS's ex-girlfriend also made a report to the San Francisco Police Department (Incident Report No. 170945607), indicating that I had obtained her information through WS and was harassing her through social media. According to her police report, she specifically referenced WS's October 4, 2017 incident report. Despite these two police reports filed in San Francisco—the first in October 2017 and the second in November 2017—San Francisco law enforcement never contacted me regarding WS's allegations. No arrest warrant was issued. No charging document was filed. There was no apparent follow-up conducted to investigate the interrelated claims in each of these reports. | 41 |
| 11/20/17 | Stone had Wang cited at her parents' home in Spanish Fork, Utah. Spanish Fork City Prosecutor Ana Burgi charged Wang with 20 counts of Misdemeanor-B electronic harassment, later amended to 50 counts. | 44 |
| November 20, 2017 – January 22, 2018 | After Wang was cited, Stone continued to engage in harassing conduct by giving out her personal information in public online chat rooms. Stone accused Wang of raping a man, posted her mugshot online, boasted about having Wang arrested, and encouraged strangers to further harass Wang. | 45 to 85 |
| | **2018** | |
| 1/22/18 | Wang and her family filed three separate Requests for Civil Stalking Injunctions against Stone in 4th District Court, Provo, Utah. Judge Low granted temporary orders for all three injunctions on January 23, 2018. | 45 to 85 |

| | | |
|---|---|---|
| 1/26/18 | In apparent retaliation for Wang's stalking injunction filing, Stone filed a California Civil Stalking Restraining Order against Wang in San Francisco Superior Court. A temporary order was granted, but Stone failed to appear at the hearing and the order was dismissed on February 21, 2018. None of the allegations in Stone's restraining order request were ever charged against Wang. | 86 to 99 |
| 1/31/18 | Stone sent a letter to John Wang (Wang's father) falsely accusing both of Wang's parents of aiding and abetting Wang in criminal conduct. This was a direct act of intimidation and harassment. | 100 |
| 5/4/18 | CERTIFIED TRANSCRIPTS OF: The Honorable Judge Thomas Low held an evidentiary hearing in 4th District Court, Provo, Utah. After hearing testimony from both parties, Judge Low made the following findings: (1) Walker Stone was guilty of harassing and stalking the Wang family; (2) Stone's admitted conduct warranted the issuance of three permanent stalking injunctions; (3) Stone's conduct "could also be charged as Electronic Harassment," the same Misdemeanor-B charges Wang faced in Utah Case No. 171301350; (4) Stone admitted he contacted Wang's co-worker Kristina Mikhaylova because Wang's parents gave him her information; (5) Stone stated he "was just curious to like find out if Kailin was who she was"; (6) Stone admitted contacting Wang's dating contacts and her parents; and (7) the Court did not find Stone's explanations credible. | 101 to 140 |
| 5/4/18 | Three permanent civil stalking injunctions were issued against Stone, with an expiration date of May 4, 2021. These orders prohibited Stone from contacting Wang and both of her parents. | |
| Post-May 4, 2018 | Stone's harassing conduct toward Wang ceased after the May 4, 2018 hearing and remained dormant until February 15, 2019, when the case was reinvigorated by Christoffer Thygesen's involvement. | |
| | **2019** | |
| | Between November 20, 2017, and February 15, 2019, there were no known allegations of harassment by Stone against Wang in any form. Unbeknownst to Wang at the time, Thygesen filed a police report against her on February 13, 2019, asking Sgt. Martinez to investigate Wang's prior history with Stone, which led Sgt. Martinez to review the October 2017 police reports. | |

| 2/15/19 | On February 15, 2019, SFPD Sgt. Michele Martinez contacted Walker Stone regarding Christoffer Thygesen's custody case—a fact that Wang only learned when San Francisco discovery was turned over following her arrest in San Francisco on October 18, 2019. That same day, multiple posts targeting Wang appeared on Holysmoke.org, containing information that only Stone and Thygesen would have known. | 145 |
|---|---|---|
| 2/15/19 to 3/6/19 | Between February 15 and March 6, 2019, several threatening posts appeared on Holysmoke.org. These messages used fabricated email addresses and included details that only Stone and Thygesen would have known. Based on the messages' content, Wang reasonably concluded that the messages were from either Walker Stone or Christoffer Thygesen, as evidenced by the following pattern: February 15, 2019: "Kailin Wang back at it... If this guy was smart, he'd look into her arrest in Spanish Fork Utah. She's an unfit parent." February 17, 2019: "Kailin Wang is probably in violation of her probation. She's been arrested many times for assault, harassment, and cyber stalking... Unfit parent..." February 18, 2019: "Kailin is getting locked up soon... Kailin you better cut it out or you're going back to jail... Christoffer, you're [expletive]. Need to get this kid away from her." February 28, 2019: "Christoffer, you need to get this child away from Kailin. She is an unfit mother..." March 6, 2019: "Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!" | 145 to 149 |
| 5/16/19 | 5/16/19_Circumstantial Evidence Surrounding 5/16/19 IC3 Complaint | 150 to 230 |

**See when Walker answers**
Enable push notifications

Enable

YOU MATCHED WITH WALKER ON 6/5/16

 Hey, what brings you go SF?

Jun 15, 2016, 1:58 AM

 How as your visit?

Jul 29, 2017, 7:43 PM

 Hey! 😄 ... so this is how I knew your name on the League



# Town Hall

*A public forum for you to share ideas, featur…*

58174 Members • 64 Matches

Today, 8:31 PM



WS31M

@kw32f tinder says we matched 6/5/16, but you just popped up into my new matches today… it's odd timing



EL35M

Whoa… That's some ninja swiping. Going on.

Let's me check my emails on when they banned my account



KW32F

7/5/17



KW32F



EL35M

@kw32f, love the new profile pic.  So inviting…  should i do the same.  Change it up a little… ?🤣



Use @username to notify someone          Send

## Town Hall

*A public forum for you to share ideas, featur...*

58174 Members • 64 Matches

Today, 7:51 PM



WS31M

Side note.... I just matched with Kay on tinder, but she's not in SF. Not sure how that works?



EL35M

Lol.



EL35M

She's probably say her location to there?



EL35M

@kk27f, what you up to tonight?

Today, 7:56 PM



EL35M

@ws31m, I wonder if Kay works for the league



And she's like... A mole



**T-Mobile Wi-Fi**    10:09 PM

**August 7**
5:18 PM                    Edit

serially damaging to me though

http://m.sfgate.com/news/
houston-texas/houston/article/
Tinder-date-turned-one-Texas-
man-s-life-into-a-11731468.php

 You don't know that woman do you?

That's amazing that's like me down to a tee I'll have to read this in detail

Fuck I totally did the dirty

Yea asked to b left alone sure. Now why'd u go secretly follow that person later.. 😜

I block dudes I don't want nothing to do with very early on.

  



Newsletters    Sign In

**Most Popular**

**1.** Texas man arrested outside vice president's residence told police he

**2.** Ignore conspiracy theorists' opinions on Texans, Deshaun Watson

**3.** Two Texas telemarketers got hit with FCC's largest fine ever

**4.** Gra thre agai

NEWS // HOUSTON & TEXASHOUSTON

# Tinder date turned one Texas man's life into a living hell

**Fernando Alfonso III**

Updated: Dec. 13, 2017 3:57 p.m.



countryside/Midwest/foreign girls) into a 50 st[...]scenario (see email below) by sending dildos to their homes. He brags about "having sex with an estimated 200 women, 6 of whom are virgins and 20 of whom are Adams so that he can 'feel the back of their walls'". Here's a Twitter handle Twitter.com/joelaz so you can get more insight to his personality where he follows "big fat titties" And retweets naked pics of teenage girls. Once or twice he "would have sex/rape fat chicks just to amuse his friends" and proudly declares so. Most rape are committed among casual acquaintances so I implore any women in association with him, or just anyone in general, who has ever been in such a stressful situation to know your rights and come forward so we can emotionally support each other so legal authorities can make better decisions as we help make or townscities a safer place by.

**10 of 12**

· · ● · ·

One Tinder date three years ago cost Joe Lazarus his reputation and his job. Now he's taking the woman to court.

Harris County District Court

A Houston man is seeking $200,000 from a former Tinder date he claims defamed him online and cost him his job.

Joseph Lazarus, 32,  broke up with the woman he matched with on Tinder in 2014 and since then, he claims the woman has spread lies about him online and to two former employers, according to Harris County District Court documents filed Wednesday by Lazarus' attorney Joseph Mathew.

**ADVERTISEMENT**
Article continues below this ad

The name of the woman is being withheld because she had not been notified of the lawsuit against her at the time of publication. A request for comment has been made with the woman.

2/12/2018 4:44 PM
Chris Daniel - District Clerk Harris County
Envelope No. 22471439
By: Bristalyn Daniels
Filed: 2/12/2018 4:44 PM

NO. 2017-51261

| | | |
|---|---|---|
| **JOSEPH LAZARUS,** *Plaintiff,* | § § § | **IN THE DISTRICT COURT OF** |
| **v.** | § § § | **HARRIS COUNTY, TEXAS** |
| **MELISSA LIM,** *Defendant* | § § | **164th JUDICIAL DISTRICT** |

### AGREED JOINT MOTION TO SIGN AGREED, FINAL TAKE-NOTHING JUDGMENT

Plaintiff and defendant jointly ask the Court to sign an agreed, final take-nothing judgment in this case.

### I. BACKGROUND

1. Plaintiff sued defendant for defamation. Defendants denied all claims.

2. Plaintiff and defendant have now agreed to compromise and settle all claims between them in this suit, as part of which agreement the parties have agreed to jointly request a final take-nothing judgment on all claims.

### II. PRAYER

3. For these reasons, plaintiff and defendant jointly ask the Court to sign the attached Agreed, Final, Mutual Take-Nothing Judgment.

Unofficial Copy Office of Marilyn Burgess District Clerk

[WS6]



T-Mobile Wi-Fi    2:18 AM

**September 19**
4:46 PM

Edit

Can you answer the question?

How's your job in sf looking?

> 27s other grl... was pretty, rich/ and traveled nonstop.... you got rejected by Tampa white trash. U disgust me... and I'm grossed out I ever gave the time of day.

Delivered

You're making assumptions.

We never even talked about anything like that.

Why don't you tell me about what's going on with you instead of some girl that I've never met?

      iMessage





**September 19**
4:30 PM

Walker

Woah stop. I was just beginning to think that you must have changed for the better.

This is the wrong approach.

And fyi, I'm not collecting consulting wages. It's all pro bono to network and boost my experience.

Have you heard back about the job in SF?

Today 3:50 PM

Also. I've never met that Brittany girl. Stop bothering her.

She doesn't want yr far ass anyways

Stop being ridiculous




T-Mobile Wi-Fi    1:05 AM

WS

Walker

> Okay Kailin. I am going back to doing my work. The only address that I know you will be at is Goldman Sachs Jersey City office.

> Walker . If u do anything even slightly damaging to my life

> I will absolutely return the favor 10 fold

> Please don't make threats.

> Ur making threats

> I am only trying to legally resolve an issue that you have created.

> I'm being cordial

> I didn't do anything

> Ur making threats about my job

  iMessage



October 2
10:41 AM
Walker

I've had girls as hot and hotter than you. So please. Get a life. They acted much more reasonable than you.

Hotter?

Yea right

Show me please

Not even close and u know it

Younger and hotter

Oh younger but def not hotter

Please really Walker

Better careers

Ur def one of the ugliest

Maybe





**San Francisco Police Department**
**INCIDENT REPORT**

Report Type: Initial

170810414

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 170-810-414 | 07/15/2017 | | 10/04/2017 17:12 | 172773056 |

Type of Incident
- PHONE CALLS, HARASSING 28135

| Location of Occurrence: | At Intersection with/Premise Type APARTMENT | | District NORTHERN |
|---|---|---|---|
| Confidential Report? ☐ | Arrest Made? ☐ | Suspect Known? ☑ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3J00 |

Location Sent / On View:

| | At Intersection with | Reporting District TENDERLOIN |
|---|---|---|

| Crime and Clearance Status | Reported to Bureau | Name | Star | Date / Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.017

I declare under penalty of perjury, this report of __2__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED      Post Training

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer (PSA) WEST, ALEXANDRA A | 4865 | Tenderloin Station | 1500-0100 | 10/04/17 18:01 |
| Reviewing Officer WILHELM, CHRISTOPHER J | 1282 | Tenderloin Station | 1100-2100 | 10/04/17 19:42 |
| OIC WILHELM, CHRISTOPHER J | 1282 | Tenderloin Station | 1100-2100 | 10/04/17 19:43 |

| Related Case | Related Case | Re-assigned to | Assigned to 3*300 | Assigned by |
|---|---|---|---|---|
| - | - | Copies to 3*300 | Add'l Copies PW300 | AW 4865 |

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| R/V 1 | STONE, WALKER ▓ | | ▓▓▓▓▓ |

| Day Phone | Type Cell | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| ▓▓▓ | | ▓▓▓▓ | ▓▓▓ | ▓ | ▓ |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB / Age | DOB | or age between and | Race W | Sex M | Height 5'11 | Weight 240 | Hair Color BRO | Eye Color HZL | ID Type. Jurisd. ID No DL. CA ▓▓▓ |
|---|---|---|---|---|---|---|---|---|---|
| 91 | Unk. ☐ | | | | | | | | |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject ACQUAINTANCE |
|---|---|---|---|---|---|---|

| School (If Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(If Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

003043

## San Francisco Police Department
## INCIDENT REPORT

Report Type: Initial

170810414

| Code | Name (Last, First Middle) | | Alias | Email |
|------|---------------------------|--|-------|-------|
| S 1 | WANG , KAILIN | | | vapien310@gmail.com |

| Day Phone | Type | Home Address | City | | State | Zip Code |
|-----------|------|--------------|------|--|-------|----------|
| ▓▓▓▓ | Cell | | | | | |

| Night Phone | Type | Work Address | City | | State | Zip Code |
|-------------|------|--------------|------|--|-------|----------|

| DOB Unknown D | Date of Birth | Age | or age between 30 and 54 | Race A | Sex F | Height 5'0 | Weight 120 | Hair Color BLK | Eye Color UNK |
|---------------|---------------|-----|--------------------------|--------|-------|------------|------------|----------------|---------------|

| SFNO | JrID# (If Juv) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|------|----------------|------------------------------|------------------------------|------------------------------|

| Booking Charge(s) | Booking Location |
|-------------------|------------------|

| Warrant # | Court# | Action# | Dept# | Enroute to |
|-----------|--------|---------|-------|------------|

| Warrant Violation(s) | Bail ($) |
|----------------------|----------|

| Cite/Bond | Violation(s) | Appear Date/Time | Location of Appearance |
|-----------|--------------|------------------|------------------------|

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date   Time | CWB Check | Star |
|--------------------------------|---------------------|-------------|-----------|------|

| Book/Cite Approval | Star | Mass Arrest Code | M X-Rays ☐ | School (If Juvenile) | Statement ☐ |
|--------------------|------|------------------|------------|----------------------|-------------|

Other Information:  Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description;  Scars, Marks, Tattoos

| Interpreter Needed ☐ | Language | Language Description(If Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|----------------------|----------|-------------------------------|---------------------------------------|---------------------|

003044

**San Francisco Police Department**
**INCIDENT REPORT**

Report Type: Initial

170810414

## NARRATIVE

On October 4, 2017 at approximately 1712 hours while working the front counter as PSA at Tenderloin Station, (RV1) Walker Stone came in to report harassing phone calls and text.

Stone stated he met (S1) Kaitlin Wang on multiple dating apps on the approximate date 07/15/2017.

Stone stated he wanted to FaceTime with Wang to see if she was a real person on the approximate date 08/05/2017. Stone stated Wang refused and he stopped talking to her.

Stone stated Wang contacted his friends and family asking about him after Stone stopped contact with Wang.

Stone stated he contacted Wang again in order to spare his loved ones from Wang.

Stone stated he gets over 100 phones calls from Wang a day. Stone stated he has gotten text from Wang stating he should kill himself by jumping off the Golden Gate Bridge.

Stone reported Wang has made multiple false social media accounts with his identity and made false claims against him on websites.

Stone reported Wang has a case against her for similar charges out of New York, case number #2068434.

I sent additional copies of this report to SVU.

I gave Stone a Follow up form with a case number and a Mersy's card.

003045





**Walker**

Fri, Oct 27, 10:20 AM

> Ha

> Next

> Roast u piglet

Hold on. Stepping into a meeting.

It will be an hour before I can respond.

> Like bs . No way u gotta job

Possibly 2 so blah

> Ew u show off 😜 BNY Mellon called but

> Eh I'm leaving

Amtrakin back to Utah

> Not yet.im flying btw.

    Text Message





**Walker**

Why are you in a gl?



Had to order premium. Reg wouldn't take me and my 4 large suitcases

My landlord said he'll sue me on my way out. Not a good start

  Text Message



**WS**

Walker

> I have diff standards in NYC    7:40 PM

> Ur a UT meet up    7:40 PM

When are you getting to Utah?    7:40 PM

> And SF crash pad    7:40 PM

> That's it. Not a NYC meet up    7:40 PM

Meeting my friend at Under the Bridge would just be for my benefit.    7:40 PM

> So cum hang in Ut    7:40 PM

> No im not meeting anyone u know u creeper    7:40 PM

> I hope my future goes to meet Dan but it'll only make things worse    7:41 PM

  Text Message

      



**+1 (929) 400-3380**

walkerpstone
Post Unavailable · 2d

alfiem82
You need one · 3d

I returned the favor

Delivered

Today 5:10 AM

Hey, okay you win. Hmm – thanks for doing that :/

I never said anything bad about you, just thought it was strange you had screenshots of my friends and had that Instagram account. But I didn't even care in the end or ever mention it to anyone before.

I was obviously really into you, like all guys are, cause you're super attractive. Sorry if I said anything, will not happen again.

    iMessage

| Usage for: | 9174324181 | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES | | | | | | | |
| Total use: | 3305 minutes | | | | | | |
| Total charge: | $0.00 | | | | | | |
| Date | Time | Destination | Number | | Minutes | Call Type | Charge |
| 11/2/17 | 11:37 PM | to SNFC JUNPR/CA | (415) 818-3191 | | 81 | Wi-Fi call | $0.00 |
| 11/3/17 | 12:00 AM | to SNFC JUNPR/CA | (415) 818-3191 | | 29 | Wi-Fi call | $0.00 |
| 11/2/17 | 10:27 PM | to SNFC JUNPR/CA | (415) 818-3191 | | 27 | | $0.00 |
| 11/1/17 | 11:28 PM | to SNFC JUNPR/CA | (415) 818-3191 | | 19 | Wi-Fi call | $0.00 |
| 11/18/17 | 10:06 PM | to SNFC JUNPR/CA | (415) 818-3191 | | 10 | | $0.00 |

365 days Customer Support : 1-877-482-5503

Hi, Qizhong Wang [ 60057069 ]    Logout

Overview  Settings  **Usage Details**  Voicemail  Bills & Payments  Add-Ons  Rewards  Support  VIP Points

## Call Records

(The system only provides the call records of the last six months.)

From 11/01/2017    To 11/20/2017

| All | Multi Page | All | All |

☐ Toll charge only    ☐ Virtual DID incoming only    Search

## Call activities

Start  Previous  **(1-40 / 64)**  Next  End    Total Call Time:02:41:00 **(Mountain Time )**  Total Toll Charge:2.04($)

| To | From | Start Time | Amount($) | Duration | Location |
|---|---|---|---|---|---|
| 8991076682 | +13015495307 | 11/01/2017 09:31:46 | 0.000 | 00:01:00 | US - INCOMING |
| 18017879755 | 8991076682 | 11/01/2017 10:44:04 | 0.020 | 00:01:00 | USA |
| 14158183191 | 8991076682 | 11/01/2017 23:20:39 | 0.020 | 00:01:00 | USA |
| 14158183191 | 8991076682 | 11/01/2017 23:27:08 | 0.020 | 00:01:00 | USA |
| 8991076682 | +14157994807 | 11/02/2017 12:56:44 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017946127 | 11/02/2017 17:46:45 | 0.000 | 00:01:00 | US - INCOMING |
| 14158183191 | 8991076682 | 11/02/2017 20:03:12 | 0.020 | 00:01:00 | USA |
| 14158183191 | 8991076682 | 11/02/2017 20:03:46 | 0.020 | 00:01:00 | USA |
| 8991076682 | +14158183191 | 11/02/2017 21:53:25 | 0.000 | 00:26:00 | US - INCOMING |
| 14158183191 | 8991076682 | 11/02/2017 22:24:24 | 0.040 | 00:02:00 | USA |
| 12567591931 | 8991076682 | 11/02/2017 23:34:54 | 0.020 | 00:01:00 | USA |
| 14158183191 | 8991076682 | 11/02/2017 23:35:42 | 0.020 | 00:01:00 | USA |
| 12567591931 | 8991076682 | 11/02/2017 23:37:06 | 0.040 | 00:02:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:42:08 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:43:21 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:44:34 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:44:55 | 0.020 | 00:01:00 | USA |
| 862162157096 | 8991076682 | 11/05/2017 20:54:19 | 0.020 | 00:01:00 | China - Landline |
| 862162157096 | 8991076682 | 11/05/2017 20:55:51 | 0.100 | 00:05:00 | China - Landline |
| 8991076682 | +18557095345 | 11/06/2017 09:51:20 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +118557095345 | 11/06/2017 12:33:02 | 0.000 | 00:01:00 | US - INCOMING |

| 8991076682 | +18449529019 | 11/06/2017 17:11:24 | 0.000 | 00:01:00 | US - INCOMING |
|---|---|---|---|---|---|
| 8991076682 | +18557095345 | 11/06/2017 19:29:01 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18014275127 | 11/07/2017 09:54:18 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +118557095372 | 11/07/2017 13:47:32 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/07/2017 16:16:19 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017946199 | 11/08/2017 11:01:56 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12153524182 | 11/08/2017 17:52:34 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | Anonymous | 11/09/2017 06:35:36 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +15202748339 | 11/09/2017 13:24:50 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/09/2017 16:22:46 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18013571169 | 11/13/2017 10:58:42 | 0.000 | 00:09:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/14/2017 15:17:18 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +180092920000 | 11/15/2017 13:05:44 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18018638000 | 11/15/2017 17:52:01 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18018821359 | 11/16/2017 10:12:18 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +14158183191 | 11/18/2017 22:01:11 | 0.000 | 00:02:00 | US - INCOMING |
| 14158183191 | 8991076682 | 11/18/2017 22:15:39 | 0.040 | 00:02:00 | USA |
| 14158183191 | 8991076682 | 11/18/2017 22:17:04 | 0.060 | 00:03:00 | USA |
| 14158183191 | 8991076682 | 11/18/2017 22:19:46 | 0.140 | 00:07:00 | USA |

Copyright © All rights reserved, iTalkBB.com

**Kristina**

Hey love
11:24 PM

How are you?
11:24 PM

I have some guy reaching out to me about you lol
11:24 PM

He said you want to kill him he is really scared 🤣🤣🤣
11:25 PM

Thu, Nov 2

Ha
10:03 AM ✓✓

He's lying
10:03 AM ✓✓

Girl u have me dying laughing
10:08 AM

Fri, Nov 3

Just block them
1:34 AM ✓✓

I will
7:07 AM

How have u been
7:07 AM

Good . Haha studying 😡 bck in

< Home

**Walker Stone >**
Messenger



# Walker Stone

You and Walker Stone aren't connected on Facebook

Lives in San Francisco, California

You added Walker on November 2, 2017

NOV 2, 12:34 AM

 Hi. Kailin Wang has brought your name up a few times and I wanted to know if there is something that I should be concerned about with her.

You accepted Walker's request.

No why she's a good girl



Aa



 
 How well do you know her?

Pretty well why



10:14

Tuesday, October 31

MESSAGES                    now
**Maybe: Kailin Wang**
Ur very very dead !!!!!

PHONE                       now
**+1 (917) 432-4181**
Missed Call

MESSAGES                    now
**Maybe: Kailin Wang**
Ur dead

PHONE                    1m ago
**Unknown**
Missed Call

PHONE                    2m ago
**No Caller ID**



But why is this happening

 I wish I knew.

R u dating her, iam confused?

 I talked to her on a dating app for a

      Aa

< Home

**Walker Stone** >
Messenger

 I honestly have no idea. She just says I caused this.

Iam confused myself

 I talked to her for a few weeks, wanted to FaceTime her to make sure I wasn't being catfished because she lives across the country, and then she freaked out about it.

I will reach out to her



MESSAGES                          4m ago
**Kailin Wang**
Walker is a nigger lover

MESSAGES                          4m ago
**Kailin Wang**
Nigger lover

MESSAGES                          4m ago
**Kailin Wang**
Ugly girl lover

MESSAGES                          4m ago
**Kailin Wang**
U fucking disgusting pig

MESSAGES                          4m ago
**Kailin Wang**
Chink lover

MESSAGES                          4m ago
**Kailin Wang**
Ru a nigger lover ? Walker?

MESSAGES                          11m ago
**Kailin Wang**

Case 2:24-cr-00163-TS   Document 157-6   Filed 04/19/26   PageID.8827   Page 34 of 235







She seems to be ignoring your message but definitely got it.

How do you know

I sent her a message

NOV 2, 1:47 AM

I picked up the phone and she said Kristina was messaging her about some guy



I told her to talk to you

Sorry I tried

Aa



< Home

**Walker Stone** >
Messenger

 Do you know a guy named Rory Will?

No

Why

 Ugh, this whole situation is so weird and messed up

Which one

Who's Rory

 Her constantly harassing me for the past months

Iam sorry

NOV 2, 12:18 PM



Kristina

Ha   10:03 AM ✓

He's lying   10:03 AM ✓

It's the fat ass   10:03 AM ✓

It's the fat ass I sent above
10:04 AM ✓

1 UNREAD MESSAGE

Girl u have me dying laughing
10:08 AM

    Aa

Walker Stone >
Messenger



< Home

Kristina

Ha
10:03 AM ✓✓

He's lying
10:03 AM ✓✓

It's the fat ass
10:03 AM ✓✓

It's the fat ass I sent above
10:04 AM ✓✓

1 UNREAD MESSAGE

Girl u have me dying laughing
10:08 AM

I'm        Hi

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123        space

She can say that I'm lying, but you've seen the types of messages she sends me nonstop.

NOV 2, 8:08 PM

Tell me she can't always be like this.



Maybe: Kailin Wang

Aa

< Home

**Walker Stone** ›
Messenger

---

Maybe: Kailin Wang

But again ur not off the hook

Cause well I'm better than u

And cant and won't get over ur not interested

Cause I sure as hell don't lead people on or continue talking to them for fun if I'm not interested

Sure for party hook ups but it's made pretty clear that's why I'm keeping in touch

Ur not getting off the hook

I will harass u until ur 40

Ur a piece of fat shit

How dare u make me feel bad

I'm so much better for u

Subject

---

Maybe: Kailin Wang

Sorry, I can't talk right now.

Sorry, I can't talk right now.

Let's make a 👶

Sorry, I can't talk right now.

I think I love u Chunk 🥵🐷

Today 12:21 PM

I love Chunk 😘😍😅😂

Sorry, I can't talk right now.

Sorry, I can't talk right now.

But I wanna have  babies

Sorry, I can't talk right now.

Chunky babies 👶

Subject

Aa

Case 2:24-cr-00163-TS Document 157-18 Filed 04/19/26 PageID.8831 Page 38 of 235



**Walker Stone** >
Messenger

< Home

Today 4:47 PM

Yesterday

Ivan keep textingtect him

When ru back in New York

I'm in New York till November 3rd

Are you not in New York ?

Thursday

Hello

Subject

She's a really sweet girl I don't know her for being like this

Do you know her from nyc or Utah?

Ny

n

"n"    no    now

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123    space    return

Touch to return to call

+1 (929) 400-3380

You sent a message · 11m

walkerpstone
Post Unavailable · 2d

alfiem82
You need one · 3d

I returned the favor

Delivered

Today 5:10 AM

Hey, okay you win. Hmm – thanks for doing that :/

I never said anything bad about you, just thought it was strange you had screenshots of my friends and had that Instagram account. But I didn't even care in the end or ever mention it to anyone before.

I was obviously really into you, like all guys are, cause you're super attractive. Sorry if I said anything, will not happen again.

    

iMessage



# San Francisco Police Department
## INCIDENT REPORT

170945607

Report Type: Initial

**INCIDENT**

| Incident Number | Occurrence From Date / Time | | Occurrence To Date / Time | Reported Date / Time | | CAD Number |
|---|---|---|---|---|---|---|
| 170-945-607 | 09/15/2017 | 12:00 | | 11/20/2017 | 21:01 | 173243885 |

Type of Incident: PHONE CALLS, HARASSING 26135

| Location of Occurrence | At Intersection with/Premise Type: APARTMENT | | District: NORTHERN |
|---|---|---|---|

| Confidential Report ☐ | Arrest Made? ☐ | Suspect Known? ☑ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit: 3E00 |
|---|---|---|---|---|---|---|---|---|

Located/Booked On View | At Intersection with | Reporting District: NORTHERN

| Cite and Clearance Status | Reported to Bureau | Name | Sex | Date/Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?

**OFFICER DECLARATION**

I declare under penalty of perjury, this report of __1__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    Post Training

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer (PSA) LUI, MELISSA M | 4744 | Northern Station | 1500-0100 | 11/20/17 23:23 |
| Reviewing Officer CALLO, RAYMOND T | 1828 | Northern Station | 2100-0700 | 11/20/17 23:54 |
| OIC CALLO, RAYMOND T | 1828 | Northern Station | 2100-0700 | 11/20/17 23:54 |

| Related Case | Related Case | Re-assigned to | Assigned to: 3*300 | Assigned by: ML 4744 |
|---|---|---|---|---|
| 170-810-414 | – | Copies to 3*300 | Add'l Copies: US PARK POLICE | |

**R-1 VICTIM**

| Code | Name (Last, First, Middle) | Alias | Email |
|---|---|---|---|
| RV 1 | ████ KAREN ████ | | |

| Day Phone | Type: Cell | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Night Phone | Type | Work Address | City | State | Zip Code |

| DOB | Age | DCD | or 415 between ... and | Race: W | Sex: F | Height: 5'3 | Weight: 120 | Hair Color: BRO | Eye Color: GRE | ID Type Juris'd: DL CA | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/84 | 32 | Unk ☐ | | | | | | | | | |

| Confidential Person ☐ | Violent Crime Notification ☐ | 298 PC Notification ☐ | Star | Follow-up Form: YES | Statement ☑ YES ☑ | Relationship to Subject: STRANGER/MORE |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/if Interpreter Needed Specify Language: WORKS AS A PILATES INSTRUCTOR |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

003040

## San Francisco Police Department
### INCIDENT REPORT

170945607

Report Type: Initial

**SUSPECT 1**

| Code | Name (Last, First Middle) | | Alias | | Email | |
|---|---|---|---|---|---|---|
| S 1 | WANG, KAILIN | | | | | |

| Day Phone | Type | Home Address | City | | State | Zip Code |
|---|---|---|---|---|---|---|
| (917) 432-4181 | Cell | | | | | |

| Night Phone | Type | Work Address | City | | State | Zip Code |
|---|---|---|---|---|---|---|

| DOB | Date of Birth | Age | or age between and | Race A | Sex F | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| Unknown Id | | | | | | | | | |

| SFNO | MNI (If Juvi) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|

| Booking Charge(s) | Booking Location |
|---|---|

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|

| Warrant Violation(s) | Bail ($) |
|---|---|

| Citation# | Violation(s) | Appear Date/Time | Location of Appearance |
|---|---|---|---|

| ☐ GA Form Booked Copy Attached | Mirandized: Star ☐ | Date Time | CWB Check | Star |
|---|---|---|---|---|

| Book/Cite Approval | Star | Mass Arrest Code | ☐ X-Rays | School (If Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos

| Interpreter Needed ☐ | Language | Language Description (If Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

**PROPERTY 1**

| Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|
| EVD 1 | STATEMENT | | | | | | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | 1 | |

| Seized by (Star) | From Where |
|---|---|
| 4744 | CO E |

Additional Description/Identifying Numbers
1 page written statement from R/V1

003041



### San Francisco Police Department
### INCIDENT REPORT

170945607

## NARRATIVE

On 11/20/17 at 2101 hours, (R/V1) H███████ came into Northern Station to file a report.

