Google    judge roeca is also bad    ✕  🎤  📷  🔍          ⚙️

Images  |  Videos  |  News  |  Shopping  |  Maps  |  Books  |  Flights  |  Finance          All filters ▾  |  Tools          SafeSearch ▾

About 23,600 results (0.40 seconds)

 San Francisco Supervisor Joel Engardio
https://engardio.com › blog › mysterious-judges    ⋮

## Let's Shine a Light on Our Mysterious Judges

Jul 17, 2021 — Why did Judge Roeca **end a stay-away order meant to protect the girl from the 6'4 and 210 pound man with** "EVIL" tattooed on his fingers? Why ...

 Reddit
https://www.reddit.com › comments › xljae9 › hes_back...    ⋮

## Alleged stalker returns to S.F. after judge dismisses case ...

Sep 23, 2022 — The article says pretty clearly that there were options Judge Roeca didn't take. ... **A Taser Pulse isn't a bad option**. It's a single-shot taser, ...

 San Francisco Bay View
https://sfbayview.com › ... › Local News & Views    ⋮

## Inaccurate media and activist judge jeopardize SF's first ...

May 17, 2022 — Roeca made the controversial decision after hearing arguments to grant **a ... Evil. Evil!'"** Why did Ms. Hom not include the little detail that ...

 San Francisco Chronicle
https://www.sfchronicle.com › Bay Area › Heather Knight    ⋮

## Parents irate that S.F. judge dismissed case against a man ...

Jul 16, 2021 — The man police identified as Bill Gene Hobbs, 32, was still on the sidewalk, the letters **E-V-I-L** tattooed on his fingers. ... **a** letter to **Roeca** ...

 Ballotpedia
https://ballotpedia.org › Russell_Roeca    ⋮

## Russell Roeca

Russell **Roeca is a judge** of the Superior **Court** of San Francisco County in California. He assumed office in 2020. His current term ends on January 8, 2029.
Missing: ~~bad~~ | Show results with: bad

 Twitter
https://twitter.com › kane › status    ⋮

## Bill Gene Hobbs - Kane 謝凱堯 on ...

Oct 8, 2022 — Bill Gene Hobbs: "I tattooed **EVIL** on my hands and try to grope and kidnap young girls." Progressive **judges** and DAs: "This is **a** toughie. who ...

 Trellis.Law
https://trellis.law › ... › Russell S. Roeca    ⋮

## Judge Russell S. Roeca - Professional Background & ...

Russell S. **Roeca is a judge** for the San Francisco County Superior **Court** in California. He was appointed to the bench by Governor Gavin Newsom on August 28, 2020 ...
Missing: ~~bad~~ | Show results with: bad

 Rains Lucia Stern St. Phalle & Silver
https://www.rlslawyers.com › chaos-erupts-as-judge-d...    ⋮

## Chaos Erupts as Judge Delays Hearing of Officer Accused ...

May 9, 2022 — One woman at the front said, **"You are evil. Evil. Evil!"** O'Neil's group walked out, and a deputy locked the door. Meanwhile, Roeca told Fox ...

 Google

 ⚙  ⠿  C

What Happened To Judge Hobbs Son

"I feel like my brother's getting a bad rap," Cindy says in the film, "and somebody. ... Court **Judge Russell Roeca had dismissed**. The interrogation of Justin ...

 The Bar Association of San Francisco
https://www.sfbar.org › Private: SFAM Section ⋮

## SFAM Q4 2022 - How to Become a Superior Court Judge

... a judicial appointment. It's not a test; there are no right or wrong **answers. "We look for broad life experiences: humility, empathy, and the ability** to ...

 Reddit
https://www.reddit.com › sanfrancisco › comments › s... ⋮

## S.F. women frightened by return of alleged stalker whose ...

Sep 23, 2022 — It is very difficult to get rid of **a judge** and making **bad** decisions on the bench won't get them removed. ... **Court** Info for **Judge** Russell **Roeca** ...

 San Francisco Chronicle
https://www.sfchronicle.com › Bay Area › Heather Knight ⋮

## For an alleged stalker of women, San Francisco is proving ...

Oct 8, 2022 — "I always thought there was a case for a good **misdemeanor prosecution** that stops particularly bad behavior, but now it's like they don't count.

