| CA 1st District Court of Appeal<br>Court Name | **PROOF OF SERVICE** | A170819<br>Case Number |
|---|---|---|

1.  At the time of service, I was at least 18 years of age.
2.  My email address used to e-serve: **kaywg2372@gmail.com**
3.  I served a copy of the following document(s) indicated below:

Title(s) of documents served:

**LETTER - LETTER:** Second Letter Brief

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Kailin Wang | kaywg2372@gmail.com | e-Serve | 08-23-2024  2:16:34 PM |
| Court Added | | | 0517cd49-65c8-40ad-915c-295902f7aa79 |
| Michelene Insalaco | MI@sucherman-insalaco.com | e-Serve | 08-23-2024  2:16:34 PM |
| Sucherman - Insalaco LLP | | | ffdfaed2-ddbd-4478-8686-7c4743158f97 |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

08-23-2024
Date

/s/Kailin Wang
Signature

Wang, Kailin (Pro Per)
Last Name, First Name (Attorney Number)

Firm Name