# EXHIBIT C

221B Partners, a Private Investigations Company a  group of known Investigator hired by ██████ since December 2018-Present t falsely incriminate Wang. As part of their duties they capture tens of  thousands of pages of Page Vault Social Media Exhibits where ██████ pays them hourly to Stalk my Twitter, Facebook, Linkedin,  and other Court Watcher,  Reporters and Social Media Activity, including thousands of pages  of Social Media Activity that has nothing to do with ██████ These PI's range from $300-$500/hr.

221B Partners, a Private Investigations Company made up of members from Jensen Hughes Formerly Hillard and **JENNIFER MACKOVJAK, PARTNER** who ██████ listed as one of the 7 Expert Witnesses for ██████ DV Trial per his Trial Brief filed on 10/15/19 has worked with the ██████ continuously since December 2018-Present.

221B Partners  **CHRIS BRENNER, SENIOR DIRECTOR** has also worked for ██████ since December 2018-Present and was flown in by ██████ from Chicago to appear in person for our DV Trial 10/18/22 through 10/20/22, he was present in the San Francisco Superior Court Dept. 416 for all three days.

221B Partners **ADAM ZOLL, SENIOR DIRECTOR** has worked for ██████ since December 2018-Present, and has conducted Private Investigations, Skip Tracing, Pre-Texting for ██████ including obtaining Wang's DMV records, Minors Birth Certificate before ██████ DNA test came back, amongst other PI activities.



# WHO WE ARE

**221B Partners** works with clients across a range of industries to help them solve problems by providing information and intelligence to support their decision-making processes. Whether a client is considering a complex business transaction or potential partnership, interested in augmenting its legal strategy, or facing internal or external business risks including fraud, competition, unfair market practices, or virtual or actual threats to their brand integrity or employees, 221B Partners can help. We design and implement custom, legal and ethical research strategies to support successful resolutions and outcomes.

## OUR EXPERIENCE

Our partners' backgrounds include more than 50-years' combined experience domestically and internationally across law enforcement, journalism, public-interest research, and investigations consulting. We hold undergraduate and advanced academic degrees in criminal justice, public administration, Russian/Soviet studies, and journalism.



## JENNIFER MACKOVJAK, PARTNER

There were moments when Jennifer was investigating narcotics trafficking and violent crimes, insurance fraud, identity theft, homicides and arresting suspects in major crimes cases in New York City as a senior detective investigator in the Manhattan District Attorney's Office when she would stop and remember her bookshelf as a young girl in Cleveland. Lined across it were back-to-back copies of books detailing the heroics and imaginative sleuthing of Leroy Brown, the eponymous hero of the Encyclopedia Brown mysteries which inspired her as a young reader.

READ MORE +

**p:** 312.810.6257 | **e:** jmackovjak@221bpartners.com | **l:** LinkedIn



## ANDREW KEITH, PARTNER

In the practice of corporate investigations, Andrew discovered an unanticipated outlet for the tools he nurtured and relied on as a restless expatriate and journalist more than two decades ago. 221B Partners' clients benefit from his tenacious curiosity hitched to his storytelling ability. He combines these with the professional and interpersonal improvisational skills, all of which were developed as he navigated the fluid and shifting social and economic landscape in Russia, where Andrew began his career.

READ MORE +

**p:** 312.806.6257 | **e:** akeith@221bpartners.com | **l:** LinkedIn



### AMANDA MARIGLIANO, SENIOR DIRECTOR + OPERATIONS MANAGER

Fortunate to have landed at an investigations firm early on in her professional career, Amanda was taught and mentored by some of the best investigators in the industry, including 221B founding partners, Jennifer and Andrew.

READ MORE +

**p:** 312.806.6257 | **e:** amarigliano@221bpartners.com | **l:** LinkedIn



### CHRIS BRENNER, SENIOR DIRECTOR

Like his colleagues, Chris' career path was influenced by early exposure to fictional problem solvers including Encyclopedia Brown, The Three Investigators, Sherlock Holmes and John Grisham's protagonists. When he wasn't busy reading, you could find Chris tinkering: He sent his first email over a 14.4 kbps modem, was providing "tech support" to family members by first grade and, years later, programming his TI-83+ graphing calculator to do his homework in high school. As an investigator, he has been able to merge these interests.

