# EXHIBIT D



| | | | | | |
|---|---|---|---|---|---|
| 26 | Mark Brenzinger Psychologist, PsyD | In March of 2019 ▮▮▮ hired Mark Brenzinger to falsely state that Wang made the March 6, 2019 "Kill Baby K" post and had him lie to law enforcement and Utah DCFS about Wang have Severe Mental Disorders | | | December 2018-Present |

Sheet1    Sheet2    +

Case 2:24-cr-00163-TS Document 204-4 Filed 04/30/26 PageID. 11077 Page 2 of 14

City, Zip or Name



Home > Schaumburg

**Mark Brenzinger**
Psychologist, PsyD

# Mark Brenzinger

Psychologist, PsyD
Verified by Psychology Today

| Email Me | (847) 603-4745 |



| (847) 603-4745 |
| Email Me |

Midwest Behavioral Risk Management, P.C.
869 East Schaumburg Road
Suite 252
Schaumburg, Illinois 60194
**(847) 603-4745**

I provide Forensic and Clinical Evaluations / Consultation Services in the Chicagoland area and Nationally. Psychological Evaluation Services: Psychosexual Risk Evaluation (Pre-Trial, Post-Conviction / Pre-Sentence, Post-Sentence and for DCFS); Sex Offender Evaluation (State and Federal Cases); Psychosexual Evaluation (Sexually Problematic Behaviors / Addiction); Violence Risk and Threat Assessment (Workplace, K-12, University, and Private Individuals); Mental Health Certification for Firearm Possession Evaluation (IL-FOID). Clients include adult and adolescent males and females.

I also provide Fitness for Duty Evaluation (Public Safety Personnel and Corporate Employees); Independent Medical Examination (IME); and General Evaluation (Mental Status, Cognitive Functioning, Psychopathology, Substance Use).

I hold the following Illinois Licenses: Clinical Psychologist, Sex Offender Evaluator and Treatment Provider. I am a Member of the Cook County SOMB; Approved Provider for

IN THE FOURTH JUDICIAL DISTRICT COURT
OF UTAH COUNTY, STATE OF UTAH

_____
                                )
KAILIN WANG,                    )
                                )
            Petitioner,         )
                                )
        vs.                     ) Case No. 194400718 PT
                                )
███████████████ ██████████      )
                                )
            Respondent.         )
_____)


911 Call
Electronically Recorded on
March 6, 2019


Transcribed by: Natalie Lake, OCT


152 E. Katresha St.
Grantsville, UT 84029
Telephone: (435) 590-5575

-1-

PROCEEDINGS

(Electronically recorded on March 6, 2019)

OPERATOR:  March 6, 2019, 14:12:23.

911 OPERATOR:  Police and fire dispatch.

MR. BRENZINGER:  Hi.  My name is Mark Brenzinger. I'm calling from Chicago.  I work at a private security risk management firm, and we have an emergent situation in your jurisdiction.  I was hoping to speak with -- we've been working with your constable in the area, and he's been working with a sergeant, and we have some information we want to share with you in a fresh court order.  Is there any way you can get connected to a watch commander or a sergeant?

911 OPERATOR:  For what city, sir?

MR. BRENZINGER:  Spanish Fork's.

911 OPERATOR:  Let's see.  Yeah, I can go ahead and get your information and then ask a sergeant to give you a call back.

MR. BRENZINGER:  Okay.  The long and the short of it is we have a court order coming out of California that's allowing -- it's allowing law enforcement to go and remove a child that is at risk right now and hand that child over to the biological father, who is en route.

911 OPERATOR:  Okay.  Sir, can I have your phone number?

MR. BRENZINGER:  Yes.  It's 847-306-2220.

-2-

911 ███T████████n, what is your first and last name again?

MR. BRENZINGER:  First name Mark, M-a-r-k, last name Brenzinger, B as in boy, r-e-n, z as in zebra, i-n-g-e-r.

911 OPERATOR:  Okay.  What agency did you say you're with, Mark?  █████ ███████████

MR. BRENZINGER:  Hillard Heintze, H-i-l-l-a-r-d, H-e-i-n-t-z-e.  We████a██████icago.

911 OPERATOR:  Okay.  That's a private investigation firm, you said?

MR. BRENZINGER:  Private investigation firm, yes, ma'am.  █████ ███████████

911 OPERATOR:  Okay.  Is the 847 number a good call back number for Hillard Heintze?

MR. ██████I███████████'s a good call back number for me. I'll give you a back up number of 312-22██████████

MS. █████ ███████  9806.

MR. BRENZINGER:  -- 9806.