H███████ stated that since the middle of September of 2017, she had been harassed through social media by an unknown person named (S1) Wang. H███████ believed that Wang had obtained her information through her ex, Walker Stone, who has also been harassed by Wang. H███████ provided me with Stone's police report number, related case 170-810-414.

H███████ stated that Wang has sent vulgar messages, obscene photos, and made false claims to her and her clients, negatively affecting her work as a pilates instructor. H███████ stated that Wang had also been created false Instagram pages to impersonate her. H███████ stated that she would be able to provide the messages to investigators if requested.

H███████ provided me with (EVD1) a one page statement which I uploaded and booked at Northern Station.

I provided H███████ with a case number, follow up form, and Marsy's card.

003042

| UNIFORM CITATION OR INFORMATION AND SUMMONS TO APPEAR | ISSUING AGENCY: **SPANISH FORK CITY POLICE** | | CASE NO. **17SF09515** | | CITATION **S10852813** | Page _1_ of _1_ |
|---|---|---|---|---|---|---|

ORD **UT0250700**

COMMERCIAL VEH. ☐YES ☒NO  GVWR
HAZMAT ☐ ☒NO
16 + OCCUPANTS ☐YES ☒NO
COMPLAINANT #
CIT/STATE **SPANISH FORK**    UT

Name (Last) **WANG**   (First) **KAILIN**
Address **2481 S FAIRWAY DR**    City **SPANISH FORK**  State **UT**  Zip **84660**
DOB **01/20/1983**
DLN # **167959889**  DL Exp **01/20/2019**  State **UT**  Class **A**
Sex ☐M ☒F ☐U  Race **A**  Hgt **5'04"**  Wgt **120**  Eyes **BRO**  Hair **BLK**

**STATE OF UTAH**
☐**COUNTY OF UTAH**
☐**CITY OF SPANISH FORK**

THE DEFENDANT IS HEREBY GIVEN NOTICE TO APPEAR IN:

**4TH DISTRICT - SF DEPARTMENT**
LOCATED AT:
**775 W CENTER ST**
**SPANISH FORK    UT    84660**
PHONE # **(801)804-4800**

THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING:

| UT CO CY | | | Code # | Severity | ENH |
|---|---|---|---|---|---|
| ☒ | **ELECTRONIC COMMUNICATION HARASSMENT** | | **76-9-201** | **MISDEMEANOR** | |

*Court Date:*
*December 11, 2017*
*9:30 Am*

RIGHT INDEX

**2481 S FAIRWAY DR**    County **UTAH**
Date **11/20/2017**    Military Time **21:45**
Telephone Number **(323)244-3244**

WITHOUT ADMITTING GUILT I PROMISE TO APPEAR AS DIRECTED HEREIN:

SIGNATURE X

I CERTIFY THAT A COPY OF THIS CITATION OR INFORMATION WAS DULY SERVED UPON THE DEFENDANT ACCORDING TO LAW ON THE ABOVE DATE AND I KNOW OR BELIEVE AND SO ALLEGE THAT THE ABOVE NAMED DEFENDANT DID COMMIT THE OFFENSE HEREIN SET FORTH CONTRARY TO LAW. I FURTHER CERTIFY THAT THE COURT TO WHICH THE DEFENDANT HAS BEEN DIRECTED TO APPEAR IS THE PROPER COURT PURSUANT TO SECTION 77-7-21, U.C.A.

OFFICER **C    HOODLEY (SF)**    ID # **7138**
COMPLAINANT _____   BUS _____
DATE OF CITATION **11/20/2017**

Equipment Violation
Officer _____    Badge # _____
Agency _____    Date _____

**READ CAREFULLY**

It an information and will not be used as an information without your consent. If an information is filed you will be provided a copy by the court. You must appear at the time set in this citation. IF YOU FAIL TO APPEAR THE COURT MAY ISSUE A WARRANT FOR YOUR ARREST.

Document received by the CA 1st District Court of Appeal.

173

**Request for Civil
Stalking Injunction**

FILED

180400131

Case Number: _____    District: _____
County: _____    State FOURTH DISTRICT COURT
Judge: LOW    PROVO

2018 JAN 22 PM 12: 48

**Petitioner** (person needing protection):

Kailin _____    Wang _____
First Name    Middle    Last

**Address and phone #** (to keep private, leave blank):

2481 Fair way Dr.
Street

Spanish fork, Ut 84660
City — State — Zip

917-432-4181
Phone #

The Respondent and I have the following minor
Children:

Name (Initials only if under 18)    Age

_____    _____
_____    _____
_____    _____
_____    34

Petitioner's attorney (if any): _____    Phone # _____

If you are under 16 years old, have you ever been married or emancipated by a court? [ ] Yes    [ ] No

**Respondent** (person you need to be protected from):

Walker _____    P _____    Stone _____
First Name    Middle    Last

Other names used: _____

Address: _____ Pacific Heights, San Francisco, CA 94104
Street — City — State — Zip

A judge can grant a stalking injunction **only** if the Respondent did any of the following towards you two or more times, in a manner that would cause a reasonable person to suffer emotional distress or to be afraid for the person's own safety or the safety of someone else:

   a. The Respondent directly, indirectly or through someone else followed, monitored, observed, photographed, surveilled, threatened, communicated to you, or about you, or interfered with your property using any action, method, device, or means; or
   b. the Respondent engaged in or caused someone else to engage in any of the following acts:
      i.   approached or confronted you;
      ii.  appeared at your workplace or contacted your employer or co-workers;
      iii. appeared at your home or contacted your neighbors or entered property owned, leased, or occupied by you;

1 of 8    Approved by Board of District Court Judges, June 2013
Revised November 2014

iv. sent material to you by any means for the purpose of obtaining or disseminating information about you to a family member, household member, employee, co-worker, friend, or associate;

v. placed an object on or delivered an object to property owned, leased, or occupied by you or to your place of employment with intent that the object be delivered to you; or

vi. used a computer, the Internet, text messaging, or any other electronic means.

*For a complete definition of stalking, see Utah Code Sect 76-5-106.5 and 77-3a-101- 103.*

**Note!** In addition to your own statements in this *Request*, you must provide some other evidence of stalking, like police reports, sworn statements from witnesses, audio or video tapes, other records, photos, letters, etc.

3   **Provide as much information as you can about the Respondent.** If you don't know, write "*unknown.*"

Respondent's Employer *(Name and address)*: ___Walker Price Stone___
___SF police will deliver Injunction if apply___

Best place and time to find the Respondent: *(Place)*: _____ *(Time)*: _____

Other addresses (hangouts): ___Phone: 415-818-3191___

Describe the Respondent's vehicle: Make:___ Year:____ Color:____ License Plates:__AUDi__

If more than one vehicle, describe here: Make:___ Year:___ Color:___ License Plates: :_____

Has the Respondent used weapons or been violent in the past?    ☐ Yes ☐ No ☒ Don't know

Is the Respondent a law enforcement officer, government investigator, or licensed private investigator?    ☐ Yes ☒ No ☐ Don't know

4   **Describe the stalking below:**

a.   When and where did the stalking events happen? *(Attach additional pages if necessary.)*

1st stalking event:
When: ___9/7/17___
Where: ___Utah___, Walker called and threatened my
2nd stalking event: mother & me
When: ___10/3/17___
Where: ___Walker called my father and threatened him & myself___

Other stalking events: ___Continuous___
When: ___Ongoing; Posting; Doxing; encouraging Continuous___
Where: ___Online, the league chat runs___ Harassment

b.   Who did you report the stalking to (if anyone)? ___yes; SF police will take action w/ Utah Stalking Injuct.___

c. List names of all people who witnessed the stalking: 1) Kailin Wang (self)
2) Jan Cheng (mother)   3) John Wang (Father)
4) Kristina Mikhaylova (Co-worker)
5) Alex Asboud (Date)

d. List any evidence you have of the stalking, like transcripts, audiotapes, police reports, photos, sworn statements from witnesses (affidavits), etc. You must attach at least one of these to this form.

phone records of Walkers threatening phone calls to my parents on 9/7/12, 9/11/17, 10/2/17 11/8/12, 11/18/17. Walker posting to an audience of 105,000; my personal information and encouraging others of harassment

e. Describe what the stalker did and why it would have made a reasonable person feel emotionally distressed, afraid of being physically harmed, or afraid that someone else would be physically harmed:

I have had public shaming; external threats; he is posting & sending my arrest, mugshot; my current location; previous home; my place of work, etc. In addition he has called my parents and told them he knows where they work, recent vacation they were on and that he will ruin my fathers, mothers and my career.

f. Other facts: He has additionally contacted my friends off of Facebook; Instagram and spread lies about me and told them lies about me.

☐ Check here if you need more space and attach additional sheets as needed.

5  Other Court Cases
a. Are there other Court orders to the Respondent about stalking? ☐ Yes ☑ No

3 of 8          Approved by Board of District Court Judges, June 2013
               Revised November 2014

*(If Yes, fill out below and attach a copy of the court order.)*

b. Have you or the Respondent ever been involved in any other court case involving either of you?
☑ Yes ☐ No *(If yes, list ALL court cases below):*

| Type of Case | County and State | Court Case # (NOT the police report #) | Person involved | Did the judge make an order? |
|---|---|---|---|---|
| Criminal | Spanish fork, Uf | 171301350 | ☑ You ☑ Respondent | ☐ Yes ☐ No |
| | | | ☐ You ☐ Respondent | ☐ Yes ☐ No |
| | | | ☐ You ☐ Respondent | ☐ Yes ☐ No |
| | | | ☐ You ☐ Respondent | ☐ Yes ☐ No |

**I am asking the Court to make the orders I have checked below.**

6 ☒ **Personal Conduct**
Order the Respondent not to stalk me.

7 ☒ **No Contact**
Order the Respondent not to contact or communicate with me or any person listed below, either directly or indirectly, by phone, text, mail, email, or any other way:

| Name | Relationship to Petitioner | Address |
|---|---|---|
| John wang | Father | |
| Jan cheng | Mother | |
| | | |

8 ☐ **Stay Away**
Order the Respondent to stay away from:
☒ a. My current or future: ☐ Vehicle ☒ Job ☐ School ☒ Home, premises and property *(My current addresses are listed below):*
Home address: ___2481 fairway Dr. Spanish fork, ut 84660___
Work address: ___30 hudson st, Jersey city, NJ 07312___
School address: _____
Describe vehicle: _____
☒ b. Other (specify): ___not post personal identifying info about me in public forums. Not encourage others to harass me___

9 ☐ **Child Custody & Parent-Time Orders**
Give me custody of the minor children listed here _____
_____
_____
Give the Respondent parent-time as follows _____

Approved by Board of District Court Judges, June 2013
Revised November 2014

_____

_____

Name someone who can communicate parent-time information to the Respondent: _____

_____

10 [✓] **Other Assistance Needed**  *(List below any other orders needed to protect you and the other protected people listed on page 1 of this form):* _____

_____ Walker cannot post information about _____ me to 105,000 people. Walker cannot _____ encourage others to post, harass, stalk, _____ taunt me. Walker cannot call my father, _____ mother, friends, co-workers, dates.

_____

_____

**The Petitioner must read and sign below:**

I swear that:

- I am the Petitioner and I have read this *Request for Civil Stalking Injunction*,
- I am a victim of stalking and I believe the Respondent is the stalker, and
- I live in this county or the Respondent lives in this county, or the stalking took place in this county.

Date: __1/17/18__    Petitioner's signature: _____

If the Petitioner is a minor, then a parent or guardian must sign below.

I swear that:

- I am Petitioner's parent or guardian and I have read this *Request for Civil Stalking Injunction*,
- Petitioner is a victim of stalking and I believe the Respondent is the stalker, and
- The Petitioner lives in this county or the Respondent lives in this county, or the stalking took place in this county.

Date: _____    Parent or guardian's signature: _____

Print Parent or guardian's name: _____

**Clerk or Notary Public fills out below:**

Subscribed and sworn to before me on (date): _22 Jan 18_ in _____Utah_____ County, Utah

_____ Clerk / Notary Public

Clerk or Notary's Signature _____

6 of 6                Approved by Board of District Court Judges, June 2013
                      Revised November 2014

**76-9-201. Electronic communication harassment -- Definitions -- Penalties.**
(2) A person is guilty of electronic communication harassment and subject to prosecution in the jurisdiction where the communication originated or was received if with intent to intimidate, abuse, threaten, harass, frighten, or disrupt the electronic communications of another, the person:

**(e) electronically publishes, posts, or otherwise discloses personal identifying information of another person, in a public online site or forum, without that person's permission.**

Walker Stone has abused mentally and emotionally by spread heinous lies about me to family, friends, romantic partners and the police. He has threatened to ruin my career as well as both my parents' careers.

Walker has continued his campaign of harassment and defamation of my character. He has publicly and privately posted, emailed, texted and called my parents, friends, online dates and stranger's details of sexual text exchanges, my arrest and social media in an effort to intimidate, harass and inflame a reasonable person.

He intended and encouraged continued harassment to an audience of over **101,993 viewers** in League Chat, and blogs and websites. He has made references to me being a Rapist, and has posted to blogs and emailed strangers links to my Arrest, Charges and Mug shots.

In addition to the new forms of public harassment I have also received late night harassing calls from several " Spoof Numbers", which left prank threats sent by an Anonymous caller.

I also discovered calls dating back to September and October made to my fathers cell phone, which is not, listed anywhere publicly. I also question if details of my civil lawsuit was obtained by Walker was done legally.

On 1/1/2018 Walker is still harassing me and my friends, he has posted to an audience of over **106,993 viewers** in League Chat, that I am a Rapist, links to my Arrest, Charges and Mug shot to strangers and encouraged strangers to get me gang harasses.

**He has posting 106,993 viewers' links to my Mug shots:**

1. http://mugshots.com/US-Counties/Utah/Utah-County-UT/Kailin-Wang.162377617.html

2. https://utah.arrests.org/Arrests/Kailin_Wang_35043594/

3. http://www.co.utah.ut.us/dept/Sheriff/Corrections/InmateSearchResults.asp?
   name=WANG

4. http://www.thepolicereporter.com/2017/12/14/kailin-wang/

5. http://whogotarrested.org/booking/34889733

I have lost my job in New York due to thus case, and he gets away with continuously defaming my family and me.

On 9/7/17 Walker called my father's cell phone, which is unlisted on the Internet. My father was in Iceland and did not answer. (See missed call in PDF)

On 9/11/17 Walker calls my mother and screamed at her, and told her that he wants nothing to do with me and that her only daughter was a "Crazy Bitch", "Hooker", "Fake Tit Whore", etc. He also stated to her that he knew where her husband worked and will ruin their reputations. I also received several prank calls where there were Americans speaking in a racist Chinese tone. My mother was extremely distraught and told him never to call again. I then proceeded to tell Walker to never contact my parents again as they have no relation to our problems.

10/2-10/3: Walker called my parents again and this time screamed at my father stated he knew he worked at "Olson's Greenhouse" and that he knows my father is at 2481 Fairway Dr. and that he was recently on a trip to Iceland.

10/16: I received a call from Dr. Phil's TV assistant; Justin and he asked if I wanted to fly to LA to be on a show with Walker to talk about our problems. I was confused what problems he was referring to so I called Walker and asked what that was all about and he said he made up a story like about us like Joseph Lazarus v.s. Melissa Lim that would get us on the Dr. Phil show. We would get an all expenses paid a trip to LA. Walker told me that this would be a way for us to meet for free.

11/2-11/3: Walker contacted several of my friends and told them that I was trying to kill him; he then proceeded to text me about photographing me against a Utah nature background. He then texted several guys I was romantically involved with in NYC and told them that I keep pictures of them on my phone and that I am stalking them.

1/1/2018-Present

He intended and encouraged continued harassment to an audience of over **106,993 viewers** in League Chat, and blogs and websites. He has made references to me being a Rapist, and has posted to blogs and emailed strangers links to my Arrest, Charges and Mug shots.

Walker has continued his campaign of harassment and defamation of my character. He has publicly and privately posted, emailed, texted and called my parents, friends, online dates and stranger's details of sexual text exchanges, my arrest and social media in an effort to intimidate, harass and inflame a reasonable person.

I have received harassing emails from The League viewers that are harassing me via email.

Walker has himself, or through 3rd party continue to post personally identifying information about where I live, my arrest in Utah, my move from New York due to this case, False Rape accusations, False death threat accusations, in a vicious campaign to defame to 100,000+ strangers serves no purposes besides to humiliate, harass, annoy me. The harassment has leaked externally with harassers identifying me on LinkedIn and employers and now they are sending mug shots and arrests to my employer. The league has allowed members to then harass, annoy, threaten me outside of the app.

Print                                                                                                        1/16/18, 4:48 PM

**Subject:**   Fwd: Walker is Accusing me of Rape to 101,993 viewers!!!!!!!!!!!!!

**From:**   K Yg (voplan310@gmail.com)

**To:**   johnwangphoto@yahoo.com;

**Date:**   Tuesday, January 16, 2018 3:40 PM

Please print
---------- Forwarded message ----------
From: **K Yg** <voplan310@gmail.com>
Date: Mon, Jan 1, 2018 at 10:03 PM
Subject: Walker is Accusing me of Rape to 101,993 viewers!!!!!!!!!!!!!!
To: asburgi@spanishfork.org, kyle@andersondart.com

Walker is still harassing me and people I know, he has posted to an audience of over **101,993 viewers** that I am a Rapist, and sent them links to my Arrest, Charges and Mug shot to strangers and encouraged strangers to get me gang harasses.

**He has posting 101,993 viewers' links to my Mug shots:**

1.   http://mugshots.com/US- Counties/Utah/Utah-County-UT/ Kailin-Wang.162377617.html

2.   https://utah.arrests.org/ Arrests/Kailin_Wang_35043594/

3.   http://www.co.utah.ut.us/dept/ Sheriff/Corrections/ InmateSearchResults.asp?name= WANG

4.   http://www.thepolicereporter. com/2017/12/14/kailin-wang/

He is falsely accusing me of Rape in front of over 100,000 Viewers !!!!!!!!!

I have already lost my job in New York due to this case, and he gets away with continuously harassing me.

about:blank                                                                                          Page 1 of 3



Regarding
Court case stone
Walker p o n
send me
8/7/17

Trst
From
soul walker
4 — 1h
Oct.
2017

On Oct 3, 2017, at 12:47 PM, John Wang <johnwangphoto@yahoo.com> wrote:

He called me again. You guys never met and there is no point to destroy each other's life with so much time and energy.

And he knows everything on me (like my where I work and my Iceland trip and even my flight stop over in JFK) and I don't want my life gets any trouble because of your silly game.

Just stop and get back on your normal life. It is not worth it.

Let me know your thoughts.

John Wang
801-3618742
johnwangphoto@yahoo.com
http://johnwanggallery.shutterfly.com



10/3

**Kailin Wang** <voplan310@gmail.com>

to John

Oct 3

The guy also threatened your careers. FYI: exact words were " I'll ruin ur parents careers". Don't listen to crazy people .block him

Sent from my iPhone



**Kailin Wang** <voplan310@gmail.com>                                                                              Oct 3

to John ▾

He's from out of state. I talked to the SF police. There's nothing that can be done. So no worries. He did stuff too. Just ignore

Sent from my iPhone

> On Oct 3, 2017, at 1:17 PM, John Wang <johnwangphoto@yahoo.com> wrote:
>
> <mime-attachment.html>

**Expersi regarding return to GS**

 **Cooley, Karen**                                                                                   8:50 AM (12 hours ago)

to me

HI Kallin,
Hope all is going well. I LM a message and I will text you ( as I have to practice) that Goldman would like you back Feb 5 and they have you budgeted till June 30, 2018.
Please confirm.
Thanks

Print                                                                          1/16/18, 4:48 PM



--

Phone: 917-432-4181

--

Kailin Wang

Phone: 917-432-4181

## Attachments

- 01:01:2018 Rape Accusations.png (1.13MB)
- Posting to 101,993 People Links to my Mug Shot !!!!!!.png (719.08KB)

.ıll AT&T 4G ☀    10:01 AM    ⬆ ✸ 🔋

< Voicemail



*John wangs cell phone log*

# +1 (415) 818-3191

    

message    call    video    mail    pay

## September 7, 2017

7:14 PM **Missed Call**

Share Contact

Share My Location

Create New Contact

Add to Existing Contact

Block this Caller

   

Favorites    Recents    Contacts    Keypad    Voicemail

iTalkBB Customer Self Service:Activity                                                                          12/13/17, 9:38 PM

305 days Customer Support: 1-877-482-5503

Hi, Qizhong wang ( 80267089 )        Logout

Overview Settings **Usage Details** Voicemail Bills & Payments Add-Ons Rewards Support VIP Points

## Call Records

(The system only provides the call records of the last six months.)

From 09/11/2017    To 11/20/2017

[All]    [Multi Page]    [All]    [All]

☐ Toll charge only        ☐ Virtual DID incoming only

9/11/2017 Call to my Mom

Search

## Call activities

First Prev : (1-40 / 184) Next End    Total Call Time:05/23:00 (Mountain Time ) Total Toll Charge:3.28($)

| To | From | Start Time | Amount($) | Duration | Location |
|---|---|---|---|---|---|
| 8991076682 | +1561242536 | 09/11/2017 08:11:24 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +14158183191 | 09/11/2017 19:18:23 | 0.000 | 00:10:00 | US - INCOMING |
| 8991076682 | +17183998960 | 09/12/2017 12:14:25 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 09/12/2017 13:28:31 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +16468932255 | 09/13/2017 17:49:51 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017943660 | 09/14/2017 13:44:06 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +16789922430 | 09/14/2017 18:00:56 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017944768 | 09/15/2017 09:12:44 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18006660101 | 09/15/2017 11:49:00 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 09/18/2017 11:23:54 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +17184693660 | 09/19/2017 17:50:15 | 0.000 | 00:01:00 | US - INCOMING |
| 862162153230 | 18013618742 | 09/20/2017 22:03:43 | 0.020 | 00:01:00 | China - Landline |
| 862162153230 | 18013618742 | 09/20/2017 22:05:08 | 0.020 | 00:01:00 | China - Landline |
| 8991076682 | +18778877945 | 09/21/2017 15:22:29 | 0.000 | 00:01:00 | US - INCOMING |
| 862162153230 | 18013618742 | 09/21/2017 20:30:32 | 0.020 | 00:01:00 | China - Landline |
| 862162153230 | 18013618742 | 09/21/2017 20:32:10 | 0.020 | 00:01:00 | China - Landline |
| 862162153230 | 18013618742 | 09/22/2017 21:15:20 | 0.020 | 00:01:00 | China - Landline |
| 8991076682 | +18667903451 | 09/25/2017 09:03:48 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017941402 | 09/25/2017 09:46:53 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017946643 | 09/25/2017 11:00:17 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017944219 | 09/25/2017 12:52:47 | 0.000 | 00:01:00 | US - INCOMING |

*[Handwritten annotations: "9/11/17", "my Daughter was not in Utah until Nov. 2017"]*

https://webaccount.italkbb.com/CSS/Views_BB/Activity.htm?LoginName=57089&Culture=en&LoginType=customer&_menu_main=2        Page 1 of 2

12/13/17, 9:38 PM

| 8991076682 | +17738491850 | 09/25/2017 14:41:36 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +18014275127 | 09/26/2017 09:53:01 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017942205 | 09/26/2017 11:34:39 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017942909 | 09/26/2017 12:52:13 | 0.000 | 00:01:00 | US - INCOMING |
| 862162153230 | 8991076682 | 09/26/2017 20:01:09 | 0.020 | 00:01:00 | China - Landline |
| 862162153230 | 8991076682 | 09/26/2017 20:03:12 | 0.020 | 00:01:00 | China - Landline |
| 862162153230 | 18017879755 | 09/26/2017 20:05:39 | 0.020 | 00:01:00 | China - Landline |
| 8991076682 | +18013618742 | 09/27/2017 11:20:42 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +15052075804 | 09/27/2017 13:25:56 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18013618742 | 09/28/2017 08:16:08 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18013618742 | 09/28/2017 10:47:02 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +18778258619 | 09/29/2017 19:57:19 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18778258619 | 10/02/2017 11:17:19 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18011478093 | 10/02/2017 12:07:46 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18006698488 | 10/02/2017 16:59:55 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +14158183191 | 10/02/2017 20:41:55 | 0.000 | 00:23:00 | US - INCOMING |
| 862162153230 | 8991076682 | 10/02/2017 21:26:26 | 0.020 | 00:01:00 | China - Landline |
| 8991076682 | +18778258619 | 10/03/2017 18:37:28 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18014275127 | 10/04/2017 09:31:44 | 0.000 | 00:01:00 | US - INCOMING |

*[Handwritten annotations: "my Daughter was not in Utah until nov. 2017", "10/2/17", and a box reading "Walker called and threatened my Father" with an arrow pointing to the circled row 10/02/2017 20:41:55]*

Copyright © All rights reserved, ITalk88.com

365 days Customer Support: 1-877-482-5503

H, Qizhong Wang ( 6005?069 )    Logout

Overview Settings **Usage Details** Voicemail Bills & Payments Add-Ons Rewards Support VIP Points

## Call Records

(The system only provides the call records of the last six months.)

From 11/01/2017    To 11/20/2017

[All]    [Multi Page]    [All]    [All]    Walker's called Wangs Residence Landline    Search

☐ Toll charge only    ☐ Virtual DID incoming only

## Call activities

Prev. Prev. (1-40 / 64) Next End    Total Call Time:02:41:00 (Mountain Time )    Total Toll Charge:2.04($)

| To | From | Start Time | Amount($) | Duration | Location |
|---|---|---|---|---|---|
| 8991076682 | +13015495307 | 11/01/2017 09:31:46 | 0.000 | 00:01:00 | US - INCOMING |
| 18017879755 | 8991076682 | 11/01/2017 10:44:04 | 0.020 | 00:01:00 | USA |
| 18017879755 | 8991076682 | 11/01/2017 23:20:39 | 0.020 | 00:01:00 | USA |
| 18017879755 | 8991076682 | 11/01/2017 23:27:08 | 0.020 | 00:01:00 | USA |
| 8991076682 | +14157994807 | 11/02/2017 12:56:44 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076662 | +18017946127 | 11/02/2017 17:46:45 | 0.000 | 00:01:00 | US - INCOMING |
| 17184167811 | 8991076682 | 11/02/2017 20:03:12 | 0.020 | 00:01:00 | USA |
| 18017946127 | 8991076682 | 11/02/2017 20:03:48 | 0.020 | 00:01:00 | USA |
| 8991076682 | +14158183191 | 11/02/2017 21:53:25 | 0.000 | 00:26:00 | US - INCOMING |
| 19294003380 | 8991076682 | 11/02/2017 22:54:54 | 0.020 | 00:01:00 | USA |
| 12567591931 | 8991076682 | 11/02/2017 23:34:54 | 0.020 | 00:01:00 | USA |
| 12567591931 | 8991076682 | 11/02/2017 23:37:06 | 0.040 | 00:02:00 | USA |
| 12567591931 | 8991076682 | 11/02/2017 23:37:08 | 0.040 | 00:02:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:42:08 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:43:21 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:44:34 | 0.020 | 00:01:00 | USA |
| 19294003380 | 8991076682 | 11/03/2017 01:44:55 | 0.020 | 00:01:00 | USA |
| 862162157096 | 8991076682 | 11/05/2017 20:54:19 | 0.020 | 00:01:00 | China - Landline |
| 862162157096 | 8991076682 | 11/05/2017 20:55:51 | 0.100 | 00:05:00 | China - Landline |
| 8991076682 | +18557095345 | 11/06/2017 09:51:20 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +118557095345 | 11/06/2017 12:33:02 | 0.000 | 00:01:00 | US - INCOMING |

11/2

iTalkBB Customer Self Service:Activity

12/13/17, 9:40 PM

| 8991075682 | +18449525019 | 11/06/2017 17:11:24 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18557095345 | 11/06/2017 19:28:01 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18014275127 | 11/07/2017 09:54:18 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +118557095372 | 11/07/2017 13:47:32 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/07/2017 16:16:19 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18017946199 | 11/08/2017 11:01:56 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12153524182 | 11/08/2017 17:52:34 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | Anonymous | 11/09/2017 06:35:36 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +15202748339 | 11/09/2017 13:24:50 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/09/2017 16:22:46 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18013571169 | 11/13/2017 10:59:42 | 0.000 | 00:09:00 | US - INCOMING |
| 8991076682 | +12072131125 | 11/14/2017 15:17:18 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +180092920000 | 11/15/2017 13:05:44 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18018538000 | 11/15/2017 17:52:01 | 0.000 | 00:01:00 | US - INCOMING |
| 8991076682 | +18018821359 | 11/16/2017 10:12:18 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +14158183191 | 11/18/2017 22:01:11 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +18018821359 | 11/18/2017 23:12:18 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +18018821359 | 11/19/2017 23:12:11 | 0.000 | 00:02:00 | US - INCOMING |
| 8991076682 | +18018821359 | 11/20/2017 10:12:11 | 0.000 | 00:02:00 | US - INCOMING |

Copyright © All rights reserved, iTalkBB.com



**Kailin Wang** <voplan310@gmail.com>

to Karen

5:50 PM (3 hours ago)

Hi Karen,

A family issue arose and I won't be able to make it back to GS in Feb, 2018.

I am not sure when these issues will be resolved.

Thank you,

Kailin Wang

[...]



101993 Members • 2 Friends

They met up, she looked nothing like her pics and he drank to accommodate for that. Needless to say, things progressed. He passed out, spent the night and she begged him to stay in the morning. He politely declined, embarrassed at what ensued and was out the door. As he was driving home, she texted him saying, I got my dick pics anyway! Proceeded to light up his phone with pics she'd taken while he was passed out, of her performing oral on him!! Moral of the story: girls can be idiots too!



Introducing League Groups

*Tell us what groups you want!*

101993 Members • 2

EL82M is a guy who asked me out in New York; Walker does not know him but sent him links to Mugshot and told them I Raped him



IO86M

@EL82M yep no crazy League stalkers currently undergoing criminal investigation here haha.



JJ80M

Yup. Men can be raped too. Totally NOT FUNNY.

This was Walker Referring to the Rape Story above, he then subsequently told others he was Raped by me



WS86M

Haha... maybe that's the girl that the League removed.

PUBLIC notifications

I received notifications from the app; The league

1/1/2018







.ıll T-Mobile Wi-Fi 🛜    11:46 AM

< 

**October 25**

9:37 AM

**Edit**

< *A public forum for you to share ideas, featur...*

TOWN HALL    49403 Members • 11 Friends

about the league?

yo dawg...