 Bay Area Reporter
https://www.ebar.com › story ⋮

## Newsom names gay lawyer to SF court seat

Aug 28, 2020 — **A** Democrat, **Roeca** will earn $214,601 as **a judge**. He will be the seventh out member of the local bench, based on the latest LGBTQ demographic ...

Missing: ~~bad~~ | Show results with: bad

 Casetext
https://casetext.com › ... › CA › Ct. App. › 2004 › May ⋮

## Siebel v. Mittlesteadt, 118 Cal.App.4th 406

May 6, 2004 — The matter was heard by **a** different **judge**, who was unable to ... 12 [denial of sanctions does not necessarily reflect lack of **bad** faith].).

 The Bar Association of San Francisco
https://www.sfbar.org › Blog ⋮

## More than 400 come to honor Judge Curtis Karnow

Aug 5, 2019 — ADR Services, Inc. Alston & Bird American Arbitration Association Aptus **Court** Reporting **Bad** Boys Bail Bonds ... **Roeca** Haas Montes De Oca Selman ...

 Casetext
https://casetext.com › ... › Ct. App. › 2012 › February ⋮

## Stewart v. State Farm Mut. Auto. Co., NO. 28598

In Best Place, the Hawai'i Supreme **Court** said: [T]he tort of **bad** faith is not **a** tortious breach of contract, but rather **a** separate and distinct **wrong** which ...

 Facebook
https://www.facebook.com › posts › bill-gene-hobbs-a... ⋮

## Bill Gene Hobbs, a 32-year-old... - Law Enforcement Today

Something **wrong** with **a** law that allows this **judge** to make this kind of ruling. That law needs changing. There are too many loopholes. And this guy sounds so

RLS Roeca Luria Shin
http://www.rlhlaw.com › upload › file › 4_200... ⋮

## What To Do When You've Been Sued: Part III

**A** trial can be held either before **a judge** or **a** jury. Most claims ... Juries can be **bad** if you have **a** complex, technical or esoteric story that cannot be easily.

9/28/23, 12:43 AM
Case 2:24-cr-00163-TS    Document 166-2    Filed 04/21/26    PageID.9953    Page 3 of 24
judge roeca is also bad - Google Search

   

Hon. Richard Kramer (Ret.), JAMS Mediator and Arbitrator

Judge Kramer has **also** been an Associate **Judge** and Presiding **Judge** of the Appellate ... **bad** faith, insurance coverage allocation, employment law, settlements ...

 California Lawyers Association
https://calawyers.org › News

### Past Recipients for the Solo and Small Firm Attorney of ...

Dec 28, 2018 — ... **a** 10-week jury trial and won **a** huge verdict in an insurance **bad** faith case, which went all the way to the California Supreme **Court**. Neil is ...

 Honolulu Star-Advertiser
https://archives.starbulletin.com › news › story6

### Man beats difficult life to become district judge

May 6, 2005 — Nacino, 49, **a** former partner with the law firm of **Roeca** Louie ... "He had all kinds of different paths to take, both good and **bad**, and ...

 Superior Court of San Francisco (.gov)
https://sf.courts.ca.gov › system › files › general

### Judge Russ Roeca's Statement On The Kickoff Of The Bay ...

" San Francisco Superior **Court Judge** Russ **Roeca** issued the following statement at the conclusion of the program. "We had **a** wonderful Zoom program Wednesday at ...

1 page

Missing: ~~bad~~ | Show results with: bad

 Patch
https://patch.com › california › san-francisco › new-co...

### New Complaints Come Following Release Of Alleged SF ...

Sep 27, 2022 — ... **judge** dismisses case against him while victims criticize **justice** system response ... E-V-I-L tattooed on his fingers. Hobbs, the Chronicle said, ...

 The Robing Room
http://www.therobingroom.com › california › Judge

### Hon. Russ Roeca

(1=**Awful**,10=Excellent). * Scholarship. No Opinion, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10. (1 ... * General Ability as **a** Trial **Judge**. No Opinion, 1, 2, 3, 4, 5, 6, 7, 8, 9 ...