READ MORE +



## ADAM ZOLL, SENIOR DIRECTOR

While others run from complexity, Adam races toward it. In a career spent in corporate investigations and journalism, he has always embraced the challenge of understanding and communicating the deeper causes and dynamics at play in any given situation.

READ MORE +

**p:** 312.806.6257 | **e:** azoll@221bpartners.com | **l:** LinkedIn

221B Partners

5547 North Ravenswood Avenue, Suite 406

Chicago, Illinois 60640

Map Us

Home

Who We Are

What We Do

Contact

221B Partners PLLC operates under Illinois Private Detective License No. 117-001844

**DOUGLAS L. RAPPAPORT (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone: 415-989-7900
Facsimile: 415-989-7950

Attorney for Petitioner
██████████ STANFORD ██████████

ENDORSED
FILED
San Francisco County Superior Court

OCT 1 5 2019

CLERK OF THE COURT
By: _____ NESTOR PANELO
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

██████████ ██████████ ██████████,

Petitioner,

v.

**KAILIN WANG,**

Respondent.

_____/

Case No. FDV-19-814465

**TRIAL BRIEF**

This Trial Brief is offered pursuant to California Rule of Court 5.394.

**I.    Brief Summary of the Case**

*Background*

Valentine's Day, 2018 was a day that would change Petitioner ██████████'s life forever. At twenty-five years old, he had recently graduated from Carnegie Mellon and moved from the East Coast back to the San Francisco Bay Area where he began his first "real" job at a tech company. He was lonely, and turned to Tinder, a dating/hook-up app. There, he connected with Kailin Wang. Little did he know that Ms. Wang, who represented herself as an international tax accountant in her late twenties, was in reality a thirty-six year old mentally ill serial stalker, obsessed with having a baby with her victims.

In 2014 in New York, Ms. Wang was criminally charged after terrorizing her first victim, Rory Will. According to court documents, Ms. Wang met Rory Will on Tinder–the same dating app where she would later meet Petitioner--and after Mr. Will would not have unprotected intercourse

Trial Brief                                                    1

**DOUGLAS L. RAPPAPORT (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone:  415-989-7900
Facsimile:  415-989-7950

Attorney for Petitioner
█████████ S███████ ███████

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

█████████, ████████ ████████,

          Petitioner,

     v.

**KAILIN WANG,**

          Respondent.

_____ /

Case No. FDV-19-814465

**WITNESS LIST: EXHIBIT A TO PETITIONER'S TRIAL BRIEF**

**PETITIONER'S LIST OF POTENTIAL WITNESSES**

The defense intends to call the following persons to testify in the trial of the above-captioned matter, or their names may be mentioned in the testimony.

**Immediate family members:**

1.     ████████ ████████ Petitioner █████████ █████████ may be called to testify about his interactions with Ms. Wang, his experiences parenting and caring for Baby K, the impact of Ms. Wang's abuse, evidence authentication.

2.     ████ ████████ ████████ father / Baby K's grandfather. Mr. █████ ████████ may be called to testify about his interactions with Ms. Wang, his experiences grandparenting and caring for Baby K, the impact of Ms. Wang's abuse, evidence authentication.

3.     ████ ████████ ████████ mother / Baby K's grandmother. Mrs. ██████ ████████ may be called to testify about her interactions with Ms. Wang, her experiences grandparenting and caring for Baby K, the impact of Ms. Wang's abuse, evidence authentication.

4.     ████ ████████ ████████ sister / Baby K's aunt. Ms. █████ ████████ may be called to testify about her interactions with Ms. Wang, the impact of Ms. Wang's abuse, her

-1-

(eggfu45@gmail.com).

28.   Stacey Jones. ███████ mother's former colleague.  Ms. Jones may be called to testify about the receipt of unwanted communications — and the content delivered to her — via email aliases courtorder6678@gmail.com and servebyemails@gmail.com.

29.   Caroline Lucas. ███████ mother's former colleague. Ms. Lucas may be called to testify about the receipt of unwanted communications — and the content delivered to her — via email aliases courtorder6678@gmail.com and servebyemails@gmail.com.

30.   David Ackerman. ███████ mother's former colleague. Mr. Ackerman may be called to testify about the receipt of unwanted communications — and the content delivered to him — via email aliases courtorder6678@gmail.com and servebyemails@gmail.com.