911 ███T████████.  Mark, could you just update for me, please, th████I████████ that's not necessary.  I'll just take that out.  Okay.  I'm going to have a sergeant from Spanish Fork give you a call back.

MR. █████I████████ay.  Can we make this -- with all due respect --████i███████e believe our subject is mentally unstable, has just got bad news, and she just posted a threat

-3-

about two hour███ ████████omicidal threat and a suicidal threat regarding herself and this baby.

911 OPERATOR:  Okay.  What is -- what is your subject's name?

MR. BRENZINGER:  My subject's name is --

MS. ████ █████████  Kailin.

MR. BRENZINGER:  -- Kailin.  K-a-i-l-i-n, Wang, W-a-n-g.  ████ █████████

911 OPERATOR:  Okay.  Do we need to have an officer respond to her address?

MR. BRENZINGER:  Well, I think we do.  I'd like to give you the a████s█████████

911 OPERATOR:  Okay.

MR. BRENZINGER:  The address is 2481 Fairway Drive in Spanish Fork, ███o███████r should be prepared for anything, really.  This family has not been cooper████████We've not been able to serve ███o████████an several weeks.

911 OPERATOR:  Okay.

MR. ████I████████e's been very evasive, and her parent that sh██████e████████

911 OPERATOR:  And has she been --

MR. BRENZINGER:  -- has also --

911 █████T████████ excuse me, Mark, has she made threats to her████ █████████

MR. BRENZINGER:  She has made threats to herself on

-4-

social media, █████ ███████

911 OPERATOR:  And to the baby?

MR. BRENZINGER:  And to the baby, as of two hours ago there was a posting.  She was aware there was a hearing in San Francisco.  She was not present, and we're not certain how much information sh█████ ███████

911 OPERATOR:  Okay.

MR. ██████I████████ but the Court found that the baby needs to be removed from --

911 OPERATOR:  Okay.  Do you have -- do you have a phone number for Kailin?

MR. ██████I████████e second, let me --

MR. DARRICK CHASE:  And just more information, the order that we have is a domestic violence prevention order that gets entered i█████h██████ble) system, so this is the order that gives full custody to my -- to Mr. ███████ and has an effecting orde█████l███████ement to get the baby from Kailin or anybody else who --

911 █████T██████.  Sir, do you have a phone number for her?  █████ ███████

MR. BRENZINGER:  We're looking that up right now.  If you have an email where we could forward you these orders, that would probably█████ ███████

911 █████T██████threats that she made to herself, did she make any mention of how she would hurt herself or the

-5-

child?    ███  ████████

MR. BRENZINGER:  I do not believe there was a method noted in this statement, no, ma'am.

911 OPERATOR:  Okay.  Do you know if she has any weapons or any access to weapons?

MR. ████I████████don't know if she has weapons or access.

911 ████T████████ou know if she has any history of using alcohol or drugs?

MR. BRENZINGER:  She does have a history of using alcohol.  I cannot confirm on drugs.

MR. ████C█████████ So can I give you something on the temporary restraining order with respect to guns?

911 OPERATOR:  Okay.  No, I'll have an officer call you for the in████t████████ the orders, but right now I just need to get the information so we can go███████nd do a welfare check, and the████ ████████ to an officer when he calls you back about the orders in particular.

MS. ████ █████████  I'm going to give you three phone numbers.████ ████████ is at the residence.

911 OPERATOR:  Okay.  Hold on, ma'am.  Hold on, please.

MS. ████ █████████  Sorry.

911 ████T████████.  Go ahead with the phone numbers, ma'am.

MS. ███ ██████  Okay.  The first one is where we believe she's residing with her parents, and that's -- it's a land line, we believe, and it's 801-794-2801.

911 OPERATOR:  Okay.  Is this the parent's house address, the Fairway Drive?

MS. ███ ██████  Yes.

911 OPERATOR:  Okay.

MS. ███ ██████  The next number is a cell phone that we believe belongs to Kailin, and that number is 323-244-3244.

911 OPERATOR:  And that's Kailin's cell phone?

MS. ███ ██████  Yes.  I have one more cell phone number for her.

911 OPERATOR:  Okay.

MS. ███ ██████  And that is 917-432-4181.

911 OPERATOR:  Okay.  ██████

MS. ███ ██████  I don't know which of the two cell phones are still active, or if they both are.

911 ████T██████ou know how old the baby is?

MS. ███ ██████  Three months.

MR. BRENZINGER:  Three months.

911 OPERATOR:  Okay.  Do you know if Kailin has a vehicle?  ███ ██████

MS. ███ ██████  Yes.  There are two vehicles and a -- they belong to either her or her parents, unclear, but let

-7-

me give you both of them.  Hold on one second.