I'm at GA doing some work... but this talk is catching my attention.
WS86M

Thu, Oct 19, 10:28 PM

Dating coach is saying doing let them see your Facebook and Instagram
WS86M

> Walker Accuses me of being a Stalker While still texting and calling me daily

Dont*
WS86M

After attracting a cyberstalker a few months ago... I would agree.
WS86M

Thu, Oct 19, 10:32 PM

More height discussion 😂





Email
I was in
fear

☰ **Kailin Wang** <voplan310@gmail.com>                                          Oct 3 ☆ ↰ ▾
to John ▾

He's from out of state. I talked to the SF police. There's nothing that can be done. So no worries. He did stuff too. Just ignore

Sent from my iPhone

> On Oct 3, 2017, at 1:17 PM, John Wang <johnwangphoto@yahoo.com> wrote:
>
> <mime-attachment.html>

On Oct 3, 2017, at 12:47 PM, John Wang <johnwangphoto@yahoo.com> wrote:

He called me again. You guys never met and there is no point to destroy each other's life with so much time and energy.

And he knows everything on me (like my where I work and my Iceland trip and even my flight stop over in JFK) and I don't want my life gets any trouble because of your silly game.

Just stop and get back on your normal life. It is not worth it.

Let me know your thoughts.

John Wang
801-3618742
johnwangphoto@yahoo.com
http://johnwanggallery.shutterfly.com

AT&T 4G    10:01 AM

Greeting    **Voicemail**    Edit

**Jan**    10/11/17    ⓘ
mobile    0:15

**+1 (801) 919-5321**    9/29/17    ⓘ
phone    0:12

*John wang's cell phone log*

**+1 (801) 919-5321**    9/29/17    ⓘ
phone    0:10

**+1 (801) 487-6479**    9/26/17    ⓘ
phone    0:12

**Brett Bezzant**    9/14/17    ⓘ
phone    0:38

**+1 (415) 818-3191**    9/7/17    ⓘ
phone    0:05

**+1 (801) 851-5400**    8/25/17    ⓘ
phone    0:09

 Favorites     Recents     Contacts     Keypad     Voicemail

**Kailin Wang** <voplan310@gmail.com>

to John

Oct 3

The guy also threatened your careers. FYI: exact words were " I'll ruin ur parents careers". Don't listen to crazy people .block him

Sent from my iPhone

[...]



.ıll T-Mobile Wi-Fi 🛜        2:47 AM        ✲ ▭◦⁴

< ◼️ **Introducing League Groups**  ⋮

*Tell us what groups you want! This is our...*

102246 Members

2 Walker emailed hundreds of strangers my profile in an a Gang Stalking Campaign

**Fri, Dec 8, 5:21 PM**

🧑 The most notorious case on here so far is the girl from a few months ago who was stalking one of the guys.

IO86M

🪙 What! That's crazy!

LL89M

**Fri, Dec 8, 5:29 PM**

🪙 Oh yeah that chick was a Grade A nutbag

ML80F

🪙 Yea...I'm kind of surprised how quick some people are to meet up on here. I like to understand who I'm talking to and a bit of background before immediately meeting up with someone, even if it's a public place. I do the same thing on Craigslist before I make a transaction in

JC89M

Use @username to notify someone        **Send**





.ıll T-Mobile Wi-Fi 📶    8:53 AM    ⚹ 🔋

 

## Introducing League Groups ⋮

*Tell us what groups you want! This is our…*

102274 Members

Getting someone I does NOT even know me to Flag and Defame me

Thu, Oct 26, 2:52 PM



IO86M

People also question if all the accounts on here are real. I think with online it's going to vary based on paywall but there will always be a few that aren't.



IO86M

I know someone on here had a stalker who was creating new accounts so I think it's pretty easy to start a fake one.

Thu, Oct 26, 4:35 PM



VM88F

Dear God, I hope I don't have to deal with a stalker on here. Ugh.

Thu, Oct 26, 4:42 PM



EL82M

https://media.tenor.com/images/ 70d0bb4cdb110f877b3d8cbb2e1e86f1/ tenor.gif

Use @username to notify someone    Send



 T-Mobile Wi-Fi    9:01 AM

 **Introducing League Groups** ⋮

*Tell us what groups you want! This is our...*

102274 Members

Tue, Oct 3, 6:57 PM


SG89F

@wS86M you should screenshot all interactions with her and make a Tumblr...

Tue, Oct 3, 8:45 PM


WS86F

Side bar- is there a climbing group?
Would anyone else be interested in one?


WS86F

(Erm, rock climbing, that is...)

Tue, Oct 3, 8:59 PM


BD77M

There is one. Back out from this screen, to the Groups page. Tap the green search icon in the upper right to show the list of all the groups. You can add any group you like

Use @username to notify someone        Send





ull T-Mobile Wi-Fi 📶    8:54 AM    ✳ 🔋



### Introducing League Groups ⋮

*Tell us what groups you want! This is our...*

102274 Members

Thu, Oct 26, 4:42 PM



**EL82M**

https://media.tenor.com/images/70d0bb4cdb110f877b3d8cbb2e1e86f1/tenor.gif



**IQ86M**

If it makes you feel any better, the female was the stalker.

Thu, Oct 26, 4:45 PM



**NF86F**

Well, I'm disappointed. I was selected to be a member & somehow got booted. Now I'm in all these groups, but don't have any other benefits. Tried contacting that Concierge guy, yeah...



**NF86F**

The conversation here was pretty interesting. Anyone have luck with meeting someone?

Use @username to notify someone    Send



```
                       4TH DISTRICT COURT - PROVO
                       UTAH COUNTY, STATE OF UTAH


                    KAILIN WANG vs. WALKER P STONE
CASE NUMBER 180400131 Civil Stalking                    **** PRIVATE ****
```

CURRENT ASSIGNED JUDGE
        THOMAS LOW


PARTIES
        Petitioner - KAILIN WANG


        Respondent - WALKER P STONE



ACCOUNT SUMMARY
                Total Revenue Amount Due:          20.50
                          Amount Paid:             20.50
                         Amount Credit:             0.00
                               Balance:             0.00
        REVENUE DETAIL - TYPE: COPY FEE
                     Original Amount Due:           1.00
                      Amended Amount Due:           1.00
                            Amount Paid:            1.00
                          Amount Credit:            0.00
                                Balance:            0.00


        REVENUE DETAIL - TYPE: AUDIO TAPE COPY
                     Original Amount Due:          10.00
                      Amended Amount Due:          10.00
                            Amount Paid:           10.00
                          Amount Credit:            0.00
                                Balance:            0.00


        REVENUE DETAIL - TYPE: COPY FEE
                     Original Amount Due:           9.50
                      Amended Amount Due:           9.50
                            Amount Paid:            9.50
                          Amount Credit:            0.00
                                Balance:            0.00



CASE NOTE



PROCEEDINGS
01-22-2018   **** PRIVATE **** Filed: Request for Civil Stalking Injunction
01-22-2018   **** PRIVATE **** Filed: Petition
01-22-2018   Judge THOMAS LOW assigned.
01-22-2018   Fee Account created Total Due: 1.00
01-22-2018   Fee Account created
01-22-2018   COPY FEE  1.00
```