 ADR Services
https://www.adrservices.com › neutrals › rivera-maria

### Hon. Maria P. Rivera (Ret.)

As **a Judge**, **Justice** Rivera held assignments in the General Trial Department, Family ... INSURANCE COVERAGE & **BAD** FAITH. Types of Cases Handled: • **Bad** faith

 Law.com
https://www.law.com › therecorder › 2020/08/28 › 7-...

### 7 New LA Superior Court Judges Are Part of Newsom's ...

Aug 28, 2020 — The Supreme **Court** vacancy remains, however, as all the appointments were made to trial courts. Russell **Roeca**, **a** partner at **Roeca** Haas Montes De ...

 NBC Bay Area
https://www.nbcbayarea.com › news › local › san-fran...

### San Francisco Judge Orders Release of Footage of Paul ...

Jan 25, 2023 — Paul Pelosi Attack: Suspect Told Cops of '**Evil**' in Washington. Get **a** weekly recap of the latest San Francisco Bay Area housing news. Sign up ...

 LinkedIn
https://www.linkedin.com › posts › davidalfini_on-augus...

### David Alfini's Post

Aug 17, 2021 — **Judge Roeca** was **a** partner at my firm, Hinshaw & Culbertson LLP, until 2000.

9/28/23, 12:34 AM                Chaos Erupts as Judge Delays Hearing of Officer Accused of Killing Keita O'Neil | New Orleans Loyola-stern St.Priolix.4il01

Case 2:24-cr-00163-TS   Document 166-2   Filed 04/21/26   PageID.9954   Page 4 of 24

ABOUT US          PRACTICE AREAS          OUR TEAM          CLASSES          MEDIA

RESOURCES          CLIENTS          CAREER OPPORTUNITIES          CONTACT US

DISCLAIMER

# Chaos Erupts as Judge Delays Hearing of Officer Accused of Killing Keita O'Neil

From: **Mission Local**

By: Annika Hom



On Friday a judge pushed back the preliminary hearing of former SFPD Officer Chris Samayoa, who shot dead Keita "Icky" O'Neil in 2017.

The hearing was delayed until July, a decision that caused outrage among O'Neil's supporters, who were thrown out of court for the outburst.

"I'm so emotional, this is affecting me more than I thought it would," said April Green, O'Neil's aunt who attended Friday's hearing at the Hall of Justice. "I was believing in a system that I thought was fair. I don't know how to respond to this."

O'Neil's supporters fear that postponing the matter to July may alter the case, since District Attorney Chesa Boudin's office is prosecuting Samayoa, and he faces a recall election in June.

James Conger, an attorney with the District Attorney's office who is prosecuting Samayoa, argued the defense is "doing District Attorney shopping. In other words, the recall is in June, and they hope it succeeds and they'll get a better deal with a different District Attorney," he said during the hearing.

**Julia Fox**, the defense attorney for Samayoa, shot back that holding the hearing on Monday was also a political move. "I'm very comfortable addressing the 'elephant in the room.' It's very obvious this is a political Hail Mary for Chesa Boudin," Fox said.

On Dec. 1, 2017, Samayoa shot O'Neil, who was unarmed, video footage showed. O'Neil was pursued as a potential carjacking suspect. In November 2020, District Attorney Chesa Boudin filed felony criminal charges against Samayoa for voluntary

Privacy & Cookies Policy

and involuntary manslaughter, excessive force, and assault with a firearm. The San Francisco Board of Supervisors granted O'Neil's mother a $2.5 million settlement.

Fox said the hearing should be postponed because San Francisco Police Department Sgt. Mark Hutchings, a key homicide investigator, would be on sick leave until July 14. Hutchings allegedly took a statement from a witness that O'Neil's state of mind was skewed from "smoking crack" that Fox felt was important to the case.

"It would be atypical to not have a lead homicide investigator present at a preliminary trial," Fox said. "I think a magistrate would very much like to hear that." She argued that this morning that another witness and Hutchings's partner, Sgt. Scott Warnke, was involved in another trial that was extended to June 2. As a result, he may be unavailable for testimony.



Fox also asked for more time so she could file a motion to get access to police misconduct records on Samayoa's field training Officer Edric Talusan, who was present when O'Neil was shot. Talusan is expected to testify for the prosecution.