31.   Scott Saywell. ███████ mother's former colleague. Mr. Saywell may be called to testify about the receipt of unwanted communications — and the content delivered to him — via email aliases courtorder6678@gmail.com and servebyemails@gmail.com.

32.   Sherwin Chen. ███████ mother's former colleague. Mr. Chen may be called to testify about the receipt of unwanted communications — and the content delivered to him — via email aliases courtorder6678@gmail.com and servebyemails@gmail.com.

**Investigation:**

33.   Alex Feerst. Mr. Feerst is the former Head of Legal at A Medium Corporation.

34.   Justin Paine. Mr. Paine is the Director of Trust and Safety at Cloudflare.

35.   Christopher Brenner. Mr. Brenner is a Director of Investigations at Hillard Heintze.

36.   Adam Zoll. Mr. Zoll is a Director of Investigations at Hillard Heintze.

37.   Jennifer L. Mackovjak. Ms. Mackovjak is seasoned civil and criminal investigator and leads Hillard Heintze's Investigations Practice.

38.   Ellen McDonald. Ms. McDonald is a Senior Analyst at Hillard Heintze.

39.   Erik Rasmussen. Erik Rasmussen is an expert in the field of cybersecurity. As provided in Petitioner ███████ expert witness disclosure, Mr. Rasmussen may be called to

provide: Technical background on the internet and technology at issue in this case; Explanation of methods for attributing anonymous postings/messages to individuals; Explanation and analysis of computer data including subscriber information, login records, and IP address records, to include both IPv4 and IPv6 addresses, provided by technology companies (websites/platforms, content delivery networks, internet service providers, email providers, service providers) relating to the identity of the person responsible for various internet postings and internet/email contacts. Explanation and analysis of subpoenaed records and weblogs; geolocation tools; email addresses, social media accounts, search engine optimization; anonymization services. Respondent reserves the right to supplement this list and/or call other witnesses in rebuttal.

The above list of potential witnesses constitutes those that the defense intends to call as of today's date. However, investigation continues, and as additional witnesses are discovered, the names and addresses will be provided without delay.

DATED: October 15, 2019

**DOUGLAS L. RAPPAPORT**
Attorney for Petitioner

-6-

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

BEFORE THE HONORABLE DANIEL FLORES, JUDGE PRESIDING

UNIFIED FAMILY COURT

DEPARTMENT 416

--o0o--

|  |  |
|---|---|
| ████████ ████████<br>████████ | ) COURT NO. FDV-19-814465<br>)<br>) |
| Petitioner, | ) Pages  1 - 162 |
| VS. | ) Volume 1 |
| KAILIN WANG, | ) |
| Respondent. | ) |

Reporter's Transcript of Proceedings

Tuesday, October 18, 2022

APPEARANCES OF COUNSEL:

For The Petitioner:

    Law Offices of Douglas L. Rappaport,
    260 California Street, Suite 1002
    San Francisco, California  94111-4360
    By:  DOUGLAS LEE RAPPAPORT,
        Attorney at Law

For The Petitioner:

    Ridder, Costa & Johnstone, LLP.
    440 N. Barranca Avenue, # 7750
    Covina, California  91723
    By:  ERICA JOHNSTONE,
        Attorney at Law

9

sorry █████████  ████████  █████  █████

THE COURT:  I did not ask you a question, Ms. Wang.

MS. WANG:  Oh, o█████  ██████  ████████

THE COURT:  We are getting a lot of feedback though.

MS. WANG:  I don███ v██████er electronics on.  No.

THE COURT:  Okay.  Can you leave your microphone on?  No feedback there.  █████  ████████

MS. WANG:  My microphone is on.  Can you -- can you hear me okay?  █████  ████████

THE COURT:  I can.  I'm just trying to run a test to see if I speak when your microphone is unmuted if that made a difference.  It doesn██████o be corresponding with your microphone.  Okay.  There is a gentleman sitting --

MS. WANG:  Last time the --

THE COURT:  There is a gentleman sitting at counsel table --

MS. WANG:  I mean, if I turn off --

THE COURT:  Ms. Wang, can you hear me?

MS. WANG:  Let me try to turn this off and turn it right back on?  Okay?  Let me.

THE COURT:  Okay.

MS. WANG:  I don't know.  I -- I tried to lower the microphone sound.  The only thing I can think of is the microphone, but Mr. Rappaport is incorrect.  The Appellate Court -- it was actually Justice Pollak that -- where the echo was coming from last time, not me.  So that's -- that's a lie.