911 OPERATOR:  Do you guys know the baby's name and what sex the baby is?

MR. DARRICK CHASE:  Yes.  Baby's name is ███████ ████ ███████  His middle name is ████████  T-h████████, last name Wang.  He's a boy.  His birth date is ████/2018.

911 OPERATOR:  Okay.

MR. DARRICK CHASE:  He's a white baby.  Well, as far as we know.

911 OPERATOR:  Okay.  Then the vehicle information for Kailin?

MS. ████ ████████  Give me one second.  I'm opening it up.  Okay.  It's a -- there are two cars.  One is a gold BMW SUV.  The license plate is Boy, 5, 3, 8, Edward, Apple.

911 OPERATOR:  Okay.

MS. ████ ████████  I'll read that back to you, Boy, 5, 3, 8, Edward Apple.  The second car is a red Lexus SUV.  The license plate is David, 5, 6, 9, X-ray, Tango.  We believe the baby seat is usually in the red Lexus, FYI.

911 OPERATOR:  Okay.  So I have all the information that I need.  We're going to send out for us to do a welfare check, and then I've put in here a note for someone to contact you by phone after they've made contact.

MS. ████ ████████  Can we do that before just to give more information?

-8-

911 ████T████████ally, our main priority right now is to make sure everything is okay, and then we'll have someone give you a call when they're done.

MR. BRENZINGER:  Okay.  Then we can send over the orders at that time as well, if that's okay?

911 ████T█████████.

MR. DARRICK CHASE:  We want to get the baby at the time we do the████a█████████

911 OPERATOR:  When the officer does call you, he'll likely be calling from a blocked or a private number, so just look out for that.

MR. ██████I█████████s, ma'am.  Thank you.

911 OPERATOR:  Okay.  Thank you.

MS. CHASE:  Thank you.

911 ████T█████████.  Bye-bye.

MR. DARRICK CHASE:  Bye.          ████████

(Con███ o████ ████ call)

-9-

## REPORTER'S CERTIFICATE

STATE OF UTAH          )
                       ) ss.
COUNTY OF TOOELE       )

I, Natalie Lake, a Notary Public in and for the State of Utah, do hereby certify:

That this proceeding was transcribed under my direction from the transmitter records made of these meetings.

That I have been authorized by Beverly Lowe to prepare said transcript, as an independent contractor working under her court reporter's license, appropriately authorized under Utah statutes.

That this transcript is full, true, correct, and contains all of the evidence and all matters to which the same related which were audible through said recording.

I further certify that I am not interested in the outcome thereof.

That certain parties were not identified in the record, and therefore, the name associated with the statement may not be the correct name as to the speaker.

WITNESS MY HAND AND SEAL this 11th day of May 2020.