```
03-19-2021 07:22 PM                                      Page 1 of 4
```

```
01-22-2018   **** PRIVATE **** Filed: Service Assistance Form
01-22-2018   **** PRIVATE **** Filed: PROPOSED Request for Hearing
01-22-2018   **** PRIVATE **** Filed: PROPOSED Return of Service
01-22-2018   **** PRIVATE **** Filed: PROPOSED Civil Stalking Injunction
01-23-2018   Filed protective order: Temporary Civil Stalking Injunction
                  Judge THOMAS LOW
                  Signed January 23, 2018
01-23-2018   Case Disposition is Granted
             Disposition Judge is THOMAS LOW
02-14-2018   **** PRIVATE **** Filed: Request for Hearing
02-22-2018   Note: The request for hearing was filed by a non-party to the
             the case. A hearing will not be set until the respondent or an
             attorney licensed in the State of Utah request a hearing.
03-05-2018   **** PRIVATE **** Filed: Request for Hearing
03-23-2018   Filed: Notice for Case 180400131 SK: Judge    THOMAS LOW
03-29-2018   **** PRIVATE **** Filed: Mail Returned:  forwarded to updated
             address
05-04-2018   Minute Entry - HEARING ON TEMPORARY STALKING INJUNCTION
                  Judge: THOMAS LOW
                  Clerk: rosew
             PRESENT
                  Petitioner's Attorney: JEFF D RIFLEMAN
                  Petitioner(s): KAILIN WANG
                  Respondent(s): WALKER P STONE
                  Audio
                  Tape Number: 201 Tape Count: 1:33-2:26
             HEARING
```

This matter comes before the court for a hearing on the temporary stalking injunction.

Mr. Stone is sworn in.

Mr. Stone requests to record hearing. Mr. Rifleman responds. The hearing can be recorded for Mr. Stone's personal use.

Mr. Stone requests the court take judicial notice of a case 171301350 in the Spanish Fork District Court and a case in another court.

Mr. Rifleman responds.

The court takes judicial notice of the in the Spanish Fork court.

Mr. Rifleman objects to the court taking judicial notice of the case.

Judicial notice will be decided once jurisdiction is decided.

Mr. Stone argues jurisdiction.

Mr. Rifleman responds.

Mr. Stone replies.

The court finds that the court has jurisdiction over the case.

Mr. Stone addresses the temporary stalking injunction.

Cross examination by Mr. Rifleman.

Objection based on asked and answered. The objection is overruled.

Kailin Wang is sworn in and questioned on direct by Mr. Stone.

Objection based on foundation. The objection is sustained.

Objection based on relevance. The objection is sustained.

Objection. The objection is sustained.

Direct examination is ended by the court.

The court rules on the record. The stalking injunction is signed.

| | |
|---|---|
| 05-07-2018 | Filed protective order: Civil Stalking Injunction |
| | Judge THOMAS LOW |
| | Signed May 07, 2018 |
| 05-07-2018 | Filed order: HEARING ON TEMPORARY STALKING INJUNCTION |
| | Judge THOMAS LOW |
| | Signed May 07, 2018 |
| 05-08-2018 | **** PRIVATE **** Filed: Request for Copy of Audio Record (5/4/18 hearing, Judge Low) |
| 05-10-2018 | Fee Account created Total Due: 10.00 |
| 05-10-2018 | Fee Account created |
| 05-10-2018 | AUDIO TAPE COPY  10.00 |
| 05-10-2018 | Note: KAILIN WANG has paid for the copy of the audio record. |
| 05-11-2018 | **** PRIVATE **** Filed: Request for Copy of Audio Record (completed) |

| 09-09-2019 | **** PRIVATE **** Filed: TRANSCRIPT for Hearing of 05-04-2018 |
|---|---|
| 12-03-2019 | Fee Account created Total Due: 9.50 |
| 12-03-2019 | Fee Account created |
| 12-03-2019 | COPY FEE  9.50 |
| 04-14-2020 | Note: Civil Stalking Injunction Service Date : 04-14-2020 06:51:00 |
| 04-22-2020 | **** PRIVATE **** Filed return: Sheriff's Affidavit of Service - Civil Stalking Injunction |

**CH-100**

**Request for Civil Harassment Restraining Orders**

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

**F I L E D**
Superior Court of California
County of San Francisco

JAN 26 2018

**CLERK OF THE COURT**

BY _____ Deputy Clerk

① **Person Seeking Protection**

a   Your Full Name: Walker Stone    Age: ____
Your Lawyer (if you have one for this case):
Name: Ted Broomfield    State Bar No.: 303416
Firm Name: Ted Broomfield Law

*Superior Court of California, County of*

San Francisco Superior Court
Civic Center Courthouse
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

b.  Your Address (*If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail*):
Address: 1243 Pine St, #12
City: San Francisco   State: CA   Zip: 94109
Telephone: (415) 500-2029   Fax: (415) 366-2898
E-Mail Address: ted@tedbroomfield.com

*Court fills in case number when form is filed.*
Case Number:

② **Person From Whom Protection Is Sought**
Full Name: Kaitlin Wang    Age: 35
Address (*if known*): 2481 Fairway Dr.
City: Spanish Fork    State: UT   Zip: 84660

③ **Additional Protected Persons**

a.  Are you asking for protection for any other family or household members? ☐ Yes ☐ No   *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.

b.  Why do these people need protection? (*Explain below*).

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

Kaitlin Wang is harassing all the people in 3a.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2016, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6

→

Case Number:

**(4) Relationship of Parties**

How do you know the person in (2)? (Explain below): Met via an online social network

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title

**(5) Venue**

Why are you filing in this county? (Check all that apply:

a. ☐ The person in (2) lives in this county.

b. ☒ I was harassed by the person in (2) in this county.

c. ☐ Other (specify):

**(6) Other Court Cases**

a. Have you or any of the persons named in (3) been involved in another court case with the person in (2)?

☒ Yes   ☐ No    If yes, check each kind of case and indicate where and when each was filed:

| Kind of Case | Filed In (County/State) | Year Filed | Case Number (if known) |
|---|---|---|---|
| (1) ☐ Civil Harassment | | | |
| (2) ☐ Domestic Violence | | | |
| (3) ☐ Divorce, Nullity, Legal Separation | | | |
| (4) ☐ Paternity, Parentage, Child Custody | | | |
| (5) ☐ Elder or Dependent Adult Abuse | | | |
| (6) ☐ Eviction | | | |
| (7) ☐ Guardianship | | | |
| (8) ☐ Workplace Violence | | | |
| (9) ☐ Small Claims | | | |
| (10) ☒ Criminal | Utah (county, UT | 2017 | 171301350 |
| (11) ☐ Other (specify): | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in (3) and the person in (2)? ☒ No   ☐ Yes   If yes, attach a copy if you have one.

**(7) Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in (2) harassed you.

(1) When did it happen? (provide date or estimated date): Between Sept. 2017 to present

(2) Who else was there? Various people. Ms Wang routinely makes threatening phone calls and text messages

**This is not a Court Order.**

Case Number:

(3)  How did the person in ② harass you?  (Explain below):

☐  Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.

Threats of death and physical violence, including ~~~~~~ ~~~~~

Extortion, defamation ~~~~

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☒ Yes  ☐ No  (If yes, explain below):

☐  Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.

Ms Wang used images of Knives in conjunction with making physical threats

(5)  Were you harmed or injured because of the harassment?

☒ Yes  ☐ No  (If yes, explain below):

☐  Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.

Extreme mental & emotional distress Economic damages, lost income and damage to reputation

(6)  Did the police come?  ☒ Yes  ☐ No

If yes, did they give you or the person in ② an Emergency Protective Order?  ☐ Yes  ☒ No

If yes, the order protects (check all that apply):

a. ☐ Me  b. ☐ The person in ②  c. ☐ The persons in ③

Attach a copy of the order if you have one.

b.  Has the person in ② harassed you at other times?

☒ Yes  ☐ No  (If yes, describe prior incidents and provide dates of harassment below):

☐  Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.

The harassment is far to numerous & frequent to specify. Almost daily, Ms Wang makes hundreds of calls and emails 2nd text threatening and defaming Mr. Stone

This is not a Court Order.

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

|  | Case Number: |
|---|---|

**Check the orders you want.** ☑

**(8)** ☐ **Personal Conduct Orders**

I ask the court to order the person in ② not to do any of the following things to me or to any person to be protected listed in ③.

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other (specify):

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title

_____

_____

_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(9)** ☐ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least _____ yards away from (check all that apply):

(1) ☒ Me         (8) ☐ My vehicle

(2) ☐ The other persons listed in ③    (9) ☐ Other (specify):

(3) ☐ My home       _____

(4) ☐ My job or workplace     _____

(5) ☐ My school      _____

(6) ☐ My children's school    _____

(7) ☐ My children's place of child care   _____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☒ Yes ☐ No *(If no, explain below)*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9h—Stay-Away Orders," for a title.

_____

_____

**(10)** **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms? ☐ Yes ☐ No ☒ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

Case Number:

## (11) Immediate Orders

Do you want the court to make any of these orders now that will last until the hearing without notice to the person in (2)? ☒ Yes ☐ No   (If you answered yes, explain why below).

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Immediate Orders" for a title.

An immediate order is necessary because our criminal prosecution has not stopped Mr. Wang's harassing conduct.

## (12) ☐ Request to Give Less Than Five Days' Notice

You must have your papers personally served on the person in (2) at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.

## (13) ☒ No Fee for Filing or Service

a. ☒ There should be no filing fee because the person in (2) has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in (2) about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in (2) for free because I am entitled to a fee waiver. (You must complete and file form FW-001, Application for Waiver of Court Fees and Costs.)

## (14) ☐ Lawyer's Fees and Costs

I ask the court to order payment of my:   a. ☒ Lawyer's fees  b. ☒ Court costs

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| Lawyer Fee | $ 500 | | $ |
| Court Costs | $ TBD | | $ |
| Paralegal | $ 100 | | $ |

☐ Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.

**This is not a Court Order.**

Case Number:

(15) ☐ Possession and Protection of Animals

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
(Identify animals by, e.g., type, breed, name, color, sex.)

_____

_____

I request sole possession of the animals because (specify good cause for granting order):

'☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.

_____

_____

b. ☐ That the person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(16) ☐ Additional Orders Requested

I ask the court to make the following additional orders (specify):

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested." for a title.

_____

_____

(17) Number of pages attached to this form, if any: _None_

Date: _January 26, 2018_

_Ted Broomfield_
Lawyer's name (if any)                          Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: ___Jan. 26, 2018___

__Walker Stone__
Type or print your name                          Sign your name

This is not a Court Order.

**CH-110** . Temporary Restraining Order

FILED
N. FRANCISCO &
Clerk stamps date here when form is filed

2018 JAN 29 PM 3:03

CLERK OF THE COURT
By _____

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

① **Protected Person**

a. Your Full Name: **Walker Stone**

Your Lawyer *(if you have one for this case)*:
Name: **Ted Broomfield** State Bar No.: **303416**
Firm Name: **Ted Broomfield Law**

b. Your Address *(If you have a lawyer, give your lawyer's information.*
*If you do not have a lawyer and want to keep your home address*
*private, you may give a different mailing address instead. You do not*
*have to give telephone, fax, or e-mail.):*

Address: **1243 Pine St #12**
City: **San Francisco** State: **CA** Zip: **94109**
Telephone: **(415) 500-2029** Fax: **(415) 366-2893**
E-Mail Address: **ted@tedbroomfield.com**

Fill in court name and street address:

Superior Court of California, County of
San Francisco Superior Court
Civic Center Courthouse
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

Court fills in case number when form is filed.
Case Number: _____

② **Restrained Person**

Full Name: **Kailin Wang**

Description:

Sex: ☐ M ☑ F Height: **5'4"** Weight: **120** Date of Birth: **1/20/1983 (est)**
Hair Color: **Natural-Black** Eye Color: **Brown** Age: **35** Race: **Asian**
Home Address *(if known):* **2481 Fairway Dr.**
City: **Spanish Fork** State: **UT** Zip: **84660**
Relationship to Protected Person: **Acquaintance**

③ ☐ **Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Protected Person |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—*
*Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

*The court will complete the rest of this form.*

④ **Expiration Date**

*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: **February 21, 2018** Time: **8:30** ☑ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Temporary Restraining Order (CLETS-TCH)**
**(Civil Harassment Prevention)**

CH-110, Page 1 of 6
→

Case Number:

## **To the Person in ❷:**

The court has granted the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**⑤ Personal Conduct Orders**

☐ Not Requested   ☐ Denied Until the Hearing   ☒ Granted as Follows:

a. You must not do the following things to the person named in ①
  ☐ and to the other protected persons listed in ③ :

  (1) ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

  (2) ☒ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

  (3) ☒ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

  (4) ☐ Other (specify):
    ☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the person in ①.

**⑥ Stay-Away Order**

☐ Not Requested   ☐ Denied Until the Hearing   ☒ Granted as Follows:

a. You must stay at least _____50_____ yards away from (check all that apply):

  (1) ☒ The person in ①
  (2) ☐ Each person in ③
  (3) ☐ The home of the person in ①
  (4) ☐ The job or workplace of the person in ①
  (5) ☐ The school of the person in ①
  (6) ☐ The school of the children of the person in ①

  (7) ☐ The place of child care of the children of the person in ①
  (8) ☐ The vehicle of the person in ①
  (9) ☐ Other (specify):
    _____
    _____
    _____
    _____

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**⑦ No Guns or Other Firearms and Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:

  (1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.

## **This is a Court Order.**

Case Number:

(2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form CH-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

**(8) Possession and Protection of Animals**

☒ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify)*:

a. ☐ The person in (1) is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

b. ☐ The person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(9) Other Orders**

☒ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify)*:

_____

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Person in (1):**

**(10) Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one)*:

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the person in (1) or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

| Name of Law Enforcement Agency | Address *(City, State, Zip)* |
|---|---|
| _____ | _____ |

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

**This is a Court Order.**

Case Number:

**(11) No Fee to Serve (Notify) Restrained Person**    ☒ Ordered    ☐ Not Ordered

The sheriff or marshal will serve this Order without charge because:

a.    ☒ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b.    ☐ The person in **(1)** is entitled to a fee waiver.

**(12)** Number of pages attached to this Order, if any: _____

Date: _January 29, 2018_    _Jacque C. Taylor_
_____    _Judicial Officer_

**Warnings and Notices to the Restrained Person in ❷**

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item **(7)** above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form CH-109, *Notice of Court Hearing*, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item **(2)**.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders.

- Read form CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*, to learn how to respond to this Order.

- If you want to respond, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders*, and file it with the court clerk. You do not have to pay any fee to file your response if the Request claims that you inflicted or threatened violence against or stalked the person in **(1)**.

- You must have form CH-120 served by mail on the person in **(1)** or that person's attorney. You cannot do this yourself. The person who does the mailing should complete and sign form CH-250, *Proof of Service of Response by Mail*. File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.

- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, *Declaration*, for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms*. If you do not know how to prepare a declaration, you should see a lawyer.

**This is a Court Order.**

Case Number:

- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.

- At the hearing, the judge can make restraining orders against you that last for up to five years. Tell the judge why you disagree with the orders requested.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders

This order starts on the date next to the judge's signature on page 4. The order ends on the expiration date in Item ④ on page 1.

### Arrest Required if Order is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

- The officer sees a copy of the Proof of Service or confirms that the Proof of Service is on file; or
- The restrained person was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified, the agency must advise the restrained person of the terms of the order and then enforce it.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)



This is a Court Order.

Case Number:

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued, the orders must be enforced according to the following priorities** (see Pen. Code, § 136.2; Fam Code, §§ 6383(h)(2), 6405(b)):

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.

2. *No Contact Order.* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order

3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order Any nonconflicting terms of the civil restraining order remain in effect and enforceable.

4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*Clerk's Certificate*
*[seal]*

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____ , Deputy

**This is a Court Order.**

## Superior Court of California, County of San Francisco

## Case Information

### CCH-18-580137

WALKER STONE VS KAILIN WANG (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Feb-21-2018 | AFTER HEARING OF NOTICE OF COURT HEARING (CIVIL HARASSMENT) FOR OSC/TRO ON FEB-21-2018 - MATTER WAS DISMISSED WITHOUT PREJUDICE BY THE COURT. NO PROOF OF SERVICE IN THE CASE FILE. NO APPEARANCE BY PETITIONER WALKER STONE OR RESPONDENT KAILIN WANG. PROCEEDINGS REPORTED BY MITCH L. LYON, CSR #6840. TELEPHONE: 415-551-3703. JUDGE: CYNTHIA MING-MEI LEE. CLERK: R. DOUGHERTY. BAILIFF: DEPUTIES CHOI & SANTIAGO. ($14). | |
| Jan-29-2018 | TEMPORARY RESTRAINING ORDER (CIVIL HARASSMENT) FILED BY PLAINTIFF STONE, WALKER<br><br>AS TO DEFENDANT<br>WANG, KAILIN | d |
| Jan-29-2018 | NOTICE OF COURT HEARING (CIVIL HARASSMENT) FILED BY PLAINTIFF STONE, WALKER<br><br>AS TO DEFENDANT<br>WANG, KAILIN<br><br>HEARING SET FOR FEB-21-2018 AT 08:30 AM IN DEPT 514 | d |
| Jan-26-2018 | PETITION FOR INJUNCTION PROHIBITING HARASSMENT FILED BY PLAINTIFF STONE, WALKER<br><br>AS TO DEFENDANT<br>WANG, KAILIN<br><br>JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | NO FEE   d |

*[handwritten margin notes: CM / Aiding and Abetting / Intent / before/after]*

**TED BROOMFIELD LAW**
1243 Pine Street, #12, SF, CA 94109
Tel: (415) 500-2029; Fax (415) 366-2898; Email: ted@tedbroomfield.com

*[handwritten: CA 5-100]*

To: John Wang
2481 Fairway Dr., Spanish Fork, UT 84660
Telephone: (801) 794-2801

January 31, 2018

**SENT VIA US MAIL IN TWO MANNERS - (1) CERTIFIED, SIGNED RECEIPT; AND (2) RECEIPT CONFIRMATION**

Re: Request that you cease and desist any conduct that enables Kailin Wang to access Internet and cell phone services

Dear Mr. Wang:

My name is Ted Broomfield. I am an attorney who is duly licensed in the State of California. I represent Mr. Walker Stone. I am very sorry to have to send you this letter. However, the purpose of this letter is to demand that you do everything in your power to prevent Kailin Wang from accessing the internet or cell phone service.

As you may be aware, Ms. Wang is facing criminal charges for her conduct towards my client. This conduct occurred via the Internet and cell phone. Mr. Stone has suffered significant harm from Ms. Wang's conduct. On one occasion, I witnessed Mr. Stone answer a telephone call from Ms. Wang. On that telephone call, Ms. Wang threatened to kill Mr. Stone.

We have reason to believe that you are facilitating Ms. Wang's access to the Internet, and cell phone service, thereby assisting Ms. Wang commit crimes and civil wrongs.

Again, this letter is a demand letter that you take all reasonable affirmative lawful actions to prevent Ms. Wang's access to Internet or cell phone service. This could include: ceasing payments for any cell phone service that you make on Ms. Wang's behalf; preventing Ms. Wang from accessing the Internet while she lives in your household; ceasing any cash gifts to Ms. Wang that Ms. Wang could use to continue with the conduct; denying Ms. Wang transportation to any public library where she could access the Internet without charge, etc.

Mr. Stone contacted you on several occasions requesting similar action on your behalf. Unfortunately, Ms. Wang's conduct has continued, and ostensibly, you have ignored Mr. Stone's requests. As such, Mr. Stone needed to hire me as his attorney to protect his rights.

Again, please immediately cease any and all conduct on your part that enables Ms. Wang to access Internet or cell phone services. You can contact my office using the information above.

Sincerely,

*[handwritten: False accusation of Utah Code: 76-2-202]*

Ted Broomfield

Page 1.

*[handwritten: Criminal responsibility for direct Commission of offense for conduct of another]*

Page 1

IN THE FOURTH JUDICIAL DISTRICT COURT, PROVO

UTAH COUNTY, STATE OF UTAH

-o0o-

| | | |
|---|---|---|
| KAILIN WANG, | ) | ***PRIVATE*** |
| | ) | |
| Petitioner, | ) | Case No. 180400131 |
| | ) | Case No. 180400132 |
| vs. | ) | Case No. 180400133 |
| | ) | |
| WALKER P. STONE, | ) | HEARING ON TEMPORARY |
| | ) | STALKING INJUNCTION |
| Respondent. | ) | |

-o0o-

BE IT REMEMBERED that on the 4th day of May, 2018, commencing at the hour of 1:33 p.m., the above-entitled matter came on for hearing before the HONORABLE THOMAS LOW, sitting as Judge in the above-named Court for the purpose of this cause and that the following proceedings were had.

-o0o-

Page 2

A P P E A R A N C E S

For the Petitioner:        JEFF D. RIFLEMAN
                           Attorney at Law
                           Rifleman Law & Mediation
                           140 West 900 South, Suite 11
                           Sandy, Utah   84070

For the Respondent:        WALKER P. STONE
                           Appearing Pro Se


                    * * *
                  I N D E X
                                                        Page
WITNESSES FOR THE RESPONDENT
      WALKER STONE
            Direct Testimony                          11
            Cross-Examination by Mr. Rifleman          17
      KAILIN WANG

            Direct Examination by Mr. Stone            31


                    * * *

Page 3

                    P R O C E E D I N G S


             (Transcriber's Note:  Speaker identification
        may not be accurate with audio recordings.)


             THE COURT:  All right.  The Court will call three
case numbers, 180400131, 180400132 and 180400133.

             Do we have Walker Stone on the phone?

             MR. STONE:  Yes, sir.

             THE COURT:  All right.  Thank you.

             And then who do we have here in the courtroom?

             MR. RIFLEMAN:  Your Honor, Jeff Rifleman, I put my
appearance in just last night for John--(inaudible) Keshan
Long, I'm also putting in my appearance in today for both
Kailin Wang and for Jenny Chang.  I'll submit those to the
Court.  Last night, there were some problems with on-line
filing--

             MR. STONE:  Judge, are you talking?  (Inaudible) a
little bit louder, I can barely hear you.

             THE COURT:  Yeah, I was afraid of that.

             THE CLERK:  He might just (inaudible) the microphone
back up on.

             THE COURT:  Let's try the microphone.  We may need
to have you come all the way up here to the phone, but for
now, just try the microphone.

Page 4

MR. RIFLEMAN:  Your Honor, Jeff Rifleman, Bar No. 12639.  I put my appearance in last night on electronic filing for Mr. John Wang.  I'm also representing Kailin Wang and (inaudible) Chang as well today, your Honor.  Last night, I had some problems trying to get that filed, but I put my appearance in for them today.

THE COURT:  All right.  Thank you.

Could you hear that, Mr. Stone?

MR. STONE:  Not very well.  I have my phone as loud as it can get.

THE COURT:  All right.  We'll ask folks to speak loudly and to come near the phone when they speak.

But first, all he did was present himself.  It's Jeff Rifleman, he's an attorney for all three petitioners here today, so that's all that he said.

And this is a hearing that you've requested, Mr. Stone, so this is your chance to demonstrate why a stalking injunction is not necessary.  So why don't you go ahead and take the lead.  If you'd like to give testimony, which you probably are, let's go ahead and place you under oath.  Is that okay?

MR. STONE:  Yes, your Honor.

THE COURT:  All right.  Just wherever you're at, we'll ask you to stand and raise your right hand and the clerk will do the same here and just if you could accept this oath.

Page 5

(Whereupon, the respondent was duly sworn by the clerk of the Court.)

THE COURT:  That--that was--

MR. STONE:  I do.

THE COURT:  Did he say something?

THE CLERK:  He said I do.

THE COURT:  Okay.  Thank you.

Is there a delay, Mr. Stone, between our hearing-- our speaking and your hearing it?

MR. STONE:  I don't think there's a delay.  It's just really quiet and it's really difficult for me to have to really focus and hear everything.

THE COURT:  Okay.

MR. STONE:  I hope I--I'm coming through loud and clear.

THE COURT:  Yeah.  We've got you on microphone and so you're broadcasting really strong, but nobody, I guess, can speak loudly enough to be heard on the--all we're using is a telephone.  It's an old-fashioned system and that's all we're using right now.

Okay.  So it's your turn--

MR. STONE:  All right.

THE COURT:  --Mr. Stone.  Go ahead and tell the Court what you would like to know as to why you think these stalking injunctions are not necessary.

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 6

MR. STONE:  Your Honor, despite Rule 12(b) of the Utah Rules of Civil Procedure, I want to state that I am making a special appearance only for the purpose of contesting personal jurisdiction.

THE COURT:  All right.  If that's all you want to do today, then you can just address that issue.

MR. STONE:  Yes, your Honor.

THE COURT:  Go ahead.

MR. STONE:  If--is it all right that--I don't have a court reporter; however, can I make an audio recording of this procedure?

THE COURT:  Go ahead.  We're also recording it here, too, though.

MR. STONE:  Okay.  Thank you.

MR. RIFLEMAN:  Your Honor, just put that on the record that any recording made would not be an official court reporting--recording and if it were used for anything--for any other purpose than for personal use, the parties would need to request an official recording from this Court if they intend to use it in any other actions between the parties.

THE COURT:  Did you hear what Mr. Rifleman said?

MR. STONE:  I did.

THE COURT:  Okay.  Yeah  The official recording is the one the Court's making, anybody can get a copy of it, though, but I don't mind if you have one for your own personal

Page 7

purposes.

MR. STONE:  Okay.  Is that something that I can get from the Court afterwards?

THE COURT:  Yeah.  Would he just call in, Rose?

MR. STONE:  Okay.

THE CLERK:  You actually have to go on line and fill out a form and e-mail it to the--there's an e-mail to send it to.

THE COURT:  Okay.

THE CLERK:  But it's all on-line.

THE COURT:  Apparently it's a request you do on line.

All right.  Go ahead.

MR. STONE:  Okay.  Let--that's fine.  Thank you.

THE COURT:  We're waiting on you.  Do you have anything more to say?

MR. STONE:  Oh.  Sorry.  Yes, your Honor.

Judicial notice, I--I'd like the Court to take judicial notice there--of all the official court records and documents in Criminal Case No. 171301350 against Kailin Wang in the--sorry--I have my--I have my--was incorrect on something here.

Okay.  So I'd like you to take notice of criminal case against Kailin Wang and her--a criminal conviction in the State of New York, indictment number 20217-2013 in which she

Page 8

pled guilty to violation of 240.26, that's harassment in the second degree, there's a totally different victim and then there were pleader (?) offers contingent upon her successful completion of a six-month stalker program in Utah or comparable psychiatric or psychotherapy course of counseling.

Additionally, in criminal case, this is the earlier one I was mentioning, No. 171301350, she's being charged on 50 counts of crimes against me in Spanish Fork, Utah.

In that case, she's being held on probable cause and that--that's all.

THE COURT:  Okay.  That's all you want to say?

MR. STONE:  That's my--you take judicial notice of that, your Honor?

THE COURT:  Well, I can take judicial notice of the documents filed in the Fourth District Court so the--the Spanish Fork case number that you've given to the Court, that 171301350, the Court can take judicial notice of that.  But I can't take judicial notice of documents in other courts in other locations, especially other states.  I just don't have access to them, so I can't do it.

MR. STONE:  Is--is that something that I can present to you at a later date?

THE COURT:  Well, today's the day for the hearing.

Mr. Rifleman, do you want to be heard on that issue? You may need to come up here closer so you can be heard.

Page 9

MR. RIFLEMAN:  Your Honor, again, with the--I understand the Court gives wide latitude to pro se litigants. In this case, I heard him raise a 12(b) defense.  It seems prudent the Court rule on that at this point before he goes forward with his other claims.  If he's claiming there's no jurisdiction, I don't know if we can go forward with the matter today.  (Inaudible) say likely there is jurisdiction, it's proper, he's been properly served, he's appearing by phone, he's requested a hearing, I think he's submitted jurisdiction to this Court.  So I'd just ask the Court to make a ruling now for the record that--

MR. STONE:  No.  No.  That--that's incorrect.

THE COURT:  Okay.

MR. STONE:  I'm only making special appearance.

MR. RIFLEMAN:  If he's made a special appearance, then we can't move forward until that's resolved.

THE COURT:  Well, do you have any position, Mr. Rifleman, on the Court taking judicial notice of documents in New York?

MR. RIFLEMAN:  I--your Honor, I don't think the Court can take judicial notice, he's not submitted those, I don't have any knowledge of those documents that--that-- there's public domain, fine.  My understanding is there may be some sealed documents, but certainly anything that's in the State of Utah, the Court can take judicial notice, we have no

Page 10

objection to those.  They're in the Court's exchange system and you can review those, we have no objection to that.

THE COURT:  All right.  Well, so the Court cannot take judicial notice of those other documents that I've indicated.  You've offered to submit those later, but today's the date for the hearing and it sounds like everybody just wants to be done today, so I don't know what you're going to do about those New York documents, since I don't have them and they haven't been submitted.

What Mr. Rifleman's suggesting, I think he's trying to--to help you out a little bit, is, you've objected to jurisdiction and stated you're making a special appearance and only wanted to contest jurisdiction.  And so I asked you about that, if that's all you wanted to address and you said yes.  But then you've begun discussing other things.

And technically, once you start discussing other things, then you're submitting to the jurisdiction of the--of the Court.

MR. STONE:  Well, I--I'm not doing that.

THE COURT:  Okay.  So why don't we go ahead and address your jurisdictional issues first then, Mr. Stone.

MR. RIFLEMAN:  And your Honor, before doing that, he made comments to the Court and I (inaudible) be the lawyer--if he's submitting that, I'd ask that his prior comments be stricken, there's no judicial notice until he resolves the

Page 11

issue about jurisdiction.  I can't--I can't allow it to go forward if he's arguing one or the other, I've got to have one or the other position.

THE COURT:  All right.  Why don't you go ahead, I--I'll reserve ruling on that, but Mr. Stone, go ahead and tell the Court why you believe we do not have jurisdiction to issue the stalking injunction.

MR. STONE:  There's--there's no judicial notice, there's--there's judicial notice of--of (inaudible)

THE COURT:  No notice for purposes of--of what?

MR. STONE:  But I--I'm just--I'm not contesting like--I'm only making a special appearance.

THE COURT:  All right.  Do you have any argument or any proffer or any testimony you'd like to give the Court as to why we don't have jurisdiction?

MR. STONE:  Applicant failed to meet the burden of proof.  I have minimum contact with the foreign--foreign State of Utah.

THE COURT:  All right.  Mr. Rifleman, do you want to be heard on that issue?

MR. RIFLEMAN:  Your Honor, I wasn't prepared to brief that today, however, I--I believe that he has--he has not put in a request for special appearance, he's appeared, he's requested appearance by phone and appeared.  He's only raised that issue this morning.  He does have--

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 12

MR. STONE:  That--that's untrue--

MR. RIFLEMAN:  --if he's--excuse me.

He said there's no contacts made, there's currently a case in which one of my clients, Kailin Wang, has been charged with supposed crimes that happened in the State that he's brought before to say there's contacts here.  I believe there's significant contacts, that he's been properly served, he's submitted himself to the Court, he's in a current other case as an alleged victim where he says a crime happened to him in this State.  I believe there's significant contacts and to have the State have personal jurisdiction over him.

And go along with the sub-matter of jurisdiction, really, (inaudible) or going back to law school 101, an incident that give rise of things that happened here in this state.

THE COURT:  All right.  Mr. Stone, anything else you would like to say on that subject?

MR. STONE:  So that--I've put--to--as--as far as a special appearance, I--I've put in that request.

THE COURT:  All right.

MR. STONE:  And--and the crime happened in California.  I--I had no contact in regards from the (inaudible) or the--

THE COURT:  All right.  Do you mind if I just ask Mr. Rifleman a question?  Mr. Rifleman, could I--

May 4, 2018                                        Wang v. Stone
                              Hearing on Temporary Stalking Injunction

Page 13

MR. STONE:  And also, your Honor--

THE COURT:  Go ahead.

MR. STONE:  Also to what the petitioner--the petitioner's attorney has said about with what I'm facing, 50 counts of harassment against me, her testimony is biased, self-serving and unreliable.

THE COURT:  Okay.  Thank you.

Mr. Rifleman, from the Court's review of the request for stalking injunctions, it appeared that all three of these petitioners have resided in the State of Utah while these events occurred; is that correct?

MR. RIFLEMAN:  Yes, your Honor.

THE COURT:  And the contact, the phone calls, the e-mails were received while these petitioners were residing and located in the State of Utah?

MR. RIFLEMAN:  Yes, your Honor.

THE COURT:  All right.  Well, Mr. Stone, the Court finds that we do have jurisdiction.  And honestly, the Court wouldn't have issued this stalking injunction or these stalking injunctions if we didn't have jurisdiction at the outset.

That's one of the things we look for at the beginning, is to see if any crime that has occurred in this State.  So in a circumstance where someone, for example, places a phone call from one state, but that phone call is

DepomaxMerit Litigation
801-328-1188

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 14

received in another state, both states would have jurisdiction over any crime that occurred in that phone call.

It's alleged here, not that you necessarily committed a crime, although maybe there is criminal conduct there, but it's alleged here that the offense of stalking occurred both in California and then also in Utah, because your conduct was alleged to have occurred in California and it was felt, your conduct was felt, the impacts of it were felt in the State of Utah, then that's what gives Utah jurisdiction.

So to the extent your--

MR. STONE:  Your--your Honor?

THE COURT:  Go ahead.

MR. STONE:  Can--her testimony is not credible and I just wondered--I was--I think I'd like to know what the evidence is.

THE COURT:  Okay.  So the--the stalking injunction was served upon you back in February and this is your chance to explain why it's not necessary.

Have you not seen the request for stalking injunction?

MR. STONE:  There--there is no evidence there.

THE COURT:  Did you read the--the statements that were made as to why each individual wanted the stalking injunction?

Page 15

MR. STONE:  I did--I believe that I did know what they are.

THE COURT:  Okay.

MR. STONE:  But my idea is he said/she said, they're not credible.

THE COURT:  Okay.

MR. STONE:  I mean, I--so, she's a criminal; right?