"It's unfair" to treat Samayoa differently "because he is a former police officer," Fox said. "We ask that he be given the same courtesy as anyone. It's not just fair to the victim, but to Samayoa as well."

Conger argued Hutchings wasn't needed because in all his investigations, another person or a recording had also documented that information. He said he could call a series of other witnesses to make up for Hutchings's absence and a toxicity report could serve in place of testimony.

Conger further added that Warnke could attend both trials. "Trials have breaks. He can come in for a few hours." He argued continuing the case would cause prejudice toward O'Neil's family members and community, who have been waiting almost five years for this day in court. He argued Fox had sufficient time to file forTalusan's personnel records — over a year — but failed to do so, delaying the hearing and allowing time to "shop around" for a new district attorney.

Presiding Judge Russell S. Roeca granted the continuance, expressing sympathy for both the family, and acknowledging Samayoa's due process rights. "This is a tough one for the court," the Roeca said adding that he was "troubled" by the delay in filing for the officer's personnel records. "But I understand the importance for witnesses to testify."

Privacy & Cookies Policy

He warned that this would be Fox's last chance to request one, and if it's not filed by the next preliminary hearing the case would still "go forward irrespectively."

"Oh my God," Green loudly said from the second row, appearing in disbelief. "Oh my God, oh my God."

A sheriff's deputy on the opposite side of the room told Green to quiet down.

"April, please," Conger told her quietly from his podium.

Then, the judge asked Fox if the pretrial hearing could occur on July 14.

"I'll be out of town that week, so actually, could it be the 21st?" Fox said.

The side of the courtroom where O'Neil's supporters sat then began speaking frustratedly. One young man in the third row said something to a deputy, causing a deputy to approach and chastise him. "Step outside," he ordered. Green and another woman seated in the row ahead began calling to the deputy, telling him to bother them instead of the young man. Suddenly the court erupted in chaos, with O'Neil's supporters talking over each other and four deputies swarming the area.




"You're fucking with us, you fuckin' pigs," O'Neil's supporters said as they left the courtroom.

"The judge has ordered the court closed," another deputy yelled. "If you fail to leave, you will be detained."

"Are you serious?" O'Neil's supporters said. One woman at the front said, "You are evil. Evil. Evil!"

O'Neil's group walked out, and a deputy locked the door. Meanwhile, Roeca told Fox the hearing would occur on July 14, the immediate date when Hutchings returns.

Green stood out in the hallway of the Hall of Justice in a ring of supporters with Conger, looking forlorn. She bemoaned that without a district attorney who presses charges on police officers, Black and Latino men would be vulnerable to police use-of-force and killings.

"I believe the judge already made his mind up," Green told Mission Local. "Did you notice how extra police officers appeared just before he gave the decision?"

She worries the case will change with the postponement. The first time Boudin called her to let her know that he pressed charges, she was "in dis[belief ... i]n a

Privacy & Cookies Policy

Case 2:24-cr-00163-TS Document 166-2 Filed 04/21/26 PageID.9957 Page 7 of 24

   ∨

Q  r/sanfrancisco ⊗ Search Reddit  ∨



 r/sanfrancisco

**Posts**

Posted by u/anxman **Potrero Hill** 1 year ago 🗃

## S.F. women frightened by return of alleged stalker whose case was dismissed. He says, 'I was just meeting people'

sfchronicle.com/sf/bay... 🗗



💬 19 Comments  ↗ Share  •••

🗃 **This thread is archived**
New comments cannot be posted and votes cannot be cast

Sort By: Best ▾  |  🔍 Search comments

**View discussions in 2 other communities**

 **anxman OP** · 1 yr. ago
Potrero Hill

Excerpt: "Hobbs came to the public's attention last year in this column, when the Zeregas shared their story. Hobbs had been charged with misdemeanor counts of child molestation and battery for allegedly stalking and grabbing the girl, but San Francisco Superior Court Judge Russell Roeca had dismissed the case, wiping clear a court order that required Hobbs to stay away from the teenager and releasing him from jail."

⌃ 47 ⌄ Share •••

 **shakka74** · 1 yr. ago

Was the judge elected? If so, let's vote Judge Roeca out.