THE COURT:  Okay.  I was waiting for you to finish doing what you were doing, Ms. Wang.  I have something I'm going to address with someone other than you right now.

O████████  ████████l█ █s████████

MS. WANG:  Okay.

THE COURT:  -- a███nsel███e████████ised your hand when I asked who was the person logged on as screen share.  Would you please identify your███u████████microphone?

MR. BRENNER:  Hi, my name is Chris Brenner.

THE COURT:  Than███.██████hat, please?

MR. BRENNER:  B-R-E-N-N-E-R.

THE COURT:  First na███ ██████

MR. BRENNER:  Chris -- Christopher, C-H-R-I-S-T-O-P-H-E-R.

THE COURT:  Good morning to you.  And --

MR. BRENNER:  Goo████████.

THE COURT:  -- your role here today is?

MR. BRENNER:  Assisting Mr. Rappaport and Ms. Johnstone with technology.

THE COURT:  Okay.  Thank you.

And we have someone logged in.  I think that's it. Courtroom clerk, is that you, madam clerk?

THE CLERK:  Yes, Your Honor.

THE COURT:  Thank you.  Appearances by counsel, please?

MR. RAPPAPORT:  Good morning, Your Honor, Douglas Rappaport.

MS. JOHNSTONE:  Good morning, Your Honor.  Erica Johnstone.

THE COURT:  Good morning.

MR. RAPPAPORT:  On behalf of the protected parties who are all -- who are all here in the courtroom.

THE COURT:  Thank you.  You can go ahead and name the people who are in court, please, as protected parties.

MR. RAPPAPORT:  Certainly I will.  From left to right, we

have ███████ ███████ ████ ██████

THE COURT:  Good morning.

MR. RAPPAPORT:  ████ -- ████ ██████

THE COURT:  Good morning.

MR. RAPPAPORT:  ████ ██████

THE COURT:  Good morning.

MR. RAPPAPORT:  ████ ██████

THE COURT:  Good morning.

MR. RAPPAPORT:  And ███ ██████

THE COURT:  Good morning.

MR. RAPPAPORT:  And in the back is Mr. Darrick Chase.  He is also counsel for Mr. ████████ albeit on the custody matter.

THE COURT:  Thank you.

MR. RAPPAPORT:  On the -- previously.  I think he -- but he does have a declaration should we need one here this morning. That's why he is here from his previous work related to the issuance of the subpoenas.

THE COURT:  Thank you.

Okay.  And Ms. Wang is present.  Good morning.

MS. WANG:  Good morning.

THE COURT:  All right.  Let's first address some procedural things.

Okay.  You've made a motion to continue the trial, Ms. Wang?

MS. WANG:  Yes.  I would like to make a record on some points on that motion, if I may.

THE COURT:  Thank you.  I see that that motion or that request has been stated a number of different ways including something that's on my bench right now that appears to not have

 **Department of Motor Vehicles**

# FREEDOM OF INFORMATION LAW REQUEST FORM

## FREEDOM OF INFORMATION LAW REQUEST FOR DMV RECORDS

### MAKE SURE YOU USE THE CORRECT FORM TO REQUEST RECORDS!

You will receive your records more quickly when you use the correct request form. DMV forms are available at dmv.ny.gov

**STOP** **DO NOT USE THIS FORM TO REQUEST THE FOLLOWING RECORDS:**

- Driver license record ("abstract") - use form MV-15
- Driver history ("lifetime abstract") - use form MV-15
- Vehicle registration record ("abstract") - use form MV-15
- Accident report - use form MV-198C

- Vehicle title record - use form MV-15
- Copy of a ticket and/or ticket disposition - use form MV-15
- Copy of a revocation or suspension order - use form MV-15

### 1. Information About You (the Requestor):

**Name**
Adam Zoll

**Organization (if applicable)**
Hillard Heintze

**Address (Number and Street)**
30 S. Wacker Drive, Suite 1400

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60606 |

**E-mail Address (Required if you want your records sent to you electronically)***
adam.zoll@hillardheintze.com

**Phone Number (optional)**
( 312 ) 229-9813

*Records sent by email or by fax will not be certified. Certified records must be mailed. We can only provide your records by one method (mail, email, or fax).