My commission expires:
January 9, 2024

Natalie Lake
NOTARY PUBLIC
Residing in Tooele County

Beverly Lowe, RSR, CCR



Natalie Lake
Notary Public, State of Utah
Commission # 709897
My Commission Expires
January 9, 2024

```
08/26/19                    Utah Valley Dispatch                        6475
08:58                       CALL DETAIL REPORT                   Page:      1

Call Number:      C6050525

Nature:           WELF CHEC 6
Reported:         14:13:17 03/06/19
Rcvd By:          Tauaefa K DD                      How Rcvd: T
Occ Btwn:         14:12:27 03/06/19    and 14:12:27 03/06/19
Type:             1
Priority:         3

Address:          2481 S FAIRWAY DR
City:

Alarm:

COMPLAINANT/CONTACT
-------------------
Complainant: HILLARD HEINTZE,                    Name#:    1206993
Race:    Sex:     DOB: **/**/**
Address: 30 S Wacker Dr, Chicago
Home Phone: (312)229-9806               Work Phone: (312)869-8500

Contact: mark brenzinger
Address:
Phone: (847)306-2220

RADIO LOG
---------
Dispatcher Time/Date          Unit    Code Zone Agnc Description
---------- ------------------ ------- ---- ---- ---- ----------------------------
Willden L  14:19:29 03/06/19 6J34     ENRT SFPD SFPD incid#=19SF01599 Enroute to
                                                     a Call call=7201
Willden L  14:19:41 03/06/19 6J22     ENRT SFPD SFPD incid#=19SF01599 Enroute to
                                                     a Call call=7201
Smith D (S 14:22:36 03/06/19 6J22     DLIN SFPD SFPD MDC: name=WANG, KAILIN
                                                     dob=01/20/1983 sex=F
                                                     dl=167959889 state=UT
Willden L  14:27:22 03/06/19 6J22     ARRV SFPD SFPD call=7201
Willden L  14:29:36 03/06/19 6J34     ARRV SFPD SFPD call=7201
Smith D (S 14:32:18 03/06/19 6J22     VHIN SFPD SFPD MDC: pl=B538EA st=UT
                                                     lptyp=PC
Smith D (S 14:32:19 03/06/19 6J22     VHRE SFPD SFPD MDC: pl=B538EA st=UT
                                                     lptyp=PC
Willden L  15:09:19 03/06/19 6J22     TS   SFPD SFPD 3313 E HAWK DR, SF; pl=,
                                                     call=7201
Willden L  15:09:20 03/06/19 6J22     CMPL SFPD SFPD incid#=19SF01599 Reassigned
                                                     to call 8141, completed call
                                                     7201
Willden L  15:09:41 03/06/19 6J34     CMPL SFPD SFPD incid#=19SF01599 Reassigned
                                                     to call 8141, completed call
                                                     7201
Willden L  15:29:35 03/06/19 6J34     ARRV SFPD SFPD incid#=19SF01599 Arrived on
                                                     Scene call=7201
Willden L  15:40:59 03/06/19 6J34     4    SFPD SFPD incid#=19SF01599 suspend
                                                     call=7201
```

```
08/26/19                          Utah Valley Dispatch                            6475
08:58                             CALL DETAIL REPORT                     Page:     2

Willden L   15:45:47 03/06/19 6J34    CMPL SFPD SFPD incid#=19SF01599 Reassigned
                                                    to call 8781, completed call
                                                    7201
Willden L   16:11:53 03/06/19 6J34    ARRV SFPD SFPD incid#=19SF01599 Arrived on
                                                    Scene call=7201
Solie E (S  17:36:57 03/06/19 6J34    NMIN SFPD SFPD MDC: name=WANG, KAILIN
Solie E (S  17:36:58 03/06/19 6J34    DLIN SFPD SFPD MDC: name=WANG, KAILIN
Solie E (S  17:37:18 03/06/19 6J34    DLIN SFPD SFPD MDC: name=WANG, KAILIN
                                                    dob=01/20/1983 sex=F
                                                    dl=167959889 state=UT
Solie E (S  17:37:19 03/06/19 6J34    NMIN SFPD SFPD MDC: name=WANG, KAILIN
                                                    dob=01/20/1983 sex=F
                                                    dl=167959889 state=UT
Solie E (S  17:37:50 03/06/19 6J34    NMIN SFPD SFPD MDC: name=███████
                                                    ████████
Solie E (S  17:37:51 03/06/19 6J34    DLIN SFPD SFPD MDC: name=███████
                                                    CHRISTOFFER
Willden L   18:12:16 03/06/19 6J34    CMPL SFPD SFPD
```

COMMENTS
--------
```
subject re kailin wang / mental problems / has made threats to herself and to
baby as of two hours ago / rp is calling from out of state / has orders for
custody to be given to father / no method mentioned / hx of alc / unk drugs
14:19:03 03/06/2019 - Tauaefa K DD
unk weapons
14:19:52 03/06/2019 - Tauaefa K DD
poss #801 794 2801 parents house / 323 244 3244 kailins cell / 917 432 4181 cell
14:20:01 03/06/2019 - Tauaefa K DD
baby is 3 months old
14:20:50 03/06/2019 - Tauaefa K DD
babys name is ███████  ████████ / ██████████
14:21:07 03/06/2019 - Tauaefa K DD
rp req 1021 after contact
14:21:42 03/06/2019 - Tauaefa K DD
poss veh gold suv b538ea / red lexus suv d569xt
14:39:56 03/06/2019 - Frazier J DD - From: Solie E (SF)
c4
14:50:37 03/06/2019 - Willden L  DD - From: Solie E (SF)
code 4
15:01:23 03/06/2019 - Willden L  DD - From: Solie E (SF)
code 4
```

UNIT HISTORY
------------
```
Unit    Time/Date            Code
------  -------------------  ----
6J22    14:19:41 03/06/19    ENRT
6J22    14:22:36 03/06/19    DLIN
6J22    14:27:22 03/06/19    ARRV
6J22    14:32:18 03/06/19    VHIN
6J22    14:32:19 03/06/19    VHRE
6J22    15:09:19 03/06/19    TS
6J22    15:09:20 03/06/19    CMPL
6J34    14:19:29 03/06/19    ENRT
6J34    14:29:36 03/06/19    ARRV
```