MR. RIFLEMAN:  Your Honor, objection.  That's going to the heart of another case.  This is part of why they requested these--those injunctions, of allegations, defamatory statements, harassng and annoying comments in ways to attack my client--clients in total, is what brought about those injunctions.  There's nothing been found that's criminal at this point, that's just fallacious, shouldn't be--shouldn't be presented.

THE COURT:  Well--

MR. STONE:  But--but see--I'm sorry, but their evidence is not credible, their--there is no evidence, those making allegations, anybody can allege--like allege anything they want.

THE COURT:  Okay.  Do you have any other basis why the stalking injunction is not necessary?

So far, I've heard that--that Ms.--or at least one of these, I forget which one it is, is it Ms. Wang?  Who is the person in the relationship previously?

Page 16

MR. RIFLEMAN:  It's Kailin Wang.

THE COURT:  All right.  That Ms. Wang may have a crime charged against her and also that none of these three petitioners are credible witnesses.

Do you have any other basis to suggest that these stalking injunctions should not issue?

MR. STONE:  Is that for me or for--

THE COURT:  It's for you.

MR. STONE:  Then I would like to bring them, too, and--and also, I would disagree on that you could--you know, I know that their attorney had an issue with the criminal conviction in New York; however, currently, she's been charged on 50 counts of crimes against me as (inaudible).

In that case, probable cause has already been established, that means the Court has already determined that more likely than not, the criminal defendant, Kailin Wang, has committed the crimes in question.

So her testimony is biased and not credible.  She has no evidence against me.

THE COURT:  All right.  If you're finished, I'll turn some time over to Mr. Rifleman.  Are you finished, Mr. Stone?

MR. STONE:  Sure.  There's insufficient evidence.

THE COURT:  Thank you.

Just give me one second.  I'm printing something and

Page 17

it may make it hard for him to hear.

All right.  If you'd like to make a statement or proffer any evidence or make any argument, Mr. Rifleman.

MR. RIFLEMAN:  Thank you.  I'm approaching, sorry.

THE COURT:  That's perfect.

MR. RIFLEMAN:  Mr. Stone, could I ask a question real quick?  Could you describe for the Court your phone number you're calling from right now, your phone number out for us?

MR. STONE:  Yeah.  It's 415-818-3191.

MR. RIFLEMAN:  And your Honor, just--may I ask Mr. Stone some questions?  Is that--would that be appropriate?

THE COURT:  I guess that would be appropriate.

So currently, Mr. Stone, since you're under oath, Mr. Rifleman's indicated a desire to cross-examine you.  So he has that right.

Go ahead, Mr. Rifleman, if you want to ask him some questions.

CROSS-EXAMINATION

BY MR. RIFLEMAN:

Q    Mr. Stone, you've indicated your phone number is 415-818-3191; is that correct?

A    Yes, sir.

Have you had contact with Kailin Wang using that phone number?

May 4, 2018                                              Wang v. Stone
                                  Hearing on Temporary Stalking Injunction

Page 18

A    I--on which date?

Q    On any date?

A    Yes.  Well, it depends on what number.

Q    So you've used your phone number--oh, I'm sorry. You've used the phone number I just indicated, you've used that to contact and call or otherwise text Ms. Kailin Wang; right?  Correct?

A    On--on which date?

Q    On--on any date.

A    That's--that's pretty vague.  I mean,--

Q    Okay.  Any date, any time since you've owned that phone number, have you contacted Ms. Wang using that phone and that phone number?  At any time during your lifetime?

A    Yes.

Q    Okay.  Have you used that same phone number at any time during your lifetime to contact Mr. He Wang (?) Or otherwise known as John Wang, using that phone number that you've described?

A    At which phone number?

Q    The phone number you just gave us?  The 415-818-3191.

A    For which number did I call?

Q    Have you ever intended, using that phone number, to contact Mr. John Wang?

A    Yes.

Page 19

Q    Okay.  Did you ever use that same phone number at any time to contact Ms. Eugenia Chang, otherwise known as Jen Wang?

A    I'm sorry?  You're going to have--I'm curious as to what the--the purpose of like--

Q    We'll get to that.  I just want you to answer yes or no.

A    I--yes, I have--I--

Q    Okay.  Have you ever used your phone number, the one described, to contact any work associates of Ms. Kailin Wang?

A    I'm not aware of that.  I don't know anybody that she works with.

Q    So you've never reached out to contact any work associate or friend of Ms. Kailin Wang?

A    Sorry.  Objection.  That calls for speculation.

Q    And that's--the answer is yes or no, so you're saying--would that be a no?

A    No.  I'm saying objection.

Q    Okay.  Let me rephrase that.

Have you ever, to your knowledge, contacted directly or indirectly any of Ms. Kailin Wang's work associates?

A    Objection.  Calls for speculation.

Q    I'm not speculating.  I'm just asking you a question.  I was--I can speculate but that--that's--

A    I--I have no idea who could possibly work with her,

May 4, 2018                                                    Wang v. Stone
                                     Hearing on Temporary Stalking Injunction

                                                                  Page 20

if she worked or anything.

Q    We'll strike the question for now.

Have you ever sent a text or e-mail or contacted a Kristina, that is a common friend, or otherwise, just a friend of Ms. Kailin Wang?

A    A Kristina who?

Sorry.  Exactly, it calls for speculation.

(Inaudible)

Q    A Kristina Michalnova (sp.)

A    In--in what--in what way?

Q    In any way?

A    I--yeah.  I believe so.

Q    Why did you reach out to contact her?

A    This is a--well, her parents gave me her information and at this time, or actually, at any time, I've never met Kailin or her family and I--as a person that Kailin gave me their contact information for, I reached out.

Q    Why did you--if you've never met Ms. Kristina Michalnova, why did you reach out to contact her?

A    Because Kailin had been giving her information and I guess I was just kind of like trying to, like, trying to--I--I think you understood that I've never met Kristina.  I've also never met Kailin.  So I was just curious to like find some-- find out if Kailin was who she was.

Q    And when about was it that you contacted Ms.

Page 21

Kristina Michalnova?

A    I believe that was before--actually, sorry, but that has nothing to do with the State of Utah.  That--yeah, I believe that was (inaudible)

MR. RIFLEMAN:  I'd like the Court to note that the respondent did not respond to the questions being asked.  I'll move on to some other questions.

THE COURT:  That's fine.

THE WITNESS:  I--I'm not being--

Q    (By Mr. Rifleman)  Okay.  Mr. Stone, you said that you have never met Kailin or her parents, Mr. John Wang and Ms. Jen Chang; is that correct?

A    That's correct.

Q    But you also stated that you've contacted Mr. John Wang and his wife.  Why did you reach out to--

A    Correct.

Q    --contact them?

A    For the same reason that Kailin's been arrested.  I simply called--okay.  First off, I--I simply asked that they stop--'cause I--I think I was pleading with them that they please ask their daughter to stop harassing me.

Q    And when was that first phone call?

A    Some time in September.

Q    And what phone number did you attempt to call first?

A    I'm not prepared to answer that.  I--I--yeah, I

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 22

don't--I don't know at the moment.

Q    How did you find Mr. Wang's phone number?

A    I don't remember.  I--

Q    Do you remember--

A    Yeah.

--trying to contact his cell phone or home phone?

A    I--I don't remember anything about a cell phone number of his.  Yeah.  I don't remember.

Q    So you've seen the request for the civil stalking injunctions; correct?

A    Yes.

Q    Do you dispute that you contacted the Wangs' home residence on September 11th, 2017, as indicated?

A    No.  That sounds right.

Q    And on that date when you called--

A    That--that--

Q    --who did you speak with?

A    Can I--can I go back to the last question?

Q    No.  You may not.

On the 11th of Novem--of September, 2017, you represented you called the Wang residence.  Who did you speak with?

A    Well, I--I want to go back to the last question, just say that my call is not--is not as indicated in the allegations against me.

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 23

Q    Let me ask you one more time:  On September 11th, 2017, you represented that you did contact the Wangs' home. Who did you speak with?

A    I spoke with the person that I believed to be Kailin's mother.

Q    And what was the nature of that conversation?

A    I simply explained what was going on and I pleaded with her to contact her daughter and ask her to--ask her daughter to stop harassing me.

Did you contact the Wang residence again?

A    Yes.

Q    On or about October 2nd, 2017?

A    Yes.

Q    Why did you call them again?

A    Exact same reason.

Q    And what was their response to you?  Did they ask you to stop calling or continue calling or they would meet with you or give you information?  What was the nature of that call?

A    I mean, I think the nature of the call was the same, I was pleading with then to ask their daughter to stop contacting me.

Q    Did you call the residence again?

A    I just did.

Q    No.  I want you to answer that.  Did you call the

Page 24

residence again?

A    I did.

Did they inform you previously that they did not want you calling them anymore?

A    No.  I don't remember.

Q    You called them again, when was the next time you called them, do you remember?

A    Yeah.  I think I may (inaudible) 11-18-2017.

Q    Looks like there was one on November 2nd.  Why did you--

A    November 2nd?

Q    --why did you call them on November 2nd?

A    I--I did--I (inaudible) time I--

Q    Okay.  I'm going to ask you to turn to, to look on those court papers that you received and there's a circled one there and it says 11-2-17 next to it.  Do you see that?

A    They could write in anything they want.

Q    Can you read over to the--

A    That--that--

Excuse me.  On the left-hand column, there are two things.  Says to and from.  Is that your phone number there that says from?

A    I don't have the piece of paper that you're talking about.

MR. RIFLEMAN:  I'd ask the Court to take judicial

May 4, 2018                                                    Wang v. Stone
                                        Hearing on Temporary Stalking Injunction

Page 25

notice, I'd ask the Court take judicial notice that--

THE COURT:  I have the petition.

MR. RIFLEMAN:  --the petition is there and it shows the number coming from a phone number that you've represented is your phone number.

Q    (By Mr. Rifleman) But you have--

A    (Inaudible) sorry.

Q    Okay.  But you do remember calling on the 18th of November; correct?

A    Yes.

Q    Do you remember the nature of that conversation?

A    All of my calls have been for the same purpose, to please ask Kailin to stop harassing me.

Q    At any time, do you ever recall the Wangs, either one of the--the husband or wife, asking you not to call anymore?

A    No.  Never.

Q    After the 18th of November, did you call again?

A    I do not believe so.

Q    Did you attempt to?

A    I--I'm almost certain--I--I don't have my phone records open to me right now but I'm almost a hundred percent certain that I did not make any more phone calls after the 18th.

Q    Did you attempt to contact them in any other way

Page 26

after the 18th of November?  Whether through letter or through counsel or through smoke signals?  Any other way to try to contact them?

MR. STONE:  Your Honor, objection.  Privileged.

THE COURT:  You know, I think I'm going to give an advisement as well.

Mr. Stone, you have the right against self-incrimination and anything that you say that we're recording here today, obviously could be used against you in a court of law.

And I'll just let you know that to the extent you ever feel like one of these questions may tend--the answers to one of these questions may tend to incriminate you, you can decline to answer on that grounds as well.

And I don't know if anybody ever intends on filing any harassment charges on you.  This is not a criminal case here.  You've--you've indicated that Ms. Wang is being prosecuted on a criminal case for electronic communications harassment.

Some of these questions that you're being asked and some of your answers may tend to incriminate you for a similar charge of electronic communications harassment.  So I just want to let you know that and leave it up to you if you want to answer that kind of a question or if you don't want to answer that kind of a question.

May 4, 2018                                                    Wang v. Stone
                                      Hearing on Temporary Stalking Injunction

Page 27

Go ahead, again.  Back to you, Mr. Rifleman.

MR. STONE:  Okay.  So objection, for the Fifth Amendment then.

THE COURT:  All right.

Q    (By Mr. Rifleman)  I'll have to go back to the phone calls that you admitted you had made.  Do you recall when Ms. Wang was charged with those initial charges?  What month?  September?  October?  November?  December of last year?

A    That was, I believe November 20th is the date that she was arrested.

Q    Okay.  And did you have knowledge that those charges were--were going to be filed prior to that date?

A    (Inaudible) that--

Q    Well, and that's--had you had contact with the prosecutor and the prosecution office regarding the pending charges against Ms. Wang prior to November 20th.

A    No.  I--I guess I don't fully understand that, but I--before then, I did not talk to the--any prosecutor.

Q    Okay.  So what was your intention of contacting Ms. Wang's parents, was it to--was it to contact Ms. Wang as well?

MR. STONE:  Judge, that's been asked and answered.

Q    (By Mr. Rifleman) I'm going to ask it again 'cause I don't have in my notes that I asked that question.

Was it your intention--

MR. STONE:  Objection.  Asked and answered.

Page 28

THE COURT:  I heard the answer that he was asking them to ask her to stop talking or calling, contacting him.

MR. RIFLEMAN:  Okay.  I'll strike that.

Q    (By Mr. Rifleman)  So Mr. Stone, do you--do you know a Mr. Ted Broomfield?

MR. STONE:  Objection.  (Inaudible)

Q    (By Mr. Rifleman)  It's just a question whether you know the name Ted Broomfield or not?

MR. STONE:  Objection.

THE COURT:  I guess he thinks that the answer may incriminate him.  I--

MR. RIFLEMAN:  Okay.

Q    (By Mr. Rifleman)  Do you have any knowledge of a Ted Broomfield sending a letter to Mr. John Wang?

MR. STONE:  Objection.  (Inaudible)

Q    (By Mr. Rifleman)  Did you ever attempt to call-- well, strike that.

What's the phone number you have on your phone for the Wang residence?

A    I am not sure.  Calls for speculation.

Q    Is that on your phone?  Do you have it in your phone?

MR. STONE:  I said objection.  Calls for speculation.

Q    (By Mr. Rifleman)  I'm not speculating.  I'm asking

Page 29

you to answer the question.

THE COURT:  Yeah.  Let me--Mr. Rifleman, I'm kinda wondering where we're going with this, it's--let me tell you why.  Mr. Stone bears the burden of proof today and I'm not sure that he's really even attempted to do so.  We may be spinning wheels on unnecessary efforts, is all I'm just indicating.

MR. RIFLEMAN:  I'll move on, your Honor, I'll finish this with this:

Q    (By Mr. Rifleman)  You--you do have knowledge of the Wangs' home phone number; is that correct?  And that's in your phone?

MR. STONE:  Calls for speculation.

Q    (By Mr. Rifleman)  And you do have knowledge of Mr. Wang's personal cell phone; is that correct?

MR. STONE:  Objection.  Calls for speculation.

Q    (By Mr. Rifleman)  Are either of his phone numbers still in your phone?

MR. STONE:  Objection.  Calls for speculation and it's vague.

Q    (By Mr. Rifleman)  At any point off of--after November 18th, did you attempt to contact Mr. John Wang on his cell phone and/or his residential phone number?

MR. STONE:  Objection.  (Inaudible)

MR. RIFLEMAN:  That's all I have, your Honor.

May 4, 2018                                          Wang v. Stone
                                    Hearing on Temporary Stalking Injunction

Page 30

THE COURT:  All right.  Thank you.

Anything else you would like to say, Mr. Stone? After you've been cross-examined, it's your chance again to give any testimony you would like to give.

MR. STONE:  Your Honor, may I be able to cross-examine the--Ms. Kailin Wang?

THE COURT:  She hasn't testified yet but if you want to call someone as a witness, then you may be able to do so. Do you have testimony you would like to offer at this point or do you want to call a witness on your behalf?

MR. STONE:  Yeah.

THE COURT:  That's a yes to which?

MR. STONE:  Yes.  Their evidence is not credible.

THE COURT:  Okay.  But do you--do you have--I don't understand.  Do you want to testify anymore?

MR. STONE:  No.

THE COURT:  Okay.  Do you have any witnesses you want to call on your behalf?

MR. STONE:  Kailin Wang.

THE COURT:  All right.  Ms. Wang, if--or Wang, if you could--boy, yeah, why don't you just come up here to the--all right.  If you would just raise your right hand and accept this oath from the clerk.

                    KAILIN WANG,
the petitioner in this matter, called as a witness by and on

Page 31

behalf of the respondent herein, after having been first duly sworn, was examined and testified as follows:

THE COURT:  All right.  Go ahead.  You may ask your questions now, Mr. Stone.

DIRECT EXAMINATION

BY MR. STONE:

Q    Ms. Wang?

A    Yes.

Q    Isn't it true that you have a prior criminal conviction in New York State?  Is that not number 20217-2013?

A    I'm not going to answer that.

Q    So--

A    --incriminate myself--

THE COURT:  Sorry, Mr. Stone.

I--I want to let Mr. Rifleman advise his client.

Ms. Wang, only your attorney can object for you. The reason I've been letting Mr. Stone object is 'cause he has no attorney, he's representing himself.

THE WITNESS:  Okay.

THE COURT:  But since you have an attorney, your attorney would be the only one that can raise objections on your behalf.

THE WITNESS:  Okay.

THE COURT:  So go--all right.

THE WITNESS:  There is no conviction.

May 4, 2018                                                                    Wang v. Stone
Hearing on Temporary Stalking Injunction

Page 32

THE COURT:  Did you hear the answer, Mr. Stone?

MR. STONE:  Yes.

THE COURT:  All right.  Go ahead.

Q    (By Mr. Stone)  It--weren't you charged for that crime?

MR. RIFLEMAN:  Your Honor, I'm going to ask for a little foundation.  I'm going to object on, I don't know where this is going or what relevance it has at this point.  If he's trying to discredit her testimony or--but that--I'd submit that it--it--

MR. STONE:  Sir, I'm saying that she's a criminal and she's uncredible (sic).

MR. RIFLEMAN:  So I don't know if she's had any felonies.  He's more than welcome to ask her if she's ever been convicted of felonies that would go towards her credibility, but beyond that, I don't know what else that-- trying to help on that foundation.

MR. STONE:  I--I didn't say felony.  I just said crime.

THE COURT:  All right.  The objection is sustained, Mr. Stone.

Do you have another question?

Q    (By Mr. Stone)  Weren't you (inaudible) for that crime?

A    I just answered that.  (Inaudible) I don't know what

DepomaxMerit Litigation
801-328-1188

Page 33

he's talking about.

Q    Did you plead guilty to a violation--

MR. RIFLEMAN:  I'm--I'm going to do--

Hold--hold on, Mr. Stone.  I'm going to ask to go off the record for one minute and you can hear it, but I'm going to have a judicial question with the judge on this very quickly.

We'll submit that Ms. Wang did have an incident in New York; however, that record has been sealed.  The indications of that record, I don't have that before me.  It was--it's been otherwise now dismissed, but it's sealed, so she's concerned whether she has to divulge that in any way, shape or form.

And our question would be whether it's relevant to this hearing today.

THE COURT:  All right.  Yeah.  The Court sustains the objection as to relevance.

Mr. Stone, the laws in the State of Utah would allow you to cross-examine her as to her credibility, but the credibility, if you're going for prior criminal conduct, must be a crime that involves dishonesty.  So if--if you want to pursue that line, you may, but the Court sustains this objection because the allegations that you're raising, even if true, would not indicate a crime of dishonesty, just a different kind of a crime.

Page 34

If you have another question, you may ask it now.

Q    (By Mr. Stone)  Again, isn't it true that you're currently being prosecuted for criminal case number 171301350?

A    Charged, yes.

Q    Hasn't it been held over on probable cause?

A    Alleged by you.  Yes.

Q    Well, can you repeat that?

A    Yes.

Q    Doesn't--doesn't probable cause mean that it's more likely than not that you committed those crimes?

MR. RIFLEMAN:  Your Honor, I'm going to object. That calls for my client to have--

THE COURT:  Sustained.  Yeah.  That's fine.

MR. RIFLEMAN:  --legal knowledge.

THE COURT:  Sustained.

Next question?

Q    (By Mr. Stone)  Isn't it true that there are 50 counts of (inaudible) such as harassment filed against you?

A    Yes.

Q    And isn't it true that you called my number suggesting that I kill myself?

A    No.

Q    Is--isn't it true that you posted pornographic images next to my face on the internet?

THE COURT:  I'm going to give you the same advice I

Page 35

did him, Ms. Wang.  If you're being prosecuted, especially right now for any of these events that he's alleging, any answer you give is being recorded, it is evidence and it could be used against you in a court of law.  So I cannot compel you to do that, no person can be compelled to be a witness against themselves.  So you have the right to not answer any question that you believe may tend to incriminate you.  So I'll just give you that advice so you can decide if you want to answer these questions.

Go ahead and re-state your question, Mr. Stone, because I interrupted and she may have forgotten what the question was.

Q    (By Mr. Stone)  Isn't it true that you attached pornographic images associated with my face and my phone number and put them on the internet (inaudible) and other--

A    I plead the Fifth.

Q    Okay.  All right.

THE COURT:  All right.  She's declined to answer that question.

If you have another question, you may ask it now.

Q    (By Mr. Stone)  Isn't it true that you have contacted me repeatedly after I asked you to stop contacting me?

A    I plead the Fifth.

THE COURT:  All right.  She's not answering that

May 4, 2018                                                    Wang v. Stone
                                    Hearing on Temporary Stalking Injunction

Page 36

question.

You may ask the next one.

Q    (By Mr. Stone)  Didn't you post on the internet that I (inaudible) STD?

THE COURT:  All right.  Mr. Stone, I'm going to just interrupt this line of questioning and ask you to focus your attention to the allegations in this case now.  You're-- you're, at this point, going into things that really aren't helpful.

MR. STONE:  Okay, your Honor.

Q    (By Mr. Stone)  Now, isn't it--in fact, isn't it true that you've been ordered to get psychological therapy?

THE COURT:  All right.

MR. RIFLEMAN:  Your Honor, I'm going to--

THE COURT:  I think we're going to end questioning.

Thank you, Mr. Stone, but I think we've--based on the tenor of the questions and the lack of relevance of them, we're going to end the cross--or the direct examination now.

MR. STONE:  Your Honor, that does go credibility.

THE COURT:  Thank you.  It does not.

Do you have any other witnesses you would like to call?

MR. STONE:  That does go to credibility.

THE COURT:  All right.  We will close the evidence

Page 37

there.

Mr. Rifleman, if you'd like to present evidence, you may, but again, at today's hearing, you bear no burden of proof.  It was the respondent who bore the burden of proof at this hearing.

Do you have any evidence you would like to present?

MR. RIFLEMAN:  No, your Honor.  We have nothing more.

THE COURT:  All right.  Thank you.

I've heard the argument and testimony and the Court finds that the respondent has not met his burden of proof that these stalking injunctions are not necessary or are not needed, so the Court will issue them.

And I'd like to, as I'm doing so, make it clear what's going on.

MR. STONE:  Your--your Honor, I can't believe--

THE COURT:  Mr. Stone, it's--it's my turn to talk. I've been patient in listening to--to you folks.

Oh, he's not here?  Oh.

So the Court is not finding and I have no interest in even considering whether Kailin Wang has committed any criminal offenses against Mr. Stone.  She may have and--of this current prosecution that she is undergoing, there's a possibility that she may be convicted, I guess, and there's a possibility she will not be.  But none of that matters to the

Page 38

Court here today.  The Court has heard no evidence that would indicate that any of the allegations made under oath in these petitions are not true and so the Court finds that these stalking injunctions are appropriate, are necessary and will issue and they will expire in three years.

It sounds like both of these, or all of these individuals could use some good for each other by--

MR. STONE:  Well, your Honor, how can I appeal?

THE COURT:  I'll tell you when I'm done.

To be--

MR. STONE:  Okay.  Thank you.

THE COURT:  --kept apart from each other and to not have any contact with each other and that's all that this stalking injunction does.  It orders that Mr. Stone not stalk, not harass and have no contact with these individuals.

So the Court is signing these right now, that's the delay.  There's one, Rose.  I think I--I think I changed the date of expiration to 2021.

Have you already scanned it?

THE CLERK:  I can stop it.

THE COURT:  All right.  I wrote the same date down twice instead of changing the date to three years in advance. It's on the last page.  And there's that one.

Okay.  So the Court has now signed them, they are issuing right now, are being placed into the Court file right

Page 39

now.

So Mr. Stone, if you would like to appeal any or all of these stalking injunctions, you may do so by filing a notice of appeal within 30 days of today's date.  If you do file that, then, of course, you would prosecute your appeal to the Utah Court of Appeals.

So that would conclude today's hearing.

Is there anything else that needs to be addressed from your point of view, Mr. Rifleman?

MR. RIFLEMAN:  No, your Honor.  Thank you.

THE COURT:  From your point of view, Mr. Stone?

MR. STONE:  No, your Honor.

THE COURT:  All right.  Thank you, everybody, for your civility and kindness with each other here today and that concludes this hearing.

(Whereupon, this hearing was concluded.)

* * *

TRANSCRIBER'S CERTIFICATE

STATE OF UTAH                          :
                                       :    ss.
COUNTY OF SALT LAKE                    :

I, Toni Frye, do hereby certify:

That I am a Certified Court Transcriber of digitally recorded court proceedings; that I received the electronically recorded files of the within matter and have transcribed the same into typewriting, and the foregoing pages, to the best of my ability, constitute a full, true, and correct transcription, except where it is indicated the electronically recorded court proceedings were inaudible.

Dated this ___9___ day of __September__, 20_19_.

_____
Toni Frye, Transcriber

I, Shelly Wadsworth, Registered Merit Reporter and Certified Realtime Reporter, do hereby certify that the foregoing transcript, prepared by Toni Frye, was transcribed under my supervision and direction.

_____
Shelly Wadsworth, RMR, CRR

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL OF INVESTIGATION                    Page 1 of 31

| TYPE OF CASE<br>Stalking/Harassment | CASE NO.<br>190112228 | VICTIM<br>Thygesen,Christoffer<br>Stone, Walker |
|---|---|---|
| DATE<br>Wednesday, February 13, 2019 | DETAIL<br>Special Investigations Division | INSPECTOR ASSIGNED<br>Martinez #1208 |

| DATE | TIME | ACTIVITY |
|---|---|---|
| 2/13/19 | 1700 | Lt. O'Connor advised me that (R) Allan Thygesen and his family are being harassed, and possibly stalked by a woman who had a child with his son, Christoffer Thygesen.  A. Thygesen believes that the woman has prior convictions for stalking other men. |
| | 1739 | I spoke with (R) Allan Thygesen via telephone.<br>In summary, A Thygesen told me the following:<br><br>Thygesen lives in Menlo Park with his wife.  They have four children together.  Their son, Christoffer Thygesen is 26, and lives in San Francisco.<br>C. Thygesen met (S) Kailin Wang on Tinder, they had an intimate relationship, and she became pregnant.  The baby was born on ▮▮▮▮▮.  On 2/11/19, a DNA test confirmed that C. Thygesen is the father of the child.<br><br>Wang has been harassing C. Thygesen since Christmas, but it has been escalating.  A. Thygesen told me that Wang has posted a variety of defamatory articles online about C. Thygesen, and is reaching out to his friends and family.  A. Thygesen told me that he has attempted to have these defamatory articles removed from various websites, but not every website has complied.<br><br>A Thygesen hired a Private Investigator to look into Wang's background.  The PI found that Wang had been convicted in New York (5 years ago) for stalking and harassing a man she had met.  In that case, Wang threatened to go over to his apartment with a gun.  She also threatened to kill herself.<br><br>A. Thygesen told me that there is also a current case involving another San Francisco man.  In this case, there are 20 counts pending in the Utah Courts.<br><br>A. Thygesen said that Wang's parents live in Utah, and that may be her home base, but she also appears to be traveling quite a bit.<br><br>Wang has made no direct threats towards anyone, and has not requested money, or asked for anything from A. Thygesen.<br><br>A. Thygesen told me that he will email me the information that he has on Wang, including what she has posted online.<br><br>A. Thygesen told me that he will be filing a restraining order against Wang within the next few days.  A cease and desist letter was sent to Wang in early July, which she responded to.  However, she has continued to post articles about C. Thygesen.<br><br>Kailin Wang<br>DOB: 1/20/83 |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION     Page 2 of 31

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | Christoffer Thygesen: ▮▮▮▮▮▮▮ |
| 2/14/19 | 0730 | Received and reviewed email from Allan Thygesen<br><br>Included in the email were two attachments from a civil and criminal case in New York involving Wang.<br>1. Affidavit of Detective Anthony Cozzi<br>2. Affidavit of Rory Will<br><br>Documents retained in case file. |
| | 1030 | Conducted Google search on Christoffer Thygesen:<br><br>https://medium.com/@bonb4905/christoffer-thygesen-data-scientist-square-inc-impregnated-me-abandoned-his-child-89ce0384a70e |
| | 1120 | I spoke with Christoffer Thygesen (11/13/92) via telephone.<br>In summary, C. Thygesen told me the following:<br><br>C. Thygesen met (S) Kailin Wang in the beginning of March 2018 through Tinder.  They went on two dates and had consensual sex.  This resulted in a pregnancy and the birth of a child.  C. Thygesen told me that the paternity of the child was confirmed earlier this week.<br><br>At the end of June 2018, Wang told C. Thygesen that she was pregnant and that the baby was probably his.  She told him that she wanted an abortion.  C. Thygesen gave Wang $550 for the abortion, but Wang asked for another $650.  Wang did not get the abortion on that day, but Thygesen sent her $900 to cover the $650 and a hotel room for one night, so that she could get the abortion the next day.<br><br>Between June and October 2018, C. Thygesen had infrequent communication with Wang.  He expressed to her that he wasn't ready to be a father, but tried to be supportive.  C. Thygesen described their conversations as pointless and destructive.<br><br>Wang threatened to block communication with C. Thygesen, so he stopped communicating with her.  Wang then contacted C. Thygesen's father, and "called me out for doing nothing."  C. Thygesen told me that Wang insinuated that his parents should pay.<br><br>C. Thygesen told me that Wang started harassing him on Christmas Eve, and began contacting everyone in his network. He said that Wang would make defamatory and untrue statements about him.<br>C. Thygesen told me that Wang called his father a racist and his mother a hypocrite.  She also told people that he forced her to kill an 18 week baby, and refers to him as a deadbeat dad. |

**SAN FRANCISCO POLICE DEPARTMENT**
**CHRONOLOGICAL REPORT OF INVESTIGATION**    Page 3 of 31

| DATE | TIME | ACTIVITY |
|------|------|----------|
|  |  | C. Thygesen said that Wang has not made any direct threats towards him, but is afraid that her behavior will escalate.<br>I asked C. Thygesen what he believes Wang's motivation is, and he told me that he didn't know.  He believes that Wang just likes to hurt people.<br><br>C. Thygesen does not know where Wang lives, but said that she has stayed in an apartment in New York and in Utah, where her parents live.  C. Thygesen told me that Wang submitted a case in Los Angeles, and the DNA test was also in Los Angeles.  C. Thygesen described Wang's lifestyle as "jet setting." |
|  | 1245 | CDW search on Kailin Wang.  Located a similar case involving Wang in San Francisco.<br>Incident reports: 170945607, 170810414, 180132399<br>Reports retained in case file. |
|  | 1402 | Obtained case number for Suspicious Occurrence report.<br>Case: 190112228, Cad: 190452274. |
|  | 1414 | Conducted computer query on Kailin Wang (1/20/83) |
| 2/15/19 | 1319 | I spoke with A. Thygesen who told me that he filed for the Temporary Restraining Order against Wang today. He is expecting a response from the court within the hour.  A. Thygesen told me that he will provide me with those documents via email today.<br>A. Thygesen told me that he does not believe that Wang has his email address, phone number or home address, and requested that those not be included in the police report. |
|  | 1647 | Received Email from A. Thygesen providing me with a copy of the TRO (FDV-19-814465).  The TRO hearing is scheduled for 3/6/19. |
|  | 1700 | I received a phone call from Terry Thygesen, mother of (V) Christoffer Thygesen.<br>Thygesen wanted to inform me of Wang's prior stalking/harassment history.  Stated that she was afraid of revenge porn setup of C. Thygesen based on Wang's history. |
|  | 1731 | I spoke with Walker Stone.  In summary, Stone told me the following:<br>Stone reported Wang approximately a year and a half ago for harassing, and defaming him.  Stone told me that Wang "robo-called" everyone that he knew, non-stop.<br>Stone stated that Wang has been charged with harassment against him, in Utah.  Wang was arrested on 12/14/17, and the harassment continued.  Harassment began September 2nd or 3rd of 2017, and the phone calls continued until November 2017.<br><br>Stone told me that he never met Wang in person, and that they had only corresponded on a few dating apps.<br><br>Stone told me that the Attorney handling the criminal case against Wang was Ana Burgi in Spanish Fork, UT.<br><br>Stone's personal attorney is Ted Broomfield.  TedBroomfieldlaw.com |

SFPD 298 (10/76) *

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION    Page 4 of 31

| DATE | TIME | ACTIVITY |
|---|---|---|
|  | 1748 | Initial incident report submitted. |
|  | 1755 | L/M for Ana Burgi (Spanish Fork DA) at ██████████ |
| 2/19/19 | 0726 | Received email from Erica Johnstone, attorney for C. Thygesen, who stated that she has begun to submit evidence preservation requests to social media platforms. She also stated that the baby was seen through a window at Kailin Wang's parent's home in Utah. The parents claim that Wang is in New York. Email retained in case file. |
|  | 0814 | I spoke with Angie Jackson (Department Secretary) from the Spanish Fork Legal Department. Jackson told me that Kailin Wang is scheduled for a final pre-trial conference on 4/8/19, and that there may be a plea. The prosecutor on this case is Jason Sant. <br><br> I spoke with Jason Sant who told me that they are close to a resolution. Mental health treatment will be part of the plea. Wang is charged with 50 counts of misdemeanor harassment. I advised Sant that Wang is a suspect in a stalking/harassment investigation in San Francisco. <br><br> Attorney for Wang is Edward Brass (801-322-5678) Wang was in court last week for an appearance, and will have to appear on 4/8. |
|  | 0827 | L/M for Christoffer Thygesen ██████████ |
| 2/21/19 | 0855 | I spoke with Christoffer Thygesen at ██████████. Thygesen told me that he is currently compiling a list, including screen shots and copies of everything Wang has posted and everyone who she has contacted. Thygesen told me that he will provide me with a copy of everything when it is ready. He told me that it will probably be another day or two because he is still attempting to reach people who Wang had contacted. |
| 2/22/19 | 1007 | Received emails from Terry Thygesen alerting me to additional posts and contacts made by Wang to C. Thygesen's sister and friends. |
|  | 1135 | L/M for Erica Johnstone, attorney for C. Thygesen, regarding any Documents/Postings she may have related to the Thygesen case. |
|  | 1404 | I spoke with Darrick Chase (attorney), and requested documents/evidence he filed as part of the TRO application. Chase told me that he will send me a dropbox with the documents. |
|  | 1415 | Received TRO documents via dropbox from Darrick Chase office. |
|  | 1518 | I spoke with Justin Lampropoulos, Utah County Constable who is attempting to serve Kailin Wang with the TRO. In summary, Lampropoulos told me the following: There is a PI firm hired to surveil the Wang home in Spanish Fork, UT. Lampropoulos and his team ended up liaising with them several times. Lampropoulos believes that Wang still lives in Utah, at least part of the time. There was a baby shower held for Wang a couple of months ago in Utah. Neighbors have stated that Wang still lives in the Utah house, but doesn't come out much. |

Case 2:24-cr-00163-TS    Document 157-6    Filed 04/10/26    PageID.8938    Page 145



# Kelly

February 15, 2019

## Kailin Wang back at it again!!



If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.