⌃ 46 ⌄ Share •••

 **Karazl** · 1 yr. ago

He was appointed to fill a vacancy but is allegedly up for election right now.

Case 2:24-cr-00163-TS    Document 166-2    Filed 04/21/26    PageID.9958    Page 8 of 24

    

 **baghag93** · 1 yr. ago

He was appointed and was the first <u>gay judge</u> appointed to superior court. He's not likely to be voted out unfortunately.

⌃ 4 ⌄    Share    ···

 **SifuHallyu** · 1 yr. ago

Am gay. Won't vote for that guy.

⌃ 8 ⌄    Share    ···

 **baghag93** · 1 yr. ago

You may not but most residents want to prove they are super progressive and won't see beyond that. Clearly he's not a good decision maker but he still got appointed in the first place. Most don't understand or care about judge elections.

⌃ 3 ⌄    Share    ···

 **SifuHallyu** · 1 yr. ago

Eh...further investigation into the situation shows that the judge let him out because he had already spent the maximum amount of time locked up if he HAD been convicted. So, it's not a judicial issue, but a legislative one.

They had him locked up so long to determine his ability to stand trial that he has to be released.

Still...probably won't vote for someone just because their queer. We did that with our State Senator and look how that's turned out.

⌃ 1 ⌄    Share    ···

 **Karazl** · 1 yr. ago

He was the first gay judge appointed *by newsome* not the first gay judge. There are seven others listed in that article.

⌃ 3 ⌄    Share    ···

 **ifeelfiiiine** · 1 yr. ago

Court Info for Judge Russell Roeca CA - San Francisco Superior Court Clerk phone: +1 (415) 551-0314

⌃ 8 ⌄    Share    ···

Case 2:24-cr-00163-TS    Document 166-2    Filed 04/21/26    PageID.9959    Page 9 of 24

  ∨    🔍     r/sanfrancisco

Unpaywalled -> https://archive.ph/fgUL0

⬆ 22 ⬇    Share    •••

 rathousemoan · 1 yr. ago

Fuck this guy. Lock him up. Enough.

⬆ 33 ⬇    Share    •••

 SFGothDad · 1 yr. ago

FWIW there was a guy in the E who was creeping on kids at the Excelsior playground like this about 6 months ago. He was eventually found by the paramedics in need of medical attention.

The system is broken.

⬆ 18 ⬇    Share    •••

 dmode123 · 1 yr. ago

Let's vote these judges out. They are as much culpable for the condition of SF as Chesa and Gascon

⬆ 48 ⬇    Share    •••

baghag93 · 1 yr. ago

I think people lose sight of this. Police and the prosecutors only are two parts of the trifecta needed for effective law enforcement. It is very difficult to get rid of a judge and making bad decisions on the bench won't get them removed.

⬆ 8 ⬇    Share    •••

ifeelfiiiine · 1 yr. ago

Court Info for Judge Russell Roeca CA - SF Superior Court Clerk phone: +1 (415) 551-0314

⬆ 6 ⬇    Share    •••

brickelbery · 1 yr. ago

he has fucked around, but will he find out?

⬆ 5 ⬇    Share    •••

9/28/23, 1:04 AM SF women frightened by return of alleged stalker whose case was dismissed. He says he was just meeting people. : sanfrancisco

Case 2:24-cr-00163-TS  Document 166-2  Filed 04/21/26  PageID.9960  Page 10 of 24

   r/sanfrancisco

I can see this ending one of two ways. Either the justice system finally does its job and locks this guy up, or he ends up being SF's version of Ken McElroy.

⬆ 3 ⬇   Share  ⋯

**killercurvesahead** · 1 yr. ago
M

It would be a huge privacy can of worms but one day I'd love to see mandatory health screenings become part of the justice system for things like this.

I knew someone whose kid ended on the street as a young adult, angry and unable to behave appropriately. Harassing girls and women. all of it. Eventually it was discovered that he had a brain tumor messing with his hormones. He'd never had a chance to be an adjusted person, he'd just been sent to therapy and then to jail and the street. Once it was removed he started understanding society and being able to participate.