### 2. Important Information About Requests for Certain DMV Records:

Personal information on certain DMV records is protected by the Federal Driver's Privacy Protection Act (18 U.S.C. §2721 et seq.) and by §87 and §89 of the NYS Public Officers Law. Records about a driver license or permit, motor vehicle title, motor vehicle registration, or identification card issued by DMV are protected by the Driver's Privacy Protection Act.

If any of the records you want are protected by the Driver's Privacy Protection Act, you must do the following:

1. Mark your permissible use in the list on page 3 of this form;

2. Send a photocopy of your driver license or government-issued non-driver ID card with this form (you can cover the photo on the document); and

3. Sign the certification on the bottom of page 3.

**Department of Motor Vehicles** — **APPLICATION FOR PERMIT, DRIVER LICENSE OR NON-DRIVER ID CARD**

PAGE 1 OF 2

PRINT CLEARLY IN BLUE OR BLACK INK
This form is also available at dmv.ny.gov

81016627112

OFFICE USE ONLY

**APPLYING FOR:** ☒ License ☐ Permit ☐ ID card

**PURPOSE FOR APPLICATION:** ☐ New ☐ Renew ☐ Update Info ☐ Change Type ☐ Replacement ☐ Conditional ☐ Restricted ☐ Transfer to NY

**IDENTIFICATION INFORMATION**

Do you now have, or did you ever have a New York driver license, learner permit, or non-driver ID card? ☒ Yes ☐ No

Applying for a Non-Driver ID card will cancel any NY State driver license privilege.

ID NUMBER ON NYS DRIVER LICENSE, LEARNER PERMIT, or NON-DRIVER ID CARD

**FULL LAST NAME:** Wang

Do you have or did you ever have a driver license that is valid or that expired within the last two years, issued by another US State, the District of Columbia or a Canadian Province? ☒ Yes ☐ No

**FULL FIRST NAME:** Kailin

If "Yes", where was it issued? _____

**FULL MIDDLE NAME:**

Date of Expiration: | Type of License: | Out-of-State License ID No.:

| SUFFIX | DATE OF BIRTH | | | SEX | | HEIGHT | | EYE COLOR | TELEPHONE NUMBER (Home/Mobile) |
|---|---|---|---|---|---|---|---|---|---|
| | Month 01 | Day 20 | Year 83 | Male ☐ | Female ☒ | Feet 5 | Inches 4 | Brown | Area Code |

Has your name changed? ☐ Yes ☒ No If "Yes", print your former name exactly as it appears on your present license or non-Driver ID card.

**OTHER CHANGE:** What is the change and the reason for it (new license class, wrong date of birth, etc.)?

**SOCIAL SECURITY NUMBER (SSN)**

* You must provide your SSN. Authority to collect your SSN is granted by Sections 499(3) and 502(1) of the Vehicle and Traffic Law. The information will be used for exchange with other jurisdictions, to assist in verification of identity, and for driver license sanctions pursuant to V&T Law Section 510(4-d) and 510(4-i). Your SSN will not be given to the public.

**ADDRESS WHERE YOU GET YOUR MAIL** - include Street Number and Name, Rural Delivery and/or box number (If PO Box, also fill in "Address Where You Live" below)
THIS ADDRESS WILL APPEAR ON YOUR STANDARD IDENTITY DOCUMENT

| | Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|---|

**ADDRESS WHERE YOU LIVE** REQUIRED IF DIFFERENT FROM ADDRESS FOR MAIL - DO NOT GIVE P.O. BOX.
THIS ADDRESS WILL APPEAR ON YOUR ENHANCED/REAL ID IDENTITY DOCUMENT

| | Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|---|
| 396 E 59th St | 12 | New York | NY | 10022 | |

HAS YOUR MAILING ADDRESS CHANGED? ☒ Yes ☐ No    HAS THE ADDRESS WHERE YOU LIVE CHANGED? ☒ Yes ☐ No

If you answered yes to either of the questions above, then addresses on all vehicle registrations tied to your ID number will also be updated with this address, unless you check this box ☐. If you are registered to vote, your voter registration record will be updated when you complete and submit this form. If you do NOT want your new address on your voter registration record, check this box ☐. If you do not check the box, your new address will be sent to the Board of Elections of your county of residence.

**VETERAN STATUS** ☐ Check this box if you would like to have "Veteran" printed on the front of your photo document. You must present proof that indicates an honorable discharge from military service (DD-214, DD-215, or see form MV-44.1).