Did you find this review helpful?  Yes

 No (1)

REPLY



## Walker Stone

February 16, 2019

## Walker Stone



Walker Stone there are 3 Stalking Injunctions against you in Utah. This is a clear violation. I'm reporting u

000402

Case 2:24-cr-00163-TS    Document 157-6    Filed 04/19/26    PageID.8939    Page 146 of 235

🔒 holysmoke.org

woman, pressure her into an 18 week abortion, then not paying for the Abortion and ultimately abandoning his child when's he's born ?!!

Did you find this review helpful?  Yes    No



REPLY

**nope**

February 17, 2019

## Kailin Wang is probably in violation of her probation



She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for Chris to get full custody.

Did you find this review helpful?  Yes    No

REPLY

000403

Case 2:24-cr-00163-TS   Document 157-6   Filed 04/19/26   PageID.8940   Page 147 of 235



REPLY ↩

**Jj**

February 18, 2019

## Kailin is getting locked up soon



Kailin you better cut it out or you're going back to jail babe.

Christoffer. You're fucked. Need to get this kid away from her.

Did you find this review helpful?   👍 Yes   👎 No

REPLY ↩

## Rate and Write a Review on Christoffer Thygesen

Your overall rating of this report:



🔒 holysmoke.org

Did you find this review helpful?   👍 Yes (1)

👎 No



**GG**

February 28, 2019

REPLY ↩

Christoffer, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harassing, etc.

Praying for you.

REPLY ↩

000405

Case 2:24-cr-00163-TS    Document 157-6    Filed 04/19/26    PageID.8942    Page 149 of 235



## Kailin Wang

March 6, 2019

I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!

REPLY ↩

# Rate and Write a Review on Christoffer Thygesen Sperm Bank

---

## Your overall rating of this report:



## Title of your review:

Summarize your opinion or highlight an interesting d

REPLY ↩

# 5/16/19_Circumstantial Evidence Surrounding 5/16/19 IC3 Complaint

Case 2:24-cr-00163-TS   Document 157-6   Filed 04/19/26   PageID.8944   Page 151 of 235



REPLY ↩

## Kailin Wang

March 6, 2019

I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!



REPLY ↩

 **K Yg <voplan310@gmail.com>**

## Fwd: Request for information and service/acceptance of Subpoena
1 message

**John Wang** <johnwangphoto@yahoo.com>                                                          Fri, Mar 15, 2019 at 8:22 AM
To: Kailin NYC Wang <voplan310@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Jeff Rifleman <jeff.rifleman@gmail.com>
> **Date:** March 15, 2019 at 6:36:50 AM MDT
> **To:** Melisa Todd <melisa@spencerandcollier.com>, John Wang <johnwangphoto@yahoo.com>
> **Subject: Fwd: Request for information and service/acceptance of Subpoena**

> ---------- Forwarded message ---------
> From: **Holy Smoke!** <pope@holysmoke.org>
> Date: Fri, Mar 15, 2019, 12:35 AM
> Subject: Re: Request for information and service/acceptance of Subpoena
> To: Jeff Rifleman <jeff.rifleman@gmail.com>

>> Here is the information we have on our servers -

>> For -  https://www.holysmoke.org/scam/**christoffer-thygesen/**

>> Published on: **Feb 12, 2019 @ 12:57**

>> IP address - 162.158.63.102

>> Information from comments -

———

For https://www.holysmoke.org/bad-business/**christoffer-thygesen/**

Published on: **Feb 8, 2019 @ 20:41**

On 15 Mar 2019, 5:46 AM +0530, Jeff Rifleman <jeff.rifleman@gmail.com>, wrote:

Please let me know a date this will be available. I am filing some documents tonight with the court.

Thank you for your assistance.

Cordially,

Jeff Rifleman

 Virus-free. www.avast.com

On Wed, Mar 13, 2019 at 12:49 PM Jeff Rifleman <jeff.rifleman@gmail.com> wrote:

Thank you.

Here is what I neeed:

Threads that contain posting and users names.  I need user name, the alias used in the posting, email address of the user, the ip posting address and date (and any and all other indentifying information) for each of the entries in the below threads.)

On Wed, Mar 13, 2019 at 12:42 PM Holy Smoke! <pope@holysmoke.org> wrote:

In fact, to save time, just let me know what information you seek, and I'll send it over to you immediately.

On 13 Mar 2019, 10:51 PM +0530, Holy Smoke! <pope@holysmoke.org>, wrote:

It really is sad, and confusing.

We've been assisting the police regarding these particular posts since there was claims of self-harm. We were also served with another subpoena regarding the information just yesterday by perhaps another lawyer representing one of the parties involved.

We'll be more than happy to help. Just email us the subpoena digitally and the information will be sent to you immediately.

Pope

On 13 Mar 2019, 10:47 PM +0530, Jeff Rifleman <jeff.rifleman@gmail.com>, wrote:

Hello,

I am an attorney in Utah and have a client with interest in postings in the below mentioned threads. There have been concerns over a specific post in which a Kailin Wang posted that she would cause harm to herself and her child. I represent the grandparents and there is currently an action in Utah and California regarding the child, and parents of the child. I am preparaing a subpoena to be served and would like to know if who I would send that to and if accepted as a Subpoena from a Utah jurisdiction.

Threads that contain posting and users names.  (I will be requesting the user name, email address, ip posting address and date (and any and all other indentifying information) for each of the entries in the below threads.)

https://www.holysmoke.org/scam/christoffer-thygesen/

and

https://www.holysmoke.org/bad-business/christoffer-thygesen/

Please let me know at your earliest convenience.

Cordially,

Jeff Rifleman

--



Jeff D. Rifleman
140 West 9000 South, Ste. 11
Sandy, Utah  84070
801-510-0503 (cell)
jeffrifleman@gmail.com
www.riflemanlaw.com

NOTICE: THIS CORRESPONDENCE IS CONFIDENTIAL AND MAY BE PRIVILEGED.  If you have received this fax or e-mail in error, you should notify Jeff Rifleman by telephone, fax or e-mail, and delete the original message.  This e-mail and any attachments and history thereto are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged.  The information contained in this message is solely for the use of the listed recipients.  If you are not the intended recipient nor a delivery agent for the intended recipient, you are strictly prohibited from disclosure, dissemination, copying or other use of the contents of this fax or e-mail, its history, or attachments.

--



Jeff D. Rifleman
140 West 9000 South, Ste. 11
Sandy, Utah  84070
801-510-0503 (cell)
jeffrifleman@gmail.com
www.riflemanlaw.com

NOTICE: THIS CORRESPONDENCE IS CONFIDENTIAL AND MAY BE PRIVILEGED.  If you have received this fax or e-mail in error, you should notify Jeff Rifleman by telephone, fax or e-mail, and delete the original message.  This e-mail and any attachments and history thereto are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged.  The information contained in this message is solely for the use of the listed recipients.  If you are not the intended recipient nor a delivery agent for the intended recipient, you are strictly prohibited from disclosure, dissemination, copying or other use of the contents of this fax or e-mail, its history, or attachments.

--

RIFLEMAN LAW
YOUR FIRST CALL

Jeff D. Rifleman
140 West 9000 South, Ste. 11
Sandy, Utah  84070
801-510-0503 (cell)

**Comments**

Add comment

---

**Christoffer Thygesen Abandoned Child**
gttr@grr.la
108.162.219.180

Christoffer Thygesen wants CPS to take Custody of child to Not Pay Child Support

Christoffer Thygesen made false allegations of abuse to CPS about the mother and her parents who take 100% of Financial\Physical care of Christoffers aband
contributes 0% of Financial\Physical care for. Christoffer Thygesen wants NO Custody/Visitation and NOT pay child support and wants to give the child to the G
would be in fear and NOT file for child support. Christoffer is a sick man who will falsely put the mother in jail and give the child up for adoption to EVADE CHILD
commit Perjury in an attempt to avoid responsibility for the child he created with what the Thygesen family refers to as a " CHINK BABY". Because of the extrem
Thygesen family, who were so disgusted that Christoffer Thygesen likes to have NO Condom sex w/ asians, thier efforts to make up false allegations against tha
so they can give the child to CPS to avoid paying child support and avoid any physical care of his child. This is a seriously illegal plan came up with by Allan Thy
Christoffer Thygesens lawyers because they are racists who will do anything and everything to eliminate and hide what they refer to as a " "CHINK BABY".

---

**Judge**
Hgfy@grr.la
162.158.63.42

Christoffer Thygesen Perjury

Christoffer Thygesen, Allan Thygesen, Terry Thygesen, made false reports to the police about abuse of Christoffers son whom he's never met and sending the p
door of what he refers to as: "Chink Family", just to harass his baby mothers family, who has to 100% financially and physically care for the son Christoffer tried t
allegations of abuse of a child he's NEVER SEEN, and NEVER provided ANY CHILDS SUPPORT for. In Fact Christoffer Thygesen quit his job earning $200k at Sq
Support. He is working under the table and has and will illegally pay $0. Christoffer Thygesen continues to Pay for SEX but won't pay a a Penny of Child Support
making up false police reports in an attempt to gain temp custody of his unwanted child then murder the child just to EVADE child support!!!!! This plot is suppo
Terry Thygesen.

---

**Christoffers Abused Baby by father**
Fuckoff@grr.la
108.162.219.180

Allan Thygesen/Terry Thygesen/Christoffer Thygesen

Allan Thygesen, President of Google America's, Terry Thygesen former President of the Board Menlo Park School District, Stanford University Christoffer Thyge
Carnegie Mellon alum. Continues thier harassment of immigrants whom they refer to as "Chinks/Japs/Gooks", all because Christoffer Thygesen impregnated wh
"Chink". Because Christoffer Thygesen likes to have sex w/ No Condoms spreading his seed in unaware women, he impregnated what he refers to as a " Chink B
financial and physical responsibilities, the Thygesen clan has waged a harassment campaign to falsely report Child Abuse allegations, which Christoffer lies and
his child nor provided ANY financial support to. That way he can Dodge child support , gain temporary custody by making up fabricated allegations of abuse th
all in an attempt to cover up his deviant sexual appetite to cum inside chunks, niggers and spics. Christoffer Thygesen is a very sick, sexually deviant and disgu
anything and everything but avoid all responsible and then even engage in seriously illegal behavior to Dodge child support. I'd be scared for your life and ur chi
impregnated by this disgusting racist man.

---

**Walker Stone**
Walkerstonestalker@gmail.com
108.162.219.66

Walker Stone

Walker Stone stop impersonating someone you've never met and get a life.

---

**Kailin Wang**
Kailin@wang.com
108.162.219.228

I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy t

---

**40 yr. Old Preggers**
gggg@grr.la
162.158.63.30

Christoffer Thygesen was Fully aware of Baby mamas charges, employment status Before intercourse and yet he still dived in No Condom and Came inside this
Christoffer Thygesen's known as "Tinder Man TIGGY", bangs soooo many Tinder hoes. How many kids has Christoffer Thygesen really fathered?

**gg@grr.la**
108.162.219.114

Allan Thygesen, Terry Thygesen, Christoffer Thygesen you are racists who despise Asians. Your so ashamed t
Terry Thygesen blocked her and had thier lawyer send her a Cease and Desist letter to ban her from contacting
because he is half Asian but he is also half your son Christoffer Thygesen too. How can you fully support Chris
quitting his job @ Square Inc. to work under the table to Avoid Child Support. Terry Thygesen how were you Pr
wellbeing and education yet, with your own Grandson your own flesh and blood, you left him out to starve and
REFUSED ANY custody nor Visitation. Yet the Thygesen family paid Gun loving Republicans to run Christoffers
parents of the mother fired!!!! The parents of the chinese mother whom you refer to as " Chink", her parents h
out to starve, yet you pay people to harass and get them fired???? How inhumane are you people? Allan Thyge
ALIVE
as you completely disregard your own GRANDCHILD!!!!! I hope everyone sees through how fake and disgustin
OUT TO STARVE. THE DNA TEST IS POsitive!!!!!!!!!!!!!!! YOU help Christoffer Thygesen work under the table to

**Thailand**
Yyut@grr.la
108.162.219.84

Tranny

Wow, Christoffer Thygesen, remind me of this Ivy League dude who went to Thailand, paid for a non English sp
dog it with a hooker? That's nasty. Ha, homie dodging Child Support and Christoffer Thygesen is 25 and payin

**Walker Stone Alabama in San Francisco**
Bbb@grr.la
108.162.219.114

Walker Stone

Walker Stone, the reason Christoffer Thygesen is even in this situation is because of you. Because you caused
unexpected pregnancy happened on an excursion to report your harassment in SF. And dear Christoffer impre
care of but due to Walker Stones continuos harassment and his hold on a red neck republican small court, a w
it from Ivy League Christoffer Thygesen who earns $200k yet wouldn't pay for the abortion at 20 weeks. And t
hilarious?! As Christoffer Thygesen won't take ANY care of the child and is illegally working under the table to

**GG**
Gg@gg.com
108.162.219.54

Christoffer, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harassing, etc.

Praying for you.

**STOP IT**
172.69.22.10

**Walker Stone**
Hjhf@grr.la
162.158.79.253

Walker Stone

Walker Stone you have been reported to the San Francisco Police Departmtnt Central Station. The 3 Stal you've never met. No one cares about you. Please go away.

**San Francisco Police Department**
Hhh@grr.la
162.158.78.24

Walker Stone

Actually Walker Stone, your going to jail. There's already a police report about your continuous harassme away. ..

**Jj**
Jj@j.com
172.68.34.108

Kailin is getting locked up soon

Kailin you better cut it out or you're going back to jail babe.

Christoffer. You're fucked. Need to get this kid away from her.

**Walker Stone**
Ogg@grr.la
172.69.42.48

Walker Stone

Walker Stone there are 3 Stalking injunctions against you in Utah. This is a clear violation. I'm reporting u

**Kelly**
Kelly@kell.com
172.68.47.104

Kailin Wang back at it again!!

If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.

Thailand
Yyut@grr.la
108.162.219.84

Wow, Christoffer Thygesen, remind me of this Ivy League dude who went to Thailand, paid for a non English speaking hooker and she got pregnant and it was her dog it with a hooker? That's nasty. Ha, homie dodging Child Support and Christoffer Thygesen is 25 and paying for sex?

Walker Stone Alabama In San Francisco
Bbb@grr.la
108.162.219.114

Walker Stone

Walker Stone, the reason Christoffer Thygesen is even in this situation is because of you. Because you caused, harassed someone and thier family into permanent unexpected pregnancy happened on an excursion to report your harassment in SF. And dear Christoffer impregnated that woman on the way. If employed this mat care of but due to Walker Stones continuos harassment and his hold on a red neck republican small court, a woman was left with extremely limited choices in abo it from Ivy League Christoffer Thygesen who earns $200k yet wouldn't pay for the abortion at 20 weeks. And then quit his job and disappeared to avoid Child Sup hilarious?! As Christoffer Thygesen won't take ANY care of the child and is illegally working under the table to avoid child support. Please report to Deadbeat Dad

GG
Gg@gg.com
108.162.219.54

Christoffer, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harassing, etc.

Praying for you.

yrt
gykltd@grr.la
173.245.52.171

Christoffer Thygesen/ Allan Thygesen/ Terry Thygesen

Christoffer Thygesen quit his job @ Square to work under the table to AVOID CHILD SUPPORT.

Christoffer Thygesen hired people to tun his infant son off the freeway.

Christoffer Thygesen tried to get hts grandparents of his child fired, because Allan Thygesen and Terry Thygesen fully support thier son, Christoffer in these atroc Grandchild.

Christoffer Thygesen paid for sex, impregnated and is illegally avoiding Child Support

Utah Court
gg@gmail.com
162.158.78.24

Walker Stone

Walker Stone there are 3 Permanent Stalking Injunctions against you in the State of Utah.
You have repeatedly violated your restraining order. The police will be notified.

nope
nope@nope.com
172.69.42.84

Kailin Wang is probably in violation of her probation

She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for Chris to get f

**nope**
nope@nope.com
172.69.42.84

Kailin Wang is probably in violation of her probation

She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for Chris

---

**Christoffer Thygesen Son**
Gfkk@grr.la
172.69.42.84

Christoffer Thygesen Impregnated me and Abndoned Son

Terry Thygesen. Your son Christoffer Thygesen impregnated a woman then Abandons his child. Which is Your grandchild ! And ur previous role as Preside School district was to raise money for underprivileged children??

Is this how you raised your sons ?

To flee from responsibility when they impregnate a woman, pressure her into an 18 week abortion, then not paying for the Abortion and ultimately aband

Unapprove  Reply  Quick Edit  Edit  History  Spam  Trash  CloudFlare IP score

---

**Christoffer Thygesens Abandoned Son**
Gffg@grr.la
172.69.42.84

Christoffer Thygesens Abandoned Son

Allan C. Thygesen president of Google Americas. You blocked me after I sent pics of your Grandson fathered by Christoffer Thygesen, your son. Is that w after impregnating them?
Your son, Christoffer Thygesen, irresponsibility ejaculated inside me and then left me stranded At the Abortion clinic, because he didn't want to pay to kil automatic reaction after learning u had a Grandson was to block me then have your lawyer send me a Cease and Desist Order?
No wonder your son is being sued for Child Support. I'm shocked since u are a father of 4 that you would react this way.

---

**homeless**
gans345@gmail.com
172.69.42.84

Christoffer Thygesen left me stranded at the Abortion Clinic and then blocked me when his son was born.

Christoffer Thygesen a Data Scientist @ Square Inc. Impregnated me then abandoned his son. Christoffer Thygesen refused to wear a condom and ejacu Christoffer Thygesen
left me stranded at the Abortion Clinic and then blocked me when his son was born. Christoffer Thygesen has never provided any emotional nor financial Thygesen son is sick, starving and homeless.

---

**Homeless**
gfgde@gmail.com
172.69.42.84

Christoffer Thygesen a Data Scientist @ Square Inc. Impregnated me then abandoned his son. Christoffer Thygesen refused to wear a condom and ejacu then left me stranded at the Abortion Clinic and then blocked me when his son was born. Christoffer Thygesen has never provided ANY EMOTIONAL nor son is sick, starving and homeless.

---

**Tinder Girl**
Gfdy@grr.la
172.69.42.46

Christoffer Thygesen #Tegroplease

Christoffer Thygesen SNAP: Tegroplease

Will spam ur SNAP with unsolicited Dick Pics. This pervert will hit it raw and cum inside u and leave u with a Baby to raise all by yourself. And his parents Menlo Park Community. What disgusting people, teaching your son to abandon his responsibilities.

---

**Wally**
Wally@grr.la
172.69.42.84

Christoffer Thygesen impregnated a 40 yr. old Asian Women off of Tinder

Christoffer Thygesen impregnated a 40 yr. old Asian Women off of Tinder. Dirty Boy, he's irresponsibly cumming inside Tindrr pussies. Gross See him being SUED for Child Support below

5/30/2020 Gmail - Additional Impersonation Post Discovered today.

Case 2:24-cr-00163-TS Document 157-6 Filed 04/19/26 PageID.8954 Page 161 of 235



**Lanie Lee <lancewr12@gmail.com>**

## Additional Impersonation Post Discovered today.
11 messages

**Lanie Lee** <lancewr12@gmail.com>
To: michelle.martinez@sfpd.gov

Thu, May 16, 2019 at 2:18 PM

**Fake Post Below:**

**Kailin Wang**

May 16, 2019 at 8:26 AM

I would like to apologize to the entire Thygesen family, my family, Christopher, and especially Kayson. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with Kayson.

If you want to give him another name, I totally understand. Be well, Christopher. Take good care of our son.

 **The League CyberStalker Kailin Wang - The Dirty.pdf**
216K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: lancewr12@gmail.com

Thu, May 16, 2019 at 2:18 PM



## Address not found

Your message wasn't delivered to
**michelle.martinez@sfpd.gov** because the domain sfpd.gov couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

`DNS Error: 3183284 DNS type 'mx' lookup of` sfpd.gov `responded with code NXDOMAIN Domain name not found:` sfpd.gov

Final-Recipient: rfc822; michelle.martinez@sfpd.gov
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 3183284 DNS type 'mx' lookup of sfpd.gov responded with code NXDOMAIN
 Domain name not found: sfpd.gov
Last-Attempt-Date: Thu, 16 May 2019 13:18:39 -0700 (PDT)


---------- Forwarded message ----------
From: Lanie Lee <lancewr12@gmail.com>
To: michelle.martinez@sfpd.gov
Cc:
Bcc:
Date: Thu, 16 May 2019 14:18:27 -0600
Subject: Additional Impersonation Post Discovered today.
**Fake Post Below:**

**Kailin Wang**                                                                                            May 16, 2019 at 8:26 AM
I would like to apologize to the entire Thygesen family, my family, Christopher, and especially Kayson. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with Kayson.

If you want to give him another name, I totally understand. Be well, Christopher. Take good care of our son.


----- Message truncated -----

---

**Lanie Lee** <lancewr12@gmail.com>                                                                  Thu, May 16, 2019 at 2:21 PM
To: michele.martinez@sfgov.org


New Impersonation Discovered.
[Quoted text hidden]

---

📄 **The League CyberStalker Kailin Wang - The Dirty.pdf**
216K

---

**Lanie Lee** <lancewr12@gmail.com>                                                                  Thu, May 16, 2019 at 3:13 PM
To: michele.martinez@sfgov.org


Attached. New Impersonation Posts Discovered Today on

TheDirty.com
Holysmoke.org
[Quoted text hidden]

---

**4 attachments**



**Screen Shot 2019-05-16 at 3.08.36 PM.png**
137K

📄 **The League CyberStalker Kailin Wang - The Dirty.pdf**
216K

📄 **FBI IC3 Complaint Referral Form.pdf**
142K

📄 **Sgt. Martinez Statement.pdf**
549K

---

**Lanie Lee** <lancewr12@gmail.com>                    Thu, May 16, 2019 at 4:22 PM
To: kaywg2372@gmail.com

[Quoted text hidden]

---

**4 attachments**



**Screen Shot 2019-05-16 at 3.08.36 PM.png**
137K

📄 **The League CyberStalker Kailin Wang - The Dirty.pdf**
216K

📄 **FBI IC3 Complaint Referral Form.pdf**
142K

📄 **Sgt. Martinez Statement.pdf**
549K

---

**Lanie Lee** <lancewr12@gmail.com>                    Thu, May 16, 2019 at 4:58 PM

To: kaywg2372@gmail.com

[Quoted text hidden]

**4 attachments**



**Screen Shot 2019-05-16 at 3.08.36 PM.png**
137K

 **The League CyberStalker Kailin Wang - The Dirty.pdf**
216K

 **FBI IC3 Complaint Referral Form.pdf**
142K

 **Sgt. Martinez Statement.pdf**
549K

---

**Martinez, Michele (POL)** <Michele.Martinez@sfgov.org>          Fri, May 17, 2019 at 10:19 AM
To: Lanie Lee <lancewr12@gmail.com>

Thanks for bringing these to my attention. I'll take a look at them, and see what I can find out. Maybe we can talk next week about the results.

Sgt. Michele Martinez #1208
Special Investigations Division
San Francisco Police Department

On May 16, 2019, at 2:13 PM, Lanie Lee <lancewr12@gmail.com> wrote:

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

<The League CyberStalker Kailin Wang - The Dirty.pdf>

<FBI IC3 Complaint Referral Form.pdf>

<Sgt. Martinez Statement.pdf>

<Screen Shot 2019-05-16 at 3.08.36 PM.png>

---

**Lanie Lee** <lancewr12@gmail.com>          Fri, May 17, 2019 at 1:02 PM

To: kaywg2372@gmail.com

Thank Sgt. Martinez.

Here is a direct number to the internet lawyers ake

[Quoted text hidden]

---

**Lanie Lee** <lancewr12@gmail.com>             Mon, May 20, 2019 at 10:43 PM
To: "Martinez, Michele (POL)" <Michele.Martinez@sfgov.org>

**Attached:**
New Info from Cloudflare
Statement from UT lawyer that I admitted to you everything?  (That is Completely False)

If anything new is discovered regarding these Fake Impersonation or this ongoing harassment  made by Christoffer posts please contact karl@krinternetlaw.com

Thanks,

[Quoted text hidden]

---

**2 attachments**

 **New Cloudfare Subpeonas(#2586627) Cloudflare - Subpoena - No FDV-19-814465.pdf**
200K

 **Christoffers Utah Attorney Sgt. Martinez.pdf**
89K

---

**Martinez, Michele (POL)** <Michele.Martinez@sfgov.org>          Tue, May 21, 2019 at 1:06 AM
To: Lanie Lee <lancewr12@gmail.com>

Kailin,

I'm out of the office until Wednesday or Thursday, but I'll reach out to karl@krinternetlaw.com later this week to discuss.

Thank you,

Sgt. Michele Martinez #1208
Special Investigations Division
San Francisco Police Department

[Quoted text hidden]

> <New Cloudfare Subpeonas(#2586627) Cloudflare - Subpoena - No FDV-19-814465.pdf>

> <Christoffers Utah Attorney Sgt. Martinez.pdf>

---

**Lanie Lee** <lancewr12@gmail.com>            Wed, May 22, 2019 at 1:06 AM

To: kaywg2372@gmail.com

[Quoted text hidden]

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Karl S. Kronenberger (226112)<br>KRONENBERGER ROSENFELD, LLP<br>150 Post St., Suite 520, San Francisco, CA 94108<br>TELEPHONE NO.: 415-955-1155    FAX NO.: 415-955-1158<br>E-MAIL ADDRESS: karl@KRInternetLaw.com<br>ATTORNEY FOR (Name): Respondent Kailin Wang | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Francisco
STREET ADDRESS:    400 McAllister St.
MAILING ADDRESS:    400 McAllister St.
CITY AND ZIP CODE:    San Francisco, CA 94108
BRANCH NAME:    Civic Center Courthouse

PLAINTIFF/PETITIONER:   Christofler Stanford Thygesen

DEFENDANT/RESPONDENT: Kailin Wang

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>FDV-19-814465 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Cloudflare, Inc. c/o Registered Agent Solutions, Inc. 1220 S St., Ste. 150, Sacramento, CA 95811

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer): Karl S. Kronenberger
On (date) : May 27, 2019                                         At (time): 10:00 a.m.
Location (address): 150 Post St., Suite 520, San Francisco, CA 94108

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☐ by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☑ by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):

☑ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: May 7, 2019

Karl S. Kronenberger
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney for Respondent
_____
(TITLE)

(Proof of service on reverse)                                                   Page 1 of 2

SUBP-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: Christoffer Stanford Thygesen | CASE NUMBER:<br>FDV-19-814465 |
| DEFENDANT/RESPONDENT: Kailin Wang | |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. (1) ☐ Witness fees were paid.
   Amount: . . . . . . . . . . . . . . $ _____
   (2) ☐ Copying fees were paid.
   Amount: . . . . . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▷ _____
(SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▷ _____
(SIGNATURE)

SUBP-010 [Rev. January 1, 2012]

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Page 2 of 2

*Thygesen v. Wang*                                    Case No. FDV-19-814465

## Attachment 3

1.    Documents sufficient to identify the user data and account holder for following Internet Protocol (IP) addresses on the following dates and times, including any associated names, addresses, email addresses, phone numbers, recovery email addresses, IP addresses used on other dates, Media Access Control (MAC) addresses, IMEI numbers, and user agents:

| IP Address | Date and Time |
|---|---|
| 162.158.63.102 | Feb 12, 2019 @ 12_57 |

*"Document(s)" shall mean all writings under Cal. Evid. Code §250 in whatever form or medium, including electronically stored information.*

**The subpoena requests documents in your possession, custody, or control and includes any and all archived data or logs.**

The subpoena specifically excludes any communications, contents of a user's private mail messages, or stored content files held or maintained on behalf of a user that are protected by the Stored Communications Act, 18 U.S.C. §2701, et seq.

M Gmail

Kailin Wang <kaywg2372@gmail.com>

## FW: Subpoena to Cloudflare

**Kay Wg** <kaywg2372@gmail.com>
To: Karl Kronenberger <karl@krinternetlaw.com>, Audrey Courson <audrey@coursonlaw.com>
Cc: Leah Vulic <leah@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>

3/6/19 Kailin@wang.com    108.162.219.228    Kailin Wang, I'm going to kill myself and our baby

It was posted in 3/6/19. Same day as the hearing where he got Sole Custody.
All the posts made against me have the same Fake email address pattern.

Here are all the posts made against me:

| | | |
|---|---|---|
| 2/15/19 Kelly@kell.com | 172.68.47.104 | Kailin Wang back at it ; If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent. |
| 2/17/19 nope@nope.com | 108.162.219.54 | Kailin Wang is probably in violation of her probation. She has been arrested many times for assault, harrassment |
| 2/18/19 Jj@jj.com | 172.68.34.108 | Kailin is getting locked up soon. Kailin you better cut it out or you're going back to jail babe. Christoffer. You're fucked. Need to get this kid away from her. |
| 2/27/19 wht91123@lycos.com | | STOP IT Christoffer, you need to get this child away from Kailin. Do whatever it takes. She is an unfit mother who does not take care of this child. It is a very dangerous situation. There is plenty of court documentation out there about her cyberstalking, harassing, etc. |
| 2/28/19 GG@gg.com | 108.162.219.54 | Praying for you. |

3/6/19 Kailin@wang.com    108.162.219.228    Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be

On Tue, May 14, 2019 at 4:43 PM Karl Kronenberger <karl@krinternetlaw.com> wrote:

> Kailin,
>
> I just got off the phone with Cloudflare. We believe that what is happening is that the person who posted that message was using a VPN that uses Cloudflare. So, in addition
>
> Cloudflare says that thousands of people share these IP addresses, and that they don't have any data for us.
>
> Importantly, do you know the date and time for the .228 post below? Just to make sure Cloudflare is right, I want to email them a subpoena. He should respond pretty quickly
>
> -Karl
>
> **From:** Kay Wg [mailto:kaywg2372@gmail.com]
> **Sent:** Tuesday, May 14, 2019 2:49 PM
> **To:** Karl Kronenberger; Leah Vulic; Liana Chen
> **Subject:** Fwd: FW: Subpoena to Cloudflare
>
> Hey,
>
> I'm looking at the subpoena to cloud-fare and the IP address for the "Kailin Wang I'm going to kill my baby if I don't receive Child Support". And the IP address from cloud_fare is **108.162.219.228.**
>
> **I would like to find out who posted all the posts that are circled in red in the attachment to this email.**
>
> I have posted on the Holysmoke.org site, so the originating post will trace back to me, Its the commenter posters towards me and hurting the baby we need to identify those posters. Because it is

Can we get a **Cloudfare Subpeona for 108.162.219.228** **and all the IP addresses of the posts thats circled on the attached PDF?**

Thanks,

Kailin Wang 917-432-4181

---------- Forwarded message ---------
From: **Audrey Courson** <audrey@coursonlaw.com>
Date: Tue, May 14, 2019 at 3:32 PM
Subject: FW: Subpoena to Cloudflare
To: Kay Wg <kaywg2372@gmail.com>

Audrey T. Courson

**Law Offices of Audrey T. Courson**

100 Pine Street, Suite 1250

San Francisco, CA 94111

T: 415-745-3681

audrey@coursonlaw.com

www.coursonlaw.com

---

**From:** Leah Vulic <leah@krinternetlaw.com>
**Date:** Tuesday, May 7, 2019 at 5:35 PM
**To:** "Erica@rcjlawgroup.com" <Erica@rcjlawgroup.com>, "dchase@kayemoser.com" <dchase@kayemoser.com>, Chris Ridder <chris@rcjlawgroup.com>
**Cc:** Karl Kronenberger <karl@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>, Audrey Courson <audrey@coursonlaw.com>
**Subject:** Thygesen v. Wang - Respondent's Objections to Subpoena to Charters

Dear Counsel,

Attached please find Respondent's Objections to Petitioner's Deposition Subpoena for Production Business Records to Charter Communications and Respondent's Deposition Subpoena for Prod

Best regards,

Leah

_____

## Leah Vulić

**SENIOR PARALEGAL**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108
**Phone:** (415) 955-1155 Ext. 121

**leah**@krinternetlaw.com

**www.krinternetlaw.com**



Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).



## Complaint Referral Form
## Internet Crime Complaint Center

---

**Victim Information**

Name: Kailin Wang
Business Name:
Age: 30 - 39
Address: 2481 Fairway Dr.
Address (continued):
Suite/Apt./Mail Stop:
City: Spanish Fork
County: UT
Country: United States of America
State: Utah
Zip Code/Route: 84660
Phone Number: 9174324181
Email Address: lancewr12@gmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

In addition to previous complaints.

Christoffer Stanford Thygesen and Walker Stone continues their campaign of Impersonation Posts, False police Report filings and Abusive Unethical Discovery to Frame me for crimes, they have already taken away my infant son, have made threats against me to DCFS apparently to Take away my Son " Forever".

These posts are extremely damaging, have caused Police involvement in Utah, CA and NYC, Utah DCFS took my 4 months old infant away based on the " Death Threat/Suicide" Post alone made by Christoffer Thygesen.

https://thedirty.com/city/salt-lake-city/the-league-cyberstalker-kailin-wang/#post-2236668
https://www.holysmoke.org/bad-business/christoffer-thygesen/
https://www.holysmoke.org/scam/christoffer-thygesen/

False Police reports have been filed by Christoffer Thygesen
with San Francisco Police with a Sgt. Martinez Report: 190-241-786

On May 16, 2019 I spoke with Sgt. Michele Martinez and she said that she took a report by Mr. Thygesen, and she has sent a " Search Warrant" to Holysmoke.org and has been investigating these complaints since 2/13/19, there has been no proof I was responsible for these allegations, if there was an arrest would have been made.

On May 16, 2019 on TheDirty.com Christoffer Thygesen posted:

Kailin Wang May 16, 2019 at 8:26 AM
I would like to apologize to the entire Thygesen family, my family, Christopher, and especially Kayson. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with Kayson.
If you want to give him another name, I totally understand. Be well, Christopher. Take good care of our son.
It is believed Christoffer Thygesen an Walker Stone also posted the posts below:

IP addresses have been subpoenaed from Holysmoke.org and the posts are all made under Fake Email Addresses

with the same Fake Email Pattern.

Also a police report was made by me against Christoffer Thygesen  at NYPD 17th Precinct regarding the death post on March 6, 2019.

I have a Protective Order against Christoffer Thygesen issued from the State of Utah #194400734 (Served 4/10/19) after Christoffer evading service over 10 times.
I also have a 3 Yr. Permanent (exp. 5/4/2021) Stalking Injunction against Walker Price Stone from the State of Utah #180400131

There has been Multiple Violations of the Restraining Order by both parties. This is very unfair these two people need to brought to Justice. Christoffer Thygesen is using Fake, False evidence to frame me to, so he the does not have to pay child child and take away my son with " NO Visitation", none at all to me.

Terry Thygesen April 29, 2019 at 12:47 AM

You are a Cyber stalking slore with SEVERE MENTAL ILLNESS.
Were are going to put you away, for 20 years just like Ryan Lin.
We hired the lawyer that put Ryan Lin away, your next.
You will never see your child, I'll guarantee it.

Christoffer ThygesenMarch 24, 2019 at 11:46 PM
I'm going to kill this baby, so I don't have to pay child support

        Threatening posts against me made by Christoffer Thygesen and Walker Stone shows Same Pattern of Fake Email Addresses
2/15/19    Kelly@kell.com
172.68.47.104   Kailin Wang back at it ; If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.
2/17/19    nope@nope.com

108.162.219.54 Kailin Wang is probably in violation of her probation. She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for Chris to get full custody.

2/18/19    Jj@jj.com

172.68.34.108   Kailin is getting locked up soon. Kailin you better cut it out or you're going back to jail babe. Christoffer. You're fucked. Need to get this kid away from her.

2/28/19    GG@gg.com

108.162.219.54 Christoffer, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harass

3/6/19    Kailin@wang.com

108.162.219.228    Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!

Which of the following were used in this incident? (Check all that apply.)

☐ Spoofed Email

☐ Similar Domain

☐ Email Intrusion

☑ Other    Please specify: Online Death Threats, Suicide,

Impersonation

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Christoffer Stanford Thygesen |
| Business Name: | |
| Address: | 1240 San Mateo Dr. |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Menlo Park |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 94025 |
| Phone Number: | 6508628473 |
| Email Address: | |
| Website: | Various |
| IP Address: | |

| | |
|---|---|
| Name: | Walker Price Stone |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | San Francisco |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |

Website:

IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Kailin Wang

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **_This is the only time you will have to make a copy of your complaint._**

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Karl S. Kronenberger (226112)<br>KRONENBERGER ROSENFELD, LLP<br>150 Post St., Suite 520, San Francisco, CA 94108<br>TELEPHONE NO. 415-955-1155    FAX NO. 415-955-1158<br>E-MAIL ADDRESS: karl@KRInternetLaw.com<br>ATTORNEY FOR (Name): Respondent Kailin Wang | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS  400 McAllister St.
MAILING ADDRESS:  400 McAllister St.
CITY AND ZIP CODE  San Francisco, CA 94108
BRANCH NAME:  Civic Center Courthouse

PLAINTIFF/PETITIONER:  Christoffer Stanford Thygesen

DEFENDANT/RESPONDENT: Kailin Wang

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER<br>FDV-19-814465 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Cloudflare, Inc. c/o Registered Agent Solutions, Inc. 1220 S St., Ste. 150, Sacramento, CA 95811

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer): Karl S. Kronenberger
On (date): June 5, 2019    At (time): 10:00 a.m.
Location (address): 150 Post St., Suite 520, San Francisco, CA 94108

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☐ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☑ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):

☑ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: May 16, 2019