⬆ 4 ⬇   Share  ⋯

        

**Law Enforcement Today**
July 19, 2021 · 🌐

Bill Gene Hobbs, a 32-year-old serial sexual predator, was arrested after touching and grabbing a 15-year-old girl. Judge Russell Roeca dismissed the case, advising it was done "in the interest of justice."

ⓘ

LAWENFORCEMENTTODAY.COM
**Back on the streets: San Francisco judge lets serial sexual predator walk "in the interest of justice"**

😡👍 513                                         144 comments   179 shares

👍 Like              💬 Comment              ↪ Share

Most relevant ▾

Write a comment...                          🗨️ ☺ GIF 🏷️



**Erika Brooks**
Something wrong with a law that allows this judge to make this kind of ruling. That law needs changing. There are too many loopholes. And this guy sounds so imbalanced. He thinks he's a romanic hero? Really? How can we feel safe and have a civilized s... **See more**

Like     Reply     51w



**Bob Bender**
It would be time to go pay him a visit.

Like     Reply     2y



**Carol Little**
Maybe the next assault will be the adult judge. No charges. After all it's for "justice". POC lib judge ought to be disbarred.

Like     Reply     2y      2



**Jean Loretta Justice**
Well Judge what if he gets to one of your family members, would you do anything different?

Like     Reply     2y      2



**Dorothy Carver Morris**
Perhaps all those families whose young daughters were accosted by this guy as well as the next girl this judge put in jeopardy could sue this judge for a disregard of public safety.

Like     Reply     2y



**Norman E. Dotzler**
So the judge gives the sexual predator the green light to continue what he's been doing. Maybe the judge needs to be sexually assaulted by the predator he let go.

Like     Reply     2y      4



**Rodney Scott**
What?????? Please explain this one.
No really - Explain this for me. Break it down Kermit the frog style because this is blowing my mind.

Like     Reply     2y



◆ Top fan
**Maynord Loyd**
If it was the Judges kid, I bet he wouldn't have just let him go.

Like     Reply     2y



**Jim Murphy**
In the interest of Justice vote his ass out of office

Like    Reply    2y                    👍 2



**Linda Podewils Crawley**
So if the girls father goes off and. Kills him, will dad get off?

Like    Reply    2y                    👍 3



**Estella Rose**
Bet he wouldn't feel that way if it was his daughter

Like    Reply    2y                    👍



**Rick Nelms**
Down south we make them gator bait and problem over???

Like    Reply    2y                    👍 2



**Barry J. Hitchcock**
Smith and Wesson will stop him

Like    Reply    2y



💎 **Top fan**
**Kathy Seacrist**
I say let him go live with this Judge and his female family members!!
This Judge is incompetent and should be thrown off the bench!

Like    Reply    2y



**Wayne Casey**
This is why people doesn't care to kill you. Slap on the hand and
released. T

Like    Reply    2y



**James Stevens**
Previews of coming attractions in our courts!

Like    Reply    2y



**Ger Hoff**
No justice was served

Like    Reply    2y



**Ron Videtto**
A member of one of the victims family should exact some justice.
What is sad, some LEO would arrest him and protect the monster.

Like    Reply    2y

↪ **1 Reply**



**Brenda Moniz**
I read that whole article, and my question is Why? Who is questioning the judge?

Like    Reply    2y

**Katy Kvasager**
He was staring at me like a psycho scaring me when I was working at my bar last night

Like    Reply    51w

**Barbara Russo**
Yes, terrible. It is happening more and more.

Like    Reply    2y

**Bud Swanson**
Post his address, maybe he'll get a 'visitor'.

Like    Reply    2y

**C Mike Moyes**
Stay the hell out of California

Like    Reply    2y

**Michael N Wendy**
I hope the families sue when he does it again
And have the judge dis barred also

Like    Reply    2y

**Bette Chiguina**
No justice for the victim? Did the judge think the victim was "ok" with him groping her? Does the judge have a daughter? She may be his next victim. Then at the trial his attorney can draw on precedence! He's just going to do it again.

Like    Reply    2y

**Debbie Schell Grzandziel Pulice**
The judge is either a predator too, or he has no children

Like    Reply    2y    👍 3

⬥ Top fan
**Rich Bell**
They voted for it. Maybe they will re-think that next time.