**NEW YORK STATE ORGAN AND TISSUE DONATION** (You must fill out the following section)

To enroll in the New York State Donate Life℠ Registry, check the "yes" box and then sign and date below. You are certifying that you are: 16 years of age or older; consenting to donate your organs and tissues for transplantation and research; authorizing DMV to transfer your name and identifying information to the Donate Life Registry; and authorizing Donate Life NYS to give access to this information to federally regulated organ donation organizations and NYS-licensed tissue and eye banks and hospitals, upon your death. "ORGAN DONOR" will be printed on the front of your DMV photo document. You will receive a confirmation, which will also provide you an opportunity to limit your donation. If you are 16 or 17 years of age, your parent or guardian may change your decision upon your death. For more information, contact DLNYS at donatelife.ny.gov.

You must answer the following question: Would you like to be added to the Donate Life Registry? ☐ Yes (sign and date consent below)   ☒ Skip Title Checked

▼ Donor Consent
Signature: X _____  Date _____

☐ Check this box to make a $1 voluntary donation to the Life...Pass it On Trust Fund for organ and tissue donation research and outreach. Your total transaction fee will include the $1.

**VOTER REGISTRATION QUESTIONS** (Please check "yes" or "no"). NOTE if you do not check either box, you will be considered to have decided not to register to vote. If you are not registered to vote where you live now, would you like to apply to register?

☒ YES - Complete Voter Registration Application Section (Not necessary if you bring this form to a DMV office).   ☐ NO - I Decline to Register/Already Registered

PLEASE COMPLETE AND SIGN PAGE 2.

| CDL Certifications | N | NA | H | EA | License Class | Special Conditions | New York State Department of Motor Vehicles | ☐ TEENS |
|---|---|---|---|---|---|---|---|---|

**Document Type** | **Proof Submitted:**
☐ Enhanced | ☐ Birth Certificate | ☐ Driver License | ☐ SNB Documents
☐ Real ID | ☒ U.S. Passport | ☐ Learners Permit | ☐ Medical Certificate (CDL Only)
☒ Standard (Not for Federal Purposes) | ☐ Foreign Passport | ☐ MV-45 | ☐ Import Approval | ☐ Credit Card
☐ Out-of-State License | ☒ Social Security Card | ☐ ATM Card | ☐ Other

OCT 16 2018    Date

**LICENSE EXPRESS**

| NEW YORK State Department of Motor Vehicles | **FREEDOM OF INFORMATION LAW REQUEST FORM** |
|---|---|

**˝ Describe the DMV Records That You Want:**

Please provide as much detail as possible about the records you are requesting. You may attach additional sheets if necessary.

### *YOU CANNOT USE THIS FORM TO REQUEST YOUR LIFETIME ABSTRACT. YOU MUST USE FORM MV-15!*

I would like to request any DMV documentation (application, transaction records, etc.) associated with a request made on or around 3/13/2019 by Kail a Kane of 9 W. 70th Street, NY, NY for a non-driver ID card or replacement card.

### 4. Fee Information:

Section 202 of the NYS Vehicle and Traffic Law requires a $10 search fee and a copy fee of $1 per page. You must send a $10 search fee with your FOIL request, unless you or your organization is exempt from these fees.

#### *Only these groups are exempt from search fees:*

- Government agencies
- Volunteer fire companies
- Volunteer ambulance services
- Public officers, boards, or bodies
- Legal aid bureaus or societies or other private entities when acting pursuant to §722 of the New York State County Law

### 5. Method of Payment:

Check the box that shows your payment method. If you pay with a credit card, you must sign on the Authorized Signature line to authorize DMV to charge your card.

☐ **Exempt** (Check this box ONLY if you belong to one of the exempt groups described in the Fee Information section above.)

☐ **Check**

☐ **Money Order**

☐ **DMV Escrow Account**

☑ **Credit Card:**

  ☐ MasterCard    ☐ Visa    ☑ American Express    ☐ Discover Card

  Credit Card Number: ▓▓▓▓▓▓▓▓▓▓    Expiration Date: ▓▓▓▓▓▓▓

  Zip Code Associated with Credit Card: ▓▓▓▓▓▓    Security Code: ▓▓▓▓
  3 or 4 digit code on the back or front of your card

  Authorized Signature **X** _____