Karl S. Kronenberger
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney for Respondent
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 (Rev. January 1, 2012)

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure, §§ 2020.410–2020.440;
Government Code, § 68097.1
www.courts.ca.gov

SUBP-010

| PLAINTIFF/PETITIONER: Christoffer Stanford Thygesen | CASE NUMBER<br>FDV-19-814465 |
|---|---|
| DEFENDANT/RESPONDENT: Kailin Wang | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR
## PRODUCTION OF BUSINESS RECORDS

1  I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served (name):

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. (1) ☐ Witness fees were paid.
        Amount . . . . .  . . . . . . . $ _____
      (2) ☐ Copying fees were paid.
        Amount . . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . $ _____

2  I received this subpoena for service on (date):

3  Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
          (SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
          (SIGNATURE)

**DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS**

*Thygesen v. Wang*                                        Case No. FDV-19-814465

**Attachment 3**

1.      Documents sufficient to identify the user data and account holder for following Internet Protocol (IP) addresses on the following date and time, including any associated names, addresses, email addresses, phone numbers, recovery email addresses, IP addresses used on other dates, Media Access Control (MAC) addresses, IMEI numbers, and user agents:

| IP Address | Date |
|---|---|
| 108.162.219.228 | March 6, 2019 |

*"Document(s)" shall mean all writings under Cal. Evid. Code §250 in whatever form or medium, including electronically stored information.*

**The subpoena requests documents in your possession, custody, or control and includes any and all archived data or logs.**

The subpoena specifically excludes any communications, contents of a user's private mail messages, or stored content files held or maintained on behalf of a user that are protected by the Stored Communications Act, 18 U.S.C. §2701, et seq.



**From:** Cloudflare Trust & Safety [mailto:support@abuse.zendesk.com]
**Sent:** Friday, May 17, 2019 7:54 PM
**To:** Karl Kronenberger
**Subject:** Report updated: (#2586627) Cloudflare - Subpoena - No FDV-19-814465

##- Please type your reply above this line -##

Hello karl@krinternetlaw.com,

Your report (#2586627) has been been replied to. Note -- When responding please make sure to keep #2586627 in the subject line.

David N. (Cloudflare Trust & Safety)

May 18, 3:53 AM BST

Hi Karl,

We can't produce any data based on an IP address. It appears the website in question (which is a Cloudflare customer) was logging the wrong IP addresses. The best information we can provide is the geo location of the IP address.

https://www.maxmind.com/en/geoip-demo

Regards,
David

This email is a service from Cloudflare Trust & Safety. Delivered by **Zendesk**

From: **Karl Kronenberger** karl@krinternetlaw.com
Subject: RE: Additional Impersonation Post Discovered today.
Date: May 22, 2019 at 10:54 AM
To: Kay Wg kaywg2372@gmail.com, Leah Vulic leah@krinternetlaw.com, Liana Chen liana@krinternetlaw.com, Terry A. Szucsko terry@landslawgroup.com

Hi Kailin,

Thanks for letting me know about this. SGT Martinez reached out, we played phone tag over the last 30 minutes, and I finally got her on the phone.

My plan was to inform her of the "new evidence" from Cloudflare, where they say the IP address used for the "kill my baby" was not accurate/incorrectly logged by HolySmoke.org. However, she quickly admitted that that post is meaningless to her because it was from a VPN or otherwise not provable. The main thing she asked is that if there is any evidence that we want her to look at, we should give it to her. I told her I would review all the information and get back to her.

She also said that the Utah attorney is misrepresenting what SGT Martinez said.

Btw – I did not (obviously) make any admissions, and I was in full advocacy mode, discussing how Thygesen's attorneys are drowning you in litigation because of their massive financial advantage.

So, now there are two things I need from you, or to discuss with you.

1.   Since I have mostly been working on incoming subpoenas, if there is anything out there that you want me to examine further so we can convey it to SGT Martinez, let me know.
2.   On the child custody side of things, I still do not understand how important the "kill my baby" post is to Thygesen's entire case. Can you help me understand that?

Very best regards,

Karl

**From:** Kay Wg [mailto:kaywg2372@gmail.com]
**Sent:** Wednesday, May 22, 2019 12:11 AM
**To:** Karl Kronenberger; Leah Vulic; Liana Chen; Terry A. Szucsko
**Subject:** Fwd: Additional Impersonation Post Discovered today.

Hello,

Sgt. Martinez may reach out to you, see email below.

My family attorney Terry Szuckso is CC'd on this email, but I believe he is gone until 06/03/19.

But in case Sgt. Martinez contacts any of you. I have not admitted anything to the SFPD.

Thanks,

---------- Forwarded message ---------
From: **Lanie Lee** <lancewr12@gmail.com>
Date: Wed, May 22, 2019 at 1:06 AM
Subject: Fwd: Additional Impersonation Post Discovered today.
To: <kaywg2372@gmail.com>

---------- Forwarded message ---------
From: **Martinez, Michele (POL)** <Michele.Martinez@sfgov.org>
Date: Tue, May 21, 2019 at 1:06 AM
Subject: Re: Additional Impersonation Post Discovered today.
To: Lanie Lee <lancewr12@gmail.com>

Kailin,

I'm out of the office until Wednesday or Thursday, but I'll reach out to karl@krinternetlaw.com later this week to discuss.

Thank you,

Sgt. Michele Martinez #1208
Special Investigations Division
San Francisco Police Department

On May 20, 2019, at 9:43 PM, Lanie Lee <lancewr12@gmail.com> wrote:

> **Attached:**
> New Info from Cloudflare
> Statement from UT lawyer that I admitted to you everything?  (That is Completely False)
>
> If anything new is discovered regarding these Fake Impersonation or this ongoing harassment  made by Christoffer posts please contact karl@krinternetlaw.com
>
> Thanks,
>
> On Fri, May 17, 2019 at 10:19 AM Martinez, Michele (POL) <Michele.Martinez@sfgov.org> wrote:
>> Thanks for bringing these to my attention. I'll take a look at them, and see

Thanks for bringing these to my attention. I'll take a look at them, and see what I can find out. Maybe we can talk next week about the results.

Sgt. Michele Martinez #1208
Special Investigations Division
San Francisco Police Department

On May 16, 2019, at 2:13 PM, Lanie Lee <lancewr12@gmail.com> wrote:

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Attached. New Impersonation Posts Discovered Today on

TheDirty.com
Holysmoke.org

---------- Forwarded message ---------
From: **Lanie Lee** <lancewr12@gmail.com>
Date: Thu, May 16, 2019 at 2:21 PM
Subject: Fwd: Additional Impersonation Post Discovered today.
To: <michele.martinez@sfgov.org>

New Impersonation Discovered.

**Fake Post Below:**

**Kailin Wang** May 16, 2019 at 8:26 AM

I would like to apologize to the entire Thygesen family, my family, Christopher, and especially Kayson. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with Kayson.

If you want to give him another name, I totally understand. Be well, Christopher. Take good care of our son.

<The League CyberStalker Kailin Wang - The Dirty.pdf>

<FBI IC3 Complaint Referral Form.pdf>

<Sgt. Martinez Statement.pdf>

<Screen Shot 2019-05-16 at 3.08.36 PM.png>

<New Cloudfare Subpeonas(#2586627) Cloudflare - Subpoena - No FDV-19-814465.pdf>

<Christoffers Utah Attorney Sgt. Martinez.pdf>


--
Phone: 917-957-3166

**From:** **Kay Wg** kaywg2372@gmail.com
**Subject:** Re: FW: Subpoena to Cloudflare
**Date:** May 14, 2019 at 5:15 PM
**To:** Karl Kronenberger  karl@krinternetlaw.com,  Audrey Courson  audrey@coursonlaw.com
**Cc:** Leah Vulic  leah@krinternetlaw.com,  Liana Chen  liana@krinternetlaw.com

3/6/19 Kailin@wang.com    108.162.219.228    Kailin Wang, I'm going to kill myself and our baby
It was posted in 3/6/19. Same day as the hearing where he got Sole Custody.
All the posts made against me have the same Fake email address pattern.

Here are all the posts made against me:

2/15/19 Kelly@kell.com    172.68.47.104    Kailin Wang back at it ; If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.
2/17/19 nope@nope.com    108.162.219.54   Kailin Wang is probably in violation of her probation. She has been arrested many times for assault, harrassment, and cyber stalking. It's all p

Kailin is getting locked up soon. Kailin you better cut it out or you're going back to jail babe.
2/18/19 Jj@jj.com    172.68.34.108    Christoffer. You're fucked. Need to get this kid away from her.
2/27/19 wht91123@lycos.com    STOP IT
Christoffer, you need to get this child away from Kailin. Do whatever it takes.
She is an unfit mother who does not take care of this child. It is a very dangerous situation.
There is plenty of court documentation out there about her cyberstalking, harassing, etc.
2/28/19 GG@gg.com    108.162.219.54   Praying for you.

3/6/19 Kailin@wang.com    108.162.219.228  Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murde

On Tue, May 14, 2019 at 4:43 PM Karl Kronenberger <karl@krinternetlaw.com> wrote:

> Kailin,
>
> I just got off the phone with Cloudflare. We believe that what is happening is that the person who posted that message was using a VPN that uses Cloudflare. So, in addition to HolySmoke.org using Clo
>
> Cloudflare says that thousands of people share these IP addresses, and that they don't have any data for us.
>
> Importantly, do you know the date and time for the .228 post below? Just to make sure Cloudflare is right, I want to email them a subpoena. He should respond pretty quickly.
>
> -Karl
>
> **From:** Kay Wg [mailto:kaywg2372@gmail.com]
> **Sent:** Tuesday, May 14, 2019 2:49 PM
> **To:** Karl Kronenberger; Leah Vulic; Liana Chen
> **Subject:** Fwd: FW: Subpoena to Cloudflare
>
> Hey,
>
> I'm looking at the subpoena to cloud-fare and the IP address for the "Kailin Wang I'm going to kill my baby if I don't receive Child Support". And the IP address from cloud_fare is **108.162.219.228.**
>
> **I would like to find out who posted all the posts that are circled in red in the attachment to this email.**
>
> I have posted on the Holysmoke.org site, so the originating post will trace back to me, Its the commenter posters towards me and hurting the baby we need to identify those posters. Because it is that " Kill baby post that prompted law enforcement".
>
> Can we get a **Cloudfare Subpeona for 108.162.219.228  and all the IP addresses of the posts thats circled on the attached PDF?**
>
> Thanks,
>
> Kailin Wang 917-432-4181
>
> ---------- Forwarded message ---------
> From: **Audrey Courson** <audrey@coursonlaw.com>
> Date: Tue, May 14, 2019 at 3:32 PM
> Subject: FW: Subpoena to Cloudflare
> To: Kay Wg <kaywg2372@gmail.com>
>
> Audrey T. Courson
> **Law Offices of Audrey T. Courson**
> 100 Pine Street, Suite 1250
> San Francisco, CA 94111
> T: 415-745-3681
> audrey@coursonlaw.com
> www.coursonlaw.com

**From:** Leah Vulic <leah@krinternetlaw.com>
**Date:** Tuesday, May 7, 2019 at 5:35 PM
**To:** "Erica@rcjlawgroup.com" <Erica@rcjlawgroup.com>, "dchase@kayemoser.com" <dchase@kayemoser.com>, Chris Ridder <chris@rcjlawgroup.com>
**Cc:** Karl Kronenberger <karl@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>, Audrey Courson <audrey@coursonlaw.com>
**Subject:** Thygesen v. Wang - Respondent's Objections to Subpoena to Charters

Dear Counsel,

Attached please find Respondent's Objections to Petitioner's Deposition Subpoena for Production Business Records to Charter Communications and Respondent's Deposition Subpoena for Production of Business Records to Cloudflare, Inc. If you have any difficulty accessin

Best regards,

Leah

_____

## Leah Vulić,

**SENIOR PARALEGAL**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108
**Phone:** (415) 955-1155 Ext. 121

**leah**@krinternetlaw.com

**www.krinternetlaw.com**



Follow us



NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are
waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or writt
promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

Case 2:24-cr-00163-TS    Document 157-6    Filed 04/19/26    PageID.8984    Page 191 of 235

 **Gmail**

**Lanie Lee <lancewr12@gmail.com>**

## Newly Discovered Defamatory Post
1 message

**Lanie Lee** <lancewr12@gmail.com>                                   Sat, Jun 15, 2019 at 2:14 PM
To: "Martinez, Michele (POL)" <michele.martinez@sfgov.org>

http://www.cheaterboard.com/kailin-wang-salt-lake-city-utah/



**Screen Shot 2019-06-15 at 2.11.49 PM.png**
466K

# Exhibit H

6/25/19 Email from Wang to Atty Darrick Chase (died by Suicide on 1/21/23) to  Meet and Confer with about getting an Expert Witness to reveal the identity of the 3/6/19 "Kill Baby K" poster.  Thygesen Failed to Respond because he framed Wang for it.

3/31/22, 1:08 PM
Gmail - Aaron Minc

 **Gmail**

**Lanie Lee <lancewr12@gmail.com>**

## Aaron Minc

2 messages

---

**Lanie Lee** <lancewr12@gmail.com>                                          Thu, Jul 25, 2019 at 11:25 PM
To: Darrick Chase <dchase@kayemoser.com>

Mr. Chase,

As you know there are no posts regarding the well being of Kayson besides the ones made by Christoffer Thygesen in regards to " Kill baby K" and for Ms. Wang to kill herself and numerous others ones discovered since 3/6/19.

I do want to offer this suggestion  that can be helpful to your discoveries.
Though to prove Christoffer did'nt do it you can always seek out this Aaron Minc, he can maybe uncover the truth. And I'm bankrupted from this unlawful litigation brought on by your client. There is
 no shame in clients as wealthy as the Thygesen's drowning a first time ethinic mother and her family in unlawful litigation as your clients have.

But my feeling is, you won't do more discovery on that post and on holysmoke because your client posted it.  The Thygesen's certainly financially have the capacity to find the identity of that poster. But it's your client who did it, that's why Christoffers legal team deliberately avoid discovery on that site like a plague.

I hope this suggestion can be helpful to both of us.

Regards,

 **Screenshot_20190725-221337_Gmail.jpg**
882K

---

**Lanie Lee** <lancewr12@gmail.com>                                          Sat, Aug 10, 2019 at 11:27 AM
To: Nickolas Pope <pope@holysmoke.org>

[Quoted text hidden]

 **Screenshot_20190725-221337_Gmail.jpg**
882K

39





**KRONENBERGER | ROSENFELD**

150 Post Street
Suite 520
San Francisco, CA 94108

Phone  415.955.1155
Fax    415.955.1158
www.krinternetlaw.com

June 10, 2019

Kailin Wang
2481 Fairway Dr.
Spanish Fork, UT 84660

**Re  Invoice 18201**

Enclosed is Invoice No. 18201, which covers services through 5/31/2019.  This invoice is for $27229.48.    our total balance, including past charges, is $12229.48.

Billing Summary

| | |
|---|---|
| **Total Legal Fees** | $26,440.85 |
| **Total E  penses** | $788.63 |
| **Total interest and finance c  arges** | $0.00 |
| **Total payments and ot  er transactions** | ($15,000.00) |
| **Total previous balance** | $0.00 |
| **Balance Due** | $12,229.48 |

This invoice is due upon receipt.  We thank you in advance for your prompt payment.

If you have questions about the attached invoice, please contact Elan Lee at 415.955.1155, ext. 101.

Sincerely,

Kronenberger Rosenfeld, LLP

*Enclosure*

AA 1577

**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108

---

Kailin Wang
2481 Fairway Dr.
Spanish Fork, UT 84660

June 10, 2019

*Invoice #*      **18201**

| *Please Remit:* | *$12,229.48* |
|---|---|

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2019 | LV | Process and route client documents into document management system; review same. | 0.33 | 68.33 |
| 5/2/2019 | KSK | Review background material; internal conference re: same; email client re: notices from Google and background information. | 1.08 | 622.92 |
| | LC | Internal conference re: motion to quash; review background; research for meet-and-confer and motion; research and draft meet-and-confer to opposing counsel and Google research  subpoena; correspond with client re: same. | 4.42 | 1,700.42 |
| | LV | Process and route additional case documents into document management system; review same; internal conference with attorneys re: background, arguments, and strategy. | 1.92 | 392.92 |
| 5/3/2019 | KSK | Review and edit correspondence to counsel and to Google; internal conference re: same; conference with family law counsel re: subpoena strategy. | 0.92 | 527.08 |
| | LC | Review and revise meet and confer letter; internal conference re: same; correspond with client re: subpoenas; review further same and notices from third parties; research Krinsky and writs. | 1.25 | 481.25 |
| | LV | Draft notice of motion and motion to quash, memorandum of points and authorities, declaration, and separate statement in support thereof, and proposed order; internal conferences with attorney re: same; conferences with attorney and client re: moving to quash additional subpoenas. | 3.17 | 649.17 |

---

AA 1578

Kailin Wang

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2019 | LC | Review opposing counsel's response to meet-and-confer letter; research response to same. | 0.50 | 192.50 |
| 5/6/2019 | LC | Conference with co-counsel re: motion to quash; conference with opposing counsel re: same; internal conference re: same; review further background documents for same; correspond with client re: subpoenas; review and revise objections to Charter; review transcript from hearing. | 3.58 | 1,379.58 |
| | KSK | Conference with counsel for Wang; internal conference re: same; review of correspondence; conference with counsel for petitioner; review hearing transcript; conference with client and family law counsel. | 2.58 | 1,485.42 |
| | LV | Process and route response letter from opposing counsel re: meet-and-confer into document management system; review same; telephone call with co-counsel re: petitioner's response to meet-and-confer correspondence; draft subpoena to Cloudflare and attachment thereto; revise, finalize, and dispatch correspondence to Google re: motion to quash; telephone calls with opposing counsel and client re: motion to quash and objections to Charter subpoena; draft objections to subpoena to Charter; process and route transcript of hearing and documents from opposing counsel into document management system; review same. | 3.58 | 734.58 |
| 5/7/2019 | LC | Internal conference re: objections to Charter subpoena and motion for Google subpoena; correspond with opposing counsel re: same; research for potential motion to quash. | 1.25 | 481.25 |
| | KSK | Internal conference re: offer to limit Google subpoena; review documents from opposing counsel; review subpoena to Cloudflare. | 0.42 | 239.58 |
| | LV | Review objections to subpoena to Charter; internal conferences with attorney and co-counsel re: same; prepare enclosure correspondence and dispatch same to Charter; telephone calls with Charter re: same; revise, finalize, and dispatch for process serving and service on opposing counsel subpoena to Cloudflare. | 1.92 | 392.92 |
| 5/8/2019 | KSK | Court appearance in San Francisco Family Court; multiple conferences with client and co-counsel re: same. (TOTAL TIME WAS 3.5 HOURS, BUT REDUCED TO 2 HOURS) | 2.00 | 1,150.00 |
| | LV | Review counter-proposal from opposing counsel; process and route background documents into document management system; internal conference with attorney re: hearing. | 0.42 | 85.42 |
| 5/9/2019 | KSK | Review and edit motion to quash; internal conference re: same. | 0.33 | 191.67 |
| | LC | Review and revise notice of motion to quash; internal conference re: same; continue to research and draft motion to quash documents documents; review client further client documents. | 5.83 | 2,245.83 |
| | LV | Update calendar re: hearing on motion to quash and related deadlines; revise, finalize, and dispatch to opposing counsel notice of motion to quash; prepare copies of same for filing with court; internal conferences with attorneys re: same and providing notice to subpoena recipients; | 2.33 | 478.33 |

AA 1579

Kailin Wang                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | email communications with opposing counsel re: Charter's production and obtaining copies of subpoenas. |  |  |
| 5/10/2019 | LC | Draft and revise motion to quash subpoenas; internal correspondence re: notice to third parties re: same. | 2.00 | 770.00 |
|  | LV | Review email from Cloudflare re: subpoena; process and route filed notice of motion to quash into document management system; revise, finalize, and dispatch cover fax sheet and motion to quash to Comcast; internal conferences with attorneys re: same; telephone call to Comcast re: same. | 0.83 | 170.83 |
| 5/12/2019 | LC | Review and revise motion to quash and declarations. | 1.42 | 545.42 |
| 5/13/2019 | KSK | Correspond with Cloudflare; internal conference re: same. | 0.17 | 95.83 |
|  | LC | Review and revise motion to quash and supporting papers; correspond with co-counsel re: same; internal conference re: same; review subpoena response from Cloudflare. | 2.75 | 1,058.75 |
|  | LV | Draft, finalize, and dispatch enclosure correspondence and filed motion to quash to Google and Charter; process and route client's response to request for temporary restraining order into document management system; review same; review motion to quash; internal conference with attorney re: same; draft second subpoena to Cloudflare and attachment thereto. | 1.00 | 205.00 |
| 5/14/2019 | LC | Review additional petitioner subpoena; internal conference re: motion to quash; review and revise same. | 1.83 | 705.83 |
|  | KSK | Conference with Cloudflare re: subpoena;internal conference re: same; review and edit motion. | 1.00 | 575.00 |
|  | LV | Process and route client documents evidencing harassment into document management system; review same; internal conferences with attorney re: HolySmoke subpoena response and subpoena to Cloudflare. | 0.58 | 119.58 |
| 5/15/2019 | KSK | Review and edit motion to quash. | 0.08 | 47.92 |
|  | LC | Internal conference re: motion to dismiss; correspond with co-counsel re: same; review Google subpoena exhibits; review and revise motion to dismiss; review client declaration; correspond with client re: same and background documents/evidence. | 2.33 | 898.33 |
|  | LV | Internal conferences with attorney re: motion to quash; prepare exhibits for same; process and route client background documents into document management system. | 0.92 | 187.92 |
| 5/16/2019 | LC | Time after motion invoice: review and revise motion to quash documents; internal conference re: same. | 0.50 | 192.50 |

AA 1580

Kailin Wang

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/16/2019 | LC | Internal conference re: motion to quash and Cloudflare subpoena; review and revise motion to quash documents; research forced consent; internal conference re: same. | 0.58 | 224.58 |
| | LV | Process and route executed client declaration into document management system; draft tables of contents and authorities; prepare exhibits; revise, finalize, and dispatch for electronic filing and service motion to quash, declarations and exhibits in support thereof. | 3.17 | 649.17 |
| | KSK | Review and edit motion to quash; internal conference re: same. | 0.83 | 479.17 |
| 5/17/2019 | KSK | Correspond with Cloudflare. | 0.17 | 95.83 |
| | LV | Process and route filed versions of motion to quash into document management system. | 0.17 | 34.17 |
| 5/20/2019 | LC | Review correspondence with Cloudflare. | 0.25 | 96.25 |
| | KSK | Email client update from Cloudflare; multiple internal conferences re: same. | 0.25 | 143.75 |
| | LV | Process and route proof of service of subpoena to Cloudflare into document management system; internal conference with attorney re: Cloudflare's response to second subpoena. | 0.17 | 34.17 |
| 5/21/2019 | LC | Correspond with client re: additional background. | 0.17 | 64.17 |
| | LV | Capture evidence of impersonation posts; review client emails re: same; internal conference with attorneys re: same; process and route transcript of hearing into document management system; review same. | 0.58 | 119.58 |
| 5/22/2019 | KSK | Conference with SF Police Department; update client by email. | 0.42 | 239.58 |
| | LV | Process and route client background documents into document management system; review client's email re: status. | 0.17 | 34.17 |
| 5/23/2019 | LV | Review background documents re: timing of murder-suicide post; internal conference with attorney re: same. | 0.25 | 51.25 |
| 5/24/2019 | IT | Internal conference re: reply drafts; review local rules and requirements for replies; draft reply to petitioner's opposition to motion to quash, declaration of K. Kronenberger, declaration of K. Wang, proposed order, and corresponding proof of service; process and route petitioner's opposition to motion to quash, proposed order, proof of service, declaration of D. Chase, and declaration of E. Johnstone into internal document management system; update calendar accordingly; modify reply drafts. | 2.42 | 495.42 |
| 5/25/2019 | LC | Review further opposition to motion to quash; correspond with co-counsel re: same; start to draft reply for same. | 0.92 | 352.92 |
| 5/26/2019 | LC | Research and draft reply for motion to quash. | 3.25 | 1,251.25 |

---

AA 1581

Kailin Wang

Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/27/2019 | LC | Research and draft reply for motion to quash. | 2.17 | 834.17 |
| 5/28/2019 | KSK | Review and edit reply brief. | 0.33 | 191.67 |
|  | LC | Review and revise reply for motion to quash; draft declaration for same; conference with new family law counsel. | 1.75 | 673.75 |
|  | LV | Briefly review petitioner's opposition to motion to quash and reply in support thereof; process and route client background documents into document management system; review same. | 0.42 | 85.42 |
| 5/29/2019 | LC | Review and revise reply for motion to quash; correspond with client re: same; review briefly hearing transcript for same; internal correspondence re: evidence and deadlines. | 0.33 | 128.33 |
|  | LV | Process and route client background documents into document management system; review calendar re: motion to quash deadlines; email communications with attorney re: same. | 0.33 | 68.33 |
| 5/30/2019 | KSK | Review emails from client and new family law counsel and respond re: evidentiary issues and issues related to the June 6 hearing. | 0.25 | 143.75 |
|  | LC | Internal conference re: next steps; correspond with client re: background. | 0.17 | 64.17 |
|  | LV | Process and route client background documents into document management system; briefly review same; process and route petitioner's notice of change of address into document management system; advise attorneys re: receipt of same. | 0.33 | 68.33 |
| 5/31/2019 | LC | Review and revise motion to quash reply; internal correspondence re: same. | 0.25 | 96.25 |
|  | LV | Revise, finalize, and dispatch for electronic filing and service respondent's reply in support of motion to quash subpoenas and supporting declaration and exhibits; internal conferences with attorneys re: same; process and route filed versions of reply documents into document management system; dispatch same to client; preparation and assembly of documents for hearing. | 3.17 | 649.17 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **76.51** | **$26,    0.85** |

Additional Charges :

| 5/2/2019 | SF superior court courier | 67.50 |
|---|---|---|
| 5/10/2019 | FedEx Tracking No. 775192731319 | 31.11 |
| 5/17/2019 | FedEx Tracking No. 775232017894 | 21.07 |
|  | Memo of Points and Authorities, Delcaration of K. Kronenberger, Proposed Order, Proof of Service150 pages.One legal 11824141 | 292.00 |

AA 1582

Kailin Wang

Page    6

| | Amount |
|---|---|
| 5/22/2019  FedEx Tracking No. 775232015181 | 21.39 |
| 5/31/2019  Legal research database charge (Westlaw). | 245.06 |
| Reply ISO Motion to   uash<br>One legal 11845662 | 110.50 |
| **Total costs** | **$788.63** |
| **Total amount of t  is bill** | **$27,229. 8** |
| 6/10/2019  Payment from Trust Account to Kronenberger Rosenfeld | ($15,000.00) |
| **Balance due** | $12,229.48 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Karl S. Kronenberger - Partner | 10.83 | 575.00 | $6,229.17 |
| Liana Chen | 37.50 | 385.00 | $14,437.50 |
| Leah Vulic - Paralegal | 25.76 | 205.00 | $5,278.76 |
| Iyah Turminini | 2.42 | 205.00 | $495.42 |

TRUST ACCOUNT

| | Amount |
|---|---|
| **Previous balance of Trust Account** | **$0.00** |
| 5/3/2019  Client Deposit to Trust Account | $15,000.00 |
| 6/10/2019  Payment from Trust Account to Kronenberger Rosenfeld | ($15,000.00) |
| **New balance of Trust Account** | **$0.00** |

AA 1583

KRONENBERGER | ROSENFELD

150 Post Street
Suite 520
San Francisco, CA 94108

Phone  415.955.1155
Fax    415.955.1158
www.krinternetlaw.com

July 5, 2019

Kailin Wang
2481 Fairway Dr.
Spanish Fork, UT 84660

**Re  Invoice 18273**

Enclosed is Invoice No. 18273, which covers services through 6/30/2019.  This invoice is for $2349.63.    our total balance, including past charges, is $2349.63.

Billing Summary

| | |
|---|---|
| **Total Legal Fees** | $2,300.42 |
| **Total E  penses** | $49.21 |
| **Total interest and finance c  arges** | $0.00 |
| **Total payments and ot  er transactions** | ($12,229.48) |
| **Total previous balance** | $12,229.48 |
| **Balance Due** | $2,349.63 |

This invoice is due upon receipt.  We thank you in advance for your prompt payment.

If you have questions about the attached invoice, please contact Elan Lee at 415.955.1155, ext. 101.

Sincerely,

Kronenberger Rosenfeld, LLP

*Enclosure*

AA 1584

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Suite 520
San Francisco, CA 94108

---

Kailin Wang
2481 Fairway Dr.
Spanish Fork, UT 84660

July 5, 2019

*Invoice #*    **18273**

| *Please Remit:* | *$2,349.63* |
|---|---|

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2019 | LV | Continue preparation and assembly of documents for hearing on motion to quash. | 0.58 | 119.58 |
| 6/4/2019 | LC | Correspond with client re: further background; review petitioner's amended declaration. | 0.25 | 96.25 |
| | LV | Process and route evidence of additional impersonation into document management system; process and route supplemental attorney declaration in opposition to motion to quash into document management system; advise attorneys re: receipt of same; update documents for hearing re: same. | 0.42 | 85.42 |
| 6/5/2019 | LC | Review tentative ruling re: motion to quash; internal conference re: same; review documents for same. | 0.42 | 160.42 |
| | KSK | Conference with Utah counsel for client in preparation for hearing; review tentative ruling and prepare for hearing. | 1.42 | 814.58 |
| | LV | Process and route tentative ruling on motion to quash into document management system; review same; advise attorneys re: same; telephone calls to opposing counsel and court re: contesting tentative ruling. | 0.50 | 102.50 |
| 6/6/2019 | KSK | Court Appearance at motion to quash subpoenas; travel to and from court; conference with client after court. | 1.08 | 622.92 |
| | LV | Internal conference with attorneys re: murder-suicide post and hearing on motion to quash; process and route client's timeline of events into document management system. | 0.25 | 51.25 |
| 6/17/2019 | LV | Process and route petitioner's proposed findings and order after hearing into document management system; internal conference with attorney re: same.. | 0.17 | 34.17 |

---

AA 1585

Kailin Wang

Page    2

| | | Hours | Amount |
|---|---|---|---|
| 6/18/2019 LV | Internal conference with attorney and email communications with Google re: order on motion to quash; process and route search warrant to Google into document management system; internal conference with attorney re: same. | 0.25 | 51.25 |
| LC | Internal correspondence re: criminal warrant. | 0.17 | NO CHARGE |
| 6/21/2019 LC | Review docket re: proposed order. | 0.08 | 32.08 |
| LV | Internal conference with attorney re: proposed order. | 0.17 | 34.17 |
| 6/26/2019 KSK | Review correspondence from counsel re: final order on motion to quash and correspond with client re: same. | 0.17 | 95.83 |
| 6/27/2019 LC | Voicemail from Google re: subpoena; internal conference re: same. | 0.17 | NO CHARGE |
| LV | Telephone call to Google re: motion to quash search warrant; internal conference with attorneys re: same; internal conference with attorneys re: limited scope representation notice and substitution of attorney; draft notice of limited scope representation and substitution of attorney. | 0.83 | NO CHARGE |

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: | 6.93 | 2,300.42 |
| **For professional services rendered** | **6.93** | **$2,300. 2** |

Additional Charges :

| | | Amount |
|---|---|---|
| 5/31/2019 | FedEx Tracking No. 775358571247 | 31.85 |
| | FedEx Tracking No. 775358562459 | 17.36 |
| SUBTOTAL: | | 49.21 |
| **Total costs** | | **$ 9.21** |
| **Total amount of t  is bill** | | **$2,3 9.63** |
| **Previous balance** | | **$12,229. 8** |
| 6/13/2019 | Payment - Thank  ou | ($12,229.48) |
| **Balance due** | | **$2,349.63** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Karl S. Kronenberger - Partner | 2.67 | 575.00 | $1,533.33 |
| Liana Chen | 0.75 | 385.00 | $288.75 |
| Liana Chen | 0.34 | 0.00 | $0.00 |

**415-955-1155**
**www.KRInternetLaw.com**

AA 1586

# Exhibit N

"Thygesen again Opposed Wang from conducting any discovery and blocked Wang from conducting Discovery on the 3/6/19 Kill Baby K Post because he did it, or why else would Thygesen refuse to conduct discovery on that post even though they issued at least 20 Subpoenas for Social Media Sites in order to have Wang prosecuted? See 2021-04-26 EXHIBITS IN SUPPORT OF REQUEST TO CONTINUE HEARING (CIVIL SUBPOENAS THYGESEN) (TRANSACTION ID # 66540227) FILED BY RESPONDENT WANG, KAILIN AS TO PETITIONER THYGESEN, CHRISTOFFER STANFORD
"

MICHAEL REEDY (161002)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        mreedy@mcmanislaw.com

DOUGLAS RAPPAPORT (136194)
LAW OFFICES OF DOUGLAS L. RAPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone:  (415) 989-7900
Facsimile:    (415) 989-7950
Email:        admin@sfcrimlaw.com

Attorneys for Petitioner,
CHRISTOFFER THYGESEN

ELECTRONICALLY
**F I L E D**
*Superior Court of California,
County of San Francisco*

**09/26/2022**
**Clerk of the Court**
BY: TIM KYU
**Deputy Clerk**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| In re the Matter of: | Case No.:  FDV-19-814465 |
| CHRISTOFFER THYGESEN | **OPPOSITION TO REQUEST FOR FILING BY VEXATIOUS LITIGANT, KAILIN WANG** |
| Petitioner, | |
| and | |
| KAILIN WANG | Dept.:       404<br>Judge:      The Hon. Daniel Flores |
| Respondent. | |

///

///

///

///

///

///

1

*In re Matter of Thygesen v. Wang*, Case No.:  FDV-19-814465; OPPOSITION TO REQUEST FOR FILING BY VEXATIOUS LITIGANT, KAILIN WANG
`

This opposition is in response to Respondent, Kailin Wang ("Respondent" or "KW"). I am one of the attorneys of record for Petitioner, Christoff Thygesen ("Petitioner" or "CT").

Despite the fact that this trial was originally scheduled to begin on October 22, 2019, it is only now, nearly three years later, that Respondent has made for the first time a request to issue a trial subpoena to a company called Cloudflare seeking information pertaining to a March 6, 2019 post which Respondent refers to as the "Kill Baby K post." Given that Respondent's Sunday, September 25, 2022 FL300 has been made at the proverbial 11th hour, it is strongly believed that this is an attempt to delay the trial, either by a request for more time to review what may turn out to be thousands of pages of records and/or to give Respondent Wang the ability to file yet another appeal requesting a Stay of the DVRO proceedings if the court denies her request.

Petitioner has waited for almost three years for this trial in order to prove that Ms. Wang has perpetrated domestic violence. Given that Petitioner never presented the March 6, 2019 "Kill Baby K" post at the hearing before Judge Darwin on March 6, 2019, it was not considered by the Court when continuing the TRO and removing all physical and legal custody of the baby on a temporary basis. What the court saw that day, and what the court will see in our trial, is that there is ample—in fact overwhelming—other evidence that Ms. Wang has perpetrated domestic violence.

In her most recent Request for Order (FL-300) of September 25, 2022, Respondent has stated that she needs the ability to issue the Cloudflare subpoena *or* requests that the Court not allow the Kill Baby K post to be considered at the DVRO trial. Thus, *as requested by Respondent*, it is hereby agreed that Petitioner will not present any evidence whatsoever pertaining to the Kill Baby K post unless first raised by Respondent, and then only in rebuttal.

///

///

///

///

///

2

*In re Matter of Thygesen v. Wang*, Case No.: FDV-19-814465; OPPOSITION TO REQUEST FOR FILING BY VEXATIOUS LITIGANT, KAILIN WANG

`

Therefore, Respondent's request to issue subpoenas for trial witnesses and records pertaining to the March 6, 2019 "Kill Baby K" post is hereby moot and should be denied. (Denials of VL Requests are not appealable. *In re Marriage of Deal*, 80 Cal. App. 5th 71, 79 (July 20, 2022))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 26, 2022                    LAW OFFICES OF DOUGLAS L. RAPPAPORT

_____

DOUGLAS L. RAPPAPORT

Attorney for Petitioner,
CHRISTOFFER THYGESEN

3

*In re Matter of Thygesen v. Wang*, Case No.:  FDV-19-814465; OPPOSITION TO REQUEST FOR FILING BY VEXATIOUS LITIGANT, KAILIN WANG
`

FL-300

KAILIN WANG

2401 FAIRWAY DR
SPANISH FORK                    U1        84660
(801) 645-1060
kaywg2372@gmail.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SAN FRANCISCO
400 MCALLISTER ST
SAME
SAN FRANCISCO, CA 94102
LLC

PETITIONER  CHRISTOFFER STANFORD THYGESEN
RESPONDENT  KAILIN WANG
OTHER PARENT/PARTY

| REQUEST FOR ORDER | | CHANGE | | | TEMPORARY EMERGENCY ORDERS | CASE NUMBER |
|---|---|---|---|---|

FDV-19-814465

Child Custody          Visitation (Parenting Time)          Spousal or Partner Support
Child Support          Domestic Violence Order              Attorney's Fees and Costs
Property Control    x  Other (specify):  SLSP002 Coudillare David Ngo for (5 day
DVRO) starting on 10/18/22

## NOTICE OF HEARING

1  TO (name(s)): Michae Reedy, Douglas Rappaport, Darrick Chase  Erica Johnstone, Enk Rasmussen
   | x | Petitioner |  | Respondent        Other Parent/Party        Other (specify).

2  **A COURT HEARING WILL BE HELD AS FOLLOWS.**

| a  Date | Time | Dept | | | Room |
|---|---|---|---|---|
| b  Address of court | same as noted above | other (specify). |

3  **WARNING** to the person served with the *Request for Order*: The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. (See form FL-320-INFO for more information.)

(Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)

## COURT ORDER
(FOR COURT USE ONLY)

It is ordered that:

4    Time        for service        until the hearing  s shortened  Service must be on or before (date)

5    A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before (date)

6    The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows. (specify date, time, and location)

7    The orders in Temporary Emergency (Ex Parte) Orders (form FL-305) apply to this proceeding and must be personally served with all documents filed with this Request for Order.

8    Other (specify)

Date

**REQUEST FOR ORDER**

Page 1 of 4

**FL-300**

| | |
|---|---|
| PETITIONER: CHRISTOFFER STANFORD THYGESEN<br>RESPONDENT: KAILIN WANG<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>FDV-19-814465 |

## REQUEST FOR ORDER

**Note**: Place a mark ☒ in front of the box that applies to your case or to your request. If you need more space, mark the box for "Attachment." For example, mark "Attachment 2a" to indicate that the list of children's names and birth dates continues on a paper attached to this form. Then, on a sheet of paper, list each attachment number followed by your request. At the top of the paper, write your name, case number, and "FL-300" as a title. (You may use *Attached Declaration (form MC-031)* for this purpose.)

1. ☒ **RESTRAINING ORDER INFORMATION**
   One or more domestic violence restraining/protective orders are now in effect between *(specify)*:
   ☐ Petitioner  ☐ Respondent  ☐ Other Parent/Party  *(Attach a copy of the orders if you have one.)*
   The orders are from the following court or courts *(specify county and state)*:
   a. ☒ Criminal: County/state *(specify)*: San Francisco          Case No. *(if known)*: 19016407
   b. ☐ Family: County/state *(specify)*:                          Case No. *(if known)*:
   c. ☐ Juvenile: County/state *(specify)*:                        Case No. *(if known)*:
   d. ☐ Other: County/state *(specify)*:                           Case No. *(if known)*:

2. ☐ **CHILD CUSTODY**                                ☐ I request temporary emergency orders
   ☐ **VISITATION (PARENTING TIME)**
   a. I request that the court make orders about the following children *(specify)*:

   | Child's Name | Date of Birth | ☐ Legal Custody to *(person who decides: health, education, etc)*: | ☐ Physical Custody to *(person with whom child lives)*: |
   |---|---|---|---|

   ☐ Attachment 2a.

   b. ☒ The orders I request for ☐ child custody ☐ visitation (parenting time) are:
      (1) ☐ Specified in the attached forms:
         ☐ Form FL-305   ☐ Form FL-311   ☐ Form FL-312   ☐ Form FL-341(C)
         ☐ Form FL-341(D)  ☐ Form FL-341(E)  ☒ Other *(specify)*:
      (2) ☒ As follows *(specify)*:                                    ☐ Attachment 2b.
         IP address on 3/6/19:  (108.162.219.228)  used to make the Kill Baby K post is from Cloudflare, thus I must be provided access to witnesses who have personal knowledge of this IP address or you cannot allow it in the DVRO trial and that decision must be made immediately in an order to avoid me having to file for additional relief.

   c. The orders that I request are in the best interest of the children because *(specify)*:    ☐ Attachment 2c.
      And since Thygesen attempted to fool Judge Flores with this previously this 3/6/19 rejected post, which whom Judge Darwin and Judge Wiley and Utah Judge Richard Smith either disregarded and or reversed findings Wang was a danger to the child due to lack of evidence related to this 3/6/19 post, this. 3/6/19 cannot be litigated at all at the 5-day DVRO trial starting 10/18/22, or the court must grant attorney fees as this 3/6/19 "Kill baby K" post completely touches on best interests of the child issues, or the court grants attorney fees as it seriously only relates to Best Interests of the Child.

   d. ☐ This is a change from the current order for ☐ child custody ☐ visitation (parenting time).
      (1) ☐ The order for legal or physical custody was filed on *(date)*:               . The court ordered *(specify)*:

      (2) ☐ The visitation (parenting time) order was filed on *(date)*:               . The court ordered *(specify)*:

   ☐ Attachment 2d.

| | | |
|---|---|---|
| FL-300 [Rev. July 1, 2016] | **REQUEST FOR ORDER** | Page 2 of 4 |

**FL-300**

| PETITIONER: CHRISTOFFER STANFORD THYGESEN<br>RESPONDENT: KAILIN WANG<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>FDV-19-814465 |
|---|---|

3. ☐ CHILD SUPPORT
(Note: An earnings assignment may be issued. See *Income Withholding for Support* (form FL-195)

    a.  I request that the court order child support as follows:

       Child's name and age        ☐ I request support for each child    Monthly amount ($) requested
                                     based on the child support guideline.  (if not by guideline)

                                                                                                     ☐ Attachment 3a.

    b.  ☐ I want to change a current court order for child support filed on *(date):*
       The court ordered child support as follows *(specify):*

    c.  I have completed and filed with this *Request for Order* a current *Income and Expense Declaration* (form FL-150) or I filed a current *Financial Statement (Simplified)* (form FL-155) because I meet the requirements to file form FL-155.

    d.  The court should make or change the support orders because *(specify):*      ☐ Attachment 3d.

4. ☐ SPOUSAL OR DOMESTIC PARTNER SUPPORT
(Note: An *Earnings Assignment Order For Spousal or Partner Support* (form FL-435) may be issued.)

    a.  ☐ Amount requested *(monthly):* $

    b.  ☐ I want the court to ☐ change ☐ end  the  current support order filed on *(date):*
       The court ordered $       per month for support.

    c.  ☐ This request is to modify (change) spousal or partner support after entry of a judgment
       I have completed and attached *Spousal or Partner Support Declaration Attachment* (form FL-157) or a declaration that addresses the same factors covered in form FL-157.

    d.  I have completed and filed a current *Income and Expense Declaration* (form FL-150) in support of my request.

    e.  The court should should make, change, or end the support orders because *(specify):*    ☐ Attachment 4e.

5. ☐ PROPERTY CONTROL                                         ☐ I request temporary emergency orders

    a.  The ☐ petitioner ☐ respondent ☐ other parent/party  be given exclusive temporary use, possession, and control of the following property that we ☐ own or are buying ☐ lease or rent *(specify):*

    b.  The ☐ petitioner ☐ respondent ☐ other parent/party  be ordered to make the following payments on debts and liens coming due while the order is in effect:

       Pay to: _____ For: _____ Amount: $ _____ Due date:_____
       Pay to: _____ For: _____ Amount: $ _____ Due date:_____
       Pay to: _____ For: _____ Amount: $ _____ Due date:_____
       Pay to: _____ For: _____ Amount: $ _____ Due date:_____

    c.  ☐ This is a change from the current order for property control filed on *(date):*

    d.  Specify in Attachment 5d the reasons why the court should make or change the property control orders.

---

FL-300 [Rev. July 1, 2016]               **REQUEST FOR ORDER**                **Page 3 of 4**

**FL-300**

| | |
|---|---|
| PETITIONER: CHRISTOFFER STANFORD THYGESEN<br>RESPONDENT: KAILIN WANG<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>FDV-19-814465 |

6. ☐ **ATTORNEY'S FEES AND COSTS**

I request attorney's fees and costs, which total *(specify amount)*: $_____ . I filed the following to support my request:

   a. A current *Income and Expense Declaration (form FL-150)*.

   b. A *Request for Attorney's Fees and Costs Attachment (form FL-319)* or a declaration that addresses the factors covered in that form.

   c. A *Supporting Declaration for Attorney's Fees and Costs Attachment (form FL-158)* or a declaration that addresses the factors covered in that form.

7. ☐ **DOMESTIC VIOLENCE ORDER**

   - Do not use this form to ask for domestic violence restraining orders! Read form DV-505-INFO, *How Do I Ask for a Temporary Restraining Order*, for forms and information you need to ask for domestic violence restraining orders.
   - Read form DV-400-INFO, *How to Change or End a Domestic Violence Restraining Order* for more information.

   a. The *Restraining Order After Hearing* (form DV-130) was filed on *(date)*:

   b. I request that the court ☐ change ☐ end   the personal conduct, stay-away, move-out orders, or other protective orders made in *Restraining Order After Hearing* (form DV-130). *(If you want to change the orders, complete 7c.)*

   c. ☐ I request that the court make the following changes to the restraining orders *(specify)*:     ☐ Attachment 7c.

   d. I want the court to change or end the orders because *(specify)*:     ☐ Attachment 7d.

8. ☐ **OTHER ORDERS REQUESTED** *(specify)*:     ☐ Attachment 8.

9. ☐ **TIME FOR SERVICE / TIME UNTIL HEARING**   I urgently need:

   a. ☐ To serve the *Request for Order* no less than *(number)*: _____ court days before the hearing.

   b. ☐ The hearing date and service of the the *Request for Order* to be sooner.

   c. I need the order because *(specify)*:     ☐ Attachment 9c.

10. ☒ **FACTS TO SUPPORT** the orders I request are listed below. The facts that I write in support and attach to this request cannot be longer than 10 pages, unless the court gives me permission.     ☐ Attachment 10.
See Declaration attached

I declare under penalty of perjury under the laws of the State of California that the information provided in this form and all attachments is true and correct.

Date:   September 26, 2022

KAILIN WANG
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT)

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the proceeding. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

| | | |
|---|---|---|
| FL-300 [Rev. July 1, 2016] | **REQUEST FOR ORDER** | Page 4 of 4 |

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]     [ Clear this form ]

Michelene Insalaco (SBN 161711)
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 357-5050
Douglas L. Rappaport (SBN 136194)
LAW OFFICES OF DOUGLAS L. RAPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone: (415) 989-7900
Attorneys for Petitioner



**FILED**

San Francisco County Superior Court

MAY 12 2021

CLERK OF THE COURT

BY: _____
              Deputy Clerk

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN FRANCISCO

Petitioner: Christoffer Stanford Thygesen

and

Respondent: Kailin Wang

Case No. FDV-19-814465

[PROPOSED] ORDER RE SUBPOENAS ISSUED IN CALIFORNIA

Whereas discovery in this action is closed, has been closed, and cannot be reopened absent a noticed motion granted by the Court;

Whereas the subpoenaing party is required to serve a copy of a business records deposition subpoena on every party who has appeared in the action. (Cal. Civ. Proc. Code §§ 2025.220(b), 2025.240(a));

Whereas the subpoenaing party must also comply with Code of Civil Procedure sections 1985.3, 1985.6, and 2020.010 - 2020.510 when subpoenaing consumer records;

The Court hereby orders as follows:

1. There is presently no authority for either party to this action to issue a subpoena in the pending San Francisco family court action *Thygesen v. Wang*, case no. FDV-19-814465.

2. Permission to serve a subpoena through the instant case (case no. FDV-19-814465) must be requested in the form of a noticed motion to this Court.

3. If either party to this action obtains court authority through any other pending court action, including pending Utah actions, to issue a subpoena that seeks records related to any individual related to this case, including the minor child Kayson Wang; the other party; or any party currently protected by the DVPA restraining order that originally issued on March 6, 2019 (which includes Teresa Thygesen, Allan Thygesen, Elise Thygesen, Emma Thygesen, James Thygesen, Inge Thygesen, and Niels Thygesen), then the party seeking the records must provide: (a) formal notice to the person whose records are sought in the form of a copy of the subpoena; and (b) formal notice to all parties who have appeared in this action; and (c) in the case of the minor child, formal notice to the Respondent Christoffer Thygesen who has temporary legal custody of the child. Said notice shall be provided at least five days before the subpoena is served to the third party from whom records are sought. Service of any such notice shall be by electronic mail as well as either U.S. Post or personal service through a professional process server. Service to any member of the Thygesen family shall be by service by electronic mail to counsel of record for Mr. Thygesen.

IT IS SO ORDERED.

Dated: 5/12/2021 _____

Hon. Monica F. Wiley
Judge of the Superior Court

2

**SUBP-002**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Kailin Wang 2481 Fairway Dr. Spanish Fork Utah 84660 <br><br> TELEPHONE NO.: 801-645-1060    FAX NO.: <br> E-MAIL ADDRESS: kaywg2372@gmail.com <br> ATTORNEY FOR *(Name):* | |

NAME OF COURT: SAN FRANCISCO SUPERIOR COURT
STREET ADDRESS: 400 MCALLISTER ST.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN FRANCISCO          CA   94102
BRANCH NAME: UFC

PLAINTIFF/ PETITIONER: CHRISTOFFER STANFORD THYGESEN

DEFENDANT/ RESPONDENT: KAILIN WANG

| **CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION** | CASE NUMBER: <br> FDV-19-814465 |
|---|---|

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** *(name, address, and telephone number of witness, if known):*

David Ngo, Trust & Safety Manager @ Cloudflare inc. 101 Townsend St, San Francisco, CA 94107

1. **YOU ARE ORDERED TO APPEAR AS A WITNESS in this action at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 3b below or you make an agreement with the person named in item 4 below.**

| a. Date: 10/18/19    Time: 9:00 a.m. ☐ Dept.: 405   ☐ Div.:   ☐ Room: |
|---|
| b. Address: 400 MCALLISTER ST.SAN FRANCISCO, CA 94102 |

2. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

3. **YOU ARE** *(item a or b must be checked)*:
   a. ☒ Ordered to appear in person and to produce the records described in the declaration on page two or the attached declaration or affidavit. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

   b. ☐ Not required to appear in person if you produce (i) the records described in the declaration on page two or the attached declaration or affidavit and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

4. **IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:**
   a. Name of subpoenaing party or attorney: Kailin Wang        b. Telephone number: Email/Phone above

5. **Witness Fees:** You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 4.

| **DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.** |
|---|

Date issued:

_____          ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PERSON ISSUING SUBPOENA)

_____
(Declaration in support of subpoena on reverse)          (TITLE)                    **Page 1 of 3**

Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUBP-002 [Rev. January 1, 2012] | **CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION** | Code of Civil Procedure, <br> § 1985 et seq. <br> www.courts.ca.gov

CEB  **www.ceb.com**

Change Document Font | Size    Check Spelling  Email Form  Save Form

**SUBP-002**

| | |
|---|---|
| PLAINTIFF/PETITIONER: CHRISTOFFER STANFORD THYGESEN | CASE NUMBER: |
| DEFENDANT/RESPONDENT: KAILIN WANG | FDV-19-814465 |

The production of the documents, electronically stored information, or other things sought by the subpoena on page one is supported by *(check one)*:

[ ] the attached affidavit or      [X] the following declaration:

**DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS AT TRIAL OR HEARING**
**(Code Civ. Proc., §§ 1985,1987.5)**

1. I, the undersigned, declare I am the  [ ] plaintiff  [ ] defendant  [ ] petitioner  [X] respondent
   [ ] attorney for *(specify)*:                    [X] other *(specify)*: Respondent in Pro Per
   in the above-entitled action.

2. The witness has possession or control of the documents, electronically stored information, or other things listed below, and shall produce them at the time and place specified in the Civil Subpoena for Personal Appearance and Production of Records at Trial or Hearing on page one of this form *(specify the exact documents or other things to be produce; if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):*

   See Attachment A

   [X] Continued on Attachment 2.

3. Good cause exists for the production of the documents, electronically stored information, or other things described in paragraph 2 for the following reasons:

   The requested IP addresses belong to Cloudflare  and are not otherwise available to the undersigned. 3/6/19: 108.162.219.228

   [X] Continued on Attachment 3.

4. The documents, electronically stored information, or other things described in paragraph 2 are material to the issues involved in this case for the following reasons: this is a,criminal and civil domestic violence matter where there are allegations of murder, suicide involving an infant, to determine the true author of that post if possible is relevant to the DVRO 5 day trial starting on 10/18/22

   [X] Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

KAILINWANG
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF  [X] SUBPOENAING PARTY    [ ] ATTORNEY FOR SUBPOENAING PARTY)

---

## Request for Accommodations



Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the date on which you are to appear. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civil Code, § 54.8.)

---

(Proof of service on page 3)


www.ceb.com

Change Document Font | Size

Check Spelling | Email Form | Save Form

**SUBP-002**

| | |
|---|---|
| PLAINTIFF/PETITIONER: CHRISTOFFER STANFORD THYGESEN | CASE NUMBER: |
| DEFENDANT/RESPONDENT: KAILIN WANG | FDV-19-814465 |

**PROOF OF SERVICE OF CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**

1. I served this *Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees *(check one)*:
      (1) ☐ were offered or demanded and paid. Amount: . . . . . . $ _____
      (2) ☐ were not demanded or paid.

   f. Fee for service: . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)



www.ceb.com

Print this Form

ATTACHMENT A

Previous correspondence has not included a declaration verifying that these IP addresses cannot be identified thus, this is requested.

If Cloudflare is unable to accurately identify the subscriber, the request is for Cloudflare to state so in a declaration thus to avoid further litigation.

And while Cloudflare has suggested using maxi mind for approx. location however if it is a VPN that's masked the true identify cannot be deciphered from using a simple maxi mind app  correct?

1) All documents, records or other information that identify or may lead to the identification or location of the person(s) using the IP addresses listed below, including, but not limited to, all first and last names, present or last known mailing addresses, billing information, subscriber information, telephone numbers, e-mail addresses, location information, and other identifying information for the subscriber who was assigned and/or using the  following IP addresses at the times listed below, exclusive of the contents of any communications stored, carried, or maintained by Cloudflare:

| | | |
|---|---|---|
| 2/12/2019   162.158.63.102 | | |
| 2/15/19:    172.68.47.104 | | |
| 2/17/19:   108.162.219.54 | | |
| 2/15/19: 172.68.47.104 | | |
| 2/17/19:  108.162.219.54 | | |
| 2/18/19:   172.68.34.108 | | |
| 2/28/19:    108.162.219.54 | | |
| 3/6/19:   108.162.219.228 | | |

2) All documents, records or other information that identify or may lead to the identification or location of the person(s) using the IP addresses listed in **"Attachment A,"** including, but **not** limited to, all first and last names, present or last known mailing addresses, billing information, subscriber information, telephone numbers, e-mail addresses, location information, and other identifying information for the subscriber who was assigned and/or using the listed IP addresses at the times indicated in "Attachment A," exclusive of the contents of any communications stored, carried, or maintained by Cloudflare.

Cloudflare Corporation shall verify the authenticity of information that it produces by providing an affidavit from the Custodian of Records, and a declaration from the Custodian of Records to be included with the records/report.



# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

|  |  |
|---|---|
| Name: | Kailin Wang |
| Business Name: | |
| Age: | 30 - 39 |
| Address: | 2481 Fairway Dr. |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Spanish Fork |
| County: | UT |
| Country: | United States of America |
| State: | Utah |
| Zip Code/Route: | 84660 |
| Phone Number: | 9174324181 |
| Email Address: | lancewr12@gmail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

In addition to previous complaints.

Christoffer Stanford Thygesen and Walker Stone continues their campaign of Impersonation Posts, False police Report filings and Abusive Unethical Discovery to Frame me for crimes, they have already taken away my infant son, have made threats against me to DCFS apparently to Take away my Son " Forever".

These posts are extremely damaging, have caused Police involvement in Utah, CA and NYC, Utah DCFS took my 4 months old infant away based on the " Death Threat/Suicide" Post alone made by Christoffer Thygesen.

https://thedirty.com/city/salt-lake-city/the-league-cyberstalker-kailin-wang/#post-2236668
https://www.holysmoke.org/bad-business/christoffer-thygesen/
https://www.holysmoke.org/scam/christoffer-thygesen/

False Police reports have been filed by Christoffer Thygesen
with San Francisco Police with a Sgt. Martinez Report: 190-241-786

On May 16, 2019 I spoke with Sgt. Michele Martinez and she said that she took a report by Mr. Thygesen,  and she has sent a " Search Warrant" to Holysmoke.org and has been investigating these complaints since 2/13/19, there has been no proof I was responsible for these allegations, if there was an arrest would have been made.

On May 16,  2019 on TheDirty.com Christoffer Thygesen posted:

Kailin Wang May 16, 2019 at 8:26 AM
I would like to apologize to the entire Thygesen family, my family, Christopher, and especially Kayson. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with Kayson.
If you want to give him another name, I totally understand. Be well, Christopher. Take good care of our son.
It is believed Christoffer Thygesen an Walker Stone also posted the posts below:

IP addresses have been subpoenaed from Holysmoke.org and the posts are all made under Fake Email Addresses

with the same Fake Email Pattern.

Also a police report was made by me against Christoffer Thygesen at NYPD 17th Precinct regarding the death post on March 6, 2019.

I have a Protective Order against Christoffer Thygesen issued from the State of Utah #194400734 (Served 4/10/19) after Christoffer evading service over 10 times.
I also have a 3 Yr. Permanent (exp. 5/4/2021) Stalking Injunction against Walker Price Stone from the State of Utah #180400131

There has been Multiple Violations of the Restraining Order by both parties. This is very unfair these two people need to brought to Justice. Christoffer Thygesen is using Fake, False evidence to frame me to, so he the does not have to pay child child and take away my son with " NO Visitation", none at all to me.

Terry Thygesen April 29, 2019 at 12:47 AM

You are a Cyber stalking slore with SEVERE MENTAL ILLNESS.
Were are going to put you away, for 20 years just like Ryan Lin.
We hired the lawyer that put Ryan Lin away, your next.
You will never see your child, I'll guarantee it.

Christoffer ThygesenMarch 24, 2019 at 11:46 PM
I'm going to kill this baby, so I don't have to pay child support

     Threatening posts against me made by Christoffer Thygesen and Walker Stone shows Same Pattern of Fake Email Addresses
2/15/19    Kelly@kell.com
172.68.47.104   Kailin Wang back at it ; If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.
2/17/19    nope@nope.com

108.162.219.54 Kailin Wang is probably in violation of her probation. She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for Chris to get full custody.

2/18/19    Jj@jj.com

172.68.34.108   Kailin is getting locked up soon. Kailin you better cut it out or you're going back to jail babe. Christoffer. You're fucked. Need to get this kid away from her.

2/28/19    GG@gg.com

108.162.219.54 Christoffer, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harass

3/6/19    Kailin@wang.com

108.162.219.228    Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!

Which of the following were used in this incident? (Check all that apply.)

☐ Spoofed Email

☐ Similar Domain

☐ Email Intrusion

☑ Other      Please specify: Online Death Threats, Suicide,
                                 Impersonation

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Christoffer Stanford Thygesen |
| Business Name: | |
| Address: | 1240 San Mateo Dr. |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Menlo Park |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 94025 |
| Phone Number: | 6508628473 |
| Email Address: | |
| Website: | Various |
| IP Address: | |

| | |
|---|---|
| Name: | Walker Price Stone |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | San Francisco |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |

Website:

IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Kailin Wang

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***

 **Gmail**

## FW: Subpoena to Cloudflare
7 messages

**Audrey Courson** <audrey@coursonlaw.com>                                     Tue, May 14, 2019 at 3:32 PM
To: Kay Wg <kaywg2372@gmail.com>


Audrey T. Courson

**Law Offices of Audrey T. Courson**

100 Pine Street, Suite 1250

San Francisco, CA 94111

T: 415-745-3681

audrey@coursonlaw.com

www.coursonlaw.com

---

**From:** Leah Vulic <leah@krinternetlaw.com>
**Date:** Tuesday, May 7, 2019 at 5:35 PM
**To:** "Erica@rcjlawgroup.com" <Erica@rcjlawgroup.com>, "dchase@kayemoser.com" <dchase@kayemoser.com>, Chris Ridder <chris@rcjlawgroup.com>
**Cc:** Karl Kronenberger <karl@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>, Audrey Courson <audrey@coursonlaw.com>
**Subject:** Thygesen v. Wang - Respondent's Objections to Subpoena to Charters


Dear Counsel,


Attached please find Respondent's Objections to Petitioner's Deposition Subpoena for Production Business Records to Charter Communications and Respondent's Deposition Subpoena for Production of Business Records to Cloudflare, Inc. If you have any difficulty accessing the attachments, please do not hesitate to contact me.


Best regards,

Leah

---

## Leah Vulić

**SENIOR PARALEGAL**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108
**Phone:** (415) 955-1155 Ext. 121

**leah**@krinternetlaw.com

**www.krinternetlaw.com**



Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

---

**2 attachments**

📄 **Respondent's Objections to Petitioner's Subpoena to Charter (FILED 5.7.19).pdf**
1310K

📄 **Respondent's Subpoena to Cloudflare, with Attachments (FINAL 5.7.19).pdf**
1836K

---

**Kay Wg** <kaywg2372@gmail.com>                                                          Tue, May 14, 2019 at 3:49 PM
To: Karl Kronenberger <karl@krinternetlaw.com>, Leah Vulic <leah@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>

Hey,

I'm looking at the subpoena to cloud-fare and the IP address for the "Kailin Wang I'm going to kill my baby if I don't receive Child Support". And the IP address from cloud_fare is 108.162.219.228.

**I would like to find out who posted all the posts that are circled in red in the attachment to this email.**

I have posted on the Holysmoke.org site, so the originating post will trace back to me, Its the commenter posters towards me and hurting the baby we need to identify those posters. Because it is that " Kill baby post that prompted law enforcement".

Can we get a **Cloudfare Subpeona for 108.162.219.228** and all the IP addresses of the posts thats circled on the attached PDF?

Thanks,

Kailin Wang 917-432-4181
[Quoted text hidden]

---

**3 attachments**

📄 **Respondent's Objections to Petitioner's Subpoena to Charter (FILED 5.7.19).pdf**
1310K

📄 **Respondent's Subpoena to Cloudflare, with Attachments (FINAL 5.7.19).pdf**
1836K

📄 **3-15-19_Holysmoke_Request for information and service_acceptance of Subpoena.pdf**
753K

---

**Kay Wg** <kaywg2372@gmail.com>                                                          Tue, May 14, 2019 at 3:52 PM
To: Audrey Courson <audrey@coursonlaw.com>

Hi Audrey,

Can you communicate with the Internet firm on this?

Can we ask Karl to Subpeona the Kill baby post? Because the IP address they requested is for the original post which I did make.

We want to know who posted the " Kill Baby post" and the posts against me circled in red.

I'm looking at the subpoena to cloud-fare and the IP address for the "Kailin Wang I'm going to kill my baby if I don't receive Child Support". And the IP address from cloud_fare is 108.162.219.228.

**I would like to find out who posted all the posts that are circled in red in the attachment to this email.**

Thanks,
[Quoted text hidden]

---

📄 **3-15-19_Holysmoke_Request for information and service_acceptance of Subpoena.pdf**
753K

---

**Audrey Courson** <audrey@coursonlaw.com>                                                Tue, May 14, 2019 at 3:59 PM
To: Kay Wg <kaywg2372@gmail.com>

Our emails crossed paths. Yes, I will.

Audrey T. Courson
**Law Offices of Audrey T. Courson**
100 Pine Street, Suite 1250
San Francisco, CA 94111
T: 415-745-3681
audrey@coursonlaw.com
www.coursonlaw.com
[Quoted text hidden]

[Quoted text hidden]

---

[Quoted text hidden]

[Quoted text hidden]

<image001.png>

Follow us

<image002.png>    <image003.png>

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

<3-15-19_Holysmoke_Request for information and service_acceptance of Subpoena.pdf>

**3 attachments**


**image001.png**
11K

 **image002.png**
1K

 **image003.png**
2K

---

**Karl Kronenberger** <karl@krinternetlaw.com>                                    Tue, May 14, 2019 at 4:43 PM
To: Kay Wg <kaywg2372@gmail.com>, Leah Vulic <leah@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>

Kailin,

I just got off the phone with Cloudflare. We believe that what is happening is that the person who posted that message was using a VPN that uses Cloudflare. So, in addition to HolySmoke.org using Cloudflare, the VPN also used Cloudflare.

Cloudflare says that thousands of people share these IP addresses, and that they don't have any data for us.

Importantly, do you know the date and time for the .228 post below? Just to make sure Cloudflare is right, I want to email them a subpoena. He should respond pretty quickly.

-Karl

[Quoted text hidden]

---

**Kay Wg** <kaywg2372@gmail.com>
To: Karl Kronenberger <karl@krinternetlaw.com>, Audrey Courson <audrey@coursonlaw.com>
Cc: Leah Vulic <leah@krinternetlaw.com>, Liana Chen <liana@krinternetlaw.com>

3/6/19 Kailin@wang.com    108.162.219.228    Kailin Wang, I'm going to kill myself and our baby

It was posted in 3/6/19. Same day as the hearing where he got Sole Custody.
All the posts made against me have the same Fake email address pattern.

Here are all the posts made against me:

2/15/19 Kelly@kell.com    172.68.47.104    Kailin Wang back at it ; If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.
2/17/19 nope@nope.com    108.162.219.54    Kailin Wang is probably in violation of her probation. She has been arrested many times for assault, harrassment

2/18/19 Jj@jj.com    172.68.34.108    Kailin is getting locked up soon. Kailin you better cut it out or you're going back to jail babe. Christoffer. You're fucked. Need to get this kid away from her.
2/27/19 wht91123@lycos.com    STOP IT    Christoffer, you need to get this child away from Kailin. Do whatever it takes.

| 2/28/19 | GG@gg.com | 108.162.219.54 | She is an unfit mother who does not take care of this child. It is a very dangerous situation. There is plenty of court documentation out there about her cyberstalking, harassing, etc. Praying for you. |
| 3/6/19 | Kailin@wang.com | 108.162.219.228 | Kailin Wang, I'm going to kill myself and our baby if he does not start paying me child support and then he will be |

[Quoted text hidden]

---

**Kay Wg** <kaywg2372@gmail.com>
To: Kay Wg <kaywg2372@gmail.com>

Sat, Jul 27, 2019 at 10:27 PM

[Quoted text hidden]

--
Phone: 917-957-3166

## SHERIFFS AFFIDAVIT OF SERVICE

STATE OF ALABAMA                    CASE NO: 180400131, 132, 133
COUNTY OF MADISON

NOTICE TO: David Stone

ADDRESS: 2210 Colice Rd, HSV, AL 35801

PAPERS TO BE SERVED: PFA

**AFFIDAVIT OF SERVICE**

I certify that on (date) 4|14|20 at (time) 6:51 PM am/pm, I being a duly sworn Deputy Sheriff of Madison County, Alabama, personally served the papers identified on the above Defendant at:

Address: 2210 Glice Dr. Huntsville, AL

Person Served: David Stone

If Person Other Than Defendant:

Age: 44 years old

Address: 2210 Colice Dr. Huntsville, AL

Relationship to Defendant: Father

Deputy Sheriff                    9704

Sworn and subscribed to before me this 14 day of April, 2020

Selena Martin
Notary Public
My Commission Expires: 6|1|21

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION    Page 31 of 31

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | I determined that Wang had used the phone number ▆▆▆▆▆▆ on prior court documents.  I asked Officer Popov to stop the search of the cell phone until I could obtain an updated search warrant. |
| 5/15/20 | 1350 | I obtained an updated search warrant for Samsung phone IMEI ▆▆▆▆▆▆▆▆ from Judge Colfax.<br>Copy of search warrant forwarded to Officer Popov. |
| 5/22/20 | 1009 | I spoke with Walker Stone who told me that I should contact his father, David Stone, regarding the documents served at his parent's house.  Stone told me that his father, David Stone was the person who was actually served by the sheriffs. |
| | 1015 | I emailed a copy of the search warrant for the Samsung cell phone to ADA du Bain. |
| | 1045 | I spoke with David Stone via phone.  In summary, D. Stone told me the following:<br><br>Deputies came to his residence (Alabama) to serve documents on Walker Stone.  His wife initially spoke to the deputies, and refused service.<br><br>D. Stone believes that it was the next day when deputies returned to the house.  D. Stone told me that he didn't want to take the documents, but the deputy explained that he can legally serve anyone at the residence.  D. Stone felt it was inevitable, and took the documents.  The deputy told D. Stone that the documents appeared to be just another copy of the stay away order.<br><br>D. Stone told me that W. Stone also lives at the residence.<br>D. Stone was unable to remember exact date of the service, but said it was about two months ago.<br><br>D. Stone said that he's pretty upset with all that's going on. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SFPD 298 (10/76) *

**UNIFORM CITATION OR INFORMATION AND SUMMONS TO APPEAR**

ISSUING AGENCY: **SPANISH FORK CITY POLICE**
ORI: UT0250700
CASE NO: **17SF09515**
CITATION: **S10852813**   Page 1 of 1

COMMERCIAL VEH. ☐YES ☒NO GVWR
HAZMAT ☐YES ☒NO
16+ OCCUPANTS ☐YES ☒NO
COMM/UNIT #
CITY/STATE **SPANISH FORK  UT**

Name (Last): **WANG**  (First): **KAILIN**
Address: **2481 S FAIRWAY DR**  City: **SPANISH FORK**  State: **UT**  ZIP: **84660**
DL#: 167959889  Exp: 01/20/2019 UT  DOB: 01/20/1983
Gender ☐M ☒F ☐U  Race A  Hgt 5'04"  Wgt 120  Eyes BRO  Hair BLK

**STATE OF UTAH**
☐COUNTY OF UTAH
☒CITY OF SPANISH FORK

THE DEFENDANT IS HEREBY GIVEN NOTICE TO APPEAR IN:
**4TH DISTRICT - SF DEPARTMENT**
LOCATED AT:
**775 W CENTER ST**
**SPANISH FORK   UT   84660**
PHONE #: (801)804-4800

THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING:

| UT CO CY | | Code # | Severity | BAH |
|---|---|---|---|---|
| ☒ | ELECTRONIC COMMUNICATION HARASSMENT | 76-9-201 | MISDEMEANOR | |

2481 S FAIRWAY DR  County UTAH
Date 11/20/2017  Time 21:45
Telephone Number (323)244-3244

Signature X

*Court Date: December 11, 2017 9:30 AM*

RIGHT INDEX

I CERTIFY THAT A COPY OF THIS CITATION OR INFORMATION WAS DULY SERVED UPON THE DEFENDANT ACCORDING TO LAW ON THE ABOVE DATE AND I KNOW OR BELIEVE AND SO ALLEGE THAT THE ABOVE NAMED DEFENDANT DID COMMIT THE OFFENSE HEREIN SET FORTH CONTRARY TO LAW. I FURTHER CERTIFY THAT THE COURT TO WHICH THE DEFENDANT HAS BEEN DIRECTED TO APPEAR IS THE PROPER COURT PURSUANT TO SECTION 77-7-21, U.C.A.

OFFICER: HOOLEY (SF)  ID# 7138  DATE OF CITATION 11/20/2017
COMPLAINANT  ID#
Equipment Violator
Officer:  Badge#:
Agency:  Date:

**READ CAREFULLY**

It an information and will not be used as an information without your consent. If an information is filed you will be provided a copy by the court. You MUST appear at the time set in this citation. IF YOU FAIL TO APPEAR THE COURT MAY ISSUE A WARRANT FOR YOUR ARREST.

Document received by the CA 1st District Court of Appeal.

151

JASON SANT 9145
Attorney for Plaintiff
789 W. Center St.
Spanish Fork, UT 84660
Telephone (801) 804- 4675

<div align="center">

IN THE FOURTH JUDICIAL DISTRICT COURT,
UTAH COUNTY, SPANISH FORK DEPARTMENT

</div>

| | |
|---|---|
| **SPANISH FORK CITY,** | **MOTION TO DISMISS CASE** |
| Plaintiff, | |
| vs. | Case No. 171301350 |
| **KAILIN WANG,** | |
| Defendant. | Judge Jared Eldridge |

**COMES NOW**, the Plaintiff by and through Spanish Fork City Prosecutor, Jason Sant, who moves the Court for an order to dismiss Defendant's charges in the above referenced matter. The San Francisco District Attorney's Office has filed a felony case relating to the facts of this case. Thus, the Plaintiff respectfully requests this case be dismissed without prejudice.

DATED this 31st October, 2019

/s/ Jason Sant
JASON SANT
Attorney for Plaintiff

Document received by the CA 1st District Court of Appeal.

149

The Order of the Court is stated below:
Dated:    February 24, 2020              /s/   JARED ELDRIDGE
          01:24:59 PM                    District Court Judge

JASON SANT 9145
Attorney for Plaintiff
789 W. Center St.
Spanish Fork, UT 84660
Telephone (801) 804-4675

## DISTRICT COURT OF THE STATE OF UTAH
## FOURTH JUDICIAL DISTRICT
## UTAH COUNTY, SPANISH FORK DEPARTMENT

| | |
|---|---|
| **SPANISH FORK CITY,**<br><br>Plaintiff,<br>vs.<br><br>**KAILIN WANG,**<br><br>Defendant. | **ORDER TO DISMISS CASE**<br><br>Case No. 171301350<br><br>Judge Jared Eldridge |

Based upon the foregoing motion and good cause appearing therein, it is hereby

ORDERED:

The charges of Electronic Communication Harassment as listed in the

Amended Information against the above-named Defendant are dismissed with

prejudice.

**\*\*\*\*\*\*\*SIGNATURE APPEARS AT THE TOP OF THE FIRST PAGE\*\*\*\*\*\*\***

147

Document received by the CA 1st District Court of Appeal.