Like    Reply    2y



**Richie Vargas**
Every time I see the words, "San Francisco judge", I know it's going to be bad.

Like    Reply    2y

**Bonnie Willett**
Bonnie Willett So sick! He needs to be put in jail!

Like    Reply    2y

**William Flint**
The judge needs to serve a sentence.

Like    Reply    2y    👍 2

**John Crociante**
Hey Judge why don't you give this guy a job and let him babysit your daughter or granddaughter? He's ok, isn't he? You wouldn't have released him otherwise.

Like    Reply    2y    👍 4

**Craig Wallace**
It is time for vigilante justice.

Like    Reply    2y    Edited    👍

**Jerry Hayter**
Justice for whom?

Like    Reply    2y    👍

**Justin Lawton**
Maybe the girls father will bump into him on the street...

Like    Reply    2y    👍

**Cheryl Dugas**
This needs to be stopped and the judges need to be disbarred for ever hope the family of these kids sue the hell out of judges who do this

Like    Reply    2y    👍

**Remiel Gar**
These judges are rendering verdicts that protect criminals and deep interest.

Like    Reply    2y



**Remiel Gar**
Jefferson county Texas DA who's under investigation by the rangers for corrupt behavior let the drunk driver who left me and wife disabled go also in the interest of justice. Even with dash cam audio and video, even after his DA investigator(his right... **See more**

Like    **Reply**    2y    Edited



**Charlie Green**
Publicly post his picture and crimes. Things will work themselves out

Like    **Reply**    2y                                     2



**David Mackie**
There will be another day of Judgement from the lord. His day cometh.

Like    **Reply**    2y

**Donna P Montez**
Interest of what justice???? To overlook or promote sexual pleasures? Democrat logic! 🤬

Like    **Reply**    2y



**Ed Pich**
Gavin Newsom should rent a room for him To stay ,😌

Like    **Reply**    2y



**Josh Jay**
Well someone appointed this judge to the bench and people voted for the mayor who defunded the Police in the crime ridden city of San Fran and all the other dipshit politicians running around California, citizens voted for them all. Go shit in your hat... **See more**

Like    **Reply**    2y                                     4



**Sharon Netzley**
It sure isnt justice for the victims!

Like    **Reply**    2y



**Wesley Ryan**
If you release a lion in to the public it will do the same thing every time.

Like    **Reply**    2y



**Tammy Perrault**
What flipping justice!?

Like    **Reply**    2y

(2) Bill Gene Hobbs, a 32-year-old serial... Law Enforcement Today | Facebook                              9/22/23, 8:06 PM



**Michael J. Moore**
It is idiot judges like this that will drag us back to the days of the "Wild West" where everyone will take justice into their own hands. This is NOT good for our society.

Like    Reply    2y



**James Himes**
Sad to say but next time the victims family needs to sue this judge for letting this repeat criminal back on the street.

Like    Reply    2y



**Steve Weisel**
These judges and moron need to be relieved of their duties and be prosecuted immediately!

Like    Reply    2y



**Tom Ruise**
The Judge Russell Roeca needs to be held accountable for any crimes

Like    Reply    2y                                             3



**Bob Emmons**
If our courts and government aren't going to protect us any longer we will just have to protect each other.

Like    Reply    2y                                             2



**Ed Wilkinson**
Another judge that should be removed from the bench

Like    Reply    2y                         2



**Peter Guttieri**
When these judges start getting shot MAYBE THEYLL THINK ABOUT THE CONSEQUENCES OF THEIR F-D UP ACTIONS

Like    Reply    2y                                             2



**Jamie Rosenman**
Judge Roeca needs to be recalled!

Like    Reply    51w

**Robert Busch**
what justice did the victims get ? who the hell are these judges ?

Like    Reply    2y



**Dorothy Robinson**
Whose Justice? How much was he paid or what do the predators have on the so called Judge

Like    Reply    2y



💎 Top fan
**Louis N Booth**
BULLSHIT.. THERE IS NO JUSTICE WHERE THIS JUDGE IS CONCERNED. I DOUBT IF THIS JUDGE KNOWS THE MEANING OF THE WORD JUSTICE.

Like    Reply    2y



**John M. Miletich**
A little street justice would do him some good 😡

Like    Reply    2y     3



**Patty Fuller**
That judge needs to be removed

Like    Reply    2y     2



**Raymond Gonzales**
The judge needs to be fired and brought on charges also

Like    Reply    2y



**Barbara Forbus**
Arrestboth predator and judge who let him go.

Like    Reply    2y    👍 2



**Jay McKeel**
And when his next victim attacks him and cuts his junk off oh well that's justice

Like    Reply    2y



**Jon Park**
Well it is ninny piglosi's district and it's as fucked Up as she is

Like    Reply    2y    Edited    👍



**Michael Quinn**
Who's justice not the victims for sure

Like    Reply    2y



**Robert M. Anderson**
If I were her Dad, there would be justice.

Like    Reply    2y


⬥ Top fan
**Linda Jones Mott**
Some Dad will take care of him!

Like    Reply    2y


**Joan Micek**
Whose justice

Like    Reply    2y


**Jl Kania**
OMG is this shit ever going to end these freakin judges!

Like    Reply    2y


**Larry Davis**
This is one of the things that is wrong in our country.

Like    Reply    2y


**Marina Bath**
This judge needs to be prosecuted😡

Like    Reply    2y


**David Neufeld**
Bullshit

Like    Reply    2y


**Ann M Horvath**
Only in CA

Like    Reply    2y

Case 2:24-cr-00163-TS    Document 166-2    Filed 04/21/26    PageID.9970    Page 20 of 24

 **Boyd Boyd**



Like    Reply    2y

 **Rocky Mcluen**
let the streets serve justice !

Like    Reply    2y

 **Kim Woody**
Evil!

Like    Reply    2y

 💎 Top fan
**Dottie Hidalgo**
Let him go home with the judge

Like    Reply    2y



💎 Top fan
**Vickie Cook Rhoades**



Like    Reply    2y



**Vartan Natrav**
meanwhile, if I don't want to get the fauci ouchie, I'm practically satan, and to some, should be locked up forever. Utter fools.

Like    Reply    2y



**Leslie Vinson**



Like    Reply    2y



**Lia Price Smith**
Sickening!

Like    Reply    2y



**Bob Robinson Jr**
Judge needs to be disbarred....period.

Like    Reply    2y             3



**Nancy Chartier-Shippey**


Like    Reply    2y



**Smilin Jack**
Dangerous Moronic Stupidity

Like    Reply    2y



**A Khan Raj**
Craziness wow.  2

Like    Reply    2y



💎 Top fan
**Jeff Blose-Lemon**
You tell that to his previous victims and future victims!

Like    Reply    2y

(2) Bill Gene Hobbs, a 32-year-old serial... Law Enforcement Today | Facebook

9/22/23, 8:06 PM





**Doug Nicholson**
Kalifornia

Like    Reply    2y

**Ogden Garage**
Hopefully the next victim is armed.

Like    Reply    2y

**Darryl Trucks**
Hope her family is next

Like    Reply    2y

**Kay Goken Wallace**
🤔

Like    Reply    2y

**Bob Amero**
Democrat heathens...🗑️ cities letting criminals run wild

Like    Reply    2y

**Kim Garrett**
🕴️🕴️🕴️🕴️

Like    Reply    2y

**Angelika Amundson**
Sick !

Like    Reply    2y

**Pat Armstrong**
recall the judge

Like    Reply    2y

**Pamela Braun**
Whaaatt?

Like    Reply    2y

💎 Top fan
**Mary Zook**
Unreal

Like    Reply    2y

**Jackie Dunnam**
Not for the girl

Like    Reply    2y

(2) Bill Gene Hobbs, a 32-year-old serial... Law Enforcement Today | Facebook                                                                9/22/23, 8:06 PM



Christine Charlie
Geezus!!

Like    Reply    2y

Harley Billings
We The People are going to have to start dealing with this nonsense !!!!

Like    Reply    2y

👍 3

↳ 2 Replies

Dusty Chaparral
So screwed up! 👍

Like    Reply    2y

Most Relevant is selected, so some comments may have been filtered out.

Write a comment...