SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

BEFORE THE HONORABLE DANIEL FLORES, JUDGE PRESIDING

UNIFIED FAMILY COURT

DEPARTMENT 416

--oOo--

███████ STANFORD            )   COURT NO. FDV-19-814465
                            )
                            )
        Petitioner,         )   Pages  1 - 162
                            )
VS.                         )   Volume 1
                            )
KAILIN WANG,                )
                            )
        Respondent.         )
                            )
_____)

Reporter's Transcript of Proceedings

Tuesday, October 18, 2022

APPEARANCES OF COUNSEL:

For The Petitioner:

    Law Offices of Douglas L. Rappaport,
    260 California Street, Suite 1002
    San Francisco, California  94111-4360
    By:  DOUGLAS LEE RAPPAPORT,
        Attorney at Law

For The Petitioner:

    Ridder, Costa & Johnstone, LLP.
    440 N. Barranca Avenue, # 7750
    Covina, California  91723
    By:  ERICA JOHNSTONE,
        Attorney at Law

APPEARANCES OF COUNSEL:   (Continued)


For the Respondent:

    By:   KAILIN WANG, (Appearing via BlueJeans)
          In Propria Persona

REPORTED BY:
ROBERT K. BALIAN, CSR No. 5220
PRO TEM COURT REPORTER
SAN FRANCISCO SUPERIOR COURT

SESSIONS INDEX

Page 1 of 1

                                                              PAGE:

TUESDAY, OCTOBER 18, 2022

Morning Session                                                8

Afternoon Session                                             88

Proceedings Adjourned                                        161

INDEX OF PETITIONER WITNESSES

Page 1 of 1

--o0o--

Page:

FOR THE PETITIONER:

███████        STANFORD ███████

Direct Examination   By Mr. Rappaport                    101

Cross-Examination   By Ms. Wang                          131

```
                          INDEX OF EXHIBITS

FOR PETITIONER:                                         ID:      EVD:

DC-1-A    Text History (partially unredacted   139      139
          version of Exhibit DC 1)

DC-5      E-mail mentioning that Ms. Wang      147      147
          delivered ███████████ son on
          ███ 6/2018

DC-6      ███████████ng the family to talk to  147      147
          ███████████ to figure out if he
          ███████-parent, etc.

PT-137    Birth Cirtificate                     68       68

PT-138    Birth Cirtificate as amended          68       68
          4/25/2019

PT-162    Certified copy of Kailin Wang's       73       73
          March 18, 2019, Request for
          Protective Order, filed in Case
          No. 194400734

PT-165    Certified copy of Provo City vs.      75       75
          Kailin Wang, No. 011404594
          (Utah County, Provo)

PT-166    Certified copy of State of New York   78       78
          vs. Kailin Wang, No. 20217-2013
          (N.Y. County, New York)

PT-167    Copy of Spanish Fork City vs. Kailin  80       80
          Wang, No. 171301350 (Utah County,
          Spanish Fork)

PT-168    Certified copy of Temporary           82       82
          Protective Order that was temporarily
          granted in Case No. 194400734

PT-170    Directory for the Menlo Park Police   87       87
          Department
```

INDEX OF EXHIBITS

| FOR RESPONDENT: | ID. | EVD. |
|---|---|---|
| A        Rally report | 153 | 153 |

OCTOBER 18, 2022                                    DEPARTMENT 416

PROCEEDINGS

(On the record at 9:05 a.m.)

THE COURT:  Good morning, to everyone.  Let me make sure, Ms. Wang, can you hear us?  Good morning again to everyone.  Ms. Wang, checking in with you.  Can you hear us?

MS. WANG:  I can.

THE COURT:  Okay.  Good morning to everyone.  Welcome to Department 416.

All right.  It's not my normal courtroom, so we'll try to figure out how to deal with the echo.

MR. RAPPAPORT:  The echo was also at the hearing at -- for the Appellate Court argument.  And so the only common denominator here is Ms. Wang.  So consequently it must be coming from her end.

MS. WANG:  It's not coming from my end, and I have no idea what Rappaport just said about other things, but it's not coming from my end.

THE COURT:  Okay.  Let's see if it persists.  Not happening right now.  Okay.  I'll begin by reminding everyone there is no electronic recording or photography of these proceedings.  Anyone who violates that rule is subject to a $1,000 fine and any other sanctions permitted by law.  That includes any type of screen shots or -- that includes any type of screen shots or photography of the proceedings.

Madam clerk, can you tell us -- can you tell us who is logged in, what screen is screen share?  Someone has a --

MS. WANG:  I'm sorry.  Did you ask me a question?  I'm

sorry, what?

THE COURT:  I did not ask you a question, Ms. Wang.

MS. WANG:  Oh, okay.

THE COURT:  We are getting a lot of feedback though.

MS. WANG:  I don't have any other electronics on.  No.

THE COURT:  Okay.  Can you leave your microphone on?  No feedback there.

MS. WANG:  My microphone is on.  Can you -- can you hear me okay?

THE COURT:  I can.  I'm just trying to run a test to see if I speak when your microphone is unmuted if that made a difference.  It doesn't seem to be corresponding with your microphone.  Okay.  There is a gentleman sitting --

MS. WANG:  Last time the --

THE COURT:  There is a gentleman sitting at counsel table --

MS. WANG:  I mean, if I turn off --

THE COURT:  Ms. Wang, can you hear me?

MS. WANG:  Let me try to turn this off and turn it right back on?  Okay?  Let me.

THE COURT:  Okay.

MS. WANG:  I don't know.  I -- I tried to lower the microphone sound.  The only thing I can think of is the microphone, but Mr. Rappaport is incorrect.  The Appellate Court -- it was actually Justice Pollak that -- where the echo was coming from last time, not me.  So that's -- that's a lie.

THE COURT:  Okay.  I was waiting for you to finish doing what you were doing, Ms. Wang.  I have something I'm going to address with someone other than you right now.

Okay.  There is a gentleman sitting --

MS. WANG:  Okay.

THE COURT:  -- at counsel table.  You raised your hand when I asked who was the person logged on as screen share.  Would you please identify yourself using the microphone?

MR. BRENNER:  Hi, my name is Chris Brenner.

THE COURT:  Thank you.  Spell that, please?

MR. BRENNER:  B-R-E-N-N-E-R.

THE COURT:  First name?

MR. BRENNER:  Chris -- Christopher, C-H-R-I-S-T-O-P-H-E-R.

THE COURT:  Good morning to you.  And --

MR. BRENNER:  Good morning.

THE COURT:  -- your role here today is?

MR. BRENNER:  Assisting Mr. Rappaport and Ms. Johnstone with technology.

THE COURT:  Okay.  Thank you.

And we have someone logged in.  I think that's it. Courtroom clerk, is that you, madam clerk?

THE CLERK:  Yes, Your Honor.

THE COURT:  Thank you.  Appearances by counsel, please?

MR. RAPPAPORT:  Good morning, Your Honor, Douglas Rappaport.

MS. JOHNSTONE:  Good morning, Your Honor.  Erica Johnstone.

THE COURT:  Good morning.

MR. RAPPAPORT:  On behalf of the protected parties who are all -- who are all here in the courtroom.

THE COURT:  Thank you.  You can go ahead and name the people who are in court, please, as protected parties.

MR. RAPPAPORT:  Certainly I will.  From left to right, we

have ████████  ████████  ██████  ████████

THE COURT:  Good morning.

MR. RAPPAPORT:  ██████  --  ██████  ████████

THE COURT:  Good morning.

MR. RAPPAPORT:  ██████  ████████

THE COURT:  Good morning.

MR. RAPPAPORT:  ██████  ████████

THE COURT:  Good morning.

MR. RAPPAPORT:  And  █████  ████████

THE COURT:  Good morning.

MR. RAPPAPORT:  And in the back is Mr. Darrick Chase.  He is also counsel for Mr. ████████ albeit on the custody matter.

THE COURT:  Thank you.

MR. RAPPAPORT:  On the -- previously.  I think he -- but he does have a declaration should we need one here this morning. That's why he is here from his previous work related to the issuance of the subpoenas.

THE COURT:  Thank you.

Okay.  And Ms. Wang is present.  Good morning.

MS. WANG:  Good morning.

THE COURT:  All right.  Let's first address some procedural things.

Okay.  You've made a motion to continue the trial, Ms. Wang?

MS. WANG:  Yes.  I would like to make a record on some points on that motion, if I may.

THE COURT:  Thank you.  I see that that motion or that request has been stated a number of different ways including something that's on my bench right now that appears to not have

yet been filed.  So I'm going to turn to you as to the request to continue the hearing.  And can you start by outlining what are your -- I'm getting some terrible feedback --

MS. WANG:  Yes.

THE COURT:  -- when I talk to you.  Ms. Wang?

MS. WANG:  Yes, yes.  Your -- Your Honor --

THE COURT:  Ms. Wang?

MS. WANG:  Besides the --

THE COURT:  Ms. Wang?

MS. WANG:  I'm sorry.  What?  Yes.

THE COURT:  Do you have a separate microphone at your -- we are getting some terrible feedback.

MS. WANG:  Yes.  I have two microphones because -- see, yes. If I speak -- if I turn one off the problem is the court reporter is going to have an extremely hard time hearing me.  So I do have two microphones on.  But I mean, if I turn one off, I'm happy to.  The court reporter is going to have a very difficult time hearing me though.  So I do have two microphones. That could be but I couldn't think it is.  Would you like me to turn one off?  I can.

THE COURT:  Let's try that.

MS. WANG:  Oh, okay.  Hold on.  Can you hear me?

THE COURT:  We can hear you.

MS. WANG:  Okay.  Yes.  So I have turned off the extra microphone.  Should I continue?

THE COURT:  Yes.  Okay.  What I'm asking you to do, Ms. Wang, is to first -- if you can provide me with the bullet points of what the grounds are of the motion to continue before

you get into the merits of each.

MS. WANG:  Yes.

THE COURT:  And then I'll ask you to go back to point number one and go from there.

MS. WANG:  Okay.  Yes.  So the motion to continue, besides the ongoing criminal cases, et cetera, is new evidence received just Saturday of last week.  Mr. Rappaport has issued a secret subpoena to the San Francisco Police Department, and this was new evidence as well as I received evidence up until last night in the evening from Erica Johnstone, evidence received from the San Francisco police that she plans on presenting today.  So I -- I'm requesting a continuance based on a couple of points.  So I have requested ability to discovery in this case for the past 3.8 years.  Most recently it was denied on September 1st, 2022, under vexatious litigant statute.  So know reason was given about not allowing me to do any discovery, not issuing subpoenas.  Since I haven't been granted any need base attorney fees, I have been forced to proceed in this four-day trial pro se against Douglas Rappaport, Erica Johnstone, expert witness Eric Rasmussen.  All these people are instigators of my two felony criminal cases.  One is People versus Wang, 1901647, as well as they are the ones -- Erica Johnstone and Douglas Rappaport are the ones who reported the felony charges currently pending in State versus Wang in Utah 211100167.  This court, since it's denying my numerous requests to be able to conduct any discovery to properly litigate my case, I've not been able to issue any subpoenas.  ███████ has been allowed to do lots and lots of discovery including secret discovery.  He has been

able to take an eight-hour deposition of Wang.  However, I've been unable to depose him.  The court denied the indigent pro se party the ability to conduct any discovery.  How can this trial be fair?  Not only am I outnumbered, even as a pro se, this court --

THE COURT:  Ms. Wang?

MS. WANG:  -- has issued -- yes.  Yes.

THE COURT:  Mr. Court reporter is requesting that you go slower, please.

MS. WANG: Yes.  Yes.  Apologies.  Where would you like me to start again.  So ███████ has been allowed to conduct an eight-hour deposition of me.  However, I've been denied opportunity to depose Mr. ███████ or any of his 39 witnesses listed.  Mr. ███████ has issued at least -- at least 18 subpoenas, many of them in secret.  And the Court is probably aware, Mr. ███████ has also asked to enter an order against me where he says discovery has been closed since September 23rd, 2019.  And Judge Wiley issued an order to that effect on May -- May 20th -- May 12th of 2021, where she specifically stated both parties need to file a notice motion to issue subpoenas and reopen discovery.  That's what I've always done is file a motion.  They have all been denied.  However, it's just been recently known as of October 15th, 2022, last weekend, that ███████ has been issuing secret unnoticed subpoenas and bringing in new evidence that I just received up until last night.  Besides that, I have not been able to depose Mr. ███████ expert witness, Eric Rasmussen, and he has also been hired by the District Attorney's office in People versus

Wang in case number 1901647. And so I -- I have not been able to issue any subpoenas. Let's see. Discovery has been closed since September 23rd, 2019. That is what Mr. ████ has always argued every time I try to conduct any discovery. As the Court is aware again, the two criminal cases which understandably this Court has a duty to go forward with certain things. However, just looking at the new evidence that they submitted, it appears Mr. ████ is attempting to either get new criminal charges or attempts to get four days of testimony from me for the other criminal cases because a lot of these new pieces of evidence are not in the claims of the allegations he made in the DVRO here. It's actually largely all completely new evidence or new allegations that were not properly submitted on the mandatory DVRO forms, and the 913 as the Court is aware of that cannot make a negative inference. Let's see. Did I get all my points? And yeah. So this -- this Court has put me in an incredibly inferior position, and in the interest of justice I -- that it would be better if I would be able to have an attorney or at least continue the hearing until I'm done with my prelim which is very -- it's coming up very soon. I also have a -- a criminal court hearing today at 12:30. So I'm not sure how long that's going to take. That's for the Utah hearing. And tomorrow I also have a -- a Pitchess motion hearing in the San Francisco criminal court. I have to attend those or there will be a bench warrant. It's just that I'm in an incredibly inferior position, and I have not been able to conduct any discovery. Thank you.

THE COURT: Thank you.

Mr. Rappaport, as to the legal arguments made to ask this Court to continue the trial.

MR. RAPPAPORT:  Thank you, Your Honor.  This trial was originally set three years ago almost to the day.  Discovery did close on September 23rd, 2019.  However, and Ms. -- Ms. Wang never availed herself of -- of taking any discovery previously. However, both Judge Wiley, and I believe this Court, have told Ms. Wang that she has the right and the ability to file a motion to reopen discovery if she wished.  At the last calling of this matter she was also taking umbrage making complaints about petitioner's expert witness Mr. Rasmussen.  And I told her on the record that she is at liberty.  She is free to take his deposition because after we provided an expert witness disclosure to her -- we provided one previously, but in an abundance of caution we -- we did everything again.  We made our disclosure pursuant to this Court's order and pursuant to the Code of Civil Procedure that she could take Mr. Rasmussen's deposition should she have wanted to.  She could have taken additional discovery if she had filed a motion to reopen discovery.  So at this late date arguing that she has had the inability to conduct discovery is disingenuous at best.

Also as it relates to her 5th Amendment, Ms. Wang has had the ability to address this issue.  We had a motion to lift the stay before Judge Wiley.  The Court made an order once Ms. Wang agreed to proceed with this trial.  So consequently by her own agreement this trial is set.  This trial has been set for roughly five months that the Court has set this time aside that petitioner and his family are here to proceed with the trial, a

trial that they have been waiting for for three years.

As it relates to, one, new secret evidence, there is no -- or secret subpoenas, we issued a trial subpoena to the San Francisco Police Department to obtain a police report that Ms. Wang herself filed in order to falsely implicate another man named Walker Stone for allegedly violating a restraining order, completely fabricated, but we asked the -- we subpoenaed the officer to bring the reports, and the reports were sent to me. So consequently, I provided them to Ms. Wang immediately.  It should be no surprise since they are her own statements within that police report.

Secondly is that Ms. Wang had the ability to issue trial subpoenas, and, in fact, did issue a trial subpoena through the petitioner.  But she asked for a witness from the Rally Visitation Center.  We vetted this for -- this issue through the Court.  The Court issued an order saying that she was entitled to issue a trial subpoena which, in fact, we did on her behalf. So consequently, there is no new discovery here.  Everything that was sent to her she has either previously had, and the only new thing that she could say that she did not previously have was a police report where she is the complaining witness.  So there -- there is nothing new here.

The only -- she said she received new evidence last night. The only thing we sent her were illustrative charts that we intend to use.  The evidence has already been provided to her. It's just put on a -- a big board.  That's the only difference. It's just our interpretation.  So consequently, there is -- there is nothing new here.  She has never availed herself of the

opportunity to reopen discovery.

And finally, as it re -- the issue of the fact that she has her criminal case in Utah where she is been prosecuted for issuing forged -- secretly issuing forged subpoenas, she misused the Court's signature according to the legal documents, the information that has been filed against her.

Do you have that?  She --

THE COURT:  To be clear, that's currently an allegation.

MR. RAPPAPORT:  Yes, absolutely.

THE COURT:  Okay.

MR. RAPPAPORT:  Yes.

THE COURT:  Go ahead.

MR. RAPPAPORT:  Is that she -- there has -- there has been a previous order where she is to use File & Serve Express to both file and to serve petitioner because there were so many problems that it came up repeatedly.  She has been violating that order.  And, in fact, flagrantly violated because she filed something with the Court that was not even sent to petitioner.  We only learned about it when she filed another document, and she electronically via e-mail sent it to petitioner.  It's a -- it's a terrible problems because she sends us different documents than the one she actually files.  But she referenced a document that she filed...

THE COURT:  I thought we are getting away from Ms. Wang's arguments to continue the trial.  Please focus on that.

MR. RAPPAPORT:  Yeah.  I'm saying her request to a continuance was not given to us.  But I've learned of it, and I wanted to say that if the Court looks at the document that she

filed, she indicates that she provides a piece of the docket from Utah showing that there is a court date today.  What she omitted from her exhibit, and this is a microcosm of this case, is that she admitted when the case was previously heard.  The case was previously heard in Utah on October 4th, and by stipulation, they continued it today.  She built in her own continuance.  So I don't believe that's good cause for a continuance of this trial.

THE COURT:  Thank you.

Ms. Wang, this is your motion.  I'll allow you a brief opportunity to present any rebuttal argument to what you just heard from Mr. Rappaport.

MS. WANG:  Yeah.  So I just learned of a couple of new things just as of now.  I had no idea of police officers that's related to a different case and a different individual is coming to testify as a witness today.  That's completely by surprise.  This is surprise evidence.  I was never served with this trial subpoena to this San Francisco police officer that is coming today.  I didn't even get the subpoena.  So I have no idea of the scope of what they will be testifying about because it's not related to Mr. ████████ as well as I had no idea -- well, first of all, the -- the exhibits or evidence that Mr. --

Mr. Rappaport subpoenaed with the San Francisco police is actually a limited partial copy.  It looks like it's a different copy than the police report Mr. Rappaport and Erica Johnstone made against me for the 14 felony charges in Utah because they gave an altered different copy of the restraining order for a different man, Walker Stone to them which is different from the

actual restraining order which was granted in my favor, by the way. So I had no idea that this police officer was coming because the subpoena to have her come testify was never served upon me. I have no idea what she is testifying about. All of this is by surprise.

So I'm literally getting notice for new evidence that's going to be presented against me that's not -- none of these things are in the DVRO allegations. And you can't just surprise people, okay, with new allegations without resubmitting a modified copy of the request for DVRO. There is an immense amount of issues related to other people. I have no idea where they got IDs. It's just -- it's insane, and it needs to be kept to the allegations that I'm aware of, the claims that was originally stated, or he is going to have to file a modification. I -- I can't just appear specially pro per with two criminal cases with new evidence and with police officers testifying that I didn't know was going to come testify today whatsoever without an attorney. And just having these people just go wild because -- I mean, it's insane. All of this new evidence that has nothing to do with Mr. ███████ is being brought in. So it would be an abomination for me to like proceed pro se with two felony cases where Mr. Rappaport and Ms. Erica Johnstone made the actual police reports. Okay? So if the Court is letting in any of that piece of evidence they are going to have to be sworn in because I'm going to cross-examine them on the police report they made, the falsehoods, et cetera. So again just -- just now I'm hearing about new evidence that's coming in. And that's why I'm asking

for a continuance.  Plus Mr. ████████ said he wanted me there in person.  I wanted to also ask this because we've always done things by e-mail and things like that.  I know you wanted everything in paper, and we are talking about 20,000 pages of materials.  How would that work, how would we file evidence work under the circumstances.  I did not have the opportunity, by the way, because I filed many, many times to reopened discovery and they were denied without reason.  I'm not sure why.

As far as deposing Eric Rasmussen, I honestly don't have the funds.  I have applied for need base attorney fees --

THE COURT:  Could you slow down, please, Ms. Wang?

MS. WANG:  Yes.  I did not have the opportunity to depose anybody because discovery has been closed like Mr. Rappaport admitted on 9-23-2019.  I have filed several motions to reopen discovery though it's not possible I could have deposed any of his 39 witnesses.  And no, I cannot afford deposing Eric Rasmussen who does not even live in San Francisco nor Utah.

Therefore, I -- I don't have the funds.  I waited, I asked for attorney fees, and since it was denied, I -- if I can't afford it, it's just forbidding me from deposing anyone.  There was no opportunity to anyway because discovery has been closed since 9-23-2019, and I have filed several motions to reopen discovery.  They were all denied.  The most recent one denied was on September 1st, 2022.  And let me think if there was anything else.  And stipulation was DVRO stay would be lifted if a custody evaluation would be ordered.  That would have been handled around the same time as the need base attorney fees.  And so -- so lets say was something stipulated and ordered by

Judge Wiley, but it was mysteriously voided out on 9-15-2022. So no, there wasn't opportunity or notice to properly litigate this case at all, including all of this new surprise evidence that was coming in, and I was never served with a subpoena either.  Thank you.

THE COURT:  Thank you.  Okay.  The Court will now rule on the motion to continue.  The motion to continue on the grounds stated today by Ms. Wang is denied.

I did track the response of Mr. Rappaport today, and the Court has no disagreement with any of the arguments made by Mr. Rappaport.  In addition to what Mr. Rappaport stated, I'll point out that there has been an ongoing argument and allegation by Ms. Wang that the Court has committed fraud against her with respect to a child custody evaluation, that this Court, myself in particular, had no authority to vacate an order or statement about the need for a child custody evaluation.  This was addressed on the record on September 15, 2022, in this case. I'll briefly state now that what is stated on that record suffices for that.  The Court does not agree that there has been any type of fraud conducted on Ms. Wang, and nothing has been submitted thus far, has any persuasive value as to that.  In denying this motion to continue, this Court is addressing only that motion.  So these arguments, Ms. Wang, since they are your arguments, I'll point out to you with respect to any document that is sought to be introduced at this trial, or with respect to any witness that may testify at this trial, my denying your motion to continue does not prevent you from remaking the same types of arguments for other reasons.  It's simply not a ground,

a good cause ground in this Court's view to continue the trial. So your arguments are denied as they pertain to the motion to continue the trial only.

With respect to unavailability concerns, this Court will go in court session from 9:00 a.m. to noon with a 15-minute recess and will go from approximately -- I may modify this, but we tend to go from approximately 1:30 to 4:30 p.m. with a 15-minute recess.

My understanding, based on what you've written, Ms. Wang, what you stated today is that your Utah court appearance tomorrow at 12:30 will not interfere with our trial; is that correct?

MS. WANG:  Today, yes.  Two hearings.  I do have one today at -- so we are one hour ahead of you.  So that's at 1:30.  So it will be 12:30.  Okay?  So 12:30, I think that's when we take lunch.  It may be about an hour.  And then tomorrow I have a Pitchess motion at -- in San Francisco at 1:30 which is the same time as ours.  So today and tomorrow.

THE COURT:  Thank you for correcting me.  Yes.  I have referred -- I mistakenly said wrong -- but with respect to Utah I don't see any scheduling issue for today.  With respect to tomorrow, we can make some accommodation for that.  You'll be appearing virtually for that as well for the Pitches motion?

MS. WANG:  Oh, no.  I will not.  I will be appearing zoom for that.

THE COURT:  Okay.

MS. WANG:  And I think Mr. Rappaport is also attending.

THE COURT:  I think -- I think we are saying the same thing.

Yeah, you'll be appearing virtually is what I said.  Okay.  So we can address that.  And you have counsel for that case, correct, Ms. Wang?

MS. WANG:  I have -- I'm sorry.  I have a what in this case?

THE COURT:  You have an attorney.

MS. WANG:  Yes, I have counsel in that.  Yes.

THE COURT:  Okay.

MS. WANG:  Yes, I do.

THE COURT:  Good.  So here is the plan, Ms. Wang, with respect to tomorrow's Pitchess motion, please.  Tell your attorney to text message you or otherwise e-mail you when it's time for that hearing to happen.  My knowledge of our criminal courts informs me that you will not be the only case on calendar likely tomorrow at 1:30.  If I'm right about that, then maybe you won't start at 1:30, and we could start at 1:30.  But when your Pitchess hearing is about to start, then we could take a break here to allow you to attend that hearing without interruption and then we'll come back to this one.

MS. WANG:  Okay.

THE COURT:  Okay.  Thank you.

MS. WANG:  And -- sorry.  Just -- can I just make a small correction?  I'm not arguing the ruling or anything.  Can I?

THE COURT:  Please.  Yes, please.  Go ahead.

MS. WANG:  Yeah, yeah.  By the way, the arguments -- apologies if I seemed a little rude.  It's been very very difficult arguing against the many many fraudulent allegations on ██████ part.  However, I never stated the Court was fraudulent, by the way, only Mr. ██████ and his counsel.  I

was frustrated with how things were scheduled after some of the hearings were vacated, and there are some legal authorities dealing with previous Judges' orders and anyone coming in. However, I want to make clear that I never said the Court has committed fraud.  Absolutely not.  I'm just frustrated with how things in general go when a pro se is against that many people. So trying to make that correction, apologies if I've been rude in the past, but it's been noted.

THE COURT:  Thank you, Ms. Wang.

Okay.  We are next going to turn to some of the motions in limine that have been filed by Ms. Wang.  I'll turn everyone's attention to the -- I'm going to next address the vexatious litigant request for filing that have come in in this month of October 2022.  So I'll begin with the one that was filed on October 5th.

MR. RAPPAPORT:  Was -- was it served on the petitioner?

THE COURT:  This is the -- it most certainly should have. It's a Court order that I signed and was filed on October 5.

MR. RAPPAPORT:  Yes.  We received that from the Court itself.  Thank you.  We received -- we received the Court's order.

I can't say that we actually got the actual motion, if there is one that was filed because Ms. Wang again doesn't serve --

THE COURT:  I'm sorry.  So, Mr. Rappaport, I'm going to ask you not to do that.  Okay?  Let's not include argument every single time that you address something?  It's abundantly clear that you don't agree with what Ms. Wang has done, what she has said, or how she proceeds.  The same is true for you, Ms. Wang.

It is -- it's not necessary.  This Court is fully apprised of the acrimony that exists right now.  So let's just try to keep it civil.

MR. RAPPAPORT:  Thank you.

THE COURT:  Okay.  So as to this order -- maybe you could mute yourself.  Thank you, Ms. Wang.  That minimizes the feedback.  So as to this order from October 5, I could put this aside for now.  This deals with trial subpoenas at Rally Visitation Services, and I know you have a new objection about the subpoena, Ms. Wang.  And I'm going to defer that issue until the time that that might come in.

So moving onto the order filed on October 12th.  Okay.  I broke this order up into two parts, and the first one, I'll just read this into the record.

"The Court finds that the request entitled 'Request to strike/not allowed ███████ to file nor present nude photos of Wang at DVO trial' is the proper subject of a motion in limine for the trial set to commence on October 18, 2022.  Accordingly, the Court will not set a separate hearing on this request but will instead deal with it as a motion in limine at trial."

So as to that order, Mr. Rappaport, what's your response?

MR. RAPPAPORT:  There -- there is no objection.  We were never intending to submit her fully naked photo.  Her naked photos are relevant in this case because she sends them to various individuals impersonating other individuals including petitioner, but suffice to say --

THE COURT:  There was no objection on relevance, I don't believe.

MR. RAPPAPORT: No. So suffice to say that what we've done is we have redacted the -- the X rated parts. So consequently, they -- they are not nude photos. They are -- her privacy is completely protected.

THE COURT: Ms. Wang, any further comments on that?

MS. WANG: Yes. This again pertains to somebody else. And this is what the police report they subpoenaed is for. It's not related to any allegations with the DVRO here. That shouldn't be coming in at all. However, we can address that when they try to submit that piece of evidence, I guess. However, I think we are set on the redaction part. So I think it's moot at this point, that motion.

THE COURT: The Court agrees that that is moot as a motion in limine. And with respect to relevance, you get to reserve your objections for, if and when that starts to be part of the trial. Thank you. Okay. Moving onto the order filed on October 14th. This brings us back to the issue of the subpoena to Rally. The Court wrote in its order that the merits of respondent's request last objection shall be heard before the commencement of the actual trial on Tuesday, October 18, 2022, at 9:00 a.m.

Ms. Wang, you still have an objection pertaining to the subpoena issued to Rally?

MS. WANG: Yes. I do. As the Court I think ordered petitioner to file the subpoena, and we met and conferred, and I -- I would believe to -- you know, we had an agreement where he was going to issue a subpoena 002 which is for in person appearance as well as to bring documents and related materials.

However, Mr. Rappaport issued a subpoena 001 which only asks for the testimony.  And since Sonia Malera (phonetic spelling) has clearly stated they could only testify about what's in the Rally case reports from September 11th of 2019, without those reports, it would literally make this entire Rally testimony in -- useless.  Therefore, there is no agreement on Mr. █████ issuing a subpoena because it was agreed on subpoena 002 for in-person testimony as well as documents, and he ended up issuing a subpoena 001.  And so that's the issue.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Certainly.  Given Ms. Wang's allegations in Utah that we suggesting that we'd issue the subpoena for her, it's a trial subpoena which she was fully entitled to issue, and our response is -- let me -- let me take a step back and explain the factual background because it's relevant to the Court's decision.

I'm not arguing relevance.  I'm just arguing -- explaining why the subpoena was necessary, is that on September 11th there was a visitation with -- on August 9th, 2019, there was a visitation at the Rally facility where there is an abduction risk which Judge Darwin found that there was.  Rally's policy is that there are no photographs to be taken of the minor.  That on August 13th, a photograph of the minor in the Rally visitation center was sent to Ms. Johnstone with an e-mail that said that the picture was taken in violation of Rally's policies and that the baby wasn't even safe within Rally itself.  We believe that was a threat to petitioner that Ms. Wang would like the -- to call the witness who was at Rally who was supervising the visits

to say that she -- they didn't see her taking a photograph.  I said to the Court very candidly in my reply, I think that's a necessary witness for her to call.  I think that's only fair.  And so the Court issued an order, and the order specifically said, and I'll quote the order, petitioner shall issue a trial subpoena duces tecum to Rally Family Visitation Services directing that the person most qualified to testify about respondent's August 19th -- the Court got the date wrong actually -- 2019 visit with the child at the San Francisco Rally location present themselves to San Francisco Superior Court, Department 405 on Wednesday, October 19th.  We issued a subpoena albeit correcting the date, exactly mirroring the Court's language.  And we did so, and the witness will appear.  Inadvertently, my office or -- sent a draft of the subpoena, a previous draft of the subpoena, to Ms. Wang for her approval, and it did include records.  I didn't realize that we had sent the wrong draft.  It just went past me.  So I notified her that we are sending a subpoena exactly according to the Court's language which we did.  If she is now saying -- and she does have the Rally records for August 9th.  They've --

MS. JOHNSTONE:  I would just like to correct.  It's August 8th --

MR. RAPPAPORT:  Sorry.

MS. JOHNSTONE:  -- 2019.

MR. RAPPAPORT:  Sorry.  August 8, 2019.

THE COURT:  I'm sorry.  Let's back up.  What's the date of the visit?

MR. RAPPAPORT:  August 8, 2019.

THE COURT: Okay. Thank you.

MR. RAPPAPORT: And that's the date -- August 8, 2019. And that is the day we are alleging the photograph was taken. We are not alleging it was taken on any other day. And so the Rally supervisor, the person most responsible who was there on August 8th, 2019, is a necessary witness for Ms. Wang. And so consequently, we issued the subpoena asking the person most responsible who supervised that visit to be in court on the day specified. So we did -- we followed the Court's order to a tee.

THE COURT: The second time around it was a -- it was an SDT002 asking for documents? Is that what I'm understanding that you then corrected it?

MR. RAPPAPORT: Yes. We corrected it to tailor it to the Court's language. And so that's all we did. We just sent out a draft which requested records, and that was our error, and then so I caught that. Actually once I had seen that it went out, I looked at it and saw we sent out the draft. That's not what the Court ordered. So we need to send out a subpoena exactly according to the Court's language which, in fact, we did.

THE COURT: Okay. Thank you.

Ms. Wang, would you like to comment?

MS. WANG: I need to add that this is totally fraudulent. I -- you've got to be kidding me. First of all, the adverse party shouldn't be even issuing any subpoenas. If there is any forgery or whatever, or issues with the Court, they should have issued it themselves.

The civil subpoena, I asked for permission to issue SUVP002 which is for personal appearance, production of documents, okay,

for Rally member to testify. Why? Because the original Rally person who was supervising the visit no longer -- no longer works there. So the Court said the person most qualified. Well, the person most qualified is going to read off what's in the report. They need to bring in the report to certify that.

Mr. Rappaport fraudulently, okay, issued a subpoena where he doesn't include the report. So you're going to have a manager come in to testify without the report. How is this possible? And it is completely fraudulent. First of all, it's completely --

THE COURT: Ms. Wang, Ms. Wang, Ms. Wang.

MS. WANG: Yes.

THE COURT: Please calm yourself, number one, and speak slower.

MS. WANG: Okay.

MR. RAPPAPORT: I think I could short circuit this.

MS. WANG: Okay.

THE COURT: You do not, Mr. Rappaport. Ms. Wang is speaking. Let her finish. Go ahead, Ms. Wang.

MS. WANG: Okay. Again, what was agreed upon with Mr. Rappaport and myself on Sunday, not one of his assistants, was for a subpoena for personal appearance as well as production of relevant -- relevant -- relevant stored information. I'm reading off the subpoena, whether it's production of documents, electronic stored information because the Rally facility has already said they would be reading off the reports. So they would need to bring in the reports to tell the Court what happened that day and to -- and to certify that. And -- and

Mr. Rappaport changed that to for testimony only which the original person who was present two years ago no longer works there, is the person who is most qualified, and she is going to be reading off the basically business records that were prepared near the time of the event.  So those need to apply for proper testimony to be properly admitted or Rally's testimony would be completely useless.

Another note, since a ruling was previously already made on this subject as well, it was sustained because apparently the stalking e-mail was sent to Erica Johnstone, Mr. ██████ cyber stalking internet attorney, and it was also made in a police report to Sergeant Martinez of the San Francisco Police, and because of all of that, nothing came out of it.  It was already sustained.  However, we are relitigating that.  But my point is Sonia Malera, she is going --

THE COURT:  Ms. Wang, Ms. Wang, Mr. Court Reporter is asking you yet again to slow down, please.

MS. WANG:  Okay.  Yes.  So a Rally -- a Rally member most qualified to come testify would need the reports to properly testify as a business record exception to hearsay for a record that was made near the time of the event.  So just her testimony would render Rally as a witness moot, and this has already been argue with Judge Wiley on January 5th, 2022, and these were sustained because of the anonymous e-mails sent to Erica Johnstone which is Mr. ██████ internet attorney.  I don't know why if someone is stalking anyone that it would be sent to her.  Plus the San Francisco Police have already looked into this as well, and since nothing has ever come out of it in the

past three years --

THE COURT:  Ms. Wang?  Ms. Wang?

MS. WANG:  Yes.

THE COURT:  That is not a proper legal argument.  So you've addressed --

MS. WANG:  Okay.

THE COURT:  -- the subpoena issue which is the legal argument that we are addressing now.  Thank you.

MS. WANG:  Okay.

THE COURT:  Ms. -- if you could mute yourself?  What was that, Ms. Wang?  I didn't hear you.

MS. WANG:  Yes.  Oh, nothing.  I said basically subpoena 002 is what I requested for in my request for permission to file.

THE COURT:  That's very clear, Ms. Wang.  Thank you.

Mr. Rappaport, you wanted to short circuit this somehow.  Go ahead, sir.  What were you going to say?

MR. RAPPAPORT:  Certainly.  Is that if the issue is whether Ms. Wang has the August date, 2019 report which she does, and she has included it in filings previously, she has it.  I would like to ask if she has that report because that's the only relevant report here.  And if she doesn't have it, we are happy to ask Rally to bring the report with them.  It's not a problem.

THE COURT:  Okay.  Isn't that what you said that you modified the subpoena to ask Rally to bring that report with him?

MR. RAPPAPORT:  No.  I -- I didn't know what she was asking.  I issued a subpoena pursuant to the Court's order, and I followed the Court's language exactly.  And so that's the

subpoena that went out.  If Ms. Wang's argument is -- is that she doesn't have the Rally report from August 8, 2019, for the supervisor who was there on the date that we are alleging the photograph was taken, if that's the Rally report that she wants, I don't want to prohibit her from having that.  I want this to be a full and fair trial.  And so consequently --

THE COURT:  Ms. -- Ms. Wang?

Let me interrupt you.

Ms. Wang, you want the Rally report in for August 8, 2019, correct?

MS. WANG:  The day is disputed, but yes, that report which is the 9-11-2019 report.  They don't do a one page that day report.  Since the day is disputed, and it sounds like Mr. Rappaport is in agreement all of a sudden.  Yes, it would just be a Rally member to come testify and to bring the relevant report.  That's it.  But as far as the date that's disputed, therefore, we can't just narrow it down to that date.

THE COURT:  Okay.  My understanding is that, Ms. Wang, you want that relevant Rally report, as I'll refer to it, admitted into evidence because it does not contain any statements of you doing something inappropriate at the visit.  So the absence of you doing something inappropriate such as taking a photograph is -- weighs in your favor, and you want that in evidence; am I correct?

MS. WANG:  Yes.  It's -- it's a two-part allegation of Mr. █████

There is an anonymous e-mail that was sent with a threat to Erica Johnson, his private stalking attorney, as well.  So it's

a two part --

THE COURT:  Well, I'm not talking about that part right now.

MS. WANG:  -- in evidence --

THE COURT:  Okay so --

MS. WANG:  Okay.  Yes.

THE COURT:  Okay.  And I understand there is no objection, correct?

MR. RAPPAPORT:  Correct.

THE COURT:  Okay.

MR. RAPPAPORT:  And as to the August 8, 2019, report absolutely no objection.

THE COURT:  Okay.  Ms. Wang, please go ahead and e-mail that report.  I want it coming from you so there is no confusion about what the report says and no question has been altered. Please e-mail that to department416@sftc.org, and copy Mr. Rappaport on the e-mail.

MS. WANG:  Would you like me to do that right now?

THE COURT:  Please do.  That will be our first --

MS. WANG:  Okay.

THE COURT:  -- piece of evidence that's defense or Respondent's A.  I'm sorry.  I just got a note that you're not allowed to e-mail the Court.  Okay.  Can you e-mail Mr. Rappaport, and Mr. Rappaport can confirm that?

MR. RAPPAPORT:  Is she -- is she physically blocked from e-mailing the Court?  There is just a prior order prohibiting her from e-mailing the Court without the Court's authorization. So I'm assuming she has the Court's authorization unless she is physically blocked.

THE COURT: Okay. Well, she can just e-mail that to you, Mr. Rappaport.

MR. RAPPAPORT: Absolutely.

THE COURT: And do you have a hard copy of that?

MS. WANG: I'm going to e-mail both, but as far as the Court order, it's just to not contain arguments in e-mails, not to e-mail the Court at all. So that's appropriately addressed. But I will send because I can't trust Mr. Rappaport. He lies a lot. So I'm going to e-mail Mr. Rappaport and Room 16 right now. (Sic.)

THE COURT: Okay. Please go ahead and we'll -- we'll take it from there. I haven't admitted anything yet until we get into the bottom of whether there is an agreement that that is the report, and then we will move on from that. If you could let us know when you sent the e-mail, Ms. Wang, please. Thank you.

MS. WANG: It has been sent, Your Honor.

THE COURT: Thank you, Ms. Wang.

And you have a hard copy of this, Mr. Rappaport, prepared in one of your exhibit binders?

MS. JOHNSTONE: We do have a hard copy. It's not one of our exhibits, but we have a hard copy that we compare to 115.

MR. RAPPAPORT: We -- we don't have it here in the courtroom. We can produce one maybe at the lunch break.

THE COURT: Okay. Thank you.

MR. RAPPAPORT: Let me wait until I get the e-mail. It hasn't come up yet.

THE COURT: All right. So here is what we'll do. When we

come back from lunch, we'll address that issue.

MR. RAPPAPORT:  Oh, Ms. Wang has sent it.  We can reduce -- reduce it to a PDF and send it to the Court for the appropriate date.

THE COURT:  I'm sorry, what?  What was that?

MR. RAPPAPORT:  Ms. Wang has sent it.

THE COURT:  Yes?

MR. RAPPAPORT:  And it does include August 8, 2019.  So what we are going to do is -- it comes in a 30-page document that Ms. Wang sent.  So what we are going to do is just take the relevant date and put it in PDF and send it to the Court and Ms. Wang so we have it as an exhibit because the other -- the other information is not relevant to this proceeding.

THE COURT:  It doesn't matter.  I appreciate what you're saying, but the entire document as sent by Ms. Wang is what I want admitted.

MR. RAPPAPORT:  Okay.

THE COURT:  And the Court will focus on the relevant portions.  But I don't want the document to be altered in any way.

MR. RAPPAPORT:  Okay.

MS. WANG:  I just want to note, besides the August 8th, 2019, Rally date, there was also an investigation by a Bertha at Rally for that complaint that Mr. ███████ has just mentioned as well as an investigation by Sonia Malera.  So those e-mails are the results of that investigation of Mr. ███████ allegations of this August 2019 Rally photo and threat.  Also would -- I would ask for those to be admitted, and that's why I -- I wanted

Rally to come testify about those.

THE COURT:  Okay.  Thank you for that, Ms. Wang.  That's an important point.  In pretrial motions, including the motion that Ms. Wang brought to file that she attached a message from a Ms. Sonia Malera who is the executive direction or top manager at Rally visitation, Rally Family Visitation Services, at least for San Francisco, so I recognize her name.  I've met Ms. Malera before, so I knew who she was, and I read the e-mail.  My understanding is that from a factual standpoint there is no dispute.  Rally has no information after looking for information to see if there was any report of wrongdoing from Ms. Wang.  It came up with zero information.  And would you agree to that, Mr. Rappaport?

MR. RAPPAPORT:  I would because I think she did it surreptitiously, but yes, I don't think Rally had any -- had any indication that she had taken the photo.  I agree.

THE COURT:  Okay.  And that they looked into it, but they came up with no information.

MR. RAPPAPORT:  I think they -- well, I don't know what they did.  But as far as the report --

THE COURT:  They responded to you.  You wanted them to look into this issue, yes?

MR. RAPPAPORT:  Yes.  And they said that they'd looked into it and they couldn't find any wrongdoing.

THE COURT:  Okay.  That's a fact.

MR. RAPPAPORT:  Yes.

THE COURT:  And that is -- that fact is what you want in evidence, Ms. Wang, correct?

MS. WANG:  Yes.

THE COURT:  Okay.  That fact is admitted.  That is a stipulated fact.  Both parties agree.

MR. RAPPAPORT:  If I may add to the stipulation is that the report also indicates that she was using a phone, electronic device.  Mother held up a phone slightly, and staff reminded her that it was not allowed to take pictures.  Mother replied, oh, no, I'm just changing the video.  So I'd like that also -- so that is on the August 8, 2019, report.  So --

THE COURT:  That's already coming into evidence.

MR. RAPPAPORT:  Very good.  So as long as the report is coming in for that date, then there is a stipulation that Rally supervisor who was there did not view Ms. Wang taking a photograph of the child.

THE COURT:  And that they looked into the issue to see if they could uncover other information and came up with no information.  It's just a fact, correct?

MR. RAPPAPORT:  So stipulated.

THE COURT:  Okay.  So what you're asking, this modification really isn't a modification.  You're saying I reserve the right to make further argument on the point beyond the very limited factual stipulation.

MR. RAPPAPORT:  Correct.

THE COURT:  Okay.  The Court accepts that as a stipulated fact.  So we have got to a point where we don't need anyone from Rally to come testify at this point.  There is a stipulation that Rally looked into this and uncovered nothing.  And no one needs to lay the foundation for the report because the report is

coming into evidence by stipulation of the parties.

I'm going to move onto other motions in limine filed by Ms. Wang, and I'll direct counsel's attention to what was filed on October 17, 2022.

MR. RAPPAPORT:  October 17th?

THE COURT:  Let me know when you are both ready.

MR. RAPPAPORT:  I'm prepared to proceed.

THE COURT:  Actually, you know what, I'm going to divert to something else before we get to that.  That will be the next point.  I know this case exists for a long time.  Okay.  I just remembered another preliminary matter that I need to address, and please inform me, educate me as to whether or not this has been addressed before, and that's a comment to both Ms. Wang and to Mr. Rappaport.  The request for domestic violence restraining order petition that was filed on February 15, 2019 does indeed contain other protected persons.  And on page one we have Teresa ██████ ████████ ███████ █████████ and it goes onto an attachment to list other persons for whom protection is sought. And that includes four additional persons, ████ █████████ ███ ████████    I may have mispronounced this, Inge ███████ I-N-G-E, and Niels ████████ N-I-E-L-S.  One of the mandatory questions on this Judicial Counsel form is whether or not the persons for whom protection is sought live with the moving party.  The primary moving party, that being Mr. ██████████ ████████    And the answer to each is no.  It also asks for the other persons' ages.  And my understanding is that the reason why the Judicial Council form has this is because generally speaking one party cannot ask for a domestic violence

restraining order against other adults -- I'm sorry, in favor of protecting other adults that do not live with them from a jurisdictional standpoint.  Mr. Rappaport, has this issue been addressed before?

MR. RAPPAPORT:  It has not.

THE COURT:  Okay.  Ms. Wang, do you agree that this issue has not been addressed before?

MS. WANG:  It has not been addressed before, and I -- I agree with, you know, if they don't live with Mr. ███████ unless they can individually prove or get their own restraining orders, they should not be on there.

THE COURT:  Mr. Rappaport, and I know that a couple of times maybe that I've presided over this case, maybe only once live, but on the tentative rulings, I always -- you know, the focus was Mr. ███████ ███████ as the lead.  So I did pull this up, and you know, and see -- and of course, everyone is present here today.

What's your position as to whether or not the Court should be going forward with the additional adults, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  Our position is that the Court has absolute legal authority to protect anybody in the family that has been harassed, antagonized, their peace has been disturbed, there have been threats made to them.  And so consequently, at the time the facts have changed is that a number of the people now do live or did live together at least on a part-time basis. The grandparents, Inge and Niels, they reside in Denmark, and so they do not reside here.  However, they have been threatened and harassed as well, and that is part and parcel of Ms. Wang's

stalking is it involved the whole family here.  And so consequently the law is that I think they could be included as protected parties and --

THE COURT:  Okay.  I'll need you to brief it.  Brief that issue, and we'll come back to that.  We don't have to address this today.  But I'll take a brief by tomorrow morning on -- on the issue.

MR. RAPPAPORT:  From both parties, Your Honor?

THE COURT:  Yeah.  Absolutely.  If, Ms. Wang, you want to brief the issue as well, you certainly can.  The brief is as to whether or not the scope should include adults that do not live in the home who do have the right to bring their own request for civil harassment which is separated from the domestic violence by way of the relationship between the parties.  So it's a -- it's a legal brief as to the scope of the hearing and the scope of the requested protection.  Do you have any questions about what I'm asking, Ms. Wang?

MS. WANG:  No.  I would like to brief that.  However, Your Honor, when you do speak, I -- I believe it's cutting in and out.  There -- there is some sort of back and forth.  Did you say we are going on break anyway's?  We could just talk about that later.  I'm just having a hard time.  I can hear Rappaport just fine.  But with you, Your Honor, you're -- what you're saying cuts in and out.  So but from what I heard, yes, you want a -- yeah, I would like to brief the issue.  Absolutely, I would like to brief the issue.  I believe I objected on -- in my trial brief anyway's, but if we can, that would be great.  I would like to address all of those individuals that want to be added

on there.

THE COURT: Okay. So I didn't say anything about a break per se. I don't think I said that.

MS. WANG: Okay. I heard incorrectly.

THE COURT: Yeah. No problem. There is less feedback if you mute your microphone there. I saw you just did it. Thank you. So what I said is that this is something that doesn't have to be addressed today. I'll take a brief by tomorrow morning on the issue. Okay.

MS. WANG: Okay, yeah. But it's not addressed today.

THE COURT: Thank you. I'll next turn to the issue of trial briefs actually since Ms. Wang just reminded me of a separate issue. Trial briefs are not evidence. There are objections that were lodged by Ms. Wang as to petitioner's trial brief. Those objections are all overruled, not because of the substance of what you made in the arguments, Ms. Wang, but because a trial brief is mere argument. The Court is not taking anything that has been put into the trial brief as evidence. Moreover, this is not a case where the Judge is coming in cold to the -- to the case. There has been numerous pretrial motions given the volume of the case as well. I did spend a substantial amount of time with the case to try to inform myself of what has happened up to this point as was mentioned earlier. I'll mention it today.

From the very moment that this case was set for October 18, 2022 it was actually assigned to me. It was going to be a special assignment, and at the time I later became the Judge for all purposes. That's just background. So the trial brief, it's an argument. I need to see what the evidence is to understand

what that argument is.  I'm not focused on petitioner's trial brief.  I'm not going to consider the trial brief.  I appreciate the desire to give me a roadmap.  I don't feel like I need a roadmap right now, number one.

As to Ms. Wang, your trial brief, that's also not considered for the Court.  And that has a similar perspective, but it has another layer to that one, and that is that in the trial brief, I -- there is many objections, many, many complaints which you're entitled to make.  But it's -- it's a little bit confusing as to what is the trial brief, what is a motion for continuance, and what are other general complaints about how the process has gone.  That I could deal with.  I could, you know, track the issues, no problem.  The problem is problematic from an evidentiary standpoint, is that I am unaware as to whether or not you will testify at this trial.  Yes, the trial brief has a lot of I statements, statements as to what you had done, your position.  And -- and that would not be permissible.  It would not be permissible for someone who doesn't testify to then make I statements of fact as opposed to arguments on the evidence.  So that trial brief won't be considered either.  This does not in any way implicate or reduce anyone's ability to make closing arguments once the evidence has been made about what the evidence shows or how the Court should consider the evidence that comes in.  Moving onto -- going back to October 17, 2022, the motions in limine filed by Ms. Wang.  Okay.  Beginning at page one.  Okay.  That very first argument has already been ruled on.  It was the first thing we addressed.

Mr. Rappaport?

MR. RAPPAPORT:  Yeah.  I don't think these were ever served. We -- we got some that were sent on which date?

MS. JOHNSTONE:  October 3rd are the motions in limine that I have.  Are there others?

THE COURT:  One second.

MS. WANG:  I agree that I -- I didn't file one on the 17th. Sorry.  That must be Mr. Rappaport's opposition.  I did file one on the 4th of October.  That was served.  But Mr. Rappaport, I believe, filed one recently with his opposition of some sort. It's not mine.  It's his.

THE COURT:  Okay.  Give me one second, please.  There was -- in our court docket you should see that there was something filed on October 17, 2022.  It is entitled additional support, supporting motion in addition to declaration/arguments contained in notice of intent to file for a continuance or stay.  So I'm just addressing this as to the first -- do you not have that, Mr. Rappaport?

MR. RAPPAPORT:  Let me -- I didn't realize.  Let me -- let me take a look because we did get something here.

MS. WANG:  Your Honor, I think you've addressed that earlier.  That was solely since you already made a ruling on the request for continuance date.  The only other part is the San Francisco Police Department secret subpoena issue, and you said you were going to address that as that comes in.  So it could be moot at this point if Mr. Rappaport agrees.

THE COURT:  Do you have that in front of you, sir?

MR. RAPPAPORT:  I -- I think so.  This is --

THE COURT:  I agree with what Ms. Wang just said, but I

don't want to rule without you seeing what I'm seeing.

MR. RAPPAPORT:  Yeah.  This is -- it's entitled "Additional supporting motion in addition to declaration/arguments contained in notice of intent to file for a continuance stay."  Is that what the Court is referring to?

THE COURT:  Yes, sir.

MR. RAPPAPORT:  Okay.  I didn't realize this was a motion in limine.

THE COURT:  If you read -- if you get into the document itself, it starts reading like motions in limine after the highlighted text.  If we turn to page -- it starts at the footer at the bottom.  That's how I interpreted it.

MR. RAPPAPORT:  Of page?

THE COURT:  Of page eight going into page nine.

MR. RAPPAPORT:  Okay.

MS. WANG:  Yeah, I -- I don't believe that's really a motion in limine.  That's just some of the -- some of the things I will be addressing one by one as we get through the -- the several thousands of pages of business records that have been subpoenaed.  I'm sorry.  That's not supposed to be a motion in limine.  There is only one motion in limine I believe I filed which is on 10-4.  This was a motion to continuance complaint about the surprise S.F.P.D. evidence I received on Saturday and some other arguments I wanted the Court to be aware of because it is very business internet records related, but it's not a motion in limine.

THE COURT:  Okay.  So ordered with respect to the continuance motion that has been ruled on with respect to issues

and objections to evidence that's going to come in.

There are two ways of dealing with that, and I'm just trying to afford the maximum opportunity for Ms. Wang, for your position to be heard.

One is for the Court to make rulings at the outset, and another one is to address things as they are -- are presented. And I do agree that this particular issue as to S.F.P.D. documents that might come in that may be a surprise to you or may not be the same as, you know, you knew before, or may not have had proper evidentiary support, those are the types of things I would rather take live.  So that's my ruling.  Without prejudice we are going to move on.

The motions in limine filed on October 4, 2022, by Ms. Wang. It's entitled "Motion in limine number one," although there are several.  Okay.  The first one is a motion in limine to exclude all documents, exhibits, and testimony pertaining to the UCCJEA jurisdiction of either the California or Utah Court.

Mr. Rappaport.

MR. RAPPAPORT:  Yeah, I think we should address this on a case by case basis.  I don't really anticipate anything coming up related to the UCCJEA proceedings, though there are potentially some issues of perjury that Ms. Wang had testified falsely under oath in that proceeding.  That may arise.  So but generally speaking, we are -- we are not addressing UCCJEA.  But I believe it would be best addressed on a case by case basis during the course of the trial.

THE COURT:  Okay.  Ms. Wang, I'm not going to ask for further feedback on that because I'm going to grant your motion

in limine.  I'm going to call these number one.  So number one begins at line 15 on page two.  So that's granted.  And it's granted without prejudice for you, Mr. Rappaport, to try to bring in any other evidence for a different purpose.  The determination that a Judge made as to the home state of the child, that's not at issue at this hearing specifically.

MR. RAPPAPORT:  Completely agree.

THE COURT:  Okay.  As to category number two, all documents, exhibits, and testimony relating to who should have custody of the child or the terms of visitation.  Mr. Rappaport, do you agree?

MR. RAPPAPORT:  That is not an issue in this case, in this proceeding.

THE COURT:  So you do agree.

MR. RAPPAPORT:  I do for this trial, yes.

THE COURT:  Thank you.  Motion in limine number two by Ms. Wang is granted.  Category number three, all motions, documents, exhibits, and testimony relating to adding the child case to -- to the DV order.

Mr. Rappaport.

MR. RAPPAPORT:  Yes.  I think that is best addressed at the conclusion of the evidence.  That's a determination the Court may or may not have to make, and so I don't believe this is an appropriate motion in limine which structure the presentation of the evidence, not ultimately the Court's ruling.

THE COURT:  How would Ms. Wang prepare for this hearing with respect to the possibility of her child being added as a protected party?

MR. RAPPAPORT:  That may be an argument, but I don't know what the state of the evidence will be in this trial.  And so I think this is an argument that is best reserved after the presentation of the evidence.

THE COURT:  Ms. Wang, do you wish to be heard?

MS. WANG:  Actually, no.  I object to that.  What is it called.  I think, Your Honor, I don't know if you remember on 9-15-22 you addressed this very very clearly with I -- with the understanding, yes, the DVRO implications of Family Code 3044 that the child and things about adding to the child was -- was not going to be addressed at this hearing would -- with acknowledging that, yes, the DVRO will affect issues of child custody, however, no.  Adding the child, this -- then it turns into a child custody visitation hearing, and since the Court says I could potentially get fees for that, but not at this DVRO hearing, we will stick to the allegations made on 2-15 at 2019. He has never modified or attempted to try to have a child on there.  That changes the scope of this entire hearing.  There wasn't any notice.  No.  Absolutely not.  I'm not prepared for that, and I'm pro se against this many attorneys.  No.  He should have said that on 9-15-2022, and then Your Honor could have made a better decision as far as a need base fees on issues of child custody and visitation because that's what would make this hearing into if we were going to add the child on there by surprise at the end of the hearing.  I object.

THE COURT:  The motion in limine under category three brought by Ms. Wang is granted.  There shall be no argument or testimony that the child should be added to the domestic

violence restraining order at this late in the proceedings, in the process of this case.  I agree that it's a fundamental notice issue.  I have to -- I agree in part with Ms. Wang about the fact that that would make this more of a custody related proceeding.  That much I agree.  But it's important that I point out, Ms. Wang, it -- I think the record will speak for itself. The motion for attorneys fees the Court found it also defective, right?  So it's not only this DVRO trial is -- has a limited scope.  It's also that the prior motion for attorneys fees was defective, and I invited you to do your best to find an attorney that would help you fix that to bring that up.  So I'm just making a distinction there.  It's not only because the case is not added to this DVRO.  It's also because the Court awaits a properly brought attorneys fee motion.  I'll move on to the next motion in limine.

Category four is at the very last line of page four.  All documents, exhibits, and testimony relating to the kill baby post -- the "kill baby" post allegedly made by Wang.

Mr. Rappaport?

MR. RAPPAPORT:  There is going to be -- unless it's raised by Ms. Wang herself, we are not presenting any evidence related to that.

THE COURT:  Yeah, I thought that was already addressed.

MR. RAPPAPORT:  I believe it was.

THE COURT:  Thank you.  That motion is granted.

Ms. Wang?

MS. WANG:  Yes.  Yes.  That -- that -- I believe that was already addressed, Category four.

THE COURT:  Correct.  I'm going through your motions in limine again.

Okay.  Category five begins at line three on page seven. This is a motion in limine to exclude --

MS. WANG:  I think that --

THE COURT:  Go ahead, Ms. Wang.

MS. WANG:  I was going to say that one is -- that one you can address by a case by case scenario.  But we can do Category six and seven -- sorry.  Actually no.  Let's -- I'm sorry.  Yes.  Category five.

THE COURT:  You do want the Court to address this as a motion in limine; is that what you're saying?

MS. WANG:  Yes.  Yes.

THE COURT:  Okay.  Category five seeks to exclude all documents, exhibits, and testimony relating to posts alledgedly made by me, that's Ms. Wang, on public blogs and web sites not addressed to any of the protected parties because they are protected by my first amendment right to "free speech."

Mr. Rappaport.

MR. RAPPAPORT:  Okay.  Has the Court read our brief on this issue?

THE COURT:  I have.

MR. RAPPAPORT:  I think our brief really talks about there is absolutely no Constitutional right to harass, terrorize, and threaten people.  And if Ms. Wang is stipulating that she actually made the posts, but they are protected by her free speech, then I think we can talk about that.  But at this point, there -- there is not even any evidence that she made these.  So

consequently we need to present that evidence to the Court to establish it was Ms. Wang, first and foremost.  If she would like to say that these are her posts then she has a first amendment right.  Otherwise, she has no standing to alleged first amendment at this point to begin with as a threshold issue.  And then secondly, Judge Darwin looked at this very issue and found that the posts were indeed actionable.  And this very -- you know, this is the law of the case quite frankly is that this very issue was raised.  Ms. Wang hired an attorney to prevent disclosure of the identity of the person who was sending these posts.  The argument that was being made was by a first amendment attorney, Karl Kronenberger, (phonetic spelling) I'll spell that in a minute, that -- and he raised the issue of first amendment.  Judge Darwin looked at the posts, found that they were actionable, that they were not protected by the first amendment, and did not quash Ms. Wang's subpoena -- did not grant Ms. Wang's subpoena -- Ms. Wang's, excuse me, motion to quash.  And so consequently, as stated in our brief, it's a complicated issue.  No one is asking for prior restraint here. Her -- her arguments really go to prior restraint.  No one is asking for prior restraint.  And ultimately, that's an issue of what this Court rules and what order this Court fashions after this hearing.  But as to excluding evidence because they are protected by her first amendment right, one, there is no standing, and two, the first amendment does not allow you to terrorize, threaten, or otherwise harass or disturb the peace of the protected parties.

THE COURT:  Thank you.

Ms. Wang, any comments in response?

MS. WANG:  Well, we'll just take that one by one then, you know.  He has his arguments.  I -- I guess it's up to the Court to determine context.

THE COURT:  Thank you.

Category five, the motion in limine is denied.  In addition to the arguments that Mr. Rappaport made that I do find persuasive, each of them, this Court is required to look at the totality of the circumstances.  There is an abundance of case law in the State of California on that.  It still has to be relevant in evidence that is legally sound, of course.  But the totality of the circumstances in a domestic violence restraining order case or any case where the Court is tasked to find whether or not there has been intimate partner abuse of any sort is critical to the analysis.

Moving onto category number six, an exclusion of all documents, exhibits, testimony relating to the financial condition of Ms. Wang.

Mr. Rappaport.

MR. RAPPAPORT:  Yes.

THE COURT:  Do you agree?

MR. RAPPAPORT:  I -- I agree to 90 percent which is this: Is that her financial records to a very limited degree are relevant here in that she is alleged to have used her own credit card to create an account using Mr. ██████████ personal identifying information and to obtain his financial records. And that credit card number is the same number that she is alleged to have used at a hotel where she stayed.  So as it

relates to that, it is very limited.  And otherwise, we are not raising her financial condition because we don't believe it's relevant without -- you know, unless Ms. Wang opens the door, there -- there is going to be no testimony other than really that related to her financial background and condition -- and -- and status.

THE COURT:  Ms. Wang?

MS. WANG:  I am unaware of me applying for credit cards under Mr. ████████ name.  I -- I'm unaware that I've been charged with that or ever accused of that.  I don't think it's relevant, however, yeah.  It's -- my financial condition is irrelevant to this hearing, but I do assume, of course, that the Court is going to take judicial notice of the ongoing criminal case.  So it's not related because -- I mean, Mr. ████████ submitted like 40 exhibits of credit card statements that has nothing to do with Mr. ████████ from a deposition in 2019.  Also my pregnancy records, et cetera.  That's a lot of stuff that shouldn't be coming in that's not related to the DVRO.  So I'm only arguing that anything that's related to the DVRO could be argued, but anything in addition that's only related to me and separate from Mr. ████████ shouldn't be coming in at all.  So...

THE COURT:  Thank you.  The motion in limine category number six is denied.  The Court does not find it appropriate right now to make a blanket exclusion of any and all bank statements, credit card statements, et cetera, and I'll trust that the relevance will be narrowly tailored to this hearing if these documents should come in at all.

Moving onto category number seven, motion to exclude any

documents, exhibits, and testimony which refer to past or pending criminal proceedings involving Wang or may lead to the criminal prosecution of Wang.

Mr. Rappaport?

MR. RAPPAPORT:  Yes.  There are a number of requests within that request.

THE COURT:  There are.

MR. RAPPAPORT:  Let me address past criminal proceedings, is that for the Court's background and edification is that Ms. Wang --

THE COURT:  Can I -- can I assume that you disagree with this motion?

MR. RAPPAPORT:  I do.

THE COURT:  Okay.  One second.  Go ahead.

MR. RAPPAPORT:  Certainly.  For -- for the Court's edification there are a number of prior criminal cases. Ms. Wang was prosecuted in Utah in approximately 2000, 2001 for domestic violence.  That Ms. Wang was prosecuted in the state of New York in roughly about 2017 -- '13 -- thank you -- 2013.

THE COURT:  Mr. Rappaport, I didn't mean to cut you off. I'm aware.  So what -- what's the issue?

MR. RAPPAPORT:  Certainly.  They are admissible for a number of reasons.  They are admissible to show common scheme and identity.  Ms. Wang is denying that Mr. -- that -- she is denying that she made these posts.  She is alleging at least in her papers that she was somehow impersonated.  Impersonation is an issue that was raised in her prior criminal cases, that the conduct is very very similar if not identical in prior criminal

cases.

THE COURT:  Thank you, Mr. Rappaport.  I think you've established the response.

MR. RAPPAPORT:  Thank you.

THE COURT:  Ms. Wang, anything else?

MS. WANG:  Yeah, I think that Mr. Rappaport was answering that about that category as well as one that's towards the end about Walker Stone and Rory Will, (phonetic spelling) and I wanted to address that separately.  So yeah, that's it.

THE COURT:  The motion in limine for category number seven is denied.

Moving onto category number eight on page 11 at line 18. Motion to exclude all documents, exhibits, and testimony relating to my physical or mental health or mental -- excuse me, or medical records, including before and after the pregnancy with my son, during the pregnancy, and subsequent to the birth of my son.  I'm giving that as a category headline.  That is Ms. Wang's motion.

Mr. Rappaport?

MR. RAPPAPORT:  I don't -- I don't anticipate raising any evidence related to her physical health or -- or potentially mental health.  But it's certainly an issue in the trial.  So what I'd ask is -- is that we just reserve ruling on that, and let's handle it on a case by case basis should it arise.

THE COURT:  Ms. Wang, any comment at this time?

MS. WANG:  Yeah.  They have submitted a bunch of exhibits of my pregnancy records, and it was noted in the trial brief in Mr. ████████ that they could bring in an expert to talk about

my fertility, how I scammed Mr. ███████ into impregnating me. I ask for that stuff not to come in because those weren't allegations made in the DVRO filed on 2-15-19, and they are irrelevant, my pregnancy records, things like that.  So I ask for a decision on that because it's irrelevant.

THE COURT:  Thank you.  Motion in limine for Category eight is denied as a blanket objection.  The Court will take these issues on a case by case basis.

With respect to the mental health of -- as stated in this motion in limine, it -- it's quite broad.  The Court appears to take evidence, and I'm not sure what the evidence may be on -- on those points, but we'll address them one by one.  The Court is aware that there is a dispute as to the role of the parties with respect to conceiving a child.  Ms. Wang on one hand accuses Mr. ██████ of, you know, fraudulently or secretly removing a condom, and Mr. ███████ has an opposing view with respect to how Ms. Wang may have manipulated her fertility. Those are things that are properly discussed and addressed in the context of the trial, excuse me, as opposed to a motion in limine in advance.

I'll move onto category number nine.  This seeks to exclude all documents, exhibits, and testimony regarding the child, the child's health or medical records.

Mr. Rappaport?

MR. RAPPAPORT:  The child's health is -- has significant concern in this case.  The threats were to harm the baby, that the baby was sick.  You know, the baby while in her custody was either sick or injured or in the hospital.  But we don't --

those were -- as it turns out, those were just threats.  So those actual medical records are not at issue here.  We don't anticipate bringing in his medical records.  I'm just reading her -- her language to make sure I addressed all the relevant points.  Yeah.  The fact that she may have subpoenaed his -- his records inappropriately is an issue.  But as it relates to the child's actual medical records themselves -- there is -- oh, wait.  There is something.  Is that Ms. Wang, when she issued subpoena to get the medical records, included a copy of a New York identification card and/or her Utah driver's license, those identification documents are relevant in the trial.  So while they come from a multitude of places I don't want to be prohibited from presenting those to show that, in fact, that was Ms. Wang's identification.

THE COURT:  Thank you.

Any further comments on this as a motion in limine as opposed to something that can be addressed later, Ms. Wang?

MS. WANG:  It can be just a dispute and everything, just that it can be addressed by a case by case scenario.

THE COURT:  Thank you.  So this response that you just gave sounds to me like you're withdrawing the -- the motion in limine; is that accurate?

MS. WANG:  I'm sorry.  What about my motion in limine?

THE COURT:  It -- it sounds based on what you just said and the way that you said it, it sounded like you're withdrawing this request for this motion in limine to exclude.  Am I correct or not?

MS. WANG:  I -- I'm not withdrawing to exclude.  I guess

reserve issues, I mean...

THE COURT:  Okay.  Not a problem.  I just wanted to understand what your comments meant.  The motion in limine is denied, and any issues regarding this can be addressed or reargued at a later time, if necessary.

MR. RAPPAPORT:  May I put this on the record, and perhaps this is my own paranoia?  So I give that caveat to the Court.  But Ms. Wang continues to look left during between the Court's rulings and any time where she is not directly speaking to us.  It appears that she is looking at a screen and/or from the reflection in her glasses, although it's very difficult for me to tell.  But suffice to say that given the time she doesn't sometimes hear what the Court is saying, and she needs to be caught up to the issue, it appears that her attention is divided.  I only say that so we could look and keep an eye on this issue because if Ms. Wang is communicating with another party that should just be placed on the record.  I just say that now in an abundance of caution and given my own paranoia.

THE COURT:  Thank you.

Ms. Wang, do you care to address that?

MS. WANG:  Yes.  No, I'm looking at my computer as I'm supposed to because I'm not testifying right now.  I don't know what the problem is.  Just like Mr. Rappaport writing my public defenders falsely accusing them of appearing today for the hearing and writing District Attorney Donald A. Du Bain and Rebecca Wagner last night, the attorneys prosecuting me, asking them to all show up at this hearing.  So, again, I'm really sick of these false allegations.  There has been multiple threats to

my Public Defender.  I am looking at another screen right now as I'm supposed to, but no one is advising me on anything.

THE COURT:  Thank you.  That reminds me of yet something else.  So there was no request made by Mr. Rappaport to the Court.  It was something he wanted to put on the record.  So I'll leave that at that.  That reminds me that in support of a motion to continue, there was a declaration by a Public Defender.  And that declaration is not considered by the Court. I did read it, and by the time I got to the end, it appeared to me that it was the Public Defender's or the attorneys' feeling about what should happen here, and that's just not something that is proper evidence of what someone else feels about what should happen.

MR. RAPPAPORT:  It does raise an issue though, Your Honor, and it's an important issue that should be addressed.  If we are going to ask the Court to -- to admonish Ms. Wang about her 5th Amendment rights, because she -- she did say, in fact, that the issue related to identity theft was not being prosecuted.  In fact, that is inaccurate.  She is being prosecuted for felony identity theft.  So I just want this Court to admonish her about the 5th Amendment right because it is so fundamentally important for her.  And so I think it's -- you know, I just wanted it to be on the record.  And in order to avoid any issues related to her 5th Amendment, I sent her own attorney information that this case was being heard today in this department, and that she could view the trial if she needed to, and because she raised issues of the 5th Amendment in her declaration.  And so I wanted to give her the opportunity to know where and when the trial was

so she could address that issue should she felt it be appropriate to do so.  So I just want to put that on the record.

THE COURT:  Thank you, Mr. Rappaport.

So I agree that that's part of what the Court should do, and I plan on doing that as soon as I get done with the motions in limine because I myself have a question right now as to whether or not Ms. Wang will testify or not.

Let me turn next to the motions in limine filed on October 3rd on behalf or Mr. ████  One second, please.  Okay.  Three separate motions.  These motions all pertain to what would happen if Ms. Wang seeks to testify and to introduce documents or other evidence at trial.  So the Court is going to defer on these motions in limine if and -- to the point where we know where that stands.  And since we will begin in typical fashion with the petitioner's side of the case, that gives a little bit of time to do that.

Okay.  So Ms. Wang, you do have the right against self incrimination as you yourself pointed out that is something that is not hypothetical.  It is something that is actual because you are currently being prosecuted for some of the actions that you're accused of in this very case.  The Court, given the history of this case, the fact that it was filed on February 15, 2019, the fact that this has caused a lot of turmoil to all parties involved, including the child, with respect to the parties not knowing, is there going to be a restraining order against Ms. Wang, is there not going to be a restraining order against Ms. Wang?  What will that mean?  Ms. Wang herself has argued what the restraining order should mean to her parenting

62

time and her rights as a parent, and this continues to be an unresolved issue.  So in addition to the fact that this trial was stipulated by the parties, the Court finds that there is an overwhelmingly high degree of weight on the side of moving this case forward.  The Court notes that there is no statutory mandatory stay.  These are issues that are before the Court, and the Court has a say into the order of the proceedings.  And this Court has decided that it is appropriate for the case to move forward.  Having said that, going back, you do have a right against self-incrimination.  You should know that anything you say at this trial can be used against you in the current criminal prosecution and any pending investigation that might exist here in San Francisco or elsewhere.  And if you do choose to testify, you would be waiving that right.  You should -- do you understand that you have a right against self-incrimination, Ms. Wang?

MS. WANG:  I do.

THE COURT:  Do you have any questions about your right to remain silent at this trial?

MS. WANG:  No, not currently, but it may arise as we go along.  But yes, I just want to state on the record as the Court is aware of Evidence Code 913 and that certain inferences and -- it depends because they are going to be very very evasive, and they are going to try to question all sorts of things to get new criminal charges.  And this just can't be turned into a circus, allegations that were originally, timely disclosed, those are appropriately litigated here.  New allegations, surprise things are not appropriate as long as the Court keeps that -- that --

the best it can, I think -- I think it could go full day, yes.

THE COURT:  Am I correct that you've talked to your criminal defense attorney about this domestic violence restraining order hearing?  Not what you said --

MS. WANG:  Not -- no.  She is not representing but --

THE COURT:  I'm not -- I'm not asking you what you said. But you filed --

MS. WANG:  I'm sorry?

THE COURT:  I am not asking what your attorney may have said to you, to be clear.  Okay?  But your attorney filed a declaration in support of your motion to continue.  That tells me that you have talked to her --

MS. WANG:  Only because she deals with Rappaport, yes.

THE COURT:  All right.  That tells me that she is aware of this hearing, correct?

MS. WANG:  Yes.  She is aware of it.  But she is not helping me with it, and Mr. Rappaport already threatened that he report her to the bar if she was helping me with my civil case and she is not.  However, there has been a threat, and I just want to make that clear she is not helping me whatsoever with the civil case.  She is only related purely to issues related to my 5th Amendment right in the ongoing criminal case in which I'm being currently prosecuted.  She has no other role.

THE COURT:  Thank you.  So for the record, and for your information, Ms. Wang -- for that matter, for your -- for everyone's information, I'm not getting myself involved in the scope of a Public Defender's work, and you know, whether or not someone is doing something outside the scope of their state

mandated role.  So that's just not an issue before the Court.  I -- I heard Mr. Rappaport bring up a concern.  I heard your response to that concern, Ms. Wang.  But to be clear, it's not that I'm deferring ruling of some sort.  It's just not something I consider that's for me to address.  Okay.  Ms. Wang, my question next then is do you plan on testifying at this trial?

MS. WANG:  I do plan on testifying as long as I can invoke my 5th on certain related things in criminal proceedings as well.  We'll take it by a case by case scenario.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Yes.  I think that she absolutely has a right to take the 5th.  I think she has a right to testify.  I'm glad to hear that she has had conversations with her criminal counsel about this issue and that she certainly can testify.  However, one thing she cannot do is make affirmative statements on direct but then invoke the 5th on cross-examination on those subject matters.

THE COURT:  Very good.  Okay.  At this time we are due for our morning recess.  We will take a 15-minute recess at this time and return just about 11:10.  Thank you.

MR. RAPPAPORT:  Thank you.

MS. JOHNSTONE:  Thank you.

(Off the record at 10:54 a.m.)

(On the record at 11:14 a.m.)

THE COURT:  We are back on the record.

Ms. Wang, are you with us?

MS. WANG:  I am, Your Honor.  I am -- I'm present.

THE COURT:  Okay.  Very good.  Thank you.

MS. WANG:  I can't see the Court, so I don't know if the camera is off.

THE COURT:  It looks like everyone else can see me, Ms. Wang.

One second, please.  Ms. Wang, do you see me now?

MS. WANG:  Yes.  I can.

THE COURT:  Okay.  Very good.  Okay.

Ms. Mancilla, when you're ready if we can have both Ms. Wang and Mr. ██████ ████  sworn in, please?  Where did he go? We'll do that when he comes back.

I'm next going to address the request for judicial notice filed by petitioner.  This was filed on October 13, 2022.

Ms. Wang, do you have that in front of you?

MS. WANG:  Yes.  Did -- did you want to start now?

THE COURT:  Yes.  I'm going to start with this document now.

MS. WANG:  Okay.  I -- I'm going to pull it up.  But from my understanding is I will object to the entire thing unless there is a declaration under penalty of perjury that these are true and correct, then we can go one by one.  But I object on lack of authentication.

THE COURT:  Okay.  So let's go one by one.

Are you ready, Ms. Wang?

MS. WANG:  Yes, I have the one pulled up updated exhibits -- okay.  Yes.  I do.  I do have it.

THE COURT:  Okay.  We'll start with the first request is as to petitioner's Exhibit 137, the child's original certificate of live birth.

Mr. Rappaport?

MR. RAPPAPORT:  Yes, Your Honor.  It's an official record.

THE COURT:  What's the relevance?

MR. RAPPAPORT:  It is that Ms. Wang changed the name on the birth certificate to eliminate Mr. ██████████ name, and so the birth certificates, both the original and the modified one are relevant.

THE COURT:  Mr. ████████ ████████ is now present.  Let's take a moment to have Ms. Wang and at least Mr. ████████ -- ████████ ██████ sworn in.

THE CLERK:  Please stand and raise your right hand. Ms. Wang, will you please raise your right hand?

THE COURT:  Can they hear you?  Can you hear her?  Okay.

████████ ████████

having been administered an oath, was sworn as a witness and testified as follows:

KAILIN WANG,

having been administered an oath, was sworn as a witness and testified as follows:

THE CLERK:  Thank you.  Please state your name for the record starting with Mr. ████████

MR. ████ ████████ ████████

MR. RAPPAPORT:  Could you spell that, please?

MR. ██████  C-H-R-I-S-T-O-F-F-E-R, ████████ T-H-Y-G-E-S-E-N.

THE COURT:  Thank you.  You can have a seat.

THE CLERK:  Ms. Wang, will you please state your name for

the record?

MS. WANG:  Yes.  This is Kailin Wang, the respondent, K-A-I-L-I-N and last name is W-A-N-G.

THE CLERK:  Thank you.

THE COURT:  Give me one second.  Mr. Rappaport, we are looking for the binder that would have exhibits after 160.

MR. RAPPAPORT:  Oh.

THE COURT:  Do you know where -- where those are?

MS. JOHNSTONE:  Yes.  It would be binder ten that has October 13, 2022, on the cover.

THE COURT:  Okay.  It looks like we've identified it.  Thank you.  So one thing I do normally point out to respondents in a situation that you find yourself in, Ms. Wang, I don't want to forget to do it, is that your 5th Amendment right also applies to questions that I might ask you.  Okay?  You also have the right to not answer my questions.  So do you have any questions about that?

MS. WANG:  I do not.

THE COURT:  Okay.  That may or may not come up, but I might as well tell you now.

Okay.  Any response to a request for judicial notice as to the child's original certificate of live birth or the child's amended certificate of live birth aside from the general objection that you made earlier, Ms. Wang?

MS. WANG:  Yes.  I mean, I -- I'm fine with that being admitted into evidence.  However, Mr. ███████ was never on the birth certificate.  Neither was he present at birth.  Therefore, I could not have removed his name because he was never on the

birth certificate, but I'm okay with it being admitted.

THE COURT:  The Court takes judicial notice of Petitioner's number 137 and 138.  If you would please mute yourself, Ms. Wang, so there is not an echo on our end.  I'm -- I do keep looking at the screen, Ms. Wang.  So if for some reason you need to unmute yourself, just go ahead and unmute yourself.  If not -- if you would rather like raise your hand virtually or physically, I'll be paying attention to that as well.  It's just for the down time where -- where you don't have something to say it's better that that be off.  I see you nodding your head.  Thank you.  Okay.  So for the record the Court has taken judicial notice of petitioner's Exhibit 137 and 138, and that means the Court is admitting them into evidence at this time.

(Whereupon, petitioner's Exhibits PT-137 and PT-138 were marked for identification and admitted into evidence.)

THE COURT:  And as to petitioner's 161, this is respondent's, or it's entitled respondent's New York state ID card issued March 13, 2019.

Ms. Wang.

MS. WANG:  I do.  I do object.  It is part of the UCCJEA about location as well as part of the criminal case.  Therefore, I don't know if it's an authenticated copy.  I'm not sure.  There is no authentication as far as custodian of records, declaration under penalty of perjury that this is a true and correct copy.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Well, Ms. Wang included it in her own filing.

THE COURT:  Could you speak directly into the mic, please?

MR. RAPPAPORT:  Oh, I'm sorry.  One, I think the document speaks for itself.  It is an official New York identification card.

Two, is that Ms. Wang's argument is somewhat disingenuous in that she included it in her own filings with a information in a red box that says "this is a replacement state ID which picture of me is from 2011.  I keep one to get money from the bank when I have my temp jobs."  So clearly she knows this is her ID.

THE COURT:  And the page that follows does not have a red box, correct?

MR. RAPPAPORT:  Correct.  But she also filed it.

THE COURT:  Okay.  Anything else on your end about this specific request for judicial notice, Ms. Wang?

MS. WANG:  Can you -- can Mr. Rappaport inform me what reading that was that he is referring to?

MS. JOHNSTONE:  I can take a moment to look it up.

THE COURT:  Please.  Thank you, Ms. Johnstone.

MS. WANG:  Okay.

MS. JOHNSTONE:  Ms. Wang included the image of the New York state ID card at page 105 in a document entitled respondent exhibits to declaration of Kailin Wang regarding long cause trial that was filed by Ms. Wang on October 17th, 2019, in ████████ v. Wang in this court.

THE COURT:  Thank you.  One second.  What's the title of the document again, Ms. Johnstone?  I don't find the title that matches what you said.

MS. JOHNSTONE:  Respondent's exhibits to declaration of

Kailin Wang regarding long cause trial.  I can pull up the actual record there.  I was just looking at notes.

THE COURT:  It's in the same case number, yes?

MS. JOHNSTONE:  Correct.

THE COURT:  You said it was filed on October 17, 2019?  Is that what you said?

MS. JOHNSTONE:  That's what I have in my notes, but I am still looking for the document.

MS. WANG:  I just had a question.  I believe Mr. ███ and his attorney submitted some DMV things from -- I think they had some private investigators obtain some DMV records.  I'm not sure if they were considered at Judge Wiley's hearing on January 5th, 2022.  I thought they just pertained to the -- wasn't there more recent filings related to this?

MR. RAPPAPORT:  Are you talking to us, Ms. Wang?

MS. WANG:  Yes.  Remember you guys obtained my DMV records secretly, and you tried to submit that with Judge Wiley on January 5th, 2022, this year?  I'm wondering if those pertain to the same judicial notice issue right now with this -- was that the same thing?

MS. JOHNSTONE:  No.  Okay.  I think I found the document. It's a 355 page document.

THE COURT:  What's the date of filing, please?

MR. RAPPAPORT:  This -- this is one of our problems is we don't actually have the date of filing.  We have the date we may have received it, not through File & Serve.  So our filing date isn't maybe the same as the Court, but we do have the document now.

MS. JOHNSTONE:  It was signed by Ms. Wang on 10-17-2019.

THE COURT:  Did you say how many pages?

MS. JOHNSTONE:  355.

THE COURT:  I think I clicked on everything that was filed on -- I'm looking at our electronic database, that was filed on October 17, 2020 -- excuse me, 2019, and nothing matches what you just said.

MR. RAPPAPORT:  We -- we actually have a copy of the motion. Again, we don't know the date it was actually filed given the problems with service, but we do have a copy of the motion. Perhaps we can screen share if the Court wishes or -- or approach with our computer.

MS. WANG:  Sorry.  I just want to say that File & Express didn't exist in family court back in 2019.  So what Mr. Rappaport said about service and lack of, it cannot be true.

THE COURT:  I'm going to decline the invitation to have you share something that I can't cross-reference with something that was filed, Mr. Rappaport.  It's -- it's not going to help me to see what you have if I can't see when it was filed.  You can come back to this point if you wish.

MR. RAPPAPORT:  Well, first of all, I think that the document speaks for itself under 1280.  It is an official identification card from the state of New York.  There is no -- you know, if Ms. Wang says it's not her ID, the burden shifts to her on authentication here.  This is just an authentication issue.  It's really an authentication issue.  So whether she filed or not is really kind of a red herring given the Evidence Code that this is an official record.  But we would like to show

the Court this.  We do have it in a filing.  We don't have the date that it was actually filed, but we do have her filing. Again, there were multiple hearings about service prior to File & Serve Express that there was a procedure put in place by Judge Wiley to eliminate these problems with ultimately File & Serve Express should theoretically have worked.  But anyway, we have -- we have the filing.  May we e-mail the filing to the Court so you can compare it to those that have actually been filed by Ms. Wang?

THE COURT:  You -- you may not.  So let me tell you why. Because what you want to e-mail is a document that's -- you know, whether or not it's been filed is -- is an issue that I have, is a question.  And I don't know how many documents have been filed in this case.  But I'm holding up a single space printout of just the heading of the documents that have been filed in this case.  It is quite voluminous.  We -- we cannot take the time in the middle of trial to try to identify when that was filed.  But we can pass this one request to a later time to give you time to identify when that might have been filed.

MR. RAPPAPORT:  Thank you.  And Judge, may I -- may I just say this, is that Ms. Wang should not benefit from the obfuscation and --

THE COURT:  You cannot -- you cannot say that right now, Mr. Rappaport.  We are dealing with motions in limine.  You can't make these broad allegations that are like bashing Ms. Wang your opposing side right now.  So --

MR. RAPPAPORT:  Okay.  I'm attempting --

THE COURT: The duty -- no, sir. The duty to prepare for this to be the way the Court can digest it, you know, I can't put that on Ms. Wang right now. Okay? So you know, you've got a lot of things here. I'm giving you the opportunity. I'm going to pass this matter now. You can bring it back up later on.

MR. RAPPAPORT: Thank you.

THE COURT: Okay. Exhibit 162, certified copy of respondent's March 18, 2019, request for protective order against petitioner CT,                           in case number 194400734. Any objection as to that, Ms. Wang?

MS. WANG: I just don't remember it being in the -- the allegations in the DVRO. Was this brought in later?

THE COURT: Okay. So I'm going to ask you if you have an objection to what is being sought to be introduced for judicial notice purposes. This is the document that --

MS. WANG: Okay. Oh, okay. I'm just going to object on relevancy.

THE COURT: Okay. That objection is overruled. The Court takes judicial notice of its own records in petitioner's Exhibit 162, and that is respondent's DVRO against petitioner Mr.            in the case number I just referenced, and that is admitted.

(Whereupon, petitioner's Exhibit PT-162 was marked for identification and admitted into evidence.)

THE COURT: As to Exhibit 165, certified copy of Provo, P-R-O-V-O City versus Kailin Wang, number 011404594, Ms. Wang, any objections?

MS. WANG:  Yes.  I object on, one, remoteness, two, there is -- wow, I heard an echo.  Sorry.  Yeah, I object on remoteness as well as these records don't -- there is no -- is it informational?  I mean -- I'm sorry.  I hear an echo.  It's -- my microphone is -- is off.  That's so strange.  Remoteness as well as relevancy as well as not for the truth of the matter, informational.  This is -- this is way remote, and I don't know how that's relevant.  And there is no police report to this just so the Court is aware.  I think we -- things that go back ten years to be considered -- and this is -- this is very remote and irrelevant to these proceedings.

THE COURT:  Mr. Rappaport, any response?

MR. RAPPAPORT:  Are we talking just about admissibility here or are we talking about relevance as well?

THE COURT:  Both have been raised by Ms. Wang.

MR. RAPPAPORT:  Okay.  As it relates to -- I'm going to address her arguments in the order that she has raised them.  As it relates to remoteness, it isn't about looking at this to determine if she is more likely to have perpetrated this -- the violence here.  This is being used for different purposes.  One is to show that there is sustained fear by Mr. ██████ who knew about this at the time that the stalking was taking place at the time the threats were being made.  It also is relevant to show common scheme or plan for intent and identity in this particular case.

THE COURT:  I understand that 165 deals with allegations between or of Ms. Wang abusing her father.  How would that play into common scheme or plan?

MR. RAPPAPORT:  That it is her -- I don't want to give too much away because this is really cross-examination at this point.  So what I'd ask is without annunciating exactly why we are using it maybe the Court could just wait and defer ruling on that, though it is -- it is certified, and it is an official record, and it is admissible under 452 subsection D2.

THE COURT:  That's fine.

MR. RAPPAPORT:  Okay.

THE COURT:  That's fine.  The Court admits it.  I only need to know that it is relevant, and it is relevant to the issue of sustained fear.  The judicial notice component is pretty basic and not truly contested.  So the Court does take judicial notice of petitioner's Exhibit 165, excuse me, and it's admitted.

(Whereupon, petitioner's Exhibit PT-165 was marked for identification and admitted into evidence.)

THE COURT:  Moving onto 166.  It's a certified copy of the state of New York versus Kailin Wang, case number 2021720133.

Ms. Wang?

MS. WANG:  I agree to the conviction of disorderly conduct, New York Penal Code 240.20 disorderly conduct, not a misdemeanor conviction nor a felony.  It's a violation, non-criminal infraction.  Nothing else can be admitted without the cross-examination.  However, I do agree to the conviction of a disorderly conduct, and again, NY appeal, 240.20 disorderly conduct.  The maximum --

THE COURT:  I'm sorry.  Can you please slow down.  And since I --

MS. WANG:  Yes.

THE COURT:  -- have both of you here.  I'm going to remind you to make legal objections as opposed to testimony.  You could restate the number beginning with the number?  Thank you.

MS. WANG:  Okay.  So I'm just a teeny bit confused.  This is a judicial notice.  So I mean, you're admitting it as far as just on the basis of judicial notice?  But we haven't heard any testimony on it and things like that.  And to admit something without, you know, this is just hearsay.  Is that part of judicial notice?  I'm so sorry.  I'm asking for what we are doing here.  Is this -- is this for -- because for it to be admitted don't I need to cross-examine whoever made the complaint?

THE COURT:  Okay.  So that to me sounds like you're asking for the legal guidance, Ms. Wang, and there is only so much the Court can do in -- the Court both has an obligation to make the court proceeding available to a self-represented person, but has to be mindful to not provide guidance in a way that would be unfair to the other side.  So with respect to the legal issue of what is the request for judicial notice, I feel like you understand what that is.  We -- this is not the first request that we've encountered.  So I have heard what you've said by way of objection.  Do you have any other objection at this time?

MS. WANG:  No.  It's just for -- not for truth of the matter, and I only agree to the conviction.  I don't agree with the rest of the file because it's unauthenticated, no opportunity to cross-examine, and it's hearsay.  However, I do agree to the conviction since it's a court document.  What do you call it, to be admitted for the disorderly conduct of NYPL

240.20, a disorderly conduct with a maximum penalty, if there was any, of a $250 fine as well as a two-week sentence in which not any time was served.

THE COURT:  Mr. Rappaport?

MS. WANG:  Oh, and it's sealed.  Yes.  Yeah.  And it's sealed under 160.55.  New York doesn't have expungement of everything.  Even a noncriminal conviction is around and able to get forever so.

THE COURT:  Back to you, Mr. Rappaport.

MR. RAPPAPORT:  Yes.  Mr. ██████ knew about this at the time that the threats and the stalking conduct was occurring.  And so it goes to a sustained fear.  It also again establishes a consistent pattern here, an identity.

THE COURT:  Ms. Wang has made a proposal as I take it for her to simply admit as she has that she was convicted of what she was convicted of.  Does that suffice?

MR. RAPPAPORT:  It does not.  The fact is is that she was charged with aggravated assault in New York.  The fact that the declaration which is not being offered for the truth from detective Kozi.  (Phonetic spelling)  I will get you the spelling on that -- has said that she threatened Mr. Will with a gun, that she was obsessed with Mr. Will, that she had threatened to stab him, I believe, castrate him with a knife.  All that was known by Mr. ██████ at the time of the alleged conduct by Ms. Wang.  Consequently it goes to a sustained fear.

THE COURT:  Thank you.  Any final comments on this, Ms. Wang, before I rule?

MS. WANG:  I'm unaware of a stabbing or castration, any of

the false allegations he just mentioned, not for the truth of the matter. But I -- I'm sorry. Was I on mute? I said I'm unaware of any stabbing allegations anyway's. So not for the truth of the matter, and no, I'm unaware of any castration or stabbing allegations that was found to have any merit whatsoever. And this -- this was a misdemeanor eventually -- I mean, initially, and there was no evidentiary hearings or anything. So just -- just so the Court is aware.

THE COURT: Thank you. The request for judicial notice as to petitioner's 166 is granted. The Court does agree that in the context of the totality of the circumstances and the effect on the moving party Mr. ███████ ███████ this document is relevant beyond the issue of what ultimately ended up being the conviction, and it's admitted for that purpose.

(Whereupon, petitioner's Exhibit PT-166 was marked for identification and admitted into evidence.)

MR. RAPPAPORT: I'll move on to petitioner Exhibit 167. This is entitled copy of Spanish Fork City versus Kailin Wang, number 171301350.

Ms. Wang, any objection?

MS. WANG: I do object on the issue of it's -- it's cumulative and duplicative as well because there was a citation issued for a person named Walker Stone in 2017 for misdemeanor B, electronic harassment. It's duplicative because from 2017 although it was charged in Utah as a misdemeanor B, electronic harassment, Mr. ███████ has been able to move that misdemeanor B to San Francisco to be charged as a felony without any new instances regarding this individual and consolidated with the

criminal complaint in the San Francisco case People versus Wang without any new instances since 2017 with this other related Walker Stone individual.  So I want the Court to be aware that it's not a separate criminal episode.  It is the same one from 2017 that was moved to San Francisco, and the Utah DA agreed to dismiss it in Utah with prejudice, and now it's been combined in ▮▮▮▮ ▮▮▮▮ domestic violence felony criminal complaint in the San Francisco court, and it's undisputed that Walker Stone and I have never met, and we have no romantic relations whatsoever, and I have also been able to obtain three permanent restraining orders against him after an evidentiary hearing.  It's duplicative because that episode is already in the felony complaint in People versus Wang in the San Francisco case.

THE COURT:  Thank you.

Mr. Rappaport?

MR. RAPPAPORT:  Certainly.  We are requesting that this come in for several reasons, one of which is Mr. ▮▮▮▮ knew about it at the time the alleged conduct was occurring.  Two is that it is signed by -- the information charging Ms. Wang with 20 counts of electronic harassment is signed by a Spanish Fork City Attorney, Ana, A-N-A, I guess Burgi, B-U-R-G-I.  That's relevant because later Ms. Wang submits a letter to the court system in Utah saying that Ms. Burgi is racist and that the only reason why Ms. Wang is being prosecuted is because Ms. Wang is Chinese. And as proof that Ms. Wang is a victim of Walker Stone, not the perpetrator, she supplied documents showing purportedly that Walker Stone had put her naked photos on line.  This was proof

that she submitted.  She later submitted that to police -- she earlier submitted it to police department in San Francisco, but then a year later submitted exactly the same evidence in her petition to get a restraining order against Mr. ▮▮▮▮▮▮ ▮▮▮▮▮▮  So it's relevant for multiple reasons.  One, to show identity that is, in fact, Ms. Wang, two, is to show that she impersonated Mr. ▮▮▮▮▮ when she applied for a restraining order to -- with -- when she reapplied for a restraining order against him, excuse me, and three, it goes to sustained fear.

THE COURT:  Thank you.  Petitioner's Exhibits 167 is admitted.  The Court will take judicial notice.

(Whereupon, petitioner's Exhibit PT-167 was marked for identification and admitted into evidence.)

THE COURT:  I'll point out a difference that I'm noticing here to the parties.  I just want to make sure you're aware for your own benefit, Ms. Wang.  You are currently testifying as we go along.  And you should just be aware that your -- since you're not only making legal arguments, you're providing factual context to it.  That's all testimony that's happening right now.  And as you testify, these are things that you're subject to cross-examination on as well.  So you should just be made aware of that.  That's different than what Mr. Rappaport is doing because Mr. Rappaport's argument -- I'm only taking his arguments not as evidence.  He is not under oath, and he is not a party.  I just wanted to make that clear for whatever benefit that might have.

Moving onto petitioner's Exhibit 168, a certified copy of a temporary protective order that was granted in respondent's

March 18, 2019, request for a protective order.  Again, San Francisco -- this is -- this is a case number 194400734.

MS. WANG:  Isn't that the same as the one that we just went over in Exhibit PT on page 2, 162?

THE COURT:  It's the same case, and it's a different document.  162 was your request for domestic violence protection, and what is now being proposed as 168 was a temporary restraining order that was denied.

MR. RAPPAPORT:  Granted, Your Honor.

THE COURT:  Temporarily granted.  My apologies.

Ms. Wang, any comments about this?

MS. WANG:  It was denied but not for the truth of the matter, but just for informational purposes.

THE COURT:  All right.  So I misspoke.  I don't know if you heard.  Mr. Rappaport corrected me, and I accepted the correction.  It appeared that the temporary restraining order at issue was granted.  So as to the Court taking judicial notice, this is the Court's own record.  So this is not a difficult one to address, but I -- you know, normal protocol is I give you a chance to respond.

Do you have something to say about this request for judicial notice, Ms. Wang?

MS. WANG:  It was denied but yeah.  Maybe the temporary one was granted for -- maybe for the informational purposes not for the truth of the matter.

THE COURT:  Okay.  I'm -- I'm not quite sure what you mean by that statement that you're -- I -- I see a trend that you're repeating that statement "informational purposes not for the

82

truth of the matter."  I'm not sure what that means.  You -- you can say it, but just to let you know I'm -- it's not resonating with me exactly what it is you mean by that.

MS. WANG:  I -- I haven't been able to cross-examine or any of that.  So that it exists -- that it's a document that exists clearly for that purposes.

THE COURT:  Okay.  That makes sense to me.  I think that's right.

MS. WANG:  Okay.

THE COURT:  This is -- the notice is to establish the fact that this is a document that, in fact --

MS. WANG:  Yes.  Okay.

THE COURT:  Please mute yourself, Ms. Wang.  Thank you.

What I said was that this is a document that --

MS. WANG:  I'm sorry.  You totally cut out.

THE COURT:  Okay.  I -- I stopped speaking because I wanted you to mute yourself again.

MS. WANG:  Oh, okay.

THE COURT:  Thank you.  All right.  Ms. Wang has muted herself.  So Ms. Wang, when you have your microphone on and I talk, we have a big echo in our courtroom.  Thank you.  So she is muted.  And to repeat what I said, since Mr. Court Reporter was not able to hear me, is that it's a fact that this temporary restraining order does exist in our court system, and the Court does take judicial notice and admits petitioner's 168.

(Whereupon, petitioner's Exhibit PT-168 was marked for identification and admitted into evidence.)

THE COURT:  Moving onto petitioner's 169, directory for the

Menlo Park Police Department.  Any objections, Ms. Wang?

MS. WANG:  Relevancy and not disclosed as evidence before. This is the first time I've seen this.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Yes.  These documents were provided to Ms. Wang previously.  The relevance is this:  Is that -- is that on March 6th, 2019, this court issued a temporary restraining order granting full legal and physical custody of the child to Mr. ████████     On March 18th, 2019, just a week or two later, Ms. Wang went to Utah and sought a protective order asking for full custody, physical and legal, of the child -- of the child, full legal and physical of the child.  That she then took the order that was granted we just talked about, the petitioner's 168, she took the temporary order that was granted in Utah and then sent it to the Menlo Park Police Department request that the baby be picked up, and included a copy of the order.  So consequently, it is relevant because the e-mail address that -- from the e-mail that included the temporary order was sent to this individual that's -- and this is pulled off the Menlo Park Police Department directory.  It's a publicly accessible website.  And so in order to prevent the sergeant from having to come in to say that this is my e-mail address, we are asking for request for judicial notice of that fact.

THE COURT:  Thank you.

Ms. Wang?

MS. WANG:  Again, I'm having a very hard time understanding. All of those were false allegations he just made as well about the criminal complaints and what's on them earlier as well.  So

I'm really confused. I thought we were just talking about the relevancy. And he argued things that were completely false with the Ana Burgi Utah things as well as the protective order. What he said is also false. Nobody ever asked to pick up the child. These are Utah court documents as well. The Court is aware of that, right? They are Utah court documents that are not in this court file, and Mr. █████ also lying in that restraining order about sending private investigators over. So I'm really confused about why we are presenting all of these false allegations here, and you know, it's -- I'm testifying apparently, but Mr. Rappaport is making a crap load of completely false allegations with all of these judicial notices. The Court is aware that what he is saying is false, right? Because it's not contained in these documents, all the allegations he just made.

THE COURT: Are you done with your questions -- I mean, the comments? Okay. I see Ms. Wang has muted herself. Thank you.

I'll respond. So let's avoid using the words like "crap" in court. With respect to what the Court is aware of, the Court is aware that I have a duty to address evidence that is sought to be admitted in court. Judicial notice is one of the ways that evidence is admitted in court. It's not the only way, but it is one of the available ways. And before me is a party who has taken the time to prepare a whole list of documents that he, Mr. █████ is asking the Court take judicial notice of. I have to take those seriously like any other request made before the Court. The purpose -- one of the purposes, I should say, of the request for judicial notice is to spend less trial time once

we get into the merits of the trial, with needing to bring in witnesses to authenticate things that are in the public domain or otherwise beyond dispute.  So this does pertain, not only to the Court's records here in San Francisco Superior Court, it also extends, the case law has affirmed this, to other court records and other documents.  So what's before the Court today, and by the way, and I'm not aware at this time since we haven't taken any evidence in this case yet, what is false and what is true.  So the Court is in a listening phase of the trial right now.  And we are just barely getting started with that.

So what is being presented in 169 is a request the Court take judicial notice of the directory of a police department's website, and the information contained thereon.  I will take note that the bottom of page 1 of 4 in petitioner's 169 does show the website as being or ending in the domain is menlopark.org.  That tells me it's a government entity of some sort, but as to this specific request, the Court is going to defer on this point.  We'll address this maybe during testimony when somebody is prepared to bring this up.  No ruling at this time on that.

Moving onto petitioner's 170, directory for the Menlo Park School Board.  I'll start with you since Ms. Wang has expressed a couple of times that she did not understand what -- why this was being made.  I have your statement in your request, but if you could go ahead and articulate it verbally for Ms. Wang's benefit, Mr. Rappaport.

MR. RAPPAPORT:  Certainly.  The same e-mail that was sent to the Menlo Park Police Department was also sent to the Menlo Park

Board of Education.  The significance is is that Ms. ███████ ████████ Christopher's mother and also one of the protected parties on the request for the restraining order, sat for roughly 17 years or four elected terms on that school board, and that this was sent to each and every member of the school board and through the e-mail address listed on the printout from their web page.  It also indicates the names of the school board members individually which are also relevant because they were also targeted here.

THE COURT:  Ms. Wang.

MS. WANG:  Okay.  So I want to make myself clear.  This doesn't prevent later cross-examination on these documents, correct?

THE COURT:  It does not prevent later cross-examination about testimony given in connection with the documents.

MS. WANG:  Understood.

THE COURT:  Okay.  I made a little bit of a distinction which I think you picked up on between what you said and how I responded because you can't cross-examine the document, right?  And once I admit it, there is not going to be cross-examination, for example, that the court record of the request for domestic violence restraining order that you filed, that that's not the right file.  That -- there would be no opportunity to cross-examine on the authenticity, the veracity of the fact that the document is what the Court admitted it for.  To give -- come back to this example of 170, right, to go back to this example of 170, right now the Court is being asked to take judicial notice of the directory for the Menlo Park School Board as

reflected on https//district.mpcsd.org.  Right now, what Mr. Rappaport has stated is argument as to why this may be relevant at the trial.  But Mr. Rappaport, to repeat, is not the one who is testifying.  Someone else would need to testify about the connection between their testimony and what is being requested to take judicial notice.

You do have a right to cross-examine whomever testifies in an attempt to try to establish a connection to support what Mr. Rappaport has said as an offer of proof.  Does that answer your question, Ms. Wang?

MS. WANG:  Yes.  And but just so the Court is aware, even if I do see some of these documents, there has been different versions submitted and given to me versus what I've gotten from the criminal case, from what the DA has their copy, and that are different from what's the copy that's actually in the court file in the Utah court.  I have access to that, by the way.  It's called Utah Exchange.  I was unable to count the pages of some of the things we just went through.  But just so the Court is aware, there is different versions that are given to me than what's been presented to another court.  And I don't know what this directory is.  So if I don't know, I can't say it's authentic or what the relevancy of it is.

THE COURT:  Okay.  Ms. Wang turned her microphone onto mute.

The Court at this time admits petitioner's 170, takes judicial notice of this directory.

(Whereupon, petitioner's Exhibit PT-170 was marked for identification and admitted into evidence.)

THE COURT:  And, Ms. Wang, I do not know what has been

submitted in another court.  In fact, not everything that has been submitted in this case itself is even being taken into evidence.  That's why we are going through this exercise right now.  So it is incumbent upon you if you believe that someone is presenting something to the Court that has been modified or in any way altered for the purpose of deceiving the Court or prejudicing you in some way, that's something that you'd have to let me know about, and we'll take careful examination of it at that time.

The next request is exhibit -- I just realized we are into our lunch break.  We'll have to take a break at this time. We'll come back at 1:40.  So we'll come back at 1:40 and continue with petitioner's 171.

Thank you, all.

(Off the record at 12:07 p.m.)

(On the record at 1:50 p.m.)

THE COURT:  Good afternoon to everyone.  Back on the record. Both parties are present.  One second, please.  Sorry for the delayed start.

We will return to the request for judicial notice.  We were on 171.

MS. WANG:  Your Honor, there is an emergency I have to go over with you that is very very concerning.  So if I may?  It's about these judicial notices.

THE COURT:  Go ahead.

MS. WANG:  These are altered copies that are completely different than what's been previously filed with the Court. They sent me this on 10-15 of 2022.  Okay?  The judicial notice

filed in the court records is digital, and there is only seven pages, so the exhibits are not attached.  They sent me this binder on Saturday.  I haven't had time with several hundreds pages --

THE COURT:  Ms. Wang, Ms. Wang?

MS. WANG:  Yes.

THE COURT:  We are not in a rush, Ma'am.  Please slow down.

MS. WANG:  Okay.  I can't hear you very well either, so this is making this incredibly difficult.  I looked -- okay.  The request for judicial notice filed on -- okay, 10-13-2022, asked the Court to judicial notice a bunch of documents.  I didn't have time to look at these documents because these were already previously admitted with Judge Wiley on 1-5-2022 --

THE COURT:  Mr. Court Reporter -- Mr. Court Reporter is asking you to slow down yet again, Ms. Wang.  I'll -- I'll note for the record that --

MS. WANG:  Yes.

THE COURT:  I -- I can't hear, of course, what you hear on your end.  But I asked you to please slow down.  You said that you didn't hear me and that that was a problem.  But then you then slowed down for a minute.  How about now, can you hear me?

MS. WANG:  Okay.  I can hear you.  I can hear you very well in 404 for some reason, but today it's been incredibly difficult.  Okay.  But I will slow down because this is really really important.

THE COURT:  Okay.

MS. WANG:  So again the request for judicial notice, yes.  The one filed on 10-13-2022 by Douglas Rappaport contains seven

pages. Now, these exhibits, I haven't had time to look at them. That was disclosed in paper form by a binder that was sent to my home on Saturday. Okay? Last week. It contains several hundred pages. I have not had time to look through it in detail. However, I assumed because these documents he is referring to are already things either admitted or previously filed with Judge Wiley, for example. She took -- she admitted some of these back on January 5th, 2022. Judge Darwin has also admitted some of these back on June 25th, 2019. So I didn't match up with whatever the judicial notice we were going through today with the actual documents because I assumed they were already in the court record, whatever. But the binder they gave me or served on me, I had a chance to look at it with what they are claiming to be, and they are different copies. Okay? They are missing pages, and they are not what they are purported to be. I can give you an example if you would like. For example, we can talk about --

THE COURT: Ms. Wang?

MS. WANG: Yes.

THE COURT: Okay. Thank you. So one thing that might be helpful for you, is to know that at this trial, the only things -- the only things that are admitted are what I admit at the trial. So making reference to what has been admitted in the past is of no consequence because things were admitted at previous hearings for that hearing, not for this trial. So we are starting anew. And what I will do at this point in time, given your claim, is ask you to go to page one of the list of petitioner's request for judicial notice, and to yourself please

look at this filing, and tell me what is the first thing that has been admitted that you have an issue with.

MS. WANG:  Okay.  Yes, Your Honor.  I am not saying whatever is relevant for this versus whatever is relevant for a different Judge.  I'm purely talking about how it's a different copy. It's missing critical documents in the same document.  Am I making sense?  It's basically either an altered incomplete copy. So let's go through these because I have a chance to look through them in this binder that I got, and it's several hundred pages that I got on Saturday.

The first one, first of all, Exhibit PT 137, that's not in the binder I received on 10-15-2022.  So what I propose we do is you're going to have to send me every exhibit by e-mail.  We've done this before.  I need to be -- I need to be sure I'm looking at the same document as you.  I assumed we were but we are not. And that's a big, big problem.  I don't even have PT 137 in the binder I received.  I don't have PT 138.  However --

THE COURT:  Ms. Wang?  Ms. Wang, we just talked about PT -- PT 137, plaintiff's 137 and 138.  You said that you had no objection to those and those were admitted without objection. So you were making --

MS. WANG:  Yes, I know I said that assuming that they were correct copies that were on file already.  But they are not in my binder, and now I can't trust anything I've agreed to because we are not looking at the same copies.  Am I making in any sense?  So I can --

THE COURT:  Ms. Wang?

MS. WANG:  -- I can show you --

THE COURT:  Ms. Wang.

MS. WANG:  -- what I mean.

THE COURT:  Okay.  So you've had an opportunity to prepare for this trial just like the other side.  Obviously you represent yourself, and that is something that the Court takes notice of, and I'm trying to do what I can to both run an efficient trial in a way that's fair to both parties and to address concerns that you may raise.  These concerns that you are raising right now are untimely.  That we can probably deal with.  The biggest concern I have right now is that they are extremely vague.  You're making a very big broad claim.

MS. WANG:  Yes.

THE COURT:  Please wait.  And I'm inviting you to tell my specifically what the issue is with 137 and 138.  You're saying you don't have them.  Is that the issue?

MS. WANG:  Yeah, and again, timely I received this on Saturday.  I don't have them in this binder, and I have no idea what you admitted in your court.  Now I can give you an example if you think this is vague.  I can give you an example --

THE COURT:  Not yet.  Not yet.

MS. WANG:  Okay.

THE COURT:  Mr. Rappaport, I'm prepared to ask you to just e-mail 137 and 138 to Ms. Wang and move on.

MR. RAPPAPORT:  If I may, Your Honor?

THE COURT:  Yes.

MR. RAPPAPORT:  She has had 137 and 138 for approximately three years.  These were in our original set of binders.  They were in the original set of binders that have been with this

court for three years.  As the Court may recall, I said I didn't want to touch the binders with the Court for fear of allegations that she has had these for three years.

THE COURT:  I do recall that concern that was raised. Continue.

MR. RAPPAPORT:  So if we are -- and I also believe that if we get into the pattern here of having to send her exhibits, so we are going to be in a situation where we are dealing with roughly at least 2, 300 exhibits in this trial, and it is going to create a nightmare.  It's going to take us a month to try this case if we have to copy everything and send it to her. This is why we sent her physical copies of the binders.  We gave them to her three years ago, and anything that we updated -- it's not there, not new exhibits.  Anything that we updated, we sent her via Fed Ex at the same time as we were required to submit it to the Court pursuant to the California Rules of Civil Procedure.  We complied with the rules to a tee.  And so now we are in a position where she is alleging that the documents are -- are different without providing any substantive verification of that fact.  So consequently --

MS. WANG:  I can provide proof.

THE COURT:  Ms. Wang, I'll -- I'll turn to you --

MS. WANG:  I'll provide proof.

THE COURT:  Ms. Wang, you're going to have to wait your turn, Ma'am.  This is the first interruption.  There won't be many.  I promise that.

Go ahead.

MR. RAPPAPORT:  So whether they are different than what were

presented in different proceeding or different than she got in a criminal case is -- is immaterial for purposes of our litigation.  For purposes of our litigation, the documents that we are submitting and requesting to be admitted as evidence in this case have previously been provided to her both three years ago and anything that was updated we provided according to the California Rules of Civil Procedure.

THE COURT:  Thank you.  You've responded to what my tentative position would be.  I'm going to move away from 137 and 138 and invite Ms. Wang to; one, make whatever comment you wanted to interject; and two, you said you had an example.  Let's get to a specific example.  That's my main interest right now.

MS. WANG:  Sure.  Exactly.  Because -- listen, I'm not trying to create issues.  However, I trusted counsel to be submitting the true and correct copy without alterations.  Okay?  So this -- the fact that he won't even send me these birth certificates, I have no idea what he submitted to you.  We cannot get through a trial --

THE COURT:  Ms. Wang, you're being asked again --

MS. WANG:  Can you --

THE COURT:  Ms. Wang, you're being asked again by Mr. Court Reporter to slow down.  You must slow down.

MS. WANG:  Okay.  I'm going to slow down.  That's why I have the microphone on, and that's why I'm going to turn it back on because it helps a lot.  I sent -- I sent an e-mail just now to 416, and it contains exactly what I'm talking about, a real live demonstration.

For example, let's see, let's look at PT -- PT 166.  It says certified copies state of New York versus Kailin Wang.  Okay?  The New York criminal case and it's missing pages, if you look at the copy that was submitted today, it doesn't have the criminal conviction in there.  Now, if you look at the copy that's on court admitted into evidence on January 5th, 2022, with Judge Wiley it does have the conviction.  It specifically is missing that is because Mr. Rappaport is going to admit the copy admitted today into the criminal court without the actual conviction to falsely incriminate me.  This is out of the many things.  Another one that's missing is --

THE COURT:  Let's stop there.

MS. WANG:  -- the Utah criminal case versus Walker Stone.  Yes.

THE COURT:  Let's stop there.

As to 166, Mr. Rappaport.

MR. RAPPAPORT:  Honestly, I don't think I follow her arguments.  I mean, if I --

THE COURT:  I could try to repeat her argument.  I think I follow it.

MR. RAPPAPORT:  If I think what I'm hearing is she said we had excluded the conviction.  I don't believe that's true because I'm looking.  I'm just going through the document here, and I believe the conviction is found right here.  I'm looking at it on page 6 of 12 of the PDF in front of me.

THE COURT:  One second.

MR. RAPPAPORT:  It's -- it's the --

THE COURT:  I said one second, Mr. Rappaport, please.

MR. RAPPAPORT:  Sorry.  You may not have the PDF.  So I'm going to give the Court the date --

THE COURT:  So let me -- let me try to help out right now. When I say one second, I want everybody to stop talking, please, so I could focus on what I'm doing and then pay attention to you.  Thank you.

MR. RAPPAPORT:  I didn't --

THE COURT:  Okay.  I'm at page six.

MR. RAPPAPORT:  Yeah.  I didn't want to confuse the Court because my pages may be different, but I'm on the Court's docket dated May 5, 2014.  The dates are on the left-hand side of the docket.  So if you'll go to the entry on May 5th, 2014, if everybody is in there?  Do you see that?

THE COURT:  I see that.

MR. RAPPAPORT:  It says defendant, there is a Delta sign, PG, pleads guilty, 240.26, subsection 1, 6 months stalker in Utah, nonpsychiatric or therapeutic -- can't read it after six months.  So to me this is the guilty plea right here.  So --

MS. WANG:  Yes.

MR. RAPPAPORT:  It is included.

MS. WANG:  No.  Your Honor, objection.  There is a certification of disposition.  Okay.  That's why we can't be doing this without me looking at what you're looking at.  I just e-mailed the Court, and you can look on your own court records from Judge Wiley's hearing.  Okay.  There is a certificate of disposition.  He is quoting from the transcript.  You've got to be kidding me.  We cannot go through this unless I'm looking at the same thing you're looking at.  Is that too much to ask for?

I don't think it is.

THE COURT:  Okay.  Please refrain from asking rhetorical questions and answering them yourself.  That doesn't help, and it's not respectful.

So going back to this issue here, the parties are not required to submit the type of evidence that you want them to submit.  The question is whether or not it's a proper issue for judicial notice.  166, the Court keeps this ruling after further consideration of Ms. Wang's argument.  It remains unchanged.

What's your next concern, Ms. Wang?

MS. WANG:  Again, Your Honor, I can't be agreeing and arguing judicial notices when you have a different copy than what I believe they are looking at.  What is the problem here?  Because this is not going to go well if you keep admitting evidence that I don't have a copy or I have a different copy of.

I would have objected totally differently had I known Rappaport fraudulently submitted a different copy than what was previously admitted at a different trial with the same Court.  This is not -- and you won't even have him send me these by e-mail.  No, I'm going to have to look at the same thing you're looking at and to be assured of that.  I mean, this is a serious violation of just not just being called pro se.  Is that too much to ask for to assure that you're looking at the same document as I am?  Because this folder was given to me on Saturday.  I haven't had time to go through the hundreds of pages in here.  However, today I looked through them, and they are different copies than what was previously admitted.  Okay?  So no, we cannot -- I can't argue a case when he is submitting

partial copies of things.  I don't know what to object.  So I can't believe you're letting this go along.  All I'm asking for is you're going to have to send me these documents.  Okay.  The e-mail so I'm sure we are looking at the same thing, and you're letting him get away with this.  I -- I just can't believe I'm showing you proof right now.

He is missing a certificate of disposition, a criminal conviction, what the ultimate outcome is is far more important than whatever prejudicial stuff he is submitting to the Court today.  So I object.  I object on every single thing we went through on the judicial notice today.  Okay?  Because I have not had a chance to look through this binder which contains different copies than what was previously submitted to the Court.  Where Rappaport is saying it's fraudulent, it's false, okay, and the Court has proof and is still letting him do that.

THE COURT:  Is that it, Ms. Wang, for now?

MS. WANG:  I'm sorry, what?

THE COURT:  I'm making sure you were done.  Are you done for now?

MS. WANG:  I'm sorry, what?

THE COURT:  I was asking if you were done with your argument for now.

MS. WANG:  Yes.

THE COURT:  Very good.

Go ahead --

MS. WANG:  And if we can proceed where I'm looking at the same exhibit as you are, but we are not going to be able to get through this hearing fairly, yes.  So and if we are -- and if

you're not going to take into account anything I've said, I won't be testifying any further because this is so prejudicial that he is submitting paper copies that are different than what he sent me to the Court, and you're letting it being admitted without making sure I'm looking at the same thing.  It's so fraudulent, and so ridiculous, and Rappaport is being allowed to do this in front of the Court.

THE COURT:  Let the record reflect that Ms. Wang muted herself at this time.  That tells me that she was done with that argument.

This is starting to be a problem.  I'm not sure what happened over lunch, but I'll let the record reflect Ms. Wang's demeanor has changed quite significantly from this morning's proceedings that happened in a way that was orderly.  It has devolved into something far less than orderly.

The Court finds your accusations against Mr. Rappaport to be false.  I have given you a fair opportunity to explain what the differences are.  You refuse to accept, Ms. Wang, a very reasonable explanation as to the fact that a certified copy that is submitted can be different than what you've previously seen. I've tried to help you as a self-represented litigant to try to understand that what had been submitted at other hearings may not be the same for what's been submitted here.  Mr. Rappaport made a statement that I followed and that I acknowledged that has the same document that you have.  I know that you have it because you brought up this issue.  So the prejudice that could have attached, I took very seriously, and that prejudice would be that Mr. Rappaport on behalf of his client would be able to

introduce a certified copy of court records that showed allegations without showing what you found to be so important, that is, that what you were ultimately convicted of was something less, far less than what you were charged of.  But when you raise that complaint, Mr. Rappaport took us through and identified the very page and line where there is a plea of guilty to one count, the specific Penal Code cited, and that information was proven to not be the way that you said.  Yet you keep calling this officer of the court a liar, you keep accusing him of fraud.  It is you who I find not credible, Ms. Wang.  I find you not credible as to what you have in front of you, as to when you have received it, and as to your claim of not having a fair opportunity to be prepared for this trial.  Those are findings I'm making today.  Now, with this being said, we are going to pause the proceedings with this.

    Mr. Rappaport, I want you to call Mr. ████████ ████████ to the stand, and let's get into his testimony now.  Thank you.

    MR. RAPPAPORT:  Are you suggesting we get into the evidence?  Because I was going to call -- I wasn't going to call him first.

    THE COURT:  I want to hear from Mr. ████████ ████████ and I want to hear his story without reference to any documents.  Tell me what happened to you, sir.  That's what I want to know.  Thank you.

    MR. RAPPAPORT:  Okay.

    THE COURT:  What I would like is, can we place him maybe somewhere there at counsel table with an iPad in front of him and proceed that way?

    MR. RAPPAPORT:  Sure.  Yeah.  Judge, just for the Court's

edification, and I'm certainly happy to defer to the Court.

THE COURT:  Please do.

MR. RAPPAPORT:  But given the complexity of the case --

THE COURT:  Mr. Rappaport, please do.

MR. RAPPAPORT:  Thank you.

THE COURT:  Thank you.

MR. RAPPAPORT:  Mr. ███████ please step forward.  The witness stand -- here.

THE COURT:  Anywhere where we can get the lap -- an iPad in front of him, please.

MR. RAPPAPORT:  Okay.  Let me get him a chair.  Perfect, thank you.

THE COURT:  Mr. ██████ you were sworn in this morning. You're still under oath.  Do you have any questions about that?

THE WITNESS:  Nope.  No, Your Honor.

MR. RAPPAPORT:  No, yeah.  Okay.

DIRECT EXAMINATION

BY MR. RAPPAPORT:

Q.  Good afternoon, Mr. ██████ Can you tell me how it is that you know Ms. Kailin Wang?

A.  Ms. Kailin Wang and I -- Ms. Kailin and I -- we met through a dating app back in February of 2018.  We --

Q.  Did you have a date on February 2018?

A.  Yes.  We -- we met a day later in February of 2018.

Q.  Okay.  What day and specifically in February of 2018 did you meet her, if you recall?

A.  I can't recall the exact date.

Q.  Would it refresh your recollection to know that it was

valentine's day, February 14th?  Does that sound right to you?

A.  That sounds like the day I first started talking to her as opposed to the day of my date.

Q.  Okay.  So that's the date you first connected with --

A.  Yes.

Q.  -- her on line?

A.  Yes.

Q.  Okay.  And did you start to engage in a text exchange with Ms. Wang?

A.  Yes.

Q.  Okay.  Did you give her your Instagram account information, or did you know that she was looking at it in some fashion?

A.  I knew that she was looking at it because I got a notification that she followed me when we first started talking.

Q.  All right.  And again, that was in early or mid February rather?

A.  Yes.  It was around the time we began our text message conversation.

Q.  Did you want to meet with her in on valentine's day for a date?

A.  Yes.

Q.  Okay.  What happened?

A.  We organized a date at a local restaurant called The Snug.

Q.  On valentines day?

A.  We organized it later, but the conversation started then.  I had to go through many conversations trying to schedule a date, and we had one later.

Q.  Okay.  So my question is, did you want to have a date

actually on valentine's day with Ms. Wang?

A.   Yes.

Q.   Okay.  And how long was it before you had your actual first date?

A.   It must have been, gosh, a week and a half or two weeks.  I can't recall exactly.

Q.   Okay.  Would it refresh your recollection that it was actually February 28th that you met?  Does that sound correct?

A.   That sounds correct.

Q.   Okay.  And where did you meet her for a date?

A.   We met at The Snug -- The Snug.  The Snug.  It's a restaurant.

Q.   S-N-U-G.  And when you met Ms. Wang, did she inform you as to what she did for a living?

A.   She told me she was some international tax attorney and lived a very -- very good life in that regard.

Q.   In -- in what sense?

A.   It involved jet setting, traveling between many states, just generally a high end one in terms of financial capability, and her career seemed successful in her representation to me.

Q.   Okay.  Did she tell you how old she was approximately if you remember?

A.   She did not tell me on the date.  No.

Q.   Okay.  Did you -- did the first date end up romantically?

A.   Yes.  It did.  When -- it did.

Q.   Was -- was there discussion about her ability to have a child during your first date?

A.   No.  Not exactly.

Q.  How did it happen?  Tell me.

A.  She managed to bring up that she was diagnosed as infertile -- through the conversation that evening, but that is not -- she managed to bring up the idea that the -- her -- she represented to me that she had been diagnosed as infertile, but that is not necessarily directly planning to have a kid.

Q.  Okay.  I understand.

THE COURT:  I'm sorry.  I don't understand what that means.

BY MR. RAPPAPORT:

Q.  Can you explain your answer again?

A.  We did not talk about planning to have a kid.  I don't think I would ever do that on a first date with someone.  But throughout our conversations in the evening, she did represent to me at one point that she had been diagnosed as infertile.

THE COURT:  Thank you.

Mr. Rappaport, back to you.

MR. RAPPAPORT:  Thank you.

BY MR. RAPPAPORT:

Q.  Thank you.  And did you go back to your apartment that evening with Ms. Wang?

A.  Yes, we did.

Q.  And did you two engage in intercourse that evening?

A.  Yes.  We did.

Q.  Okay.  And thereafter, did you send Ms. Wang a text saying on March 1st -- at March 1st, 2018, "Would love to go out again. I'm home alone for the weekend too," was like a little emoji. Did you say that to her?

A.  Yes.

Q.   And do you recall what her response was to your comment that you would love to go out again?

A.   Yes.

Q.   And what was that?

A.   It was a naked photo of herself.

Q.   Uh-huh.  And was that naked photo on the bottom, does it say "ditto, fun times"?

A.   Yes.

Q.   Okay.  In your text exchange with her, you did actually end up going out on a second date I believe; is that correct?

A.   Yes.

Q.   Okay.  And did that also end up in sexual relations?

A.   Yes.

Q.   Did you want to -- was -- was there any allegations, any statements that were made by Ms. Wang in your communications with her, in text exchange, that is that goes on for several -- really the -- you know, I don't know, roughly, you know, 40 pages of text exchanges.  Is there ever an allegation that she ever suggested that you somehow removed a condom during sex?

A.   No.  There was not.

Q.   No.  In fact --

THE COURT:  Next topic, Mr. --

MR. RAPPAPORT:  Certainly.

BY MR. RAPPAPORT:

Q.   Did you hear from Ms. Wang after the second -- as it related to the second date, did you receive a text from her in which she said, "Was fun, thanks for the good times"?

A.   Yes.  I did.

Q.   Okay.  Moving on, did you hear again from Ms. Wang -- did you want to go out on another date?

A.   Yes.  I did.

Q.   And what happened, please?  Just explain.

A.   After the second date?

Q.   Correct.

A.   She communicated to me that she would no longer be around in the area, at least not for a while.  And so our communication slowed down over the following months.

Q.   Okay.  And did you -- did you periodically reach out to her?

A.   Infrequently.

Q.   Uh-huh.

A.   Yes.

Q.   Did she say where she was?

A.   I believe so, yes.

Q.   Where?

A.   New York some --

Q.   Okay.  And did you ever have a -- a next date?

A.   No, we did not.

Q.   When after that -- when did you next hear from her if you recall generally speaking?

A.   Late, late June 2018.

Q.   And what happened?

A.   She texted me notifying me that she was pregnant and that she represented that -- with certainty that the child was to be mine, and that she wanted an abortion and communicated uncertainty or a lack of capability to pay easily, I believe some insurance issue for the abortion that she again represented

she wanted.

Q.   And did she ask you for money to help her pay for the termination of the pregnancy?

A.   Yes.  She did.

Q.   Okay.  And did you, in fact, send her money?

A.   I did.

Q.   And how did you send her money?

A.   Over Venmo.  I can explain what that is if anyone isn't familiar.  It's an application of what you could send peers money and then they can later transfer it to their bank account if they so wish after -- after a day.

Q.   Okay.  And did she, in fact, terminate the -- well, did you discuss terminating the pregnancy with her?

A.   We did.

Q.   And can you tell me about that conversation?  This conversation -- before you answer.  This conversation was all on text; is that correct?

A.   We -- we had a conversation a -- a day later after she decided to not get the abortion after I had provided her money, but it was primarily over text message.  Sorry.

Q.   I just meant this first day --

A.   Yes, correct.

     THE COURT:  Just wait until Mr. Rappaport is completely done asking his question.  Very different than normal conversation where you can anticipate someone's answer or a question before they are done.  You answer the question, it's kind of normal. Here it's really important that everyone finish what they are saying before someone else starts speaking.  So be very

intentional about waiting, please.

Mr. Rappaport, back to you.

MR. RAPPAPORT:  Yes.  At this point, Your Honor, I would like to mark exhibit --

MS. JOHNSTONE:  56, social media 56.

MR. RAPPAPORT:  So SM 56.

THE COURT:  A quick offer of proof as to for what purpose.

MR. RAPPAPORT:  Certainly.  It contains screen shots from Ms. Wang's own phone showing Mr. -- that Mr. &#9608;&#9608;&#9608;&#9608; paid her over Venmo, but it's also one of the texts that was -- also includes the chopped up babies and the threat.  So it --

THE COURT:  SM 56 is what you said?

MR. RAPPAPORT:  Correct.

MS. WANG:  I didn't hear that correctly.  Did Mr. Rappaport say that I sent &#9608;&#9608;&#9608;&#9608; &#9608;&#9608;&#9608;&#9608; a -- a text message with a chopped up baby?  I don't see that here.

THE COURT:  Let's have your client testify first, and then we will come back to this exhibit, if necessary.

MR. RAPPAPORT:  Certainly.

BY MR. RAPPAPORT:

Q.  So going back.

MS. WANG:  I'm sorry.  I just still can't hear.  What did Judge Flores just rule on?

THE COURT:  I asked Mr. Rappaport to move on.  Our courtroom clerk is looking for the --

MS. WANG:  Yeah.

THE COURT:  -- the exhibit binder on that.  So I'm asking him to just move on with asking oral questions.

MS. WANG:  Okay.

THE COURT:  That was it.

MS. WANG:  I -- yeah, I'm unaware of any chopped up babies in any text messages.  That's why I wanted to be looking at the same because I'm looking at the text messages.

THE COURT: Okay.  If you could -- thank you.  Ms. Wang has muted herself which is important because I'm getting feedback from her.

Okay.  Let's go through the original plan here.  No documents.  I want to hear what Mr. ████ has to say.  Thank you.

MR. RAPPAPORT:  Got it.

BY MR. RAPPAPORT:

Q.  Okay.  So in the original conversation via text message on the day that she told you that she was pregnant and that she wanted to terminate the pregnancy and was on her way to a clinic and asked you to pay money.  Did she -- did you discuss having a child together with her during that conversation?

A.  It seemed like a foregone conclusion based on her representation to me that we would not be having a child together.  I remember having a conversation like that with her though I don't remember it being on that day specifically.  I could be wrong.

MR. RAPPAPORT:  And -- and for the record, Your Honor, Exhibit 1 is the entirety of the text exchange between the two parties from the very first time they connected until -- until the conclusion of their relationship.  So the Court does have that.  1-A is the -- is the exhibit that includes Ms. Wang's

naked photo albeit redacted to cover the breasts and genitalia so the Court could see that it was sent unsolicited.  So that -- I'm just letting the Court know that you have this should you need to review it.

THE COURT:  Okay.

MR. RAPPAPORT:  So in order to refresh Mr. ███ recollection.

THE COURT:  Thank you.  I feel like I may not be making myself clear here.  Ms. Wang is complaining about receipt of documents, and I'm concerned that that might be a tactic used by Ms. Wang to try to delay this trial.  I have someone who is here who can testify to what happened from his perspective.  And I see no reason to delay the trial to have this ongoing issue about documents keep coming up.  So I have referenced earlier like let's stick to the plan.  It's not a plan.  It's what I told you, Mr. Rappaport.  Call your client, have him testify.  I want to hear what he has to say, and then we'll take it from there.

MR. RAPPAPORT:  Okay.

THE COURT:  Because we have six, eight boxes of documents I think here?  I'm not saying we are not going to get to them. I'm just using my discretion to start this way.

MR. RAPPAPORT:  Okay.  I completely understand where the Court is -- has the Court ruling at this point.

THE COURT:  Thank you.

BY MR. RAPPAPORT:

Q.  Okay.  Mr. ███ during that conversation with Ms. Wang, on that day, did you -- did she ask for additional money from

you after you Venmo'd her the original amount?

A.   She asked me for money.  I believe it was the day after I initially sent her money upon at least in her representation to me her realizing that it would cost more than what she quoted me for originally.

Q.   Okay.  And did she tell you why it would cost more?

A.   No.  She just said it would.

Q.   If you remember?

A.   Maybe.  I can't -- I -- I recall that she said it would.  I don't recall any repetition of the reasoning as to why.

Q.   Okay.  Did you have subsequent conversations with her via text message about having the baby?

A.   Can you repeat that?  Sorry.

Q.   Sure.  After the first day, did you have any followup conversations with her on text about having the baby?

A.   Yes.

Q.   Can you describe that conversation, please?

A.   Initially they were destructive.  I received a lot of texts from Ms. Wang that were very incendiary and pretty -- very much attacking me so to say.  In that I -- I had abandoned her at the abortion clinic despite having continuously provided her reassurance and even coming through with financial support.  And I even paid her additional money after she quoted incremental costs on the day of the would be procedure.  I managed to calm her down.  At least it seemed to me after a bit.  And we got to a place where we were talking at least somewhat productively about what to do.  But it still did not really end in a way that was productive.

Q.   Did she tell you that she was then going to decide to get -- to terminate the pregnancy in Las Vegas?

Oh, first of all, she told you originally she was going to terminate the pregnancy in Utah; is that correct?

A.   That's correct.

Q.   Did she later tell you that she was going to try to attempt to terminate the pregnancy in Las Vegas?

A.   I believe so.

Q.   Okay.  Did you have a discussion with her telling her that you did not want to have a child?

A.   I specifically said to her something to the effect of communicating that I was young and working my first job out of college, and that we lived in different states and didn't know each other well enough such that the child would not be set up for success.  And so I -- I represented that reasoning to her to further substantiate her initial representation to me that the abortion was warranted in her opinion.  Yes.

Q.   And you did tell her that if she didn't pull the trigger, ie, have an abortion that it would not be healthy -- it would not be beneficial for either one of you to have a child?  Did you say that?

A.   That is a bit of a paraphrase.  What I recall saying exactly is that I -- I did use the -- the euphemism of -- of the trigger, but it really was a metaphor in terms of communicating my unease with her inaction -- my unease with her inaction delaying the choice as to whether or not to have an abortion or have the child as I wanted to know sooner rather than later what the outcome would be so I could plan to have a kid or plan to

not have a kid.  And then delaying it seemed to have no benefit, if at all.  And, in fact, in my opinion it was -- it was very very wrong to -- to wait to make a decision, not necessarily what the decision should be.

Q.  Did you, in fact, tell her -- did you tell her that --

THE COURT:  Would you pull the microphone closer to you, Mr. Rappaport?

MR. RAPPAPORT:  Certainly.

BY MR. RAPPAPORT:

Q.  Did you tell her, "I can fly to Vegas tonight.  Call me.  It doesn't have to be like this.  We are both alone handling this now.  Facing problems together is easier.  Nothing else is important in my life as right now."

A.  Yes.

Q.  I really -- did you -- did you say that to her?

A.  Yes, I did.

Q.  And...

THE COURT:  Okay.  Mr. Rappaport, could I ask you to move on?  Your client has alleged Ms. Wang has done things to him.  That's what I'm interested in hearing about.

MR. RAPPAPORT:  Understood, Your Honor.

BY MR. RAPPAPORT:

Q.  You ultimately told her that if you were going to have a child you didn't want to be just a dad writing a check, that you wanted to participate in the child's life; is that correct?

A.  That's -- that's correct.  Very much so.

Q.  And Ms. Wang told -- did Ms. Wang tell you was, "The only reason I would have the child was to help my case."  Do you

recall that?

A.   I recall that, yes.

Q.   Did you know at that time what that case was that she was referring to?

A.   She had represented to me that she was a victim of a case on our first date, in fact, and turns out I learned later not through this text that this case -- she was, in fact, the alleged perpetrator of -- of -- of what it pertained to.  Sorry.

Q.   And that -- did she tell you that she thought that her diet wasn't quote unquote "mommy perfect" and that the child would be born potentially retarded?

A.   Yes, that was a terrifying text to receive.

Q.   Okay.  Moving on, did a point in time where Ms. Wang threatened to block you from communicating with her? (Sic.)

A.   Yes.  In our later conversations, when I was talking to her about the importance of making a decision, not just what the decision should be, and also a followup conversation about prenatal paternity testing and the fact that I wanted to participate in that so I knew -- I would know that the child was mine so that I could be all in in getting set up to be a dad.  She did not take to those conversations kindly despite me thinking they were productive and threatened to block me if I communicated further with her.

Q.   When -- when you told her that you would be interested in being there for the birth, did she say, "hey, I mean, the kid could just die before it makes it out.  I mean, I barely found out, and my diet problem wasn't mommy perfect, high chance it's disabled.  Also hate to admit, but I'm on my last child bearing

year, not that I wanted one, just I can't do sit besides sit around waiting for court dates."  Did you know when she said she was sitting around waiting for court dates at that time that she was being prosecuted for harassment in Spanish Fork, Utah?

A.  No.

Q.  When -- when did you find out that she was actually being prosecuted for harassing a man named Walker Stone in Spanish Fork, Utah?

A.  I learned after my son was born, but before I got a restraining order and my -- I -- I found out about this through either my counsel assigned, Darrick Chase, or some private investigator that I had hired.  And it was -- it was really scary to learn about.

Q.  When you're communicating with Ms. Wang, and you told her that you would be interested in participating in the child's birth and wanted more information, did you receive this text from her?  "I haven't made my decision so you can keep going and I can just block our texts, or maybe I'll keep this conversation open for now, limit it to 24 weeks and going forward if it -- no, it sucks.  But it's not all about you."  Do you recall receiving that text from her?

A.  I do.  I do.

Q.  What did you do in response when she told you she was going to block you?

A.  I -- I did what she was demanding and stopped proactively communicating her in hopes that I would not be blocked and receive proactive communication from her as to the wellness or due dates or what have you regarding my unborn son.

Q.   Okay.  And did you --

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Yes.

THE COURT:  I'm going to instruct you, you've been asking questions based off of text messages?

MR. RAPPAPORT:  Yes.

THE COURT:  I'm going to ask you to ask open ended questions to Mr. ███████ and I want to know what his response is based on his memory.  If we need to refer back to a document we can. But please proceed with open ended questions on direct.

MR. RAPPAPORT:  Okay.

THE COURT:  Thank you.

MR. RAPPAPORT:  In that case I'm not going to look.

BY MR. RAPPAPORT:

Q.   Mr. ███████ you actually -- you caught me by surprise.  My notes for his direct are actually in my office which I anticipated doing tomorrow.  So I'm just kind of winging it.

THE COURT:  Okay.

BY MR. RAPPAPORT:

Q.   So Mr. ███████ let me ask you this:  Did Ms. Wang let you directly know that a baby had been born?

A.   No, she did not.

Q.   How did you learn a child had been born?

A.   I learned that my son, though I didn't necessarily know at the time that he was my son, had been born actually through my mother and father who had been contacted by Kailin via Linkedin and e-mail, and it turns out this was roughly a week to two weeks after the birth of my son.

Q.  Did you ever block Ms. Wang from communicating with you?

A.  I did not block her on text message or e-mail.  In fact, my social media accounts were pretty relaxed in their privacy controls until the ensuing waive of harassment started at the end of December.

Q.  Can you tell me when the first instance of harassment was that you recall?

A.  If we are talking about on line postings, that form of harassment, that started, I believe, on Christmas.  And I became aware that there were blog posts among other things.  They -- they start to blend together as you get into it, posted that were really vicious and mean, slandering me and my -- my name and calling me a deadbeat father, sexually deviant, what have you.  I mean, it's a laundry list of insults and these -- these blog posts, social media accounts, what have you.  I became aware of them because they were being communicated or sent or -- other means of communication through other mediums of communication.  They were being communicated to my network.  In fact, I believe the first instance I learned by receiving a text message from my friend that a Twitter account, I believe, had followed him who had one or two lone tweets that linked to these blog posts.  So naturally my friend being a friend immediately sent this to me asking what that -- "What the heck is happening?"

Q.  And how many of these started coming in to you?

A.  They -- they started pouring in at an increasing rate, both increasing rate, and increasing severity of what was being said about me.

Q.   And were these just about you or did these progress -- oh, let me ask you.  Were you also getting direct notifications of these yourself?

A.   At times I was getting direct notifications.  In fact, one that stands out is I was being tagged in Instagram statuses that were essentially quotes of the same language used in these mini blog posts, and you receive a push notification when that's done for the first time, I believe.

Q.   And you said --

THE COURT:  I'm sorry.  I don't understand that.  I don't know what an Instagram status is.

Mr. Rappaport, back to you.

MR. RAPPAPORT:  Certainly.

BY MR. RAPPAPORT:

Q.   To clarify what an Instagram status is, is that you were being notified that somebody was -- was basically -- how do I phrase this, it's -- it's --

MS. JOHNSTONE:  Can I?

THE COURT:  No.  Mr. ████████ can.

THE WITNESS:  Although Erica has even a better understanding than I do on how to explain this.  Instagram -- I misspoke.  I said it was a status.  It's a biography or bio for short.  It's a little description on your online profile that you can fill out, fill in with text, but you can also tag other accounts. And when you tag other accounts these tagged accounts are notified that you have created a biography on your page provided they have the access to read it that you've done so.

BY MR. RAPPAPORT:

Q.   So you were -- to summarize, you were being directly notified of these horrible posts that were being put on line; is that correct?

A.   Yes.

Q.   Okay.  And did these horrible posts, in addition to yourself, did they involve anybody else?

A.   The vast majority of the content was about me and my son, more so on my son, than later in the progression of the -- the campaign, if -- if I can call it that.  And but it did slander, I remember, my mom and my dad and calling us racists or trying to say that, you know, that we were -- just she tried to categorize us as evil in any way she could using the buzz words of the day.

Q.   The buzz words, just we are in a court of law, is -- is nigger, spic, Asian hater, that you referred to the child as a chink baby, and that you hated japs; is that correct?

A.   Those -- those sound familiar to me in my reading of the documents, yes.

Q.   In addition to just those, was there anything that caused you to be concerned for the baby?

A.   What -- what part of the campaign are we talking about?

Q.   Well, let me ask you this:  Was the baby in your custody at this time?

A.   No, I didn't even know for certain until I believe early mid February that it -- he was my son after a paternity test was concluded and until I even got custody and --

Q.   After -- let me ask you this:  After the paternity test, after you knew you had a real son, I'd like to talk to you about

were there any posts that you were receiving that concerned -- that made you concerned for the safety and wellbeing of your son?

A.   Yeah.  I -- I became aware of many posts in mid February that were some -- the worst I had seen that described my son as being sick, starving, or even dead.  And as a reminder, at this point I didn't know where Ms. Wang or my son was.  She was being deflective and evasive and trying -- when -- when myself and Darrick tried to ask for whereabouts.  And she also -- I became aware of the posts that were -- that contained chopped up babies and decapitated fetuses along with these -- all the texts that I previously described were accompanied by pictures of decapitated fetuses and chopped up babies which made me very fearful for my son's life if it hadn't already been taken because I just didn't know at that time.

Q.   And when you say that there was a lot of these, are you talking in terms of like 5, 10, 50, 100?

THE COURT:  Could you clarify "these," please?

BY MR. RAPPAPORT:

Q.   Oh, I'm sorry.  The -- the posts that are coming in with the -- the indications that the baby is dead or sick?

A.   Well, there were messages and then -- there were posts that were messaged to people.  There were posts that were linked on Twitter accounts.  There were posts that were made on Instagram accounts, and all of these different accounts would seemingly follow exclusively people that were in my network, and then in the majority of cases would proceed to direct message, text message, e-mail, what have you of people on my network notifying

them of these posts along with usually a caption that was sometimes personalized in nature, making it extra scary to the recipient. And, of course, I -- I can't even say if I was made aware of every single time that this was done, but out of the ones that I was made aware of, there is -- I think there is over 100.

Q.  Okay.  In response to these, did you ultimately obtain a request for a domestic violence restraining order?

A.  Yes.  I did.

Q.  Okay.  Did you ever send out nude photographs?  Did you ever put nude photographs on line of Ms. Wang?

A.  No.

Q.  Are you aware that she filed a request -- well, strike that. A request for domestic violence restraining order against you in Utah on March 18th, 2019?

A.  I am aware.  Yes.

Q.  How did that make you feel?

A.  That was very scary.  It -- I didn't know how it could have been obtained if those that evaluated whether or not it was proper to give her that were wholly made aware of the entire situation and the reality.  And -- and the implications of obtaining those -- that kind of order and her demonstration that she was willing to obtain those and could obtain those made me very scared that, not -- not just for that order specifically, but that kind of fraudulent judgment would just continue to come back and be obtained against me.

Q.  Did it make you fearful of Ms. Wang that she could do something like that?

A.   Yes, very much so.  I -- I at that point in my life I had never encountered someone with such disregard for, you know, the -- the procedures in which it takes to obtain those.

Q.   The temporary restraining order that was issued in Utah on March 18th, 2019, is actually -- it gave custody to Ms. Wang of the child.  Do you recall seeing that and how that made you feel?

A.   Yeah.  I was made aware of that, and it was terrifying because I -- up until that point we -- we were in Utah to obtain physical custody of my son pursuant to the Court order in California that granted me that custody along with legal custody.  We were there on a pure guess that my son would be there in the first place because we still didn't know where he was, let alone if he was well or alive.  So when I got him and -- I mean, feelings at that moment aside, how magical that was, specific to this restraining order, the thought of losing him and likely never knowing where he would be again, if that's his prologue that was terrifying to me.

Q.   Did you know anything -- did you know anything -- excuse me. Sorry.  Did you know anything about Ms. Wang's background after you learned that -- did you know anything about her background that caused you any concern?

A.   At that point?

     THE COURT:  I'm sorry.  One second.  I need some context as to that question.  Vague as to time.

     BY MR. RAPPAPORT:

Q.   Okay.  At the time you were receiving the text messages that your son was either sick or dead, or homeless, or starving, did

you know anything about Ms. Wang's background that caused you any concern?

A.   At -- at that point, I had been made aware of her case with Rory Will and her case with Walker Stone.

Q.   The case in New York with Rory Will, what did you know specifically that caused you concern?

A.   Just about everything gave me concern, to be honest.  Her threats against him, the fact that she tried to trap him into having a kid with her, the fact that she sent men to his house for gang bangs uninvited.  And some of her communications with him where she told them to just role over like the rest of them.  That might be a paraphrase, but the idea is there.

Q.   When you say "role over like the rest of them," can you explain what you meant -- how you perceive that?

A.   It implies that this is -- that -- this is her stick in that I'm the last -- I'm the latest installment in a series of unfortunate encounters with Ms. Wang, except mine is particularly bad because there is an innocent child -- a child in -- in the mix.

Q.   Okay.  Did you know anything else that caused you concern about her background other than the Rory Will matter?  And was the Rory Will matter in New York, by the way?

A.   That was New York, to my recollection.

Q.   Okay.  Did you know that she had been criminally charged there?

A.   I -- I did at that point.

Q.   Okay.  And did you know what was -- the charges were generally speaking?

A.   It sounded like -- I don't know what the specifics legally of them were.  I -- I fail to recall exactly.  But I can imagine what would be charged when you threaten to come to people's house with a gun or that you're outside their house with a gun or that you impersonate them or these things and...

Q.   Was there anything else that caused you concern about Ms. Wang's background at the time that you were receiving these text messages -- these various messages about your son's wellbeing?

A.   The issue on Walker Stone for similar reasons with different details to that of Rory Will.

Q.   Walker Stone was where, if you recall?  What are the specifics?

A.   I -- Utah, I believe.

Q.   And do you recall any of the specifics that you -- that made you concerned?

A.   I -- that I -- the two kind of blend together in the term -- in terms of remembering a pattern of past victims and Ms. Wang's documented pattern of behavior.  And just it all just ended up going to my understanding of what the -- that it made -- it made me feel truly threatened on behalf of myself, my family, my network, but most importantly my -- my son.

Q.   And you said your family.  Was your family also receiving these threatening messages about the child?

A.   They received in certain cases personalized messages.  I can't remember the exact medium through which it was communicated.  But I know my -- my sister ████ had a message sent to her that was from a burner account, I believe, on

Facebook that referenced my sister's career and tied it into a personalization of the message.  And my younger sister  received a message in the same fashion but personalized to her referencing her academics in medicine.

Q.  What was the significance of the personalizations of messages to you?

A.  It -- it just further demonstrated her willingness to -- Kailin to be specific, her willingness to go the distance to stalk me, my family, my network.  I mean, this information wasn't readily available on the avenues through which she contacted them.  And she would -- she would have had to have done -- had to have done some research to figure this out, and the fact that she obviously had done that demonstrated a level of obsession with -- with me and everyone related to me.

Q.  Did you ever give Ms. Wang any of your personal identifying information, including but not limited to your Social Security number?

A.  No.

Q.  Did you ever give her access -- did you ever give her authorization to access your Social Security Administration account?

A.  No.

Q.  Did you ever give her access to your financial data through a company called Experian?

A.  No.

MR. RAPPAPORT:  Okay.  I think nothing further unless the Court has questions.

THE COURT:  I do.  I'll start in reverse order.

Do you believe that Ms. Wang has access to your Experian account?

THE WITNESS:  Yes.

THE COURT:  Why do you believe that?

THE WITNESS:  I would like to go through the evidence to explain it properly, but there -- there are accounts tied through virtual evidence, so to speak, that comes -- that -- there -- there is evidence that I am not the best to explain in a technical capacity.  But suffice it to say I've had it relayed to me by experts and reviewing myself in full and I believe that to be the case.  Yes.

THE COURT:  So right now I'm only asking you to tell me why you believe that that simple yes or no question is true.  That you said that you do believe that Ms. Wang has access to your Experian credit file.  Just what's -- answer as to why.

THE WITNESS:  I believe the credit card on file with the account has the same last four digits as the credit card on file attached to another piece of evidence that is attached to her which --

THE COURT:  Is that credit card that's on file, is that yours?

THE WITNESS:  That is not mine, and it's one that we can tie to Kailin through other -- there is really a network of evidence at hand here.

THE COURT:  Okay.  You believe that's tied to the hotel in New York, for example?

THE WITNESS:  Yes.

THE COURT:  Okay.  And Mr. Rappaport just asked you if you

gave Ms. Wang your Social Security number.  You said no, correct?

THE WITNESS:  Correct.

THE COURT:  Do you have reason to believe that Ms. Wang has access to your Social Security number?

THE WITNESS:  Yes, in that you would have had to have had my Social Security number to have created the account associated with the credit card number.  So despite me not providing it to her, it's the only explanation that she has it for her to have obtained.

THE COURT:  And it ties back into the Experian credit report?

THE WITNESS:  Perhaps that as well as the Social Security online account, I believe.

THE COURT:  Social Security Administration?

THE WITNESS:  There -- there is -- I think it's a mysocialsecurity.gov website.

THE COURT:  Okay.  What about that?

THE WITNESS:  That I was -- I was made aware that there was an account created in my name that I did not create.

THE COURT:  Okay.  And you believe that that was Ms. Wang?

THE WITNESS:  Yes.

THE COURT:  Why do you believe it was Ms. Wang?

THE WITNESS:  Because I didn't do it, and I can't believe anyone else would have done that.

MR. RAPPAPORT:  We have forensic evidence also tieing it to Ms. Wang, Your Honor.

THE COURT:  Okay.  I'll take that as an offer of proof and

not testimony.  Thank you, Mr. Rappaport.

Were you going to say something else, sir?

THE WITNESS:  I've -- I've -- I wanted to apologize that I might not be clear on a lot of the specifics of the evidence though I can be prepped if I'm refreshed because there is so much evidence, and a lot of this was discovered so many years ago.

THE COURT:  That's fine.  You don't have to apologize.  I'm just asking for a basic response to an issue that was kind of, you know, your attorney hung the issue out there, right, and I just want some simple information from you right now.

I think I have one other question before I let Ms. Wang ask you any questions she may have.  Okay.  You mentioned your network of people that you've testified were contacted by Ms. Wang and directed to these posts with concerning information that was posted that you described bothered you.  Approximately how many people notified you that they received contact of this very nature?

THE WITNESS:  The only ones I'm aware of are the ones in which they contacted me, and it's over 100, though I cannot remember the exact count.  I want to say it's closer to 150 than 100.

THE COURT:  Over 100 individual people?

THE WITNESS:  Yes.

THE COURT:  I did have another one actually.  You mentioned secured -- let me rephrase that.  You mention that your sisters received personalized messages.

THE WITNESS:  Yes.

THE COURT: And you described why that concerns you. I may have missed something. Is that something that you attribute to Ms. Wang, those messages?

THE WITNESS: Yes.

THE COURT: Why is that?

THE WITNESS: Because the account from which it came and the information that the account relayed -- I believe an account we have forensically tied to her from the evidence I've seen. Is that sufficient?

MR. RAPPAPORT: If I may, would it refresh your recollection if you were to see them? Would it help you remember?

THE WITNESS: I -- I -- I would like to see the messages, though I -- I don't know how much that would help remembering which of the many accounts is tied to which --

THE COURT: Okay.

THE WITNESS: -- because there are so many Facebook accounts.

THE COURT: That's fine for now. I asked because it was implied that you believed that Ms. Wang had something to do with that. I didn't hear you say that, and I just wanted to see if what I thought was being implied is an actual statement of yours. Now it's a statement of yours.

Mr. Rappaport, any followup questions on my questions right now?

BY MR. RAPPAPORT:

Q. Mr. ▮▮▮▮▮ did you actually go to the Social Security Administration yourself and pick up a printout?

A. Yes.

Q.   Did that show that your account was accessed by someone other than you?

A.   Yes.

Q.   Did you give anybody authorization to access that account?

A.   No.

Q.   Do you recall that it was associated with -- the last log on on the printout that you received was an e-mail address associated with Ms. Wang.  Do you recall that?

A.   That sounds familiar.  Yes.

MR. RAPPAPORT:  Okay.  Thank you.  Nothing further.

THE COURT:  Thank you.

Ms. Wang, I'll now turn to you.  It's your opportunity to ask questions by way of cross-examination.  I will remind you before we get started, that this is not a chance to argue.  It's a chance to only ask questions.  And if you do wish to argue or provide contradictory testimony to what you hear in response to any of your questions, that is an opportunity you will have, but you'll have it when it's your time to testify, not during the question and answer process.  Please begin.

MS. WANG:  Okay.  You know, I was just going to ask, they have a Christopher Brenner there.  Didn't he say he can do a screen share?

THE COURT:  Please begin with your questions, Ms. Wang.

MS. WANG:  Okay.  I -- but the screen share is -- is it possible, or do you want me to just proceed with cross-examination questions?

THE COURT:  That's what we are here for right now, Ms. Wang.  Your opportunity.

MS. WANG:  Okay.  What was the ruling on the Christopher Brenner screen sharing feature?  Because I thought that was offered to make this process go smooth.

THE COURT:  Okay.  I want you to start asking questions, Ms. Wang.  If there develops a need to use the staff brought by your opposing side to conduct screen sharing for you, I'll entertain that when that comes up.  If you have a question, please begin.

MS. WANG:  Okay.  Sure.  Okay.

CROSS-EXAMINATION

BY MS. WANG:

Q.  Mr. ███████  so you said that you gave me abortion money; is that correct?

A.  Yes.

Q.  And yes, and then you -- you got that from -- you sent it over by zoom, correct?

A.  It was done over Venmo.

Q.  Yes.  Okay.  And I returned the money to you, correct?

A.  Eventually, yes.

Q.  Okay.  So I returned the money.  So that must have been when I didn't go through with the abortion, correct?

A.  Correct.  Correct.

Q.  I'm sorry.  Maybe you didn't hear me.  So when I returned the Venmo money, I didn't go through with the abortion, correct?

A.  Correct.

Q.  Okay.  I'm so sorry.  I can't hear.  It's so incredibly difficult.  Okay.  So when I texted you about the -- the fetus was 18 weeks old, correct?

A.   Can you repeat the question?

Q.   Oh, yes.   I sent you text messages that the baby -- the unborn baby was 18 weeks old, correct?

A.   Are you asking me to say that I received those?

Q.   Yes.   Did you receive --

A.   Yes.

Q.   -- text messages from me that said that -- yes?   Okay.

A.   Yes.

Q.   And when you asked me to pull the trigger that was after you received those text messages that the fetus is 18 weeks old, correct?

A.   I don't recall.

Q.   Okay.   That was a very long -- I -- I text you about what your Instagram was on 2-19 of 2018.   Do you remember that?

A.   I do.

THE COURT:   By the way -- I'm sorry.   Time out.   Can you mute yourself for a moment, Ms. Wang?   Thank you.

Okay.   So that's going to cause more problems for you to add more after you've made a response.   So please just answer the question.   Mr. ████████ when Ms. Wang is done with her questions, your attorney, he knows this, has an opportunity to do what is called redirect.   Okay.   And that's an opportunity to add more context to things, but your obligation as a witness right now is to answer truthfully only the question that you're being asked.   And I know this is going to be a little bit cumbersome, but the feedback can from Ms. Wang's device or computer is problematic.   So what we are going to do, please pay attention, Mr. ████████

THE WITNESS:  Sorry.

THE COURT:  No problem.  What we are going to do is I'm going to ask you, Ms. Wang, to, and we could see your microphone icon, ask your question and then mute yourself.  And then when you see that her microphone is muted, then respond, Mr. █████████

THE WITNESS:  Got it.

THE COURT:  Okay?  And we'll proceed that way.

Go ahead, Ms. Wang.

BY MS. WANG:

Q.  Yes.  So I asked about -- I got the answer to that.  Next one, and did -- did you ever send me pictures on Snapchat?

MR. RAPPAPORT:  Objection.  Well no.  I withdraw that.

THE WITNESS:  One time, yes.

BY MS. WANG:

Q.  Did you send nude photos on Snapchat?

A.  In response to your nude photo I felt it was appropriate to reply in kind as a form of trust one time.

Q.  You said unsolicited, correct?

A.  I did not.

Q.  You know, we -- we exchanged a number of texts.  I -- I asked -- I asked for abortion money, and I also said I -- I could not work due to my case.  Do you remember we had something of that conversation, correct?

A.  I remember those texts.

Q.  And you also said that, "Sorry about your case, but I may lose my job."  Therefore, something could go very wrong because you were aware I could not get a job because of a current

criminal case, correct?

A.   I was not aware at the time of the nature of the case.

Q.   Okay.  Well, there is a -- there is a couple of text messages I remember where I continuously talk about how I can't get a job because of my case.  So you know, usually if there is somebody going through criminal proceedings, they can't get a job.  There wouldn't be any other way if I said I was the victim, then there would be no effect on my job, right, if I was the victim?  Sorry about your -- yes?

MR. RAPPAPORT:  Objection, vague and ambiguous.

THE COURT:  Sustained.

MS. WANG:  I'll rephrase the question.

BY MS. WANG:

Q.   "Sorry about your case.  I wish I could help.  Unfortunately I'm just a 25-year old that's never been in a relationship, trying not get disowned by my parents and be on the hook for 18 years.  I can't help but be brutally honest."  Do you remember what you were referring to about my case in that text?

A.   I remember the general conversation as opposed to an out of context text like that.  Yes.

Q.   "The longer you wait, the harder it is to pull the trigger.  I don't know what you've been researching or who's been giving you advice, but this will not play out favorably for anyone guaranteed.  I can't sugarcoat this since it's so late already."  Do you remember what you were referring to in that text message?

A.   Yes.

Q.   What were you referring to?

A.   I was referring to how long it was taking you to make a

decision as to whether or not you would be keeping the baby as it seemed to be still up in the air and not certain at that time.

Q. This was sent after I sent you the baby was 18 weeks old, correct?

A. Yes. I -- perhaps.

Q. And -- let's see. So around that time I think that was June of 2018. So there -- you said earlier that I texted something about blocking you. Do -- do you remember the -- what we were talking about why I would have said something like that?

MR. RAPPAPORT: Objection, calls for speculation.

MS. WANG: I mean, was that --

THE COURT: Sustained.

MS. WANG: Okay. Let me rephrase that.

BY MS. WANG:

Q. In September I sent a text with pictures of the sonogram of the child, and I said the estimated due date was 11-25. Do you remember that text?

A. That sounds familiar.

Q. You know, I'll read it. I'm sorry. On September 9th, 2018, the estimated due date -- so first of all, there is two pictures of a 18-week old sonogram of a real live baby. That would be █████ and the text said, "estimated due date is November 25th. My case is going to trial in December. So I'll know what my record will look like after, and maybe I can seek for employment after." Do you remember what that case was that my case was going to trial in December?

A. I had no details of --

Q.   I -- but you knew I couldn't get a job because of whatever that case was, correct?

MR. RAPPAPORT:  Objection.  Objection, asked and answered as to relevance and calls for speculation.

THE COURT:  Okay.  I'll rule on those objections.

So the objection asked and answered is overruled.  It was different context, slightly different context to this last question which I think differentiates it from the previous one. Your second objection ground, Mr. Rappaport?

MR. RAPPAPORT:  The -- the question calls for speculation as to why she couldn't get a job.

THE COURT:  Sustained.

Back to you, Ms. Wang.

BY MS. WANG:

Q.   Do you -- do you remember that -- would you say that October 11th, 2018, was probably the last time we -- we communicated by text?  Is that accurate, do you think?

A.   That sounds about right.  I can't say for sure.

Q.   Okay.  And -- and you were working back in 2018?

MR. RAPPAPORT:  Objection, relevance.

THE COURT:  I'm prepared to sustain that, Ms. Wang.  Any comments before I rule?

MS. WANG:  Yes.

BY MS. WANG:

Q.   So in your declaration filed on 5-16-2019 you stated that on June 2018 you couldn't eat, sleep, because of -- because of Wang; is that correct?  And that you lost your job because you couldn't eat or sleep or work because of the stress I caused you

June -- starting June of 2018.  Does that sound correct?

A.  What I experienced because of our interactions and relationship at that time was a serious detractor on my performance and health, yes.

THE COURT:  I'm going to rule on the last objection.  It's overruled.  Thank you.  The answer stands.

BY MS. WANG:

Q.  The stress I caused you, were they from any harassing line posts or text messages I sent you?

MR. RAPPAPORT:  Objection, vague and ambiguous as to time.

THE COURT:  Overruled, not in the context of this question and answer.

You can answer, Mr. ████████

THE WITNESS:  My feeling regarding the texts received at the time was that they were destructive for the most part to those that I received from you, and the situation at large is one that would cause any reasonable person, including myself, a lot of anxiety being uncertain about having a child with someone that you don't have a strong relationship with.

BY MS. WANG:

Q.  Can you give me an example of a destructive text that I sent you around June through when the child was born in 2018?

A.  I'd have to look at them to get a couple of examples, but a lot of it was contained in the tone of the messages.  I recall receiving --

Q.  So you can't --

A.  -- quite a few texts that were just plain mean to me, and not very empathetic as to my role in the situation, and

honestly, very self-concerned on Ms. Wang's behalf.

Q.  But you -- you don't have any specific examples; is that correct?

A.  I think talking about how my potential son at the time could be retarded, there was -- that -- that's pretty hurtful to receive, and talking about how your diet is not mommy perfect, just waiving it in my face generally speaking that you're being unhealthy and that you're living in a way that is not in my opinion proper for the situation.  That was very concerning.  I my be paraphrasing but there were definitely texts that pertained to that.

    THE COURT:  Can I ask you to move your screen?  I just noticed that you're not on the video camera fully anymore, Mr. ████████

    THE WITNESS:  There you go.

    THE COURT:  Thank you.

    Go ahead, Ms. Wang.

    BY MS. WANG:

Q.  Sorry.  Let's see.  What was I going to say?  I lost my train of thought.  The baby -- the baby you said I said something about you mean the baby you wanted aborted that I said the child was retarded?  I mean, I -- I don't know the context of how you viewed that, but do you have a text message that you can present to the Court since you have the exhibits in front of you?

A.  I believe you said something to the effect of the baby might be retarded, and then we must RIP angel emoji.

Q.  And in response to all of that you stated that you still

wanted the baby aborted at 18 weeks, correct?

A.  I can't recall my exact response to that situation.  The -- or at least that specific text.  I did communicate to you that I was in favor of it, but that was in response to many texts I sent to you where I communicated general support of the fact that it was your body and your choice, so to speak.

Q.  And October 11th, 2018, you said that I didn't get your permission to have this baby and that I know you can F with me more; is that correct?

A.  I don't recall the exact text.  I'm sure there is something like you're representing in there, but if you could read it, that would be helpful.

MR. RAPPAPORT:  For the record, Your Honor, I'm prepared to admit Exhibit 1-A which is the entirety of the text exchange into evidence.

THE COURT:  Any objection, Ms. Wang?

MS. WANG:  No objection.  It's supposed to be, I think, 72 pages.

THE COURT:  Isn't that what it is, Mr. Rappaport?

MR. RAPPAPORT:  It's the exhibit that's been with the Court since the last three years, and it's the entirety of their text exchange.  The binder that the Court has is exactly the same binder that Ms. Wang has.

MS. JOHNSTONE:  With partially updated photo.

THE COURT:  Exhibit 1-A is admitted.

(Whereupon, petitioner's Exhibit DC-1-A was marked for identification and admitted into evidence.)

THE COURT:  Do you have another question, Ms. Wang?

BY MS. WANG:

Q.   October -- yes.  And you mentioned that you wanted to tell your parents so you wanted me to do an -- an IPP test at 37 weeks into my pregnancy; is that correct?

A.   I did request that you do a prenatal paternity test and that I would pay for it.

Q.   And I told you it would be fatal to the fetus if we did it so close to the 40 weeks, correct?

A.   I don't recall that representation, nor finding the risk in doing my personal research looking into it.

Q.   Okay.  So after the birth of our son, that would be on November 26, 2018; that -- does that sound correct to you?

A.   Can you repeat the question?  Sorry.

Q.   Would you agree that our son was born on November 26, 2018, in Utah?

A.   Yes.

Q.   Did you appear at the birth?

A.   I didn't know the exact date, nor was I invited or given the specific details.  So no.  I did not.

Q.   That's even though I text you on 9-9-2018 the estimated due date was 11-25-2018, correct?

A.   You did text me that, but you also threatened to block me. So I expected proactive communication with regard to the baby's birth and the details that would be related to that.

Q.   Yeah.  That's strange because that was in a -- September and the block text appears to be from June.  That's when you asked me to pull the trigger.  The block was a response to you asked me to pull the trigger pertaining to the baby, correct?

MR. RAPPAPORT: Objection. Calls for speculation as to what she was thinking.

THE COURT: Sustained.

MS. WANG: It's in a text message.

THE COURT: It's still speculative, your question, Ms. Wang.

Could you mute yourself for a moment? Thank you. Okay. I was going to tell you that I'm close to asking you to move on under Evidence Code 352 on this line of questioning. It -- I think you've established what I believe it is you wanted to establish that after the 18-week period there was conversations about abortion that were made by Mr. ███████ Any other questions at this time, Ms. Wang?

MS. WANG: Let's just talk about after birth, and moving on, if I may.

THE COURT: Yes. You may, but let's do that after our afternoon recess then. We are going to take a 15-minute recess at this time. Thank you all.

MS. WANG: Okay.

(Off the record at 3:25 p.m.)

(On the record at 3:41 p.m.)

THE COURT: Back on the record. Both parties are present. Counsel for Mr. ███████ is present as well. And, Ms. Wang, back to you for a next question.

MS. WANG: Sure.

BY MS. WANG:

Q. After the birth of our son did you ever call, text, or communicate in any way to find out about his wellbeing?

A. My parents and my lawyer had contacted you after -- am I

muted?  I think I might be muted.

THE COURT:  No.  Don't worry about that icon that's showing at the iPad or device that's on your screen, Mr. ████. These microphones are plugged into another system.  That's the way its been so you may not notice.

THE WITNESS:  I did not directly communicate with Ms. Wang. My counsel and for a short period my parents did as she contacted them first out of anyone notifying me and my family of my son's birth.

BY MS. WANG:

Q.  So you -- just so you didn't communicate after your son's birth.  That was a confusing answer, kind of long.  Yes, no, no, yes?

A.  I did not directly communicate directly with you myself.

Q.  Did I contact your parents you believe?

A.  Yes.

Q.  About the birth, yes?

A.  Yes.

Q.  And you found that communication threatening?

A.  Due to some language in it, yes.

Q.  The communication, let's say the e-mail on December 5th, 2018, regarding ████  ████  allegedly sent to ████ ████  "I apologize for the platforms I've reached out.  I just delivered your son -- ████  sons on 11-26-2018.  I was visiting in San Francisco around March 4th, 2018.  I became -- I was aware I was pregnant on 6-20-2018 and informed ████  who wanted an abortion and I drove 600 miles alone to an abortion clinic" --

THE COURT: Ms. Wang, you've been asked to go slower. Can you start over please?

MS. WANG: Yes. On December 5th, 2018, e-mail that is in petitioner's evidence. There is an e-mail entitled Regarding Christopher ████████ sent to ████ ████████ And it says, "I apologize for the platforms I've used to reach out. I do not know your contact info. I delivered your son, ████████ son November 26, 2018. We met around in San Francisco March 4th, 2018. I became -- I was aware I was pregnant on 6-20-18, and informed ████████ who wanted an abortion. I then drove 600 miles alone to an abortion clinic. ████████ wouldn't wire me the remaining costs, and I was left stranded and did not end up getting the abortion. Since then your son contributed zero towards the pregnancy and has not even text to see how the delivery of his son went even though he knew this -- the due date." After your parents received that you did report this e-mail as an extortion attempt, correct?

A. There was that e-mail, a very nice response sent from my mother and then a followup response from you, I believe. And at some point in those two e-mails you sent, you communicated that it would only be possible if both families helped, and that combined with the fact that you first reached out to my parents instead of me, and in the communication to my parents made several misrepresentations about my actions, lead me -- lead me to believe that you were not acting in good faith in the specific language of insinuating that both parents needed to help, read like an extortion threat going after my parents for money.

Q.   You blocked me November of 2018, correct?

A.   That is incorrect, I believe.

Q.   I have -- would you say because, you know, you're a -- you're a computer scientist of some sort.  Would you say when you click on someone, let's say, social media photo and it comes up that there is an error as in, oh, yes.  It says that person has blocked you on Facebook, something is wrong.  So your -- your profile still exists.  It's when you click on it it just, you know, it comes up this person has blocked you.  Are you familiar with that notification?

A.   To address the first part of your question, I'm not a computer scientist.  However, I do understand the basic tenets of social media that you are describing.  And to that effect, I did eventually block you.  I cannot recall the exact date, but it was definitely after my son's birth and certainly by the end of the year.

Q.   And another e-mail that your counsel that has disclosed under the e-mail that we just talked about that was on December 5th, 2018, ████ ██████ sends to █████ "I think she found me and she had looked at us, and she wants -- and she believes that we have money."  That was the reaction to the e-mail?

     MR. RAPPAPORT:  Well, objection.  Vague and ambiguous, calls for hearsay.  Speculation as to what his parents thought.

     THE COURT:  Okay.  So vague and ambiguous, I could start with that because I didn't follow the question.  And to the extent it would call for someone else's comments other than Mr. ████ ██████ it would call for hearsay.

Do you want to rephrase that question, Ms. Wang?

MS. WANG:  Yeah.  It's --

THE COURT:  You're muted.  You are muted.

BY MS. WANG:

Q.  I -- did I send an e-mail to one of your parents that said that adoption is not an option for me?  I guess that would be hearsay.  Your parents blocked me December -- around December 6, 2018, correct?

A.  I don't recall.

MR. RAPPAPORT:  It -- one, it calls for speculation but -- we actually have the exhibit, Your Honor.  If the Court -- if Ms. Wang would stipulate, we can produce the e-mail that she sent under an alias to Ms. ████ ████ that has both Ms. Wang's e-mail as well as the response in total.  It's exhibit number 6.  That's PT 6.

THE COURT:  Do you want to stipulate to the admission of exhibit --

MS. JOHNSTONE:  DC, DC 6.

THE COURT:  DC 6?

MR. RAPPAPORT:  Correct.

THE COURT:  Ms. Wang?

MS. WANG:  Again, I can't see it.  I will trust that if it sounds like what I just represented to the Court that we are talking about the same e-mail on December 5th, 2018.

THE COURT:  So I'm not looking at it right now for the record.  Mr. Rappaport?

MR. RAPPAPORT:  It's -- it's a December 6th e-mail.

Ms. Wang, you have it in the binders that were given to you

three years ago on the record in open court.

MS. WANG:  I will trust his representations.  Sure, I will -- I will stipulate to that.

MR. RAPPAPORT:  Again, this is a December 6, 2018, e-mail from an individual named Lanie, L-A-N-I-E, Lee, L-E-E addressed to Ms. ███  ███████        That's exhibit -- again, DC 6 in the binders that were provided to you previously.  For the record --

THE COURT:  Does that sound like --

MS. WANG:  I said I stipulate.  I stipulate to admitting that e-mail with Mr. Rappaport.

THE COURT:  Is this the e-mail that you were just referring to, Ms. Wang?

MS. WANG:  I -- I believe so.  I cannot not see it, but it should say something of -- to that effect about ███████  And there is a picture of the child in there as well named ██████  is that correct?  Is there like an attachment on there.

MR. RAPPAPORT:  Okay.  I believe you're referring to a prior e-mail, Ms. Wang.

MS. WANG:  Yeah, that's why it's unfortunate that -- because my -- my e-mail is December 5, 2018.  And it should be sent to ████████ stanford.edu?

THE COURT:  That's not what I'm looking at here.

MR. RAPPAPORT:  Ms. Wang, that is Exhibit DC 5 in our binder.  Would you also like that one admitted by stipulation?

MS. WANG:  It's not in the binder that you delivered to my house on -- we can just reserve this line of questioning for the other protected parties when that -- the one we can talk about the harassment regarding that.  Is -- is that okay?  Because I

don't want to get into this problem with, you know, which exhibit are we looking at.  Let's just skip over that.

THE COURT:  Let me -- I want to understand if there is some testimony here.  Are you testifying that this is the e-mail that you used to communicate with -- let's start off with a communication to athygese@stanford.edu on December 5 from an e-mail address?  The e-mail address is lancewr12@gmail.com?  Is that an e-mail address that you used to communicate with ███████  ████████  mother or father?

MS. WANG:  I believe so.

THE COURT:  And then that's the same e-mail that was sent in on December 6th to ████  ██████  at ████████████gmail.com, Ms. Wang?

MS. WANG:  I believe so.

THE COURT:  Okay.  And what was your final position?

MS. WANG:  A stipulation -- I'm sorry.  What did you say?

THE COURT:  You were -- you were getting to the same thing I'm getting to.  So it sounds like we have a stipulation to DC 5 and DC 6, yes?

MS. WANG:  We do.

THE COURT:  DC 5 and DC 6 are both admitted.  Thank you.

(Whereupon, petitioner's Exhibits DC-5 and DC-6 were marked for identification and admitted into evidence.)

BY MS. WANG:

Q.  Okay.  So after that, the entire family blocked me, correct?

A.  After is a bit vague in terms of time.  Eventually they did, yes.  And then my lawyer Darrick Chase at the time primarily was our medium of contact.

MS. WANG:  Okay.  Your Honor, I have -- I have an exhibit where I show that Allen ███████ and ███████ ███████ blocked me approximately December 6th, 2018.  How can I get that rebuttal admitted?

THE COURT:  Okay.  Two things on that, Ms. Wang.  One, let's have you finish your cross-examination of this witness.  And then if you want to testify to something to rebut what this witness is saying, then you can do that on your own direct by way of cross-examination.  It really wouldn't be impeachment.  You're asking about other people blocking you other than ███████ ███████ that -- that wouldn't be the right way to do that.  Do you have more questions for him?

BY MS. WANG:

Q.  So from the time period from the birth all the way up until you filed for sole legal and physical custody you never asked to see the child, correct?

MR. RAPPAPORT:  At this point objection, relevance.

THE COURT:  Sustained.

Do you wish to be heard on that, Ms. Wang?

MS. WANG:  Yes.  Yes.

BY MS. WANG:

Q.  When you applied for sole legal and physical custody on March 6th, 2019, at any time did you ever ask to see the child?

THE COURT:  I'm sorry, Ms. Wang.  I think you misunderstood.

Mr. Rappaport made an objection.  He said, I believe I'm quoting.  At this point I object as to relevance.  Maybe I'm paraphrasing.  And I was quick to say sustained because whether or not there was familial support is -- has some relevance to

this DVRO, but there has already been enough questions about that issue from the Court's perspective. I then realized that I hadn't given -- turned to you to give you the opportunity to be heard. So I asked you, do you wish to be heard on that objection. So I'll ask you again, do you want to be heard on that objection? I had sustained the objection. You may persuade me otherwise.

MS. WANG: The -- the Court -- I don't know if you remember, Your Honor, there are allegations about hiding the child and not letting the ███████ family or his attorneys know where the child was located. My point was, did you ever ask. That was my point of view, but if we could get an agreement that nobody ever asked to see the child or did not exactly ask where he was, then this line of questioning can be done with. That was my point of why I was asking if he ever asked where the child was because an allegation is that I was hiding child.

THE COURT: Thank you. I don't -- I don't think that was the last question. I may be wrong, but go ahead and ask your next question, Ms. Wang, without any limitations by my last ruling. Go ahead.

BY MS. WANG:

Q. Okay. When -- when -- the question was, when ███████ ███████ filed for sole legal and physical custody of the child he had never met the child before, correct?

A. I had made attempts to meet the child. In fact, when we originally talked about noninvasive, you know, paternity testing I -- when -- when we had originally talked about prenatal paternity testing, specifically the noninvasive prenatal

paternity test which is not as heat (sic.) -- that I -- I asked if I could be there.  I communicated that I wanted to be there for the child's birth and to notify my parents and set up the kid for success -- and set up the kid for success.  And my lawyer was -- at that point that she is referring to much later was in contact with her.  We had tried to ask where she was in a reasonable attempt to locate the child.  I can't see my son if I don't know where he is.  So an important first thing to figure out.

THE COURT:  I don't think you've answered Ms. Wang's question.

THE WITNESS:  I did not see him in person.

THE COURT:  Before you filed for sole custody.

THE WITNESS:  Correct.

THE COURT:  Back to you, Ms. Wang.

MS. WANG:  Yeah, he just said he communicated.

BY MS. WANG:

Q.  I'm aware of -- I'm unaware of any text messages that asked to see the child or if the child or the wellbeing of the child -- can you point to any of the text messages that the -- that the Court has already admitted that asked to see the child?  Because I'm unaware of any text messages that he sent or any other communication.

A.  May I point to the text message?

THE COURT:  Yes, you may.  You can take a look at Exhibit 1-A that has been admitted.  It looks like you have that in front of you now.

THE WITNESS:  This is very long.  On 2018, October 11th at

1:51 p.m., I'm not sure what page number this is, but hopefully that's enough reference for you to find it.  I text you saying --

MS. WANG:  Yes.  Yes.

THE WITNESS:  It is much better for me to have certainty --

THE COURT:  Please mute yourself, Ms. Wang.

MS. WANG:  Oh.  Okay.

THE WITNESS:  Before the due date because I want to be there if it's mine and tell my parents ahead of time.  The price is no object.

BY MS. WANG:

Q.  October 11th, 2018, was the day you lost your job at Square as a data scientist, correct?

MR. RAPPAPORT:  Objection, relevance.

THE COURT:  What's the relevance, Ms. Wang?

MS. WANG:  Oh, that was part of the conversation.  So I'm just going through because that's something I believe he told me he said "I'm in between jobs."  But I'm just asking if this is the conversation, the same one we are looking at because he says "I'm in between jobs," and later I found out that he -- he lost his job that day.  Is that the day?

THE COURT:  Okay.  Hold on a second.  I'm asking you to respond to the legal objection, not to ask another question.

Okay.  So the question itself -- I'm sustaining the objection to the question.  The point of reference, I think, at this point is unnecessary.  It looks like you found what Mr. ████████ was referring to.

Next question, Ms. Wang.

BY MS. WANG:

Q.   So aborted fetuses, you said you received text messages or e-mails of aborted fetuses or -- or chopped up babies.  Can you -- can you show the Court an example of where and when you received that threat?

A.   Could we do it via one of the exhibits?

THE COURT:  Yes.

MR. RAPPAPORT:  You can do it with the one we referenced previously which was 56, I believe?  Let me double check.

MS. JOHNSTONE:  It would have been --

THE COURT:  That is what was referred to earlier social media number 56.  And I just allowed counsel to proceed with that at that time.

MR. RAPPAPORT:  It may be -- double check the number.

MS. JOHNSTONE:  Yeah.  Let me pull it.

THE COURT:  So I'm trying to find social media 56.  I came across something that is entitled Exhibit 50, and I couldn't help but notice a photograph on what's Bates stamped as page 907.  I don't know if that is helpful, Mr. Rappaport or Ms. Wang?

MS. JOHNSTONE:  There are hundreds of photographs.

THE COURT:  Could you use the microphone, please?

MS. JOHNSTONE:  Sure.  There are hundreds of photographs.  So we are just looking for a couple of examples.

THE COURT:  Okay.

MS. WANG:  Okay.  So I have no idea what you are looking at, Your Honor.  I -- I don't know how you would like me to proceed, question what social media, I guess, because I'm not sure if we

are looking at the same picture.

MR. RAPPAPORT:  You know, we can do this:  We can put this one on -- we can screen share and put this one on line if -- so Ms. Wang can see it directly once we find the proper exhibit.

THE COURT:  Very well.

MR. RAPPAPORT:  It's exhibit DC 67.  We are prepared to screen share that with Ms. Wang.

THE COURT:  While you're looking for that, let me come back to something I had pending.

Ms. Wang, we have -- our courtroom clerk printed out the 30 page Rally report that you submitted earlier this morning that you e-mailed.  It was received by the clerk.

Any objection, Mr. Rappaport?

MR. RAPPAPORT:  To the Rally report?

THE COURT:  Yes, sir.

MR. RAPPAPORT:  No.

THE COURT:  As previously stated, that is admitted as Respondent's A officially this time.

(Whereupon, respondent's Exhibit A was marked for identification and admitted into evidence.)

MR. RAPPAPORT:  Your Honor, I'm -- may I share DC 56 with Mr. █████████ to refresh his recollection?

THE COURT:  One second, please.

MR. RAPPAPORT:  Okay.  DC 67.  My apologies.

THE COURT:  Okay.  So there is a question pending for Mr. █████████  Mr. █████████ was asked if he could point Ms. Wang to any of the images that he had testified to earlier.

What's your response, Mr. █████████

THE WITNESS:  This text message exhibit is the one I had in mind.  It just took us a while to find it.  I can provide further information, if necessary, before referring to it.

THE COURT:  I don't think that's necessary.  Let's screen share that with Ms. Wang so that she knows what you're stating in response to her question.

MS. WANG:  Your Honor, we can come back to this if it's taking so long.  I don't want to waste any more time.

MR. RAPPAPORT:  We are almost there.  Just rebooting his computer apparently.

THE COURT:  Okay.  Any luck, sir?

MR. BRENNER:  I'm sorry.  I can't get back into the BlueJeans session.

THE COURT:  One second.  I don't show on my screen that the session is locked.  Does it tell you that you're in a waiting room?

MR. BRENNER:  No.  Let me try one more thing.

MR. RAPPAPORT:  Just for the Court and Ms. Wang's edification, in response to her last question, we also produced DC 53 just so to give everybody a heads up.

MS. WANG:  What's DC 53?

MR. RAPPAPORT:  It is a -- it is a screen shot of one of Mr. ████████ friends which says, "hey, man I got a" -- it says there is a picture that is associated -- there is Mr. ████████ photo, a picture of a chopped up baby, text exchange between Ms. Wang and Mr. ████████ and it says "hey, man, I got a follow request from this in step account today.  It looks like she is tagging you directly, and shit, but I wanted to make sure you

know what's happening.  I'm reporting the account on Instagram, but this is fucking nuts.  Let me know -- excuse me, let me -- let me know if there is anything else I can do.  Help.  Anything else I can do to help."

THE COURT:  Okay.  I'm sorry.  I forgot your name, sir?

MR. BRENNER:  Chris.  Chris.

THE COURT:  Okay.  What's your last name?

MR. BRENNER:  Oh, Brenner, I'm sorry.

THE COURT:  Brenner.

MR. BRENNER:  Brenner.

THE COURT:  Are you still having trouble, Mr. Brenner?

MR. BRENNER:  I am.  It's -- it's stuck in an adjoining loop, and it doesn't seem to connect.

THE COURT:  Okay.  I can't explain what that problem is.  I don't see any type of block on our current individual platform right now.  Ms. Wang, were you going to add something?

MS. WANG:  I was going to say that we can come back to that if -- if you'd like.  But...

THE COURT:  Okay.  Next question, Ms. Wang.

BY MS. WANG:

Q.  You listed the -- the date of the start of abuse in your DV 100 as December 24, 2018, correct?

A.  Yes.

MR. RAPPAPORT:  There was a question pending previously.  I would like Mr. ████████ to have an opportunity to answer it at least orally even if we don't rely on the exhibits which was does he have proof that other individuals had alerted him to the fact this was -- these -- the threats, the pictures were on line

and sent to him.

THE COURT:  I don't recall that being the question.

THE WITNESS:  I recall the question as did I receive a text message -- I recall the question asking if I received a text message with a decapitated fetus.  That was the word of the question, and so the evidence that I'm referring to orally and hopefully soon by screen share are two different conversations with two different dear friends of mine who along with screen shots of the matters including chopped up and decapitated babies or fetuses communicated their -- they relayed the information to me because they had been contacted via follow requests or -- and/or direct messages:

THE COURT:  And what Mr. ███████ just said is the question -- is essentially what I recall the question to be, and he has now answered it orally.

Back to you, Ms. Wang.

BY MS. WANG:

Q.  I asked if I sent you any of these.  You just told me your friend received these; is that correct?

A.  Your initial question was, did you receive a text message. So I answered that to the word of the question.  To answer your question now, I did not -- to answer your question directly, your current question directly now, no I did not receive a direct text from you.  In fact, the majority of any communication I became aware of was through a friend or family member of mine or friends of friends or friends of family members receiving through followup requests or messages notice of this material.

Q.   Can you name the person who received it, your friend?  Could you identify him by name?

MR. RAPPAPORT:  At this point, Your Honor, I'm going to object.  And one, it's not relevant.  Two, is that Ms. Wang has manifested intent to reach out to other individuals to continue her harassment, all be it potentially lawfully, of this family and of their friends.  And in fact, for -- to support the objection here, I'm going to --

THE COURT:  You're objecting to Mr. ███████ being asked to disclose the name of the person who forwarded him the information, the text messages with the images, yes?

MR. RAPPAPORT:  I am -- I'm going to let the exhibits speak for themselves here.  One includes a name.  One does not.

THE COURT:  Okay.  I understand your objection.  Anything else?

MR. RAPPAPORT:  This -- what Ms. Wang has been doing on line recently and what she has done consistently to people's careers, my own included, quite frankly.  In fact, today she posted something about me.  And she -- is that everybody is petrified of actually coming forward and testifying of their names being used here, and so -- so consequently, it would seem like a simple request that she is making.  But in light of the alleged conduct, I'm going to say that given the relevance of the question that I need to object to it.  It's just -- yeah, it looks like the network is somehow down here.  Maybe that is the problem why I can't access my computer either.  Suffice to say, I received an e-mail today saying, "Mr. Rappaport, please at all costs do not disclose my name.  I am absolutely terrified of

what this person can do to my professional career, what she has done in the past, that she continues to post on Twitter."  This is evidence that we will ultimately potentially get into.  She attacks the Court, she attacks counsel.  She has posted -- ███ ███ unfortunately suffered a DUI conviction.  Ms. Wang has filed that with this court just recently -- just within the last day.  And then what she does is then she posts it.  She files it in court so it has litigation privilege, and then she posts it on line.  It is her mechanism for purportedly lawfully continuing to terrorize this family.  So therefore --

THE COURT:  I'm sorry.

Ms. Wang?

MR. RAPPAPORT:  So therefore --

MS. WANG:  I --

THE COURT:  Ms. Wang?

MS. WANG:  I don't know where this line of answering came from or where all these new allegations have come from.  Clearly if you would like to report this to the police because there is a criminal protective order in place.  However, I'm going to stop this line of answering because I have no idea of where he is even going with this.  I'm talking about the allegations listed in the DVRO, if we could stick to that and not allow these -- because I need to know what the allegations are so I know how to rebut them.  I don't know what Rappaport is talking about.

THE COURT:  You have to repeat yourself and go slower for the court reporter.

MS. WANG:  I said I object to everything that Mr. Rappaport

has just said.  We are talking about the allegations contained in a DV100.  His other allegations, not only are false, and also the police -- the criminal protective order clearly protects the party.  So if there were any violations of -- he is welcome to bring a contempt motion against me or report it to the police, and the police, I'm pretty sure, will take action if there was anything.  So I -- I would ask Your Honor to not allow him to make all of these wild, wild allegations.  And let's just stick to what's on the DVRO.  If he wants to bring those other issues before the Court, he is welcome to file an order to show cause, or I just don't know how to defend myself because there is -- it keeps piling on and piling on, and you know, it's -- I don't know which direction to go if we are going to get into these wild allegations not previously -- I mean, not previously alleged in the court record.

THE COURT:  Thank you.  So the point of Mr. Rappaport's statements were support for his evidentiary objection as to whether or not someone's name be disclosed which is a question that you asked.  So for that purpose, the argument is proper. Having said that, I think you've made your point in terms of what your concern is.  And, Ms. Wang, I am turning to you next. Would you like to provide any legal argument or factual testimony to rebut Mr. Rappaport's stated concern?

MS. WANG:  I have no idea what he is pertaining to and he -- if he would like to show exhibits which I'm going to object to because I haven't seen them in the record, we are not going to get into what he said.  I -- I do have a couple of more questions about the -- the date of when the first post came and

then the first police report, if I may.

THE COURT:  We are not ready to leave the topic that I was -- please mute yourself.  Thank you.  Ms. Wang has muted herself to avoid feedback.

Okay.  What about this post about Mr. ███████ sister's DUI?  Are you denying that you did that?

MS. WANG:  I -- I am denying it.  I have not -- I'm not going to talk about that because that's not an allegation that's before the Court, and that's it.  I have not contacted or -- any of them, and they are welcome to report this to the police.  So I'm not going to say anything more because I'm not sure why we are talking about new allegations right now.  I deny, I deny, I deny.

THE COURT:  Okay.  So this Court finds, as I've mentioned earlier, that anything that happens in a relationship between two parties where there is an allegation of abuse is relevant. The Court is required to look at the totality of the circumstances.  It seems to me that Ms. Wang has been ill advised with respect to what is contained on the four corners of the domestic violence restraining order request.  This is not like a contract interpretation situation.  That domestic violence restraining order is to give notice of the types of allegations that come up.  And clearly, in a situation like we are in today, where the hearing comes years later, if more concerning behavior develops, it would be contrary to our entire justice system to prohibit the protected party from bringing that to the Court's attention in support of their request.  So your objections to the extent -- so your objections to the

extent that there are objections are overruled.  Okay.  Well, that brings us to the end of today's hearing.  So for time sake, we will have to resume tomorrow.  And we will resume -- well, actually, I -- I don't have more time to address more questions, but I almost forgot to make a ruling on this objection.  I am going to address this two different ways.  Number one, Ms. Wang has herself asked to move onto something else.  All right?  So that is her request to move onto a different topic.  Should I be required to address your motion because Ms. Wang decides to ask a specific question about someone's identity in the future, I will do my job and make a ruling about it.  It doesn't seem like that's before the Court anymore, at least not at this time.  Have a good evening, everyone.  We'll resume at 9:00 a.m. tomorrow.  Thank you.

MR. RAPPAPORT:  Thank you.  May we leave our binders in the court?

THE COURT:  Talk to the court staff please.

MR. RAPPAPORT:  Thank you.

(Whereupon, the proceedings were concluded at 4:27 p.m.)

State of California            )
                              )
County of San Francisco        )




     I, Robert K. Balian, Pro Tem Reporter for the Superior Court of California, County of San Francisco, do hereby certify:

     That I was present at the time of the above proceedings;

     That I took down in machine shorthand notes all proceedings had and testimony given;

     That I thereafter transcribed said shorthand notes with the aid of a computer;

     That the above and foregoing pages 1 through 162, inclusive, is a full, true, and correct transcription of said shorthand notes, and a full, true and correct transcript of all proceedings had and testimony taken on October 18, 2022;

     That I am not a party to the action or related to a party or counsel;

     That I have no financial or other interest in the outcome of the action.


Dated:   November 8, 2022




_____
Robert K. Balian, CSR. # 5220
Pro Tem Superior Court Reporter

```
#################ce_NbSYb#LYebd#YO#LJVSOYbXSJ

                    LYeXdi#YO#cJX#ObJXLScLY

        KNOYbN#dRN#RYXYbJKVN#MJXSNV#OVYbNc2#TeMPN#_bNcSMSXP

                    eXSOSNM#OJWSVi#LYebd#

                      MN_JbdWNXd#:7?#

                          33o6o33


LRbScdYOONb#cdJXOYbM#                /    LYebd#XY4#OMf37B3A7::?;#
dRiPNcNX2                            /
                                    /
        _utytyonur2                 /    _qwus##7?9#3#997#
                                    /
fc4                                 /    folumu#8
                                    /
UJSVSX#gJXP2                        /
                                    /
        buspontunt4                 /
                                    /
###########################################################################



            buportur-s#drqnssrypt#ov#_rosuutynws

                #gutnustqy2#Ystorur#7B2#8688
```

```
J___NJbJXLNc#YO#LYeXcNVC

Oor#dxu#_utytyonurC############

    Vqw#Yvvysus#ov#Mouwlqs#V4#bqppqport2
    8?6#Lqlyvornyq#ctruut2#cuytu#7668
    cqn#Orqnsysso2#Lqlyvornyq##B:7773:9?6
    KyC##MYePVJc#VNN#bJ___J_Ybd2
        Jttornuy#qt#Vqw

Oor#dxu#_utytyonurC

    byttur2#Lostq#,#Toxnstonu2#VV_4
    ::6#X4#Kqrrqnsq#Jvunuu2#'#@@;6
    Lovynq2#Lqlyvornyq##B7@89#
    KyC##NbSLJ#TYRXcdYXN2#
        Jttornuy#qt#Vqw
```

J__NJbJXLNc#YO#LYeXcNVC##.Lontynuut/


Oor#txu#buspontuntC##

    KyC##UJSVSX#gJXP2#.Jppuqrynw#vyq#KluuTuqns/
        Sn#_ropryq#_ursonq

bN_YbdNM#KiC
bYĸNbd#U4#KJVSJX2#Lcb#Xo4#;886
_bY#dNW#LYebd#bN_YbdNb
c̄JX#ObJXLScLY#ce_NbSYb#LYebd

```
                        ###cNccSYXc#SXMNh

                   ##########_qwu#7#ov#7

                                                            _JPNC

gNMXNcMJi2#YLdYKNb#7B2#8688

Wornynw#cussyon                                        ######7?B

Jvturnoon#cussyon                                      ######8:A

_rosuutynws#Jtzournut                                  ######996#
```

```
             #SXMNh#YO#bNc_YXMNXd#gSdXNccNc

                   #####_qwu#7#ov#7

                        #3o6o33

                                                        _qwuC

OYb#dRN#bNc_YXMNXdC


LRbScdYOONb#cdJXOYbM#dRiPNcNX

Lross3Nxqmynqtyon###Ky#Ws4#gqnw                    ######7@B

bu3Myrust#Nxqmynqtyon###Ky#Wr4#bqppqport              #86B


dNbbi#dRiPNcNX#                    #########          #######

Myrust#Nxqmynqtyon###Ky#Wr4#bqppqport              ######8?9

Lross3Nxqmynqtyon###Ky#Ws4#gqnw                       #87@

bu3Lross3Nxqmynqtyon###Ky#Ws4#gqnw                 ######8B@


NWWJ#dRiPNcNX###

Myrust#Nxqmynqtyon###Ky#Wr4#bqppqport               #####979

Lross3Nxqmynqtyon###Ky#Ws4#gqnw                        #96;


TJWNc#dRiPNcNX

Lross3Nxqmynqtyon###Ky#Ws4#gqnw                     #####986


NVScN#dRiPNcNX

Lross3Nxqmynqtyon###Ky#Ws4#gqnw                        #98;
```

###########SXMNh#YO#NhRSKSdc

OYb#_NdSdSYXNbC                                              SMC      NfMC

ML388      Oqsurook#Wussunwur#mussqwu#to##########7;:####7;?###
           Lxrystovvur-s#systur#sqyynw#rqry#ys#
           sysk#qnt#on#wulvqru

_d37@@#    duxt#mussqwu#qnt#pxotowrqpx              978####97;
           .dxys#uxxyryt#wqs#lqtur#wytxtrqwn#on#
           pqwu#97A4/

#

YLdYKNb#7B2#8688                              ######MN_JbdWNXd#:7?#

###_bYLNNMSXPc

.Yn#txu#rusort#qt#BC67#q4m4/#

dRN#LYebdC##Poot#mornynw#to#uvuryonu4##gulsomu#rqsk#to#

Mupqrtmunt#:7?#yn#txu#mqttur#ov#dxywusun#vs4#gqnw2#sqsu#numrur#

OMf37B3A7::?;4##S-ll#ruwyn#ry#rumyntynw#uvuryonu#txuru#ys#no#

ulustronys#rusortynw#or#pxotowrqpxy#ov#txusu#prosuutynws4##

Jnyonu#wxo#vyolqtus#txqt#rulu#ys#surzust#to#q#(72666#vynu#qs#

wull#qs#qny#otxur#sqnstyons#purmyttut#ry#lqw4##

Ws4#gqnw2#soult#you#wyvu#mu#q#txumrs#up#yv#you#sqn#xuqr#muH##

dxqnk#you4##S#wot#q#txumrs#up#vrom#Ws4#gqnw4##S#suu#wu#qru#

myssynw#Wr4#bqppqport4##

Wc4#TYRXcdYXNC##Ru#zust#stupput#out#vor#q#momunt4##Ykqy4##

Wr4#Lxrystovvur#dxywusun#ys#prusunt2#qnt#Ws4#gqnw#ys#prusunt4##

Loult#wu#xqvu#rotx#Wr4#Lxrystovvur#dxywusun#qnt#Ws4#gqnw#ru3#

sworn2#pluqsuH#

dRN#LVNbUC##ius2#iour#Ronor4##

_luqsu#rqysu#your#rywxt#xqnt4##Ws4#gqnw2#pluqsu#rqysu#your#

rywxt#xqnt4

###LRbScdYOONb#dRiPNcNX2#

xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt#

tustyvyut#qs#vollowsC

######UJSVSX#gJXP2#

xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt#

tustyvyut#qs#vollowsC#

dRN#LVNbUC##Wr4#dxywusunH##

Wb4#dRiPNcNXC##S#to4##

dRN#LVNbUC##_luqsu#stqtu#qnt#spull#your#nqmu#vor#txu#rusort4##

Wb4#dRiPNcNXC##Lxrystovvur#dxywusun2#L3R3b3S3c3d3Y3O3O3N3b2#

dxywusun2#d3R3i3P3N3c3N3X4##

dRN#LVNbUC##dxqnk#you4##Ws4#gqnwH##

Wc4#gJXPC##S#to4##Jnt#txu#nqmu#ys#spullut#U3J3S3V3S3X2#lqst#

nqmu#ys#g3J3X3P4##

dRN#LVNbUC##dxqnk#you4##

dRN#LYebdC##Wr4#bqppqport2#woot#mornynw4#

Wb4#bJ__J_YbdC##Poot#mornynw4##

Wc4#gJXPC##Sv#33#

dRN#LYebdC##Ws4#gqnw2#tyt#you#wqnt#to#sqy#somutxynwH######

Ws4#gqnw2#tyt#you#wqnt#to#sqy#somutxynwH##

Wc4#gJXPC##ius4##ius4##Tust#33#zust#rryuvly#qrout#somu#

txynws#txqt#soult#xqvu#ruun#mqyru#not#sommunysqtut#qs#sluqrly#yv#

33#yv#S#mqy4##St-s#sxort4##co#sorry#qrout#txu#tyssonnust#

yusturtqy4##

Js#txu#Lourt#sqn#unturstqnt2#S#wqntut#to#qssuru#txqt#

wxqtuvur#wqs#yn#txu#ruquust#vor#zutysyql#notysu2#wxqtuvur#S#wqs#

prusuntynw2#qnt#txu#qtmyssyrylyty#ov#txosu#sourt#tosumunts2#

ruwqrtluss2#S#33#S#vylut#somutxynw#txqt#wqs#q#ryt#moru#tutqylut#

qs#vqr#qs#txu#33#zust#somu#sonsurns#qrout#wxutxur#somutxynw#ys#

surtyvyut#or#not4##cusont2#yusturtqy2#so#Wr4#dxywusun#wqs#

qllowut#to#tustyvy#qrout#somu#qlluwut#posts4##Ru#tustyvyut#txqt#

xu#tytn-t#tyrustly#suu#txum#qt#vyrst4##St#wqs#rrouwxt#to#xys#

qttuntyon#ry#vryunts4##gu#nuvur#wot#txu#ytuntyty#ov#txu#vryunts2#

qnt#txuy#sqyt#q#souplu#xuntrut4##co#S-m#zust#wonturynw#yv#qny#ov#

txosu#puoplu#wyll#ru#tustyvyynw2#qnt#you#know2#to#know#txu#

ytuntyty#ov#wxouvur#sqw#somutxynw#on#txu#ynturnut4##S#txynk#yt-s#

ymportqnt#qs#vqr#qs#vor#tuu#prosuss2#qnt#out#ov#sourt#stqtumunts#

qru#xuqrsqy2#qnt#yt-s#unsorrororqtut4##S-m#suru#iour#Ronor#

knows4##Jnt#33#qnt#vynqlly2#S#wot#q#mumorqntum#txys#mornynw#

qrout#protustut#pqrtyus4##S#woult#lyku#to#ovvur#q#rryuvynw#on#

txqt#qs#wull4##co#S#qsk#iour#Ronor#to#wqyt#tyll#S-vu#xqt#q#tymu#

to#ruspont#ruvoru#you#mqku#q#tusysyon#on#txqt4##Jnt#spuqk#to#

qnotxur#notysu#qs#vqr#qs#wxo#wyll#ru#tustyvyynw2#qnt#yv#txuy#qru#

tustyvyynw2#S#qsk#txum#to#ru#uxslutut#vrom#txu#sourtroom4##dxqnk#

you4##

     dRN#LYebdC##Wr4#bqppqportH##

     Wb4#bJ__J_YbdC##gu#33#txu#Lourt#qskut#qs#yt#rulqtus#to#

protustut#pqrtyus2#so#yt-s#txu#vyrst#yssuu4##Js#yt#rulqtus#to#

protustut#pqrtyus2#wxysx#wqs#txu#vyrst#yssuu#rqysut#qt#txys#

tryql2#wxutxur#otxur#yntyvytuqls#qsytu#vrom#Wr4#dxywusun#33#

Lxrystovvur#dxywusun#soult#ru#ynslutut2#txu#Lourt#qskut#vor#

rryuvynw#ry#txys#mornynw4##gu#xqvu#vylut#q#rryuv4##gu#vylut#yt#

on#Oylu#,#curvu#Nxpruss4##St#wqs#survut#ulustronysqlly#on#####

Ws4#gqnw4##J#sourtusy#sopy#wqs#qlso#sunt#to#txys#Lourt#vyq#

u3mqyl4##

     dRN#LYebdC##dxqnk#you4##Mo#you#sqru#to#sommunt#on#qnytxynw#

ulsu#rrouwxt#up#ry#Ws4#gqnwH##

     Wb4#bJ__J_YbdC##Yx2#qs#to#xur#33#wull#sross3uxqmynqtyon#ys#

not#ovur4##Jnt#so#sonsuquuntly#sxu#sqn#qsk#wxqtuvur#quustyons#

sxu#wqnts4##co#S#ton-t#txynk#33#S#txynk#xur#orzustyon#txuru#ys#

moot4##Jnt#txun#qs#yt#rulqtus#to#txu#ruquust#vor#zutysyql#notysu#

S-m#not#suru#wxqt#sxu#ys#uxqstly#qskynw#vor2#qnt#S-t#qsk#xur#to#

slqryvy4##

Wc4#gJXPC##S#xqvu#survut#upon#Wr4#bqppqport#33#

dRN#LYebdC##Po#qxuqt2#Ws4#gqnw4##Po#qxuqt2#Ws4#gqnw4##

Wc4#gJXPC##S#33#S#xqvu#survut#Wr4#bqppqport#txys#mornynw#
wytx#surtqyn#sonsurns#qnt#orzustyons#qrout#txu#ruquust#vor#
zutysyql#notysu4##comu#ov#txum#wuru#zust#not#surtyvyut#sopyus4##
Jnt#S#qsk#vor#somu#to#ru#stryskun2#rut#yt-s#33#yt-s#tutqylut#yn#
txu#33#yn#txu#opposytyon4##co#yv#Wr4#bqppqport#woult#lyku#to#
tqku#q#look2#qnt#txun#uytxur2#S#ton-t#know2#wrytu#qn#opposytyon#
or#33#or#you#know2#lut#txu#Lourt#know#xys#sonsurns4##S#zust#
wqntut#to#mqku#txu#Lourt#qwqru#S#vylut#qn#opposytyon4##dxqnk#
you4#

dRN#LYebdC##Ykqy4##S-m#lookynw#qt#txu#sourt#toskut2#qnt#yt#
looks#lyku#onu#txynw#wqs#vylut#yusturtqy4##St#ys#q#onu#pqwu#
tosumunt4##Rqvu#you#rusuyvut#txu#onu#pqwu#tosumunt#txqt#wqs#
yusturtqy2#Wr4#bqppqportH#

Wb4#bJ__J_YbdC##S#tyt#suu#txu#onu#pqwu#tosumunt#txqt#wqs#
vylut#yusturtqy4##Jltxouwx#yt#wqs#not#propurly#survut2#S#tyt#
ruvyuw#yt4#

dRN#LYebdC##dxqnk#you4##Ykqy4##co#Wr4#bqppqport#ys#sorrust#
yn#txu#sunsu#txqt#wu#qru#not#tonu#wytx#sross3uxqmynqtyon4##St-s#
not#propur#to#mqku#q#rroqt#rutroqstyvu#xuqrsqy#orzustyon#qvtur#
tustymony#xqs#ruun#mqtu#wxun#txuru#wqs#q#vull#opportunyty#to#
orzust#qt#txu#tymu#ov#tustymony4##St#woult#luqt#to#qn#ympossyrlu#
posytyon#vor#txu#Lourt#to#try#to#wuuss#qs#to#wxqt#txqt#orzustyon#
ys4##dxuru#wuru#xours#ov#tustymony#yusturtqy4##co#txqt#orzustyon#
qs#prusuntut#ys#ovurrulut4##

dxu#nuxt#yssuu#purtqyns#to#ruquust#vor#zutysyql#notysu4##
gull2#wu#xqvu#qtmyttut#txu#tosumunts#txqt#wu#qtmyttut4##gu#

qttrussut#onu#tosumunt#qs#33#yn#pqrtysulqr#wxuru#txuru#wqs#q#
rorust#tyssussyon#qrout#yt2#qnt#S#tusytut#to#prosuut#yn#q#
tyvvurunt#tyrustyon4##co#txu#rusort#spuqks#vor#ytsulv#qs#to#wxqt#
xqppunut#txuru4##

gytx#txqt#ruynw#sqyt2#Wr4#dxywusun#33#txys#mysropxonu#
tousn-t#wqnt#to#stqy#wxuru#S#wqnt#yt4##Wr4#dxywusun2#you-ru#
styll#surzust#to#sross3uxqmynqtyon#rywxt#now4##dxqt-s#wxuru#wu#
qru4##

Yx2#S#knuw#txuru#wqs#onu#otxur#txynw4##gytx#ruspust#to#txu#
rryuvynw2#tyt#you#vylu2#Wr4#bqppqport2#rryuvynw#on#txu#yssuu#ov#
txu#qttytyonql#pqrtyH##

Wb4#bJ___J_YbdC##gu#tyt4##St#wqs#vylut#txys#mornynw#qt#
rouwxly#qrout#@C962#qnt#q#sourtusy#sopy#wqs#sunt#qs#wull#to#qll#
pqrtyus4#

dRN#LYebdC##Ykqy4##St#looks#lyku#yt-s#not#on#txu#ulustronys#
tqtqrqsu#yut4##co#S#sqn-t#suu#yt4##dxqt#wqs#txu#Lourt#ortur#vor#
txqt#to#ru#vylut#totqy4##

gxqt#spusyvysqlly#ys#your#ruquust#vor#qssommotqtyon2#
Ws4#gqnwH##

Wc4#gJXPC##Yx2#yus4##S#zust#wqntut#moru#tymu#to#vylu#my#
rusponsu4##S#soult#vylu#yt#ry#tomorrow4##Kusqusu#S#tytn-t#xuqr#q#
tuu#tqtu4##S#zust#xuqrt#somutxynw#qrout#rryuvynw#qrout#protustut#
33#protustut#pqrty4##Jnt#so#yv#you#soult#zust#wqyt#to#mqku#q#
tusysyon#on#txqt#untyl#you#rusuyvu#my#rryuv4##dxqnk#you4##

dRN#LYebdC##dxuru#wqs#q#sluqr#tymulynu#tuqtlynu#vor#txqt#
wxysx#wqs#txys#mornynw4##co#you#xqvu#untyl#noon#to#wut#txqt#ovur#
to#mu#qs#txu#tymulynu#to#ruvyuw#yt4##

Ykqy4##Ws4#gqnw2#rqsk#to#you#wytx#ruspust#to#

sross3uxqmynqtyon4##_luqsu#prosuut4##

Wb4#bJ__J_YbdC##iour#RonorH##

dRN#LYebdC##S-m#sorry4##Po#qxuqt2#Wr4#bqppqport4#

Wb4#bJ__J_YbdC##St#qppuqrs#Ws4#gqnw#mqy#xqvu#vylut#somutxynw#

ulsu#txys#mornynw4##St#tousn-t#look#lyku#yts#xyt#txu#sourt#

toskut2#rut#yt#ys#rqsysqlly#qn#uxpqnsyon#ov#xur#onu#pqwu#

orzustyon4##Jnt#txu#soru#ov#yt#ys#txqt#sxu#ys#unqrlu#to#look#qt#

txu#sqmu#tosumunts#txqt#wu#qru#suuynw#xuru#yn#sourt4##Jnt#S#

txynk#yt-s#vury#ymportqnt#vor#txu#qppullqtu#rusort#to#know#txqt#

sxu#ys#33#sxu#wqs#provytut#wytx#qll#ov#txusu#uxqst#tosumunts#

txqt#33#txu#tosumunts#txqt#qru#qtmyttut#xuru#yn#sourt2#q#numrur#

ov#tosumunts2#qru#uxqstly#txu#sqmu#onus#txqt#sxu#xqs#rusuyvut#yn#

pqpur#vorm4##gu#xqvu#vuryvysqtyon#txqt#sxu#xqs#rusuyvut#txum4##

cxu-s#33#sxu-s#33#not#only#wuru#txuy#tulyvurut#to#xur#yn#opun#

sourt#txruu#yuqrs#qwo2#rut#txu#uptqtut#onu#wxysx#ys#q#smqll#

ryntur2#qnt#yt-s#zust#uptqtut#uxxyryts#txqt#wuru#provytut#to#xur#

yn#q#tymuly#vqsxyon#pursuqnt#to#txu#Lotu#ov#Lyvyl#_rosuturu#qnt#

txu#cqn#Orqnsysso#losql#rulus#wuru#OutNx-t#to#xur2#qnt#wu#xqvu#q#

rusuypt#txqt#sxu#rusuyvut#txosu4##co#sonsuquuntly2#sxu#xqs#qll#

tosumunts4##Rur#somplqynt2#yn#ussunsu2#ys#txqt#txuy#qru#not#txu#

sqmu#tosumunts#txqt#wuru#qtmyttut#yn#pryor#prosuutynws4##dxuy#

qru#symylqr#33#txuy#qru#txu#sqmu#tosumunt2#rut#txuy#sontqyn#

tyvvurunt#pqwus4##dxu#33#txu#yntunt#ov#txu#usu#ov#txosu#

tosumunts#ys#tyvvurunt#yn#tyvvurunt#prosuutynws4##Kut#sxu#xqs#

xqt#txum4##cxu#xqs#txu#sqmu#tosumunts4##gu#qru#lyturqlly#workynw#

on#txu#sqmu#pqwu4##co#sonsuquuntly#xur#orzustyon#xqs#no#muryt4##

Ourtxur2#vqstuqlly2#sxu#xqs#ruun#qrlu#to#mqku#orzustyons#to#txu#

tosumunts2#qnt#txqt-s#wxun#wu#wuru#tyssussynw#ruquust#vor#

```
zutysyql#notysu#wxysx#wu#xqvu#not#yut#somplutut4##
    dRN#LYebdC##corry4##Nvuryonu#wxo#ys#on#txu#vytuo#plqtvorm#
pluqsu#mutu#yoursulvus4##
    Po#qxuqt2#Wr4#bqppqport4##
    Wb4#bJ__J_YbdC##Lurtqynly4##co#xur#qrwumunt#xqs#no#muryt2#
qnt#yt#sxoult#not#ru#wrounts#vor#qn#qppuql4##
    dRN#LYebdC##dxqnk#you4##S#sqn#qttruss#txqt#now4##S#xqvun-t#
suun#wxqt#Ws4#gqnw#xqs#vylut4##Po#qxuqt#qnt#mutu#yoursulv2####
Ws4#gqnw4##dxqnk#you4##
    co#xuru#ys#txu#Lourt-s#posytyon#on#txys4##Ws4#gqnw2#you-ll#
xqvu#q#sxqnsu#to#ruspont2#yv#you#wqnt4##S-vu#qlruqty#qttrussut#
txys#yssuu4##Ws4#gqnw#xqs#slqymut#to#xqvu#not#rusuyvut#txum4##S#
mqtu#q#srutyrylyty#vyntynw#qtvursuly#qwqynst#Ws4#gqnw#qrout#
txqt4##S#ton-t#rulyuvu#txqt#sxu#xqs#not#rusuyvut#txum4##S#
rulyuvu#txqt#sxu#xqs#ruun#survut2#qs#you#qs#qn#ovvysur#ov#txu#
sourt#xqvu#stqtut#txqt-s#sonsystunt#wytx#otxur#txynws#txqt#S#
vynt#prorlumqtys#wytx#Ws4#gqnw-s#srutyrylyty#yn#wunurql4##co#wu#
xqvu#txqt#qs#q#stqrtynw#poynt4##Kuyont#txqt2#txys#Lourt#xqs#wonu#
to#prutty#unusuql#muqsurus#to#qttruss#txys#xuqrynw#yn#q#wqy#
wxuru#txu#tosumunts#mqy#not#uvun#ru#nusussqry4##S#unturstqnt#
txuru#ys#q#lot#ov#sompluxyty4##dxuru#ys#q#lot#ov#woot#ruqson#vor#
txu#ynvustywqtyon#txqt#S#unturstqnt#xqs#xqppunut4##S#ton-t#know#
wxqt#txu#rusult#ov#txqt#ynvustywqtyon#ys4##St#xqsn-t#ruun#
provun4##co#to#ru#sluqr2#S#xqvun-t#mqtu#q#tusysyon#qrout#wxqt#
txqt#ynvustywqtyon#mqy#xqvu#rorn#ry#wqy#ov#vruyt#ov#txu#
ynvustywqtyon4##Kut#S#unturstqnt#q#lot#xqs#xqppunut4##dxqt#ruynw#
sqyt2#txuru#ys#wxqt#somuonu#sqn#tustyvy#to#qs#to#wxqt#xqs#
xqppunut4##co#wxqt#txu#Lourt#tyt#ys2#wxysx#ys#orvyously2#ys#S#
```

xqvu#tolt#Wr4#dxywusun#zust#to#tustyvy#wytxout#ruvurunsu#to#
tosumunts4##dxuru#wqs#q#lyttlu#rusystqnsu2#you#know2#qrout#txqt#
rusqusu#txqt#wqs#tyvvurunt#txqn#wxqt#wqs#uxpustut2#S#unturstqnt4##
Kut#putytyonur-s#sounsul#vollowut#txu#Lourt-s#tyrustyvus#qnt#
prosuutut#txqt#wqy4##Jnt#txun#on#sross3uxqmynqtyon#ys#Ws4#gqnw#
wqs#yt#33#rrynw#yn#txu#tosumunts2#ruvurrynw#to#tosumunts2#qskynw#
vor#tosumunts4##co#txqt-s#wxuru#wu#qru4##co#rqsut#on#txqt2#you#
know2#txuru#ys#notxynw#txqt#txu#Lourt#suus#qs#xqppunynw#qs#
untowqrt#wytx#ruspust#to#txys#ruyont#txu#vqst#txqt#txuru#xqs#
ruun#q#vull#opportunyty#to#sontust#syvyl#tyssovury4##Jnt#qvtur#
txu#tyssovury#sutovv2#txuru#xqs#ruun#qn#opportunyty#to#rrynw#q#
motyon#to#ruopun#tyssovury4##Ws4#gqnw#xqs#not#qvqylut#xursulv#ov#
q#ruquust#to#ruopun#tyssovury#tuspytu#xur#qssurtyons#to#txu#
sontrqry4##dxu#rusort#spuqks#vor#ytsulv#txqt#txuru#ys#no#susx#
motyon#on#vylu4##cynsu#S-vu#ruun#on#txu#sqsu#txuru#surtqynly#
xqsn-t#ruun#onu#txqt-s#ruun#rrouwxt#to#my#qttuntyon4##Jnt#33#qnt#
txqt-s#wxuru#wu#qru4##

Ws4#gqnw2#qny#vurtxur#sommunts#ruvoru#S#qsk#you#to#sontynuu#
wytx#your#srossH##

Wc4#gJXPC##S#33#S#soultn-t#sqtsx#wxqt#you#sqyt#qrout#txu#
ynvustywqtyon2#rut#S#xqvu#rrouwxt#q#motyon#ruvoru#iour#Ronor#to#
ruopun#tyssovury#txqt#wqs#vylut#on#cuptumrur#7st2#86882#qnt#yt#
wqs#tunyut#untur#vuxqtyous#lytywqnt#fV77;#txqt#33#txqt#wqs#
tunyut4##S#soultn-t#xuqr#wxqt#xu#sqyt#qrout#ynvustywqtyons4##Jnt#
onu#moru#txynw#ys#S#zust#wqnt#to#mqku#q#sorrustyon4##iusturtqy#
wytx#txu#yssuu#ys#33#yt-s#33#yt-s#not#txqt#S-m#sqyynw#txqt#S#
ton-t#33#S#wqsn-t#survut4##S#to#rulyuvu#S#wqs#survut4##S#zust#
wqntut#to#mqku#suru#wu#wuru#lookynw#qt#txu#sqmu#tosumunts4##Kut#

qwqyn2#S#xqvu#qlruqty#wryttun#my#orzustyons#yn#qs#wull#qs#yt-s#
33#txu#orzustyons#qru#lotwut4##gu#ton-t#xqvu#to#tqlk#qrout#txqt#
qnymoru4##Rowuvur2#S#tyt#vylu#q#ruquust#to#ruopun#tyssovury#on#
cuptumrur#7st2#86884##Jnt#lyku#you#sqyt2#wu#qru#woynw#to#prosuut#
ry#tustymony4##Jnt#wxqt#tyt#you#sqy#qrout#ynvustywqtyon#qnt#wxqt#
tyt#you#sqy#qrout#33#txqt#S#sqn#33#S#sqn#rurut#wytx#uxxyrytsH##
Sv#you#soult#rupuqt#txqt2#iour#Ronor4##dxqnk#you4##

        dRN#LYebdC##S-t#ru#xqppy#to4##co#wxqt#S-m#uxplqynynw#ry#wqy#
ov#qn#ovurvyuw#txys#mornynw#ry#wqy#ov#q#summqry#ys#txqt#tuspytu#
qll#ov#txu#ynvustywqtyon#qnt#wxqt#qppuqrs#to#txys#Lourt#to#ru#
txu#plqn#ov#putytyonur-s#qnt#putytyonur-s#sounsul#to#kynt#ov#sut#
vortx#wxqt#mqy#ru#xqrt#uvytunsu2#vorunsys#uvytunsu#txqt#tyus#you#
to#surtqyn#txynws2#S#xqvu#tyrustut#txum#to#prosuut#yn#q#
tyvvurunt#wqy2#yn#q#wqy#txqt#tousn-t#ymmutyqtuly#ruly#on#
tosumunts#qt#luqst#to#wut#txu#vyrst#pqrt#ov#txu#tustymony#out4##
S-m#not#sqyynw#txqt-s#qll#txuru#ys#woynw#to#ru4##dxqt-s#yut#to#
ru#tuturmynut4##Kut#txqt-s#wxqt#S#qskut#putytyonur-s#sounsul#to#
to4##Jnt#wxqt#S#suu#ys#txqt#txuy#tyt#txqt4##Yn#sross3uxqmynqtyon#
you#qru#qskynw#txqt#wu#ruvur#to#tosumunts4##Jt#luqst#two#
tosumunts#xqvu#ruun#yntrotusut#qs#uvytunsu#turynw#your#
sross3uxqmynqtyon4##co#yt#ys#qn#ynsonsystunt#qrwumunt4##S#33#qnt#
yt-s#onu#txqt#S#rulyuvu#xqs#no#muryt2#onu2#to#somplqyn#to#txu#
Lourt#qrout#tosumunts#to#try#to#sut#up#qn#ympossyrlu#sytuqtyon#
wxuru#you#sqy#you#ton-t#xqvu#txu#sqmu#tosumunts2#to#qssusu#
Wr4#bqppqport#qnt#xys#tuqm#ov#vrqutuluntly#sonvuyynw#tyvvurunt#
tosumunts#to#you#txqn#txu#onus#txqt#qru#ruynw#provytut#yn#sourt4##
dxun#wxun#you-ru#provytut#wytx#qn#opportunyty#to#xqvu#tustymony2#
you-ru#yn#q#sytuqtyon#wxuru#you#styll#wqnt#to#qttruss#txu#

tosumunts4##co#S-ll#luqvu#yt#qt#txqt#vor#totqy4##Ws4#gqnw2#you#
xqvu#plunty#ov#rywxts#qs#S-m#suru#you-ru#qwqru2#rut#totqy#wu#
xqvu#q#tryql#to#movu#vorwqrt#on4##co#pluqsu#sontynuu#your#
sross3uxqmynqtyon#yv#you#xqvu#qny#moru#quustyons4##

    Wc4#gJXPC##Yx2#okqy4##ius4##goult#txqt#styll#ru#sross#33#so#
qru#txu#33#qru#txu#otxur#33#S-m#woynw#to#xqvu#txu#otxur#puoplu#
tustyvy#qs#wull4##co#sqn#S#qsk#txu#Lourt#to#uxslutu#txum#rusqusu#
txuy#wyll#ru#sqllut#qs#q#wytnussH##

    dRN#LYebdC##Oyrst#ov#qll2#rywxt#now2#txuru#ys#not#q#rulynw#
on#txu#pqrtyus4##Jnt#qs#ov#now2#you-ru#qskynw#vor#mu#to#tulqy#
txqt#rulynw4##co#rywxt#now#txuru#qru#pqrtyus4##St-s#somutxynw#
txqt#txu#Lourt#rrouwxt#up4##St-s#not#somutxynw#txqt#you#rrouwxt#
up4##St-s#33#S#rrouwxt#txqt#up#qs#q#zurystystyonql#yssuu#wxysx#S#
vult#sompullut#to#qttruss#suy#spontu2#so#S-vu#tonu#txqt4##Jnt#
wxutxur#or#not#txuy#wyll#tustyvy#qs#txuy#xqvu#ruun#tusywnqtut#qs#
putytyonur#wytnussus2#txqt-s#yut#to#ru#tuturmynut4##iou#xqvu#
vylut#q#wytnuss#lyst#on#Ystorur#762#86882#qnt#txusu#yntyvytuqls#
qru#on#your#lyst#qs#wull#wytx#ruspust#to#potuntyql#wytnussus4##
Kut#qwqyn2#rywxt#now#txuy#qru#styll#pqrtyus4##co#txu#ruquust#to#
xqvu#txum#rumovut#rywxt#now#ys#tunyut4##_luqsu#prosuut4##

    Wc4#gJXPC##S#wqs#zust#woynw#to#qsk#Wr4#bqppqport#qstuqlly#ys#
33#ys#xu#xqvynw#qn#uxpurt#somynw#to#tustyvy#totqyH##

    dRN#LYebdC##Ws4#gqnw2#pluqsu#prosuut#wytx#your#
sross3uxqmynqtyon4##dxys#ys#not#txu#tymu#to#xqvu#somu#kynt#ov#
stqtus#sonvurunsu#on#txu#sqsu4##_luqsu#prosuut2#txqnk#you4##

             #########LbYcc3NhJWSXJdSYX##.Lontynuut4/#

    Ki#Wc4#gJXPC##

Q.    co#wu#wuru#33#so#qvtur#33#qvtur#txu#sxylt#wqs#rorn2#S#txynk#

yt-s#qlruqty#untysputut#txqt#xu#rulyuvus#txqt#txu#vyrst#post#wqs#
suun#on#Musumrur#8:tx2#867A2#qnt#qvtur#txqt#S#txynk#yt-s#
untysputut#txqt#txu#33#xu#33#Lxrystovvur#dxywusun#wunt#yn#vor#
wunutys#tustynw2#qnt#txu#rusults#sqmu#rqsk#on#Ourruqry#77tx2#
867BD#ys#txqt#sorrustH##

    Wb4#bJ__J_YbdC##Yrzustyon2#ympropur#quustyon4##Lompount4#
    dRN#LYebdC##custqynut4##
    Ki#Wc4#gJXPC##

Q.   Ykqy4##co#txu#polysu#ruport#wqs#vylut#qwqynst#mu#on#
Ourruqry#79tx2#867B2#sorrustH##

A.   dxqt#sounts#qrout#sorrust4##ius4##

Q.   Jnt#yn#txu#polysu#ruport#you#sqyt#txqt#S#nuvur#qskut#vor#qny#
monuy2#sorrustH##

A.   S#ton-t#rusqll#uxqstly#wxutxur#or#not#S#stqtut#qs#to#wxutxur#
or#not#you#qskut#mu#vor#monuy#yn#txqt#ruport4##

Q.   Jnt#you#qpplyut#vor#solu#luwql#qnt#pxysysql#sustoty#ov#txu#
sxylt#wytx#q#MfbY#on#Ourruqry#7;tx2#867B2#qnt#txu#sxylt#wqs#not#
ynslutut2#sorrustH#

A.   gxun#you#sqy#txu#sxylt#wqs#not#ynslutut2#wxqt#to#you#muqnH##

Q.   Js#q#protustut#pqrty2#you#qskut#vor#solu#luwql#qnt#pxysysql#
sustoty2#qnt#you#xqvun-t#mut#txu#sxylt#on#837;3867B#ruvoru2#
sorrustH##

A.   S#xqt#not#mut#txu#sxylt4##S#txynk#S-vu#qnswurut#txqt#
quustyon4#

Q.   Jnt#you#33#you#xyrut#Nrysq#d4#Toxnstonu#qrount#Tqnuqry#867B2#
sorrustH#

    Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##Jlso#mqy#sqll#vor#
qttornuy3slyunt#pryvyluwu4##

dRN#LYebdC##custqynut4##

Xuxt#quustyon4

Ki#Wc4#gJXPC##

Q.   Jnt#txu#vyrst#surpounq#wqs#survut#on#Ourruqry#88nt2#867B2# txrouwx#txu#sxylt#support#sqsuH###

A.   gxysx#sqsu#wuru#you#ruvurrynw#toH##

Q.   dxu#Vos#Jnwulus#vursus#dxywusun4##St-s#sqsu#numrur# 7AMgLc7?7:6H##Mo#you#rumumrur#ruynw#survut#wytx#txqt#sourt# somplqyntH##

A.   ius4##

Q.   co#you#wuru#tunyut#your#ruquust#vor#solu#luwql#qnt#pxysysql# sustoty#on#Ourruqry#7;tx2#867B2#sorrustH##

A.   S#33#S#rulyuvu#txu#tusysyon#wqs#tulqyut#puntynw#q#xuqrynw4## dxqt#wqs#my#rusollustyon4##

Q.   Munyut#wytxout#pruzutysu4##Jnt#txu#nuxt#xuqrynw#wqs#vor# Wqrsx#?tx2#867B4##S#txynk#txqt-s#qll#yn#txu#sourt#rusort4##Tust# vor#ynvormqtyonql#purposus2#rusqusu#S#txynk#wu#qlruqty# stypulqtut#wytx#Wr4#bqppqport2#tyt#you#uvur#suu#qny#posts#untur# txu#nqmu#Uqylyn#gqnw#up#untyl#txqt#poyntH##

dRN#LYebdC##ep#to#wxqt#poyntH##

Wc4#gJXPC##ep#untyl#Ourruqry#7;tx2#867B2#sontqynut#yn# qlluwqtyons#yv#txuru#wuru#qny#txruqts#untur#Uqylyn#gqnw2#untur# somu#post#on#lynuH#

Wb4#bJ__J_YbdC##Yrzustyon2#vqwuu#qnt#qmrywuous4##

dRN#LYebdC##Yvurrulut4##

iou#sqn#qnswur#txu#quustyon4##

Wc4#gJXPC##Jnt#on#Wqrsx#?tx#33#S-m#sorry4##gxqt#tyt#you#sqy2# iour#RonorH##

dRN#LYebdC##S#ovurrulut#Wr4#bqppqport-s#orzustyon#qnt# ynstrustut#Wr4#dxywusun#to#qnswur#your#lqst#quustyon4##Kut#txun# you#stqrtut#to#qnswur#33#qskynw#q#nuw#quustyon4##

Wc4#gJXPC##corry4##S#soultn-t#xuqr#you4##Jpolowyus4##Sv#33# yv#you#soult#now4##

dRN#LYebdC##Wr4#dxywusunH##

dRN#gSdXNccC##S#rumumrur#ruqtynw#your#nqmu#qnt#rulyuvut#txu# posts#wuru#mqtu#ry#you2#txouwx#txu#vqst#mqzoryty2#yv#not#qll#ov# txum2#wuru#mqtu#untur#qn#qlyqs4##dxqt#wqs#my#rusollustyon4

Ki#Wc4#gJXPC##

Q.   Kut#33#rut#you#ton-t#rumumrur#yv#qny#onu#wqs#mqtu#untur#txu# nqmu#Uqylyn#gqnw#or#qny#known#qlyqsus#txqt#you#sqn#tyrustly# sonnust#to#muH##

A.   Wqny#ov#txosu#33#

Q.   Jwqy#33#lut-s#zust#mqku#yt#symplu4##

dRN#LYebdC##S-m#sorry4##St-s#not#lyku#you-ru#sxqnwynw#your# quustyon4##gxy#ton-t#you#wo#qxuqt#qnt#ruqsk#your#quustyon#txun# yv#you-ru#woynw#to#sxqnwu#yt2#Ws4#gqnwH##

Ki#Wc4#gJXPC##

Q.   dxys#quustyon#ys#rqsysqlly#yv#you#sqw#qny#posts#on#lynu# untur#Uqylyn#gqnwH##S#txynk#xu#xqs#qlruqty#qnswurut#yv#xu-s#33# yt-s#qmrywuous#wxqt#xu#qnswurut2#rut#lut-s#zust#wo#rqsk#to#txu# sqmu#quustyon#ruvoru#S#xuqr#you#sqy#ovurrulut4##Kut#tyt#xu# qnswur#qlruqtyH#

A.   S-m#xqppy#to#wyvu#33#

Wb4#bJ__J_YbdC##dxu#sourt#33#

dRN#LYebdC##Jll#rywxt4##S-m#not#suru#wxqt#you-ru#toynw2###
Ws4#gqnw4##S#xqvu#mqtu#q#rulynw2#qnt#you-vu#ruun#provytut#qn#

opportunyty#to#qsk#qny#quustyons4##S#muqn2#tyt#you#wqnt#to#qsk# your#quustyon#qwqynH##Myt#you#wqnt#q#quustyon#ruqt#rqskH##gxqt# ys#yt#txqt#you#wqntH##

Wc4#gJXPC##S#to#your#33#S#to2#iour#Ronor4##Rowuvur2#S#to# orzust#to#Lxrystovvur#dxywusun#ruynw#soqsxut#ry#xys#qttornuy# syttynw#rywxt#nuxt#to#xym4##Ru#xqs#ruun#tustyvyynw#txys#untyru# tryql#wytx#xys#qttornuy#rywxt#nuxt#to#xym4##Sv#xu#soult#ru# suslutut#or#qt#luqst#yn#qn#qruq#wxuru#txuru#ys#not#soqsxynw# woynw#on4##

dRN#LYebdC##Ykqy4##dxqnk#you4##co#lut-s#33#wu-ll#somu#rqsk# to#txu#yssuu#ov#txu#quustyon4##

Wr4#dxywusun#ys#syttynw#nuxt#to#Wr4#bqppqport2#qnt#qt#txu# tymu#txqt#txqt#sommunt#wqs#mqtu#ry#Ws4#gqnw2#txuru#wqs# sonvursqtyon#rutwuun#Wr4#bqppqport#qnt#Wr4#dxywusun4##co#txqt# orzustyon#ys#sustqynut4##

Murynw#txu#tymu#txqt#you-ru#tustyvyynw2#Wr4#dxywusun2#pluqsu# prutunt#txqt#you#qru#on#txu#wytnuss#stqnt#wytx#qt#luqst#vyvu#to# tun#vuut2#you#know2#rutwuun#you#qnt#your#qttornuy4##co#ton-t#qsk# xym#qny#quustyons#yn#txu#myttlu#ov#your#tustymony4##S-m#not# suwwustynw#qnytxynw#ulsu4##S-m#zust#tyrustynw#you#not#to#to#yt4##

Ykqy4##Kqsk#to#you2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.    co#on#Wqrsx#?2#867B2#you#qppuqrut#ruvoru#Tutwu#Mqrwyn#yn#33# yn#txys#sourt2#qnt#S#wqs#not#prusunt#txqt#tqy2#sorrustH##

Wb4#bJ__J_YbdC##Jt#txys#poynt2#orzustyon2#ruluvqnsu4##

dRN#LYebdC##Ws4#gqnwH##dxuru#ys#qn#orzustyon#qs#to# ruluvqnsu4##S#ton-t#know#wxqt#txu#ruluvqnsu#woult#ru#vor#txys# xuqrynw4##goult#you#lyku#to#stqtu#wxqt#txqt#woult#ru#vrom#your#

purspustyvuH#

Wc4#gJXPC##Yx2#yus4##S#33#S#wqs#not#prusunt#qt#txu#Wqrsx#?2# 867B2#xuqrynw4##S#txynk#txqt-s#yn#txu#sourt#rusort4##Loult#wu# stypulqtu#to#txqt#vqst#txunH#

dRN#LYebdC##Wy#quustyon#to#you#ys#wxqt-s#txu#ruluvqnsu#ov# txqt#vor#33#to#txys#33#to#txys#tryqlH##

Wc4#gJXPC##Kusqusu#on#Wqrsx#?2#867B2#txuru#wqs#qn#ortur2#qnt# txuru#wqs#q#post#txqt#qppuqrut2#qnt#yt-s#tysputut2#untur#33# untur#my#nqmu#txqt#promptut#txu#Lourt#to#yssuu#umurwunsy#orturs2# qnt#txun#txuru#wqs#q#33#q#MLOc#wqrrqnt#txqt#rumovut#txu#sxylt#on# txqt#tqy#to#txu#post#txqt#ys#tysputut4##cynsu#wu#qlruqty# stypulqtut2#wu#qru#not#woynw#to#wut#ynto#txu#vorunsyss#ov#txqt4## dxqt#wqs#txu#vyrst#post#txqt-s#uvur#qppuqrut#untur#txu#nqmu# Uqylyn#gqnw2#qnt#yt-s#txu#only#onu#txqt#woult#ru#sonsyturut#q# txruqt4##S#txynk#uvurytxynw#ulsu#txqt-s#ruun#qlluwut#ys#moru# lyku#on#spurm#rqnk2#qnt#moru#ov#q#xqrqssynw#zust#typu#ov#mqnnur# vursus#txruqts4##Js#you#unturstqnt2#iour#Ronor2#untur#syx#33# untur#:982#yt-s#q#musx#musx#moru#suryous#sxqrwu4##S#xqvu#not# ruun#sxqrwut#wytx#txqt4##Kut#S#wqntut#to#zust#rrynw#out#txu# uxtunt#ov#wxqt#wqs#ruynw#postut#qnt#wxutxur#txuy#wuru# txruqtunynw4##dxqt-s#33#txqt-s#my#poynt4##

dRN#LYebdC##co#wxqt#ys#you#ruynw#prusunt#qt#q#xuqrynw#xqvu# to#to#wytx#qnytxynwH#

Wc4#gJXPC##Ykqy4##gull2#txun#wu#sqn#movu#on4##dxqt-s#qlruqty# yn#txu#sourt#rusort4##

Ki#Wc4#gJXPC##

Q.    co#q#post#qppuqrut#on#lynu#untur#txu#nqmu#Uqylyn#gqnwH## gytx#33#xow#tyt#you#vynt#out#qrout#txqt#post2#Wr4#dxywusunH##

Wb4#bJ__J_YbdC##Yrzustyon2#qssumus#q#vqst#not#yn#uvytunsu4#

dRN#LYebdC##custqynut4##Jnt#ry#txu#wqy2#txuru#ys#no#

stypulqtyon#yv#txuru#ys#not#woynw#to#ru#vorunsys#tustymony4##

St-s#qlruqty#sluqr#wxqt#S-vu#sqyt#uqrlyur4##S#symply#tyrustut#

putytyonur-s#sounsul#to#movu#yn#q#tyvvurunt#tyrustyon#vyrst4##

Yrzustyon#sustqynut4##

Kqsk#to#you2#Ws4#gqnw4##Xuxt#quustyon4##

Ki#Wc4#gJXPC##

Q.    Jnt#you#vluw#ynto#etqx2#qnt#you#mqtu#q#polysu#33#you#mqtu#q#

polysu#ruport#qnt#q#MLOc#ruport2#sorrustH##

A.    S#tyt#vly#to#etqx2#qnt#S#mut#wytx#polysu#qt#txu#polysu#

stqtyon#qnt#uvuntuqlly#txu#MLOc4##

dRN#LYebdC##Ykqy4##S#33#S#vuul#lyku#you#mqy#ru#wqytynw#vor#

somu#typu#ov#purmyssyon#vrom#Wr4#bqppqport#to#qnswur#quustyons4##

dRN#gSdXNccC##em3xum4#

dRN#LYebdC##St#33#yt#tousn-t#work#txqt#wqy2#Wr4#dxywusun4

dRN#gSdXNccC##Ykqy4

dRN#LYebdC##YkqyH##co#S-m#woynw#to#uxplqyn#to#you#xow#yt#

works4##Wr4#bqppqport#ys#untytlut#to#mqku#orzustyons4##Sv#xu#

tous#not#orzust2#you#must#qnswur#txu#quustyon4##Jll#rywxtH##St#

33#yt#33#txu#rust#you#sqn4##Sv#txuru#ys#somutxynw#you#ton-t#

unturstqnt2#txun#you#know2#you#sqn#33#you#sqn#sqy#txqt4##Kut#

txqt-s#not#xow#yt#works4##dxu#tuvqult#ys#you#qnswur#txu#

quustyon4#

dRN#gSdXNccC##em3xum4#

dRN#LYebdC##Xot#you#wqyt#to#suu#yv#txuru#ys#to#somu#typu#ov2#

you#know2#somutxynw#xqppuns4##dxu#tuvqult2#qnswur#txu#quustyon4##

Sv#txuru#nuuts#to#ru#qn#orzustyon2#Wr4#bqppqport#knows#xow#to#to#

txqt4#

dRN#gSdXNccC##Jll#rywxt4#

dRN#LYebdC##Kqsk#to#you2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.    Ykqy4##co#yt#33#txuru#ys#33#wqs#q#MLOc#ruport4##S-m#zust#woynw#to#ruqt#txu#33#txu#sqsu#numrur#on#to#txu#rusort4##St#ys#M_c2#etqx#M_c#ruport#8;699674##Jnt#txu#qlluwqtyons#33#spusyvys2#yt-s#onu#qlluwqtyon4##dxu#qlluwqtyon#ys#somuroty#on#Wr4#dxywusun-s#ruxqlv#postut#33#ruportut#wxylu#postut#on#sosyql#mutyq#33

dRN#LYebdC##Lqn#you#pluqsu#33#sqn#you#pluqsuH##iou#xqvu#to#slow#town4#

Wc4#gJXPC##ius4##ius4#

dRN#LYebdC##_luqsu#qnt#yv#you#soult#rustqrt4#

Wc4#gJXPC##ius4##Yn#Wqrsx#?2#867B2#Wr4#dxywusun#xqs#qlruqty#qtmyttut#xu#mqtu#q#MLOc#ruport4##Jnt#txu#MLOc#ruport#numrur#ys#8;699674##Yn#Wqrsx#?2#867B#33#yt-s#q#vury#sxort#qlluwqtyon4##St#ys2#&motxur#postut#on#sosyql#mutyq#on#xolysmokus4som#on#Wqrsx#?2#867B2#txqt#sxu#wqs#woynw#to#kyll#xursulv#qnt#txu#rqry#yv#xu#tousn-t#pqy#sxylt#support4##Jnt#S#xopu#xys#pqrunts#wyll#ru#xqppy4##Oqtxur#lyvus#yn#cqn#Orqnsysso#on#xys#wqy#to#pysk#up#Uqyson2#wyll#qrryvu#qt#BC66#p4m42#BC:8#p4m4#on#Wqrsx#?tx2#867B4&##

Mous#33#tous#txqt#sount#sorrust#lyku#txu#ruport#txqt#wqs#qlso#provytut#to#you2#Wr4#dxywusunH##

Wb4#bJ__J_YbdC##cuvurql#orzustyons#xuru2#iour#Ronor4##Jnt#txu#vyrst#ys#ruluvqnsu4##dxuru#wqs#q#33#rusqll2#txuru#wqs#qn#qwruumunt#not#to#protusu#uvytunsu#rulqtut#to#txys#so#sqllut#Wqrsx#?tx#murtur#suysytu#post4##Ws4#gqnw#wxo#qskut#vor#txqt#33#

dRN#LYebdC##_oynt#ov#slqryvysqtyon4##Uyll#rqry#postH##Ss#txys#ytH##

Wb4#bJ__J_YbdC##dxys#ys#yt2#yus4#

dRN#LYebdC##_luqsu#sontynuu4#

Wb4#bJ__J_YbdC##dxqt#txuru#ys#q#pryor#qwruumunt#txqt#txuru#ys#not#woynw#to#ru#qny#uvytunsu#prusuntut#ry#txu#putytyonur#rulqtut#to#txys4##co#upon#33#qnt#yt#qlso#33#sorry4##St#qlso#tyt#not#ympqst#Tutwu#Mqrwyn-s#tusysyon#rusqusu#yt-s#yn#txu#rusort#txqt#txys#wqs#nuvur#rqysut#qt#qll2#xqt#no#ruqrynw#wxqtsouvur#on#txu#cqn#Orqnsysso#sourt#tusysyon#to#qwqrt#rotx#pxysysql#qnt#luwql#sustoty#to#Wr4#dxywusun4##St-s#not#ruluvqnt4##gu#qru#not#prusuntynw#yt4##Ws4#gqnw#rqysut#txys#yn#ortur#to#rutusu#txu#lunwtx#ov#txu#tryql#ov#wxqt#qppullqtu#yssuus4##gu#qwruut#wytx#xur#txqt#wu#woult#not#prusunt#txys#uvytunsu4##co#synsu#wu#qru#not#prusuntynw#yt#qs#q#txruqt2#txun#txuru#ys#no#ruluvqnsu#wxqtsouvur#to#txys#post4##Ourtxur2#txu#quustyon#sontqyns#xuqrsqy4##

dRN#LYebdC##Mo#you#sqru#to#ruspont2#Ws4#gqnwH##

Wc4#gJXPC##S-m#not#prusuntynw#yt#33#yus4##S-m#prusuntynw#yt#qs#q#zutysyql#notysu#txqt#txys#wqs#qn#ovvysyql#prosuutynw#txqt#xqppunut#qnt#yt#33#vor#ynvormqtyonql#purposus2#yt#ys#qn#ovvysyql#sourt#tosumunt#txqt#txuru#wqs#q#sqsu4##S-m#not#tqlkynw#qrout#txu#ruluvqnsy#ov#txu#vorunsyss#ov#wxo#postut#wxqt4##S-m#zust#sqyynw#txqt#txys#xqppunut4##dxuru#ys#qn#ovvysyql#prosuutynw#txqt#xqppunut#wytx#etqx#MLOc#vrom#q#ruport#txqt#Wr4#dxywusun#xqs#mqtu4##

dRN#LYebdC##Ykqy4##dxuru#ys#no#propur#ruquust#vor#zutysyql#notysu#ruvoru#txu#Lourt#rywxt#now4##Xotxynw#txqt#xqs#ruun#sqyt#

yn#rusponsu#ry#you2#Ws4#gqnw2#tous#qnytxynw#to#sxqnwu#or#rurut#
txu#luwql#orzustyons#txqt#wuru#zust#rqysut4##Oor#txqt#ruqson#txu#
Lourt#sustqyns#txu#orzustyon#33#txu#orzustyons#plurql4##Xuxt#
quustyon2#Ws4#gqnw4#
      Ki#Wc4#gJXPC##
Q.    Ykqy4##ius4##Jnt#lut-s#33#qnt#on#Tunu#33#okqy4##co#ruvoru#
txys#Lourt#wu#xqt#q#xuqrynw4##S#txynk#txu#vyrst#tymu#S#qppuqrut#
yn#sourt#33#woult#you#sqy#txqt#yt-s#truu#txqt#S#qppuqrut#yn#
sourt#yn#purson#vor#txu#vyrst#tymu#ruvoru#Tutwu#Mqrwyn#on#
Wqy#Atx2#867BH##
      Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##
      dRN#LYebdC##Ykqy4##gxqt-s#txu#ruluvqnsu2#Ws4#gqnw2#txqt#you#
qppuqrut#yn#sourt#yn#purson#or#not#yn#purson2#or#wxqt-s#txu#
ruluvqnsu#ov#qny#otxur#pryor#sourt#xuqrynw#to#txys#yssuu#ruvoru#
txys#sourt#qs#to#wxutxur#or#not#you-vu#sommyttut#tomustys#qrusuH##
      Wc4#gJXPC##gull2#rusqusu#txuru#ys#qlluwqtyons#ov#vlywxt#
rysk2#ut#suturq#qnt#33#qnt#txqt#S#wqs#tryynw#to#qrssont#wytx#txu#
sxylt4##St#wous#onto#Wr4#dxywusun#susrutly#qpplyut#vor#q#
pqssport#rywxt#qvtur#txqt#xuqrynw#wxun#xu#knows#txqt#turynw#txu#
tumporqry#rustrqynynw#ortur#txqt#txu#purson#wu#suu#yn#sustoty#
sqnnot#qpply#vor#nuw#pqssport#qnt#xqs#to#wut#txu#33#txu#Lourt-s#
purmyssyon#to#to#susx#q#txynw4##dxqt-s#untur#Oqmyly#Lotu#96?9#qs#
wull#qs#86:64##co#txqt-s#33#txqt-s#wxqt#yt#wous#ynto4#
      dRN#LYebdC##Jll#rywxt4##Jnt#wxqt#woult#ru#txu#ruluvqnsu#ov#
txqtH##Vut-s#qssumu#txqt#you#xqvu#uvytunsu#to#sxow#txqt#txqt-s#
wxqt#xqppunut4##gxy#33#wxy#woult#txqt#ru#ruluvqnt#to#txys#sqsu#
txqt#ys#vosusut#on#Wr4#dxywusun-s#tomustys#vyolunsu#rustrqynynw#
ortur#ruquust#qwqynst#youH##

Wc4#gJXPC##Yx2#rusqusu#txu#vlywxt#rysk#txynw#33#S#txouwxt# txqt#wqs#onu#ov#txuyr#qlluwqtyons4##Rowuvur2#yv#you#woult#lyku# to#zust#supqrqtu#txqt#out#to#moru#txu#sxylt#sustoty#xuqrynw#wu# sqn#movu#on#vrom#txqt4##S#txynk#you-vu#qlruqty#ryvursqtut#or#qt# luqst#supqrqtut#txu#two4##Sv#33#yv#txqt-s#33#you-ru#styll# rulynw2#txun#S#wyll#movu#on4#

dRN#LYebdC##dxqnk#you4##co#qll#rulynws#wuru#mqtu#yn#uvvust# unluss#txuy#qru#somuxow#vqsqtut#or#ruturnut#on#qppuql#or# otxurwysu#rulut#qwqynst#to#no#lonwur#ru#vqlyt4##co#txqt-s#33# txqt-s#txu#stqrtynw#poynt4##S#to#wqnt#to#rumynt#you#ov#txu#ssopu# ov#txys#xuqrynw#txus#vqr2#Ws4#gqnw4##Jnt#S-m#toynw#txys#qs#qn# qssommotqtyon#to#you#tuspytu#your#knowlutwu#ov#txu#lqw#yn#mqny# ruspusts4##iou#styll#ruprusunt#yoursulv4##Jt#uvytunsu#yn#txys# sqsu#qru#txu#vuw#tosumunts#txqt#xqvu#ruun#qtmyttut2#S#rulyuvu# most#ry#stypulqtyon#qt#txys#poynt2#qnt#Wr4#Lxrystovvur# dxywusun-s#tustymony4##dxqt-s#yt4##co2#you#know2#txys#ys#not#33# yt#33#yt#woult#not#ru#qppropryqtu#to#try#to#rurut#wxqt#xqs# xqppunut#qt#otxur#xuqrynws#or#txynws#txqt#qru#sontqynut#yn#otxur# vylynws4##iou#know2#wu#33#onu#ov#txu#wqys#txqt#S#tussryru#txys# to#puoplu#wxo#ruprusunt#txumsulvus2#yt#33#txqt#vynt#yt#xulpvul# ys#txuru#ys#lyku#qn#uvytunsu#sontqynur2#rywxtH##Jnt#yn#txys# sontqynur#txqt#ys#wxqt#txu#Lourt#ys#woynw#to#mqku#rulynws#on4## co#vqr#yn#txu#sontqynur#qru#txu#lymytut#tosumunts#txqt#xqvu#ruun# qtmyttut#qnt#Wr4#dxywusun-s#orql#tustymony4##dxqt-s#qll#txqt-s# yn#txu#sontqynur#rywxt#now4##Kusqusu#ov#txqt2#your# sross3uxqmynqtyon#to#Wr4#dxywusun#sqn#only#ru#qrout#wxqt#xu#xqs# zust#tustyvyut#to4##S#xopu#txqt#xulps4##_luqsu#sontynuu4##

Wc4#gJXPC##dxqnk#you#vor#uxplqynynw#txqt2#iour#Ronor4##S#

txqnk#you#vor#ruynw#pqtyunt#wytx#mu4##iou#xqvun-t#mqtu#q#

tusysyon#on#txu#syrlynws2#rut#S#woult#lyku#to#sross3uxqmynu#

txum2#yv#possyrlu4##

    dRN#LYebdC##_uoplu#qru#only#surzust#to#sross3uxqmynqtyon2#

Ws4#gqnw2#yv#txuy#tustyvy4##co#txqt#ys#q#puntynw#yssuu4##Mo#you#

xqvu#qny#quustyons#vor#Wr4#Lxrystovvur#dxywusunH##

    Wc4#gJXPC##S#33#S#sqn-t#txynk#ov#qny#rywxt#now#rusqusu#S#

txouwxt#txqt#33#yuqx4##co#txqt-s#33#txqt-s#ruqlly#vunny#wxqt#you#

zust#sqyt2#iour#Ronor2#rusqusu#wu#prosuutut#yn#q#tyvvurunt#

vqsxyon4##co#S#txouwxt#untur#Nvytunsu#Lotu#@@?#txuy#sqn#sqll#txu#

opposynw#pqrty#qnt#stqrt#sross3uxqmynynw#txum#wytxout#qny#tyrust#

tustymonyD#ys#txqt#truuH##

    dRN#LYebdC##dxqt#ys#not#ruluvqnt#rywxt#now2#Ws4#gqnw4##dxuru#

ys#only#onu#txynw#txqt-s#xqppunut2#ys#txqt#putytyonur#xqs#sqllut#

Lxrystovvur#dxywusun4##

    Ki#Wc4#gJXPC##

Q.  co#wu#tqlkut#qrout2#you#know2#txruqtunynw#posts#qnt#txynws#

lyku#txqt4##Myt#you#uvur#rusuyvu#qny#xqrqssynw#posts2#tyrust#

sommunysqtyons#vrom#33#vrom#33#ry#pxonu2#tuxt#33#tuxt#mussqwu#

vrom#mu#to#youH##

A.  gqs#txu#quustyon#xqvu#S#rusuyvut#tyrust#tuxt#mussqwu#vrom#

you#yoursulv2#qnt#yv#so2#wxqt#tymu#puryotH##

Q.  iuqx2#vrom#q#pxonu#numrur#txqt#you#qssosyqtu#wytx#muH##

A.  Jt#wxqt#tymuH##

Q.  Murynw#txu#ruluvqnt#tymu#puryot#ov#txu#tqtu#ov#qrusu4##co#

lut-s#33#S#txynk#you#put#town#Musumrur#8:tx2#867A4##Jnt#vrom#

txqt#poynt#on2#tyt#you#rusuyvu#qny#tuxt#mussqwus#vrom#mu#

tyrustly#to#you#or#u3mqylsH##

Wb4#bJ__J_YbdC##dxqt#33#txqt#ys#sompount4##

dRN#LYebdC##custqynut4##Tust#tqku#txum#onu#qt#q#tymu2#

Ws4#gqnw4##Jsk#uqsx#quustyon#onu#qt#q#tymu2#pxonu#sqlls2#tuxt2#

u3mqyls4##

Ki#Wc4#gJXPC##

Q.   _luqsu#ytuntyvy#qny#tyrust#sommunysqtyons#vrom#mu#to#you#

txqt#you#vount#xqrqssynw#ry#tuxt#mussqwus4##

A.   Murynw#txu#ruluvqnt#tymu#puryot#txqt#you-vu#pruvyously#

muntyonutH##corry4##

dRN#LYebdC##dxqt#33#txqt#quustyon#woult#ru#vynu4##Tust#txu#

wqy#yt#wqs#qskut#wxysx#xqs#no#tymu#lymytqtyon4##

Ki#Wc4#gJXPC##

Q.   dxuru#wqs#q#tymu#lymytqtyon4##St#wqs#qvtur#Musumrur#8:tx2#

867A2#up#untyl#Wqrsx#?2#867B2#wxun#xu#wot#to#sustoty4##

A.   Xo2#S#tyt#not#rusuyvu#tuxt#mussqwus2#pxonu#sqlls2#or#u3mqyls#

vrom#Uqylyn#gqnw#tyrustly2#knowynwly2#txouwx#sxu#tyt#xqvu#qssuss#

to#to#so#ruqsxynw#out#to#mu#yn#qny#kynt#ov#sontuxt2#not#

xqrqssynw2#rut#sxu#xqt#txu#optyon#to#ru#protustyvu#yn#txqt#lynu#

ov#sommunysqtyon4##S#nuvur#rusuyvut#qny#kynt#ov#sommunysqtyon#yn#

txosu#sxqnnuls#tyrustly#33#yn#txosu#sxqnnuls#ov#sommunysqtyon#

tyrustly4##

Q.   dxqnk#you#vor#qnswurynw#txqt#quustyon4##Rowuvur2#you#tyt#

tustyvy#yusturtqy#txqt#you#qlruqty#xqt#mu#rloskut#ry#

Musumrur#8:tx2#867AD#ys#txqt#sorrustH##

A.   gxun#S#sqyt#&rloskut2&#txqt#ruvurs#to#my#sosyql#mutyq4##iou#

wuru#nuvur#rloskut#vrom#sontqstynw#mu#vyq#my#pxonu#numrur2#sqll#

or#tuxt4#

Q.   goult#you#qwruu#yv#somuonu#rlosks#you#vrom#sosyql#mutyq2#

yt-s#q#sywn#txqt#txuy#ton-t#wqnt#to#tqlk#to#you2#qnt#txuy#wqnt#
notxynw#to#to#wytx#youH##

Wb4#bJ__J_YbdC##Yrzustyon2#sqlls#vor#spusulqtyon4##

dRN#LYebdC##custqynut4##

Ki#Wc4#gJXPC##

Q.   Wr4#dxywusun2#sqn#you#ytuntyvy#qny#tyrust#sommunysqtyons#you#
qlluwu#S#xqt#wytx#you#vrom#txu#tymu#puryot#ov#Musumrur#8:tx2#
867A2#untyl#Wqrsx#?2#867B2#ry#u3mqyl#vrom#mu#to#youH##Jnt#txun#
you#sqn#qnswur#txu#vollowynw#quustyon#qrout#pxonu#sqllsH#

Wb4#bJ__J_YbdC##gull2#orzustyon4##Jskut#qnt#qnswurut4##

dRN#LYebdC##co#S#sqn-t#ruqlly#sustqyn#txqt#orzustyon#rusqusu#
yt#wqsn-t#qskut#qnt#qnswurut4##dxuru#wqs#q#quustyon#txqt#wqs#
qskut2#qnt#Wr4#dxywusun#uxpqntut#yn#xys#qnswur#to#sovur#pxonu#
sqlls2#tuxt2#qnt#u3mqyl4##co#xu#xqs#qnswurut2#rut#txqt#spusyvys#
quustyon#xqt#not#tusxnysqlly#ruun#qskut4##Kut#xu#xqs#qnswurut2#
qnt#txu#qnswur2#Ws4#gqnw2#wqs#no2#txqt#txuru#wqsn-t#33#txuru#
wuru#no#tuxt#mussqwus2#pxonu#sqlls2#or#u3mqyls#tyrustly#vrom#you#
rutwuun#Musumrur#8:tx2#867A2#txrouwx#Wqrsx#?2#867B4##

Ki#Wc4#gJXPC##

Q.   Ykqy4##co#Wr4#dxywusun2#you#sqyt#suvurql#xuntrut#ov#your#
vryunts#qnt#vqmyly#sqw#or#rusuyvut#xqrqssynw#sommunysqtyons#vrom#
mu4##Rqs#33#xqs#qny#ov#txosu#puoplu#tustyvyut#or#sywnut#q#
tuslqrqtyon#ry#qny#sxqnsuH##

Wb4#bJ__J_YbdC##Yrzustyon4##Wysstqtus#txu#tustymony4##Jnt#33#
mysstqtus#txu#tustymony4##

dRN#LYebdC##Wr4#Kqlyqn2#soult#S#xqvu#txu#quustyon#ruqt#rqsk2#
pluqsuH##

.Kryuv#rruqk4/#

dRN#LYebdC##co#wu#qru#rqsk#on#txu#rusort4##gu#wuru#ovv#txu#
rusort#vor#zust#q#susont#rusqusu#S#qskut#Wr4#Lourt#buportur#to#
ruqt#rqsk#your#quustyon#rusqusu#S#nuutut#to#ruvrusx#my#mumory#qs#
to#your#quustyon#ruvoru#S#rulut#on#Wr4#bqppqport-s#orzustyon4##
YkqyH##co#txqt-s#qll#txqt-s#woynw#to#xqppun#rywxt#now4##S-m#
woynw#to#pxysysqlly#xqnt#txu#mysropxonu#ovur#to#our#sourt#
ruportur4##Ru#ys#woynw#to#stop#typynw4##Ru#ys#woynw#to#ruqt#your#
lqst#quustyon2#qnt#txun#wxun#txqt#prosuss#ys#tonu2#wu#qru#woynw#
to#wo#rqsk#on#txu#rusort2#qnt#S#wyll#qttruss#Wr4#bqppqport-s#
orzustyon4##dxqnk#you4##Wr4#Kqlyqn4#

.busort#ruqt4/

dRN#LYebdC##gu#qru#rqsk#on#txu#rusort4##S-m#prupqrut#to#
ovurrulu#your#orzustyon2#Wr4#bqppqport4##Mo#you#styll#xqvu#txqt#
orzustyon#now#txqt#you#xuqrt#txu#quustyon#qwqynH##

Wb4#bJ__J_YbdC##iou#know2#qstuqlly2#S#wqs#woynw#to#wytxtrqw#
my#orzustyon#now#txqt#S#xuqrt#yt#ruruqt4##

dRN#LYebdC##Ykqy4##St#ys#wytxtrqwn4##

_luqsu#qnswur#txu#quustyon2#Wr4#dxywusun4#

dRN#gSdXNccC##dxu#quustyon#ys#tyt#txuy#xqvu#33#wxutxur#or#
not#txuy#xqvu#unturut#q#tuslqrqtyon4##S#qm#not#33#

dRN#LYebdC##St-s#q#yus#or#no#quustyon4##

dRN#gSdXNccC##S#ton-t#rulyuvu#so4##

dRN#LYebdC##Kqsk#to#you2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.   Ykqy4##Mo#you#plqn#on#txum#tustyvyynw#qt#txys#tryqlH##

Wb4#bJ__J_YbdC##Yrzustyon2#sqlls#vor#qttornuy3slyunt#
sonvursqtyon4##

dRN#LYebdC##custqynut4##

Wc4#gJXPC##Ykqy4##co#wu#ton-t#know#txu#ytuntyty#ov#txusu# puoplu#txqt#xys#vryunts#qlluwutly#sqw#or#rusuyvut#33#you#know2# txuru#ys#q#souplu#lqyurs#ov#xuqrsqy#woynw#on4####

Ki#Wc4#gJXPC#

Q.   co#on#Wqrsx#7?tx#33#S#muqn2#not#33#Wqy#7?tx2#867B2#wxun#you# 33#wxun#you#sqyt#txqt#you#soult#not#uqt#or#sluup#to#txu#poynt# wxuru#you#lost#your#zor2#tyt#you#33#tyt#you#uvur#suuk#qny# psysxolowysql#xulp#turynw#txqt#tymuH##

Wb4#bJ__J_YbdC##fqwuu#qnt#qmrywuous#qs#to#turynw#wxqt#tymuH##

Wc4#gJXPC##S-ll#33#S-ll#wyvu#you#txu#tqtus#qwqyn4##Orom#Tunu# 867A#untyl#Musumrur#8:tx2#867A2#rusqusu#xu#stqtut#xu#sqnnot#uqt# or#sluup#qnt#soult#not#qppuqr#or#unturpurvorm2#or#soult#not#work# rusqusu#ov#gqnw4##

dRN#gSdXNccC##S#tyt#not#suuk#provussyonql2#psysxolowysql# xulp#to#tuql#wytx#my#struss#qnt#qnxyuty#ruwqrtynw#txu#sytuqtyon# qnt#xow#yt#wqs#tutrqstynw#vrom#my#wunurql#lyvu#uxpuryunsu#qnt#33# qnt#sqruur#qt#txu#tymu4##S#rulyuvu#S#mqtu#stqtumunts#pruvyously# qs#to#xow#S#rulyuvu#qny#ruqsonqrlu#purson#woult#xqvu#ruqstut# txqt#wqy4##S#ton-t#know#yv#S#xqvu#to#sqy#qnytxynw#ulsu#qt#txys# tymu4##

Q.   Kut#you#woult#sqy#txqt#rusytus#postynws#txqt2#you#know2# xqvynw#q#sxylt#wytx#rqsysqlly#q#strqnwur#ys#vury#vury#sonsurnynw# qnt#strussvul#to#you4##

A.   S#woult#sqy#purxqps#wxqt#you#sqyt#yn#som#33#yn#somrynqtyon# wytx#txu#tonu#yn#wxysx#txqt#mqttur#33#txqt#ynvormqtyon#wqs#ruynw# sommunysqtut#to#my#nutwork#wqs#sonsurnynw4##

Q.   Ykqy4##Vut-s#tqlk#qrout#33#q#lyttlu#ryt#qrout#your# tuslqrqtyon4##co#on#Wqrsx#:tx2#867B2#you#33#you#surmyttut#q#

tuslqrqtyon#untur#punqlty#ov#purzury2#qnt#you#stqtut#txqt#you# xyrut#pryvqtu#ynvustywqtors#wxo#vollowut#mu#to#q#sourt#xuqrynw# on#Ourruqry#77tx2#867BD#ys#txqt#sorrustH##

    Wb4#bJ__J_YbdC##Mo#33#to#wu#xqvu#q#sopy#ov#txu#tuslqrqtyonH##

    Wc4#gJXPC##St-s#yn#txu#sourt#vylu2#rut#S#rulyuvu#txqt-s#onu# ov#your#uxxyryts#qs#wull2#Wr4#bqppqport4##goult#you#lyku#mu#to# nqmu#wxuru#S#txynk#you#put#yn#your#tqrlu#ov#sontuntsH##

    Wb4#bJ__J_YbdC##_luqsu2#txqnk#you4##Jnt#lut#txu#rusort# ruvlust#txqt#Ws4#gqnw#tous#xqvu#our#tqrlu#ov#sontunts#vor#txu# uxxyryts4##

    Ki#Wc4#gJXPC##

Q.   St#ys#yn#txu#sourt#rusort4##Kqsysqlly#S#zust#wqntut#to#qsk2# S#txynk#yt-s#untysputut#txqt#you#tyt#xyru#pryvqtu#ynvustywqtors# to#vollow#mysulv#qnt#my#vqmyly#turynw#txu#33#turynw#txqt#tymu# puryot#qrount#Ourruqry#77tx2#867BH##

A.   cxoult#33#sxoult#S#qnswur2#or#qru#wu#styll#tusytynw#yv#wu# qru#lookynw#qt#tosumunts#ruwqrtynw#txysH##S-m#unsluqr4##

    dRN#LYebdC##S#unturstqnt#33#

    Wc4#gJXPC##S-m#zust#woynw#to#ruqt4##

    dRN#LYebdC##Po#qxuqt2#Ws4#gqnw4##iou-ru#mutut4##iou#qru#on# mutu4##

    Wc4#gJXPC##Jpolowyus4##S#wqs#zust#woynw#to#zust#ruqt#ynto# txu#sourt#rusort#q#sxort#suntunsu#sontqynut#on#pqwu#vyvu#ov#txu# tuslqrqtyon#ov#Lxrystovvur#dxywusun#vylut#on#Wqrsx#:tx2#867B2# pqrqwrqpx#8;4##gqnw#ys#yn#cpqnysx#Oork2#etqx4##cxu#wqs#txuru#on# Ourruqry#77tx2#867B4##dxqt#woult#qlso#ru#txu#tqy#wxuru#txu#MXJ# tustynw#sqmu#rqsk4##Ru#wqs#qt#q#prutryql#sonvurunsu2#txu#sqsu#33# txu#gqlkur#ctonu#sqsu#7@79679;64##Ru#zust#nqmut#txu#cpqnysx#Oork#

vursus#Uqylyn#gqnw4##Ru#tytn-t#sqy#33###

dRN#LYebdC##iou-ru#ruynw#qskut#to#wo#slowur#qwqyn2#Ws4#gqnw4##

Nvury#tymu#you#ruqt#33#txys#xqppuns#to#most#puoplu4##gxun#onu#

stqrts#ruqtynw2#you#tunt#to#spuut#up4##Sv#you#soult#rupuqt#

uvurytxynw#you#zust#sqyt4##dxqnk#you4##

Wc4#gJXPC##S-ll#zust#ruqt#yt#vurrqtym#so#yt-s#moru#qssurqtu4##

Yn#Wqrsx#:tx2#867B2#vylut#yn#txys#sourt#toskut#tuslqrqtyon#ov#33#

ov#Lxrystovvur#dxywusun2#pqwu#vyvu2#pqrqwrqpx#8;4##St#stqtus#

&Ws4#gqnw#wqs#yn#cpqnysx#Oork2#etqx#on#Ourruqry#77tx2#867B2#vor#

prutryql#sonvurunsu#yn#cpqnysx#Oork#Lyty#vursus#Uqylyn#gqnw2#

sqsu#numrur#7@79679;6#vylut#Xovumrur#88nt2#867@4##Wy#

ynvustywqtor-s#wytnuss#Ws4#gqnw#33#Ws4#gqnw-s#motxur#qnt######

Ws4#gqnw#qrryvut#qt#txu#sourtxousu#vor#xur#xuqrynw2#qnt#txuy#xqt#

txu#rqry#wytx#txum4&##

Ki#Wc4#gJXPC##

Q.    co#you#tyt#xyru#ynvustywqtors#to#vollow#us2#sorrustH##

Wb4#bJ__J_YbdC##Jwqyn2#orzustyon#ruluvqnsu2#qlso#xuqrsqy4##

dRN#LYebdC##Ws4#gqnw2#wxqt#ys#txu#ruluvqnsuH##

Wc4#gJXPC##Vut#mu#tqlk#qrout#33#yus4##Ruru#ys#txu#txynw4##co#

txuru#33#txuy#qru#qlluwynw#lots#ov#postynws#qnt#txynws#lyku#

txqt4##dxys#qlso#wous#ynto2#S#rulyuvu2#Wr4#dxywusun#33#qnt#

txqt-s#txu#top#sount#ov#sxqrwu#ys#txu#?:?4B.r/#qrout#txu#qlluwut#

sqll#txqt#wqs#mqtu4##co#txuy#vount#txqt#wqs#xqrqssynw#qnt#Mf#

sommyttut#qwqynst#txum4##Rowuvur2#S#wqntut#to#wo#ynto#xow#mqny#

tymus2#you#know2#txuy#mqtu#polysu#ruports#qwqynst#mu#rusqusu#

txuy#wuru#worryut#qrout#txu#sxylt#qs#wull#vrom#33#txqt#wqs#33#

txqt#wqs#txu#ruluvqnsy4##St#wous#ynto#txu#nuxt#portyon#ov#txu#

qlluwqtyons#ov#xqrqssmunt2#txu#purposu2#qnt#yntunt2#wxutxur#yt#

wqs#ylluwytymqtu#purposus#or#luwytymqtu#purposus#rusqusu#puoplu#to#wut#ssqrut#wxun#puoplu#qru#vollowut4##_uoplu#to#wut#ssqrut#yv#txuy#qru#vollowut#on#txu#vruuwqy#or#sxqsut#ovv#txu#vruuwqy#33#

dRN#LYebdC##dxqnk#you2#Ws4#gqnw4#

Wc4#gJXPC##33#qnt#wxutxur#somu#ov#txu#sontunt#33#

dRN#LYebdC##dxu#orzustyon#ys#ovurrulut4##

iou#sqn#qnswur#txu#quustyon4##

dRN#gSdXNccC##co#txu#quustyon#qs#to#xyrynw#ynvustywqtors2#my#wxolu#vqmyly#wqs#sonsurnut#qt#txys#33#qt#txys#poynt2#qnt#so#txu#vqmyly#xyrut#ynvustywqtors#qs#wu#wuru#qll#sonsurnut2#not#zust#mysulv2#qrout#wxqt#xqt#xqppunut#qt#txqt#poynt4##Row#qs#to#txu#spusyvyss#ov2#S#rulyuvu2#you#sqyt#Ourruqry#77txH##

dRN#LYebdC##iou#qnswurut#txu#quustyon2#syr4##

Wc4#gJXPC##S-m#sorry4##Myt#xu#qnswur#txu#quustyonH##

dRN#LYebdC##Ru#tyt4##Mytn-t#you#xuqr#xym#zust#tustyvy#txqt#xys#wxolu#vqmyly#wqs#ssqrut2#so#xys#vqmyly#xyrut#q#pryvqtu#ynvustywqtorH##

Ki#Wc4#gJXPC##

Q.    gxun#tyt#you#xyru#ynvustywqtors#to#vollow#my#vqmylyH##

dRN#LYebdC##Rolt#on4##Kuvoru#wu#movu#onto#your#nuxt#quustyon2#S#xqvu#33#wu#xqvu#q#lonw#ulustronys#toskut#yn#txys#sqsu2#rut#S#tyt#vynt#txu#tuslqrqtyon#vylut#Wqrsx#:2#867B4##dxu#Lourt#ys#prupqrut#to#tqku#zutysyql#notysu#ov#txys#tuslqrqtyon4##

Jny#orzustyonH##

Wb4#bJ__J_YbdC##Xo#orzustyons4##

dRN#LYebdC##Ws4#gqnwH##

Wc4#gJXPC##Yx2#yus4##S#qskut#wxun#33#wxun#txu#dxywusun#vqmyly#xyrut#ynvustywqtors#to#vollow#my#vqmyly2#you#know2#wut#

txu#sxylt-s#ryrtx#surtyvysqtu4##

dRN#LYebdC##Kuvoru#wu#sontynuu#wytx#txqt2#synsu#you-vu#

quotut#vrom#q#tosumunt#txqt#ys#yn#our#sourt#vylu2#S-m#suwwustynw#

txqt#txu#Lourt#ys#qrout#to#tqku#zutysyql#notysu#ov#txqt#

tuslqrqtyon#vylut#Wqrsx#:2#867B2#symylqr#to#pryor#zutysyql#

notysu2#qtmyssyons#ynto#uvytunsu2#txu#Lourt#qllows#opportunyty#

vor#txu#pqrtyus#to#voysu#qn#orzustyon4##Wr4#gqnw#33#

Wr4#bqppqport#sqyt#xu#xqt#no#orzustyon4##

S#turn#to#you#qnt#qskut#you#yv#you#xqt#qn#orzustyon4##dxqt-s#

txu#quustyon4##

Wc4#gJXPC##Yx2#yuqx4##dxqt-s#txu#quustyon4##Xo4##S#ton-t#

xqvu#qn#orzustyon#33#

dRN#LYebdC##Ykqy4##

Wc4#gJXPC##33#qs#33#qs#lonw#qs#somu#ov#wxqtuvur#sqn#ru#

sross3uxqmynut#vor#wxqt#xu#stqtut4##

dRN#LYebdC##dxqt-s#qtmyttut#ry#wqy#ov#zutysyql#notysu4##

Po#on#to#your#nuxt#quustyon2#Ws4#gqnw4##St-s#zust#zutysyql#

notysu#ytuntyvyyut#ry#txu#tqtu#ov#vylynw4##St-s#Lxrystovvur#

dxywusun-s#tuslqrqtyon#vylut#Wqrsx#:2#867B4##

dxqnk#you2#syr4##

Po#qxuqt2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.    iou#xyrut#ynvustywqtors#to#ortqyn#txu#sxylt-s#ryrtx#

surtyvysqtu#yn#etqx#yn#Tqnuqry#ov#867B#ruvoru#txu#MXJ#rusults2#

sorrustH##

A.    S#sqn-t#rusqll#qt#txys#tymu#yv#yt#prosuutut#txu#pqturnyty#

tust2#rut#qs#S#sqyt#yn#my#pruvyous#stqtumunt2#yt#wqs#my#untyru#

vqmyly#txqt#xyrut#txu#ynvustywqtors2#qnt#wxqt#you#tussryrut#

sounts#lyku#somutxynw#33#wxqt#you#tussryrut#sounts#lyku# somutxynw#txqt#txuy#tyt4##

Wc4#gJXPC##co2#yus2#txqt#33#okqy4##iou-ru#sqyynw#yus2#rywxtH##

dRN#LYebdC##Ws4#gqnw2#yv#txqt#quustyon#ys#vor#mu2#S-m#not#yn# q#posytyon2#nor#woult#yt#ru#propur#vor#mu#to#lyku#somuxow#qssuru# you#txqt#you#wot#qn#qnswur#to#your#quustyon#or#not4##dxqt-s#vor# you#to#tusytu4##_luqsu#prosuut4##

Ki#Wc4#gJXPC##

Q.    Ykqy4##co#you#sqyt#txqt#your#vqmyly#wqs#ssqrut#qnt#txqt-s# wxy#you#xyrut#ynvustywqtors#to#vollow#muH##

Wb4#bJ__J_YbdC##Jnt#tusxnysqlly#mysstqtus#txu#tustymony#rut# qstuqlly#qt#txys#poynt#9;84##

dRN#LYebdC##dxqnk#you4##dxu#orzustyon#txqt-s#ruynw#mqtu# rywxt#now#ys#txqt#wxylu#txys#mywxt#ru#ruluvqnt2#txu#vqluu#ov# txqt#ruluvqnsy#ys#outwuywxut#ry#unto#sonsumptyon#ov#tymu2#unto# pruzutysu#qnt5or#otxur#tustymony#or#uvytunsu#qs#tuplysqtyvu#ov# txynws#txqt#xqvu#qlruqty#somu#yn4##S-m#prupqrut#to#sustqyn#txqt# orzustyon#untur#9;84##

Ss#txuru#somutxynw#ulsu#txqt#you#suuk#to#wut#out#ov#txysH## iou#uxplqynut#wxy#you#wqntut#xys#tustymony#to#ruwyn#wytx4##S# unturstoot#your#lowys2#Ws4#gqnw4#

Wc4#gJXPC##Yx2#yus4##ius4##dxys#33#txys#purtqyns#to#qwqyn#33# qwqyn2#somu#ov#txu#postynws#qppqruntly#sqy#somutxynw#qrout#33# txqt#33#lut#mu#zust#movu#on#vrom#txys#lynu#ov#quustyonynw4## Vut-s#suu4##gxqt#ulsu4##

Ki#Wc4#gJXPC##

Q.    co#you#sqyt#you#wuru#vury#worryut#qrout#33#txqt#you#xqt# puoplu#vollow#us2#qnt#33#qnt#turynw#txys#tymu2#you#sqyt#you#wuru#

worryut4##iou#tytn-t#ruqsx#out#txrouwx#your#qttornuys#or# tyrustly#vrom#txu#poynt#ov#qrount#Ourruqry#77tx2#867B2#noroty# ruqsxut#out#to#qstuqlly#sxusk#up#on#txu#sxylt2#rywxtH##LorrustH##

A.  Loult#you#rupxrqsu#txu#quustyonH##St#wqs#q#ryt#lonw#33#S# wqsn-t#surtqyn4

Q.  ius2#so#you#xqt#xyrut#ynvustywqtors#rusqusu#33#yus4##iou# xyrut#ynvustywqtors#rusqusu#your#vqmyly#wqs#ssqrut4##iou#xyrut# ynvustywqtors#to#vollow#my#vqmyly2#qnt#mysulvD#ys#txqt#sorrustH##

    Wb4#bJ__J_YbdC##gull#33

    dRN#LYebdC##Po#qxuqt4#

    Wb4#bJ__J_YbdC##33#sqmu#orzustyon4##

    dRN#LYebdC##Ykqy4##co#txu#9;8#orzustyon#ys#sustqynut4##

    Kut#vor#Ws4#gqnw2#you#qlso#tyt#qsk#two#quustyons#rqsk#to# rqsk#qnt#txqt-s#prorlumqtys4##co#pluqsu#movu#on4##iou#sqyt#you# wuru#woynw#to#movu#onto#q#tyvvurunt#topys4##S#wqs#wlqt#to#xuqr# you#sqy#txqt2#rut#S#vuul#lyku#you#wunt#rywxt#rqsk#to#txu#sqmu# uxqst#topys4##_luqsu#33#pluqsu#sontynuu4##

    Ki#Wc4#gJXPC##

Q.  Murynw#txu#ruluvqnt#tymu#puryot#33#lut-s#tqlk#qrout#somu# tymu#puryots4##iou#lyvut#wytx#roommqtus#supqrqtu#vrom#your# pqrunts#yn#cqn#Orqnsysso#turynw#txu#ruluvqnt#tymu#puryot#vrom# wxun#33#wxun#wu#vyrst#sommunysqtynw#on#Ourruqry#7:tx2#867A2# untyl#33#untyl#txu#vylynw#ov#txys#MfbY#on#Ourruqry#7;2#867B2#you# lyvut#yn#cqn#Orqnsysso#wytx#two#roommqtus2#sorrustH##

A.  S#33#S#tyt#lyvu#wytx#two#roommqtus#yn#cqn#Orqnsysso#qt#txqt# tymu#puryot4##

Q.  Jrout#somu#ov#txusu#posts#txqt#you#rusuyvut#vrom#txusu# vryunts#ov#yours2#txusu#puoplu#ton-t#33#qt#luqst#somu#ov#txum#

txqt-s#33#txuy#xqvu#not#ruun#propurly#ytuntyvyut4##dxuy#ton-t#
lyvu#yn#Lqlyvornyq2#to#txuyH##

A.    comu#ov#txum#mqy#not4##Kut#plunty#ov#txum#tuvynytuly#to4##

Q.    goult#you#ru#qrlu#to#tyvvuruntyqtu#out#txu#puoplu#txqt#lyvut#
yn#Lqlyvornyq#vursus#txu#onus#txqt#tytn-tH##St-s#zust#q#
zurystystyon#yssuu4##

    Wb4#bJ__J_YbdC##Yrzustyon4##buluvqnsu4##

    dRN#LYebdC##custqynut4##

    Wc4#gJXPC##Jnt#txu#ruqson#vor#txqt2#iour#RonorH##

    dRN#LYebdC##dxu#ruqson#vor#txqt#ys#txqt#yt-s#not#ruluvqnt#to#
txys#Lourt#qs#to#wxuru#txu#puoplu#wxo#tolt#Wr4#Lxrystovvur#
dxywusun#qrout#txusu#nuwqtyvu#posts#qrout#xym2#wxuru#txuy#lyvu4##
dxu#ruqson#wxy#txqt-s#ruluvqnt#ys#txu#uvvust#on#txu#lystunur2#
qnt#txqt#uvvust#wous#to#txu#sustqynut#vuqr#ry#Wr4#Lxrystovvur#
dxywusun4##St#ys#pqrt#ov#txu#untyru#totqlyty#ov#txu#
syrsumstqnsus#txqt-s#ruynw#prusuntut#qt#txys#tryql#wytx#ruspust#
to#txu#typus#ov#txynws#txqt#xu#uxpuryunsut#qvtur#ynturqstynw#
wytx#you#txqt#suumut2#vrom#xys#purspustyvu2#to#ru#tyut#to#you2#
wxuru#txusu#puoplu#wuru#ysn-t#ruluvqnt4##dxqt-s#txu#ruqson4##

    _luqsu#movu#on4##

    Ki#Wc4#gJXPC##

Q.    Ykqy4##co#yn#your#Wqrsx#:2#867B2#tuslqrqtyon2#you#33#you#tyt#
qssusu#mu#ov#xytynw#mysulv#qnt#txu#sxylt2#rut#you#nuvur#qskut#
qrout#wxuru#txu#sxylt#wqs#or#wxuru#S#wqs#qt#txqt#tymu2#sorrustH##

A.    Wy#qttornuy#qt#txqt#tymu2#Mqrrysk#Lxqsu#qskut#you#ovur#
u3mqyl2#yn#vqst2#wxuru#wu#soult#sontqst#you#yn#turms#ov#
losqtyon2#qnt#you#wuru#uvqsyvu4##co#S#vult#S#xqt#ruqson#to#mqku#
txqt#qssurt#33#qssurtqtyons4##

Q.   Myt#33#tyt#your#qttornuy#vorwqrt#qn#u3mqyl#vrom#mu#qttrussut# prutty#musx#to#you#on#Ourruqry#9rt2#867B2#qskynw#wxutxur#you# wqntut#qny#sustoty#qnt#yv#wu#soult#rqsysqlly#muut#qnt#sonvur# qrout#suttlynw#txys#out#ov#sourtH##Myt#you#rusuyvu#33#tyt#your# qttornuy#vorwqrt#txqt#u3mqylH##S#txynk#yt-s#yn#your#uvytunsu#qs# wull4##

    Wb4#bJ__J_YbdC##Yrzustyon2#yt#sqlls#vor#qttornuy3slyunt# sonvursqtyons4##

    Wc4#gJXPC##S-m#sorry4##dxuy#qru#lookynw#qt#somputur#stuvv# rywxt#txuru4##co#S#ton-t#know#33#

    Wb4#bJ__J_YbdC##Wr4#dxywusun#ys#not4##dxys#ys#sonnustut#to# Wr4#Krunnur4##dxys#xqs#notxynw#to#to#wytx#Wr4#dxywusun2#qnt#yt-s# my#y_qt4#

    dRN#LYebdC##Jnt#vor#txu#rusort2#txu#y_qt#ys#vqsynw# Wr4#bqppqport4##St-s#not#vqsynw#Wr4#dxywusun4##

    co#yn#turm#ov#lookynw#qt#tosumunts2#Wr4#bqppqport#sqn#look# qt#wxqtuvur#xu#nuuts#to#to#to#prupqru#vor#txu#sqsu#qt#xys#tusk4##

    Vut-s#33#lut-s#to#txys2#Wr4#dxywusun2#S-m#woynw#to#xqvu#you# swytsx#wytx#Wr4#Krunnur2#so#wu#ton-t#xqvu#txys2#you#know2# potuntyql#sonsurn#ry#Ws4#gqnw4##

    co#qs#pxrqsut2#Ws4#gqnw2#your#quustyon#tous#sqll#vor# qttornuy3slyunt#sommunysqtyon4##co#txu#orzustyon#ys#sustqynut4##

    Wc4#gJXPC##dxqt#33#txqt#ys#vylut#wytx#txu#sourt#qs#wull2#S# txynk2#yn#onu#ov#Wr4#dxywusun-s#tosumunts4##co#yus#txuru#soult# ru#slyunt3qttornuy#pryvyluwu#rut#yt-s#33#yt-s#vylut#wytx#txu# sourt4##Lqn#wu#qtmyt#txqt#qs#q#stypulqtyonH##

    dRN#LYebdC##S-m#pursonqlly#not#suru#wxqt#you-ru#ruvurrynw# to4##Wqyru#Wr4#bqppqport#knows4##Kut#S-m#poyntynw#out#to#you#

txqt#txu#wqy#you#qskut#txqt#quustyon#tousn-t#only#qsk#wxutxur#or#
not#Wr4#dxywusun#sqw#txys#u3mqyl4##St#qsks#wxutxur#or#not#xys#
qttornuy#wqvu#yt#to#xym4##dxosu#qru#two#tyvvurunt#txynws4##Ynu#
ynslutus#txu#qttornuy2#txu#otxur#onu#tousn-t4##

Wc4#gJXPC##Ykqy4##dxun#S-ll#zust#qsk#tyrustly4##Myt#xu#wut#
qn#u3mqyl#wxuru#S#qskut#to#muut#qnt#sonvur#qrout#sustoty4##

dRN#LYebdC##Ykqy4##gull2#qsk#Wr4#dxywusun2#Ws4#gqnw4##Po#
qxuqt#qnt#qsk#xym#tyrustly4##

Wc4#gJXPC##ius4

Ki#Wc4#gJXPC##

Q.    Myt#you#suu#qn#u3mqyl#wxuru#S#qskut#qrout#wxqt#you#wqntut#to#
to#on#yssuus#ov#sxylt#sustoty#qnt#vysytqtyon#qnt#yv#you#wuru#
woynw#to#vylu#vor#qnytxynwH##

A.    S#rumumrur#ruynw#vorwqrtut#u3mqyls#vrom#you#vrom#Mqrrysk#
Lxqsu4##_urxqps#txqt#wqs#somu#ov#txu#sontunt4##Kut#S#33#S#
rulyuvu#S#wqs#ruynw#totqlly#soopurqtyvu#wxylu#qt#txu#sqmu#tymu#
squtyous#wyvun#wxqt#S#xqvu#uxpuryunsut#to#tqtu#qt#txqt#tymu4##

Q.    Jnt#you#33#you#tyt#try#to#survu#txu#MfbY#upon#my#nuywxrors#
qnt#qs#wull#qs#you#tryut#to#survu#txu#MfbY#qt#my#vqtxur-s#
workplqsu2#sorrustH#

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

dRN#LYebdC##custqynut2#no#ruluvqnsu#to#txqt4##

dxu#lqst#quustyon#wqs#zust#ruluvqnt#only#on#txu#yssuu#ov#
srutyrylyty4##dxqt-s#wxy#S#qllowut#yt2#not#surstqntyvuly4##

_luqsu#sontynuu2#Ws4#gqnw4##

Wc4#gJXPC##gull2#S-m#zust#lookynw#qt#txu#lyst#ov#qll#txusu#
xqrqssynw#mussqwus#txqt#xu#xqs#rusuyvut4##dxuru#ys#zust#q#lot#ov#
puoplu#xuru4##S#33#S#ton-t#know#xow#33#to#S#qsk#Wr4#dxywusun#

qrout#txusu#puoplu2#or#qru#txuy#woynw#to#ru#qrount#to#tustyvyH##
dxqt-s#33#txqt-s#kynt#ov#txu#yssuu#xuru2#qnt#synsu#nonu#ov#txum#
xqvu#ruun#ytuntyvyut#on#txu#rusort2#txuy-ru#qnonymous#puoplu2#so#
txuru#qru#multyplu#lqyurs#ov#xuqrsqy4##Jnt#txqt#33#yv#txqt#ys#
txu#yssuu4##

    dRN#LYebdC##S-vu#qlruqty#qttrussut#txqt#sonsurn4##Ws4#gqnw2#
rywxt#now#you-ru#yn#txu#posytyon#ov#q#quustyonur2#not#qn#qrwuur##
or#somuonu#wxo#ys#q#wytnuss4##co#pluqsu#sontynuu#wytxyn#txu#rolu#
txqt#you#xqvu#rywxt#now#qskynw#quustyons4##

    Wc4#gJXPC##Loult#wu#tqku#q#quysk#rruqkH##

    dRN#LYebdC##dxqt-s#vynu4##gu#wyll#tqku#our#33#

    Wc4#gJXPC##S#nuut#to#usu#txu#rqtxroom4#

    dRN#LYebdC##gu-ll#tqku#our#7;3mynutu#rususs#qt#txys#tymu4##
dxqnk#you4##

    .Yvv#txu#rusort#qt#76C6@#q4m4/#

    .Yn#txu#rusort#qt#76C8;#q4m4/##

    dRN#LYebdC##gu#qru#rqsk#yn#sussyon#rqsk#on#txu#rusort4##

    Ws4#gqnw2#qru#you#styll#wytx#usH##Ykqy4##Ws4#gqnw#ys#rqsk4##

    Wc4#gJXPC##corry4##S#xqvu#to#low#ovv#qwqyn4##St-s#33#yt-s#q#
33#yt-s#q#rlqnk#ssruun4##iour#Ronor2#yusturtqy#you#33#you#mqtu#
qssount#ov#uvuryonu4##Loult#wu#wut#uvuryonu#txqt-s#yn#txu#
sourtroom#on#txu#rusortH##

    dRN#LYebdC##dxqt#ys#not#somutxynw#txqt#S-m#prupqrut#to#to#
rusqusu#txys#ys#qn#opun#prosuutynw4##co#txu#Lourt#tous#not#vynt#
yt#woult#ru#propur#to#xqvu#uvuryonu#ytuntyvy#txumsulvus#wxo#ys#
xuru4##

    Wy#quustyon#vor#you#ys#to#you#xqvu#qny#otxur#quustyons#vor#
Wr4#dxywusun2#Ws4#gqnwH##

Wc4#gJXPC##ius4##S#to4##

dRN#LYebdC##_luqsu#prosuut4#

Wc4#gJXPC##S-m#qskynw#33#yus4##Ss#xu#supqrqtut#vrom#xys#33#
so2#you#know2#Wr4#dxywusun#xqs#ruun#tustyvyynw#qt#txqt#lonw#
tqrlu#nuxt#to#xys#qttornuy#yusturtqy#qnt#totqy4##Sv#you#wqnt#to#
put#txqt#on#txu#rusort2#xu#wqsn-t#supqrqtut#yn#txu#wytnuss#rox4##
S#txynk#txqt-s#rywxt#nuxt#to#txu#putystql4##co#S#txynk#txqt-s#
qlruqty#on#txu#rusort4##ius4##S#tyt#wqnt#33#ys#33#ys#xu#ruqtyH##
S#tyt#xqvu#q#vuw#moru#quustyons4##

dRN#LYebdC##gu-vu#ruun#ruqty2#Ws4#gqnw4##Jnt#to#qttruss#wxqt#
you#zust#stqtut#txu#Lourt#xqs#tqkun#notysu#qnt#wqtsxut#txu#
untyru#prosuutynws2#qnt#txuru#xqs#ruun#notxynw#ympropur#txqt#xqs#
xqppunut#turynw#txusu#prosuutynws4##do#ynsuru#txqt#33#

Wc4#gJXPC##S#tytn-t#sqy#qnytxynw#ympropur4#

dRN#LYebdC##Jnt#33#qnt#synsu#you#suum#to#ru#lookynw#vor#
yssuus#to#sruqtu2#S#tyt#qsk#Wr4#dxywusun#to#wo#to#txu#unt#ov#txu#
tqrlu#wxysx#xu#ruqtyly#somplyut4##_luqsu#sontynuu4##

Wc4#gJXPC##ius2#S-m#sorry#you#vuul#txqt#wqy2#iour#Ronor4##S#
qm#not4##S-m#tryynw#to#to#txu#rust#S#possyrly#sqn#qs#q#pro#pur#
wxo#ys#up#qwqynst#vyvu#qttornuys#wytx#two#vulony#srymynql#sqsus#
ynvolvynw#txu#uxqst#sqmu#qlluwqtyons#qs#txys#sqsu4##Ykqy4##Vut-s#
prosuut4##

Ki#Wc4#gJXPC#

Q.    co#qrout#txu#qrortut#vutusus2#wqs#yt#zust#lyku#txu#pysturuH##
S#muqn2#wqs#txuru#qny#otxur#wrytynw#or#sontuxt#susx#qs#txys#ys#
wxqt#q#7A2#863wuuk#qrortut#vutus#looks#lykuH##S#muqn2#wqs#yt#
zust#lyku#somuroty#opunut#up#txuyr#u3mqyl#qnt#sqw#txu#qrortut#
vutus#or#wqs#txuru#lyku#q#3#q#sontuxt#ov#txys#ys#wxqt#qn#

qrortyon#ov#txys#stqturu#looks#lyku#qnt#xow#pqynvul#yt#looks# lykuH##

Wb4#bJ__J_YbdC##Ykqy4##Yrzustyon2#vqwuu#33#vqwuu#qnt# qmrywuous2#qssumus#vqsts#not#yn#uvytunsu4##

dRN#LYebdC##dxu#quustyon#33

Wc4#gJXPC##St#ys#yn#uvytunsu4##

dRN#LYebdC##dxu#orzustyon#ys#sustqynut4##St-s#vqwuu#qnt# qmrywuous2#prymqryly#qt#luqst#to#mu2#rusqusu#yt#sontqynut# multyplu#quustyons#yn#onu#wytxout#qnwurynw#to#ruvurunsu# spusyvysqlly#qs#to#wxqt#you-ru#tqkynw#qrout2#Ws4#gqnw4#.cys4/## co#yv#you#soult#provytu#txu#sontuxt#qnt#qsk#onu#quustyon#qt#q# tymu2#pluqsu4##

Ki#Wc4#gJXPC##

Q.   dxu#qrortut#vutus#pysturu2#wqs#txuru#qny#otxur#sontuxt#or# wrytynw2#lut-s#sqy2#rulow#txu#pysturuH##

Wb4#bJ__J_YbdC##Ykqy4##Jssumus#q#vqst#not#yn#uvytunsu#txqt# yt#wqs#qn#qrortut#vutus#qnt#not#q#sxylt#33#q#rqry4##

dRN#LYebdC##custqynut4

Ki#Wc4#gJXPC##

Q.   guru#txuru#qny#pysturus#ov#qvturryrtx#sxyltrun#txqt#you#sqw# txqt#you#qlluwu#txqt#S#postutH##

A.   S#rulyuvu#so4##

Q.   Loult#you#sxow#qnt#poynt#to#wxuruH##

Wb4#bJ__J_YbdC##Oor#txu#rusort2#txuru#qru#no#tosumunts# ruvoru#xym4##

Wc4#gJXPC##gull2#xu#sqyt#xu#rulyuvut#so4##S#muqn2# qpproxymqtuly#somutxynw4##S#know#wu#qru#toynw#txys#ry#tustymony2# rut#S#zust#wqnt#to#know#yv#txuru#qru#qny#qvturryrtx#pysturus#

you-ru#qwqru#ov2#yv#you#soult#wyvu#q#tqtu#33#somutxynw4##S#muqn2#
xu#xqs#txys#mqny#qttornuys#xuru4##dxuy#sqn#pull#up#somutxynw#
quyskly2#or#you#sqn#ruvurunsu#to#txu#sourt#toskut#ov#qnytxynw#
you#vylut4##

dRN#LYebdC##Ws4#gqnw2#txuru#qru#surtqyn#txynws#txqt#xqppun#
yn#tyrust2#qnt#txuru#qru#surtqyn#txynws#txqt#xqppun#yn#
sross3uxqmynqtyon4##co#S#vuul#lyku#S#unturstqnt#wxqt#yt#ys#
you-ru#sqyynw#txqt#Wr4#dxywusun#qnt#xys#qttornuys2#two#wxo#qru#
prusunt#qt#sounsul#tqrlu2#sqn2#S#wuuss2#suqrsx#vor#q#tosumunt#
txqt#you#mqy#ru#ruvurrynw#to4##St-s#q#lyttlu#ryt#qwkwqrt#wxun#
txu#putytyonur#ys#not#txu#onu#txqt-s#ruvurrynw#to#qnytxynw2#rut#
you#qru4##

co#yv#wu#soult#stysk#to#you#qskynw#quustyons2#qnt#wu#sqn#
tqku#yt#stup#ry#stup#txuru4##dxqt#woult#ru#sluqnur4##

Ki#Wc4#gJXPC##S-m#33#S-m#sxqrwut#wytx#ytuntyty#txuvt#yn#txu#
_uoplu#vursus#gqnw#sqsu#yn#cqn#Orqnsysso2#sorrustH##

A.    dxqt#ys#my#unturstqntynw2#yus4##

Q.    Jnt#txu#tqtu#qpproxymqtuly#wqs#Ourruqry#8?2#867BH##

A.    Jru#you#ruvurrynw#to#txu#tqtu#ov#txu#sxqrwuH##corry4##S-m#
not#uxqstly#sluqr4##

Q.    iuqx4##dxu#tqtu#ov#txu#qlluwut#33#yus2#txu#qlluwut#ynsytunt4##

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu#qs#to#wxqt#xys#33#wxqt#
xys#knowlutwu#ys#ov#txu#srymynql#sxqrwus4#

dRN#LYebdC##custqynut4##

gull2#qstuqlly2#Ws4#gqnw2#to#you#wqnt#to#uxplqyn#xow#txqt#
woult#ru#ruluvqntH##

Wc4#gJXPC##Yx2#yus4##S#33#S#muqn2#S#zust#wqntut#to#wut#on#
txu#rusort#txqt#33#rusqusu#S#txynk#ruvoru#txu#MfbY#xuqrynw#txu#

Lourt#ytsulv#pullut#up#txu#LVNdc2#rywxtH##co#txu#Lourt#ys#qwqru#
ov2#you#know2#wxuru#txu#;tx#Jmuntmunt#ymplysqtyons#soult#xqppun4##
S#kynt#ov#zust#wqnt#txu#Lourt#to#ru#qwqru#ov#wxqt#qruqs#txqt#
wqs4##co#txqt-s#33#txqt-s#my#sonsurn4##

dRN#LYebdC##dxqt-s#not#txu#propur#surzust#ov#sross3#
uxqmynqtyon4##S-ll#try#to#rumynt#you#qwqyn#txqt#
sross3uxqmynqtyon#ys#to#qsk#quustyons#qrout#Wr4#dxywusun#lyku#
you#xqvu#ruvoru4##co#yt-s#33#yt-s#not#to#try#to#mqku#q#stqtumunt#
to#txu#Lourt4##Sv#you#vuul#lyku#you#xqvu#q#stqtumunt#to#txu#
Lourt#to#mqku2#you-vu#tonu#txqt2#qnt#you#sqn#sontynuu#to#to#
txqt2#Ws4#gqnw4##Kut#yt#rusomus#q#quustyon#ov#ruluvqnsu#qs#to#
txys#wytnuss-s#tustymony4##Sv#you#stqrt#qskynw#xym#qrout#txu#
vylynw#tqtus#qnt#tyvvurunt#txynws#txqt#q#wovurnmunt#qwunsy2#q#
prosusutyon#qwunsy#ys#33#ys#33#ys#toynw4##iou#know2#S-m#syttynw#
xuru#wytx#txu#sqmu#quustyon#mysulv2#wxqt#tous#txqt#xqvu#to#to#
wytx#our#MfbY#sqsu2#pqrtysulqrly#qt#txys#zunsturu#ov#txu#MfbY#
sqsu#wxun#yt-s#Wr4#dxywusun#txqt-s#tustyvyynw#qs#opposut#to#you2#
vor#uxqmplu4##Wqyru#txqt#woult#mqku#moru#sunsu#qt#txqt#poynt#yn#
tymu4##

Po#qxuqt2#Wq-qm4##

Ki#Wc4#gJXPC##

Q.    Kut#xu#tous#33#xu#tous#33#you#woult#qtmyt#txqt#txys#MfbY2#yt#
sontqyns#txu#sqmu#qlluwqtyons#qs#txu#surrunt#srymynql#prosuutynw#
txqt-s#woynw#onH##Lqn#you#qnswur#txqt2#sorrustH
A.    Wqy#S2#or#noH##

dRN#LYebdC##S#xqvun-t#ynstrustut#you#uytxur#wqy2##########
Wr4#dxywusun4##

dRN#gSdXNccC##co#my#unturstqntynw#ys#txqt#txuru#ys#qn#

ovurlqp#ov#syrsumstqnsus#on#wxysx#txuru#33#txu#syrsumstqnsus#

ynvolvut#upon#wxysx#txu#srymynql#sxqrwus#qru#ruynw#mqtu#txqt#qru#

qlso#yn#txys#sqsu4##

　　　Ki#Wc4#gJXPC

Q.　　Jnt#somu#ov#txusu#qlyqsus#txqt#you#survut#surpounqs#on2#

lut-s#sqy#dxomqs#Ourrqro2#txuy#turn#out#to#ru#otxur#puoplu2#

sorrustH##

　　　Wb4#bJ__J_YbdC##Yrzustyon#qs#to#wxqt#xys#sounsul#xqs#tonu4##

　　　Wc4#gJXPC##gull2#lut#mu#rupxrqsu#txqt#txun4##

　　　dRN#LYebdC##_luqsu4##

　　　Ki#Wc4#gJXPC##

Q.　　dxuru#wuru#prorqrly#qlluwqtyon444#

　　　Wb4#bJ__J_YbdC##Vut#txu#rusort#ruvlust#txqt#Ws4#gqnw#xqs#

mutut#xursulv4##St#looks#lyku#xur#lyps#qru#movynw#qs#yv#sxu#ys#

spuqkynw#to#q#txyrt#pqrty4##

　　　Wc4#gJXPC##S-m#not#spuqkynw4##S#33#S#wqs#ruqlly#sonvusut#

qrout#yv#txu#Lourt#wqs#spuqkynw4##S#tytn-t#wqnt#to#ynturrupt4##

gqs#txu#Lourt#woynw#to#sqy#somutxynwH##

　　　dRN#LYebdC##Xo2#Ws4#gqnw4##dxqnk#you#vor#wqytynw4##S#33#S#

soultn-t#tull#you#wuru#nusussqryly#spuqkynw4##S#txouwxt#you#wuru#

qstuqlly#wqytynw2#rut#no4##S#33#yv#S#sqyt#somutxynw2#yt#wqs#q#

tulqy#rutwuun#txqt#qnt#you#qskynw#your#nuxt#quustyon4##

　　　Po#qxuqt4#

　　　Ki#Wc4#gJXPC##

Q.　　dxu#quustyon#wqs2#txuru#wuru#qlluwutly#Oqsurook#mussqwus2#

qnt#somu#ov#txusu#surpounqs#survut2#txuy#lynkut#to#otxur#puoplu#

lyku#dxomqs#Ourrqro#or#otxur#puoplu#qnt#ytuntyvy#not#Ws4#gqnwD#

ys#txqt#sorrustH##Mo#you#xqvu#qn#unturstqntynw#ov#txqtH##

Wb4#bJ__J_YbdC##dxqt#sqlls#vor#qttornuy3slyunt#
sonvursqtyons4#

dRN#LYebdC##Ykqy4##S-m#woynw#to#sustqyn#txu#orzustyon4##

S-ll#qlso#poynt#out#S#xqvu#no#ytuq#wxqt#you-ru#tqlkynw#
qrout2#Ws4#gqnw4##co#qs#q#vqst#vyntur2#yv#S#ton-t#know#wxqt#
you-ru#tqlkynw#qrout2#txun#yt#ys#q#prutty#woot#yntysqtyon#txqt#
yt-s#not#ruluvqnt2#qt#luqst#not#yut4##co#yv#you#suuk#to#
yntrotusu#somutxynw#to2#you#know2#tyssrutyt#putytyonur-s#vursyon#
ov#wxqt#xqppunut#or#to2#you#know2#rurut#uvytunsu#txqt#xqs#ruun#
put#vortx#so#vqr2#you-ru#untytlut#to#to#txqt4##Kut#33#rut#you#
xqvu#to#to#yt#yn#q#wqy#txqt#S#unturstqnt#wxqt#yt#ys#txqt#you-ru#
toynw4##Sv#33#yv#not2#S#ton-t#know#wxo#txys#txyrt#pqrty#ys#txqt#
you-ru#muntyonynw4##S#ton-t#know#qrout#otxur#surpounqs2#qnt#S#
vrqnkly#ton-t#know#wxqt#yt#wous#to#yn#txys#sqsu4##dxqnk#you4##

Wc4#gJXPC##Ykqy4##iuqx4##gu#sqn#sqvu#txqt#vor#mqyru#lqtur#
sross4##iuqx2#S-m#tonu#vor#now4##

dRN#LYebdC##Jny#rutyrust2#Wr4#bqppqportH##

Wb4#bJ__J_YbdC##fury#lymytut2#iour#Ronor4##

bN3MSbNLd#NhJWSXJdSYX

Ki#Wb4#bJ__J_YbdC##

Q.   Wr4#dxywusun2#Ws4#gqnw#muntyonut#somutxynw#qrout#q#pqssport4##
Rqvu#you#xqt#qn#opportunyty#to#suu#Ws4#gqnw-s#pqssport#txqt#ys#
uxxyryt#numrur444##

Wc4#TYRXcdYXNC##_d37@74#

Wb4#bJ__J_YbdC##Jnt#volumuH##

Wc4#TYRXcdYXNC##Jnt#33#

dRN#LYebdC##esu#your#mysropxonu#wxun#you#tussryru#txqt2#
pluqsu4##

Wc4#TYRXcdYXNC##_d37@72#qnt#yt-s#yn#txys#ryntur#txqt#ys# tqtut#Ystorur#79tx2#86884##

Wb4#bJ__J_YbdC##Jnt#wqs#q#mqttur#ov#ruquust#vor#zutysyql# notysu2#rut#wu#xqt#wottun#33#txuru#wqs#q#ruquust#vor#zutysyql# notysu#txqt#wu#xqt#nuvur#wottun#to#yut4##

Wc4#gJXPC##S-m#woynw#to#orzust#to#txqt4##

dRN#LYebdC##S#33#S-m#not#vollowynw#xow#txys#ys#rutyrust4##

Wb4#bJ__J_YbdC##cxu#33#sxu#xqt#tqlkut#qrout#pqssports#xuru2# qnt#yt#wous#to#Wr4#dxywusun-s#sustqynut#vuqr#ov#sxylt#qrtustyon4##

gu#wyll#ru#qskynw#vor#q#vyntynw#txqt#sxu#sonstytutus#qn# qrtustyon#rysk#musx#lyku#Tutwu#Mqrwyn#orturut#orywynqlly4##gu# qru#qskynw#txqt#txys#33#qnt#Wr4#dxywusun#xqt#txu#opportunyty#to# vyuw#txu#pqssport4##S#33#S#txynk#sxu#wqs#qttrussynw#pqssports2# qnt#xu#xqt#lookut#qt#yt4##Jnt#qs#qn#ovvur#ov#proov2# qpproxymqtuly#q#montx#qvtur#33#

dRN#LYebdC##S-m#sorry4##S-m#woynw#to#stop#you#txuru4##

Wb4#bJ__J_YbdC##Ykqy4##

dRN#LYebdC##dxqt-s#33#txqt-s#not#wxqt#S#xuqrt4##S#xuqrt# Ws4#gqnw#qsk#qrout#Wr4#dxywusun#qpplyynw#vor#q#pqssport#vor#txu# sxylt4##dxqt#tousn-t#mqku#qll#yssuus#ov#txu#pqssport#qs#vqyr# wqmu#qt#txys#xuqrynw4##co#txqt-s#wxy#S#ton-t#sonsytur#your#lynu# ov#quustyonynw#propur#rutyrust4##

Wb4#bJ__J_YbdC##enturstoot2#iour#Ronor4##

dRN#LYebdC##Ykqy4##_luqsu#movu#onto#your#nuxt#quustyon2# Wr4#bqppqport4##

gqs#txqt#pqrt#ov#your#orzustyon2#Ws4#gqnwH##

Wc4#gJXPC##iuqx2#zust#ruluvqnsy#rusqusu#you#sustqynut#txqt# lynu#ov#quustyonynw4##dxqnk#you4##

dRN#LYebdC##fury#wull4##

Wb4#bJ__J_YbdC##Ynu#susont4##

dRN#LYebdC##Wr4#bqppqport2#S#zust#wqnt#to#mqku#suru#wu#qru#on#txu#sqmu#pqwu4##S-m#wqytynw#on#you#to#tusytu#wxutxur#or#not#you-ru#tonu#wytx#tyrust4#

Wb4#bJ__J_YbdC##S#qm#on#txu#sqmu#pqwu#qs#txu#Lourt4#

dRN#LYebdC##Ykqy4#

Wb4#bJ__J_YbdC##S-m#zust#ruvyuwynw#txu#notus#vrom#yusturtqy#to#mqku#suru#33#

dRN#LYebdC##dxqt-s#vynu4#

Wb4#bJ__J_YbdC##dxqnk#you#vury#musx4##

Wc4#gJXPC##gxylu#wu#qru#qt#yt2#S#zust#xqt#q#quustyon#qrout#rruqks4##S-m#wonturynw#yv#33#you#know2#you#qskut#mu#to#vylu#somutxynw#yn#ruruttql#to#txu#protustut#pqrtyus#yssuu#ry#lunsx4##Js#you-ru#qwqru2#iour#Ronor2#S#qlso#xqvu#q#srymynql#sourt#xuqrynw#totqy4##S#xqvun-t#xuqrt#rqsk#yv#Vylqx#golv2#my#_urlys#Muvuntur2#wyll#ru#tuxtynw#mu#qrout#txqt2#rut#txqt-s#qt#7C964##S#zust#wqntut#txu#Lourt#to#ru#qwqru2#qnt#S#ton-t#know#xow#you#qru#qrout#lunsxus2#rut#yv#you#sqn#tqku#ynto#qssount#txqt#yv#S#soult#ru#provytut#wytx#qtuquqtu#tymu#rusqusu#qs#q#pro#pur#S#xqvu#to#rusuqrsx#txu#lqw#qnt#look#txynws#up#to#rurut4##Row#mqny#protustut#pqrty#33#S#txynk#txqt-s#syx#33#syx#33#syx#qttytyonql#puopluH##co#yt#33#yt#zust#mqy#tqku#q#lyttlu#ryt#vor#mu#to#wrytu#yt#rusqusu2#qwqyn2#S#xuqrt#txqt#S#txouwxt#txys#wqs#tuu#Orytqy2#txys#rryuvynw2#not#totqy4##

dRN#LYebdC##dxqnk#you2#Ws4#gqnw4##co#S#xqvu#vurtxur#sonsyturut#wxqt#S#sqyt#qrout#txu#tuqtlynus#qrout#txys2#qnt#S-m#rusonsyturynw#txqt#yssuu#qnt#mqkynw#txu#vollowynw#tusysyon#qrout#

tymulynusC##S-m#33#S-m#not#woynw#to#provytu#qttytyonql#tymu4##

dxu#tymu#txqt#S#provytut2#S#rulyuvu2#wqs#tymu#srunsxut#lyku#mqny#

otxur#tryqls#qru2#rut#txqt-s#txu#tymu#S#provytut#txqt#txu#33#qny#

sommunts#ru#tuu#totqy4##Sv#txys#wuru#your#motyon2#S#woult#ru#

moru#ynslynut2#Ws4#gqnw2#to#provytu#you#tymu4##S#know#you-ru#

prussut#vor#tymu#totqy4##Kut#txqt-s#not#xow#txys#sqmu#up4##dxys#

sqsu#xqs#uxystut#wytx#otxur#protustut#pqrtyus#txqt#qru#

Wr4#Lxrystovvur#dxywusun-s#vqmyly#mumrurs#wxo#tyt#not#lyvu#yn#

xys#xousuxolt#vor#yuqrs4##St#ys#S#wxo#rrouwxt#txu#yssuu#up#suy#

spontu4##Jnt#rusqusu#ov#txqt2#S-m#woynw#to#qttruss#yt#mysulv4##

Sv#you#xqppun#to#wut#somutxynw#ynto#txu#Lourt2#you#wqnt#txu#

Lourt#to#sonsytur#ruvoru#S#mqku#q#tusysyon2#txun#S-ll#tqku#txqt#

ynto#sonsyturqtyon4##Kut#S-m#not#woynw#to#xolt#ovv#on#my#

qnqlysys#ov#txqt#yssuu#to#qwqyt#vurtxur#rryuvynw#ry#q#pqrty#wxo#

tyt#not#rrynw#up#txu#orzustyon#txum#sulv4##co#txqt#sonslutus#

txqt#yssuu4##

    Wr4#bqppqport2#to#you#xqvu#qny#otxur#quustyons#on#rutyrust#

vor#Lxrystovvur#dxywusunH##

    Wb4#bJ__J_YbdC##gu#xqvu#no#otxur#quustyons#vor#Wr4#dxywusun4##

S#woult#lyku#to#zust#stqtu#vor#txu#rusort#qs#yt#rulqtus#to#txu#

yssuu#ov#zurystystyon#on#qnotxur#33#qs#to#wxutxur#otxur#vqmyly#

mumrurs#sqn#ru#ynslutut2#ys#txqt#txu#Lourt#spusyvysqlly#tolt#us#

to#xqvu#q#rryuv#txys#mornynw2#txqt#Ws4#gqnw#xqs#vylut#two#

orzustyons2#onu#ov#wxysx#wqs#q#surstqntyql#lunwtx4##Jnt#so#sxu#

sluqrly#xqs#xqt#tymu#to#vylu#luwql#tosumunts4##cxu#zust#sxosu#

not#to#vylu#txys#luwql#tosumunt#on#txu#yssuu#txqt#txu#Lourt#

qskut#ru#qttrussut4##Jnt#so#sonsuquuntly#wxqt#sxu#xqs#tonu#ys#

sxu#now#xqs#our#rryuv#wxysx#wyvus#xur#q#lytywqtyon#qtvqntqwu4##S#

ruqlyzu#txu#Lourt#ys#woynw#to#look#qt#txys#yssuu#on#yt-s#own2#

rut#S#woult#zust#lyku#to#poynt#out#txu#vqst#txqt#txys#ys#xow#yt#

xqppuns#yn#txys#sqsu#ys#txqt#uvury#tymu#sxu#xqs#txu#opportunyty#

to#wut#qwqy#or#to#somuxow#skyrt#txu#Lourt-s#orturs#sxu#tous#so4##

Jny#typu#ov#qtvqntqwu#txqt#sxu#sqn#wut#ry#ywnorynw2#prutuntynw#

sxu#tousn-t#know2#ut#suturq2#sxu#xqs#vlqunt#33#vlqunt#33#sxu#xqs#

ywnorut#txu#Lourt-s#orturs4##S#ruqlyzu#yt-s#not#qn#yssuu#ov#

ymportqnsu#xuru#rusqusu#txu#Lourt#ys#woynw#to#sontust#txu#

rusuqrsx#on#yt-s#own2#rut#S#zust#wqntut#to#mqku#txqt#rusort4##

S-m#sorry4##S-m#losynw#my#voysu4##

    Wc4#gJXPC##S#33#S#orzust#to#txqt#rusqusu#S#33#S#tyt#vylu#qn#

orzustyon#motyvysqtyon4##Kut#S#wqs#woynw#to#qsk#vor#txu#

protustut#pqrtyus#to#ru#rumovut#qvtur#sross3uxqmynqtyon4##dxqt#

ys#xow#S#33#S#soult#try#to#look#vor#txqt#pruvyous#tosumunt4##S#

tyt#vylu#txqt#orzustyon#vqr#ruvoru4##S#xqt#no#ytuq#txu#Lourt#wqs#

qstuqlly#sonsyturynw#yt#untyl#wu#prosuutut#txys#wqy2#qnt#S#soult#

xqvu#mqyru#uvun2#you#know2#yv#txu#Lourt#uxprussus#sonsurns#vury#

uqrly#on2#mqyru#uvun#q#stypulqtyon#soult#xqvu#ruun#ruqsxut4##Kut#

S#tyt#lotwu#qn#orzustyon#qs#onu#ov#33#yt-s#ruun#onu#ov#my#

ruquusts#vor#orturs4##S#soult#vynt#yt#turynw#lunsx2#rut#no4##S#

tyt#not#xuqr#wxun#you#sqyt#rryuvynw#wqs#tuu4##S#xuqrt#rryuvynw#

on#somutxynw4##S#33#yv#you#sqn#poynt#to#wxun#txu#Lourt#orturut#

yt#vor#totqy2#txqt#woult#ru#wruqt4##Kut#S-m#posytyvu#S#xqvu#

lotwut#qn#orzustyon4##S#sqn#vynt#yt4##S-ll#vynt#txqt#qt#lunsx2#

qnt#S-ll#mqku#q#rusort#txqt#33#rut#S#xqvu#pruvyously#rrouwxt#

txqt#orzustyon4##S-m#not#vyolqtynw#wxqtuvur#qny#Lourt#orturs#qs#

Wr4#dxywusun-s#sounsul#xqs#qssusut4##

    dRN#LYebdC##Ykqy4##co#my#sommunts#txqt#S#zust#mqtu#on#txys#

yssuu#rumqyn#unsxqnwut#vollowynw#Wr4#bqppqport#qnt#Ws4#gqnw-s#
vollowup#sommunts#qnt#qrwumunts4##dxqnk#you4##

    Ykqy4##S#qm#woynw#to2#wytxout#sqnsullynw#txu#rywxt#ov#
Wr4#dxywusun#or#txu#dxywusun#vqmyly#to#protusu#qny#qttytyonql#
uvytunsu2#qvvyrmqtyvuly2#S-m#woynw#to#turn#to#txu#tuvunsu#sytu4##
Mo#you#xqvu#qny#wytnussus#you#woult#lyku#to#sqll2#Ws4#gqnw2#or#
qny#uvytunsu#you#wqnt#txu#Lourt#to#sonsyturH##

    Wc4#gJXPC##S-m#sorry4##Loult#you#rupuqt#wxqt#you#zust#sqytH##

    dRN#LYebdC##S#sqyt#txqt#wytxout#rqrrynw#33#qt#txys#tymu#
rqrrynw#Wr4#dxywusun#or#txu#putytyonur-s#sytu#vrom#protusynw#
vurtxur#uvytunsu2#S-m#woynw#to#turn#to#your#sytu#ov#txu#sqsu#vor#
txu#prusuntqtyon#ov#qny#qvvyrmqtyvu#uvytunsu#yv#you#sxoosu#to#to#
so4##Mo#you#sxoosu#to#qtvqnsu#qny#uvytunsu#on#your#sqsu#yn#
tuvunsuH##

    Wc4#gJXPC##gull2#S#33#S#33#you#know2#txu#txynw#ys#S#txouwxt#
totqy#wqs#woynw#to#ru#tustymony#ov#txuyr#uxpurts4##Js#vqr#qs#mu#
prusuntynw#txynws2#S#33#S#styll#xqvu#to#sonsytur#;tx#Jmuntmunt2#
qll#ov#txosu#typus#ov#txynws4##iou#know#wxqt2#lut#mu#tuvur#to#
Wr4#bqppqport#xow#xu#plqns#to#orwqnyzu#33#wxqt#txu#roqtmqp#xu#ys#
txynkynw#ov2#xow#xu#ys#woynw#to#prusunt#xys#sqsu#rusqusu#S-m#33#
S-m#styll#ruqlly#sonvusut#qrout#lyku#txu#syrlynws#yssuu#or#wxqt#
txu#tusysyon#ys#qnt#33#qrout#txqt4##

    dRN#LYebdC##dxqnk#you4##S#surtqynly#ton-t#wqnt#you#to#ru#
sonvusut#on#txqt#yssuu4##dxu#Lourt#ys#sqtysvyut#wytx#txu#
rryuvynw#qnt#qutxorytyus#txqt#xqvu#ruun#prusuntut#on#q#ruquust#
vor#txu#otxur#vqmyly#mumrurs2#qnt#txuy#wyll#ru#sonsyturut#vor#
txu#purposu#ov#wxutxur#txys#Lourt#sxoult#ynslutu#txum#qs#
qttytyonql#protustut#pqrtyus4##co#wytx#txqt2#S-ll#poynt#out#yt-s#

qstuqlly#not#up#to#Wr4#bqppqport4##dxys#Lourt#xqs#txu#tyssrutyon# to#sontrol#txu#prosuutynws#wytx#ruspust#to#txu#ortur#ov#txu# prusuntqtyon#ov#uvytunsu4##dxys#Lourt#xqs#wytu#tyssrutyon#to#to# txqt2#pqrtysulqrly#wxun#txuru#ys#no#zury#txqt#mywxt#ru#tqyntut# or#qvvustut#ry#txu#Lourt#ruynw#qrlu#to#to#txqt4##

co#qs#txu#vqst#vyntur#qnt#Tutwu#yn#txu#sqsu2#my#tusysyon#ys# txqt#S-m#turnynw#to#txu#tuvunsu#sytu#ov#txu#sqsu#rywxt#now4## dxys#ys#your#opportunyty4##Mo#you#wysx#to#protusu#qny#uvytunsuH## dxqt#muqns#tustyvy2#prusunt#qny#wytnussus2#or#prusunt#qny# tqnwyrlu#uvytunsu#yn#support#ov#your#prusumut#ruquust#txqt#txu# Lourt#tuny#txu#ruquusts#vor#tomustys#vyolunsu#rustrqynynw# orturs2#Ws4#gqnw4##

Wc4#gJXPC##iuqx2#suu#33#suu2#txqt-s#txu#txynw4##dxu#usu#ov# txu#protustut#pqrtyus4##S#wqntut#to#xqvu#txum#sross3uxqmynut# rusqusu#yv#txuy#qru#woynw#to#ru#qttut2#S#sxoult#xqvu#txu# opportunyty#to#sross3uxqmynu#txum#qs#33#S#muqn2#qs#vqr#qs# Wr4#dxywusun2#S#muqn2#txuru#33#txuru#ys#q#srymynql#sqsu4##co#S# ton-t#know#wxqt#ulsu#to#sqy4##S#txynk#wu#soult#sqvu#txu#Lourt# qnt#uvuryonu#ulsu#q#lot#ov#tymu#yv#33#yv#S#sqn#wut#q#sluqr# qnswur#qrout#33#so#you-ru#qstynw#33#qttynw#txu#protustut#pqrtyus# on#wytxout#qllowynw#mu#to#sross3uxqmynu#txumD#ys#txqt#sorrustH##

dRN#LYebdC##dxqt#ys#not#sorrust2#Wq-qm4##Wy#tusysyon#ys#txqt# S#qm#sqtysvyut#txqt#my#ynytyql#sonsurn#txqt#txu#Lourt#mqy#not# xqvu#txu#propur#zurystystyon#to#xqvu#txum#ru#protustut#pqrtyus# yn#txys#xuqrynw#vor#txu#purposu#ov#txu#Lourt#sonsyturynw#wxutxur# or#not#txuy#sxoult#ru#wrqntut#q#tomustys#vyolunsu#rustrqynynw# ortur#xqs#ruun#sqtysvyut4##S#no#lonwur#xqvu#txqt#sonsurn4##co#wu# wo#rqsk#to#txu#posytyon#txqt#wu#wuru#yn#qt#BC66#q4m4#yusturtqy#

wxun#no#onu#xqt#rqysut#txqt#sonsurn4##co#txuy#qru#protustut#
pqrtyus#wxo#qru#suukynw2#rqsut#on#qlluwqtyons2#to#ru#protustut4##
co#txqt-s#wxuru#wu#qru4##

iou#muntyonut#sross3uxqmynqtyon4##iou#xqvu#txu#rywxt#to#sqll#
wytnussus2#Ws4#gqnw4##co#S#qm#tullynw#you#txqt#you#xqvu#txu#
rywxt#to#sqll#wytnussus4##gu#qru#on#txu#tuvunsu#sytu#ov#txu#sqsu#
now2#txu#ruspontunt-s#sytu4##Row#woult#you#lyku#to#prosuutH##

Wc4#gJXPC##Lqn#S#sqll#33#sqn#S#sqll2#lut-s#sqy2#Jllqn#
dxywusun4#

dRN#LYebdC##ius4##iou#sqn4##Wr4#dxywusun#33#ox2#xu#ys#not#
xuru#rywxt#now4##

Wb4#bJ__J_YbdC##Ru#stqrtut#q#nuw#zor#txys#wuuk2#iour#Ronor4#

dRN#LYebdC##Ykqy4##dxqnk#you4##

Jnyonu#ulsu#you#woult#lyku#to#sqll#ruvoru#wu#turn#to#Wr4#33#

Wc4#gJXPC##durry#dxywusunH##ius4##

dRN#LYebdC##Ykqy4#

Wc4#gJXPC##Loult#S#sqll#durry#dxywusunH##

Wb4#bJ__J_YbdC##Wqy#wu#xqvu#qn#ovvur#ov#proov2#iour#RonorH##

dRN#LYebdC##Jn#ovvur#ov#proov#qs#toH##

Wb4#bJ__J_YbdC##Js#to#wxy#Ws4#dxywusun#ys#q#nusussqry#
wytnussH##

dRN#LYebdC##S#ton-t#txynk#qn#ovvur#ov#proov#ys#nusussqry4##
Js#unsomvortqrlu#qs#txys#mqy#ru2#txuru#xqs#ruun#tustymony#yn#
txys#sqsu#qlruqty#txqt#Ws4#durry#dxywusun#qnt#txu#rust#ov#xur#
ssxool#roqrt#rusuyvut#u3mqyls#txqt#qru#qttryrutut#to#Ws4#Uqylyn#
gqnw4##co#txu#ssopu#ov#quustyonynw#ys#propur#vrom#txys#Lourt-s#
poynt#ov#vyuw4##

Wb4#bJ__J_YbdC##enturstoot4##Ws4#dxywusun2#woult#you#pluqsu#

stup#vorwqrt2#qnt#wu-ll#xqvu#xur#swytsx#suqts#wytx#

Wr4#Lxrystovvur#dxywusun4##

dRN#LYebdC##dxqt-s#vynu4##

Sv#you#soult#rumqyn#stqntynw#qnt#ru#sworn#yn2#pluqsu2#Wq-qmH##

#                         ##dNbNcJ#dRiPNcNX2#

xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt#

tustyvyut#qs#vollowsC##                                    #

dRN#LVNbUC##_luqsu#stqtu#your#nqmu#vor#txu#rusortH##_luqsu#

spuqk#ynto#txu#mysropxonuH##

dRN#gSdXNccC##ius4##Wy#nqmu#ys#durusq#dxywusun2#d3N3b3N3c3J2#

lqst#nqmu#dxywusun2#d3R3i3P3N3c3N3X4##S#wo#ry#txu#nysknqmu#ov#

durry2#d3N3b3b3i4##

dRN#LYebdC##dxqnk#you2#Ws4#dxywusun4##Ws4#dxywusun2#yv#you#

nuut#q#rruqk#qt#qny#tymu2#pluqsu#lut#mu#know4##S#sqn#tull#ry#

your#pxysysql#ruqstyons#yusturtqy#txqt#txys#ys#vury#tyvvysult#

vor#you4##

dRN#gSdXNccC##ius2#yt#ys4##S#sqn#33#S#sqn#to#txys4#

dRN#LYebdC##Ykqy4##Tust#lut#mu#know#yv#txuru#ys#qny#

qssommotqtyon#you#nuut#vrom#mu4##

dRN#gSdXNccC##dxqnk#you4#

dRN#LYebdC##Ws4#gqnw2#zust#lyku#your#quustyonynw#ov#Wr4#33#

#LbYcc3NhJWSXJdSYX

Ki#Wc4#gJXPC##

Q.   Yx2#xy2#Wrs4#dxywusun4##co#you#33#you#33#you#mqtu#q#B77#sqll#

qwqynst#mysulv#on#Wqrsx#?2#867B4##Mo#you#rumumrur#txqtH##

dRN#LYebdC##S-m#sorry4##Loult#you#rupuqtH##S#tyt#not#

unturstqnt#wxqt#you#qskut2#Ws4#gqnw4##_luqsu#rupuqt4#

Wc4#gJXPC##Yx2#yus4##ius4##ius4##

Ki#Wc4#gJXPC##

Q.   iou#mqtu#q#polysu#ruport#qwqynst#mu#on#Wqrsx#?tx2#867B2# sorrustH##

A.   S#33#S-m#not#suru#wxqt#you-ru#ruvurrynw#to4##

Q.   dxu#Wqrsx#?tx2#867B2#B77#sqll2#you#33#you#mqtu#to#etqx#qrout# muH##

Wb4#bJ___J_YbdC##dxqt-s#33#ys#txuru#q#quustyonH##

dRN#LYebdC##dusxnysqlly#yt#wqs#not#q#33#

Ki#Wc4#gJXPC##

Q.   ius#or#no#txqt#you#mqtu#q#polysu#ruport#on#Wqrsx#?txH##

A.   dxuru#33#txuru#wqs#q#lot#ov#qstyvyty4##gxqt#33#S-m#prupqrut# to#qnswur#quustyons#qrout#qny#ov#txqt2#rut#S#33#S#33#S#muqn2#S# tytn-t#wo#mqku#q#polysu#ruport4##co#rut#S-m#not#suru#wxqt#txu# quustyon#ys4##

Q.   Yx2#lut-s#try#txys#wqy4##

dRN#LYebdC##Ws4#gqnw2#S#sqn#xuqr#txqt#txuru#ys#somutxynw# ulsu#txqt#you-ru#33#to#you#xqvu#somutxynw#plqyynwH##

Wc4#gJXPC##ius4##ius4##ius2#S#to4##S#33#S#xqvu#qn#qutyo#txqt# S#ortqynut#vrom#Wr4#dxywusun-s#sytu#txqt#S#rulyuvu#ys#Ws4#33# Wrs4#durry#dxywusun4##S#zust#wqntut#xur#to#ytuntyvy#yv#txys#ys# xur#voysu4##

dRN#LYebdC##Ykqy4##S#wqntut#somu#slqryvysqtyon#qs#to#wxqt#yt# ys#txqt#you#qru#toynw4##S#wqsn-t#suru#wxqt#yt#ys#txqt#you#wuru# toynw2#rut#S#sqn#xuqr#txqt#somutxynw#ulsu#wqs#plqyynw4##co#now# you-vu#qnswurut#my#quustyon4##dxqnk#you2#Ws4#gqnw4##

Wc4#gJXPC##Ykqy4##

dRN#LYebdC##co#yt#ys#my#unturstqntynw#txqt#rywxt#now#you# wqnt#to#plqy#q#sqll#ynto#B77H##

Wc4#gJXPC##ius4##

dRN#LYebdC##Ykqy4##Jnt#txu#purposu#ov#you#plqyynw#txqt#ys#to#

qsk#Ws4#durry#dxywusun#yv#txu#voysu#txqt#sxu#xuqrs#ys#xur-sH##

Wc4#gJXPC##ius4##

dRN#LYebdC##Ykqy4##dxu#Lourt#wyll#qllow#you#to#plqy#txqt4##

dxu#sourt#ruportur#wyll#not#ru#ruquyrut#to#try#to#wrytu#town#

wxqt#ys#qstuqlly#ruynw#sqyt#yn#txu#qutyo#vylu#txqt#you#qru#

plqyynw#synsu#wu#qru#stqrtynw#ovv#33#

Wc4#gJXPC##ius4#

dRN#LYebdC##33#wytx#q#symplu#quustyon#ov#Ws4#durry#dxywuson#

ruynw#qrlu#to#ytuntyvy#xur#voysu2#yus#or#no4##_luqsu#wo#qxuqt#

qnt#plqy4#

Wc4#gJXPC##iuqx4##S#to#xqvu#q#trqnssrypt#ov#33#ov#txu#sqll2#

yv#S#sqn#mqku#qn#ovvur#ov#proov#to#33#to#txu#Lourt4##S#xqvu#q#

surtyvyut#trqnssrypt#ov#txu#Wqrsx#?tx2#867B2#B77#sqll4##dxu#

purposu#ys#to#33#

dRN#LYebdC##gu#33#wu#qru#not#txuru#yut2#Ws4#gqnw4#

Wc4#gJXPC##dxu#qlluwqtyons4##

dRN#LYebdC##dxqnk#you#vor#mutynw#yoursulv#so#txqt#wu#ton-t#

xqvu#txu#usxo4##co#wu#qru#not#txuru#yut2#Ws4#gqnw4##co#wu#qru#

woynw#to#wo#stup#ry#stup4##Mo#wxqt#you#sqyt#you#wqntut#to#to#

vyrst4##

_luqsu#plqy#txu#qutyo2#qnt#txun#wu#wyll#wo#rqsk#on#txu#

rusort2#qnt#you#sqn#qsk#Ws4#durry#dxywusun#quustyons#qrout#yt4##

dxqnk#you4##

Wc4#gJXPC##Ykqy4##co#lut-s#wo#rqsk4##

.gxuruupon2#qn#qutyo#vylu#wqs#plqyut4/#

Wb4#bJ__J_YbdC##S#txynk#sxu#sqn#qnswur#txu#quustyon4##

.gxuruupon2#qn#qutyo#vylu#wqs#plqyut4/#

dRN#LYebdC##Ykqy4##ctop4##_luqsu#stop#txu#qutyo4##

Wb4#bJ__J_YbdC##Jnt#qt#txys#poynt2#iour#Ronor2#yv#txu# quustyon#ys2#yv#txqt-s#Ws4#dxywusun-s#voysu2#txun#wu#sqn#qnswur# yt4##Sv#txu#quustyon#ys#tyt#txqt#ossur#on#Wqrsx#?tx2#wu#sqnnot# qnswur#txqt#quustyon#vrom#txys#tqpu4##St#wqs#ynxurunt#yn#xur# quustyon4#

dRN#LYebdC##cyrH##cyrH

Wb4#bJ__J_YbdC##Jssumus#q#vqst#not#yn#uvytunsu4#

dRN#LYebdC##St#33#yt#tousn-t2#Wr4#bqppqport4##S#sut#txu# pqrqmuturs#ov#txys4##dxu#qutyo#xqs#ruun#plqyut4##gu#qru#now#rqsk# on#txu#rusort#qvtur#txu#qutyo#wqs#plqyut4##

Ws4#gqnw#ys#now#untytlut#to#qsk#quustyons#qrout#wxqt#zust# xqppunut4##Po#qxuqt2#Ws4#gqnw4##gxqt#ys#your#quustyonH##

Ki#Wc4#gJXPC##

Q.    Yx2#okqy4##co#txuru#xqs#ruun#mqny#polysu#sqlls4##S#wqntut#to# 33#spusyvysqlly#txqt#onu#wqs#Jpryl#76tx#ov#867B4##dxuru#wqs#qlso# q#sourt#tqtu#txqt#tqy4##goult#you#qwruu#txqt#you#33#

dRN#LYebdC##Ws4#gqnwH##

Wc4#gJXPC##33#qppuqrut#ruvoru#Tutwu#Mqrwyn#on#33#

dRN#LYebdC##Ws4#gqnwH#

Wc4#gJXPC##iusH##

dRN#LYebdC##Po#qxuqt#qnt#mutu#yoursulv2#pluqsu4##Ykqy4## iou-vu#tonu#txqt4##dxqnk#you2#Ws4#gqnw4##iou#tolt#mu#txqt#you# wqntut#to#plqy#qn#qutyo#vylu#wxysx#you#now#xqvu2#q#pqrtyql#qutyo# vylu2#qnt#txqt#you#wqntut#to#qsk#Ws4#durry#dxywusun#yv#sxu# rusownyzut#xur#voysu#on#txqt#rusortynw4##dxqt#xqsn-t#xqppunut# yut4##Kqsk#to#you4##

Wc4#gJXPC##Ss#33#ys#txqt#xur4##

dRN#LYebdC##_luqsu#qsk#your#quustyons#to#Ws4#dxywusun4#

Ki#Wc4#gJXPC##

Q.   Ss#txqt#your#voysuH##

A.   S#xonustly#soultn-t#tull4##S#surtqynly#33##

Q.   Ss#txqt#your#voysuH##

A.   S#33#S#33#

dRN#LYebdC##Ynu#susont2#Ws4#dxywusun4##

Ws4#gqnw2#you-vu#33#sqn#you#mutu#yoursulv2#pluqsuH##dxqnk# you4##co#you-vu#tonu#q#prutty#woot#zor#ov#toynw#txqt2#txu#rulqy# ov#unmutynw#wxun#you#spuqk#qnt#mutynw#wxun#you-ru#not#spuqkynw4## _luqsu#sontynuu#to#to#txqt#rusqusu#yt-s#33#yt-s#vury#tyvvysult# to#xuqr#wxun#you#ton-t#to#txqt4##co#you#xqvu#qskut#your# quustyon4##

gxqt#wqs#your#rusponsu#to#txu#quustyon#ov#wxutxur#or#not#you# rusownyzu#33#lut#mu#qsk#you#txu#quustyon4##S-m#woynw#to#qsk#you# q#quustyon4##Myt#you#rusownyzu#your#voysu#qt#qll#yn#txu#qutyo# txqt#wqs#zust#plqyut#ry#Ws4#Uqylyn#gqnwH##

dRN#gSdXNccC##S#sqn-t#sqy#vor#suru4##S#qssumu#txqt#yt#ys#rut# txuru#wqs#otxur#noysu#yn#txu#rqskwrount#txqt#S#ton-t#rusownyzu# or#rusqll4##S#33#S#to#rusqll#xqvynw#xqt2#you#know2#somu# sonvursqtyons#wytx#polysu4##Kut#wxutxur#or#not#txqt#ys#qstuqlly# 33#S#prusumu#yt#ys2#rut#S#33#S#sqn-t#sqy#rusqusu#txuru#wqs#vury# lyttlu#ov#my#voysu#yn#txuru#wytx#somu#kynt#ov#noysu#yn#txu# rqskwrount#qs#wull4##

dRN#LYebdC##Ykqy4##S#qpprusyqtu#txu#rusponsu4##Sn#txu# vuturu2#pluqsu#zust#qnswur#txu#quustyon#33

dRN#gSdXNccC##Ykqy4#

dRN#LYebdC##33#ruynw#qskut#ov#you4##dxqnk#you4##co#my#unturstqntynw#vrom#your#rusponsu#ys#txqt#you#soult#not#tull#yus#or#no#yv#txqt#wqs#your#voysu4##

Kqsk#to#you2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.   Rqvu#you#uvur#rusuyvut#qny#tyrust#txruqts#vrom#my#pqrunts#to#youH##

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

dRN#LYebdC##Yvurrulut4##

Wc4#gJXPC##dxuy#qru#pqrt#ov#txu#qlluwqtyons4##

dRN#LYebdC##_luqsu#qnswur#txu#quustyon4##

dRN#gSdXNccC##gxqt#uxqstly#to#you#muqn#ry#&tyrust#txruqts&H##

Ki#Wc4#gJXPC##

Q.   Rqvu#you#uvur#mqtu#q#B77#sqll#qwqynst#my#pqrunts2#uytxur#auyzonw#gqnw2#a3e3S3j3Y3X3P2#lqst#nqmu#g3J3X3P2#or#iunzynw2#i3e3X3T3S3X3P2#lqst#nqmu#L3R3N3X3PH##Rqvu#you#uvur#mqtu#q#B77#sqll#qlluwynw#txuy#mqtu#txruqts#towqrt#youH##

A.   co#you-ru#qskynw#yv#S#mqtu#q#B77#sqll#qlluwynw#txqt#your#pqrunts#mqtu#txruqts4##

Q.   Lorrust4##

A.   S#to#not#rusqll4##iou#know2#S#33#S#rusqll#vuulynw#txruqtunut#ry#vqryous#tyvvurunt#qstyons#txqt#txuy#took4##gxqt#uxqstly#S#sqyt2#qt#wxqt#poynt#yn#tymu2#txrouwx#wxqt#muqns#to#polysu#qrout#txqt2#S#33#S#sqn-t#rusqll4##

Q.   gxqt#qstyons#qru#33#wxqt#qstyons#qru#you#ruvurrynw#toH##

A.   S#rusqll#33#

Wc4#gJXPC##iour#Ronor#33#

Wb4#bJ__J_YbdC##Lqn#33#sqn#txu#wytnuss#pluqsu#qnswur#txu#

quustyonH##

dRN#gSdXNccC##Ykqy4##S-m#sorry4##S#wqs#wuttynw#txu#vuutrqsk4## S#wqs#wqytynw#vor#xur#to#turn#xur#mys#ovv4##

co#S#rusqll#33#S#rusqll#txqt#txuru#wqs#somu#kynt#ov#sqll# mqtu#to#Lxylt#_rotustyvu#curvysus#tryynw#to#tyspqtsx#Lxylt# _rotustyvu#curvysus#out#to#our#xomu#qvtur#wu#xqt#txu#rqry2#qnt# qvtur#Lxrystovvur#qnt#txu#rqry#wuru#lyvynw#qt#our#xousu4##Jnt#33# qnt2#you#know2#wyvun#qll#txu#otxur#txynws#txqt#xqvu#ruun#tonu# txqt#wqs#txu#otxur#cgJd#sqlls#txuy#mqtu#suntynw#polysu#ovvysurs# to#our#xomu#untur#vqlsu#prutunsus#wuru#vury#vrywxtunynw#to#mu4## co#txqt#wqs#33#txqt#wqs#vrywxtunynw4##Jnotxur#txynw#txqt#wqs# vury#vrywxtunynw#to#mu#wqs#wxun#S#wqs#ynvormut#ry#polysu#txqt# wxun#txuy#wuru#lookynw#vor#txu#rqry#to#suu#yv#txu#rqry#wqs#styll# qlyvu4##dxu#polysu#xqt#tolt#mu#txqt#txuy#33#txuy#tyt#q#trqvvys# stop#on#Uqylyn-s#motxur2#qnt#sxu#lyut#to#txum#qnt#tolt#txum#txqt# sxu#tytn-t#know#wxuru#txu#rqry#wqs#qnt#txqt#sxu#tytn-t#know# wxuru#Uqylyn#wqs2#uvun#txouwx#txuru#wqs#q#sqr#suqt#yn#txu#rqsk# ov#xur#sqr4##Jnt#so#txuru#wuru#33#txuru#wuru#tuvynytuly#txynws# txqt#txuy#tyt#txqt#ssqrut#mu#q#lot4##

dRN#LYebdC##gxun#you#sqy#&txuy2&#wxo#qru#you#ruvurrynw#toH##

dRN#gSdXNccC##Uqylyn-s#pqrunts4##

dRN#LYebdC##dxqnk#you4##

dwo#txynws#ruvoru#you#movu#on2#Ws4#gqnw4##Ynu#ys#S#wqnt#to# rumynt#you#txqt#you#qru#untytlut#to#mqku#luwql#orzustyons#to# tustymony4##dotqy#you#stqrtut#txu#tqy#ovv#ry#sqyynw#txqt#you# wqntut#to#mqku#orzustyons#to#tustymony#txqt#xqppunut#yusturtqy4## Kut#txqt-s#not#propur4##Jnt#so#txu#orzustyons#xqvu#to#xqppun#qt# txu#tymu#ov#txu#tustymony#so#txqt#txu#Lourt#xqs#q#vqyr#

opportunyty#to#unturstqnt#txu#orzustyon2#xuqr#vrom#txu#opposynw#
sytu2#qnt#mqku#q#rulynw4##dxqt#rulynw#txun#ynvorms#wxqt#txu#
otxur#qttornuy#mqy#to#yn#rusponsu4##dxuy#mqy#tusytu#to#sqll#q#
tyvvurunt#wytnuss4##dxuy#mqy#tusytu#to#qsk#txu#quustyon#q#
tyvvurunt#wqy4##co#txqt-s#wxy#yt-s#ympossyrlu#qnt#unvqyr#to#
qttruss#txusu#typus#ov#uvytuntyqry#orzustyons#qvtur#txu#vqst4##
dxu#Lourt#ys#ruquyrut#to#tqku#tustymony#so#lonw#qs#yt#qppuqrs#to#
ru#srutyrlu2#wull#vountut4##Sv#txuru#ys#not#orzustyons2#txu#
Lourt#tousn-t#syt#xuru#qs#wqtukuupur#toynw#txys#rolu#ytsulv#yv#
yt#xqs#no#sonsurns#qrout#txu#tustymony4##

    Sn#txys#pqrtysulqr#lynu#ov#tustymony2#Ws4#dxywusun2#S-m#not#
rlqmynw#you4##iou-ru#not#xuru#qs#33#qs#qn#qttornuy#or#somuonu#to#
lymyt#yoursulv#totqy4##

    S#wyll#stqtu#vor#txu#rusort#txqt#S#rusownyzu#txqt#txuru#qru#
xuqrsqy#stqtumunts#yn#wxqt#Ws4#durry#dxywusun#zust#stqtut4##S#
qlso#rusownyzu#txqt#txu#uvvust#on#txu#lystunur2#pqrtysulqrly#q#
protustut#pqrty#qs#to#txu#yssuus#txqt#xqvu#ruun#rulqyut#to#xur#
qru#ruluvqnt#nonutxuluss4##dxu#Lourt#ys#sonsyturynw#txum#vor#
txqt#purposu#uvun#txouwx#Ws4#gqnw#tyt#not#orzust#txys#tymu4##

    Kut#you#qru#on#notysu2#Ws4#gqnw2#txqt#txqt#ys#pqrt#ov#your#
qrylyty#yn#txusu#prosuutynws4##Kqsk#to#you2#Ws4#gqnw4##

    Wc4#gJXPC##dxqnk#you4##dxqnk#you#vor#uxplqynynw4##S#33#S#
tytn-t#know#S#soult#to#txqt4##

    iuqx4##S#to#orzust#to#txu#xuqrsqy#stqtumunts#qrout#my#33#my#
pqrunts#qnt#qll4##Loult#S#plqy#txu#rust#ov#txu#qutyoH##

    dRN#LYebdC##Oor#wxqt#purposu2#Wq-qmH#
    Wc4#gJXPC##S#muqn2#txuru#33#txuru#zust#33#txuru#qru#zust#
srutyrylyty#yssuus#ov#lots#ov#vqlsu#tuqtx#txruqts#qwqynst#my#

pqrunts#rusqusu#txuru#xqs#nuvur#ruun#qny#sommunysqtyon#
wxqtsouvur2#so#woynw#to#txu#srutyrylyty#ov#txu#wytnuss4##dxuru#
ys#qlso#q#Wqrsx#?2#867B2#B77#sqll4##dxys#ys#uvytunsu#txqt#
Wr4#dxywusun-s#sytu#xqs#provytut#to#mu2#qnt#S#zust#woult#lyku#to#
plqy#somu#ov#txusu#sqlls#rusqusu#yt#wous#ynto#xytynw#txu#rqry#
qnt#not#ynvormynw#txum#ov#wxuru#txuy#wuru#rusqusu#txuru#wqs#no#
xytynw4##

Ws4#durry#dxywusun#qstuqlly#sunt#MLOc#to#our#xomu4##S-m#
unqwqru#ov#qny#cgJd#sqlls2#qnt#txuy#tyt#rqyt#our#xomu#suvurql#
tymus#wytx#moru#suqrsx#wqrrqnts2#qnt#txu#MLOc#qlluwqtyons#wuru#
ruvursut#rusqusu#txuy#wuru#unvountut#qnt#unsupportut4##Jnt#qlso#
txuru#ys#q#vytuo#ov#txu#MLOc#vysyt#wxuru#txuru#ys#no#33#

dRN#gSdXNccC##dxqt-s#q#vqlsu#stqtumunt#txqt#Ws4#gqnw#ys#
mqkynw4##

dRN#LYebdC##Ws4#gqnw2#txqnk#you#vor#suuynw#my#xqnt4##S#xopu#
txqt-s#wxy#you#stopput4#

Ykqy4##Ws4#dxywusun2#wu#qll#xqvu#to#vollow#txu#rulus#xuru4##
Jnt#S#mqy#ru#moru#pqtyunt#txqn#wxqt#mqkus#you#somvortqrlu#wytx#
ruspust#to#qllowynw#Ws4#gqnw#to#mqku#q#rusort4##S#txynk#txqt-s#
txu#rywxt#wqy#to#qpproqsx#txu#sytuqtyon#rusqusu#sxu#ruprusunts#
xursulv4##co#txuru#ys#q#lot#ov#luuwqy#ruynw#wyvun#to#xur4##
_luqsu#ru#pqtyunt#wytx#mu#qnt#txu#sourt#prosuss4##

Ykqy4##co2#Ws4#gqnw2#S-m#woynw#to#rumynt#you#qwqyn#txqt#wxun#
you#qru#quustyonynw2#pluqsu#to#not#tustyvy4##Sv#S#qsk#you#to#
wyvu#mu#qn#ovvur#ov#proov2#yt#sxoult#ru#somutxynw#sussynst4##co#
S-m#not#pursuqtu#rywxt#now#txqt#your#ovvur#ov#proov#to#plqy#txqt#
qutyo#ys#txu#rust#usu#ov#txu#Lourt-s#tymu2#qnt#S#qm#not#
pursuqtut#yt-s#somutxynw#txqt#you#nuut#qt#txys#tymu#vor#your#

tuvunsu#wxun#you#xqvu#q#vull#opportunyty#to#qsk#Ws4#dxywusun#
quustyons4##Ykqy4##Sv#qvtur#sxu#wyvus#xur#rusponsus#you#vuul#txu#
nuut#to#plqy#qn#qutyo2#synsu#you-vu#muntyonut#txu#yssuu#ov#
srutyrylyty2#srutyrylyty#ys#ymportqnt4##Nvury#wytnuss-s#
srutyrylyty#ys#qt#yssuu#qlwqys4##co#yv#qvtur#Ws4#dxywusun#
tustyvyus2#you#rulyuvu#txqt#txuru#ys#somutxynw#txqt#txu#Lourt#
sxoult#xuqr#or#suu#to#ympuqsx#xur2#txun#you#wyll#ru#provytut#txu#
opportunyty#to#to#txqt#txun4##_luqsu#sontynuu2#Ws4#gqnw4##

        Ki#Wc4#gJXPC##

Q.    dxuru#wuru#33#txuru#wuru#mqyru#33#S#txynk#txuru#xqs#ruun#
provussyonql#prosuss#survurs#txqt-s#qttumptut#to#survu#
Lxrystovvur#dxywusun#33#89rt2#867B#qt#your#xomu#yn#Wunlo#_qrkD#
ys#txqt#sorrustH##

        Wb4#bJ__J_YbdC##Yrzustyon2#iour#Ronor4##

        dRN#LYebdC##Ykqy4##gu#xqvu#33#wu#xqvu#two#txynws#xqppunynw#
rywxt#now2#Ws4#gqnw4##Ynu2#Wr4#Lourt#buportur#tulls#us#wu#33#xu#
tyt#not#xuqr#txu#montx4##Jppqruntly#you#sqyt#q#montx#qnt#yuqrH##
gxqt#wqs#txqt#montxH##

        Wc4#gJXPC##St-s#Wqrsx#89rt#ov#867B#rusqusu#33#
        dRN#LYebdC##dxqnk#you4##dxqnk#you4##
        Wc4#gJXPC##33#txu#qlluwqtyons#ov#xqrqssmunt#33#
        dRN#LYebdC##dxqnk#you4##
        Jnt#Wr4#bqppqport2#your#orzustyon#wqs#on#ruluvqnsu#wrounts4##
        Wb4#bJ__J_YbdC##St#wqs#qs#to#wxutxur#q#prosuss#survur#wunt#
to#txuyr#xomu4#
        dRN#LYebdC##Ykqy4##gxqt#woult#ru#txu#ruluvqnsu#ov#txys2#
Ws4#gqnwH##
        Wc4#gJXPC##Yx2#yus4##dxu#ruluvqnsu#ys#on#sxu#sqyt#somutxynw#

qrout#txuru#wqs#qn#u3mqyl#sunt#qrout#lookynw#vor#Lxrystovvur#
dxywusun4##co#txu#txynw#ys#S#wqs#woynw#to#tqlk#qrout#xow#txuru#
wuru#multyplu#prosuss#survurs#txqt#wuru#qttumptynw#to#survu#xym#
on#txu#sqmu#tqy2#qnt#qs#you-ru#qwqru2#yt-s#vury#uxpunsyvu2#lyku#
8;6#pur#tymu4##S#33#S#wqntut#to#zust#wut#yt#on#txu#rusort#
rusqusu#S#xqvu#two#surtyvyut#tosumunts#S#woult#lyku#to#yntrotusu#
wxuru#q#provussyonql#survur#yn#txuyr#lynu#ov#tuty#wuru#toynw#
somutxynw#qppropryqtu#ry#qttumptynw#to#propurly#survu#
Wr4#dxywusun#qvtur#two#prosuss#survurs#wunt#to#txu#cqn#Orqnsysso#
losqtyon2#qnt#xu#wqs#unqvqylqrlu2#qnt#txuru#wuru#multyplu#
mussqwus#vor#mu#to#Mqrrysk#Lxqsu#qrout#txu#stqtus#ov#txu#rqry4##
S#tytn-t#xuqr#qnytxynw#qvtur#33#
    dRN#LYebdC##dxqnk#you2#Ws4#gqnw4##
    Ykqy4##dxu#orzustyon#ys#sustqynut4##dxu#Lourt#vynts#txqt#
uvurytxynw#txqt#you#zust#stqtut#rywxt#now2#Ws4#gqnw2#ys#not#
ruluvqnt#to#txys#xuqrynw4##_luqsu#movu#on4##
    Ki#Wc4#gJXPC##
Q.  iou#33#you#xqvu#33#you#xqvu#mqtu#MLOc#sqlls#vor#our#xomu#yn#
etqx2#sorrustH##
A.  S#rusqll#ruynw#wytx#Lxrystovvur#qnt#muutynw#wytx#MLOc#qt#
txuyr#ovvysu#on#Wqrsx#@tx#ov#867B4##
Q.  Yn#Wqrsx#@2#867B2#tyt#you#stqtu#txqt#Ws4#gqnw#ys#woynw#to#ru#
sxqrwut#wytx#vulony#sxqrwus#vury#soon2#qnt#Lxrystovvur#dxywusun#
wyll#kuup#qnt#xqvu#sustoty#voruvur#rusqusu#you#ton-t#xqvu#to#wo#
txrouwx#txu#normql#prosussus#ov#q#sustoty#qnt#lytywqtyonH##Mo#
you#rumumrur#txqt#u3mqylH##
A.  S#ton-t#rulyuvu#txqt#wxqt#you-ru#stqtynw#ys#untyruly#
qssurqtu4##gxqt#S#rusqll#ys#my#rulyuv#qt#txu#tymu#rqsut#on#your#

sontust#yn#txruqtunynw#txu#lyvu#qnt#xuqltx#qnt#sqvuty#ov#qn#
ynvqnt#txqt#wqs#vully#untur#your#sontrol2#qnt#S#rulyuvu#txqt#
your#sontust#yn#stqlkynw#qnt#txruqtunynw#my#untyru#vqmyly#qnt#
ssqrynw#us#so#rqtly#txqt#wu#xqt#to#wut#susuryty#qt#our#xomu#so#
wu#soult#sluup#qt#nywxt2#S#rulyuvut#txqt#zustysu#woult#pruvqyl#
qnt#txqt#wu#woult#qll2#ynslutynw#my#wrqntson2#ru#kupt#sqvu#qnt#
protustut4##dxqt-s#wxqt#S#rulyuvut4##Jnt#S#qm#suru#txqt#txqt-s#
wxqt#S#sommunysqtut#yn#my#muutynws#wytx#polysu#qnt#my#muutynws#
wytx#MLOc4##Jnt#so#txqt-s#wxqt#S#rusqll4##

Q.    Loult#you#nqmu#q#tyrust#txruqt#txqt#you#rulyuvu#S#mqtuH##

A.    iou#txruqtunut#txqt#txu#rqry#wxo#wqs#yn#your#solu#sustoty#
qnt#sqru#wqs#sysk#qnt#stqrvynw4##

Q.    gxuru#tyt#you#suu#txqt#txruqtH##gqs#txqt#sommunysqtut#to#you#
ry#u3mqyl2#tuxt2#or#sqllH##

A.    S#sqw#txqt#you#postut#on#my#vqtxur3yn3lqw-s#gykyputyq#pqwu#
txqt#txruqt2#vor#uxqmplu4##

Q.    iuqx4##corry4##S#33#S#tytn-t#33#S#tytn-t#xuqr#you#wqvu#txu#
uxqmplu4##

A.    S#sqw#txqt#you#postut#33#S#sqw#txqt#you#utytut#my#
vqtxur3yn3lqw-s#gykyputyq#pqwu#to#stqtu#txqt#txu#sxylt#wxo#wqs#
untur#your#solu#sqru#qnt#sustoty#qt#txqt#tymu#wqs#sysk#qnt#
stqrvynw4##iou#postut#txqt#on#my#vqtxur3yn3lqw-s#gykyputyq#pqwu4##
dxqt#ys#qmonw#txu#mqny#txynws#txqt#you#tyt4##

Q.    gxun#you#vult#sonsurnut#qrout#txu#sxylt2#tyt#you#ruqsx#out#
yn#qny#wqy#to2#lut-s#sqy2#xulp#yv#xu#wqs#stqrvynw#or#syskH##

A.    Pyvun#txu#vqst#txqt#you#wuru#mqkynw#txruqts#qnt#txqt#you#
wuru#not#orvyously#yn#q#sqnu#stqtu#ov#mynt2#wu#workut#qt#txqt#
poynt#uxslusyvuly#txrouwx#qppropryqtu#sxqnnuls#susx#qs#txu#

sourts2#susx#qs#lqw#unvorsumunt4##Jnt#wxun#you#stqrtut#33#wxun#
you-ru#33#wxun#you-ru#stqlkynw#ussqlqtut#to#txruqtunynw#txu#lyvu#
qnt#xuqltx#ov#qn#ynvqnt2#txqt#ys#wxun#txu#polysu#wuru#sontqstut4##
_ryor#to#txqt#tymu2#tuspytu#txu#vqst#txqt#your#33#txqt#your#
sontust#wqs#qlso#ynsrutyrly#vrywxtunynw#qnt#txruqtunynw2#you#
know2#wu#xoput#txqt#somuxow#you#woult#ruwqyn#your#sunsus#qnt#33#
qnt#wqntut#to#try#to#prusurvu#txu#possyrylyty#ov#vqmylyus#
workynw#towutxur#qmysqrly#vor#txu#rust#ynturust#ov#txu#sxylt4##
Kut#wxun#your#sontust#ussqlqtut#to#txruqtunynw#txqt#txys#sxylt#
wqs#sysk#qnt#stqrvynw2#qnt#you#wuru#suntynw#puoplu#33#qnt#S#sqw#
txum#pursonqlly4##S#sqw#txu#txynws#txqt#you#sunt#to#puoplu#wxuru#
txuru#wqs#q#rqry#wytx#q#tusqpytqtut#xuqt2#qnt#you#sqyt#txqt#you#
xqt#qlruqty#ruun#vorsut#to#kyll#txu#sxylt#33#q#tusqpytqtut#xuqt2#
q#pxoto#ov#q#tusqpytqtut#xuqt4##co#txqt-s#wxqt#you#tyt4##

Wc4#gJXPC##iour#RonorH##

dRN#LYebdC##Ynu#susont2#Ws4#dxywusun4##

Ws4#gqnw2#wxqt#ys#your#orzustyonH##

Ki#Wc4#gJXPC##

Q.    iuqx4##co#txu#33#txu#quustyon#wqs#wxun#txosu#txruqts#wuru#33#
yt#wunt#vrom#txruqtunynw#to#33#tyt#you#rusuyvu#q#tusqpytqtut#
xuqt#sommunysqtyons#vrom#mu2#qnt#yv#you#sqn#ytuntyvy#yv#txqt#wqs#
ry#u3mqyl#qt#qll#or#tuxt#to#you2#or#qny#ov#your#vqmyly#mumrursH##
Lqn#you#33#sqn#you#qpproxymqtu#wxun#txqt#xqppunutH

A.    S#sqw#qll#ov#txu#txynws#txqt#you#sunt4##S#sqw#uvurytxynw4##S#
sqw#qll#txu#txynws#txqt#you#sunt#to#my#vqmyly#mumrurs2#to#
vryunts#ov#our#vqmyly4##S#sqw#qll#ov#yt4##Jnt#S#sqn#nuvur#unsuu#
txosu#txynws4##S#sqn#nuvur#unsuu#txosu#txynws2#qnt#txuy#styll#
wyvu#mu#nywxtmqrus4##

Wc4#gJXPC##Yrzustyon2#iour#Ronor4##cxu#ys#33#sxu#ys#not#
qnswurynw#txu#quustyon4##dxu#quustyon#ys#yv#sxu#xqs#rusuyvut#q#
tusqpytqtut#xuqt#ov#qn#ynvqnt#vrom#mu4##

dRN#LYebdC##Vut#mu#rulu#on#your#orzustyon4##dxu#lqst#
orzustyon#ys#sustqynut4##St#ys#not#qnswurynw#txu#quustyon#txqt#
wqs#prusuntut#tyrustly4##bu3qsk#q#quustyon2#pluqsu2#or#movu#onto#
wxqtuvur#quustyon#you#wqnt#to#qsk#nuxt4##

Wc4#gJXPC##ius4##ius4##ius4##

Wc4#gJXPC##dxu#quustyon#ys#yv#sxu#xqs#rusuyvut#qny#tyrust#
txruqts#vrom#mu#rusqusu#txuru#wqs#lyku#vyvu#qnswurs#txuru4##St#
wunt#vrom#sysk2#stqrvynw2#qnt#xomuluss#to#q#tusqpytqtut#xuqt4##
co#sqn#wu#rruqk#txqt#town#ynto#two#pqrtsH##

dRN#LYebdC##Ws4#gqnw2#txqt-s#not#q#propur#quustyon4##co#33#

Wc4#gJXPC##S-m#qskynw#you#33#S-m#qskynw#you#xow#to#prosuut#
so#wu#qru#sluqr#rusqusu#txuru#wuru#lyku#vyvu#qnswurs#txuru#vor#
txu#rusort4##gxuru#33#S#qskut#Ws4#durry#dxywusun#yv#txuru#wuru#
qny#txruqts#qrout#txu#sxylt#tyrustly#txrouwx#xur2#qnt#S#tyt#not#
wut#q#sluqr#qnswur4##Jwqyn2#S#qskut#xur#wxuru#txu#txruqts444##

dRN#gSdXNccC##S#33

dRN#LYebdC##S-m#sorry2#Ws4#dxywusun4##dxuru#ys#no#quustyon#
puntynw#rywxt#now4##

dRN#gSdXNccC##Ykqy4##

dRN#LYebdC##co2#Ws4#gqnw2#your#sxoysu#qt#txys#poynt#yn#tymu#
ys#to#qsk#q#quustyon#txqt#you#ton-t#rulyuvu#you#xqvu#wottun#q#
sluqr#qnswur#to2#or#to#movu#onto#somutxynw#ulsu4##Row#woult#you#
lyku#to#prosuutH##

Ki#Wc4#gJXPC##

Q.   co#you#sqyt#you#wuru#worryut#qrout#txu#rqry#rusqusu#txuru#

wuru#txynws#on#lynu2#S#wuuss#you#sqw#txu#sxylt#wqs#sysk2#qnt#

stqrvynw2#qnt#xomuluss4##dxu#sxylt#wqs#on#Wutysqyt4##Myt#you#

know#txqtH##Myt#you#ruqsx#out#qny#tymu#33#sorry4##Vut#mu#

rupxrqsu#txqt4##Myt#you#ruqsx#out#qny#tymu#vrom#txu#ryrtx#ov#

wxun#you#vyrst#rusuyvut#txu#u3mqyl#txqt#Wr4#Lxrystovvur#dxywusun#

vqtxurut#q#sxyltH##iou#rloskut#mu2#rywxtH##

A.   Xo2#S#nuvur#rloskut#you#vrom#my#sullpxonu#wxysx#numrur#S#

wqvu#you2#qnt#S#nuvur#rloskut#you#vrom#my#u3mqyl4##co#you#xqt#my#

u3mqyl#qnt#my#sullpxonu2#qnt#you#wuru#nuvur#rloskut#vrom#uytxur#

ov#txosu#mutxots#ov#sommunysqtyon4##

Q.   S-m#33#S-m#unqwqru#ov#your#33#your#pxonu#numrur#to#mu4##Yx2#

you#tyt#rlosk#mu2#lut-s#sqy2#on#sosyql#mutyq#ov#somu#sort2#

rywxtH##

A.   S#tyt#rlosk#you#vrom#sosyql#mutyq#qnt#33#

Q.   dxqt#wqs#33#yuqx4##dxqt#wqs#S#woult#sqy#qvtur#you#rusuyvut#

qn#u3mqyl#qrout#txu#sxylt#qnt#txqt#txu#sxylt#wqs#rorn#xuqltxy#on#

Musumrur#?2#867A2#sorrustH##S#rulyuvu#wu#qtmyttut#txqt#ynto#

uvytunsu#qlruqty4##

A.   S#33#S#ton-t#rusqll#uxqstly#wxun#S#wunt#txrouwx#qll#my#

sosyql#mutyq#to#ynsuru#txqt#you#wuru#rloskut#vrom#yt4##Kut#my#

rusollustyon#ys#txqt#S#tyt#txqt#onsu#you#stqrtut#your#sqmpqywn#

ov#postynw#txynws#on#lynu#qnt#sontqstynw#qnyroty#qnt#uvuryroty#

txqt#yt#suumut#lyku#you#soult#vywuru#out#wqs#sonnustut#to#us4##

Jnt#yt#rusqmu#sluqr#txqt#you#xqt#mynut#Lxrystovvur-s#sosyql#

mutyq#qnt#sopyut#town2#you#know2#uvury#synwlu#purson#wxo#wqs#

vollowynw#xym2#qnt#you#wuru#usynw#txqt#qs#pqrt#ov#your#stqlkynw#

sqmpqywn4#

Wc4#gJXPC##Yrzustyon4##dxqt#tousn-t#qnswur#txu#quustyon4##

St-s#ruyont#txu#ssopu#ov#txu#quustyon2#iour#Ronor4##Yrzustyon4#

dRN#LYebdC##Jny#sounsul#rusponsu2#Wr4#bqppqportH##

Wb4#bJ__J_YbdC##Ws4#gqnw#qskut#q#quustyon4##dxu#wytnuss#ys#
purmyttut#to#uxplqyn#xur#qnswur4##

dRN#LYebdC##co#txys#pqrtysulqr#orzustyon#33#

Wc4#gJXPC##St-s#ruyont#txu#ssopu4##

dRN#LYebdC##S#qwruu#txqt#yt-s#q#propur#plqsu#to#stop2#
Ws4#gqnw2#wytx#txu#quustyon4##co#txqt#musx#S#sqn#qwruu#wytx4##
Rowuvur2#S#to#rulyuvu#txqt#txu#rusponsu#txus#vqr#ys#vqyr#rusqusu#
txu#quustyon#ymplyut#somutxynw#nuwqtyvu4##

Ws4#dxywusun#xqs#uxplqynut#ussuntyqlly#wxqt#yt#ys#txqt#wqs#
txu#qstuql#squsu#qs#opposut#to#wxqt#you#ymplyut4##co#rut#wytx#
txqt2#Ws4#dxywusun2#S#33#S#wyll#rumynt#you#txqt#txuru#qru#
prosuturus#xuru2#qnt#pluqsu#lut#Ws4#gqnw#qsk#quustyons4##

Kqsk#to#you2#Ws4#gqnw4##

Wc4#gJXPC##Ykqy4##ius4##co#txu#33#txu#vyrst#sontqst#txqt#wqs#
qtmyttut#ynto#sourt#wqs#on#Musumrur444

Wb4#bJ__J_YbdC##cxu#zust#mutut#xursulv2#vor#txu#rusort4#

dRN#LYebdC##iou-ru#on#mutu2#Ws4#gqnwH##

Wc4#gJXPC##dxys#ys#33#yuqx4##St-s#q#vury#worrly#33#sxu#sqyt#
txqt#S#sontqstut#xur#Musumrur#?2#867A4##

Ki#Wc4#gJXPC##

Q.   Myt#you#vynt#txu#u3mqyl#txruqtunynw#wytx#Uqyson-s#pysturuH#

A.   S#vount#yt#to#ru#vury#ott4##Xow2#zust#vor#slqryvysqtyon2#
your#ynytyql#sontqst#to#mu#wqs#not#vrom#u3mqyl4##iour#ynytyql#
sontqst#to#mu#wqs#txrouwx#q#33#q#pryvqtu#VynkutSn#mussqwu2#rut#
you#xqt#ruspont#33#you#xqt#sunt#txu#sqmu#mussqwu#to#my#xusrqnt#
ovur#VynkutSn2#qnt#you#xqt#qlso#sunt#txu#sqmu#mussqwu#to#my#

xusrqnt#to#xys#stqnvort4utu#vqsulty#u3mqyl#rusqusu#xu#qlso#
tuqsxus#qt#ctqnvort4##co#you#xqt#vount#txqt#on#lynu2#qnt#you#xqt#
sontqstut#rotx#ov#us#txrouwx#VynkutSn2#tyrust#mussqwus2#qnt#you#
xqt#qlso#sontqstut#my#xusrqnt#txrouwx#u3mqyl4##S#vount#txu#wxolu#
txynw#to#ru#vury#33#txuru#wuru#txynws#txqt#tytn-t#qtt#up4##Js#
you#rusqll#yn#my#u3mqyl#rusponsu#to#you#33#

dRN#LYebdC##S-m#sorry4##Vut#33#lut#mu#stop#you#txuru2#####
Ws4#dxywusun4##

Kqsk#to#you2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.   co#wqs#txu#mussqwu#txruqtunynwH##

dRN#LYebdC##S#txynk#txqt#quustyon#wqs#qlruqty#qnswurut4##St#
wqs#not#txruqtunynw#rut#yt#wqs#sonsyturut#33#

Wc4#gJXPC##ius4##em3xum4##

Ki#Wc4#gJXPC##

Q.   Kut#you#33#you#tyt#rlosk#mu#ruvoru#txu#vyrst#qlluwut#post#on#
Musumrur#8:tx2#867AD#ys#txqt#sorrustH##

A.   S#to#not#rusqll#uxqstly#wxun#S#took#wxqtuvur#prusqutyonqry#
muqsurus#wytx#my#sosyql#mutyq4##gxqt#S#33#qll#S#know#ys#txqt#S#
nuvur#rloskut#you#vrom#my#sullpxonu#wxysx#wqs#provytut#to#you#yn#
my#u3mqyl#to#you2#qnt#you#qlso#orvyously#xqt#my#u3mqyl#synsu#S#
u3mqylut#you4##co#S-vu#nuvur#rloskut#you#vrom#uytxur#ov#txosu4##
S#ton-t#rusqll#uxqstly#wxun#S#took#muqsurus#wytx#txu#33#you#
know2#Oqsurook2#VynkutSn2#Snstqwrqm4##S#ton-t#rusqll#uxqstly4##

Q.   iou#33#you#mqtu#q#B77#sqll#qwqynst#mu#qt#bqlly#fysytqtyonD#
ys#txqt#sorrustH##

Wb4#bJ__J_YbdC##S-m#woynw#to#orzust#qs#vqwuu#qnt#qmrywuous#
qs#to#wxun4##

Wc4#gJXPC##S#muqn2#txuru#33#txuru#xqsn-t#ruun#txqt#mqny4##

dRN#LYebdC##iuqx2#S#txynk#q#vqyr#ynturprutqtyon#ov#txu#quustyon#ys2#xqvu#you#uvur#mqtu#q#B77#sqll#qwqynst#Ws4#gqnw#qt#bqlly4##co#txu#orzustyon#ys#ovurrulut4##

_luqsu#qnswur#txu#quustyon4##

dRN#gSdXNccC##S#xqvu#nuvur#mqtu#q#B77#sqll#to#txu#polysu#qrout#bqlly#to#my#rusollustyon4##S#xqvu#33#S#mqtu#q#polysu#ruport#yn#purson2#rut#S#tyt#not#mqku#q#B77#sqll4##dxqt-s#my#rusollustyon4##

dRN#LYebdC##dxqt#polysu#ruport#wqs#qrout#Ws4#Uqylyn#gqnw#ruvurrynw#to#somutxynw#txqt#xqppunut#qt#bqllyD#ys#txqt#wxqt#S#sxoult#unturstqntH##

dRN#gSdXNccC##gxqt#txu#polysu#ruport#wqs#qrout#wqs2#yt#wqs#uqrlyur#txys#yuqr4#

dRN#LYebdC##Ss#yt#33#S-m#sorry4##Ss#wxqt#S#sqyt#sorrust#or#yt-s#notH##

dRN#gSdXNccC##S-m#sorry4##S#wqs#tryynw#to#uxplqyn#to#you#wxqt#txu#polysu#ruport#wqs#qrout4##co#yv#you#wqnt#to#rustqtu4##

dRN#LYebdC##S#33#S#qs#q#vqst#vyntur2#S#unturstqnt#your#tustymony#to#ru2#no2#S#tyt#not#sqll#B774##S#wunt#pxysysqlly#to#mqku#q#polysu#ruport4##S-m#tryynw#to#vyll#yn#txu#rlqnks2#qrout#Uqylyn#gqnw#sonsurnynw#somutxynw#txqt#took#plqsu#qt#or#qrount#bqlly4##Ss#txqt#qssurqtu#or#notH##

dRN#gSdXNccC##dxqt#ys#not#uxqstly#qssurqtu4##Kut#33

dRN#LYebdC##Ykqy4##Vut#33#lut#mu#33#S-m#woynw#to#turn#yt#rqsk#to#Ws4#gqnw#txun4##Kut#txqnk#you#vor#qnswurynw#my#quustyon4#

dRN#gSdXNccC##ius4##Ykqy4#

dRN#LYebdC##iou#qnswurut#yt4##

Ws4#gqnw2#rqsk#to#you4##

Ki#Wc4#gJXPC##

Q.    iou#mqtu#B77#sqlls#qwqynst#my#ymmutyqtu#vqmyly#ruvoru#on#
Jpryl#76tx2#867BD#ys#txqt#sorrustH##

A.    Js#S#sqyt2#S#33#S#sqnnot#rusqll#uxqstly2#you#know4##Sv#you#
wqnt#to#put#tosumunts#yn#vront#ov#mu#or#somutxynw2#S#33#S#sqn-t#
rusqll#uxqstly4##gxqt#S#to#rusqll#ys#txqt#S#tyt#xqvu#
sonvursqtyons#qt#vqryous#tyvvurunt#tymus#wytx#polysu#rusqusu#you#
qnt#your#vqtxur#wuru#toynw#cgJd#sqlls#on#us#qnt#tyspqtsxynw#
polysu#to#our#xousu#untur#vqlsu#prutunsus4##Jnt#yt#wqs#vury#
vrywxtunynw#to#mu4##co#S#to#rusqll#xqvynw#sonvursqtyons#wytx#
polysu#qrout#txqt2#vor#uxqmplu4##

Q.    Kut#wxun#you#mqtu#txu#polysu#sqll#qwqynst#my#pqrunts2#S-m#
styll#sonvusut#ov#wxqt#txu#tuqtx#txruqt#ys4##dxqt-s#wxy#S#wqntut#
to#vynysx#plqyynw#txqt#vytuo#so#you#soult#ruvrusx#your#mumory#ov#
wxqt#xqppunut#on#Jpryl#76tx#ov#867B2#yv#your#sqll#xqt#qny#muryt#
qlluwynw#rotx#my#pqrunts#mqtu#tuqtx#txruqts#to#you4##

dRN#LYebdC##S-m#not#suru#wxqt#your#quustyon#ys2#Ws4#gqnw4##

Wc4#gJXPC##S#sqn#vynysx4

Ki#Wc4#gJXPC####

Q.    dxu#quustyon#ys2#xqs#sxu#mqtu#33#sxu#sqys2#yus4##Ss#txqt#q#
yus#txqt#sxu#xqs#mqtu#q#B77#sqll#qwqynst#rotx#ov#my#pqrunts#on#
Jpryl#76tx2#867BH##Sv#sxu#tousn-t#rumumrur2#S#sqn#vynysx#plqyynw#
txu#qutyo4##St-s#vury#sxort2#qnt#yt-s#Wr4#dxywusun-s#uvytunsu#
txqt#xu#wqvu#to#mu4##co#txqt#ys#yn#txuyr#tqrlu#ov#sontunts#yv#33#
yv#txu#Lourt#wqnts#to#tqku#yt#qs#Wr4#bqppqport-s#own#uvytunsu4##

Wb4#bJ__J_YbdC##Jt#txys#poynt2#yt-s#txu#sqmu#orzustyon#S#
mqtu#uqrlyur#rulqtut#to#txu#rumqyntur#ov#txys#tqpu4##

dRN#LYebdC##cuu2#wu#qru#not#txuru#yut4##

Ykqy4##Ws4#dxywusun#33#

Wc4#gJXPC##dxu#txynw#ys#33#

dRN#LYebdC##33#to#you#rusqll#33#to#you#rusqll#mqkynw#q#B77#
sqll#qlluwynw#txqt#txuru#wqs#somu#typu#ov#txruqt#ov#tuqtx#
purtqynynw#to#Ws4#Uqylyn#gqnw#or#xur#pqrunts#uvurH##

dRN#gSdXNccC##S#33#S#sqnnot#rusqll#uxqstly4##S#33#S#
surtqynly#rulyuvut#qnt#S-vu#ruun2#qnt#S#rulyuvu#now#txqt#Uqylyn#
txruqtunut#txu#lyvu#qnt#xuqltx#ov#txu#sxylt4##S#surtqynly#
rulyuvut#txqt#txun#qnt#S#rulyuvu#yt#now4##

dRN#LYebdC##S#xqvu#qnotxur#33#S#xqvu#qnotxur#quustyon#vor#
you4#

dRN#gSdXNccC##Ykqy4##

dRN#LYebdC##goult#xuqrynw#q#B77#sqll#ruvrusx#your#
rusollustyon#qs#to#wxqt#you#mqy#xqvu#sqyt#yn#q#B77#sqllH##

dRN#gSdXNccC##S#33#orvyously4##

dRN#LYebdC##Jll#rywxt4##

Ws4#gqnw2#wu#qru#woynw#to#wo#qxuqt#qnt#plqy#33#

Wc4#gJXPC##ius4##

dRN#LYebdC##Jnt#txu#orzustyon#33#

Wb4#bJ__J_YbdC##Sn#lywxt#ov#txu#Lourt-s#vollowup#33#yn#lywxt#
ov#txu#Lourt-s#vollowup#quustyons#S#xqvu#no#orzustyon4##

dRN#LYebdC##Ykqy4##Ynu#susont4##Kuvoru#you#to#txqt2#
Ws4#gqnw4#

Wb4#bJ__J_YbdC##gu#qll#stypulqtu#yt#tousn-t#xqvu#to#ru#
ruportut4##

Wc4#gJXPC##S#33#to#ruvrusx#your#rusollustyon#zust#33#yt-s#
ruttur#yv#wu#plqy#to#vuryvy#your#voysu#rusqusu#S-m#wuttynw#qll#

```
sorts#ov#qnswurs4#
    dRN#LYebdC##Ws4#gqnwH##Ykqy4##S#33#S#suu#txqt#you-ru#
tystrqstut#ry2#you#know2#txu#ssruun4##S#wuuss#yt-s#q#vytuo#txqt#
you#xqvuH##St-s#not#zust#qn#qutyoD#ys#txqt#sorrustH##St-s#q#
vytuoH##
    Wc4#gJXPC##St-s#zust#qn#qutyo4##S-m#zust#tryynw#to#put#txu#
mysropxonu#qs#slosu#qs#possyrlu4##S#to#qlso#xqvu#vytuo4##S#muqn2#
txuru#qru#zust#lots#ov#B77#sqlls#txqt#tytn-t#rusort#to#qnytxynw#
txqt#xqt#muryt#33#lots#ov#vqlsu#onus2#qnt#S#zust#wqnt#to#wut#on#
rusort#xow#mqny#S-m#qwqru#ov#rusqusu#txuru#ys#mqny2#rut#S#zust#
wqnt#to#sxow#q#souplu#wxuru#33#
    dRN#LYebdC##Ws4#gqnwH##
    Wc4#gJXPC##33#txu#polysu#ruport#33#yus4#
    dRN#LYebdC##Ykqy4##dxqnk#you#vor#mutynw#yoursulv4##
    Ykqy4##co#txys#ys#uxqstly#wxqt#S-m#tryynw#to#to#rywxt#now2#
rut#yt#suum#lyku#you-ru#not#pqyynw#qttuntyon#to#wxqt#S-m#toynw4##
    co#S#qm#tryynw#to#xulp#you#to#wxqt#yt#ys#txqt#you#qru#tryynw#
to#to#rusqusu#S#rulyuvu#txqt#you#xqvu#txu#rywxt#to#pursuu#txqt#
lynu#ov#quustyonynw4##co#S-m#prupqrut#qt#txys#tymu#to#to#wxqt#wu#
tyt#lqst#tymu#wxysx#ys#wo#ovv#txu#rusort2#xqvu#txu#qutyo#not#
trqnssryrut#ry#our#sourt#ruportur#rusqusu#txqt-s#vury#tyvvysult2#
qnt#plqy#yt4##Wr4#bqppqport#wyll#xuqr#wxqt-s#ruynw#sqyt4######
Ws4#dxywusun#wyll#xuqr#wxqt-s#ruynw#sqyt4##_qrton#mu#vor#
poyntynw2#qnt#S#wyll#ru#qrlu#to#xuqr#wxqt-s#ruynw#sqyt4##Jnt#
wxun#yt-s#tonu#wu-ll#wo#rqsk#on#txu#rusort2#qnt#you-ll#ru#qrlu#
to#qsk#Ws4#dxywusun#quustyons#qrout#yt4##Mous#txqt#muut#your#
nuutsH#
    Wc4#gJXPC##dxqnk#you2#iour#Ronor4##dxqnk#you4##Ykqy4#
```

dRN#LYebdC##Mous#txqt#muut#your#nuutsH##

Wc4#gJXPC##ius4##co#S-m#qrlu#to#prosuutH##

dRN#LYebdC##ius4#

Wc4#gJXPC##Yvv#txu#rusort#wytx#33#yus#rusqusu#txuy#sqn-t#33#

dRN#LYebdC##Yvv#txu#rusort4#

.gxuruupon2#qn#qutyo#vylu#wqs#plqyut4/#

dRN#LYebdC##Ykqy4##Kqsk#on#txu#rusort4##gu#xqvu#lystunut#to#
txu#qutyo2#qnt#now#you#sqn#qsk#vollow#up#quustyons2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.  gxqt#33#wxqt#sqll#33#wxqt#xqppunut#33#wxqt#tyt#my#pqrunts#to#
vor#you#to#ruport#txum#mqkynw#tuqtx#txruqts#towqrts#you#vor#you#
to#mqku#txu#sqll#on#Jpryl#76tx2#867BH##

Wb4#bJ__J_YbdC##Yrzustyon2#qssumus#q#vqst#not#yn#uvytunsu4##

dRN#LYebdC##dxqt#ys#sustqynut4##

Ki#Wc4#gJXPC##

Q.  gqs#txqt#Uqyson#yn#txu#rqskwrount#sryynwH##

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

dRN#LYebdC##custqynut4##

Wc4#gJXPC##Jm#S#qllowut#to#qsk#wxqt#my#33#wxqt#txu#tuqtx#
txruqt#wqsH##S-m#styll#sonvusut#ov#wxun#my#pqrunts#xqt#qny#
sontqst#wytx#Ws4#durry#dxywusun4##

dRN#LYebdC##iou-ru#vruu#to#qsk#quustyons2#Ws4#gqnw4##

Wc4#gJXPC##Yx2#you#tytn-t#xuqr#my#quustyon4##S#sqyt2#qm#S#
qllowut#to#qsk#wxqt#txu#txruqt#wqs#txqt#mqtu#durry#dxywusun#sqll#
qnt#nqmu#my#pqrunts#qs#mqkynw#tuqtx#txruqts#qwqynst#xur#on#
Jpryl#76tx2#867BH##S#33#S#tytn-t#wut#q#sluqr#qnswur#wxqt#txu#
txruqt#my#pqrunts#mqtu#vor#xur#to#mqku#txqt#B77#sqll4##

dRN#LYebdC##Jnt#S#tyt#xuqr#your#quustyon4##Wy#rusponsu#wqs#

txqt#you-ru#vruu#to#qsk#quustyons4##iour#quustyons#xqvu#to#ru#

propur#quustyons2#rut#yn#turms#ov#ys#txuru#q#proxyrytyon#to#

qskynw#ynquyryus#qrout#txqt#topys2#txuru#ys#nonu4##S#txynk#you#

sxoult#xqvu#known#txqt4##Kut#to#qnswur#your#quustyon2#no4##dxuru#

ys#no#proxyrytyon4##_luqsu#wo#qxuqt#qnt#qsk#wxqtuvur#quustyons#

you#wqnt4##

    Wc4#gJXPC##Ykqy4##

    Ki#Wc4#gJXPC##

Q.   Wrs4#dxywusun2#wxqt#xqppunut#vor#you#to#mqku#txu#:37637B#

pxonu#sqllH##

    Wb4#bJ__J_YbdC##gull2#txu#quustyon#qssumus#q#vqst#not#yn#

uvytunsu#yt#wqs#qstuqlly#on#txqt#tqy4##dxqt-s#Ws4#gqnw#

tustyvyynw4##

    dRN#LYebdC##custqynut4##

    Ki#Wc4#gJXPC##

Q.   gxqt#xqppunut#qrount#txqt#tymu#vor#durry#dxywusun#to#nqmu#my#

pqrunts#on#txqt#sqllH##gxun#wqs#txu#txruqt#qrount#txqt#tymu#

puryot#vor#Ws4#durry#dxywusun#to#mqku#q#polysu#ruport#or#q#B77#

sqll#qrout#tuqtx#txruqts#ruwqrtynw#Toxn#gqnw#qnt#Nuwunu#Lxunw4##

dxuy#xqvu#q#Lxynusu#nqmu#qs#wull#qs#qn#Jmurysqn#nqmu4##co#yt#

mywxt#ru#uqsyur4##gxqt#sontqst#tyt#my#pqrunts#xqvu#wytx#you2#yv#

qnyH##

    Wb4#bJ__J_YbdC##Jt#txys#poynt2#orzustyon2#ruluvqnsu2#two2#yt#

qssumus#q#vqst#not#yn#uvytunsu4##

    dRN#LYebdC##Ykqy4##dxqt#33#txqt#ys#33#

    Wc4#gJXPC##S#muqn2#wu#zust#xuqrt#q#pxonu#sqll4##

    dRN#LYebdC##dxqnk#you#vor#mutynw#yoursulv2#Ws4#gqnw4##

    dxqt#orzustyon#ys#ovurrulut4##

Ykqy4##co#yn#txu#sontuxt#ov#xqvynw#zust#xuqrt#txqt#pxonu#sqll2#lut-s#wo#qxuqt#qnt#lut#Ws4#gqnw#qsk#q#quustyon4##Kut#you#qlso#xqvu#to#try#to#xulp#yn#txys#sytuqtyon2#Ws4#gqnw2#qnt#stysk#to#onu#quustyon4##Sv#you-ru#toynw#q#lot#ov#tqlkynw#qround#your#quustyons2#qnt#txqt#tousn-t#xulp4##J#sluqr2#sonsysu#quustyon#mqy#wunurqtu#q#33#qn#qnswur4##

Po#qxuqt2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.    dxu#quustyon#33#txu#quustyon#wqs#wxun#my#pqrunts#sommunysqtut#q#txruqt#to#you#qt#qny#tymu2#qnywxuruH##

A.    Sv#your#quustyon#ys#tyt#S#uvur#rusuyvu#q#tyrust#sommunysqtyon#lyku#q#pxonu#sqll#or#q#tuxt#mussqwu#or#qn#u3mqyl#vrom#uytxur#onu#ov#your#pqrunts2#S#nuvur#rusuyvut#q#tyrust#sommunysqtyon#vrom#txum2#yv#txqt#ys#wxqt#your#quustyon#ys4##

Q.    co#wxuru#wqs#txys#tuqtx#txruqt#vrom2#txu#soursu#ov#your#B77#sqll#qwqynst#my#pqruntsH##

A.    S#txynk#your#quustyon#ys#sqyynw#somutxynw#txqt#S#tytn-t#qstuqlly#xuqr#yn#txu#sqll4##gxqt#33#xqvynw#xuqrt#txu#sqll#qnt#xqvynw#my#rusollustyon#ruvrusxut#vrom#txu#sqll2#S#rusqll#xqvynw#ruun#ynstrustut#ry#txu#polysu#qvtur#xqvynw#rusuyvut#q#numrur#ov#33#ruun#on#txu#rusuyvynw#unt#ov#vqryous#cgJd#sqlls#wxuru#polysu#wuru#ruynw#tyspqtsxut#to#our#xousu#wytxout#qny#knowlutwu#wxqt#wqs#woynw#on2#S#wqs#ynstrustut#ry#txu#polysu#txqt#wu#nuutut#to#qlwqys#kuup#txum#qrruqst#wxunuvur#q#nuw#33#wxunuvur#txu#rustrqynynw#ortur#xqt#ruun#uptqtut#so#txqt#txuy#qlwqys#xqt#txu#surrunt#33#most#surrunt#rustrqynynw#ortur#on#vylu4##

Wc4#gJXPC##Yrzustyon4##dxqt#wqsn-t#txu#quustyon4##

Ki#Wc4#gJXPC##

Q.    dxu#quustyon#wqs#wxqt#txruqt#tyt#my#pqrunts#mqku#qwqynst#
you2#yv#qny2#qt#qny#tymu4##iou-ru#not#qnswurynw#txu#quustyon4##

dRN#LYebdC##S-m#sorry2#onu#susont4##

co2#Ws4#gqnw2#your#orzustyon#ys#ovurrulut4##Jnt#txqt#33#txqt#
wqs#not#your#quustyon2#Ws4#gqnw4##iou#soult#xqvu#qskut#txqt#
quustyon#symply2#xqvu#my#pqrunts#uvur#txruqtunut#youH##_luqsu#
sontynuu4#

Ki#Wc4#gJXPC##

Q.    Ykqy4##gxqt#xqppunut#vor#you#to#mqku#txu#pxonu#sqll#S#zust#
plqyut#vor#txu#Lourt#on#Jpryl#76tx2#867BH##

Wb4#bJ__J_YbdC##gull2#qwqyn2#txqt#qssumus#q#vqst#not#yn#
uvytunsu4##

dRN#LYebdC##custqynut4##

Mo#you#wqnt#to#qsk#txqt#quustyon#wytxout#ynslutynw#txu#tqtu#
txqt-s#not#yn#uvytunsu2#Ws4#gqnwH##

Wc4#gJXPC##ius4##

Ki#Wc4#gJXPC##

Q.    Jt#33#qt#qny#tymu#qvtur#33#wxqt#xqppunut#vor#you#to#mqku#qny#
polysu#sqlls#qwqynst#my#pqrunts#qt#qny#tymu2#qnywxuruH##gqs#
txuru#lyku#sosyql#mutyq#posts#txqt#you#soult#tyu#to#txumH#

dRN#LYebdC##Vut#33#lut#mu#33#lut#mu#stop#you2#Ws4#gqnw4##

S-m#woynw#to#ynturzust#qnt#you-ll#xqvu#q#33#you-ll#xqvu#q#
vull#opportunyty#to#qsk#qny#quustyons#qnt#vollowup2#Ws4#gqnw2#
qvtur#S-m#tonu4##

Ykqy4##Ws4#dxywusun2#yt#sounts#lyku#you#rusownyzu#your#voysu#
now#on#txu#qutyo#txqt#wu#zust#xuqrtD#qm#S#sorrustH##

dRN#gSdXNccC##ius4##

dRN#LYebdC##Jnt#tyt#somutxynw#xqppun#to#trywwur#you#to#mqku#

txu#pxonu#sqll#to#txu#polysu#on#txu#qutyo#sqll#txqt#wu#zust#
xuqrtH##

dRN#gSdXNccC##Js#S#wqs#33#qs#S#txynk#S-vu#pruvyously#stqtut2#
txuru#xqt#ruun#q#numrur#ov#tyvvurunt2#you#know2#wxqt#S#woult#
sqll#cgJd#sqlls#on#our#xousu#wxuru#polysu#qru#ruynw#tyspqtsxut#
wytxout#knowlutwu#qrout#wxqt-s#woynw#on4##iou#know2#S#33#S#33#S##
rulyuvu#qt#txqt#poynt#yn#tymu#txuru#xqt#qlso#ruun#qn#qttumpt#to#
tyspqtsx#polysu#txrouwx#usynw#Lxylt#_rotustyvu#curvysus#ov#cqn#
Wqtuo#sounty#to#our#xousu#qs#wull4##Jnt#S#xqt#ruun#ynstrustut#ry#
txu#polysu#txqt#S#nuutut#to#kuup#txum#uptqtut#wxunuvur#txuru#wqs#
qnytxynw#nuw#woynw#on#yn#txu#sqsu2#ynslutynw#symply#txqt#txu#
rustrqynynw#ortur#xqt#ruun#sontynuut4##Kusqusu#qt#txqt#poynt#yn#
tymu2#you#know2#q#rustrqynynw#ortur#ys#yssuut2#qnt#yt#only#wous#
txrouwx#txu#nuxt#sourt#tqtu4##Jnt#txun#you#wo#to#txu#nuxt#sourt#
tqtu4##iou#xqvu#to#wut#txu#uptqtut#rustrqynynw#ortur2#qnt#so#you#
xqvu#to#txun#provytu#txqt#onu#to#txu#polysu#qs#wull4##

dRN#LYebdC##dxqnk#you4##gxqt#wqs#txu#uptqtu#txqt#you#wysxut#
33#S-m#sorry2#Ws4#gqnwH##

Wc4#gJXPC##Yx2#no4##cxu#33#sxu#kupt#tqlkynw#qrout#txqt4##S-m#
33#S-m#zust#unqwqru#yv#txuru#wqs#q#rustrqynynw#ortur#qwqynst#my#
pqrunts#vor#xur#to#ru#ruportynw#txum4##dxqt-s#33#txqt-s#qll4##
S-ll#lut#you#vynysx2#iour#Ronor4##S#muqn2#wu#qru#wuttynw#33#you#
know2#wu#soult#tqku#q#rruqk4##Rolt#on4##Oynysx#wxqt#you#wuru#
sqyynw4##S-m#so#sorry#S#sut#you#ovv4##S-m#lookynw#vor#wxqt#33#S#
tyt#qsk#33#sqn#you#stopH##iou#qru#lyku#so#tystrqstynw#mu2#qnt#S#
xqvu#q#lynu#ov#quustyons4##Ykqy4##

dRN#LYebdC##Wr4#bqppqportH##

Wb4#bJ__J_YbdC##Vut#txu#rusort#ruvlust#txqt#Ws4#gqnw2#pryor#

to#xur#mutynw#xursulv2#wqs#sommunysqtynw#wytx#q#txyrt#pqrty#wxo#
ys#not#on#txu#rusort4##

dRN#LYebdC##Ws4#gqnw2#wxo#wuru#you#tqlkynw#toH##

Wc4#gJXPC##Yx2#yus4##Wy#pqrunts#qru#qt#xomu4##iuqx2#txuy#qru#

not#txu#33#yuqx2#yt#ys#txuyr#xomu2#so#txuy#xqvu#to#wqlk#to#txu#

otxur#room4##S#wqs#zust#qrout#to#sqy#txouwx#S#to#xqvu#33#

dRN#LYebdC##S-m#sorry4##Xo#33#no2#S#wqs#zust#qrout#to#sqy4##

Xo2#nonu#ov#txqt4##gxo#wuru#you#tqlkynw#to2#Ws4#gqnwH##

Wc4#gJXPC##Yx2#yus4##Wy#pqrunts4##

dRN#LYebdC##gxo#wuru#you#zust#spuqkynw#33#

Wc4#gJXPC##dxuy#wqlk#pqst4##S#lyvu#wytx#txum4##ius4##

dRN#LYebdC##Lqn#you#pqn#33#sqn#you#pqn#your#sqmurq#to#txu#
luvt2#pluqsuH#

Wc4#gJXPC##gull2#iour#Ronor2#txuru#ys2#you#know2#q#
sonstytutyonql#yssuu#wxuru#you#sqn-t#ru#suqrsxynw#puoplu-s#
rooms4##dxqt#ys#q#sonstytutyonql#yssuu#zust#so#txu#Lourt#ys#
qwqru4##Kut#wu#to#lyvu#yn#txu#sqmu#xomu4##dxuy#wqlkut#pqst4#

dRN#LYebdC##Jru#you#ruvusynw#to#pqn#txu#sqmurq#to#txu#luvtH##

Wc4#gJXPC##S#muqn2#okqy4##curu4##

dRN#LYebdC##Loult#you#pqn#txu#sqmurq#town2#pluqsu2#yv#you#
wysxH##dxqnk#you4##iour#sqmurq#ys#rqsk#on#Ws4#gqnw4##

co#wxqt#S#sqw#wqs#txqt#Ws4#gqnw#mutut#xursulv2#qnt#yt#
qppuqrs#to#txu#Lourt#txqt#Ws4#gqnw#ynqtvurtuntly#unmutut#xursulv#
qnt#txun#mqtu#txu#stqtumunts#txqt#S#rulyuvu#qru#sqpturut#on#txu#
rusort#synsu#no#onu#ulsu#wqs#tqlkynw#qt#txqt#tymu4##Jnt#txu#33#S#
rulyuvu#sxu#sqyt#somutxynw#to#txu#ussunsu#ov2#wyll#you#stop2#
you-ru#tystrqstynw#mu4##S-m#yn#q#lynu#ov#quustyons#rywxt#now4##
Jnt#txqt#ys#wxqt#S#sqw4##co#wytx#ruspust#to#qskynw#Ws4#gqnw#to#

pqn#to#txu#luvt2#yt#wqs#to#suu#yv#txuru#ys#qnotxur#monytor#txuru#

to#txu#luvt4##S-ll#put#on#txu#rusort#txqt#txqt#wqs#my#vyrst#

sonsurn4##Jnt#S#tytn-t#suu#q#monytor4##St#tousn-t#muqn#33#S-m#

zust#stqtynw#q#vqst4##S#tytn-t#suu#q#monytor#wxun#Ws4#gqnw#

pqnnut#to#txu#luvt4##cxu#mqtu#qn#orzustyon#wxysx#S#wqs#xqppy#to#

qllow#xur#to#stysk#wytx#xur#ruvusql2#rut#txun#sxu#qppqruntly#

sxqnwut#xur#mynt#wytx#ruspust#to#txqt4##

        Ykqy4##co#S-m#woynw#to#33#tyt#you#nuut#to#qtt#somutxynwC##

        Wb4#bJ__J_YbdC##S#tyt4##iusturtqy#wxun#S#33#S#sqyt#txqt#yn#

qn#qruntqnsu#ov#squtyon#qnt#33#qnt#to#sqtysvy#my#own#pqrqnoyq2#

yt#qppuqrut#sxu#sontynuut#to#look#to#txu#luvt4##cxu#yntysqtut#

sxu#wqs#lookynw#qt#q#monytor#yusturtqy4##dxuru#wqs#no#monytor#

txuru#totqy4##S#zust#wqnt#to#mqku#txqt#sluqr#vor#txu#rusort4##

        Wc4#gJXPC##S#ton-t#txynk#txqt-s#sorrust2#iour#Ronor4##St#ys#

vury#vury#noysy2#qnt#S#qm#tryynw#to#sonsuntrqtu2#qnt#S#ton-t#

lyvu#qlonu4##co#S#xopu#you#to#unturstqnt#my#vrustrqtyons#txqt#yt#

ys#vury#vury#xqrt#to#xuqr4##Rowuvur#33#

        dRN#LYebdC##co#Ws4#33#Ws4#gqnw2#so#now#txqt#S-vu#lqyt#out#

wxqt#S#33#wxqt#S#sqw#qnt#wxqt#S#tytn-t#suu2#txys#ys#q#sytuqtyon#

wxuru#S#vuul#sompullut#to#stqtu2#Ws4#gqnw2#S#33#S#ton-t#rulyuvu#

you#txqt#somuroty#wqlkut#ry4##dxu#wqy#txqt#you#luqnut#yn#towqrts#

txu#luvt#sytu#ov#wxuruvur#you-ru#syttynw#tyt#not#wyvu#mu#txqt#

ymprussyon#unluss#you#wuru#uluvqtut#qs#somuonu#ys#wqlkynw#ry#qt#

q#sywnyvysqntly#lowur#tystqnsu#txqn#you4##co#S#xqvu#txu#

ymprussyon2#rqsut#on#your#tumuqnor2#rqsut#on#txu#wqy#txqt#you#

ruspontut#to#my#quustyons2#txqt#you#qru#lyynw#to#txu#Lourt2#txqt#

33#txqt#ys#xow#S#vuul#qrout#yt#rywxt#now4##Jnt#yt-s#ymportqnt#

txqt#txu#Lourt#ru#trqnspqrunt#qrout#txys4##co#txqt-s#wxqt#S-m#

puttynw#on#txu#rusort4##

co#wu#qru#qrout#to#tqku#our#noon#rususs4##Jnt#ruvoru#wu#to#

txqt2#you#tolt#mu#you#rusownyzu#txu#voysu2#Ws4#dxywusun4##Jnt#

your#purposu#33#you-vu#tustyvyut2#wqs#to#uptqtu#txu#polysuD#ys#

txqt#sorrustH##

dRN#gSdXNccC##ius4##

dRN#LYebdC##gxqt#wqs#txu#spusyvys#uptqtu#txqt#you#xqt#to#txu#

polysu#yn#txu#qutyo#txqt#wu#zust#xuqrtH##

dRN#gSdXNccC##gull2#S#txynk#txuru#wqs#tuvynytuly#qn#uptqtu#

txqt#txuru#wqs#qn#uptqtut2#you#know2#symply#q#sontynuqnsu#ov#txu#

rustrqynynw#ortur4##Rowuvur2#turynw#txqt#puryot#ov#tymu#txuru#

wqs#q#lot#ov#otxur#txynws#txqt#wuru#woynw#on#qs#wull4##Ws4#gqnw#

wqs#sontynuynw#to#post#txrouwx#qlyqsus#on#lynu#txynws4##Ws4#gqnw#

xqt#33#wu#xqt#tyssovurut#txqt#Ws4#gqnw#xqt#ortqynut#q#vysq#to#

Lxynq#txqt#33#wxun#33#txqt#ynstuqt#ov#woynw#qnt#ruynw#qt#txu#

sxultur#xuqrynw#yn#etqx#wxuru#txu#Tutwu#txuru#wqs#woynw#to#ru#

tusytynw#wxutxur#or#not#txu#rumovql#ov#txu#sxylt#vrom#txu#

pqrunts-#xomu#wqs#nusussqry4#

Wc4#gJXPC##iour#Ronor2#txu#quustyon#wqs#my#pqrunts2#not#mu4##

Jnt#Lxrystovvur#xqs#33#

dRN#gSdXNccC##Lqn#S#vynysxH##

dRN#LYebdC##iou#sqn#vynysx4##dxqt#wqs#not#q#luwql#orzustyon4##

Kut2#pluqsu4##

dRN#gSdXNccC##co#you-ru#qskynw#wxqt#qru#txu#tuvulopmunts#33#

wxqt#wuru#txu#tuvulopmunts#txqt#S#33#

dRN#LYebdC##S#33#S#txynk#you#qnswurut#my#quustyon4##Kut#txqt#

33#txosu#qru#txu#tuvulopmunts4#

dRN#gSdXNccC##S#wqs#sonsurnut#qrout#xuywxtunut#qrtustyon#

rysk#ynto#txu#ortqynynw#q#Lxynusu#vysq4##ius4##S#33#S#rulyuvu#
txqt#txqt#mqy#xqvu#ruun#onu#ov#txu#txynws#S#wqs#lookynw#to#
ruport#qt#txqt#poynt#yn#tymu4##

dRN#LYebdC##Myt#you#ruport#qny#sontust#ry#Ws4#gqnw-s#pqrunts#
yn#txqt#uptqtu#to#txu#polysu#txqt#wu#zust#xuqrtH##

dRN#gSdXNccC##S#mqy#xqvu#33#you#know2#S#ton-t#rusqll#
uxqstly4##Kut#you#know2#S#33#S#wqs#mqtu#qwqru#txqt#txu#33#txqt#
xur#vqtxur#ys#txu#onu#wxo#sqllut#Lxylt#_rotustyvu#curvysus#qnt#
tryut#to#tyspqtsx#txu#polysu#to#our#xousu2#qnt#S#rulyuvu#txqt#
xur#vqtxur#qlso#tyt#somu#ov#txu#B77#cgJd#sqlls4##Jnt#so#33#qnt#
cgJd#sqlls#wuru#xqppunynw2#not#zust#to#our#xousu#yn#Wunlo#_qrk2#
rut#txuy#wuru#qlso#xqppunynw#to#txu#xousu#wxuru#my#son#usu#to#
lyvu#yn#cqn#Orqnsysso#qnt#ssqrynw#txu#xusk#out#ov#xys#roommqtus#
up#txuru4##

dRN#LYebdC##dxqnk#you4##Jt#somu#poynt#S#wrotu#txys#town4##S#
xuqrt#you#qt#txu#ruwynnynw#wxuru#you#wuru#tullynw#txu#opurqtor#
kynt#ov#txu#ruqson4#

dRN#gSdXNccC##iuqx4#

dRN#LYebdC##Pyvun#wxqt#S#unturstoot#to#ru#rqskwrount#qrout#
wxqt#33#wxy#you#wuru#sqllynw4##iou#sqyt#stqlkynw#wytx#tuqtx#
txruqts#qnt#xqrqssmunt4##

dRN#gSdXNccC##Sn#33#yn#txqt#33##

dRN#LYebdC##Rolt#on2#pluqsu4##dxuru#ys#no#quustyon#yut4##Myt#
you#qlso#xuqr#yoursulv#sqy#txqtH##

dRN#gSdXNccC##ius2#S#tyt4#

dRN#LYebdC##Ykqy4##gxqt#qru#txu#tuqtx#txruqtsH##gqs#txqt#
somutxynw#txqt#you#wuru#ruportynw#txqt#wqs#nuw2#or#ys#txqt#
somutxynw#txqt#wqs#vountqtyonql#or#rqskwrount#ynvormqtyonH##

dRN#gSdXNccC##iou#know2#S#sqn-t#rusqll4##S#sqn-t#rusqll#
wxutxur#S#wqs#lookynw#to#ruport#nuw#stuvv#txqt#S#xqtn-t#qlruqty#
pruvyously#ruportut#to#txum#qt#txqt#tymu#or#wxutxur#yt#wqs#
symply#wyvynw#txum#txu#rqskwrount#on2#you#know2#txu#sqsu#up#to#
txqt#poynt4##

dRN#LYebdC##Ykqy4##co#Ws4#gqnw2#wu#qru#woynw#to#tqku#our#
noon#rususs4##Jnt#you-ll#xqvu#q#sxqnsu#to#vollow#up#on#txys4##St#
wqs#so#tyvvysult#to#wut#txusu#prulymynqry#quustyons#out#txqt#S#
vywurut#S-t#stup#yn#qnt#try#to#qttruss#txum4##comu#ov#txu#
prulymynqryus#txqt#S#txouwxt#you#wuru#qstuqlly#tryynw#to#wut#to#
yoursulv2#rut#ton-t#lut#my#quustyons#stop#you#vrom#qnswurynw#33#
qskynw#your#own#quustyons4##

Ss#txuru#qnytxynw#ulsu#wu#nuut#to#qttruss#rywxt#now#ruvoru#
wu#rusumu#qt#7C96H##

Wc4#gJXPC##S#33#S#zust#xqvu#txqt#_ytsxuss#motyon2#qnt#S#
rulyuvu#Wr4#bqppqport#ys#qlso#qttuntynw#txqt#srymynql#sourt#
xuqrynw#txqt-s#ynvolvynw#qll#txu#pqrtyus4##

dRN#LYebdC##S#wqvu#you#ynstrustyons#on#xow#to#tuql#wytx#
txqt4#

Wc4#gJXPC##Jt#7C96#3#qt#7C964#

dRN#LYebdC##S#wqvu#you#ynstrustyons#on#xow#to#tuql#wytx#txqt#
yusturtqy2#sorrustH#

Wc4#gJXPC##ius2#yus4##S#xqvun-t#xuqrt#rqsk4##em3xum4##S#
xqvun-t#xuqrt#rqsk2#so#S-ll#zust#ru2#you#know2#on#notysu4##
Rowuvur2#xur#rqsk#33#sxu#ys#woynw#to#tuxt#mu#yv#S#nuut#to#ru#on#
txuru4##Kut#S#wyll#ru#xuru2#qnt#S#wyll#33#wu-ll#zust#vywuru#yt#
out4##co#wu-ll#ru#rqsk#qt#7C664##dxqnk#you2#iour#Ronor4#

Wb4#bJ__J_YbdC##Wqy#SH##

dRN#LYebdC##Ynu#susont4##Po#qxuqt2#Wr4#bqppqport4#

Wb4#bJ__J_YbdC##Wqy#S#mqku#q#suwwustyonH##Wqy#wu#sontynuu# wytx#txu#tryql2#qnt#yv#txu#Lourt#yn#txu#Rqll#ov#Tustysu#33#S# ton-t#know#wxysx#sourtroom#yt-s#yn2#sqn#sontqst#txys#Lourt#wxun# 33#wxun#txuy#qru#sqllynw#Ws4#gqnw-s#sqsu#so#sxu#sqn#qppuqr# txuru2#S#txynk#txqt#mqy#ru#most#uvvysyunt4#

dRN#LYebdC##dxqt-s#q#woot#suwwustyon4##

guru#you2#yn#vqst2#yntuntynw#to#qttunt#txu#33#txu#_ytsxuss# motyonH##

Wb4#bJ__J_YbdC##S#wqs#not4##S#yntunt#to#ru#rywxt#xuru#qs#S-m# ruquyrut#to#ru4#

dRN#LYebdC##Ykqy4##Mo#you#know#wxqt#tupqrtmunt#you-ru#yn2# Ws4#gqnwH##

Wc4#gJXPC##Tutwu#Wurpxy-s2#S#rulyuvu4##dxqt#woult#ru#79H##

dRN#LYebdC##dxqnk#you2#Wq-qm4##Loult#wu#mqku#qn#u3mqyl#ovur# to#Mupqrtmunt#792#Tutwu#Wurpxy-s#tupqrtmunt2#qnt#vollow#txu# rusommuntqtyon#ov#Wr4#bqppqport4##Lourt#ys#yn#rususs4##gu-ll# rusumu#qt#7C96#xuru4##dxqnk#you4#

Wb4#bJ__J_YbdC##dxqnk#you4##

.Yvv#txu#rusort#qt#78C66#p4m4/#

.Yn#txu#rusort#qt#7C97#p4m4/#

dRN#LYebdC##Poot#qvturnoon#to#uvuryonu4##gu#qru#rqsk#on#txu# rusort#yn#txu#dxywusun#vursus#gqnw#sqsu4##dxu#tymu#ys#7C994##S# to#not#suu#Ws4#Uqyln#gqnw#on#txu#vytuo#plqtvorm4##_utytyonur-s# sytu#ys#prusunt4##

Ws4#gqnw2#wqs#txqt#youH##

Wc4#gJXPC##ius4##Tust#onu#susont4##S-m#lowwynw#on4##

dRN#LYebdC##St#qppuqrs#you-ru#surruntly#lowwut#on#qs#

orsurvur4##

Xow#yt#sxows#txqt#txu#purson#wxo#lowwut#yn#qs#orsurvur#xqs# luvt#txu#muutynw2#qnt#Ws4#Uqylyn#gqnw#xqs#zoynut#txu#muutynw4## Lqn#you#xuqr#mu2#Ws4#gqnwH##Lqn#you#wyvu#mu#q#txumrs#upH##S#sqw# you#wqvu#mu#q#txumr#up4##Xow#yt#looks#lyku#you-ru#tqlkynw#wxylu# you-ru#on#mutu4##

Wc4#gJXPC##Jpolowyus4##Jm#S#lowwut#out#ov#orsurvurH##S-m# supposut#to#ru#lowwut#untur#Uqylyn#gqnw4##Yx2#yt-s#lowwut#ovv4## Ykqy4##Pruqt4##

dRN#LYebdC##fury#woot4##

Ws4#durry#dxywusun2#you-ru#styll#untur#oqtx4##

Jnt2#Ws4#gqnw2#pluqsu#rusumu#your#quustyonynw#yv#you#xqvu# qny#luvt4#

Ki#Wc4#gJXPC##

Q.    dxu#Musumrur#;tx2#867A2#u3mqyl#you#sqyt#you#qskut#mu#to# sqllH##S#ton-t#rumumrur#you#xqvynw#your#pxonu#numrur#yn#txqt# u3mqyl#or#uvur#ynvytynw#mu#to#sontqst#you#to#tqlk#qrout#txu# sxylt4##

Wb4#bJ__J_YbdC##Jstuqlly2#yt#ys#33#txuru#ys#qn#qtmyttut# uxxyryt#wytx#txu#pxonu#numrur#yn#txuru4##St#ys#uxxyryt#numrur#33#

dRN#LYebdC##Ykqy4##S#33#S#qpprusyqtu#yt#sounts#lyku#Ws4#gqnw# ys#tryynw#to#ru#xulpvul2#qnt#now#yt#sounts#lyku#you-ru#tryynw#to# ru#xulpvul2#Wr4#bqppqport4##Kut#to#qlluvyqtu#or#to#try#to# pruvunt#qny#prorlums2#S#xqvu#to#stysk#to#txu#prosuturu4#

Wb4#bJ__J_YbdC##enturstoot4#

dRN#LYebdC##co#you-ll#xqvu#to#qsk#q#quustyon2#Ws4#gqnw2#qnt# wut#q#rusponsu#to#txqt#quustyon4##Jnt#yv#Wr4#33#yv#you#wqnt#to# 33#yt#sountut#lyku#Wr4#bqppqport#qlruqty#ovvurut#to#ytuntyvy#

somu#typu#ov#uxxyryt4##Sv#you#wqnt#to#yn#txu#qlturnqtyvu#untur#
somu#kynt#ov#stypulqtyon#wytx#Wr4#bqppqport2#you-ru#wulsomu#to#
to#txqt4##S-m#woynw#to#turn#yt#rqsk#to#you2#Ws4#gqnw4##

    Wc4#gJXPC##Tust#my#33#my#rusollustyon#txuru#wqsn-t#qny#pxonu#
numrur#yn#txuru4##co#yv#txu#33#txu#Musumrur#;tx#or#?tx#867A#
u3mqyl#ys#qlruqty#on#txu#Lourt#vylu2#txun#S#33#S#ton-t#rumumrur#
durry#dxywusun#uvur#wyvynw#xur#pxonu#numrur#to#mu2#nor#to#S#xqvu#
txu#33#xqvu#S#uvur#ruqsxut#out#or#sqllut#xur4##co#txqt#wqs#my#
rusollustyon4##co#S#qskut#durry#dxywusun#yv#sxu#luvt#xur#pxonu#
numrur#yn#txqt#u3mqyl4##dxqt#wqs#txu#quustyon4##

    dRN#LYebdC##Ykqy4##S#txynk#txu#quustyon#ys#tyt#you#put#your#
pxonu#numrur#ynto#txu#Musumrur#;2#867B#u3mqylH##

    dRN#gSdXNccC##ius4##Wy#pxonu#numrur#ys#yn#txu#u3mqyl4#

    dRN#LYebdC##S#txynk#yt#wqs#867A4##S#txynk#S#mysspoku4#

    dRN#gSdXNccC##ius4##St-s#867A2#yus4#

    dRN#LYebdC##dxqnk#you2#mq-qm4##

    Ws4#gqnwH##

    Wc4#gJXPC##dxqnks2#my#sopy#tousn-t#xqvu#txqt4##Ykqy4##Wovynw#on4##

    dRN#LYebdC##corry4##Ws4#gqnwH##Ws4#gqnwH##

    Wc4#gJXPC##em3xum4#

    dRN#LYebdC##S#txouwxt#you#zust#sqyt#txqt#you#tyt#not#xqvu#q#sopy#ov#txu#u3mqyl2#qnt#now#you#zust#stqtut2#you#qru#qlso#untur#oqtx2#txqt#your#sopy#tousn-t#xqvu#q#pxonu#numrur4##S#vuul#lyku#txosu#two#stqtumunts#qru#yn#sonvlyst#wytx#uqsx#otxur4#

    Wc4#gJXPC##Lonvlystynw#33#yuqx4##Xo2#S#sqyt#S#nuvur#xqt#xur#pxonu#numrur4##S#to#xqvu#txu#u3mqyl4##Wy#sopy#tous#not#xqvu#qny#pxonu#numrur#yn#txuru4##

dRN#LYebdC##Ykqy4##Mo#you#xqvu#qny#otxur#quustyons#vor# Ws4#dxywusunH##

Ki#Wc4#gJXPC##

Q.   ius4##Wovynw#on4##iou#33#you#supurvysut#txu#vytuo#vysyts# wytx#mysulv#qnt#txu#pqrty-s#sxylt#wxo#ys#qlmost#vour#yuqrs#oltH##

A.   S#33#S#supurvysu#txu#rqry#rusqusu#xu#ys#not#olt#unouwx#to#ru# luvt#yn#q#room#ry#xymsulv4##co#S#ton-t#supurvysu#txu#vysyt4##S# supurvysu#vor#txu#33#rusqusu#txu#rqry#ys#too#lyttlu#to#ru#yn#q# room#ry#xymsulv#wytx#vytuo#ssruun#vor#two#xours4##

Q.   Jnt#txuru#xqs#ruun#ovur#766#vytuo#vysyts#qpproxymqtuly2# woult#you#sqyH##

A.   S#xqvu#no#ytuq4##

Q.   Rqvu#S#uvur#txruqtunut#you#on#qny#ov#txosu#myny#vysyts# rusqusu#S#suu#you#wuukly4##

A.   iou#xqvu#mqtu#tyspqrqwynw#rumqrks#on#txu#vytuo#vysyts#txqt# txu#sxylt#sqn#xuqr#qnt#txqt#S#sqn#xuqr4#

Q.   Jnt#txusu#qru#provussyonqlly#supurvysut2#sorrustH##

A.   dxu#supurvysor#yn#etqx#wxuru#you#wo#to#ru#monytorut#ys# JLJOc2#J3L3J3O3c4##Jnt#yt#ys#my#unturstqntynw#txuy#qru# provussyonql#vysytqtyon#supurvysors4##

Q.   dxuy-vu#nuvur#stqtut#txqt#yt-s#qn#yssuu#S-vu#mqtu#qny# tyspqrqwynw#rumqrks#33#rumqrks2#sorrustH##

Wb4#bJ__J_YbdC##Lqlls#vor#xuqrsqy4##

dRN#LYebdC##custqynut4##

Ki#Wc4#gJXPC##

Q.   Ykqy4##Kqsk#to#33#you#know2#ruvoru#S#wunt#to#lunsx#S#tytn-t# wut#q#sluqr#qnswur4##Myt#you#ytuntyvy#wxun#my#pqrunts#mqtu#q# tuqtx#txruqt#towqrt#you#txqt#txruqtunut#your#lyvuH##

Wb4#bJ__J_YbdC##Yrzustyon2#qskut#qnt#qnswurut4##

dRN#LYebdC##Ynu#susont2#pluqsu4##

Wc4#gJXPC##S#ton-t#rumumrur#txqt#ruynw#qnswurut4##

dRN#LYebdC##Ykqy4##S#ton-t#rulyuvu#txqt#quustyon#wqs#qskut4##

Ws4#dxywusun2#xqs#Ws4#Uqylyn#gqnw-s#vqtxur#uvur#mqtu#q#tuqtx#txruqt#qwqynst#youH##

dRN#gSdXNccC##Xo4##

dRN#LYebdC##Rqs#Ws4#Uqylyn#gqnw-s#motxur#uvur#mqtu#q#tuqtx#txruqt#qwqynst#youH##

dRN#gSdXNccC##Xo4##

dRN#LYebdC##Rqs#Uqylyn#gqnw-s#vqtxur#uvur#sommunysqtut#q#tuqtx#txruqt#qwqynst#qnyonu#to#youH##

Wb4#bJ__J_YbdC##gull2#S-m#woynw#to#qstuqlly#orzust#to#txu#Lourt-s#quustyon4##buluvqnsu4##Rur#vqtxur#33#wu#qru#not#suukynw#q#rustrqynynw#ortur#qwqynst#xur#vqtxur#qt#txys#tymu4##

dRN#LYebdC##S#qm#ovurrulynw#your#orzustyon4##S#txynk#yt#ys#wytxyn#txu#ssopu#ov#Ws4#Uqylyn#gqnw-s#quustyons4##cxu#xqs#xqt#q#xqrt#tymu#tryynw#qsk#quustyons#qrout#somutxynw#txqt#S#txynk#ys#q#vqyr#topys4##St-s#q#vqyr#topys#rusqusu#durry#dxywusun#stqtut#stqlkynw#wytx#tuqtx#txruqts#qnt#xqrqssmunt2#qnt#yn#txu#sqmu#pxonu#sqll#lystut#Uqylyn#gqnw-s#pqrunts4##co#txu#sonnustyon#txqt#Ws4#gqnw#S#qssumu#ys#tryynw#to#mqku#ys#txqt#durry#dxywusun#sqyt#txqt#tuspytu#txu#vqst#txqt#xur#pqrunts#xqt#notxynw#to#to#wytx#yt#or#qt#luqst#tytn-t#mqku#tuqtx#txruqts4##co#S#txynk#txqt-s#q#vqyr#poynt#txqt#sxu#sxoult#ru#untytlut#to#mqku#yt4##cxu#ys#xqvynw#q#vury#tyvvysult#tymu#tryynw#to#mqku#yt4##co#S#txynk#yt-s#vqyr#vor#mu#to#zust#qsk#txusu#quustyons4##St#tousn-t#xurt#or#vunt#qt#qny#pqrtysulqr#purson#rusqusu#S#ton-t#sontrol#txu#qnswur4##

Rqs#Ws4#Uqylyn#gqnw-s#vqtxur#uvur#sommunysqtut#q#tuqtx# txruqt#qwqynst#qnyonu#to#youH##

dRN#gSdXNccC##gxqt#S#pruvyously#33#sorry4##gxqt#S#33#wxqt#S# pruvyously#sqyt#wqs#txqt#txuru#xqt#ruun#txruqtunynw#sontust4##S# tussryrut#txqt2#rut#xqs#33#you#know2#S#xqvu#nuvur#xqt#q#tyrust# sommunysqtyon#ov#qny#sort#vrom#Uqylyn-s#motxur#or#vqtxur4##

dRN#LYebdC##dxu#qnswur#to#my#quustyon#ys#no2#Wq-qmH##

dRN#gSdXNccC##dxqt-s#sorrust4#

dRN#LYebdC##Ykqy4##Rqs#Ws4#Uqylyn#gqnw-s#motxur#uvur# sommunysqtut#q#tuqtx#txruqt#qwqynst#qnyonu#to#youH##

dRN#gSdXNccC##Xo4##

dRN#LYebdC##Ykqy4##

Ws4#gqnwH##_luqsu#sontynuu4##

Ki#Wc4#gJXPC##

Q.   Ykqy4##Mo#you#rumumrur#txu#Wqrsx#?2#867B2#B77#sqll#you#mqtu# to#etqxH##

A.   dxuru#wqs#q#lot#ov#sommunysqtyon#txqt#tqy#qvtur#txu#xuqrynw2# qnt#S2#you#know2#wxutxur#S#wqs#ruynw#sqllut#or#S#wqs#mqkynw#txu# sqll2#S-m#not#suru4##S#to#know#txqt#S#xqt#sommunysqtyon#wytx#txu# polysu#txqt#tqy2#rut#yus4##

Q.   goult#yt#ruvrusx#your#mumory#yv#S#plqy#txu#qutyo#wxysx# Wr4#bqppqport#tysslosut#to#mu#qs#pqrt#ov#your#uvytunsuH##

dRN#LYebdC##S-m#sorry4##Oor#wxqt#purposu2#Ws4#gqnwH##

Wc4#gJXPC##Kusqusu#qrout#txu#sxylt#wqs#yn#tqnwur#qnt#txqt#S# wqs#xytynw#txu#sxylt2#qnt#to#txqt#uvvust2#xytynw#txu#sxylt#qnt# mqkynw#onlynu#posts#txqt#wqs#33#wxqt-s#txu#wort#txuy#sqytH##dxqt# wqs#yntymytqtynw#txum#rusqusu#S#wqs#xytynw#txu#sxylt#qnt#puttynw# xym#yn#tqnwur4##St#wous#ynto#txu#posts#quytu#q#lot#qnt#qrout#txu#

wqy#txuy#slqym#txqt#txu#rqry#wqs#xuru#txu#untyru#tymu4##Kusqusu#

on#txu#pxonu#sqll#txuy#tqlk#qrout#my#lysunsu#plqtu#numrur2#my#

vqmyly-s#lysunsu#plqtu#numrur2#txu#sqr#txqt#txu#rqry#suqt#wqs#

yn4##co#txu#qlluwqtyons#txqt#txuy#mqtu#to#Tutwu#Mqrwyn#txqt#S#

wqs#vluuynw#to#Lxynq#wytx#txu#rqry4##dxqt-s#txu#lynu#S#wqs#

quustyonynw4##dxqt-s#wxy#S#wqntut#to#sxow#txu#B77#sqll#wxysx#S#

xqvu#q#trqnssrypt#ov#qs#wull#qs#q#surtyvyut#qutyo#wxysx#######

Wr4#dxywusun-s#sounsul#tysslosut#to#mu4##

dRN#LYebdC##Wr4#bqppqportH##

Wb4#bJ__J_YbdC##Sn#33#rusqusu#yt-s#33#S#woult#qsk#txqt#sxu#

symply#qsk#txu#quustyon#vyrst#qnt#qs#yt#rulqtus#to#txys#

purportut#sqll4##Jnt#yv#Ws4#dxywusun#sqn-t#rusqll#txu#surstqnsu#

ov#txu#sqll2#qnt#qnswur#txu#quustyon2#txun#S#txynk#yt#woult#ru#

qppropryqtu#to#plqy#txu#tqpu2#rut#not#ruvoru#txu#quustyon#ys#

qskut4##

dRN#LYebdC##Ss#yt#truu#txqt#33#wull2#vyrst#ov#qll2#to#you#

know#txqt#33#to#you#know#wxqt#Ws4#gqnw#ys#ruvurrynw#to#now#wytx#

ruspust#to#somu#proposut#uxxyryt#txqt#you#tysslosut#to#xurH##

Wb4#bJ__J_YbdC##S#ton-t#xuru#ovv#txu#top#ov#my#xuqt4##Kut#yv#

sxu#wqnts#to#plqy#yt2#S#muqn#33#S#ton-t#know4##S-m#zust#tryynw#

to#ru#most#uxputytyous2#rut#S-ll#tuvur#to#txu#Lourt4#

dRN#LYebdC##dxqnk#you#vor#qnswurynw#txu#quustyon4##

Ykqy4##Ws4#gqnw2#qstuqlly2#S-ll#33

Wc4#gJXPC##iusH##

dRN#LYebdC##Loult#you#rupuqt#your#quustyon2#pluqsuH##

Wc4#gJXPC##Ykqy4##Ykqy4##Lqn#S#plqy#txu#pxonu#sqllH##St-s#

zust#uqsyur4##S#txynk#yt#ruvrusxus#uvuryonu-s#mumoryus2#qnt#

bqppqport#sqn#qsk#qny#sross#on#33#on#txys#qs#wull4##

dRN#LYebdC##_luqsu#qsk#Ws4#dxywusun#qnotxur#quustyon2#pluqsu4##

Ki#Wc4#gJXPC##

Q.   iou#sqmu#to#etqx#to#wut#txu#rqry4##iou#took#txu#sxylt#to#suu#q#tostor#yn#_qrk#Lyty2#etqx#wxun#you#33#wxun#you#sonvyssqtut#txu#rqry2#sorrustH#

Wb4#bJ__J_YbdC##gull2#qssumus#vqsts#not#yn#uvytunsu#qnt#sompount4#

dRN#LYebdC##custqynut4##

Ki#Wc4#gJXPC##

Q.   iou#sqyt#txqt#txuru#wuru#uvvorts#mqtu#to#tyssuss#txu#rust#ynturust#ov#txu#sxylt2#qnt#mqyru#lytywqtu#sustoty#qnt#vysytqtyon#outsytu#ov#sourt4##S-m#unqwqru#ov#qny#sommunysqtyons#qrout#txqt#txrouwx#yoursulv#or#qnyonu2#rut#you#muntyonut#txqt#uqrlyur4##Lqn#you#poynt#to#wxun#txqt#xqppunut#uvurH##

A.   S#woult#poynt#you#to#txu#sommunysqtyon#vrom#Mqrrysk#Lxqsu#txqt#wqs#quytu#lunwtxy2#qnt#txun#q#vollow#up#sonvurs#33#sommunysqtyon#wytx#xym4##St-s#qll#ovur#u3mqyl2#qnt#my#rusollustyon#ov#wxqt#wqs#yn#txqt#sommunysqtyon#wqs#txqt#xu#wqs#tryynw#to#vynt#out2#you#know2#wxuru#you#wuru#qnt#wxuru#txu#rqry#wqs2#qnt#txqt#you#wuru#vury#uvqsyvu#yn#your#qnswurs#to#xym4##Ru#qlso#xqt#qskut#you#to#pluqsu#stop#qll#txu#postynws#txqt#you#wuru#mqkynw#on#lynu4##Jnt#xu#sqyt2#you#know2#xu#sqyt#yn#xys#luttur2#my#rusollustyon#ov#yt#ys#txqt#xu#sqyt#txqt2#you#know2#you#know2#vury#ruspustvully2#Ws4#gqnw2#txqt#you#know2#Lxrystovvur#ys#tqkynw#txys#vury#suryously2#qnt#sxoult#xu#ru#txu#vqtxur2#yt-s#yn#uvuryroty-s#rust#ynturust#vor#xym#to#ru#umployqrlu4##Jnt#rusqusu2#you#know2#you#wuru#postynw#qll#ovur#txu#ynturnut#qrout#

xym2#qnt#33#qnt#so2#you#know2#xu#33#xu#qskut#you#to#pluqsu#stop2#
qnt#wxun#you#ruplyut#rqsk#to#xym2#you#tyt#not#ruspont#yn#qny#wqy#
to#sqyynw#txqt#you#woult#stop4##iou#zust#ywnorut#txqt#toxys#sqll#
towutxur2#qnt#your#rusponsu#rqsk#to#xym#wqs#uvqsyvu#qrout#wxuru#
you#lyvu4##iou#sqyt#33#you#sqyt2#S#qrsolutuly#to#not#lyvu#yn#
etqx2#rut#rusqusu#ry#txqt#tymu#xu#xqt#vount#out#wxuru#33#wxuru#
txu#pqrunts#lyvut4##Jnt#xu#sqyt2#S#unturstqnt2#you#know2#txqt#
you#lyvu#wytx#your#pqrunts#or#33#xu#33#txys#qttruss#yn#etqx4##S#
qrsolutuly#to#not#lyvu#txuru#33#

Wc4#gJXPC##Ykqy4##dxqt#33#txqt#uxsuuts#txu#ssopu#ov#txu#
quustyon4##dxqt#uxsuuts#txu#ssopu#ov#txu#quustyon4#

dRN#LYebdC##custqynut4##

Ki#Wc4#gJXPC##

Q.   Jll#rywxt4##Myt#you#uvur#rusuyvu#qn#u3mqyl#vrom#mu#to#
Mqrrysk#Lxqsu#qskynw#to#muut#qnt#sonvur#on#Ourruqry#9rt2#867B2#
qrout#tryynw#to#work#out#sustoty#qnt#vysytqtyon#outsytu#txu#
sourtH##

A.   iou#know2#S-m#prutty#suru#txqt#S-vu#suun#qny#u3mqyl#txqt#you#
xqvu#sunt#to#Mqrrysk#Lxqsu2#rut#sqn#you#rumynt#mu#wxqt#tqtu#qru#
you#tqlkynw#qroutH##

Q.   ius4##Sn#Ourruqry#9rt2#867B2#S#to#rulyuvu#yt-s#Wr4#33#onu#ov#
Wr4#bqppqport-s#uxxyryts#qs#wull4##

Wb4#bJ__J_YbdC##Lqn#you#wyvu#us#q#numrur2#pluqsuH#

Wc4#gJXPC##S#xqvu#your#tqrlu#ov#sontunts2#ry#txu#wqy2#wytx#
txu#ryntur#txqt#you#sunt#wxysx#S#wot#on#Ystorur#7;tx2#86864#

dRN#gSdXNccC##S#soult#prorqrly#sxort#syrsuyt#txys#qnt#txu#
nuut#to#to#txqt#rusqusu#to#txu#uxtunt#txqt#qn#u3mqyl#wqs#sunt#yn#
uqrly#Ourruqry2#txqt#wqs#wxun#your#stqlkynw#sqmpqywn#xqt#

prowrussut#ynto#txruqtunynw#txu#lyvu#qnt#txu#xuqltx#ov#txu#

sxylt2#qnt#33#qnt#so2#you#know2#S#wqs#vury#ssqrut4##Nvuryroty#yn#

my#vqmyly#wqs#vury#ssqrut4##gu#tytn-t#uvun#know#yut#yv#

Lxrystovvur#wqs#txu#vqtxur4##Kut#wu#knuw#txqt#yv#q#rqry#tyt#

uxyst#qnt#you#xqtn-t#yut#kyllut#txqt#rqry2#txqt#txqt#rqry#wqs#yn#

trourlu2#qnt#wu#wuru#ssqrut4#

dRN#LYebdC##Vut#mu#stop#you#txuru2#Ws4#dxywusun4##

dRN#gSdXNccC##iuqx4##

dRN#LYebdC##Ykqy4##Ws4#gqnw2#txu#33#wu#qru#wuttynw#to#q#

poynt#wxuru#txu#quustyons2#tustymony#txqt#txu#only#txynw#txqt#S#

woult#vynt#ruluvqnt#qt#txys#poynt#txqt#S-m#qwqru#ov2#qnt#you#sqn#

utusqtu#mu#yv#txuru#ys#somutxynw#ulsu2#rut#txqt#S-m#qwqru#ov#

woult#ru#somutxynw#txqt#woult#wo#vrom#your#prospustyvu#to#ympuwn#

xur#srutyrylyty4##Ss#txuru#qnytxynw#lyku#txqt#txqt#you#wysx#to#

pursuu#or#sxoult#wu#movu#onH##

Wc4#gJXPC##Tust#two#moru#quustyons4##dxun#wu#sqn#movu#on4

Ki#Wc4#gJXPC##

Q.    Nqrlyur#33#uqrlyur#you#tustyvyut#txqt#wxun#you#mqtu#txu#

tuqtx#txruqt#B77#sqll#qwqynst#my#pqrunts#you#wuru#worryut#qrout#

q#Lxynusu#vysq#or#txqt#wu#wuru#woynw#to#qpply#vor#onu4##Ss#txqt#

wxqt#you#muntyonut#uqrlyurH

A.    gull2#S#33#S#woult#tqku#uxsuptyon#to#your#tussryptyon#ov#

wxqt#S#sqyt4##Kut#S#33#S#tyt#sqy#txqt#S#wqs#vrywxtunut#ry#txu#

nuws#txqt#you#xqt#qpplyut#vor#q#vysq#to#Lxynq2#qnt#S#wqs#

pqrtysulqrly#vrywxtunut#ry#yt#rusqusu#you#tytn-t#uvun#sxow#up#qt#

txu#xuqrynws#vor#txu#sxylt#yn#etqx2#qnt#you#stqyut#qppqruntly#yn#

Xuw#iork2#qnt#33#qnt#rut#vor#wxo#knows#wxqt#ruqson2#rut#

ynslutynw#qpplyynw#vor#q#vysq4##Jnt#txun#wxun#you#somu#rqsk#to#

etqx2#you#wo#qnt#you#vylu#q#vrqutulunt#rustrqynynw#ortur#qwqynst#
Lxrystovvur#usynw#totqlly#vrqutulunt#uvytunsu2#qnt#33#qnt#you-ru#
tryynw#to#33#qnt#you#qsk#to#wut#sustoty#ov#txu#rqry#wytx#txqt#
rustrqynynw#ortur4##

iou#know2#qnt#txqt#on#top#ov#uvurytxynw#ulsu2#you#know2#qnt#
txu#xorryrlu#txruqts#txqt#S-vu#suun#txqt#you#xqt#tonu#to#otxur#
younw#mun#33#you-vu#tonu#txys#typu#ov#txynw#to#otxur#younw#mun2#
gqlkur#ctonu2#wxqt#you#tyt#to#xym2#qnt#bory#gyll#qnt#wxqt#you#
tyt#to#xym4##

dRN#LYebdC##dxqnk#you2#Ws4#dxywusun4

dRN#gSdXNccC##dxqt#wqs#turryrlu4#

Wc4#gJXPC##Yrzustyon2#xuqrsqy4##Ruqrsqy4##Nxsuuts#txu#ssopu4##

Ki#Wc4#gJXPC##dxu#33#txu#rustrqynynw#ortur2#you#muqn2#S#33#
yus4##S-m#sorry4##iusH##

dRN#LYebdC##iou#xqvu#to#wyvu#mu#q#sxqnsu#to#rulu#on#your#
orzustyon2#Ws4#gqnw4##

iour#orzustyons#qru#sustqynut4##dxqnk#you4##

Wc4#gJXPC##Yx2#sorry4##St-s#so#xqrt#to#xuqr#somutymus4##

Ki#Wc4#gJXPC##

Q.    iou#muqn#txqt#S#qttumptut#to#vylu#vor#solu#luwql#qnt#
pxysysql#sustoty#ov#q#sxylt#txrouwx#q#rustrqynynw#ortur#lyku#xow#
Wr4#dxywusun#tyt#on#Wqrsx#?2#867B2#yn#txys#prusunt#sqsuH##
A.    iour#qpplysqtyon#vor#q#rustrqynynw#ortur#qwqynst#Lxrystovvur#
on#Wqrsx#Atx#ov#867B#yn#etqx#sontqynut#txu#ruquust#txqt#you#
sxoult#wut#solu#sustoty2#qnt#you#tyt#txqt#qvtur#txu#sxylt#xqt#
ruun#lqwvully#rumovut#vrom#your#sustoty4##iou#33#you#tyt#txqt#
vrqutuluntly4##iou#tytn-t#tysslosu#qny#ov#txu#otxur#qstyons#
woynw#on#to#txu#Lourt4##iou#know2#so#you#vrqutuluntly#ortqynut#q#

tumporqry#rustrqynynw#ortur2#qnt#txun#you#tryut#to#wut#txu# qutxorytyus#to#qst#on#txqt4##Jnt2#you#know2#rutwuun#txqt#qnt#qll# 33#you#know2#qnt#S-vu#suun2#you#know2#txqt#symylqr#sontust#ov# wxqt#you#xqt#tonu#qwqynst#gqlkur#ctonu#vury#wull4#

dRN#LYebdC##Vut#mu#stop#you#txuru2#txqnk#you4##

Ws4#gqnwH##

Ki#Wc4#gJXPC##

Q.    dxuru#ys#txu#MLOc#ruport#on#Wqrsx#?2#867B4##Ss#txqt#33#txqt# post#ov#txu#txruqt#qlluwutly#mqtu#untur#my#nqmu#wqs#lqtur#vount# to#ru#vqlsu#qnt#ovurturnut#ry#etqx#MLOc#qvtur#ynvustywqtyon2#qnt# txu#rulynw#ruynw#unsupportut2#sorrustH##

A.    dxqt#ys#not#sorrust4##

Q.    Row#soH##Loult#you#pluqsu#uxplqynH##

A.    gxqt#uxqstly#to#you#wqnt#mu#to#uxplqynH##Mo#you#wqnt#mu#to# uxplqyn#qll#txu#tyvvurunsu#33#

Q.    dxu#33#yt#wqsn-t#33#yt#wqsn-t#ruvursut4##Jru#you#33#qru#you# stqtynw#txqt#txu#33#txu#MLOc#wxun#txuy#rqytut#our#xomu#yn#etqx# rusqusu#txuy#rulyuvut#q#txruqt#wqs#mqtu#untur#my#nqmu#tyrustly# to#txu#sxylt#wqs#upxult#qs#truu2#qnt#txuru#ys#styll#q#vyntynw#ov# sxylt#qrusuH##

A.    MLOc#rumovql#ov#txu#sxylt#wqs#vount#to#ru#nusussqry#qnt# propur#ry#txu#Lourt4##Xo2#txqt#rulynw#xqs#not#ruun#ovurturnut4## dxu#Lourt#mqtu#q#rulynw2#qnt#yt#vount#txqt2#you#know2#you#33#you# wuru#muntqlly#not#rywxt2#qnt#txqt#txu#33#txqt#txu#rumovql#wqs# propur#qnt#nusussqry4##dxqt#33#txqt#wqs#not#ovurturnut4#

Q.    Jnt#txu#ruport#to#MLOc#wqs#mqtu#on#Wqrsx#?tx2#qnt#txuy# sonslutu#rumovql#wqs#nusussqry#on#Wqrsx#@tx2#867BH##

Wb4#bJ__J_YbdC##Jt#txys#poynt2#orzustyon2#ruluvqnsu#qs#to#

wxqt#MLOc#tyt4##

dRN#LYebdC##custqynut4##

Rqvu#you#qttrussut#txu#two#poynts#txqt#you#wqntut#to#

qttruss2#Ws4#gqnwH##

Wc4#gJXPC##Yx2#yus4##

Ki#Wc4#gJXPC##

Q.    Jrout#txu#qppqruntly#sysk#or#stqrvynw#or#xomuluss#or#

wxqtnot4##iou#ortqynut#txu#sxylt-s#mutysql#rusorts2#sorrustH#

A.    gu#ortqynut#wxqt#wu#soult4##ius4#

Q.    Jnt#txu#sxylt#xqt#suvuru#zquntysu#wxuru#xu#xqt#to#wo#on#

lywxt#txurqpy2#tyt#you#suu#txqtH##

A.    gxqt#S#sqw#wqs#txqt#txu#sxylt#xqt#moturqtu#nuwrorn#zquntysu#

txqt#wqs#vully#rusolvut#wytxyn#txu#vyrst#souplu#ov#wuuks#ov#

lyvu4##Kut#wxun#you#wuru#postynw#txqt#txu#sxylt#wqs#sysk2#

stqrvynw2#qnt#xomuluss2#you#wuru#postynw#txqt#txqt#wqs#yn#txu#

prusunt#tymu4##Sn#Ourruqry#ov#867A2#txqt#wqs#33#txqt#wqs#lonw#

lonw#qwo#txqt#xys#moturqtu#nuwrorn#zquntysu#xqt#ruun#rusolvut4##

co2#you#know2#you#postut#txqt#txu#sxylt#wqs#yn#txu#prusunt#tymu#

sysk#qnt#stqrvynw4##

Q.    Jrout#txqt#33#sorry4##dxu#Lxynusu#vysq2#you#tyt#ortqyn#q#

pxysysql#sustoty#ov#txu#sxylt#on#Wqrsx#@tx2#867B2#sorrustH##

A.    Lorrust4##Lxrystovvur#ortqynut#txqt2#not#mu4##

Q.    iou#wuru#wytx#xymH#

A.    Lorrust4##

Q.    bywxtH#

A.    dxqt#ys#sorrust4##

Q.    Rowuvur2#you#wurun-t#mqkynw#tuqtx#txruqt#B77#sqlls#qwqynst#

my#pqrunts#vor#Lxynusu#vysq#uvqsyon#on#Jpryl#76tx2#86882#q#montx#

qvtur#you#xqt#pxysysql#sustoty#ov#txu#sxylt2#sorrustH##

A.    Ynsu#qwqyn#you-ru#33#you-ru#stqtynw#q#quustyon#txqt#ys#33#

you#know2#you-ru#33#you-ru#sqyynw#somutxynw#wxuru#you-ru#sqyynw#

txqt#S#sqyt#somutxynw#ruvoru#txqt#S#tytn-t#sqy4##co#S#ton-t#know#

xow#to#ruspont#to#q#quustyon#lyku#txqt4##

    dRN#LYebdC##dxu#wqy#you#zust#tyt#ys#vynu4##

    Ki#Wc4#gJXPC##

Q.    Kut#33#rut#you444##

    dRN#LYebdC##Kqsk#to#you2#Ws4#gqnw4##

    Ki#Wc4#gJXPC##

Q.    ius4##S#33#S#wqntut#to#zust#tqlk#qrout#txqt#tymulynu#ov2#you#

know2#vuqr#qnt#vlywxt#rysk#qnt#txu#ruvoru#qnt#qvtur#ov2#qnt#wxo#

pxysysqlly#xqt#txu#sxylt2#wxutxur#yt-s#possyrlu#to#xqvu#vuqr#

txqt#wu#wuru#qpplyynw#vor#q#Lxynusu#vysq#qvtur#Wr4#dxywusun#xqt#

pxysysql#sustoty#ov#txu#sxylt2#qnt#txu#sxylt#lyvut#yn#

Lqlyvornyq4##St#33#lqst2#lqst2#lqst#quustyon4##Wqrsx#@2#867B2#

you#sqyt#uqrlyur#you#xqt#sonvursqtyon#wytx#33#wytx#etqx#

qutxorytyus2#txu#polysu#qs#wull#qs#MLOc4##dxu#rqry#qnt#tqtty#qru#

rotx#toynw#vury#wull2#qnt#txuy#qru#totqlly#yn#lovu#wytx#uqsx#

otxur4##gu#qru#stqyynw#qt#txu#xomu#ov#somu#vryunts#yn#_qrk#Lyty#

txrouwx#txu#xuqrynw#on#duustqy2#qnt#txun#wu#wyll#vly#xomu#wytx#

txu#rqry#duustqy#uvunynw4##Lxrystovvur-s#lqwyur#xqs#spokun#to#

somuonu#xywx#up#yn#txu#stqtu#qttornuy-s#ovvysu#to#unturstqnt#txu#

sxultur#xuqrynw4##Jnt#xu#txynks#yt#wyll#wo#smootxly4##dxu#gqnw-s#

xqvu#qppqruntly#xyrut#qn#qttornuy#wxo#ys#mqkynw#q#lot#ov#

txruqts2#rut#wu#xqvu#txu#vqsts#on#our#sytu4##dxqt#wyll#wo#

nowxuru4##S-m#yn#vuqr#ov#txu#lonwur#turm#sustoty#prosuss#uytxur#

wyvun#txu#vqsts#yn#txu#sqsu#qnt#qlso#rusqusu#cqn#Orqnsysso#

_olysu#Mupqrtmunt#uxpusts#txu#Mystryst#Jttornuy#wyll#ru#prussynw#

vulony#sxqrwus#qwqynst#Ws4#gqnw#vury#soon2#qnt#S#uxpust#

Lxrystovvur#wyll#rutqyn#solu#luwql#qnt#pxysysql#sustoty#ov#xys#

son#voruvur4#.cys4/##dxys#wqs#Wqrsx#@tx2#867B4##S-m#sorryH##

dRN#LYebdC##Xo#onu#xuru#sqyt#qnytxynw2#Ws4#gqnw4##

Wc4#gJXPC##Ykqy4##

Ki#Wc4#gJXPC##

Q.   dxqt#wqs#33#to#you#rumumrur#txqt#you#sunt#txqt#u3mqyl#on#33#

on#Wqrsx#@2#867BH##

A.   ius4##S#33#xowuvur2#S#ton-t#rumumrur#wxqt#tqtu#yt#wqs4##Kut#

S#to#rumumrur#xqvynw#txqt#sommunysqtyon#wytx#borry#txu#33#S#

vorwut#xur#lqst#nqmu2#rut#sxu#wqs#txu#33#txu#mqnqwur#or#txu#

supurvysor#on#tuty#qt#33#qt#MLOc4##

Q.   Jnt#you#nuvur#mut#txu#sxylt#ruvoru#33#ruvoru#Wqrsx#?2#867B2#

sorrustH##

A.   Lorrust4##

Wc4#gJXPC##S#33#S#rulyuvu#wu#soult#tqku#q#rruqk#untyl#otxur#

prusuntqtyon2#S#wuuss4##iuqx2#so#S#wot#q#sqll#rqsk#vrom#my#

_urlys#Muvuntur2#qnt#S#rulyuvu#q#stypulqtyon#xqs#ruun#ruqsxut2#

qnt#my#qppuqrqnsu#ys#no#lonwur#nusussqry4##dxuru#ys#somuonu#

stqntynw#yn#vor#my#ruwulqr#_urlys#Muvuntur4##Rowuvur2#S#xqvu#not#

wottun#q#lynk4##Rowuvur2#my#qppuqrqnsu#ys#no#lonwur#nusussqry#

rusqusu#q#stypulqtyon#xqs#ruun#ruqsxut4##

dRN#LYebdC##dxqnk#you#vor#ynvormynw#mu2#Ws4#gqnw4##

Wr4#bqppqport2#qny#rutyrustH##

Wb4#bJ__J_YbdC##S#qstuqlly#txouwxt#S#wot#txu#33#txu#

qtvqntqwu#ov#sross3uxqmynynw#my#slyunt#wxysx#S-m#lookynw#vorwqrt#

to4##S#ton-t#txynk#S-vu#uvur#xqt#txu#qtvqntqwu#sross3uxqmynynw#

somuroty4##Ss#yt#sross3uxqmynqtyon#or#ys#yt#tyrustH##

dRN#LYebdC##gull2#yt#woult#33#yt#woult#ru#tyrust4##S#wuuss#

yt-s#not#rutyrust#synsu#S#stqrtut#wytx#Ws4#gqnw#sqllynw#xur#qs#q#

wytnuss4##Kut#yt#woult#ru#tyrust#rusqusu#sxu#wqs#sqllut#ry#

Ws4#gqnw#qs#qn#qtvursu#wytnuss#wxysx#ys#wxqt#Ws4#gqnw#qskut#vor#

txys#mornynw4##

Wb4#bJ__J_YbdC##Ykqy4##

dRN#LYebdC##Mo#you#xqvu#quustyonsH##

Wb4#bJ__J_YbdC##S#to4

MSbNLd#NhJWSXJdSYX

Ki#Wb4#bJ__J_YbdC

Q.    S#woult#lyku#to#tqlk#to#you2#vyrst#ov#qll2#qrout#your#u3mqyl#

33#your#tulupxonu#numrur4##Ss#your#tulupxonu#numrur#on#txu#

rottom#portyon#ov#qll#txu#u3mqyls#txqt#you#33#on#txu#rottom#

portyon#ov#qll#txu#u3mqyls#txqt#you#sunt#outH

A.    ius4##

Q.    S-t#lyku#to#trqw#your#qttuntyon#to#wxqt#xqs#ruun#mqrkut2#S#

rulyuvu2#qnt#movutH

Wc4#TYRXcdYXNC##St-s#ruun#mqrkut#qnt#movut#qs#33#

dRN#LYebdC##Ws4#Toxnstonu2#you-ll#xqvu#to#usu#txu#mysropxonu#

too4##

Wc4#TYRXcdYXNC##Wqrkut#qnt#movut#qs#ML3?4##

Wb4#bJ__J_YbdC##S-t#lyku#to#sxow#you#ML3?4#

dRN#LYebdC##Pyvu#mu#onu#susont2#pluqsu4##dxqt#xqs#ruun#

qtmyttutH##Ss#txqt#wxqt#you-ru#sqyynwH##

Wc4#TYRXcdYXNC##St#wqs#qtmyttut#ry#stypulqtyon#yusturtqy4##

dRN#LYebdC##Ykqy4##Vut#mu#tourlu#sxusk#my#notus#on#txqt4##Mo#

you#xqvu#txqtH##

```
        dRN#LVNbUC##ius4##St#wqs#qtmyttut#yusturtqy2#iour#Ronor4#
        dRN#LYebdC##Nxsullunt4##Ykqy4##iour#notus#qru#txu#ovvysyql#
onus4##dxqnk#you4##
        Ki#Wb4#bJ__J_YbdC##
Q.   Ykqy4##S#woult#lyku#to#sxow#you#txys#tosumunt4##goult#you#
pluqsu#tqku#q#look#qt#txqtH##
A.   ius4##
Q.   Sn#rusponsu#to#Ws4#gqnw-s#u3mqyl#to#you2#wxqt#wqs#your#
rusponsu#wxun#sxu#tolt#you#txqt#txuru#33#Lxrystovvur#33#sxu#xqt#
xqt#Lxrystovvur-s#sxyltH##Ynu#33#onu#susont4##Vut#uvuryroty#
sqtsx#up4##
        dRN#LYebdC##S#xqvu#yt#yn#vront#ov#mu4##
        Ki#Wb4#bJ__J_YbdC##
Q.   Loult#you#pluqsu#ruqt#your#untyru#rusponsu#to#Ws4#gqnwH##
A.   S#sqyt2#&Muqr#Vqnyu5U4&#
Q.   Jnt#yv#33#yv#S#mqy#stop#you#vor#q#mynutu4##gxy#tyt#you#
qttruss#xur#wytx#txosu#nqmusH##
A.   Kusqusu#txu#VynkutSn#mussqwus#txqt#sxu#xqt#sunt#to#rotx#mu#
qnt#Jllqn#wuru#vrom#q#VynkutSn#qssount#wxuru#txu#lqst#nqmu#wqs#
orssurut2#qnt#txu#vyrst#nqmu#wqs#U4##Jnt#33#rut#txu#u3mqyl#txqt#
my#xusrqnt#rusuyvut#to#xys#ctqnvort#vqsulty#u3mqyl#qttruss#wqs#
vrom#Vqnyu#Vuu4##St#33#yt#sqyt#Vqnyu#Vuu2#qnt#ynsytu#txu#lyttlu#
rrqskuts#yt#sqyt#wxqtuvur#txu#u3mqyl#qttruss#33#ox2#yt#sqys#yt#
rywxt#xuru2#S#wuuss4##St#sqys#lqnsuwr78Iwmqyl4som4##Jnt#S#wqs#33#
you#know2#S#wqs#sonvusut#ry#txqt4##S#33#S#spoku#to#Lxrystovvur4##
Ru#wqs#sonvusut#ry#txqt4##Ru#txouwxt#xur#nqmu#wqs#Uqylyn#gqnw#
qnt#txqt#sxu#wunt#ry#U4##Kut#so#wxo#ys#txys#Vqnyu#Vuu#qlyqs#txqt#
33#txqt#u3mqyl#qttruss#txqt#txys#ys#somynw#vrom4##iou#know2#yt-s#
```

lyku#rywxt#ovv#txu#rqt2#you#know2#yt-s#lyku#wxqt-s#woynw#on#

xuruH##Jnt#wu#tytn-t#know#wxqt#xur#ruql#nqmu#wqs4##co#S#sqyt2#

&Muqr#Vqnyu5U4&##Jnt#txun#S#wunt#on#vrom#txuru4##&Jllqn#qnt#S#

rotx#zust#rusuyvut#mussqwus#txys#uvunynw#vyq#VynkutSn#wxuru#you#

qru#lystut#qs#Ug#yn#txu#wruqtur#Xuw#iork#qruq2#qnt#xu#qlso#

rusuyvut#txu#sqmu#mussqwu#vrom#you#vyq#txys#u3mqyl#qttruss#untur#

txu#nqmu#ov#Vqnyu#Vuu4##Xuutluss#to#sqy2#wu-vu#ruun#squwxt#

somplutuly#unqwqru#ry#your&#33#sorry4##&Xuutluss#to#sqy#wu#33#wu#

xqvu#ruun#squwxt#somplutuly#unqwqru#ry#your#nuws2#qru#yn#q#stqtu#

ov#sxosk4##gu#woult#lyku#to#tqlk#to#you#to#xuqr#qrout#txu#rqry#

qnt#your#plqns4##gu#xqvu#qlso#ruqsxut#out#to#Lxrystovvur#to#

luqrn#moru4##dxu#pysturus#ov#txu#rqry#qru#ruqutyvul2#qnt#wu#xopu#

txqt#mom#qnt#rqry#qru#rotx#toynw#wull4##_luqsu#lut#us#know#wxun#

you-ru#qvqylqrlu#to#tqlk#qnt#wxuru#to#ruqsx#you2#rust#ruwqrts2#

durry#dxywusun4&##Jnt#txun#rywxt#rulow#txqt#yt#sqys2#&durry#

dxywusun#u3mqyl2#turry4txywusunIwmqyl4som2#sull2#?;64:?:4?69:4&##

Q.    Jnt#tyt#you#uvur#rlosk#Ws4#gqnw#vrom#sommunysqtynw#wytx#you#

qt#txqt#pxonu#numrurH##

A.    Xo4#

Q.    Myt#you#uvur#rlosk#xur#vrom#sommunysqtynw#wytx#you#qt#txqt#

u3mqyl#qttrussH##

A.    Xo4##

Q.    dxqnk#you4##

      Wc4#gJXPC##iuqx4##corry4##Tust#txu#vursyon#S#xqvu#tousn-t#

xqvu#txu#pxonu#numrur#rut#33#qnt#S#33#txuru#woult#ru#no#wqy#to#

vuryvy#somuonu#rloskut#somuonu-s#pxonu#numrur#or#wxqtnot4##cxu#

tyt#qtmyt#txqt#sxu#rloskut#mu#vrom#sosyql#mutyq2#S#rulyuvu4##S#

txynk#sxu#xqs#qlruqty#sqyt#txqt#sxu#tyt#rlosk#mu#vrom#sosyql#

mutyq#ruvoru#txu#vyrst#post#on#7838:3867A4##

Wb4#bJ__J_YbdC##S#movu#to#stryku#txqt#sommunt4##

dRN#LYebdC##Jny#orzustyon#to#txu#33#

Wc4#gJXPC##Yx2#S#wqs#woynw#to#sqy#33#

dRN#LYebdC##33#txu#orzustyon#to#txu#sommuntH##

Wc4#gJXPC##gqs#txuru#33#

dRN#LYebdC##S-ll#lut#you#qttruss#qnytxynw#you#wqnt#to#qvtur#S#vynysx2#Ws4#gqnw4##co#txu#orzustyon#to#txu#sommunt#txqt#tqkus#plqsu#qs#q#wqy#ov#Ws4#gqnw-s#tustymony#yn#txu#myttlu#ov#quustyonynw#ry#Wr4#bqppqport#to#Ws4#durry#dxywusun#ys#wrqntut4##St#wqs#qn#unstqtut#orzustyon#txqt#normqlly#prusutus#q#motyon#to#stryku4##dxu#motyon#to#stryku#ys#wrqntut4##dxu#sommunt#mqtu#ry#Ws4#gqnw#ys#out#ov#ortur#qnt#yt#ys#txurury#stryskun4##

Mo#you#nuut#to#sqy#somutxynw2#Ws4#gqnw2#ruvoru#S#lut#Wr4#bqppqport#sonslutuH##

Wc4#gJXPC##iuqx4##corry4##dxqt#wqs#33#txqt#wqs#out#ov#ortur2#qnt#txys#ys#33#txys#ys#my#vyrst#tymu#qt#tryql#toynw#txynws#propur#wqy4##St-s#qlwqys#ruun#vury#tysorwqnyzut2#mqny#tryqls#wu-vu#xqt4##S#wqs#zust#woynw#to#qsk#yv#S#ruspontut#qvtur#sxu#qskut#wxqtuvur#sxu#qskut2#yv#S#ruspontut#to#txqt#u3mqyl4##Sn#vqst2#S#sqn#ruqt#txu#u3mqyl#txqt#S#ruspontut#rqsk#to#xur4#

dRN#LYebdC##iou#33#you#mqy#not#uytxur#onu#rywxt#now2######Ws4#gqnw4##Jnt#S-m#woynw#to#tull#you#wxy4##St-s#not#rusqusu#you#ton-t#xqvu#txu#rywxt#to#qsk#quustyons4##St-s#rusqusu#yt-s#symply#not#your#turn#rywxt#now4##St-s#Wr4#bqppqport-s#turn#to#qsk#quustyons#on#tyrust4##Sv#you#wqntut#to#to#somu#ru3sross#qvtur#xu#ys#tonu2#you-ru#untytlut#to#to#so4##S-ll#poynt#out#txqt#S#ton-t#rulyuvu#txqt-s#nusussqry#xowuvur#rusqusu#no#onu#xqs#tunyut#txqt#

txuru#ys#q#rusponsu#vrom#you#untur#txu#qlyqs#Vqnyu#Vuu#rusqusu#
txqt#ys#yn#Nxxyryt#?4##iour#rusponsu#to#durry#dxywusun#ys#yn#txu#
vury#uxxyryt#xuru4##

Wr4#bqppqport2#rqsk#to#you4

Wb4#bJ___J_YbdC##dxqnk#you4

Ki#Wb4#bJ___J_YbdC##

Q.    S-t#lyku#to#tqlk#to#you#qrout#txu#rqsys4##Mo#you#xqvu#q#vuqr#
ov#Ws4#gqnwH##

A.    ius4#

Q.    Jnt#ys#txqt#vuqr#onwoynwH##

A.    ius2#yt#ys4#

Q.    S-m#woynw#to#qsk#you#q#vuw#quustyons#qrout#wxy#txqt#ys4##
dRN#LYebdC##dxqt-s#33#pluqsu#movu#onto#somutxynw#ulsu4##S-vu#
xuqrt#unouwx#tustymony#qrout#txu#rqsys#vor#txu#vuqr#vrom#durry#
dxywusun4##

Wb4#bJ___J_YbdC##Ykqy4##Sv#33#Sv#S#mqy#zust#xqvu#q#momunt-s#
lqtytutu2#iour#RonorH##S#rulyuvu#txys#ys#uxtrumuly#ymportqnt#
ynvormqtyon#txqt#txu#Lourt#xqs#rusqusu#txu#Lourt#xqs#not#xuqrt#
txys#ruvoru4##

dRN#LYebdC##fury#wull4#

Wc4#gJXPC##Kut#yts#uxsuutut#txu#ssopu4##

Wb4#bJ___J_YbdC##gull2#txun#S#33#S#muqn2#S#sqn#ruquust#to#
sqll#durry#qs#my#wytnuss4##

dRN#LYebdC##iou#33#you#soult#to#txqt2#qnt#S#wyll#ru#wrqntynw##
txqt#qnywqy4##co#pluqsu#prosuut4##cxu#tyt#tustyvy#qs#to#txu#
ssopu4##Rur#tustymony#wqs#souwxt#to#ru#ympuqsxut#ry#Ws4#gqnw4##
co#txqt#mqkus#otxur#qruqs#txqt#woult#rolstur#xur#srutyrylyty#
qstuqlly#qt#yssuu#yn#txys#nuxt#rount#ov#quustyonynw#ry#you4##co#

wo#qxuqt2#Wr4#bqppqport4#

Ki#Wb4#bJ___J_YbdC##

Q.    Myt#you#luqrn#qrout#Ws4#gqnw-s#srymynql#sqsus#txqt#prusutut# xur#ynturqstyon#wytx#your#sonH##ius#or#33#

A.    ius4##

Q.    Jnt#tyt#you#xuqr#qrout#txu#vqst#txqt#sxu#wqs#ruynw# prosusutut#yn#cpqnysx#Oork2#etqx#vor#stqlkynw2#or#uxsusu#mu2#vor# ulustronys#xqrqssmunt#ov#q#mqn#nqmut#gqlkur#ctonuH##

A.    ius4##

Q.    Myt#you#know#vrom#q#tosumunt#txqt#wqs#vylut#ry#Ws4#gqnw#qnt# txun#purlysx#on#lynu2#tyt#you#suu#txu#ynslusyon#ov#q#cqn# Orqnsysso#_olysu#Mupqrtmunt#sxronolowysql#ruport#ov# ynvustywqtyon#qutxorut#ry#surwuqnt#Wysxulu#WqrtynuzH##

A.    ius4##S-vu#suun#txqt4##

Q.    Myt#you#look#qt#txu#qlluwut#tuxt#sunt#ry#Ws4#gqnw#to#gqlkur# ctonuH##

A.    ius2#S#tyt4#

Q.    S#woult#lyku#to#ruqt#you#q#vuw#ov#txosu#qnt#txusu2#txuru#33# Wc4#gJXPC##Yrzustyon2#iour#Ronor4##Ruqrsqy#qrout#somuroty# ulsu4##dxys#33#txuy#ton-t#xqvu#txosu#tuxt#mussqwus4##dxuy#ruqt# txqt#vrom#q#polysu#ruport4##St-s#xuqrsqy#wytxyn#xuqrsqy2#qnt# txuy#tytn-t#know#txys#untyl#q#polysu#ruport#lqtur4##co#txys# uxsuuts#txu#ssopu#to#tqlk#qrout#somuonu#ulsu4##Ru#ys#tustyvyynw# qrout#gqlkur#ctonu4##enluss#xu#ys#xuru#to#tustyvy2#yt-s#xuqrsqy4## St-s#33#yt-s#q#lqsk#ov#pursonql#knowlutwu4##

Wb4#bJ___J_YbdC##dxuy#qru#not#ruynw#ovvurut#vor#txu#trutx4## dxuy#qru#ovvurut#to#sxow#wxy#Ws4#dxywusun#xqt#sustqynut#vuqr#ov# Ws4#gqnw4##

dRN#LYebdC##Ykqy4#

Wc4#gJXPC##ius2#rut#wu#qlruqty#xqvu#33#took#zutysyql#notysu#ov4

dRN#LYebdC##_luqsu#vynysx#your#stqtumunt2#Ws4#gqnw4##

Wc4#gJXPC##ius4##gu#qlruqty#took#zutysyql#notysu#txqt#txu#33#txqt#S-vu#33#you#know2#wu#qlruqty#stypulqtut#txqt#txuru#wqs#q#mystumuqnor#sqsu#ynvolvynw#q#mqn#nqmut#gqlkur#ctonu#vrom#867@#wxo#S-vu#nuvur#mut#ruvoru2#qnt#txqt#untut#yn#867@4##S#ton-t#txynk#wu#nuut#to#wut#ynto#wxqt#wqs#sqyt#or#wxqt#wqsn-t#sqyt#vrom#somuonu#ulsu-s#polysu#ruport#wxuru#txuy#ton-t#xqvu#txu#qstuql#tuxt#mussqwus2#ut#suturq2#ut#suturq4##co#S#ton-t#suu#xow#txqt-s#ruluvqnt#to#txys#sqsu4##S#txynk#txu#tustymony#ovvurut#ys#33#txuru#wqs#q#srymynql#sqsu4##S#33#txuru#wqs#yn#867@#ruwqrtynw#qnotxur#mqn2#qnt#txuy#knuw#qrout#yt4##gu#ton-t#xqvu#to#ru#ruqtynw#ovv#ov#wxqt-s#yn#q#polysu#ruport2#wxqt#somuroty#ulsu#33#rusqusu#txuy#tytn-t#xqvu#txqt#ynvormqtyon#qnywqys#qt#txu#tymu4##

dRN#LYebdC##Ykqy4#

Wc4#gJXPC##Yx2#qnt#33#

dRN#LYebdC##dxu#Lourt#33#

Wc4#gJXPC##Jnt#33#rusqusu444##

dRN#LYebdC##dxuru#wqs#qnotxur#rqsys2#Ws4#gqnwH##iou#wqntut#to#sqy#somutxynwH##Po#qxuqt4##

Wc4#gJXPC##Jnt#rusqusu2#qs#you-ru#qwqru2#txuru#ys#qn#onwoynw#srymynql#sqsu2#qnt#txuy#movut#txu#867@#sxqrwus#xuru#wytx#no#nuw#ynsytunsus4##co#S#zust#ton-t#wqnt2#you#know2#to#ru#q#lot#ov#puoplu#vysxynw#vor#txynws#rusqusu#S#to#xqvu#qn#onwoynw#srymynql#sqsu4##S#to#now#unturstqnt#txu#Lourt#wqnts#yt#33#wut#txrouwx#qnt#vywuru#out#txu#MfbY4##Rowuvur2#S#ton-t#wqnt#to#ru#lytywqtynw#

otxur#puoplu-s#srymynql#sqsus#txrouwx#txys#luns#rusqusu#S-m#yn#

pro#pur4##

dRN#LYebdC##Ykqy4##Ws4#gqnw-s#sommunts#qrout#wxun#txu#

ynvormqtyon#wqs#known#ry#txum2#wunurqlly#ruvurrynw#to#

putytyonur-s#sytu2#qru#tysruwqrtut4##dxqt#ys#not#somutxynw#S#sqn#

sonsytur#wxun#rulynw#on#Ws4#gqnw-s#orzustyons4##co#txqt#ys#not#

sonsyturut4##S-ll#stqrt#wytx#txqt4##gytx#ruspust#to#xuqrsqy2#

txqt#orzustyon#ys#sustqynut4##Jnt#S#unturstqnt#txqt#txuru#ys#q#

provvurut#qlturnqtu#ruqson#vor#yntrotusynw#txys#tustymony4##Kut#

yv#wu#tqku#q#stup#rqsk2#lut-s#zust#qssumu#wu#qru#on#tyrust#wxysx#

ys#ussuntyqlly#wxqt#wu#qru#on4##dxqt#tousn-t#wyvu#sounsul#

wunurqlly#txu#rywxt#to#sqy#S-m#woynw#to#stqrt#ruqtynw#vrom#q#33#

vrom#q#pyusu#ov#pqpur#qnt#txun#prosuut#to#qsk2#you#know2#txuyr#

slyunt#quustyons4##co#S#ton-t#txynk#txqt#woult#ru#propur4##iou#

sqllut#Ws4#dxywusun#vrom#txu#ruwynnynw4##S#ton-t#txynk#yt-s#

propur#now4##Jnt#qsytu#vrom#qll#txqt2#txys#ys#now#9;8#vrom#txys#

Lourt-s#qnqlysys4##

_luqsu#movu#on2#Wr4#bqppqport4#

Wb4#bJ__J_YbdC##Tutwu2#mqyru#S#qskut#txu#quustyon#unqrtvully#

qnt#33#

dRN#LYebdC##Pyvu#mu#q#susont2#pluqsu4#

Wb4#bJ__J_YbdC##curu4##Jrsolutuly4##

dRN#LYebdC##Ws4#gqnw2#pryor#to#you#notyvyynw#txu#Lourt#txqt#

your#qppuqrqnsu#wqs#no#lonwur#nuutut2#S#ynstrustut#our#sourt#33#

uxsusu#mu2#our#sourt#slurk#xuru#yn#Mupqrtmunt#:7?#to#tull#txu#

slurk#yn#Mupqrtmunt#79#to#lut#us#know#wxun#your#sqsu#wqs#ruynw#

sqllut4##Jnt#S#unturstqnt#txqt#yt#ys#ruynw#sqllut#rywxt#now4##St#

sountut#to#mu#txqt#33#

```
Wc4#gJXPC##Yx2#yus4##em3xum4##
dRN#LYebdC##33#you#tytn-t#nuut#to#ru#txuru#33#
Wc4#gJXPC##Ykqy4##Lqn#txqt#slurk#vorwqrt#mu#txu#lynkH##Ykqy4##
Lqn#txuy#33#sqn#txuy#vorwqrt#txu#33#txu#lynkH##
dRN#LYebdC##Ykqy4##co#wu-ll#tqku#our#7;3mynutu#rususs#rywxt#
now4##gxo#ys#qt#txu#33#txu#Mupqrtmunt#79#to#vorwqrt#Ws4#gqnw#q#
lynk4##dxys#somus#qs#q#surprysu#to#mu2#Ws4#gqnw4##iou#zust#sqyt#
txuru#wqs#q#stypulqtyon#to#sontynuu4##co#S#ton-t#suu#wxy#you#
wqnt#to#ru#prusunt#txuru2#rut#yt-s#your#rywxt4##co#wu-ll#wyvu#
you#txu#tymu#to#to#txqt4##7;3mynutu#rususs4##dxqnk#you4#
.Yvv#txu#rusort#qt#8C7@#p4m4/#
.Yn#txu#rusort#qt#8C9;#p4m4/#
dRN#LYebdC##Jnt#wu#qru#rqsk#on#txu#rusort#on#txu#gqnw#
mqttur4##Wr4#bqppqport#ys#prusunt#yn#sourt4##Ws4#gqnw2#qru#you#
txuruH##Xo#rusponsu#yut#vrom#Ws4#gqnw4##
Wb4#bJ__J_YbdC##Oor#txu#33#vor#uvuryroty-s#ynvormqtyon2#yn#
txu#sourtroom#ys#q#cqn#Orqnsysso#polysu#ovvysur4##gu#qru#woynw#
to#sqll#xur#qs#q#wytnuss4##S#ton-t#know#yv#txu#Lourt#woult#lyku#
xur#to#wqyt#outsytu#xuru2#rut#S#rrynw#yt#to#txu#Lourt-s#
qttuntyon4##co#wxun#wu#wo#on#txu#rusort#S#wyll#qlso#sqy#33#
dRN#LYebdC##Vut-s#not#qttruss#qnytxynw#untyl#Ws4#gqnw#zoyns#
us4##S-ll#notu#txqt#our#7;3mynutu#rususs#uxpyrut#vyvu#mynutus#
qwo4##
Ws4#Llurk2#xqvu#wu#xuqrt#vrom#Ws4#gqnwH##
dRN#LVNbUC##gu#xqvu#not2#iour#Ronor4#
dRN#LYebdC##dxqnk#you4##St#qppuqrs#txqt#Ws4#gqnw#ys#zoynynw#
us#now4##Ws4#gqnw2#wulsomu#rqsk4#
Wc4#gJXPC##ius2#S-m#prusunt4##dxqnk#you4##
```

dRN#LYebdC##Ynu#susont4##Ynu#susont4##

Wb4#bJ__J_YbdC##YvvysurH#

dRN#LYebdC##Yvvysur2#soult#you#wqyt#onu#susontH##

Wr4#bqppqport2#soult#you#rupuqt#wxqt#you#zust#sqytH##

Wb4#bJ__J_YbdC##Lurtqynly4##gu#xqvu#q#wytnuss#yn#sourt#txqt#wu#qru#yntuntynw#to#sqll4##co#yn#qn#qruntqnsu#ov#squtyon#S-m#qskynw#txu#wytnuss#to#stup#outsytu4##

dRN#LYebdC##Ykqy4##iou#sqyt#txys#wytnuss#ys#q#cqn#Orqnsysso#polysu#ovvysurH##

Wb4#bJ__J_YbdC##ius2#um3xum4##Lorrust4#

dRN#LYebdC##dxqnk#you4##iou-ru#wulsomu#to#wqyt#outsytu4##dxqnk#you4##

Wc4#gJXPC##Wqy#S#qsk#wxo#txqt#wytnuss#wqsH##

dRN#LYebdC##Wr4#bqppqportH##

Wb4#bJ__J_YbdC##Yvvysur#Lqmprull2#L3J3W#33#sommon#spullynw4##

Wc4#gJXPC##iour#Ronor2#txuru#ys#somu#prorlum#wytx#txqt#surprysu#ovvysur#synsu#S#xqvun-t#provytut#qny#tyrust2#qnt#txys#rulqtus#to#gqlkur#ctonu#vrom#867A4##Jlso#txu#surpounq#txqt#wqs#survut#upon#txqt#ovvysur#wqs#nuvur#survut#on#mu4##Jnt#yt#wqs#my#rulyuv#txqt#tyssovury#ys#slosut2#qnt#wu#qru#supposut#to#vylu#q#notysu#motyon4##buwqrtluss2#S#ton-t#know#txu#sqpqsyty#ov#wxqt#ovvysur#33#ov#txu#Lourt#sqn#to4##Rowuvur2#S#xqt#no#ytuq#txys#surprysu#purson#ys#woynw#to#somu#tustyvy2#qnt#txys#ys#rulqtut#33#

dRN#LYebdC##Ws4#gqnwH#

Wc4#gJXPC##33#to#txu#srymynql#sqsu2#not#rulqtut#to#33#yus4##

dRN#LYebdC##dxqnk#you4##gu-ll#tqku#qny#orzustyons#wxun#txuy#qru#rypu4##

gu#qru#yn#txu#myttlu#ov#somuonu-s#tustymony#rywxt#now4##co#

wu#qru#woynw#to#wut#tonu#wytx#txqt#qnt#qttruss#qny#otxur#

wytnussus#yn#ortur4##

iou#33#S#zust#33#S-m#zust#rumyntut#ov#somutxynw#txqt#you#

sqyt2#qnt#S-m#unturstqntynw#somutxynw#txqt#S#rulyuvu#ys#q#

mysunturstqntynw#on#your#pqrt2#Ws4#gqnw4##Myssovury#qnt#tryql#

surpounqs#xqvu#33#txuy#qru#33#txuy#qru#supqrqtu4##dxuy#qru#

tystynst#yssuus4##co#tyssovury#ruynw#slosut#tousn-t#ympqst#

puoplu-s#qrylyty#to#surpounq#rusorts#vor#tryql#or#puoplu#to#

tustyvy#qt#tryql4##dwo#tyvvurunt#yssuus4##

Wr4#bqppqport#33#

Wb4#bJ__J_YbdC##dxqnk#you4#

dRN#LYebdC##33#you#wuru#stqrtynw#to#mqku#qn#qttytyonql#

qrwumunt#qs#to#wxy#you#sxoult#sontynuu#town#txu#lynu#ov#

quustyonynw#txqt#S#rulyuvu#ys#now#uxsussyvu#untur#Nvytunsu#Lotu#

9;84##Sv#you#ynsyst2#mqku#yt#sonsysu2#pluqsu4#

Wb4#bJ__J_YbdC##dxqnk#you4##Jstuqlly2#iour#Ronor2#yn#ortur#

to#sxort#syrsuyt#txys#yssuu4##Yn#Juwust#8:2#86882#Ws4#gqnw#vylut#

q#tosumunt#wytx#txys#sourt#untytlut2#stqtus#sonvurunsu#

stqtumunt2#unturssoru#motyons#yn#lymynu2#yssuus#wytx#txu#MfbY4##

S#woult#qsk#txqt#txu#Lourt#tqku#zutysyql#notysu#ov#txqt#tosumunt#

qnt#yt#ru#qtmyttut#ynto#uvytunsu4##

dRN#LYebdC##Jny#orzustyon#to#txu#Lourt#tqkynw#zutysyql#

notysu#ov#yts#own#rusorts#wytx#ruspust#to#txqt#vylynw#A38:386882#

Ws4#gqnwH##

Wc4#gJXPC##iou#know2#S#33#S#zust#wqntut#to#pull#yt#up4##S-m#

tryynw#to#txynk4##dxys#ys#33#txys#ys#qvtur#you#wuru#qssywnut4##

86882#tyt#xu#sqyH##dxqt-s#not#ruqlly#possyrlu#rusqusu#you#wuru#

qlruqty#qssywnut#to#our#sqsu4##S#ton-t#rumumrur4##dxqt#must#xqvu#

ruun#vor#33#vor#q#vuus#motyonH##ius4##S#rumumrur4##S#txynk#S#
vylut#onu#stqtus#sonvurunsu#wytx#you#rusqusu#Tutwu#gyluy#usu#to#
xqvu#us#vylu#txum2#qnt#S#tytn-t#know#yv#you#lyku#txum#or#not2#
rut#S#tyt#vylu#onu4##S#33#S#ton-t#know#xow#txqt-s#ruluvqnt4##St#
wqs#vor#txu#vuus#qnt#zust#to#xqvu#you#sqtsx#up#on#qll#ov#our#
onwoynw#sqsus4##Rowuvur2#S#ton-t#suu#xow#yts#rulqtut#to#txu#MfbY#
or#qny#qlluwqtyons#ov#qrusu4##S#txynk#txys#ys#woynw#town#q#lynu#
ov#quustyonynw#txqt#S#muntyon#somutxynw2#so#now#yt#wyvus#txum#
txu#rywxt#to#rrynw#yn#uvytunsu#ruwqrtynw#otxur#puoplu#qnt#tryynw#
to#ynsrymynqtu#mu#wxylu#S-m#yn#pro#pur2#qnt#yt-s#ynqppropryqtu4##
gxqt-s#33#wxqt#on#txqt#motyon#qru#you#tryynw#to#sqy#ys#ruluvqnt#
to#txys#xuqrynwH##

    dRN#LYebdC##S-vu#xuqrt#your#orzustyon4##dxu#onu#orzustyon#S#
xuqrt#ys#ruluvqnsu4##dxqt-s#txu#onu#luwql#orzustyon#S#xuqrt4##
dxqnk#you2#Ws4#gqnw4##

    Wr4#bqppqport2#txys#ys#q#ruluvqnsu#orzustyon4##gxqt-s#your#
rusponsuH##

    Wb4#bJ__J_YbdC##ius4##St#ynslutus#txu#tuxt#uxsxqnwu#rutwuun#
Ws4#gqnw#qnt#gqlkur#ctonu2#q#tuxt#uxsxqnwu#txqt#xqs#ruun#suun#ry#
txu#protustut#pqrtyus4##St#yllustrqtus#txu#vysyousnuss2#txu#
tuptx#ov#xur#sunnynw#qnt#33#qnt#propunsyty#to#to#uvyl#qnt#xqrm#
to#txusu#yntyvytuqls4##Jnt#yt#sruqtus#q#sustqynut#vuqr#vqr#qnt#
qrovu#wxqt#txys#Lourt#xqs#xuqrt#to#tqtu4##St-s#on#txu#pqwu#lyst4#
    Wc4#gJXPC##Yrzustyon4##S#33#S#qm#woynw#to#xqvu#to#pull#yt#up#
now4##S#ton-t#rumumrur#uvur#ynslutynw#txys2#qnt#txys#sounts#lyku#
somu#sommunysqtyon#ruwqrtynw#somuroty#ulsu2#not#wytx#
Wr4#dxywusun4##co#soult#you#zust#wyvu#mu#q#mynutuH##S-m#woynw#to#
pull#yt#up#on#Oylu#,#Nxpruss#rusqusu#S#ton-t#rumumrur#vylynw#

txqt4#

dRN#LYebdC##Po#qxuqt4##

Wc4#gJXPC##St#ys#qwqyn#ynqppropryqtu4##St-s#ruwqrtynw#

somuroty#ulsu4#

Wb4#bJ__J_YbdC##St#wqs#ulustronysqlly#vylut#ry#Ws4#gqnw4##

St-s#33#yt#ruwyns#on#pqwu#@64##St#ruwyns#wytx#txu#worts2#&S-m#

woynw#to#vuskyn#vry#you#lyku#rurnt#rqson4&#

dRN#LYebdC##dxqnk#you4##iou-ru#mutut2#Wq-qm4##S#suu#your#

lyps#movynw4##S#ton-t#know#yv#you-ru#tryynw#to#sommunysqtu#wytx#

us#rut#you-ru#mutut4#

Wc4#gJXPC##iuqx4##St-s#33#yt-s#ruqlly#wuyrt4##St#wous#ruqlly#

vqst4##Jwqyn2#S-m#woynw#to#xqvu#to#pull#txys#up4##S#ton-t#

rumumrur#vylynw#txys2#qnt#qwqyn#not#ruluvqnt#to#xys#slyunt4##S#

orzust4##Rowuvur2#S#tyt#rumumrur#txqt#S#33#S#tyt#vylu#q#ruquust#

vor#zutysyql#notysus2#qnt#yv#wu#wqnt#to#wo#txys#lynu#ov#town#

txys#lynu2#S#qm#woynw#to#xqvu#to#prusunt#txu#txruu#rustrqynynw#

orturs#S#xqvu#ortqynut#qwqynst#gqlkur#ctonu#txqt#wqs#wrqntut#

qvtur#qn#uvytuntyqry#xuqrynw#yn#etqx#yv#wu#qru#woynw#to#stqrt#

lytywqtynw#qrout#otxur#puoplu4##Jnt#S#txynk#yt-s#q#wqstu#ov#txu#

Lourt-s#tymu4##S#txynk#txu#Lourt#qlruqty#ys#zutysyqlly#notysut4##

dxuru#ys#qn#onwoynw#srymynql#sqsu#wxuru#33#

dRN#LYebdC##iou-ru#ruynw#qskut#to#slow#town2#Wq-qm4#

Wc4#gJXPC##ius4##ius4##

dRN#LYebdC##Ykqy4##co#xuru-s#33#xuru#ys#wxqt#S-m#xqvynw#q#

prorlum#wytx#rywxt#now2#Ws4#gqnw4##iou#sqyt#you#wqntut#moru#tymu#

to#look#qt#txu#tosumunt#txqt#Wr4#bqppqport#ys#ruvurrynw#to2#qnt#

you#zust#kuup#tqlkynw#wxylu#you-ru#lookynw#qppqruntly#txrouwx#

your#ssruun4##_luqsu#zust#to#onu#txynw#qt#q#tymu4##St#xulps#mu4##

```
co#pluqsu#look#qt#txu#tosumunt2#qnt#txun#onsu#you#xqvu#txu#
tosumunt#up2#tull#mu#wxqt#your#orzustyons#qru4##dxqnk#you4##
gxqt-s#txu#pqwu#numrur#qwqynH##S#xuqrt#you#sqy#@64#
     Wb4#bJ__J_YbdC##ius4##dxuy#ruwyn#on#@62#qnt#txun#txuy#
sontynuu#on#33#on#pqwu#@@4##dxu#vyrst#onu#ys#on#pqwu#@6#qnt#txun#
pqwu#@@4##
     Wc4#gJXPC##Yx2#yuqx4##S#to#suu#yt4##co#txys#wqs#my#motyon#yn#
lymynu#qskynw#txu#Lourt#to#not#wut#ynto#txu#surrunt#33#surrunt#
srymynql#sxqrwus#yv#nusussqry#ruwqrtynw#otxur#puoplu#wxo#xqvu#
notxynw#to#to#wytx#Wr4#dxywusun4##S#wuuss#S#tytn-t#rutqst#yt4##
Rowuvur2#S#ton-t#txynk#yt-s#propur4##Jnt#not#only#txqt2#txuru#
qru#qutxuntysqtyon#prorlums#rusqusu#txys#ys#yn#q#polysu#ruport2#
qnt#txuru#ys#q#?tx#Jmuntmunt#rywxt2#qnt#txu#xuqrsqy2#lqsk#ov#
pursonql#knowlutwu4##Jnt#txys#polysu#ovvysur#33#S#ton-t#rulyuvu#
surwuqnt#Wqrtynuz#ys#not#xuru#to#ru#sross3uxqmynut#on#txqt4##Jnt#
wu#xqvu#q#prulym#somynw#up4##S#ruqlly#ton-t#wqnt#to#33##
     dRN#LYebdC##iou-ru#ruynw#qskut#33#you-ru#ruynw#qskut#to#slow#
town#qwqyn4##
     Wc4#gJXPC##Ykqy4##dxys#wqs#q#pqrt#ov2#S#wuuss2#q#motyon#yn#
lymynu4##S#wqntut#txu#Lourt#to#ru#qwqru#ov#txu#srymynql#sxqrwus#
qnt#xow#S-m#pro#su4##Jnt#yt-s#qlruqty#orvyously#vury#
ynsrymynqtynw#to#ru#xuru#to#ru#vorsut#to#tustyvy4##Rowuvur2#S#33#
S#wqntut#txu#Lourt#to#qvoyt#uxqstly#33#txys#ys#tqlkynw#qrout#
otxur#puoplu-s#sqsus4##S#txynk#txu#Lourt#xqs#qlruqty#tqkun#
zutysyql#notysu2#q#lqsk#ov#pursonql#knowlutwu2#not#
qutxuntysqtut4##dxys#ys#yn#q#polysu#ruport4##co#qwqyn2#xuqrsqy#
wytxyn#xuqrsqy4##co#lqsk#ov#pursonql#knowlutwu4##dxqt-s#33#
txqt-s#txu#orzustyon4##
```

dRN#LYebdC##Ykqy4##S-m#woynw#to#try#to#unrqvul#wxqt#you-vu#
zust#sqyt2#Ws4#gqnw4##co#vyrst#ov#qll2#yt-s#not#truu#txqt#you-vu#
ruun#vorsut#to#tustyvy#rusqusu#you#xqvu#txu#rywxt#to#tustyvy2#
qnt#you#qlso#xqvu#txu#rywxt#not#to#tustyvy#qt#txys#prosuutynw4##
S-ll#ruwyn#wytx#txqt4##gytx#ruspust#to#txys#vylynw#ov#Juwust#8:2#
86882#sontqynynw#multyplu#lqyurs#ov#xuqrsqy2#txqt#ys#sustqynut4##
co#txu#zutysyql#notysu#ruquust2#yt#tousn-t#sount#to#mu2#
Wr4#bqppqport2#lyku#yt#ys#to#sonvyrm#txqt#txys#ys#q#sourt#
rusort4##St#suums#lyku#you#qstuqlly#wqnt#txu#surstqnsu#ov#wxqt#
ys#sontqynut#yn#txqt#vylynw2#qnt#you#to#wqnt#to#usu#txqt#qwqynst#
Ws4#gqnw2#mqyru#to#sxortsut#wxqtuvur#you#wuru#woynw#to#quustyon#
qrout2#rut#S#txynk#txqt-s#txu#woqlD#qm#S#rywxtH##

Wb4#bJ__J_YbdC##ius#qnt#no4#

dRN#LYebdC##Ykqy4##

Wb4#bJ__J_YbdC##dxu#yus#pqrt#ys#S#qrsolutuly#woult#lyku#to#
usu#yt4##dxu#no#pqrt#ys#S-m#not#usynw#yt#vor#txu#trutx4##co#yt#
ys#not#xuqrsqy4##St-s#zust#to#sxow#txu#uvvust#yt#xqt#on#######
Ws4#dxywusun4#

dRN#LYebdC##Ykqy4##Vut#mu#33#lut#mu#stop#you#txuru4#

Wb4#bJ__J_YbdC##Jnt#S#txynk#33#

dRN#LYebdC##Vut#mu#stop#you#txuru#vor#now4##iou-ll#xqvu#q#
sxqnsu#to#qtt#moru#yn#q#susont4##co#txu#ruquust#vor#zutysyql#
notysu#qs#to#txys#tosumunt#ys#tunyut4##S#to#rulyuvu#txqt#txys#
tosumunt#syts#yn#q#tyvvurunt#posytyon#txqn#otxur#tosumunts#yn#
txqt#txys#ys#prusysuly#q#motyon#yn#lymynu#ry#txu#ruspontunt#
qskynw#txu#Lourt#yn#q#prutryql#suttynw#to#qvoyt#wuttynw#ynto#
surtqyn#yssuus#rusqusu#ov#vuqr#ov#ynsrymynqtynw#xursulv#qnt#
otxur#quxylyqry2#uxtrqnuous#yssuus4##do#txun#usu#txqt#qnt#symply#

sqy#txqt#rusqusu#yt-s#ruun#vylut2#txu#Lourt#wyll#txun#tqku#
zutysyql#notysu#qnt#stqrt#usynw#txqt#yn#txys#sqsu#qwqynst#xur2#
yt-s#xur#ruquust#vor#protustyon#qwqynst#xur2#zust#suums#
vuntqmuntqlly#unvqyr4##dxqt#ruynw#sqyt2#you#sqn#qsk#quustyons4##
Wy#pruvyous#lymytqtyon#no#lonwur#qpplyus4##Wy#pruvyous#ruquust#
txqt#you#kuup#yt#rryuv#tous#qpply4##gxy#ys#txys#ruluvqnt#to#
qttruss#Ws4#gqnw-s#pruvyous#sonsurnH##St#ys#rusqusu#txu#totqlyty#
ov#txu#syrsumstqnsus#qru#qt#yssuu#yn#tomustys#vyolunsu#sqsus4##
Sv#somuonu#33#txu#slqssys#uxqmplu#ys2#yv#somuonu#xqs#ruun#
qrusyvu#ruvoru2#qnt#somuonu#ys#qt#rysk#ov#ruynw#qrusut#qwqyn2#
wxqt#txuy#know#qrout#txu#purson-s#propunsyty#or#pryor#qst#ov#
vyolunsu#or#qny#typu#ov#qrusu#ys#ruluvqnt#rusqusu#you#ruspont#
tyvvuruntly#wxun#you#rulyuvu#txqt#somuonu#ys#sqpqrlu#ov#toynw#
somutxynw#to#xqrm#you#vursus#yv#you#xqvu#no#ynvormqtyon#qrout#
somuonu2#you#mqy#wyvu#txum#txu#runuvyt#ov#q#tourt4##iou#mqy#
rulyuvu#txqt#qll#puoplu#qru#woot#33#woult#xqvu#woot#yntuntyons4##
co#txu#wqy#txqt#puoplu#ruspont#to#otxur#puoplu#ys#qt#yssuu#vor#
txys#Lourt4##Ws4#dxywusun#qrovu#qnt#ruyont#txqt#syts#xuru#qs#
somuonu#wxosu#srutyrylyty#xqs#ruun#souwxt#to#ru#ympuqsxut#yn#
uvvorts#to#sqy#you#xqt#no#ruqson#to#worry2#you#xqt#no#ruqson#to#
sqll#txu#polysu4##dxuruvoru2#your#slqyms#wuru#vqrrysqtut4##iou#
mqtu#vqlsu#polysu#ruports#qwqynst#mu#qnt#my#vqmyly4##dxqt#ys#txu#
ussunsu#ov#wxqt#Ws4#gqnw#ys#tryynw#to#sqy4##co#yt-s#somplutuly#
propur#now#vor#Wr4#bqppqport#to#wut#ynto#txosu#yssuus#to#try#to#
sxow#txqt#txqt#ys#not#txu#ruqson4##

    Wr4#bqppqportH##

    Wb4#bJ__J_YbdC##dxqnk#you4##

    Ki#Wb4#bJ__J_YbdC##

Q.   Ws4#dxywusun2#to#you#rusqll#rusuyvynw#ynvormqtyon2#zust#qny#
ynvormqtyon2#qrout#Ws4#gqnw-s#sqsu#ynvolvynw#gqlkur#ctonuH##Jnt#
yv#so#33#

A.   ius4##S#33#S#33#S#33#S#sqw#ynvormqtyon#qrout#txqt4##S#sqw#
ynvormqtyon#qrout#xur#sqsu#wytx#bory#gyll2#qnt#S#qlso#sqw#
ynvormqtyon#qrout#xur#pxysysql#vyolunsu#qwqynst#xur#own#vqmyly4##

Q.   Ykqy4##S-m#woynw#to#qsk#you#spusyvysqlly#qrout#txu#work#txu#
boy#33#sorry#33#gqlkur#ctonu#sqsu4##Mo#you#rusqll#wuttynw#33#
wxqt#spusyvys#ynvormqtyon#to#you#rusqll#txqt#squsut#you#qny#
sonsurnH##

A.   iou#know2#yt#qll#squsut#q#lot#ov#sonsurn#rusqusu#yt#33#yt#
sxowut#txys#33#txys#pqtturn#ov#33#ov#ruxqvyor4##Kut#txu#txynw#
txqt2#you#know2#wqs2#S#txynk2#txu#most#33#purxqps#txu#most#
vrywxtunynw#ov#qll#wqs#xur#txruqts#qwqynst#gqlkur#ctonu#to2#you#
know2#sqstrqtu#xym#wytx#q#knyvu2#qnt#xur#txruqts#to#kyll#xym2#
qnt#so#sxu#33#

     Wc4#gJXPC##Yrzustyon2#vqlsu#stqtumunts4##dxqt-s#not#yn#txu#
polysu#ruport4##Jnt#ry#txu#wqy2#gqlkur#ctonu#tyt#vylu#q#
rustrqynynw#ortur#qwqynst#mu#yn#cqn#Orqnsysso4##dxqt-s#on#txu#
sourt#vylu4##Lqn#S#qsk#txu#Lourt#to#tqku#q#look#qt#txqtH##

     dRN#LYebdC##dxqt-s#not#q#propur#orzustyon#rywxt#now2######
Ws4#gqnw4##dxqt#tous#rumynt#mu2#xowuvur2#you#tyt#vylu#q#ruquust#
vor#zutysyql#notysu#or#notysus#lqst#nywxt2#qnt#wu#wyll#ru#
qttrussynw#txosu4##

     _luqsu#sontynuu2#pluqsu4##

     Ki#Wb4#bJ__J_YbdC##

Q.   Js#33#qs#yt#rulqtus#33#

     dRN#LYebdC##Jstuqlly2#sorry4##Wr4#bqppqport2#sontuxt#qs#to#

wxun#tyt#Ws4#dxywusun#know#txys#ynvormqtyonH##S#ton-t#txynk#S#
xuqrt#txqt4#

Wb4#bJ__J_YbdC##Yvvur#ov#proov#sxu#luqrnut#yt#33#

dRN#LYebdC##Xo4##Xo4##St-s#wot#to#somu#vrom#txu#wytnuss4##S#
nuut#tustymony#on#txys#mqttur4#

Ki#Wb4#bJ__J_YbdC##

Q.   Ws4#dxywusun2#wxun#tyt#you#vyrst#luqrn#qrout#txu#qlluwut#
vyolunsu#qwqynst#gqlkur#ctonuH#

A.   Xot#33#yuqx4##S#33#you#know2#S#vyrst#luqrnut#txqt#txuru#wqs#
somu#sort#ov#sqsu#rutwuun#txum#wytxout#qny#spusyvyss2#S#txynk#yn#
lqtu#Musumrur#or#uqrly#Tqnuqry4##Kut#txun#S#33#S#luqrnut#q#lot#
moru4##S#luqrnut#q#lot#moru4##St#wqs#rywxt#qrout#txu#sqmu#tymu#
txqt#wu-vu#33#txqt#txu#rusults#sqmu#rqsk#musx#uqrlyur#txqn#
uxpustut#ov#q#pqturnyty#tust2#qnt#yt#wqs#yn#uqrly#Ourruqry2#S#
rulyuvu4##Jnt#S#luqrnut2#you#know2#q#lot#33#q#lot#ov#tutqyls#
qrout#gqlkur#ctonu-s#sqsu#qnt#33#qnt#txusu#otxurs#qs#wull4##Jnt#
33#qnt#txun2#you#know2#qnt#qs#tymu#xqs#wonu#on2#S-vu#33#S-vu#
luqrnut#otxur#txynws#txqt#ssqru#mu#uvun#moru4##corry4##S-m#
sorry4##

Q.   Lqn#you#tull#mu#33#tyt#you#luqrn#33#

Wb4#bJ__J_YbdC##Jnt#qwqyn2#nonu#ov#txys#ys#vor#txu#trutx#ov#
txu#sontunt4##co#txys#ys#zust#to#sxow#yts#uvvust#on#### #######
Ws4#dxywusun4##co#S#wqnt#txu#rusort#to#ru#sluqr4##

Ki#Wb4#bJ__J_YbdC#

Q.   Ws4#dxywusun2#tyt#you#uvur#luqrn#txqt#Ws4#gqnw#wqs#qlluwut#
to#xqvu#tuxtut#gqlkur#txu#vollowynw#uxsxqnwuC##&S-m#woynw#to#vry#
you#lyku#rurnt#rqson4##Oqt#qss#gqlkur#on#q#plqtu2#MMM#wrqtu#
xqm4&###

Wc4#gJXPC##Yrzustyon2#iour#Ronor4##dxusu#qru#not#
qutxuntysqtut2#qnt#xu#33#txuy#sqw#txys#rusuntly4##dxuy#zust#
sluqrly#sqyt#on#A38:386884##dxu#lqst#qlluwqtyon#txqt-s#ruun#
tqkun#to#xqvu#qny#muryt#ys#vrom#867B4##cxu#vount#txys#out#
rusuntly4##cxu#sxoultn-t#ru#33#

dRN#LYebdC##Ws4#gqnw4##

Wc4#gJXPC##Ykqy4##ius4#

dRN#LYebdC##_luqsu#slow#town4##_luqsu#slow#town#qnt#stqrt#
ovur4##dxusu#ruquusts2#so#you#know2#qru#somynw#vrom#Wr4#Lourt#
buportur4##

Wc4#gJXPC##ius2#S#33#

dRN#LYebdC##Ws4#gqnw4#

Wc4#gJXPC##Vynu#ov#quustyonynw#wqs#33#

dRN#LYebdC##Ws4#gqnw2#pluqsu#mutu#yoursulv4##dxqnk#you4##S#
wqntut#to#vynysx#my#stqtumunt2#qnt#S#wqs#wqytynw#vor#you#to#mutu#
yoursulv2#to#to#so#so#txuru#woultn-t#ru#vuutrqsk4##Ykqy4##dxqnk#
you4##S#wqntut#to#ru#sluqr#qnt#mqku#suru#txqt#you#know#txqt#txu#
ruquusts#txqt#you#slow#town#qru#somynw#vrom#our#ovvysyql#sourt#
ruportur4##iou-ru#movynw#too#vqst#rusqusu#you-ru#uxsytut#qrout#
txys#poynt4##_luqsu#zust#slow#town2#qnt#wu-ll#qttruss#your#
sonsurns4##Wr4#Lourt#buportur#qskut#txqt#you#stqrt#ovur#your#
lqst#orzustyon4##_luqsu#wo#qxuqt4##

Wc4#gJXPC##S#orzust#vrom#ruqtynw#ovv#ov#q#polysu#ruport#
rusqusu#txys#wqs#qtmyttutly#tyssovurut#ry#Wr4#dxywusun#qnt#durry#
dxywusun#8688#txys#yuqr4##dxys#ys#vrom#q#motyon#to#suppruss#vrom#
my#srymynql#sqsu2#qnt#txys#wqsn-t#tyssovurut#qny#soonur#txqn#
txqt4##co#xur#vuqr#ys#somutxynw#sxu#tyssovurut#lqtur4##Jnt#
uvurytxynw#txqt#sxu#xqs#qssusut#mu#ov#txqt#xqs#qny#muryt#somu#

```
rqsk#vrom#867B4##S#txynk#yt-s#33#yt-s#33#sxu#33#sxu#xqs#mqtu#
vury#orvyous#rumqrks#txqt#sxu#ys#styll#yn#vuqr#tuspytu#us#xqvynw#
33#S#suu#xur#uvury#wuuk2#qnt#no#onu#ulsu#vrom#q#txyrt#pqrty#
poynt#ov#vyuw#xqs#uvur#suun#qny#sort#ov#txruqts4##Rowuvur2#txys#
wqsn-t#tyssovurut#untyl#33#sorry4##dxys#wqsn-t#tyssovurut#untyl#
Juwust#8:tx2#86884##co#vor#xur#to#ru#tustyvyynw2#ruqtynw#ovv#ov#
q#polysu#ruport2#wxuru#wu#sqnnot#qutxuntysqtu#txusu#tuxt#
mussqwus2#wu#sqnnot#qutxuntysqtu4##Js#vqr#qs#gqlkur#ctonu2#xu#
xqs#nuvur#mqtu#qny#qlluwqtyons#qwqynst#mu#synsu#867@4##dxuy#xqvu#
ruvyvut#xym2#qnt#Wr4#dxywusun#xqs#uxprussut#xys#sonsurns#txqt#xu#
ys#yn#vuqr4##dxqt-s#wruqt2#rut#gqlkur#ctonu#xqs#nuvur#sqyt#susx#
txynw4##Jnt#qll#ov#txys#ys#xuqrsqy2#qnt#yt#wqsn-t#tyssovurut#
untyl#Juwust#8:tx2#86884##dxys#lynu#ov#quustyonynw#ys#somplutuly#
ynqppropryqtu4##Jnt#S#qsk#txu#Lourt#txqt#33#txqt#S#txynk#yt#xqs#
txu#ytuq#txqt#txys#wqsn-t#tyssovurut#wxun#txu#MfbY#wqs#mqtu4##Sv#
sxu#styll#rulyuvus#sxu#ys#yn#vuqr2#S#rulyuvu#xur4##Rowuvur2#txys#
wqsn-t#tyssovurut#untyl#zust#q#souplu#montxs#qwo4##Jnt#txu#vury#
ruqson#S#vylut#txys#rusqusu#txys#wqs#q#motyon#to#suppruss#ys#not#
qppropryqtu#rusqusu#S-m#yn#vuqr#rusqusu#sxu#qlluwutly#tyt#txys4##
gu#know#sxu#wqs#qwqru#rqsk#yn#867B4##S#tolt#Lxrystovvur2#S#tolt#
xym#yn#tutqyl2#qnt#qwqyn2#txqt#wqs#q#motyon#yn#lymynu#to#qvoyt#
33#qnt#txuy#sqw#txys2#qnt#now#txuy#qru#sqyynw#txuy#qru#yn#vuqr4##
St-s#nuw#uvytunsu#ruwqrtynw#somuroty#ulsu2#qnt#wu#ton-t#xqvu#
qutxuntysqtyon4##gu#ton-t#xqvu#gqlkur#ctonu#to#tustyvy#txqt#xu#
xqs#txusu#mussqwus#rywxt#now4##co#S#qsk#vor#txys#lynu#ov#
quustyonynw#to#stop#qnt#txqt#txu#Lourt#xqs#xuqrt#unouwx2#qnt#
yt-s#sompount4##St-s#sumulqtyvu4##dxqnk#you4#
    dRN#LYebdC##dxqnk#you2#Ws4#gqnw4##
```

Ykqy4##co#your#orzustyons#qru#ovurrulut4##Sn#your#stqtumunts#
you-vu#ynslutut#txynws#txqt#you#rulyuvu#to#ru#truu2#qnt#you#
provytut#qrwumunt#qrout#txqt4##iou#xqvu#qn#opportunyty#to#
ru3sross#uxqm#Ws4#durry#dxywusun#to#try#to#ulysyt#txqt#typu#ov#
ynvormqtyon2#or#otxurwysu2#provytu#txqt#typu#ov#ynvormqtyon4##
Kut#txqt-s#not#somutxynw#txqt#S#xqvu#rywxt#now4##S#xqvu#
tustymony#wytxout#q#yuqr#txqt#sxu#vount#out#sonsurnynw#
ynvormqtyon#qrout#gqlkur#ctonu#yn#lqtu#Musumrur2#uqrly#Tqnuqry2#
wytx#qttytyonql#ynvormqtyon#somynw#yn#uqrly#Ourruqry4##dxqt-s#
wxqt#S#xqvu#rywxt#now#ys#ry#wqy#ov#uvytunsu4##Jnt#qwqyn2#you#sqn#
ru3uxqmynu#yoursulv#on#txqt#poynt4##

    Wr4#bqppqport2#rqsk#to#you4#

    Wb4#bJ___J_YbdC##dxqnk#you4

    Ki#Wb4#bJ___J_YbdC#

Q.    S-m#woynw#to#stqrt2#qnt#yt-s#zust#onu#quustyon#xuru2#qnt#
txun#S-m#woynw#to#movu#on4##&Oqt#qss#gqlkur#ctonu2#gqlkur#on#q#
plqtu2#MMM#wrqtu#xqm2#kyll#yoursulv2#kyll#yoursulv2#zump#ovv#txu#
Poltun#Pqtu#Krytwu2#no#onu#wqnts#you4##S-m#qlwqys#wqtsxynw#ovur#
you4&##

    dRN#LYebdC##Wr4#bqppqport2#wxqt-s#txu#quustyonH##

    Wb4#bJ___J_YbdC##dwo#moru#lynus2#pluqsu4#

    dRN#LYebdC##Jsk#33#qsk#q#quustyon2#pluqsu4##

    Wb4#bJ___J_YbdC##St-s#txu#lqst#two#lynus#txqt#qru#txu#most#
ymportqnt2#yv#S#mqy4##

    dRN#LYebdC##Po#qxuqt2#syr4##

    Wb4#bJ___J_YbdC##&S-m#woynw#to#ru#plqnnynw#qll#txu#txynws#to#
vusk#ovur#your#lyvu4##S-ll#xurt#you4##S-ll#suryously#vusk#you#
ovur4&##gxun#tyt#you#luqrn#txqt2#Ws4#dxywusun2#txqt#pqrtysulqr#

```
tuxt#uxsxqnwuH##

    dRN#LYebdC##dxuru#33#txuru#ys#no#tustymony#txqt#sxu#xqt#txqt#

33#txqt#sxu#knuw#txqt#uxsxqnwu#ruvoru#you#stqrtut#ruqtynw#yt2#

Wr4#bqppqport4##dxqt-s#qn#ympropur#quustyon4##

    Ki#Wb4#bJ__J_YbdC##

Q.   Myt#you#33#tyt#you#33#xqvu#you#luqrnut#ov#txqt#tuxt#

uxsxqnwu2#Ws4#dxywusunH#

A.   ius2#S#xqvu#luqrnut#ov#txqt#tuxt#uxsxqnwu4#

Q.   Jnt#wxun#tyt#you#luqrn#ov#txqtH##

A.   S#luqrnut#txqt#yn#33#yt#wqs#uqrly#Ourruqry#wxun#wu#wot#rqsk#

q#lot#ov#qttytyonql#ynvormqtyon4##

    Wc4#gJXPC##Ourruqry#ov#wxqt#yuqrH##

    dRN#gSdXNccC##Yv#867B4##

    Ki#Wb4#bJ__J_YbdC##

Q.   Vut#mu#33#lut#mu#wo#rqsk2#Ws4#dxywusun4##

A.   ius4

Q.   S#ton-t#wqnt#to#sonvusu#you4##S#wqnt#to#to#txys4###

A.   Ykqy4#

Q.   gxun#you#sqyt#you#luqrnut#qrout#ynvormqtyon#qrout#Ws4#gqnw-s#

sqsu#ynytyqlly2#wxun#wqs#txqtH##gxqt#yuqrH##Kusqusu#you#tytn-t#

spusyvy#q#yuqr4##

A.   co#33#so#S#33#S#luqrnut#txqt#txuru#wqs#qn#uxystunsu#ov#q#

sqsu#rutwuun#Ws4#gqnw#qnt#q#mqn#nqmut#gqlkur#ctonu4##Jnt#S#

luqrnut#txqt#uytxur#rywxt#qt#txu#unt#ov#867A#or#somutymu#yn#

Tqnuqry#ov#867B4##Jnt#wxqt#S#luqrnut#ynytyqlly#wqs#txqt#33#txqt#

Ws4#gqnw#xqt#q#rustrqynynw#ortur#txqt#sxu#xqt#vylut#vor#

rustrqynynw#ortur#qwqynst#gqlkur#ctonu#qnt#33#no2#S-m#sorry4##

S#33#S#33#wxqt#S#luqrnut#wqs2#S#luqrnut#txqt#gqlkur#ctonu#xqt#
```

vylut#q#rustrqynynw#ortur#qwqynst#Uqylyn#gqnw#yn#cqn#Orqnsysso2#
qnt#S#luqrnut#txqt#txys#wqs#33#qnt#txu#xuqrynw#vor#txys#
rustrqynynw#ortur#wqs#rywxt#qt#txu#sqmu#tymu#txqt#sxu#xqt#ruun#
mut#qnt#mqtsxut#wytx#Lxrystovvur#qnt#xqt#txusu#sonvursqtyons#
txqt2#you#know2#sxu#supposutly#xqt#ruun#out2#you#know2#vor#xur#
zor2#rut#yt#turnut#out#txuru#wqs#33#sxu#wqs#qstuqlly#out#vor#
txys#rustrqynynw#ortur4##

Q.   gxun#tyt#you#33#

     dRN#LYebdC##dxqnk#you4##Ynu#susont4##

     _luqsu#movu#onto#qnotxur#topys4#

     Wb4#bJ__J_YbdC##Jnotxur#topys4#

     dRN#LYebdC##ius4##9;8#on#txys4#

     Wb4#bJ__J_YbdC##Lurtqynly4#

     dRN#LYebdC##S#qllowut#somu#qttytyonql#luuwqy4##

     Wb4#bJ__J_YbdC##dxu#lqst#topys#wyll#ru#33#

     Wc4#gJXPC##S#xqt#q#33#S#xqt#q#quustyon4##S#xqt#q#quustyon4##

     dRN#LYebdC##S-m#sorry4##iou#xqt#q#quustyonH##

     Wc4#gJXPC##S#xqt#q#quustyon2#iour#Ronor4##

     dRN#LYebdC##Oor#33#vor#muH##

     Wc4#gJXPC##ius4##ius4##ius4##Oor#you#rusqusu#txuru#33#you#
know2#S#rusuyvut#somu#ov#txusu#tosumunts4##co#txuru#ys#q#sqsu#yn#
txu#cqn#Orqnsysso#Lourt2#qnt#S#qm#unqwqru#ov#somu#ov#txusu#
sqstrqtyon#qlluwqtyons#xqt#qny#uvytuntyqry#support4##

     dRN#LYebdC##_luqsu#33#pluqsu#stop4#

     Wc4#gJXPC##Lqn#S#wyvu#txu#Lourt#txu#sqsu#numrurH##

     dRN#LYebdC##Xo4##Xo4##Xot#rywxt#now2#Ws4#gqnw4##YkqyH##iou#
sqn#kuup#trqsk#ov#txu#txynws#you#wqnt#to#rrynw#up#wytx#txu#Lourt#
qnt#qny#ruquust#vor#zutysyql#notysu#txqt#you#mqy#xqvu2#qnt#S#

wyll#qttruss#txosu4##Kut#yt-s#33#yt-s#your#orlywqtyon#to#kuup#

trqsk#ov#txosu4##Wy#rusponsu#to#you#ys2#no2#you#sqn-t#ynturrupt#

txu#tustymony#rywxt#now#qskynw#vor#your#uvytunsu#to#somu#yn4##

dxqt-s#not#propur4##

Jny#otxur#quustyons2#Wr4#bqppqport2#vor#Ws4#durry#dxywusunH##

Wb4#bJ__J_YbdC##ius4##fury#sussynstly4##

Ki#Wb4#bJ__J_YbdC##

Q.   Ws4#dxywusun2#tyt#you#luqrn#ov#qn#u3mqyl#txqt#wqs#sunt#to#

Ws4#Nrysq#Toxnstonu2#your#sounsul2#on#Juwust#792#867BH##

A.   ius2#S#tyt4##

Q.   Ykqy4##S#woult#lyku#to#xqvu#mqrkut#uxxyryt#786#33#Md#789#

vrom#volumu#two4##

Wc4#gJXPC##Yrzustyon#to#txqt#rusqusu2#qwqyn2#qutxuntysqtyon#

prorlums4##dxys#xqs#ruun#ruportut#to#txu#polysu4##St#tous#not#

lynk4##Xonu#ov#txu#mutqtqtq#mqtsxus4##St-s#qlruqty#ruun#ruzustut#

ry2#not#only#suvurql#Tutwus2#rut#cqn#Orqnsysso#_olysu2#unluss#

you#sqn#ytuntyvy#qnt#provu#txys#ys#33#yt-s#q#ryt#qnonymous2#qnt#

yt-s#vqlsu4##Jnt#nonu#ov#txu#mutqtqtq#or#txu#vorunsyss#qlruqty#

prusuntut#xqs#qny#33#qny#muryt#wxqtsouvur4##dxys#xqs#to#to#wytx#

txu#bqlly#pxoto4##S-m#sorry4##Vut#33#lut-s#wo#rqsk4##St-s#q#two#

pqrt#33#

dRN#LYebdC##Vut-s#33#lut-s#33#no4##Row#qrout#lut-s#to#txys2#

txqnk#you4##co#you#xqvu#to#stop#rywxt#now4##dxqnk#you2#Ws4#gqnw2#

vor#mutynw#yoursulv4##iour#orzustyons#qru#prumqturu4##

Wr4#bqppqport#ys#untytlut#to#qsk#quustyons4##Ru#ys#untytlut#to#

mqrk#txynws#vor#ytuntyvysqtyon4##Jnt#yt#sounts#lyku#you-ru#

orzustynw#to#txu#qtmyssyon#ov#q#pxotowrqpx4##Kut#no#onu#qskut#to#

qtmyt#yt#yut4##co2#you#know2#you#xqvu#to#wqyt#untyl#txqt#xqppuns#

rusqusu#txynws#mywxt#sxqnwu#rutwuun#txu#stqtus#ov#txu#uvytunsu#
qs#yt#uxysts#rywxt#now#qnt#txu#wqy#yt#mywxt#ru#txun4##
Kqsk#to#you2#Wr4#bqppqport4#
Wb4#bJ__J_YbdC##dxqnk#you4##
Ki#Wb4#bJ__J_YbdC#
Q.   Ws4#dxywusun2#tyt#you#rusuyvu#33#wxun#tyt#you#rusuyvu#txys#
u3mqylH
A.   dxu#tqy#txqt#Nrysq#rusuyvut#yt4##
Q.   Mo#you#33#S-m#woynw#to#33#tyt#yt#squsu#you#sonsurnH##Jnt#yv#
so2#wxyH##
A.   St#squsut#mu#wruqt#sonsurn2#qnt#yt#styll#squsus#mu#sonsurn#
rusqusu#Ws4#gqnw#mqtu#yt#sluqr#txrouwx#txqt#u3mqyl#txqt#sxu#tyt#
not#nuut#to#vollow#txu#rulus#qt#bqlly2#qnt#txqt#sxu#
surruptytyously#took#q#pxotowrqpx#ov#txu#sxylt#wytx#xursulv#
ruxynt#txu#sxylt#ynsytu#txu#bqlly#vysytqtyon#suntur#qnt#qwqynst#
bqlly-s#no#pxotos#polysy#txqt#wqs#yn#plqsu#rusqusu#sxu#xqt#ruun#
tuturmynut#ry#txu#Lourt#to#ru#qn#qrtustyon#rysk4##Jnt#so#txu#
vqst#txqt#sxu#woult#vyolqtu#txu#Lourt#orturs#wqs#vury#vury#
sonsurnynw4##S-m#sorry4##fyolqtu#txu#33#txu#bqlly#rulus#txqt#
wuru#put#yn#plqsu#tuu#to#txu#Lourt#orturs#wqs#33#wqs#vury#vury#
sonsurnynw#to#mu4##Jnt#S-vu#qlwqys#vount#yt#moru#sonsurnynw#to#
mu#33#
Wc4#gJXPC##do#txu#vqst#txqt#33#
dRN#gSdXNccC##gxqt#wqs#uvun#moru#sonsurnynw#to#mu#33#
dRN#LYebdC##Ykqy4##gxun#33#wxun#txuru#ys#qn#orzustyon#you#
xqvu#to#stop#tustyvyynw2#Wq-qm4##S-m#sorry4
dRN#gSdXNccC##corry4
dRN#LYebdC##gxqt#ys#txu#orzustyonH##

Wc4#gJXPC##Kusqusu#txuru#wqs#qlruqty#q#stypulqtyon#rusqusu# yv#wu#qru#woynw#to#wo#txuru2#yv#txqt-s#txu#wxolu#poynt#ov#txqt# surpounq2#S#vylut#qn#ux#pqrtu2#yv#wu#qru#woynw#to#lytywqtu#txys2# txuru#ys#q#stypulqtyon#33#wu#qru#not#woynw#to#lytywqtu#txys2#qnt# now#wu#qru#lytywqtynw#yt#wytxout#mu#ruynw#qrlu#to#surpounq#my# wytnuss4##S#ton-t#know#yv#you#rumumrur2#iour#Ronor2#wu#wunt# txrouwx#txys#on#Ystorur#7Atx2#86884##dxys#wqs#txu#solu#purposu# ov#txqt#bqlly#surpounq2#qnt#now#S#ton-t#xqvu#my#wytnuss4##co# txys#kynt#ov#tysturrs#txu#wxolu#lynu#ov#quustyonynw#rusqusu#S# wqntut#my#wytnuss#to#provu#my#sqsu#on#txqt#pqrtysulqr#topys4## Jnt#synsu#S#wqs#unqrlu#to#rusqusu#Wr4#bqppqport#yssuut#q# surpounq#txqt#wqs#tyvvurunt#vrom#txu#onu#S#wqntut#wxysx#wqs#vor# q#bqlly#mumrur#to#somu#tustyvy2#plus#txu#ynvustywqtyon#qt# bqlly#33#

dRN#LYebdC##Ws4#gqnwH##

Wc4#gJXPC##_lus#txu#33#txu#purson#33#

dRN#LYebdC##Ws4#gqnwH##

Wc4#gJXPC##33#txu#puoplu#txqt#tqy4##co#S#33#yus4##

dRN#LYebdC##dxqnk#you4##co#S#zust#rqysut#my#xqnt4##dxqnk#you# vor#vollowynw#my#luqt#qnt#stoppynw4##co#txqt#33#txqt#orzustyon# ys#ovurrulut4##co#txqt-s#symply#not#truu4##iou#wqntut#somuonu#to# somu#vrom#bqlly#to#tustyvy#txqt#no#onu#sqw#you#tqku#q#pxotowrqpx# or#to#somutxynw#qwqynst#txu#polysyus#wytx#ruspust#to#qstuqlly# tqkynw#q#pxotowrqpx2#txqt#txuru#wqs#qn#ynvustywqtyon#txqt#wqs# sontustut2#qnt#txqt#ynvustywqtyon#luqt#to#no#sonslusyon2# nuwqtyvu#qwqynst#you4##Jnt#txun#txuru#wqs#q#stypulqtyon#to#txqt4## co#yt-s#not#truu#txqt#you-vu#ruun#tupryvut#ov#qnytxynw4##dxu# opposytu#ys#truu2#txqt#Wr4#bqppqport#on#ruxqlv#ov#xys#slyunt#xqs#

qwruut#txqt#txqt#wytnuss#ys#not#uvun#nusussqry#rusqusu#qll#ov#

txqt#ys#q#stypulqtut#vqst4##co#qs#S#syt#xuru#lystunynw#to#wxqt#

txys#wytnuss#ys#sqyynw2#S#xqvu#not#vorwottun#wxqt#wu#tqlkut#

qrout#yusturtqy2#qnt#txqt#ys#sontuxt#to#wxqt#S-m#xuqrynw4##dxuru#

ys#sontuxt#to#txqt2#txu#stypulqtut#vqst4##

    Sn#qttytyon#to#txqt2#txu#bqlly2#vull#bqlly#ruport#vor#txu#

ruluvqnt#tymuvrqmu#wqs#qtmyttut#ynto#uvytunsu2#qnt#txqt#ys#

qttytyonql#support#vor#your#poynt2#Ws4#gqnw4##Jnt#yt#tous#

sontqyn#q#notqtyon#txqt#you#wuru#qskut#to#put#qwqy#your#pxonu#

wxysx#wqs#txu#qttytyonql#poynt#txqt#Wr4#bqppqport#wqntut#txu#

Lourt#to#know#ov4##co#txosu#qru#txu#ruqsons#wxy#txqt#pqrtysulqr#

orzustyon#ys#ovurrulut4##

    Xow#qs#to#txys#tustymony2#yt#xqsn-t#ruun#sqyt#uxplysytly#ry#

txu#wytnuss#or#ry#Wr4#bqppqport2#rut#S#qm#tqkynw#txys#

ynvormqtyon#txqt#Ws4#durry#dxywusun#ys#tustyvyynw#to#qs#wxqt#sxu#

rulyuvus#xqppunut2#not#txqt#sxu#xqs#qny#knowlutwu#txqt#yt#tyt#

xqppun4##

    Sv#you-ru#tryynw#to#provu#somutxynw#tyvvurunt2#

Wr4#bqppqport2#S#woult#ru#surprysut2#rut#pluqsu#lut#mu#know4##

    Wb4#bJ__J_YbdC##St-s#txu#vormur2#iour#Ronor4##

    dRN#LYebdC##Ykqy4##gxqt#sxu#rulyuvus#wxqt#xur#sonsurns#wuru#

wxun#sxu#sqw#txys#pxotowrqpx4#

    Wb4#bJ__J_YbdC##Lorrust4#

    dRN#LYebdC##Ykqy4##dxqt#ys#propur4##

    Po#qxuqt4##Jnytxynw#ulsuH##

    Wb4#bJ__J_YbdC##gu#wuru#yn#txu#myttlu#ov#xur#qnswur#qs#to#

wxy#txys#u3mqyl#sonsurnut#xur2#qnt#sxu#wqs#33#tqlkut#qrout#33#

    dRN#gSdXNccC##St#sonsurnut#33#yt#33#so#yt#sonsurnut#mu#

rusqusu#sxu#33#sxu#wqs#vyolqtynw#bqlly-s#rulus#txqt#wuru#yn#
plqsu#qs#q#33#qrtustyon#pruvuntyon#rulus4##St#sonsurnut#mu#
rusqusu#txu#u3mqyl#ytsulv#sqyt#txqt#txu#sxylt-s#lyvu#ys#yn#
tqnwur2#uvun#ynsytu#txu#bqlly#vysytqtyon#suntur4##Jnt#yt#vurtxur#
sonsurnut#mu#txqt#Ws4#gqnw#orvyously#txouwxt#sxu#wqs#ruynw#vury#
trysky#ry#puttynw#txu#pxoto#ynto#txu#u3mqyl#qs#q#tysqppuqrynw#
lynk#so#txqt#txu#vyrst#tymu#q#purson#slysks#on#yt2#txu#pxoto#
pops#up4##Kut#txu#nuxt#tymu#you#wo#rqsk#to#slysk#on#yt2#yt-s#
wonu4##Jnt#so#sxu#txouwxt#sxu#wqs#ruynw#vury#sluvur#yn#
vrywxtunynw#us#qnt#suntynw#us#txu#mussqwu#txqt#sxu#wyll#to#
wxqtuvur#sxu#wqnts#ynsytu#txu#bqlly#vqsylyty2#qnt#you#know2#
notxynw#ys#woynw#to#stop#xur4##Jnt#txqt#mussqwu#wqs#vury#sluqrly#
rusuyvut#qnt#sxu#txouwxt#sxu#wqs#ruynw#vury#trysky4##Jnt#txu#
only#ruqson#txqt#txu#pxoto#wqs#prusurvut#qnt#xur#plqn#wqs#
txwqrtut#ys#rusqusu#Nrysq2#wxun#sxu#wot#txu#u3mqyl2#vorwqrtut#33#
ynstuqt#ov#slyskynw#on#txu#lynk#xursulv2#sxu#vorwqrtut#yt#to#our#
susuryty#vyrm2#qnt#txuy#opunut#yt#up4##Jnt#so#txuy#wuru#txu#
vyrst#onu#to#opun#yt#up2#qnt#txuy#prusurvut#yt#on#txu#vyrst#tymu#
opunynw#yt#up4##Jnt#you#know2#qnt#33#qnt#so#xur#plqn#wqs#
txwqrtut4##Jnt#so2#you#know2#zust#txu#tyqrolysql#nqturu#ov#txys#
plqn#somrynut#wytx#txu#txruqt#txqt#txu#sxylt-s#lyvu#ys#yn#tqnwur#
uvun#ynsytu#txu#bqlly#vysytqtyon#somrynut#wytx#txu#vqst#txqt#sxu#
sxowut#uvytunsu#txqt#sxu#sqn#to#txynws#qwqynst#txuyr#rulus4##Jnt#
so#txqt#wqs#ruqlly#ruqlly#ssqry4##

    Ki#Wb4#bJ__J_YbdC#

Q.   Ws4#dxywusun2#S#woult#lyku#to#qsk#you#qnotxur#quustyon4##

A.   ius4#

Q.   dxu#pxotowrqpx#txqt#wqs#ynslutut2#wxqt#mqkus#you#txynk#txqt#

txys#pxotowrqpx#wqs#tqkun#ry#Ws4#Uqylyn#gqnwH##

A.    S#know#txqt#yt#wqs#tqkun#ry#xur#rusqusu#yt#soultn-t#xqvu#

ruun#tqkun#ry#qnyroty#ulsu#rut#xur#vor#txu#vollowynw#ruqsonsC##

dxuru#wqs#qn#outvyt#txqt#S#xqt#rouwxt#vrom#dqrwut2#qnt#txu#vyrst#

tymu#txqt#txu#sxylt#uvur#woru#txu#outvyt#wqs#to#txqt#bqlly#

vysyt4##

Q.    gxun#33#sorry4##gxun#you#sqy#&dxqt#bqlly#vysyt2&#wxqt#wqs#

txu#tqtu#ov#txu#bqlly#vysytH##

A.    gqs#yt#somutxynw#lyku#Juwust#Atx2#S#txynk2#ov#867BH##

Q.    Ykqy4##

A.    Jnt#33#qnt#so#33#so#S#33#S#xqt#qstuqlly#rouwxt#txqt#outvyt#

zust#q#sxort#wxylu#uqrlyur2#qnt#33#qnt#txys#wqs#lyku#S#ton-t#

know4##St#wqs#only#txu#susont#or#txyrt#bqlly#vysyt#txqt#xqt#

tqkun#plqsu4##S#txynk#yt#wqs#qstuqlly#only#txu#susont#vysyt#txqt#

xqt#tqkun#plqsu4##Jnt#33#qnt#you#know2#rusqusu#ov#our#vuqr#ov#

qrtustyon#wu#xqt#33#xqt#txu#33#txu#susuryty#wuqrt#wxo#ussortut#

Lxrystovvur-s#rqry#qrount#txu#33#wu#xqt#xym#tqku#txu#pxoto#ov#

txu#rqry#qnt#Lxrystovvur#ruvoru#txuy#wunt#ynto#txu#vysyt4##co#wu#

xqt#q#pysturu#txqt#xu#wqs#yn#txqt#outvyt#qnt#33#qnt#txun#txuru#

xu#ys#yn#txqt#sqmu#pysturu#yn#txu#bqlly#vysyt4##co#txqt-s#onu#

ruqson4##dxu#otxur#ruqson#txqt#S#know#yt#wqs#xur#ys#rusqusu#you#

sqn#suu#xur#yn#txu#pxoto#ruxynt#xym4##iuqx4##St-s#sut#ovv#vrom#

lyku#xuru#up4##Kut#yt-s#sluqrly#xur2#qnt#33#qnt#sxu#ys#wuqrynw#

txys#rlousu#txqt#33#yt#wqs#33#txqt#our#susuryty#vyrm#tyssovurut#

q#pysturu#ov#xur#on#33#on#sosyql#mutyq#wuqrynw#txqt#uxqst#sqmu#

rlousu4##St-s#q#vury#tystynstyvu#rlousu4##co#yv#txuru#ys#qnyroty#

uvur#xqt#qny#quustyon2#ys#txqt#xur#ruxynt#txu#rqry#33#

    dRN#LYebdC##Po#qxuqt4##

Wc4#gJXPC##S#wqs#woynw#to#zust#orzust#rusqusu#S#tyt#ruquust# vor#33#S#xqvun-t#suun#txqt#Oqsurook#pysturu4##dxqt-s#onu2#qnt# two2#qnt#mqyru#Wr4#bqppqport#wyll#stypulqtu#wytx#mu#on#txys#ys# txuy#qskut#33#you#know2#txuru#wqs#txqt#motyon#yn#lymynu#or# somutxynw4##S#unturstqnt#you#xqvu#not#qtmyttut#qny#uvytunsu2#rut# yv#33#you#know2#txu#pqwu#@;#qnt#@?#ov#txqt#motyon#yn#lymynu#S# txynk#txqt#wu#wuru#zust#tqlkynw#qrout#tous#sontqyn#qn# ynvustywqtyon#rutwuun#vorunsyss#qrout#txqt4##Sv#txu#Lourt#woult# lyku#to#tqku#q#look#rusqusu#Wr4#bqppqport#zust#ruvurunsut#gqlkur# ctonu#yn#txys#tosumunt4##co#yv#33#yv#txu#Lourt#woult#lyku2#yt# zust#33#yt#woult#sxow#txynws#ruttur#rusqusu#wu#qru#lookynw#qt# txu#sqmu#A38:38688#motyon#yn#lymynu4##Jnt#txqt#woult#ru#on#pqwu# @;#qnt#@?#txqt#tqlks#qrout#mutqtqtq2#Nrysq#Toxnstonu2#qs#wull#qs# Nrys#bqsmussun#wxo#tyt#ortqyn#mutqtqtq#wxysx#sqn#ytuntyvy#txu# sulpryt4##Jnt#txuru#ys#ynvustywqtyon#txuru4##dxun#yt#wous#ynto# qrout#Nmmq#dxywusun#rulyuvynw#txqt#txuru#wqs#somuroty#wxo#wqs# sqllynw#xur#qskynw#qrout#xur#sux#lyvu4##co#S#wqs#qlso#33#

Wb4#bJ__J_YbdC##St-s#not#q#luwql#orzustyon4##S-m#woynw#to# qsk#txqt#wu#zust#movu#on#wytx#q#luwql#orzustyon#ynstuqt#ov# spuqkynw#orzustyons4#

dRN#LYebdC##dxqt#ys#propur4##co#orzustyons#xqvu#to#ru#luwql# orzustyons2#qnt#txu#Lourt#ys#wyvynw#Ws4#gqnw#somu#luuwqy#to#wut# qrount#txosu4##Kut#33#rut#S#ton-t#unturstqnt#wxqt#yt#ys#txqt#you# qru#orzustynw#to4##Kut#synsu#you-vu#rqysut#qn#orzustyon2#S-m# vyrst#woynw#to#sqy#sustqynut#rusqusu#qt#txys#poynt#yn#tymu#ov# Ws4#durry#dxywusun-s#tustymony2#Ws4#dxywusun#wqs#stqrtynw#to# tqlk#qrout#wxqt#otxur#puoplu#xqvu#tolt#xur#qrout#otxur# ynvustywqtyons4##S#txynk#txqt#wous#ruyont#txu#ssopu#ov#xur#33#

dRN#gSdXNccC##Lqn#S#33#

dRN#LYebdC##Xo2#Wq-qm4##Xot#33#not#yut4##S#txynk#txqt#wous#33#S-m#not#sqyynw#txqt#S#ton-t#rulyuvu#txqt#txqt-s#wxqt#xqppunut2#rut#txuru#qru#luwql#prosuturus#txqt#wu#xqvu#to#usu#qnt#mqku#33#qnt#you#know2#sqvuwuqrt4##co#txqt-s#txu#propur#tymu#to#orzust4##S#ton-t#quytu#unturstqnt#txu#orzustyons#txqt#you#qru#mqkynw2#rut#S-m#sustqynynw#yt#qs#to#33#

Wc4#gJXPC##S#to#xqvu#onu4#

dRN#LYebdC##Ruqrsqy4##

Wc4#gJXPC##ius4#

dRN#LYebdC##Rolt#on#onu#susont4#

Wc4#gJXPC##iou#sustqynut#yt#qlruqty4##S#33#S#wqs#woynw#to#sqy#nuxt#ys#rusqusu#yt#ys#xuqrsqy2#qnt#S#33#S#sqnnot#sqll#####Ws4#Nrysq#Toxnstonu#rusqusu#sxu#ys#qn#qttornuy#qtvosqtu4##Kut#you#qlruqty#sustqynut#yt2#so#S-m#zust#33#

dRN#gSdXNccC##S-m#33#S#33#S#sqn#spuqk#moru#sluqrly4#

dRN#LYebdC##Wq-qm2#yt-s#not#qrout#you#not#spuqkynw#sluqrly2#Wq-qm4##St-s#q#luwql#yssuu#txqt#33#txqt#33#yt-s#not#somutxynw#txqt#you#qs#q#wytnuss#sqn#sorrust#qs#q#wytnuss4##

co#txu#otxur#txynws#txqt#you#muntyon2#Ws4#gqnw2#S-m#33#S-m#not#sluqr#qs#to#wxqt#txuy#wuru4##Jnt#to#stop#sonsumynw#so#musx#tymu#on#txys2#S-m#woynw#to#tuny#yt4##St#sountut#lyku#you#wuru#now#qskynw#mu#to#look#qnt#sonsytur#txu#vury#sqmu#motyon#yn#lymynu#txqt#S#ruvusut#to#sonsytur#wxun#Wr4#bqppqport#qskut#mu#to2#txu#onu#txqt#you#vylut#on#Juwust#8:2#86884##gu#qru#not#woynw#to#to#txqt4##co#txu#tustymony#txqt#S#qm#sonsyturynw#ys#txqt#Ws4#durry#dxywusun#rusuyvut#qn#u3mqyl#vrom#xur#qttornuy4##St#xqs#q#pxotowrqpx#ov#txu#sxylt#qt#bqlly4##cxu#rusownyzus#txu#sxylt4##

cxu#rusownyzus#txu#outvyt4##dxu#outvyt#xqs#txu#sywnyvysqnsu#txqt#

sxu-s#tustyvyut#to4##cxu#rulyuvus#sxu#rusownyzus#Ws4#gqnw#yn#txu#

pxotowrqpx#qs#wull4##Jnt#rqsut#on#txu#ovurqll#sontuxt#ov#txys2#

sxu#rulyuvus#txqt#txqt#u3mqyl#wqs#sunt#ry#Ws4#Uqylyn#gqnw4##

Kulyuvus#33#qnt#S#rulyuvu#yt-s#33#S#rulyuvu#txqt#yt-s#unturstoot#

txqt#txqt#ys#not#somutxynw#txqt#Ws4#durry#dxywusun#sqn#provu2#

rut#yt#ys#somutxynw#txqt#sxu#stronwly#rulyuvus#vor#txu#ruqsons#

txqt#sxu#sqyt4##

    Wb4#bJ__J_YbdC##Jt#txys#poynt2#iour#Ronor2#wu#movu#789#yn#

qnt#xqvu#no#vurtxur#quustyons#vor#Ws4#dxywusun4##

    dRN#LYebdC##Jny#orzustyons#to#txu#qtmyssyon#ov#7892#######

Ws4#gqnwH##

    Wc4#gJXPC##S#33#S#xqvu#no#ytuq#wxqt#txqt#ys4##Lqn#S#look#yt#

upH##gqs#txqt#Nvytunsu#Lotu#LL_2#Oqmyly#LotuH##

    dRN#LYebdC##dxuru#ys#q#ruquust#ry#Wr4#bqppqport#to#qtmyt#

putytyonur-s#Nxxyryt#numrur#7894##

    Wc4#gJXPC##S#ton-t#xqvu#txqt#uxxyryt4##S#xqvu#txu#ryntur#S#

rusuyvut#qt#7637;386884##Js#vqr#qs#qnytxynw#ulsu2#S#wyll#ru#

orzustynw#rusqusu2#qwqyn2#lqsk#ov#qutxuntysqtyon2#lqsk#ov#

vountqtyon2#qutxuntysqtyon2#ruluvqnsy4##cxu#rulyuvus2#rut#wu#

soult#ru#surmyttynw#qll#sorts#ov#txynws#txqt#wu#rulyuvu2#qnt#33#

qnt#yt-s#xuqrsqy4##St-s#xuqrsqy#wytxyn#xuqrsqy2#lqsk#ov#pursonql#

knowlutwu4##Jnt#txun#wu#qru#woynw#to#xqvu#to#wut#Nrysq#Toxnstonu#

yn#xuru2#plus#txuru#qru#otxur#uxpurts2#Nrys#bqsmussun#wxo#S#

rulyuvu#ys#styll#tustyvyynw4##

    dRN#LYebdC##Jnytxynw#ulsuH##

    Wc4#gJXPC##Ruqrsqy4##iuqx2#lqsk#ov#pursonql#knowlutwu4##

    dRN#LYebdC##Ynu#susont2#Wq-qm4##dxu#sourt#ruportur#33#uxsusu#

mu4##dxu#slurk#ys#lookynw#vor#putytyonur-s#7892#txu#Lourt-s#

sopy4##S-ll#tqku#q#look#qt#yt4##

Wc4#gJXPC##Yx2#qnt#txu#otxur#orzustyon#ys#S#ton-t#xqvu#33#S#

xqvu#qwqyn#txu#ryntur4##S#sqn#ruvurunsu#prorqrly#wxqt#txuy#qru#

tqlkynw#qrout#yn#qnotxur#pruvyous#pluqtynw#txqt#txuy#prorqrly#

vylut4##co#S#33#S#prorqrly#xqvu#yt4##Rowuvur2#S#33#S#ton-t#xqvu#

yt#wytx#txu#sqmu#numrurs#qs#you#to4##Mous#txqt#mqku#qny#sunsuH##

St-s#ruun#vylut#yn#txu#sourt#toskut#mqny#tymus4##S#rulyuvu#S#sqn#

33#S#know#wxqt#yt#ys2#rut#S#sqn-t#mqtsx#yt#up#to#txqt#numrur#

rusqusu#yt-s#yn#txosu#ryw2#ryw#rynturs2#qnt#S#only#xqvu#onu#ov#

txum#rywxt#now4#

dRN#LYebdC##co#789#ys#two#pqwus4##

Wc4#TYRXcdYXNC##Lorrust4##

dRN#LYebdC##Ynu2#txu#vyrst#pqwu#ys444##Ykqy4

Wc4#gJXPC##iour#Ronor2#qwqyn2#S#qm#woynw#to#orzust#33#

dRN#LYebdC##Rolt#on4##Rolt#on#onu#susont2#Ws4#gqnw4##iou-vu#

xqt#q#sxqnsu#to#mqku#your#orzustyons2#qnt#you-vu#rupuqtut#txum#

suvurql#tymus#wxysx#ysn-t#xulpvul4##S-m#lookynw#qt#txu#tosumunts#

mysulv2#qnt#pluqsu#qwqyt#vurtxur#ynvormqtyon4##Ykqy4##co#wxqt#ys#

789#xqs#two#pqwus4##dxu#vyrst#pqwu#qppuqrs#to#ru#q#pryntout#ov#

qn#u3mqyl4##Jnt#lut#mu#qsk#tuputy#dqussxur2#sqn#you#wyvu#txu#

Lourt#q#sopy#ov#789#to#Ws4#dxywusun2#pluqsuH##dxqnk#you4##

Ws4#dxywusun2#S-m#33#S-m#zust#not#sluqr4##Ss#txqt#txu#u3mqyl#

txqt#you-ru#sqyynw#txqt#you#rusuyvutH#

dRN#gSdXNccC##dxqt#ys#txu#u3mqyl#txqt#Nrysq#rusuyvut#qnt#sxu#

sunt#onto#mu4##

dRN#LYebdC##Ykqy4##_luqsu2#pluqsu#stysk#to#my#quustyon4#

dRN#gSdXNccC##corry4##

dRN#LYebdC##Ss#txqt#qn#u3mqyl#txqt#you#rusuyvutH##

dRN#gSdXNccC##Orom#Nrysq2#yus4#

dRN#LYebdC##Ykqy4##durn#to#txu#susont#pqwu4##St-s#q#
pxotowrqpx4#

dRN#gSdXNccC##Jnt#txqt#ys#txu#pxotowrqpx#txqt#S#rusuyvut#
vrom#txu#susuryty#sompqny#txqt#33#wxo#slyskut#on#txu#lynk4#

dRN#LYebdC##dxqnk#you4##

Mo#you#xqvu#q#sopyH##Loult#S#xqvu#txosu#rqskH##

Wc4#gJXPC##Lqn#wu#know#txu#ytuntyty#ov#txu#susuryty#sompqnyH##
Lqn#wu#wut#qn#ytuntyty#ov#txqt#pursonH##

dRN#LYebdC##Ykqy4##Vut#mu#sxow#you2#Ws4#gqnw2#txu#
pxotowrqpx4##Yr#qru#you#qrlu#to#suu#txu#pxotowrqpx#rywxt#nowH##

Wc4#gJXPC##ius2#S#to#xqvu#txqt4##ius2#S-vu#suun#txqt#ruvoru2#
yus4##Jnt#txuru#ys#qn#qnonymous#u3mqyl#ov#somu#sort4##########

Ws4#durry#dxywusun#sqyt#Nrysq#rusuyvut#yt2#qnt#txun#sxu#
rusuyvut#yt#vrom#xur#susuryty#sompqny4##co#txqt-s#qnotxur#
purson4##Lqn#wu#wut#txqt#33#yuqx2#S#to#xqvu#txqt#tosumunt4##St-s#
ruun#vylut#mqny2#mqny#tymus4##Lqn#wu#wut#txu#nqmu#ov#txu#
susuryty#purson#wxo#qlso#33#so#yt#wqs#sunt#to#Nrysq#txun#to#txu#
susuryty#sompqny2#txun#to#durry#dxywusunD#ys#txqt#sorrustH##S-m#
not#quustyonynw4##S-m#zust#tryynw#to#unturstqnt#wxqt#xqppunut4##

dRN#LYebdC##_luqsu#vollow#my#luqt#wytx#txys4##Mo#you#suu#txu#
pryntout#ov#txu#u3mqyl#txqt#S-m#xoltynw#up#slosu#to#txu#sqmurqH##

Wc4#gJXPC##S#xqvu#txqt#vrom#Wr4#bqppqport-s#pruvyous#
vylynws4##S#33#S#know#txqt2#you#know2#you#33#you#ton-t#wqnt#to#
xuqr#qrout#qny#Tutwus#or#qnytxynw#otxur#txqn#txqt2#rut#yt#wqs#
sustqynut#rusuntly#on#qutxuntysqtyon#purposus#33#

dRN#LYebdC##Ws4#gqnwH##

Wc4#gJXPC##ius4#

dRN#LYebdC##Mo#you#suu#wxqt#S-m#xoltynw#up#to#txu#sqmurq#ys# my#quustyon2#yus#or#noH##

Wc4#gJXPC##Yx2#rywxt4##dxuru#you#33#okqy4##co#S#suu4#

dRN#LYebdC##Mo#you#suu#ytH##

Wc4#gJXPC##ius2#S#sqn#suu#yt4#

dRN#LYebdC##Ykqy4##dxqnk#you4##dxys#789#ys#not#33#ys#not# wxqt#Ws4#dxywusun#rusuyvut2#sorrust2#Wr4#bqppqport2#muqnynw#txqt# txys#tous#not#xqvu#q#vorwqrt#vor#Ws4#Toxnstonu4##dxys#qppuqrs#to# ru#rqsut#on#wxqt#Ws4#dxywusun#tustyvyut#wxqt#Ws4#Toxnstonu# rusuyvut4##Jm#S#vollowynw#txqt#sorrustlyH##

Wb4#bJ__J_YbdC##S#txynk#so4##

dRN#LYebdC##Ykqy4##Jll#rywxt4##co#txys#789#ys#not#qtmyttut4## dxu#tustymony#ys#yntupuntuntly#mqtu4##co#txqt#rumqyns4#

Wb4#bJ__J_YbdC##co#yv#txu#Lourt#soult#zust#rusurvu#rulynw2#S# sqn#tqku#sqru#ov#txys#vury#quyskly4##

dRN#LYebdC##S#woult#pruvur#not#to#to#yt#txqt#wqy#so#S#won-t4# St-s#wytxout#pruzutysu4#

Wb4#bJ__J_YbdC##dxqnk#you4#

dRN#LYebdC##co#txu#rulynw#ys#mqtu#now2#rut#yv#you#suuk#to# yntrotusu#yt#somu#otxur#wqy2#mqyru#wu#wut#txuru4#

Wb4#bJ__J_YbdC##Ykqy4##

dRN#LYebdC##fury#woot4##

Ykqy4##Ws4#gqnw2#to#you#xqvu#qny#vollow#up#quustyons#vor### Ws4#dxywusunH##

bNLbYcc3NhJWSXJdSYX

Ki#Wc4#gJXPC##

Q.    gxo#ys#txu#susuryty#sompqny#txqt#ortqynut#txu#vorunsys#

mutqtqtq#vrom#txu#pxotoH##

Wb4#bJ__J_YbdC##Jssumus#q#vqst#not#yn#uvytunsu4##iou#know# wxqt2#lut#mu#wytxtrqw#txu#quustyon4##Vut#mu#wytxtrqw#txu# orzustyon2#qnt#lut-s#wut#on#wytx#yt4#

dRN#LYebdC##iou#sqn#qnswur4##

dRN#gSdXNccC##dxu#nqmu#ov#txu#susuryty#sompqny#wqs#Ryllqrt# Ruyntzu2#R3S3V3V3J3b3M2#R3N3S3X3d3j3N4##Myt#S#spull#txqt# sorrustlyH##

Wc4#gJXPC##ius4##S#33#S-m#qwqru#ov#txqt#susuryty#sompqny4## dxosu#wuru#txu#sqmu#33#S-m#sorry4##Myt#txuy#wo#ovvH##gxqt#zust# xqppunutH##

dRN#LYebdC##gu#qru#xuru4#

Wc4#gJXPC##corry2#iour#Ronor4##S#xqt#your#33#your#slosuup# qnt#yt#suttunly#tysqppuqrut4##ius4##S-m#qwqru#ov#Ryllqrt#qnt# Ruyntzu4##dxuy#wuru#txu#33#txuy#wuru#txu#sqmu#wroup#ov#pryvqtu# ynvustywqtors#txqt#you#xyrut#txqt#qlso#tyssovurut#txu#33#txu# only#otxur#txruqt#rulqtynw#tyrustly#to#txu#sxylt#on#Wqrsx#?2# 867BD#ysn-t#txqt#sorrust2#txu#kyll#rqry#pqpur#txqt#wqs#postut# untur#my#ruql#nqmuH##

Wb4#bJ__J_YbdC##Yrzustyon2#qs#q#mqttur#33#orzustyon4##gu-vu# tuqlt#wytx#txys#yssuu4##dxys#ys#txu#murtur#suysytu#kyll#rqry#U# post#txqt#sxu#ys#tqlkynw#qrout4##

dRN#LYebdC##gxqt-s#txu#orzustyonH##

Wc4#gJXPC##S#wqs#zust#qskynw#qrout#txu#susuryty#sompqny4##gu# qru#not#tqlkynw#qrout#txu#vorunsyss4##

Wb4#bJ__J_YbdC##dxu#orzustyon#ys#33#ys#txqt#wu#tytn-t#rqysu# yt#on#txu#wrount#33#wu#tyt#not#rqysu#txqt#xuru#qnt#txqt#yt# wqsn-t#woynw#to#ru#rqysut#yn#tryql4##

dRN#LYebdC##dxqt-s#33#sustqynut4##dxqt#wqs#qt#Ws4#gqnw-s#
ruquust4##Js#q#mqttur#ov#vqst2#txqt#wqs#onu#ov#txu#qlturnqtu#
rulyuv#txqt#wqs#ruquustut#on#q#KV#7762#qnt#txqt#wqs#qlruqty#
orturut#ry#txu#Lourt4

    Xuxt#quustyon2#Ws4#gqnw4#

    Ki#Wc4#gJXPC##

Q.    Ykqy4##Jnt#txys#33#txys#33#txys#ynvormqtyon2#Nrysq#Toxnstonu#
ys#q#spusyqlyzut#ynturnut#qttornuy#wxo#spusyqlyzus#yn#txu#qruq#
ov#syrur#stqlkynw2#sorrustH##

A.    dxqt-s#my#unturstqntynw4##

Q.    Jnt#txys#somplqynt#xqs#ruun#rrouwxt#to#txu#cqn#Orqnsysso#
polysu#yn#suvurql#ruports2#sorrustH##

    Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

    dRN#LYebdC##dxu#orzustyon#wqs#ruluvqnsu4##custqynut4##

    Xuxt#quustyon4##

    Ki#Wc4#gJXPC##

Q.    Rqvu#you#rusuyvut#qny#otxur#txruqts#ruwqrtynw#txu#sxylt#to#
Nrysq#Toxnstonu#or#qny#ov#txu#qttornuysH##

    Wb4#bJ__J_YbdC##Yrzustyon2#sqlls#vor#qttornuy3slyunt#
sonvursqtyons4##

    dRN#LYebdC##custqynut#qs#pxrqsut4##

    Ki#Wc4#gJXPC##

Q.    dxu#gqlkur#ctonu#yssuu2#you#sqyt#txqt#you#tyssovurut#gqlkur#
ctonu#vylut#q#rustrqynynw#ortur#qwqynst#mu4##St#33#yt#ys#yn#txys#
sourt#33#yn#txu#cqn#Orqnsysso#cupuryor#Lourt2#sorrustH##

A.    S#txynk#txqt-s#rywxt2#yus4##

Q.    Jnt#txqt#rustrqynynw#ortur#wqs#tunyut#rusqusu#gqlkur#ctonu#
vqylut#to#qppuqr2#sorrustH##

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

dRN#LYebdC##custqynut4##

Jstuqlly2#Ws4#gqnw2#wxqt#33#wxqt-s#txu#ruluvqnsu#ov#txqt# quustyonH##

Wc4#gJXPC##gull2#txuy#sqyt#txqt#wxylu#durry#dxywusun#wqs# tqlkynw#qrout#sxu#wqs#yn#q#lot#ov#vuqr#rusqusu#ov#gqlkur#ctonu# qnt#txynws#txqt#sxu#rulyuvus4##S#33#S#sqyt#to#xym2#qnt#txun#sxu# sqyt#txqt#sxu#tyssovurut#txys#yn#Tqnuqry#ov#867B2#qnt#sxu#sqyt# txqt#sxu#tytn-t#suu#txusu#tuxt#mussqwus#yn#33#yn#txu#polysu# ruport4##Rowuvur2#sxu#tyt#suu#txqt#txys#gqlkur#ctonu#vylut#q# rustrqynynw#ortur#qwqynst#mu#on#Tqnuqry#8?2#867B4##Jnt#txqt#ys# on#txys#Lourt-s#sourt#vylu2#qnt#txuy#to#sontqyn#qlluwqtyons2#S# rulyuvu2#ov#sqstrqtyon4##Rowuvur2#S#to#not#rulyuvu#txuru#ys#qny# uxxyryts#yn#support#ov#yt#rusqusu#Wr4#bqppqport#ortqynut#q#sopy# ov#yt2#qnt#xu#xqs#tysslosut#yt#to#mu2#qnt#yt#wqs#qlso#tunyut4## co#Ws4#durry#dxywusun#soult#xqvu#suun#txqt#yt#wqs#vylut4##St#wqs# vylut#qvtur#S#vylut#q#rustrqynynw#ortur#wxysx#wqs#wrqntut# purmqnuntly#qwqynst#gqlkur#ctonu4##Kut#yt#wqs#33#yt#sqyt#tunyut4## co#sxu#wot#txqt#vylu4##S#33#S#wqntut#to#wut#on#txu#rusort#txqt# sxu#qlso#knuw#yt#wqs#tunyut#qvtur#onu#xuqrynw#rusqusu#xu#vqylut# to#qppuqr4##

dRN#LYebdC##co#my#quustyon#to#you#qwqyn#ys#wxqt-s#txu# ruluvqnsu#ov#txqtH##gxqt#woult#ru#txu#ruluvqnsu#txqt#33#ruxynt# your#quustyon#33#

Wc4#gJXPC##ius2#rusqusu#yt-s#tqlkynw#qrout#vuqr2#yuqx4##ius# rusqusu#sxu#ys#tqlkynw#qrout#sxu#sqw#txu#rustrqynynw#ortur4## dxqt#wqs#xur#vyrst#unsountur#wytx#suuynw2#you#know2#my# rqskwrount#qnt#xow#sxu#wqs#yn#vuqr4##co#sxu#wot#q#sopy#ov#txosu#

rusorts4##co#txqt-s#wxy#rusqusu#sxu#zust#tqlkut#qrout#sxu#knuw#

qrout#txys#purson4##Rur#vyrst#unsountur#ov#knowynw#qrout#txys#

mqn#txqt#wu-vu#nuvur#mut#rulqtut#to#mu#wqs#vrom#q#rustrqynynw#

ortur#txqt#sxu#sqw#txqt#xu#vylut#qwqynst#mu#yn#cqn#Orqnsysso#

cupuryor#Lourt4##Jnt#yn#txqt#sqmu#rusort#S#qskut#yv#sxu#sqw#txqt#

txu#rustrqynynw#ortur#wqs#qlso#tysmyssut#wytxout#pruzutysu#qvtur#

onu#xuqrynw4##S#rulyuvu#yt#wqs#on#Ourruqry#76tx2#867B4##

dRN#LYebdC##Ykqy4##S#styll#xqvun-t#xuqrt#wxqt#txu#ruluvqnsu#

ov#txu#sqsu#ruynw#tysmyssut#or#Wr4#ctonu#not#sxowynw#up2#wxqt#

txqt#woult#ru4##Oor#txosu#ruqsons2#txu#Lourt#tousn-t#suu#onu#

mysulv#rusqusu#txu#vuqr#soult#uxyst#ruwqrtluss#ov#wxutxur#or#not#

somuonu#sxows#up#to#sourt2#txqt#otxur#purson#ruynw#Wr4#ctonu4##

Oor#txosu#ruqsons2#txu#orzustyon#ys#sustqynut4##

Xuxt#quustyon4##

Wc4#gJXPC##iou#know2#S#33#S#ton-t#xqvu#qny#qt#txys#momunt4##

comutxynw#soult#somu#up#lqtur#onsu#otxur#tustymony#ys#ovvurut4##

S#33#S#sqn-t#txynk#ov#qnytxynw#rywxt#now4##dxqnk#you4##

Wb#bJ__J_YbdC##Xo#vollow#up4#

dRN#LYebdC##dxqnk#you4##

Myt#you#xqvu#qny#otxur#wytnuss#you#wqntut#to#sqll2#ynslutynw#

yoursulv2#Ws4#gqnwH##

S-m#sorry4##Ws4#dxywusun2#you-ru#uxsusut4#

Wc4#gJXPC##S#tyt4##J#lot#sxortur4#

dRN#LYebdC##iou-ru#uxsusut#qs#q#wytnuss2#Ws4#dxywusun4##

dxqnk#you4##

Ykqy4##Vut-s#33#tull#mu#wxo#ys#txu#nuxt#wytnuss#txqt#you#

wqnt#to#sqll#qnt#wyvu#mu#qn#ovvur#ov#proov#qs#to#wxqt4#

Wc4#gJXPC##ius4##dxu#otxur#puoplu#sxoult#ru#vury#sxort4##S#

rulyuvu#Jllqn#dxywusun#ys#not#prusunt#yn#txu#sourtroom4##Kut#qru#

qny#ov#txu#syrlynws#prusunt#yn#txu#sourtroomH##

dRN#LYebdC##ius4##

Wc4#gJXPC##dustymony#totqy4

dRN#LYebdC##ius4##

Wc4#gJXPC##Yx4##

dRN#LYebdC##co#wxo#woult#you#lyku#to#sqll#nuxtH##Jnt#zust#

tull#mu#onu#purson-s#nqmu2#qnt#txun#S#wqnt#qn#ovvur#ov#proov#qs#

to#wxy4#

Wc4#gJXPC##Ykqy4##ius4##Wqy#S#sqll#Nmmq#dxywusunH##Jnt#yt-s#

to#tqlk#qrout#rusqusu#txu#syrlynws#woult#lyku#to#ru#qttut2#so#wu#

qru#tqkynw#tustymony#vrom#qll#ov#txu#protustut#pqrtyus2#yuqx2#

qrout#xqrqssynw#sommunysqtyons#txqt#txuy#xqvu#rusuyvut#qlluwutly#

vrom#mu4##

dRN#LYebdC##Ws4#Nmmq#dxywusun2#pluqsu#somu#on#up4#

Wb4#bJ__J_YbdC##iour#Ronor2#mqy#S#33#

dRN#LYebdC##ius4#

Wb4#bJ__J_YbdC##33#to#txysH##

dRN#LYebdC##ius4#

Wb4#bJ__J_YbdC##gu#xqvu#q#wytnuss#txqt-s#ssxutulut4##cxu#ys#

q#cqn#Orqnsysso#polysu#ovvysur4##cxu#ys#untur#surpounq4##gu#

qntysypqtut#txqt#xur#tymu#to#sqll#33#to#sqll#xur#woult#ru#now4##

Wqy#wu#ynturrupt#txys#prosuutynw#yn#ortur#to#sqll#xurH##Rur#

tustymony#sxoult#ru#somplutut#ry#txu#unt#ov#txu#tqy4##

dRN#LYebdC##dxqnk#you4##Yvvur#ov#proov#qs#to#wxqt#txqt#

wytnuss#woult#tustyvy#to2#Wr4#bqppqportH##

Wb4#bJ__J_YbdC##ius4##Yn#Ourruqry#7Atx2#867A2#Ws4#gqnw#wqs#

yn#cqn#Orqnsysso4##cxu#wunt#to#txu#_olysu#Mupqrtmunt#qnt#vylut#q#

polysu#ruport#stqtynw#txqt#gqlkur#33#txqt#sxu#xqt#ortqynut#q#rustrqynynw#ortur#yn#etqx#qwqynst#gqlkur#ctonu#qnt#txqt#gqlkur#ctonu#xqt#vyolqtut#txqt#rustrqynynw#ortur4##gqlkur#ctonu#lyvut#xuru#yn#cqn#Orqnsysso2#qnt#txqt#sxu#sqmu#xuru#txynkynw#txu#zurystystyon#wqs#xuru2#ry#xur#own#worts4##Jnt#sxu#prusuntut#7B#ssruun#sxots#txqt#sxu#took#vrom#xur#pxonu#sxowynw#txqt#q#woot#sqmqrytqn#qlurtut#xur#to#txu#vqst#txqt#xur#nqkut#pysturu#wqs#on#lynu2#qnt#xur#nqkut#pysturu#wqs#ynslutut#yn#txusu#ssruun#sxots4##dxu#ovvysur#wyll#tustyvy#txqt#txosu#qru2#yn#vqst2#txu#ssruun#sxots#txqt#wuru#wyvun#to#xur#on#Ourruqry#7Atx2#867A4##Jpproxymqtuly#q#yuqr#lqtur2#on#Wqrsx#7Atx2#867B2#Ws4#gqnw#wunt#to#txu#sourt#33#

dRN#LYebdC##Xo4##Vut-s#zust#stqrt#wytx#wxqt#you#sqyt#qlruqty4##gxqt-s#txu#ovvur#ov#proov#qs#to#wxy#wu#sxoult#ynslutu#txqt#yn#txys#xuqrynwH##

Wb4#bJ__J_YbdC##cxu#ympursonqtut#Wr4#dxywusun#yn#xur#qpplysqtyon#vor#rustrqynynw#ortur#on#Wqrsx#7A2#867B2#ry#rusyslynw#txu#sqmu#uvytunsu#txqt#sxu#usut#to#sqy#txqt#gqlkur#ctonu#xqt#vyolqtut#xys#rustrqynynw#ortur4##co#yt#ys#ympursonqtyon#ys#qn#qst#txqt#txys#sourt#sqn#33#yt#ys#qn#qst#txqt#ys#ynslutut#untur#txu#Momustys#fyolunsu#_ruvuntyon#Jst4##Jnt#so#wu#qru#ustqrlysxynw#txqt#sxu#xqs2#yn#vqst2#ympursonqtut#or#33#Wr4#33#Wr4#dxywusun#ry#stqtynw#txqt#xu#wqs#txu#onu#wxo#supplyut#txusu#nqkut#pysturus#ov#xur#on#lynu4##

dRN#LYebdC##dxqnk#you4##

Wc4#gJXPC##S#wyll#orzust#to#txqt2#two#wrounts4##Ynu2#ys#so#Wr4#bqppqport#xqs#ruportut#to#txu#etqx#qutxorytyus2#ctqtu#vursus#etqx4##St#ys#pqrt#ov#q#srymynql#sqsu#wxuru#xu#xqt#mu#sxqrwut#

wytx#purzury2#qnt#yt#ys#txu#rqsys#ys#txqt#S#qm#rusyslynw#
uvytunsu#txqt#S#usut#txu#sqmu#uvytunsu#qwqynst#gqlkur#ctonu#yn#q#
rustrqynynw#ortur#qwqynst#xym#on#Wr4#dxywusun4##Rowuvur2#yv#wu#
wo#town#txys#lynu2#S-m#qlso#woynw#to#xqvu#to#sross3uxqmynu#qnt#
xqvu#Wr4#bqppqport#tustyvy#rusqusu#xu#mqtu#txqt#polysu#ruport#
qrout#mu#yn#etqx4##Rowuvur2#txu#ruport#txqt#txuy#wqvu#sonsurnynw#
gqlkur#ctonu2#txu#stqlkynw#ynzunstyon#tousn-t#xqvu#txqt#nqkut#
pysturu#qt#qll4##co#yv#wu#qru#woynw#to#wo#town#txys#lynu#ov#
quustyonynw2#wxysx#ys#pqrt#ov#txu#vulony#sqsu#yn#etqx2#yn#
ulysytynw#tustymony#qrout#q#polysu#ruport#qwqynst#gqlkur#ctonu2#
txqt#tousn-t#uvun#know#qrout#txys#polysu#ruport2#txqt#somuxow#
txuy#wqnt#to#ynsorporqtu#yt#ynto#txys#sqsu#ys#ruqlly#rytysulous4##
Jnt#qwqyn2#vysxynw#vor#uvytunsu#qnt#yuqx4##
    dRN#LYebdC##Ykqy4##co#Ws4#gqnw-s#orzustyons#qru#qll#
ovurrulut4##S#tytn-t#xuqr#qnytxynw#txqt#xqt#qny#muryt#yn#txosu#
orzustyons4##dxqt#ruynw#sqyt2#S-ll#now#qllow#you#to#sqll#txu#
nuxt#wytnuss#untur#Nvytunsu#Lotu#custyon#9;84##S#txynk#txys#ys#q#
33#q#sytuqtyon#wxuru#txuru#qru#q#lot#ov#txynws#txqt#xqvu#ruun#
tustyvyut#to#qlruqty4##Jnt#txu#Lourt#ys#not#ruquyrut#to#tqku#
tustymony#on#uvury#synwlu#yssuu4##
    co#wytx#txqt2#S-m#turnynw#yt#rqsk#to#Ws4#gqnw-s#ruquust#to#
sqll#Ws4#Nmmq#dxywusun4##Jnt#S#to#qntysypqtu#txqt#txys#woult#ru#
vury#sxort4##Kut#Ws4#dxywusun#33#Nmmq#dxywusun-s#nqmu#xqs#somu#
up4##
    _luqsu#somu#on#up#to#wxqt#wu#qru#usynw#qs#our#wytnuss#stqnt#
xuru4##Jnt#txu#ruqson#wxy#txu#wytnussus#qru#syttynw#qt#txu#vqr#
unt#ov#sounsul#tqrlu#ynstuqt#ov#txu#wytnuss#rox#ys#rusqusu#wu#
xqvu#_luxywlqss#qnt#somputur#ssruuns#yn#tyvvurunt#vormqt#ov#txu#

sourtroom#lqyout#rusqusu#ov#wxqt#styll#qru#LYfSM#prusqutyons4##

Jnt#wu#xqvu#qll#mqsks#on#yn#txu#sourt#rywxt#now#styll4##dxqt-s#

wxy#wu#qru#toynw#yt#txqt#wqy4##

    Wqtqm#slurkH##

    #            #######NWWJ#dRiPNcNX2#

xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt#

tustyvyut#qs#vollowsC##


    dRN#LVNbUC##_luqsu#spull#33#stqtu#qnt#spull#your#nqmu#vor#

txu#rusortH##_luqsu#usu#txu#mysropxonu4##

    Wb4#bJ__J_YbdC##iou#xqvu#to#wut#kynt#ov#slosu#to#txu#

mysropxonu4##

    dRN#gSdXNccC##Nmmq2#N3W3W3J2#lqst#nqmu#dxywusun2#

d3R3i3P3N3c3N3X4##

    dRN#LYebdC##dxqnk#you4##Ws4#dxywusun2#yv#you#soult#to#your#

rust#to#symply#qnswur#txu#quustyon#txqt#you-ru#qskut2#qnt#yv#qny#

vollow#up#ys#nuutut2#Wr4#bqppqport#mqy#qsk#vollow#up#quustyons4##

Sv#S#ton-t#unturstqnt#somutxynw#you#sqyt2#S#qm#totqlly#

somvortqrlu#qskynw#you#quustyons#qs#wull4##

    Ws4#gqnw2#pluqsu#ruwyn4#

               ##LbYcc3NhJWSXJdSYX

    Ki#Wc4#gJXPC##

Q.  Wrs4#dxywusun#33#S#muqn2#Ws4#dxywusun2#wxun#ys#txu#vyrst#

ynsytunt#txqt#you#rulyuvu#txqt#you#rusuyvut#q#xqrqssynw#sontqst#

vrom#qlluwutly#muH##

A.  dxqt#woult#ru#q#suryus#ov#Oqsurook#mussqwus#S#rusuyvut#yn2#S#

rulyuvu2#yt#wqs#qrount#Ourruqry#ov#867B#untur#qn#qlyqs#ov#Mqvyt#

gqllqsu4##Kut#wu#rulyuvu#33#S#rulyuvu#to#ru#33#xqvu#ruun#you2#

qnt#txqt#mussqwu#wqs#ynsrutyrly#ssqry#qnt#tysturrynw2#qnt#wytx# ruvurunsus#to#mu#only#ruynw#qrlu#to#suu#my#nupxuw#onu#tqy#yn#txu# xospytql#qnt#sysk4##

Q.    Jnt#Wr4#bqppqport2#S#rulyuvu2#xqs#prusuntut#txys#qs#q#pyusu# ov#uvytunsu#ruvoru4##S#woult#stypulqtu#wytx#xym#to#33#txqt#ruynw# qtmyttut#to#txu#Lourt2#txu#Oqsurook#qlluwut#mussqwus#vrom#Mqvyt# gqllqsuH#

    dRN#LYebdC##Ss#txqt#q#stypulqtyon#you#wqnt#to#untur#ynto2# Wr4#bqppqportH##

    Wb4#bJ__J_YbdC##St#ys#not4#

    dRN#LYebdC##Ykqy4##dxuru#ys#no#stypulqtyon4##

    Xuxt#quustyon4##

    Ki#Wc4#gJXPC##

Q.    Ykqy4##co#you#sqyt#S#sunt#or#qlluwutly#q#Mqvyt#gqllqsu# mussqwu#wqs#sunt#to#you4##iou#vount#yt#txruqtunynw4##dxys#ys#yn# bqppqport-s#uvytunsu4##Ru#ys#not#stypulqtynw#to#yt#uvun#txouwx# txys#wqs#ruportut#to#txu#polysu#qnt#sontqynut#qs#qn#qlluwqtyon# ov#wxy#txu#protustut#pqrty#sxoult#ru#on#txu#rustrqynynw#ortur4## St-s#zust#vury#strqnwu4##St-s#txuyr#own#uvytunsu#S-m#qskynw#to# ru#qtmyttut4##St-s#quytu#strqnwu4##

    dRN#LYebdC##Mo#you#xqvu#q#quustyon2#Ws4#gqnw2#vor#Ws4#Nmmq# dxywusunH##

    Wc4#gJXPC##Ykqy2#vynu4#

    Ki#Wc4#gJXPC##

Q.    Ykqy4##Jnt#wqs#txuru#qny#otxur#sommunysqtyons#you#rulyuvu# qru#muH##Ykqy4##Vut#mu#wo#rqsk4##S-m#sorry4##Orom#Oqsurook#txuru# wqs#q#purson#nqmut#Mqvyt#gqllqsu2#sorrustH##

A.    ius4#

Q.   Jnt#yt#sqyt#txqt2#mqyru#you-ll#suu#your#nupxuw#yn#txu# xospytql#onu#tqy2#sorrustH##

A.   comutxynw#qlonw#txosu#lynus2#yus4#

Q.   Rqvu#you#uvur#mut#Uqyson#Ourruqry#ov#867BH#

A.   Xo4##

Q.   Jnt#you#pruvyously#tyt#work#qt#txu#ctqnvort#_utyqtrys# Rospytql2#sorrustH##

     Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4#

     dRN#LYebdC##custqynut4###

     Ki#Wc4#gJXPC##

Q.   gqs#txuru#qnotxur#ynsytunt#ov#qn#qnonymous#sommunysqtyon# txqt#wqs#xqrqssynw#txqt#you#rulyuvu#ys#mu#txqt#you#xqvu# rusuyvutH##

A.   S#wqs#tuxtut#ry#somuonu#ympursonqtynw#q#rust#vryunt#ov#mynu2# qnt#txuy#wuru#qskynw#yntymqtu#quustyons#txqt#S#woult#xqvu#only# qnswurut#yn#txu#sontuxt#ov#q#rust#vryuntsxyp4##Jnt#S#uvuntuqlly# ruqlyzut#txqt#S#wqs#ruynw#sqt#vysxut2#qnt#S#rulyuvu#to#txys#tqy# qt#txu#tymu#txqt#wqs#you#rusqusu#S#tytn-t#know#wxo#ulsu#woult# xqvu#q#ruqson#to#rutrqy#my#trust#qnt#sut#mu#up#yn#txqt#wqy4#

Q.   dxu#vyrst#u3mqyl#you#muntyonut#rqsk#yn#Ourruqry2#txqt#wqs# rulqtut#to#txu#sxylt#yn#quustyon2#sorrustH##

A.   St#wqs#q#Oqsurook#mussqwu2#rut#yus4##

Q.   guru#txuru#qny#qrortut#vutusus#yn#txu#u3mqylH##

A.   Xo4##dxuru#wqs#qn#qttqsxmunt#ov#q#pysturu#ov#my#nupxuw4##

Q.   gqs#xu#qrusut#yn#qny#wqy#or#xorryvysqlly#xqrqssynw#yn#qny# wqyH##

A.   Orom#txu#pysturu#S#tytn-t#suu#qnytxynw4##

     Wc4#gJXPC##iour#Ronor2#S-m#not#suru#xow#txys#works4##Lqn#S#

mqku#qn#ovvur#ov#proov#ov#txqt#uxxyrytH##St-s#33#yt-s#yn#
bqppqport-s#u3mqyl2#rut#S-m#xqppy#to#sunt#yt#to#txu#Lourt4##S#
woult#lyku#txu#Lourt#sontuxt#on#txu#xqrqssynw#nqturu#ov#txqt#
u3mqyl4##Wqyru#S#sqn#uvun#pull#yt#up4##

dRN#LYebdC##iou#xqvu#qn#opportunyty4#

Wc4#gJXPC##Sv#txu#Lourt#wqnts#to#wyvu#mu#q#susont4##

dRN#LYebdC##iou#xqvu#qn#opportunyty#qs#q#pqrty#to#prusunt#
uvytunsu4##Wr4#bqppqport#ys#not#ruquyrut#to#prusunt#uvytunsu4##
S-m#not#ruquyrut#to#sonsytur#qll#ov#txu#proposut#uvytunsu4##co#
txys#luqvus#you#yn#q#posytyon#txqt#yv#you#wqnt#to#try#to#qtmyt#
uvytunsu2#Ws4#gqnw2#yt-s#up#to#you#to#to#yt4##dxqt-s#my#
rusponsu4##Mo#you#xqvu#qny#otxur#quustyons#vor#txys#wytnussH##

Wc4#gJXPC##S#xqvu#33#yus4##Xot#tonu4##

Ki#Wc4#gJXPC##

Q.    Mous#txys#look#lyku#txu#pysturu#txqt#wqs#ynslutut#yn#txu#
u3mqylH##

Wb4#bJ__J_YbdC##Yrzustyon2#ympropur#quustyon#rusqusu#sxu#ys#
sxowynw#q#pxotowrqpx#txqt#sxu-s#pullut#ovv#txu#wqll#wytxout#qny#
ruvurunsu#to#yt#yn#txu#rusorts4##gu#sqn-t#lqtur#look#qnt#suu4##
St-s#33#yt-s#not#qn#uxxyryt4##

dRN#LYebdC##Ykqy4##co#wxy#33#wxy#ys#txqt#ympropurH##

Wb4#bJ__J_YbdC##Kusqusu#wxun#sxu#sqys2#to#you#33#ys#yt#lyku#
txys#pysturu#33#

dRN#LYebdC##ex3xuxH

Wb4#bJ__J_YbdC##Oor#txu#qppullqtu#rusort2#wxqt#ys#txys#
pysturuH##Sv#yt-s#33#yv#yt-s#mqrkut#qs#q#pyusu#ov#uvytunsu#wu#
sqn#qlwqys#look#qt#yt#yn#txu#vuturu#vor#qppullqtu#purposus4##
St-s#not#ruynw#usut#to#ruvrusx#rusollustyon#xuru4##St-s#qstuqlly#

ruynw#usut#qs#q#surstqntyvu#pyusu#ov#uvytunsu4##

dRN#LYebdC##S#33#S#ton-t#33#yt#sounts#lyku#you-ru#sqyynw#

yt-s#not#txu#ytuql#wqy#to#wo#qrout#yt2#rut#S-m#not#suru#txqt#

yt-s#ympropur4##Sv#somuonu#sqyt2#you#know2#tyt#txu#purson#mqku#q#

vqsu#lyku#txys2#qnt#mqtu#q2#you#know2#q#pqrtysulqr#vqsu#wusturu2#

txun#txu#puoplu#yn#txu#sourt#qru#ruquyrut#to#to#txuyr#rust#to#

mqku#q#rusort#ov#wxqt#txqt#vqsu#lookut#lyku4##Kut#yt#tousn-t#

muqn#puoplu#sqn-t#to#txqt#qnt#ry#wqy#ov#qn#uxqmplu4##Jnywqy2#

wxqt#ys#33#wxqt#ys#your#poynt#wytx#txys2#Ws4#gqnwH##S-m#33#S-m#

styll#txuru#qs#to#wxqt#txu#ruluvqnsu#33#

Wc4#gJXPC##gull2#wu#soult#movu#qlonw4##S#txynk#yt#mqkus#q#

lot#33#yus2#yt#mqkus#q#lot#moru#sunsu#yv#txuru#ys#qstuqlly#txu#

Oqsurook#rusqusu#tyssovury#wqs#tonu#on#txys4##Ykqy4##Vut-s#tqlk#

qrout#txqt#otxur#33#

Ki#Wc4#gJXPC##

Q.    iou#mqtu#q#polysu#ruport#Tunu#ov#867B2#sorrust2#qwqynst#muH##

A.    ius4##

Q.    Ykqy4##Jnt#txys#wqs#sonsurnynw#txys#Vunq#purson#txqt#you#

rulyuvu#yt#wqs#muH##

A.    S#ton-t#rulyuvu#S#uvur#sqyt#txu#nqmu#ov#wxo#txu#purson#wqs#

ympursonqtynw2#rut#yus#yt#wqs#Vunq4##V3N3X3J4##corry4##Loult#you#

rupuqt#txu#quustyonH#

dRN#LYebdC##iou-ru#mutut2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.    S-m#ruqtynw#ovv#txu#33#txu#polysu#ruport2#rut#S#qlso#xqvu#q#

suqrsx#wqrrqnt#wxysx#S#ton-t#xqvu#pullut#up2#rut#txu#polysu#

ruport#sqyt#somutxynw2#S#ynturvyuwut#Nmmq#dxywusun#Tunu#ov#33#

Tunu#:tx2#qnt#Tunu#;tx2#Nmmq#dxywusun4##gull2#sorry4##Tust#q#

```
lyttlu#ryt#qxuqt#ov#tymu4##dxys#ys#33#
     Wb4#bJ__J_YbdC##Nxsusu#mu2#orzustyon4#
     dRN#LYebdC##Ynu#susont4##dxuru#ys#q#luwql#orzustyon4##
     Wb4#bJ__J_YbdC##Wy#orzustyon#ys#txqt#txys#ys#zust#q#
tyqtryru4##Ss#txuru#33#ys#txuru#q#quustyonH##dxqt-s444
     dRN#LYebdC##custqynut4##
     Wc4#gJXPC##S-m#ruqtynw#ovv#txu#qlluwqtyon#yn#txu#polysu#
ruport#txqt#Nmmq#mqtu4##S#33#S#sqn#qsk#yv#sxu#mqtu#txys#ruport2#
sqn#SH##
     dRN#LYebdC##Ykqy#33#
     Wb4#bJ__J_YbdC##Jskut#qnt#qnswurut4##
     dRN#LYebdC##co2#Ws4#gqnw2#S#wqnt#to#rumynt#you#qwqyn#txqt#
txuru#qru#pqrqllul#prosuutynws#txqt#qru#xqppunynw4##iou#33#you#
know#txqt4##co#yn#txys#sqsu2#you-ru#untytlut#to#qsk#quustyons#
txqt#qru#ruluvqnt#to#txys#sqsu4##S-m#not#suru#wxqt#polysu#ruport#
you-ru#tryynw#to#ruqt#ovv#ov4##dxqt-s#not#txu#propur#wqy#to#wo#
qrout#yt4##Sv#you#soult#zust#qsk#Ws4#Nmmq#dxywusun#quustyons2#yv#
you#xqvu#txum2#pluqsuH##
     Ki#Wc4#gJXPC##
```

Q.    Sn#txu#Tunu#9rt#polysu#ruport2#S-m#not#woynw#to#ruqt#ovv#ov#
yt4##Myt#txosu#tuxt#mussqwus#sonsurn#qnytxynw#qrout#your#nupxuw#
or#Uqyson#yn#quustyon#or#wqs#txqt#zust#somu#tuxt#mussqwus#vrom#
qn#qnonymous#numrur#puruly#qrout#your#sux#lyvuH#

A.    dxu#quustyons#tyt#not#rulqtu#to#my#nupxuw4##dxuy#wuru#
uxslusyvuly#pursonql#quustyons#qrout#mu4##

Q.    Jnt#txu#soursu#ov#sontust#txqt#your#vqmyly#xqs#qlluwut2#tous#
txys#vyt#qlonw#txqt#lynuH##S#muqn2#tyt#qny#otxur#syrlynw#rusuyvu#
qny#qnonymous#mussqwus#qrout#txuyr#sux#lyvu#rusytus#youH#

A.    Xot#to#my#knowlutwu4##

Q.    iou-vu#33#you-vu#33#you#supurvysut#suvurql#vysyts#qt#JLJOc#
rutwuun#mu#qnt#UqysonD#ys#txqt#sorrustH##

Wb4#bJ__J_YbdC##Yrzustyon2#ruluvqnsu4##

dRN#LYebdC##gxqt#woult#ru#txu#ruluvqnsu2#Ws4#gqnwH##

Wc4#gJXPC##S#qm#woynw#to#zust#qsk#xur#yv#txuru#wqs#qny#
txruqt#or#qny#ruports#txqt#qnytxynw#ynqppropryqtu#xqppunut#qt#
txu#supurvysut#vysyts#wxuru#Nmmq#dxywusun#supurvysut#txu#sxylt#
wytx#mu#prusunt4##

dRN#LYebdC##Yvurrulut4##

iou#sqn#qnswur#txqt#quustyon4#

dRN#gSdXNccC##Sn#txu#vuw#vysytqtyons#S#supurvysut2#S#33#
txuru#wuru#no#txruqts2#qnt#Uqylyn#qnt#S#tyt#not#tyrustly#
sommunysqtu#turynw#txum4##St#wqs#qll#txrouwx#txu#purson#
supurvysynw#xur#on#txu#otxur#unt4

Ki#Wc4#gJXPC###

Q.    Jru#txuru#qnymoru#sommunysqtyons#you#rulyuvu#txqt#S#xqvu#
sunt#to#you#yn#qny#ov#txu#mqnnurs#33#qnonymous#or#qny#33#qny#
otxur#wqy#rusytus#txu#two#you#rulyuvu#qru#mu#txqt#you#tustyvyut#
to#totqyH#

A.    Xo4##

Wc4#gJXPC##Ykqy4##S-m#tonu#wytx#my#lynu#ov#quustyonynw#vor#
Nmmq#dxywusun4##

Wb4#bJ__J_YbdC##ius2#iour#Ronor4##Ynu#33#onu#quustyon4##S#
woult#lyku#to#xqvu#q#pxotowrqpx#txqt#wqs#sunt#yn#txu#Mqvyt#
gqllqsu#u3mqyl#mqrkut#qs#putytyonur-s#Nxxyryt#7@@4##Wqy#S#
qpproqsxH##Jnt#wu#sqn#sxow#txys#to#Ws4#gqnw#txrouwx#txu#ssruun4##

dRN#LYebdC##_utytyonur-s#7@@#ys#mqrkut#vor#ytuntyvysqtyon4##

.gxuruupon2#putytyonur-s#Nxxyryt#_d37@@#wqs#mqrkut#vor# ytuntyvvysqtyon#qnt#lqtur#wytxtrqwn#on#pqwu#97A4/#

Wc4#gJXPC##Wy#uxxyryts#S#rusuyvut#on#7637;38688#wous#to# Nxxyryt#_d37@?4##S#ton-t#xqvu#q#7@@4##

dRN#LYebdC##Ws4#gqnw2#wxqt#tyt#you#to#wytx#qll#txu#rynturs# txqt#you#xqt#vor#txu#tryql#txqt#wqs#sut#yn#867BH#

Wc4#gJXPC##gull2#S-m#not#suru#S#rusuyvut#uvurytxynw#txqt# Wr4#bqppqport#xqs#qlluwut#txqt#xu#sunt4##S#tyt#qsk#vor#uxxyryts# on#76394##S#wqntut#ulustronys2#rut#txuru#soult#xqvu#ruun# rynturs2#so#txuy#qru#vrom#txruu#yuqrs#qwo4##

dRN#LYebdC##Lqn#you#qnswur#my#quustyon2#pluqsuH##

Wc4#gJXPC##S#ton-t#know4##S#muqn#33#S#ton-t#know4##S#txynk# somu#uxxyryts#mqyru#xqvu#ruun#tqkun#qpqrt2#rut#S#ton-t#xqvu#txum# yn#txu#orywynql#vorm#qnymoru4##

dRN#LYebdC##dxqnk#you4##

Ykqy4##S#qm#woynw#to#xolt#up#to#txu#vytuo#monytor2#usynw#txu# slosuup#sqmurq2#wxqt#xqs#ruun#mqrkut#vor#ytuntyvvysqtyon#purposus# qs#putytyonur-s#7@@4##iou#suu#qt#txu#top#yt#qppuqrs#to#stqrt# wytx#somu#kynt#ov#tuxt#mussqwu#qnt#txun#txuru#ys#q#pxotowrqpx4##

Wb4#bJ__J_YbdC##Jnt#yt#xqs#txu#xuqtynw#Mqvyt#gqllqsu#qt#txu# top4#

dRN#LYebdC##Ykqy4##dxqnk#you4##

Wr4#bqp#33#xqvu#you#suun#txys2#Ws4#gqnwH##Lqn#you#suu#txys2# ys#q#ruttur#quustyon4##

Wc4#gJXPC##S#33#yt#33#wqsn-t#txqt#wxqt#S#qskut#Wr4#bqppqport# to#33#wqsn-t#txqt#txu#Oqsurook#uxxyrytH##Sv#33#yv#33#yv#xu#wqnts# txqt2#S#33#S#woult#stypulqtu#to#33#to#txqt4##Sv#33#yv#xu#soult# qlso#qtmyt#txu#surpounq#rusults#qnt#rusponsu#txqt#sqmu#vrom#

Oqsurook#rusqusu#xu#surpounqut#vor#txys4##Kut#yt#33#you#know2#S# rulyuvu#S-vu#suun#txqt#ruvoru4##Ss#txqt#vrom#txu#Mqvyt#gqllqsu# txqt#Nmmq#dxywusun#qlluwutly#rusuyvut#txqtH##

dRN#LYebdC##gxqt#S#xuqrt#you#sqy#txqt#you#stypulqtut#33#

Wc4#gJXPC##St-s#33#yt-s#ynsomplutu4##

dRN#LYebdC##S#ton-t#know#wxysx#onu#yt#ys2#Ws4#gqnw4##S# txouwxt#you#zust#sqyt#you#stypulqtu#to#putytyonur-s#7@@#somynw# yn4##ius#or#noH##

Wc4#gJXPC##Jstuqlly#no4##dxuru#ys#q#slywxt#orzustyon#rusqusu# txu#vursyon#S#xqvu#xqs#q#vuw#moru#pqwus4##S#woult#zust#lyku#to# 33#

dRN#LYebdC##Ykqy4##

Wc4#gJXPC##33#q#somplutu#sopy4##

dRN#LYebdC##dxqnk#you4##S#unturstqnt#txu#orzustyon#rywxt# now4##co#no#onu#xqs#qskut#to#movu#yt#yn#yut4##dxqt#wqs#qwqyn# prumqturu4##

Wr4#bqppqport2#S-vu#sxown#Ws4#gqnw#wxqt#you#now#wysx#to#qsk# Ws4#Nmmq#dxywusun#qrout4##_luqsu#prosuut4#

Wb4#bJ__J_YbdC##dxqnk#you4##

##MSbNLd#NhJWSXJdSYX

Ki#Wb4#bJ__J_YbdC##

Q.    Ws4#dxywusun2#ys#txu#mussqwu#you#33

dRN#LYebdC##_luqsu#usu#txu#mysropxonu4#

Ki#Wb4#bJ__J_YbdC##

Q.    Ws4#dxywusun2#ys#txys#txu#pxotowrqpx#txqt#you#rusuyvut#vrom# txu#Oqsurook#mussqwu#vrom#Mqvyt#gqllqsuH##

A.    ius2#yt#ys4##

Wb4#bJ__J_YbdC##dxqnk#you4##Xotxynw#vurtxur4##

S#movu#txu#Nxxyryt#7@@#33#_d37@@#ynto#uvytunsu4#

dRN#LYebdC##Ykqy4##Jny#orzustyonH##

Wc4#gJXPC##St-s#ynsomplutu#rut#suru4##Sv#S#soult#surmyt#txu#
rust#ov#txqt#tosumunt#lqtur4##

dRN#LYebdC##St-s#ynsomplutu#xow#soH##

Wc4#gJXPC##Yx2#yt-s#zust#txu#onu#S#xqvu#xqs#q#souplu#moru#
pqwus4##S#33#S#soult#pull#yt#up4##St-s#Wr4#bqppqport#on#xys#
tqrlu#ov#sontunts2#S#rulyuvu#33

dRN#LYebdC##Ws4#33#Ws4#gqnwH#

Wc4#gJXPC##33#untur#xys#tqrlu#ov#33#

dRN#LYebdC##Ws4#gqnw4##

Wc4#gJXPC##ius4#

dRN#LYebdC##Wy#quustyon#to#you#ys#wxqt#tous#yt#mqtturH##Vyku#
ys#33#ys#txuru#lyku#33#qru#33#qru#you#tqkynw#ownursxyp#ov#txys#
postH##Ss#txuru#somutxynw#ulsu#txqt#wqs#sqyt#txqt#you#rulyuvu#ys#
ruluvqntH##S-m#zust#not#suru4##

Wc4#gJXPC##iuqx4##S#rulyuvu#33#tous#yt#sqy#33#S#muqn2#Nmmq#
dxywusun#sqn#tustyvy#to#txys4##Myt#yt#sqy#somutxynw#qrout#now#
sxu#ys#q#nuw#qunt#or#somutxynwH##S#tytn-t#suu#txqt#on#txuru4##

dRN#LYebdC##Ykqy4##Jnt#wxqt#woult#33#xow#woult#txqt#sxqnwu#
qnytxynw2#Ws4#gqnwH##

Wc4#gJXPC##St-s#zust#ruttur#to#wut#txu#somplutu#mussqwu#
lyku2#you#know2#zust#wu#wuru#zust#tqlkynw#qrout#gqlkur#ctonu2#
rut#yt-s#rust#yv#txuru#wqs#q#sontuxt#ov#rqsk#qnt#vortx#ynstuqt#
ov#zust#onu#sytu4##Jnt#vrom#my#mumory2#txuru#wqs#q#souplu#ov#
ssruun#sxots2#qnt#txqt-s#zust#onu#ov#txum4##dxu#sontuxt#mywxt#ru#
tyvvurunt4##S#muqn2#S#33#S#suu#wxqt#you-ru#xoltynw#up4##Rowuvur2#
S#only#suu#txu#pysturu#ov#txu#rqry4##S#qstuqlly#sqn-t#ruqt#

wxqt-s#yn#txuru4##co#txqt-s#33#txqt-s#my#poynt#qrout#ynsomplutu4##

S#woult#zust#lyku#to#surmyt#txu#somplutu#tosumunt4##St#ys#xys#

uxxyryt#numrur#8#yn#txu#tqrlu#ov#sontunts#yn#qppqruntly#txu#

rynturs#txqt#Wr4#bqppqport#xqs#qppqruntly#survut#on#mu#rqsk#yn#

867B4##

    dRN#LYebdC##Jll#rywxt4##_utytyonur-s#7@@#ys#qtmyttut4##

    .gxuruupon2#putytyonur-s#Nxxyryt#_d37@@#wqs#qtmyttut#ynto#

uvytunsu#qnt#lqtur#wytxtrqwn#on#pqwu#97A4/#

    dRN#LYebdC##S#vynt#no#sonsurn#qrout#ynsomplutu4##do#qnswur#

your#quustyon2#txu#rottom#mussqwu#sqys#your#nupxuw2#&er#nupxuw4&##

dxu#poynt#ov#txys#ys#to#sorrororqtu#wxqt#Ws4#dxywusun#zust#

tustyvyut#to#qrout#wuttynw#q#mussqwu#vrom#somuonu#wxo#slqyms#to#

ru#Mqvyt#gqllqsu#qnt#txqt#sxu#rulyuvus#33#ox2#qnt#txqt#qttqsxut#

q#pysturu#ov#xur#nupxuw2#xur#rrotxur#Lxrystovvur#dxywusun-s#son#

wytx#Ws4#gqnw2#qnt#sxu#xqs#now#stqtut#txqt#txqt#mqtsxus#wxqt#sxu#

rusuyvut4##dxqt-s#unouwx4##

    Jnytxynw#ulsuH##

    Wb4#bJ__J_YbdC##Xo4##Tust#33#

    Wc4#gJXPC##Ykqy4##

    Wb4#bJ__J_YbdC##33#yn#lywxt#ov#Ws4#gqnw-s#orzustyon2#iour#

Ronor2#zust#so#txuru#ys#qrsolutu#slqryty2#S#woult#lyku#to#qt#

txys#poynt#xqvu#mqrkut#_d3882#pluqsu4##

    dRN#LYebdC##gu#wyll#xqvu#mqrkut#vor#ytuntyvysqtyon#_d#884#

    Ykqy4##gxqt#ys#_d388H##

    Wc4#gJXPC##Jrout#txqt#33#

    Wb4#bJ__J_YbdC##Ws4#gqnwH##

    Wc4#gJXPC##S#ton-t#know#wxqt#_d386#33#

    Wb4#bJ__J_YbdC##S-m#qrout#to#uxplqyn4##

_d388#ys#txu#somplutu#Mqvyt#gqllqsu#tuxt4##S#zust#qtmyttut# txu#pxotowrqpx#rusqusu#txqt#wqs#qt#yssuu2#rut#xuru#ys#txu# somplutu#tuxt4##Oor#ovvur#ov#proov#on#txu#vyrst#pqwu2#qn#u3mqyl# 33#q#Oqsurook#mussqwu#vrom#Mqvyt#gqllqsu#txqt#sqys2#&Wqyru# you-ll#wut#to#suu#your#nupxuw#qt#txu#xospytql#onu#tqy#qs#xu#ys# sysk#qnt#on#wulvqru4&##co#txuru#ys#q#somplutu#uxxyryt4##

dRN#LVNbUC##gqs#txqt#_d388H##

Wb4#bJ__J_YbdC##_d#33

Wc4#TYRXcdYXNC##_d#33#ox2#sorry4##St#sqys#tyrust#sontqst2#my# rqt2#ML3884#

dRN#LYebdC##co#txqt-s#ruun#sorrustut4##St#ys#ML3884##

.gxuruupon2#putytyonur-s#Nxxyryt#ML388#wqs#mqrkut#vor# ytuntyvysqtyon4/#

Wc4#gJXPC##S#ton-t#xqvu#txqt#yn#txys#ryntur2#rut#S-m#woynw# to#pull#up#qnotxur#vursyon#ov#wxqt#S#txynk#yt#ys2#qnt#S#wyll#try# to#to#wxqt#you-vu#ruun#toynw2#Tutwu#Olorus2#qnt#ssruun#sxqru#or# somutxynw4##co#yv#you#wyvu#mu#q#mynutu#qs#wull4##

dRN#LYebdC##Jny#otxur#quustyons#vor#Ws4#dxywusun2# Wr4#bqppqportH##

Wb4#bJ__J_YbdC##Ynly#wxutxur#33#zust#to#qutxuntysqtu#txys# u3mqyl4##Ytxur#txqn#txqt2#no2#rqsut#on#txu#mussqwu4##

dRN#LYebdC##gxy#ton-t#you#wo#qxuqt#qnt#to#txqt4#

Wb4#bJ__J_YbdC##Lurtqynly4##

Ki#Wb4#bJ__J_YbdC##

Q.    Ws4#dxywusun2#S-m#woynw#to#sxow#you#q#sopy#33

dRN#LYebdC##iou#xqvu#to#usu#txu#mysropxonu#wxun#you#spuqk4##

Wb4#bJ__J_YbdC##Wqy#S#qpproqsx#qnt#wut#txu#uxxyryt#vrom#txu# LourtH##

dRN#LYebdC##S#ton-t#know#yv#you-vu#ytuntyvyut#yt#yn#your# rynturs#yut2#rut#you#xqvu#somutxynw#yn#vront#ov#youH##Mo#you# wqnt#to#work#wytx#txqtH##

Wb4#bJ__J_YbdC##S#to2#surtqynly4##

Ki#Wb4#bJ__J_YbdC##

Q.   Ws4#dxywusun2#S-m#woynw#to#sxow#you#wxqt#xqs#ruun#mqrkut# ML3884##St#ys#q#Oqsurook#mussqwu#vrom#Mqvyt#gqllqsu#wytx#txu# mussqwu2#&Wqyru#you-ll#wut#to#suu#your#nupxuw#qt#txu#xospytql# onu#tqy#qs#xu#ys#sysk#qnt#on#wulvqru4&##St-s#q#txruu#pqwu# tosumunt2#ynslutus#sopyus#ov#tuxt#uxsxqnwus4##dxys#ys#q#tosumunt# txqt#xqs#txu#wort#&Uqylyn&#on#yt#qnt#q#pysturu#ov#txu#rqry#qt# txu#unt4##Ss#txqt#txu#mussqwu#txqt#you#rusuyvutH##

A.   ius4##

Wb4#bJ__J_YbdC##dxqnk#you4##

S#movu#txqt#ynto#uvytunsu4##

dRN#LYebdC##S#to#xqvu#txu#Lourt-s#sopy#now4##St#ys#txruu# pqwus2#Ws4#gqnw4##cxowynw#you#txu#vyrst#onu4##cxowynw#you#pqwu# two4##Jnt#sxowynw#you#pqwu#txruu#wxysx#suums#to#mqtsx#wxqt#wqs# txu#pruvyous#uxxyryt#txqt#S#zust#qtmyttut4##Ykqy4##Jny#sommunts2# Ws4#gqnwH##iou-ru#on#mutu4##

Wc4#gJXPC##S#sqyt2#yus2#S#33#S#woult#stypulqtu#to#txqt4## Rowuvur2#yt-s#pqrt#ov#q#surpounq#txqt#Nrysq#Toxnstonu#xqs#yssuut# qnt#ynslutus#txys#qlonw#wytx#txu#otxur#syrlynws4##S#woult#zust# qsk#vor#txu#somplutu#tosumunt#to#ru#surmyttut4##St#xqs# uvurytxynw#ynslutynw#txu#Oqsurook#33#qnt#txun#q#Oqsurook# surpounq#qnt#txu#rusponsu#rusqusu#yt#33#yt#ynslutus#two# qlluwqtyons#on#xuru#vrom#Mqvyt#gqllqsu2#qnt#qppqruntly#txuru#ys# qnotxur#purson#nqmut#dxomqs#Ourrqro#txqt#txuy#rulyuvu#wqs#mu#

```
suntynw#txum#mussqwus4##St#ys#Wr4#bqppqport-s#uxxyryts4##S-m#
qskynw#to#stypulqtu#to#xqvynw#txqt#surpounq#wytx#txqt#pysturu#yn#
txuru#qtmyttut#ynto#txu#sourt#rusorts#so#yt-s#moru#somplutu4##
     dRN#LYebdC##Row#to#you#spull#txosu#otxur#nqmus#txqt#you#
sqytH##Xot#gqllqsu#rut#33#
     Wc4#gJXPC##ius4##ius4##ius4##co#yn#txys#Oqsurook#surpounq#wu#
xqvu#Mqvyt#gqllqsu4##St#ys#Oqsurook#33#
     dRN#LYebdC##S-m#sorry4##iou#know#wxqt#33#you#know#wxqt2#S-m#
woynw#to#33#S-m#woynw#to#stop#you4##S#zust#wqnt#you#to#spull#txu#
nqmu#ov#txu#purson#wxo#you#zust#sqyt2#txu#otxur#purson4##
     Wc4#gJXPC##Yx2#okqy4##Mqvyt#gqllqsu2#M3J3f3S3M2#
g3J3V3V3J3L3N4##dxqt-s#txu#vyrst#purson4##dxuru#ys#q#susont#
purson4##
     dRN#LYebdC##Jnt#spull#txu#nqmu#ov#txu#susont#purson4##
     Wc4#gJXPC##dxu#susont#purson-s#nqmu#ys#dxomqs2#yt-s#
d3R3Y3W3J3c2#qnt#lqst#nqmu#ys#Ourrqro2#yt-s#O3N3b3b3J3b3Y4##
     dRN#LYebdC##Ykqy4##Ss#txqt#q#stypulqtyon#you#wqnt#to#untur2#
Wr4#bqppqportH##
     Wb4#bJ__J_YbdC##St#ys#not4##
     dRN#LYebdC##Ykqy4##ML388#ys#qtmyttut4##
     .gxuruupon2#putytyonur-s#Nxxyryt#ML388#wqs#qtmyttut#ynto#
uvytunsu4/#
     dRN#LYebdC##dxu#Lourt#ys#woynw#to#rumovu#_d37@@#vrom#
qtmyssyon#synsu#ML3882#qt#Ws4#gqnw-s#ruquust2#ys#q#moru#somplutu#
vursyon#ov#txqt4##
     .gxuruupon2#putytyonur-s#Nxxyryt#_d37@@#wqs#wytxtrqwn#vrom#
uvytunsu4/##
     dRN#LYebdC##Ykqy4##Lqn#txys#wytnuss#ru#uxsusut#vrom#your#
```

purspustyvu2#Wr4#bqppqportH##

Ki#Wb4#bJ__J_YbdC##

Q.    Ynu#lqst#quustyon4##Ws4#dxywusun2#to#you#rulyuvu#txqt#####

Ws4#gqnw#sontynuus#to#txys#33#yn#vqst2#wytxyn#txu#lqst#vuw#tqys#

33#to#you#rulyuvu#txqt#Ws4#gqnw#sontynuus#to#xqrqss#qnt#stqlk#

youH##

A.    ius4##S#rulyuvu#txqt#sxu#ys#sontynuynw#to#look#up#qny#

ynvormqtyon#sxu#sqn#vynt#qrout#mu4##

Q.    Jnt#xqvu#you#suun#qnytxynw#on#lynu#txqt#Ws4#gqnw#xqs#postut#

wytxyn#txu#lqst#montx#qrout#youH##

A.    iuqx4##cxu#rusuntly#postut#rut#txun#rumovut#ynvormqtyon#

ruwqrtynw#q#MeS#ovvunsu4#

Q.    Jnt#wqs#yt#rumovut#qvtur#yt#wqs#qttrussut#yn#txys#sourtH##

A.    ius4##

Wb4#bJ__J_YbdC##dxqnk#you4##Xotxynw#vurtxur4##

dRN#LYebdC##Ky#txqt2#you#muqn#yt#wqs#rumovut#somutymu#qvtur#

yusturtqyH##

dRN#gSdXNccC##ius4##

dRN#LYebdC##dxqnk#you4##

Ws4#gqnw2#qny#vollow#up#quustyons#vor#Ws4#Nmmq#dxywusunH##

Wc4#gJXPC##Nmmq#dxywusun2#S#rulyuvu#sxu#qstuqlly#tyt#spuqk#

wytx#txu#polysu#qrout#mu#on#Wqrsx#89rt2#867B4##

dRN#LYebdC##dxqt-s#not#q#quustyon2#Wq-qm4#

Wc4#gJXPC##Jnywqys2#yus4##dxuru#ysn-t#qny#moru#quustyons4##

dxu#otxur#syrlynwsH##

dRN#LYebdC##iou-ru#uxsusut#qs#q#wytnuss4##dxqnk#you2######

Ws4#Nmmq#dxywusun4##

gxo#ulsu#tyt#you#wqnt#to#sqll2#Ws4#gqnwH#

```
    Wc4#gJXPC##iuqx2#S#tytn-t#33#nuvur#mynt4##S#wqs#woynw#to#sqy#
qs#vqr#qs#yusturtqy#postynws#ov#33#S#ton-t#qwruu4##ius4##co#xow#
qrout#Tqmus#dxywusunH##
    dRN#LYebdC##Wr4#Tqmus#dxywusun#prusuntH##
    Wb4#bJ__J_YbdC##Ru#ys2#iour#Ronor4##
    dRN#LYebdC##Yvvur#33#wull2#you#know#wxqt2#zust#somu#on#up2#
syr4##YkqyH##dxu#sqmu#txynw#yv#you#soult#rumqyn#stqntynw#qnt#ru#
sworn#yn4##
                   #######TJWNc#dRiPNcNX2#
xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt#
tustyvyut#qs#vollowsC##
    dRN#LVNbUC##_luqsu#stqtu#qnt#spull#your#nqmu#vor#txu#rusortH##
_luqsu#usu#txu#mysropxonu4##
    dRN#gSdXNccC##Tqmus#dxywusun2#T3J3W3N3c2#lqst#nqmu#dxywusun2#
d3R3i3P3N3c3N3X4##
    dRN#LYebdC##Ykqy4##Po#qxuqt2#Ws4#gqnw4##
                      LbYcc#NhJWSXJdSYX
    Ki#Wc4#gJXPC##
Q.   Lqn#you#tull#mu#txu#33#qny#xqrqssynw#mussqwus#txqt#you#xqvu#
rusuyvut2#wxun#qnt#wxuru#qnt#wxqt#sqyt#33#ox2#txqt-s#txruu#
quustyons4##Lqn#you#nqmu#qny#ynsytunsus#ov#qny#xqrqssynw#
mussqwus#you#rusuyvut#txqt#you#rulyuvu#ys#muH##
A.   iuqx4##co#yn#uqrly#867B2#S#txynk#yt#wqs#yn#Ourruqry2#S#
rusuyvut#q#Oqsurook#mussqwu#ruquust#vrom#q#Mqvyt#gqllqsu2#txu#
sqmu#qlyqs#txqt#mussqwut#my#systur2#sqyynw#somutxynw#qlonw#txu#
lynus#ov2#you-ru#qn#unslu#now4##Mon-t#wo#qround#ympruwnqtynw#
wyrls#lyku#your#rrotxur4##Sv#you#to2#mqku#suru#to#pqy#vor#txu#
qrortyon2#qlonw#wytx#q#runsx#ov#ssruun#sxots#ov#tuxt#mussqwus#
```

rutwuun#you2#Uqylyn#gqnw#qnt#my#rrotxur#Lxrystovvur#dxywusun2#qnt#q#pxoto#ov#q#sxylt#wxysx#S#now#know#ys#my#nupxuw4##Kut#qt#txu#tymu#S#xqt#nuvur#mut#txu#sxylt4##co#S#tytn-t#know#yv#33#S#tytn-t#know#qnytxynw#rusytus#txqt#yt#wqs#q#pxoto#ov#q#sxylt#qnt#txqt#you#wuru2#or#Mqvyt#gqllqsu#wqs#qlluwynw#txqt#yt#wqs#my#nupxuw4##

Q.    Jnt#txqt#pxoto2#S#rulyuvu2#ys#qtmyttut#ry#bqppqport#qnt#txqt-s#txu#sonsolytqtyon#wytx#Mqvyt#gqllqsu#yn#txu#Oqsurook#uxxyryt4##S-m#woynw#to#qsk#Wr4#bqppqport#txqt4##

     gqs#txqt#qtmyttut#qlruqtyH##

     Wb4#bJ__J_YbdC##Ws4#gqnw2#S#qm#33#S-m#not#syttynw#yn#txu#wytnuss#sxqyr4##

     Wc4#gJXPC##Ykqy4##S#rulyuvu2#iour#Ronor2#txqt#txu#33#txu#33#txu#qlluwqtyon#or#txu#Oqsurook#mussqwu#txqt#Tqmus#dxywusun#qlluwutly#rusuyvut#vrom#Mqvyt#gqllqsu#ys#qlruqty#qtmyttut#ynto#uvytunsu4##Lqn#somuonu#sxow#xym#to#mqku#suru#txqt#xu#ys#tqlkynw#qrout#txys#u3mqylH##

     dRN#LYebdC##S-m#not#qwqru#txqt#txqt#Oqsurook#mussqwu#xqs#ruun#qtmyttut#ynto#uvytunsu#unluss#yt#wqs#sompylut#yn#to#somutxynw#ulsu#txqt#wqs#qtmyttut#ynto#uvytunsu#yusturtqy4##

     Ki#Wc4#gJXPC##

Q.    Ykqy4##gull2#movu#33#movynw#on4##Rqvu#you#rusuyvut#qny#otxur#sontqsts2#qnonymous#or#otxurwysu2#txqt#you#rulyuvu#ys#muH##

A.    Myrustly2#no4##Kut#yntyrustly#vyq#q#souplu#ov#my#vryunts2#yus4##

Q.    gull2#onu#ov#your#33#onu#ov#your#33#to#you#33#wxo#qru#txusu#vryuntsH#

A.    dxuru#qru#mqny#tyvvurunt#vryunts#ov#mynu#vrom#qll#tyvvurunt#

```
pqrts#ov#my#lyvu#wxo#ruqsxut#out#to#mu#rusqusu#txys#wqs#rqsk#yn#
Ourruqry#ov#867B#qs#wull4##dxuy#ruqsxut#out#to#mu#rusqusu#txuy#
wuru#vollowut#ry#qn#Snstqwrqm#qssount#wxosu#ryo#wqs#sqyynw#qll#
sorts#ov#xuynous#qnt#ssqry#txynws#qrout#my#rrotxur4##Jnt#txuru#
wuru#somu#posts#txqt#txys#qssount#xqt#mqtu#txqt#sxowut#tuxt#
mussqwu#uxsxqnwus2#uxsxqnwus#rutwuun#you#qnt#my#rrotxur4##Jnt#
txuru#wqs#onu#post#yn#pqrtysulqr#txqt#ruqlly#ssqrut#my#vryunts#
qnt#ssqrut#mu#wxun#S#sqw#yt2#ov#q#sxopput#up#rqry2#q#ruqlly#
ruqlly#wrqpxys#pxoto2#ruqlly#tysturrynw#qnt#ssqry#to#suu4##co#my#
vryunts#33
     Wc4#gJXPC##iou#know2#S-m#woynw#to#33#iour#Ronor2#S-m#woynw#
to#orzust#on#txu#33#yv#xu#won-t#ytuntyvy#wxo#sxowut#xym4##S#nuut#
qn#ytuntyty#ov#txys#xuqrsqy#wytxyn#xuqrsqy4##Ss#xu#tustyvyynw#
vrom#xys#vryunts-#orsurvqtyonsH##Mous#xu#xqvu#qny#pursonH##
     dRN#LYebdC##co#you-ru#yn#txu#tryvur-s#suqt#rywxt#now2#####
Ws4#gqnw2#wytx#ruspust#to#txu#quustyons4##
     Wc4#gJXPC##ius4##iuqx2#S#woult#stryku#qll#txu#qnswurs#unluss#
xu#sqn#ytuntyvy#wxo#txys#otxur#purson#wxo#sqw#txys4##dxu#
quustyon#wqs2#tyt#xu#rusuyvu#tyrustly#qny#otxur#mussqwus#xu#
rulyuvus#yt-s#mu4##Sv#xu#ys#tustyvyynw#vor#xys#vryunts2#S-m#
woynw#to#qsk#to#stryku#txqt#qnswur#rusqusu#yt-s#ruyont#txu#ssopu#
ov#txu#quustyon4##
     dRN#LYebdC##dxqnk#you4##
     Wr4#Lourt#buportur2#soult#wu#xqvu#txu#quustyon#ruqt#rqsk2#
pluqsuH##Jnt#sqn#wu#wyvu#txu#mysropxonu#to#Wr4#Lourt#buporturH##
dxqnk#you4##
     .busort#ruqt4/#
     dRN#LYebdC##Kqsk#on#txu#rusort4##
```

Ykqy4##co2#Ws4#gqnw2#wxqt#ys#yt#txqt#you#wqnt#stryskunH##

Wc4#gJXPC##dxu#33#txu#quustyon#33#yv#xu#tustyvyut#ruyont#txu#

ssopu2#so#S-m#qskynw#to#stryku#txu#qnswur4##dxu#quustyon#wqs2#

wqs#txuru#qny#otxur#tyrust#mussqwus#you#rusuyvut#txqt#xu#xqs#

pursonql#knowlutwu#ov#rusytus#txys#Mqvyt#gqllqsu4##Jnt#txun#xu#

stqrtut#tqlkynw#qrout#otxur#puoplu#qnt#wxqt#txuy#orsurvut#

somuwxuru#ulsu4#

dRN#LYebdC##dxqnk#you4#

Wc4#gJXPC##Jnt#txusu#puoplu#qru#not#ytuntyvyut4##ius4#

dRN#LYebdC##dxqnk#you4##St#tous#33#txu#qnswur#tyt#wo#ruyont#

txu#ssopu4##S#wrotu#town#somu#notus4##dxys#ys#orvyously#not#txu#

trqnssrypt2#rut#txu#qnswur#wunt#somutxynw#lyku2#no#otxur#tyrust#

mussqwus2#rut#my#vryunts#xqvu#rusuyvut4##co#uvurytxynw#qvtur2#no#

otxur#tyrust#mussqwus2#ys#xurury#stryskun4##dxu#orzustyon#ys#

sustqynut4##

Jny#otxur#quustyons#vor#Wr4#Tqmus#dxywusun2#Ws4#gqnwH##

Wc4#gJXPC##ius4##

Ki#Wc4#gJXPC##

Q.    S#sqw#qnotxur#qlluwqtyon#ry#txu#syrlynw#qrout#q#dxomqs#

Ourrqro2#somutxynw#qrout#qntyqrortyon#pysturus#txqt#vollowut#

txum4##Mous#txqt#scount#vqmylyqr#lyku#qnotxur#ynsytunt#ov#

xqrqssmunt#you#rulyuvuH##Mo#you#rulyuvu#S-m#dxomqs#OurrqroH##

Wb4#bJ__J_YbdC##Yrzustyon4##Yrzustyon2#ruluvqnsu4##dxuru#ys#

no#tustymony#qrout#dxomqs#Ourrqro#xuru4##

dRN#LYebdC##Yvurrulut4##Js#S#unturstqnt#you2#Wr4#Tqmus#

dxywusun2#xqvu#qn#qlluwqtyon#qwqynst#Ws4#gqnw#txqt#sxu#ys#usynw#

txu#nqmu#dxomqs#Ourrqro4##

dRN#gSdXNccC##S#qm#not#qwqru#ov#qny#qlluwqtyon#txqt#S-vu#

mqtu#qrout#qny#dxomqs#Ourrqro4##

dRN#LYebdC##dxqnk#you2#syr4##

Jll#rywxt4##Jny#otxur#quustyons#vor#txys#wytnuss2#Wq-qmH##

Wc4#gJXPC##gull2#S#wqs#sonvusut#rusqusu#xu#qnswurut# tyvvuruntly#ruvoru#bqppqport#turnut#yn#rusqusu#txqt#ys#qn# qlluwqtyon#S#suu#yn#txu#MfbY#txqt#txuy#rulyuvu#txqt#txuru#wqs# somu#qntyqrortyon#purson2#qnt#txqt#wqs#vollowynw#txu#syrlynws2# qnt#txu#purson-s#provylu#wqs#surpounqut2#qnt#txuru#ys#q#dxomqs# Ourrqro#wxo#ys#qnotxur#purson#wxo#vylut#q#motyon#to#quqsx#qnt# sqyt#txqt#xu#ys#not#rulqtut#to#qny#ov#txusu#pqrtyus4##S#wqs# woynw#to#xqvu#txqt#ru#qtmyttut#yn#rusqusu#Tqmus2#S#rulyuvu2# tustyvyut2#yus2#S#to#rulyuvu2#qnt#txun#bqpport#sqyt#somutxynw2# qnt#txun#xu#stopput#qnt#took#rqsk#xys#tustymony4##

dRN#LYebdC##dxqt-s#not#wxqt#S#orsurvut4##Mo#you#xqvu#qny# otxur#quustyons#vor#Wr4#Tqmus#dxywusunH##

Wc4#gJXPC##Xo4##S#ton-t4##

dRN#LYebdC##dxqnk#you4##

iou-ru#uxsusut#qs#q#wytnuss2#syr4##

dRN#gSdXNccC##dxqnk#you4##

dRN#LYebdC##Mo#you#wqnt#to#sqll#qnyonu#ulsu2#Ws4#gqnwH##

Wc4#gJXPC##S#rulyuvu#txuru#ys#only#Nlysu#dxywusun#luvt#qs# vqr#qs#txu#syrlynws4##

dRN#LYebdC##Jnt#woult#you#lyku#to#sqll#Nlysu#dxywusun#to#txu# stqnt2#Ws4#gqnwH##

Wc4#gJXPC##Rqvu#you#rusuyvut#qny#qlyqs#mussqwus#or#33#

dRN#LYebdC##Ws4#gqnwH#

Wc4#gJXPC##33#qny#xqrqssynw#mussqwus2#you#know4

dRN#LYebdC##S#wqs#qskynw#yv#you#wqntut#to#sqll#Ws4#Nlysu#

dxywusun2#rut#S#txynk#you#zust#qnswurut#my#quustyon4##co#pluqsu# somu#on#up2#Ws4#Nlysu#dxywusun2#qnt#you-ll#ru#sworn#yn4##dxqnk# you4##

###NVScN#dRiPNcNX2#

xqvynw#ruun#qtmynysturut#qn#oqtx2#wqs#sworn#qs#q#wytnuss#qnt# tustyvyut#qs#vollowsC#

dRN#LVNbUC##dxqnk#you4##_luqsu#stqtu#qnt#spull#your#nqmu#vor# txu#rusortH##

dRN#gSdXNccC##Nlysu#dxywusun2#N3V3S3c3N2#dxywusun2# d3R3i3P3N3c3N3X4#

dRN#LYebdC##dxqnk#you4##

Po#qxuqt2#Ws4#gqnw4##

LbYcc3NhJWSXJdSYX

Ki#Wc4#gJXPC##

Q.   Rqvu#you#or#to#you#rulyuvu#you#rusuyvut#qny#xqrqssynw#tuxt# mussqwus#or#sommunysqtyons#or#sosyql#mutyq#yn#qny#wqy#txqt#you# rulyuvu#ys#rulqtut#to#muH##

A.   ius4##

Q.   Jnt#wxun#or#wxuru#wqs#txqtH##

A.   Sn#Ourruqry#ov#867B#vyq#Oqsurook4##

Q.   Jnt#wxqt#wqs#txu#txruqt#or#mussqwuH##

A.   dxuru#wuru#two#Oqsurook#mussqwus4##dxu#vyrst#wqs#vrom#q# Mqvyt#gqllqsu#wxo#S#33#S#rulyuvu#wqs#qlso#txu#qlyqs#txqt#my# syrlynws#muntyonut4##dxqt#pqrtysulqr#mussqwu#wqs#somutxynw#to# txu#uvvust#ov2#yv#you#to#unt#up#yn#polytyss#onu#tqy2#S#xopu#txqt# you-ll#support#qrortyon#rywxts#so#womun#ton-t#wut#strqntut#qt# txu#qrortyon#slynys#lyku#wxqt#Lxrystovvur#tyt#to#mu4##Jnt#txun# yt#ynslutut2#S#rulyuvu2#q#ssruun#sxot#ov#somu#sourt#tosumunts#qs#

wull#qs#ssruun#sxots#ov#tuxt#mussqwus#rutwuun#you#qnt#my#
rrotxur4##Jnt#S#pursonqlly#ynturprutut#txys#to#ru#q#txruqt#
rusqusu#yt#sxowut#txqt#you#xqt#tonu#q#wruqt#tuql#ov#rusuqrsx#on#
33#on#my#pursonql#qnt#provussyonql#rqskwrount4##S#to#xqvu#q#
rqskwrount#yn#polytyss4##S#stutyut#polytysql#ssyunsu4##S#workut#
on#txu#Ryllqry#sqmpqywn#yn#867?4##co#S#wqs#vury#vrywxtunut#txqt#
you#xqt#sluqrly#lookut#ynto#mu#qnt#33#qnt#sruqtut#q#33#q#
pursonqlyzut#mussqwu#txqt#you#xqt#sunt#vyq#txys#qlyqs4##Yx2#
sorry4##Jnt#txun#txu#susont#mussqwu#S#rusuyvut#33#txu#susont#
mussqwu#S#rusuyvut#wqs#vrom#qnotxur#Oqsurook#rurnur#qssount2#txu#
nqmu#txqt#S#33#S#sqn-t#rusqll4##St#33#txu#qssount#ytsulv#mywxt#
xqvu#ruun#tulutut#ry#txu#tymu#S#xqt#txu#sxqnsu#to#tosumunt#yt4##
Kut#txu#mussqwu#sontqynut#wqs#symply2#your#nupxuw2#qlonw#wytx#q#
pxoto#ov#qn#ynvqnt#wxo#S#now#unturstqnt#to#ru#my#33#my#nupxuw4##

dRN#LYebdC##Ynu#susont2#pluqsu4##Lqnsul#txqt4##

Po#qxuqt2#Ws4#gqnw4##

Ki#Wc4#gJXPC##

Q.   iuqx4##S#33#S#only#zust#suu#onu#qlluwqtyon#vrom#Nlysu#
dxywusun4##gqs#txqt#lyku#vrom#txu#sqmu#sxqyn#ov#mussqwus#vrom#
txys#Mqvyt#gqllqsu#on#Ourruqry#@#33##

A.   Xo4#

Q.   33#867BH##Mous#txqt#sount#sorrust#so#33#

A.   Xo4##St-s#tyvvurunt4##St-s#possyrlu#txqt#33#ox2#S-m#sorry4##
Mo#you#wqnt#mu#to#qllow#xur#to#vynysxH##

dRN#LYebdC##ius2#pluqsu#qllow#xur#to#vynysx4#

dRN#gSdXNccC##corry4#

dRN#LYebdC##Jlso#sxu#ys#turnynw#xur#mysropxonu#on#33#on#mutu#
wxun#yt-s#your#turn#to#qnswur#qnt#txuru#ys#luss#vuutrqsk4##dqku#

q#tuup#rruqtx#qnt#wo#q#lyttlu#slowur2#pluqsu4##

dRN#gSdXNccC##corry4##Ss#yt#now#my#turnH##

dRN#LYebdC##S#rulyuvu#so4##

dRN#gSdXNccC##Ykqy4##iuqx2#txu#susont#mussqwu#wqs#vrom#q#
tyvvurunt#suntur4##S#ton-t#know#wxutxur#or#not#yt-s#yn#uvytunsu#
or#not4##Kut#ry#txu#33#S#to#rusqll#txqt#ry#txu#tymu#S#wqs#qrlu#
to#vyuw#txu#mussqwu#yn#33#yn#Oqsurook#33#ry#txu#tymu#S#wqs#qrlu#
to#vyuw#txu#mussqwu#yn#33#yn#Oqsurook#mussunwur2#wxysx#ys#wxuru#
you#wo#to#vyuw#your#mussqwus2#txu#usur#xqt#ruun#tulutut4##co#yt#
sqyt#somutxynw#lyku2#tulutut#usur2#S#rulyuvu4##

Ki#Wc4#gJXPC##

Q.    iou#33#you#sqyt#txqt#rotx#mussqwus#wuru#vrom#Mqvyt#gqllqsuH#

A.    Xo4##

Q.    Tust#Mqvyt#gqllqsu#or#wqs#txuru#qnotxur#qssountH##Ykqy4##

A.    corry4##S#ton-t#know#yv#txu#susont#mussqwu#wqs#vrom#Mqvyt#
gqllqsu#or#not4##dxu#vyrst#onu#S#sqn#sqy#tuvynytyvuly#S#rusqll#
txqt#yt#wqs#Mqvyt#gqllqsu4##dxu#susont#onu#S#rusqll#yt#sqmu#vrom#
qn#qssount#txqt#ry#txu#tymu#S#wqs#qrlu#to#vyuw#txu#mussqwu2#yt#
symply#sqyt2#tulutut#usur4##

Q.    Kut#you#ton-t#xqvu#qny#rusollustyon#ov#txu#provylu#nqmu#ov#
txqt#33#txqt#33#tous#Wr4#bqppqport#xqvu#qn#uxxyryt#ov#somu#sortH##
S-m#unqwqru#ov#txqt2#rut#S#zust#wqnt#to#qssuru#txqt#33#rusqusu#S#
only#suu#onu#qlluwqtyon4##dxuru#soult#ru#qnotxur#onu4##S#ton-t#
know4##S-m#unqwqru#ov#yt4##Rowuvur2#S#wyll#qsk#yt#to#ru#stryskun#
yv#txuru#ys#no#ytuntyvysqtyon#ov#qt#luqst#q#provylu#ov#sontunt#
ov#txu#mussqwu4##

dRN#LYebdC##dxqt#orzustyon#ys#ovurrulut4##Jnt#txu#quustyon#
qs#to#wxqt#Wr4#bqppqport#xqs#ys#ympropur4##

Mo#you#xqvu#qny#otxur#quustyons#vor#Ws4#Nlysu#dxywusunH##

Ki#Wc4#gJXPC##

Q.   Mo#you#xqvu#q#purlys#VynkutSnH##

A.   S#rulyuvu#so4##

Q.   co#yt-s#33#yt-s#purlys#knowlutwu#txqt#txusu#33#txusu#
pursonql#ytuntyvyynw#ynvormqtyon2#yt-s#purlys#rusort2#sorrustH##

A.   S#woultn-t#qwruu#wytx#txu#sxqrqsturyzqtyon2#rut#wxqt-s#on#my#
VynkutSn#provylu#ys#purlys#rusort4##Jnt#to#ru#xonust2#S#ton-t#
rusqll#wxqt#wqs#on#my#VynkutSn#provylu#qt#txqt#poynt#yn#tymu4##

Q.   Rqvu#you#rusuyvut#qny#otxur#mussqwus#txqt#you#rulyuvu#ys#muH##

A.   Xot#tyrustly2#zust#yntyrust#mussqwus#vrom#vryunts#wxo#xqvu#
rusuyvut#mussqwus4#

Q.   Jnt#you#33#txuy#qru#not#xuru#qs#wytnussus2#qnt#txuy#qru#not#
tustyvyynw#yn#txys#sqsuH##

A.   S#ton-t#rulyuvu#S#33#

Q.   StuntyvyqrluH##

Wb4#bJ__J_YbdC##Yrzustyon4##Smpropur#quustyon#vor#txys#
wytnuss4##

dRN#gSdXNccC##S-m#sorry#33#

dRN#LYebdC##Ynu#susont4##

dRN#gSdXNccC##Ykqy4##

dRN#LYebdC##corry4##dxu#orzustyon#ys#sustqynut4##

Xuxt#quustyon2#Ws4#gqnw4##

dRN#gSdXNccC##Lqn#S#zust#sorrust#somutxynw#txqt#S#uqrlyur444##

dRN#LYebdC##ius2#Wq-qm4##

dRN#gSdXNccC##co#S#tyt#not#rusuyvu#qny#otxur#mussqwus#txqt#S#
rulyuvu#to#xqvu#ruun#somynw#vrom#you4##Kut#S#tyt#rusuyvu#q#
Oqsurook#vryunt#ruquust#vrom#q#provylu#txqt#wqs#33#txu#nqmu#wqs#

dxomqs#Ourrqro#wxo#xqt#ruun#vryuntynw#puoplu#on#my#nutwork#txqt#
S#rulyuvu#to#ru#33#txqt#S#33#txqt#S#rusuyvut#q#Oqsurook#vryunt#
ruquust#vrom#q#provylu#wytx#txu#nqmu#ov#dxomqs#Ourrqro#txqt#xqt#
ruun#vryuntynw#puoplu2#suntynw#vryunt#ruquusts#to#puoplu#yn#my#
nutwork2#rut#S#tyt#not#rusuyvu#q#mussqwu#vrom#txqt#provylu2#zust#
q#vryunt#ruquust4##

    Wc4#gJXPC##dxqnk#you4##

    iour#Ronor2#S#wqs#woynw#to#qsk#mqyru#yv#wu#soult#tuql#wytx#
txys#wxun#yt-s2#S#wuuss2#my#tyrust4##Kut#S#woult#lyku#to2#you#
know2#ovvur#proov#ov#txu#Oqsurook#rusponsu#vor#txu#surpounq#vor#
dxomqs#Ourrqro2#txu#ytuntyty#ov#txqt#purson#33#

    dRN#LYebdC##Ws4#gqnwH##

    Wc4#gJXPC##33#rusqusu#txqt#ys#q#33#

    dRN#LYebdC##Ws4#gqnwH#

    Wc4#gJXPC##33#purson#33#yus4##ius4

    dRN#LYebdC##Mo#you#xqvu#qny#otxur#quustyons#vor#Ws4#Nlysu#
dxywusunH##

    Wc4#gJXPC##Yx2#yus4##S#to#not4##S-m#somplutut4##dxqnk#you4#

    dRN#LYebdC##Jny#quustyonsH

    Wb4#bJ__J_YbdC##Xo#quustyons4

    Ws4#Nlysu#dxywusun2#you-ru#uxsusut#qs#wytx#wytnuss4##Ykqy4##
dxqt#wyll#sonslutu#txu#xuqrynw#vor#totqy4##gu#wyll#rusumu#
tomorrow#qt#BC66#q4m4##dxqnk#you#qll4

    .Yvv#txu#rusort#qt#:C8;#p4m4/

    .Yn#txu#rusort#qt#:C8;#p4m4/#

    dRN#LYebdC##Vut-s#wo#rqsk#on#txu#rusort4##

    Wb4#bJ__J_YbdC##dxqnk#you4##Ws4#gqnw#vylut#somutxynw#lqtu#
lqst#nywxt2#zust#uqrly#txys#mornynw2#stqtynw#txqt#sxu#wqs#not#

```
woynw#to#tustyvy4##Sv#so2#wu#mqy#ru#potuntyqlly#sonslutut#now4###
Rowuvur2#S#zust#xuqrt#txqt#sxu#wqs#woynw#to#tustyvy4##co#S-m#
zust#rqysynw#txys#yssuu4##
     dRN#LYebdC##Ykqy4##gxqt-s#your#yntunt#vor#tomorrow2#######
Ws4#gqnwH##Mo#you#yntunt#to#sqll#yoursulv#qs#q#wytnussH##
     Wc4#gJXPC##iou#know2#S#33#S#qm#styll#tryynw#to#vywuru#yt#qll#
out#wytx#txu#srymynql#prosuutynws2#wytx#txu#vollowynw#ov#txosu#
txynws2#qnt#mu#qstuqlly#luqrnynw#rusqusu#txuru#ys#so#musx#S#
ton-t#know2#sross2#rutyrust2#@@?4##Lqn#S#wyvu#you#qn#qnswur#
tomorrow#mornynwH##
     dRN#LYebdC##ius2#you#mqy4##
     dxqt-s#33#txqt-s#wxqt#wu#qru#woynw#to#to#wytx#txu#ynquyry2#
Wr4#bqppqport4##Nvuryonu#xqvu#qnt#woot#nywxt4##dxqt#sonslutus#
txys#mqttur#vor#totqy4##dxqnk#you4#
     Wc4#gJXPC##dxqnk#you4##
     .gxuruupon2#txu#prosuutynws#sonslutut#qt#:C8?#p4m4/
```

ctqtu#ov#Lqlyvornyq##########/
##########################/#
Lounty#ov#cqn#Orqnsysso######/




S2#borurt#U4#Kqlyqn2#_ro#dum#buportur#vor#txu#cupuryor#Lourt#

ov#Lqlyvornyq2#Lounty#ov#cqn#Orqnsysso2#to#xurury#surtyvyC

dxqt#S#wqs#prusunt#qt#txu#tymu#ov#txu#qrovu#prosuutynwsD

dxqt#S#took#town#yn#mqsxynu#sxortxqnt#notus#qll#prosuutynws#

xqt#qnt#tustymony#wyvunD

dxqt#S#txuruqvtur#trqnssryrut#sqyt#sxortxqnt#notus#wytx#txu#

qyt#ov#q#somputurD

dxqt#txu#qrovu#qnt#voruwoynw#pqwus#7?9#txrouwx#9972#

ynslusyvu2#ys#q#vull2#truu2#qnt#sorrust#trqnssryptyon#ov#sqyt#

sxortxqnt#notus2#qnt#q#vull2#truu#qnt#sorrust#trqnssrypt#ov#qll#

prosuutynws#xqt#qnt#tustymony#tqkun#on#Ystorur#7B2#8688D

dxqt#S#qm#not#q#pqrty#to#txu#qstyon#or#rulqtut#to#q#pqrty#or#

sounsulD

dxqt#S#xqvu#no#vynqnsyql#or#otxur#ynturust#yn#txu#outsomu#ov#

txu#qstyon4




MqtutC###Xovumrur#A2#8688#



###########################oooooooooooooooooooooooooooooooooooooooo
#################borurt#U4#Kqlyqn2#Lcb4#'#;886
################_ro#dum#cupuryor#Lourt#buportur#

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

UNIFIED FAMILY LAW COURT

DEPARTMENT 404

---oOo---

HONORABLE DANIEL FLORES, JUDGE

_____

IN RE THE MATTER OF            )
                               )
                    STANFORD   )
                               )
            PETITIONER,        )   CASE NO. FDV-19-814465
                               )
VS.                            )
                               )
            KAILIN WANG,       )
            RESPONDENT.        )
_____)

---oOo---

REPORTER'S TRANSCRIPT
OF
PROCEEDINGS

THURSDAY, OCTOBER 20, 2022

---oOo---

VOLUME 3 OF 3

REPORTED BY:  VICKI GROSS, CSR
        CERTIFICATE NO. 5525

334

**A P P E A R A N C E S:**

(Respondent Kailin Wang appeared via BlueJeans video platform)


 FOR THE PETITIONER:          LAW OFFICES OF DOUGLAS L. RAPPAPORT
                              BY:  DOUGLAS L. RAPPAPORT
                              260 California St., Ste. 1002
                              San Francisco, CA, 94111

                              KAYE, MOSER, HIERBAUM & FORD
                              BY:  DARRICK CHASE
                              101 California Street, Suite 2300
                              San Francisco, CA, 94111

                              RIDDER, COSTA & JOHNSTONE LLP
                              BY:  ERICA JOHNSTONE
                              340 S Lemon Ave Ste 7550
                              Walnut Creek, CA  91789-2706


 FOR THE RESPONDENT:          KAILIN WANG
                              IN PRO PER, APPEARING VIA VIDEO

 ALSO PRESENT:                CHRISTOPHER          , TECHNOLOGY
                              ASSISTANT,           FAMILY MEMBERS,
                              DONALD DUBA          RICT ATTORNEY,
                              SERGEANT MARTINEZ.


 REPORTED BY: VICKI GROSS, CSR
         CERTIFICATE NO. 5525

**INDEX**

| WITNESSES | | PAGE |
|---|---|---|

**KAILIN WANG**

**JOHN WANG**

| | | |
|---|---|---|
| DIRECT EXAMINATION BY MS. WANG | | 409 |
| CROSS-EXAMINATION BY MR. RAPPAPORT | | 429 |
| RECROSS-EXAMINATION BY MR. RAPPAPORT | | 436 |
| REDIRECT EXAMINATION BY MS. WANG | | 438 |
| RECROSS-EXAMINATION BY MR. RAPPAPORT | | 438 |
| REDIRECT EXAMINATION BY MS. WANG | | 439 |

**KAILIN WANG**

| | | |
|---|---|---|
| DIRECT EXAMINATION BY MS. WANG | | 443 |

| **RESPONDENT'S EXHIBITS** | **IDENT** | **EVID** |
|---|---|---|
| C    Certificate of disposition indictment 1/28/19, Supreme Court of NY | | 347 |
| D    Documents re stalking injunction against Walker P. Stone | | 357 |
| E    Transcript of Menlo Park phone call, 4/10/19 | | 378 |
| 171  Respondent's passport issued 6/14/2011, and Chinese visa issued 4/4/2019 | | 394 |

Thursday, October 20, 2022

MORNING SESSION

---oOo---

P R O C E E D I N G S

THE COURT:  Good morning to everyone.  Welcome back to the ██████ versus Wang matter.

I will begin by reminding everyone there is no electronic recording or photography of these proceedings.  Anyone who violates that rule is subject to a $1,000 fine and any other sanctions permitted by law.

Petitioners are present, Ms. Wang is present.

Ms. Wang, can you give me a thumbs up if you can hear me?  Thank you for doing so.

Okay.  Can we have Ms. Wang re-sworn please.

THE CLERK:  Yes, Your Honor.  Thank you for raising your right hand.

---oOo---

**KAILIN WANG,**

having been duly re-sworn, testified as follows:

MS. WANG:  I do, and my name is Kailin Wang.

THE CLERK:  Can you please spell that for the record.

MS. WANG:  It is K-a-i-l-i-n, last name W-a-n-g.

THE CLERK:  Thank you.

THE COURT:  Ms. Wang, did you wish to call another witness?

MS. WANG:  I'm sorry, what?

THE COURT:  Did you wish to call another witness?

MS. WANG:  Yes, yes, I do.  And I am going to kind of give -- first of all, if I were to testify would that be by a

narrative fashion?

THE COURT:  You would have leave to testify --

MS. WANG:  Okay, if I had to testify, since I am representing myself, I am wondering how that would work for direct.

MR. RAPPAPORT:  I would request --

MS. WANG:  How would you like it?

THE COURT:  So let's keep doing it.  Please mute yourself. Thank you for doing that.  Okay, I kindly request that we continue the way that we've done it the last two days, which is if you ask a question please mute yourself and then I'll respond, because of the feedback that we are getting.

So I did hear your question, but then you started asking more questions after that.

Now I understand that Mr. Rappaport wishes to be heard before I address your question.  So I am going to turn first to Mr. Rappaport, and then I will respond to both of you.

Mr. Rappaport?

MR. RAPPAPORT:  Thank you, Your Honor.  My request would be that Ms. Wang proceed by question and answer.  I know it is somewhat awkward to do so.  However, given the tendency to speak quickly, given the tendency to add a lot of information that may be objectionable here, questions may be objectionable, the answers may be objectionable, I prefer to go -- it would be my request to the Court to go by question and answer.  It will create a better record, it will be easier for the court reporter to record, and it will afford Petitioner the opportunity to object should issues be -- should there be legal objections.

THE COURT: Thank you. Anything you'd like to say in response, Ms. Wang?

MS. WANG: I just remembered something else as far as witnesses. Alan ███████ wasn't present, nor Niels ██████ yesterday. Are they present, are they present as witnesses in the court today?

THE COURT: They are not in the courtroom. I know that because the persons who I recognize that have testified already did.

MS. WANG: So back to that narrative. The problem with that is it's awkward and I don't have a list of questions written out.

Mr. Rappaport is certainly free to cross-examine me on the narrative fashion. If he would please -- can we get an order of some sort, you know, before we finish off? Because there are three more people on the protective order that haven't testified before I start my direct.

THE COURT: Okay, I can accommodate the request. I understand the request for you to be heard about the three protected parties that have not yet testified. So I will accommodate your request to address that issue before you decide if you testify, my ruling about how that will be.

So what is your request, Ms. Wang?

MS. WANG: Well, because on the witness list Mr. Rappaport and I listed Alan ███████ Niels ████████ and I believe Fiennes (phonetic) ██████ if she's alive to testify as protected parties, and I haven't seen them be available as witnesses for this case.

So if the Court can order them to be present, because they

were both listed, all three were listed as witnesses in my witness list, as well as Mr. Rappaport's that he filed on October 3, 2022.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Regardless of who is on my witness list, Ms. Wang has the obligation to issue subpoenas for any and all witnesses she wishes to testify.

Perhaps the Court should ask Ms. Wang if they are under subpoena.  If not, the Court doesn't have jurisdiction to order them present.

THE COURT:  Thank you.  That sounds right to me.  In addition, I think there is something else that has happened here. I have under Evidence Code Section 352 stopped the Petitioner's side of the presentation of evidence and turned to yours.

So back to you Ms. Wang, do you have witnesses under subpoena that have not presented themselves?  I think I would know if you did, but just to confirm.

MS. WANG:  I am not allowed to issue subpoenas, Your Honor, as you are aware.  The only one I asked for was Rally.  And since I am not allowed to issue any subpoenas as a pro per litigant, Mr. Rappaport offered, and then that didn't work out because we had differences on what type of subpoena.

Obviously I am not going to be subpoenaing protected parties at the risk of violating a restraining order.  I wouldn't know the rules to that, so I could not have timely subpoenaed, it would be a violation of a restraining order --

(Reporter interruption)

THE COURT:  You'll have to start over because you were going

so fast that the court reporter was not able to capture what you said.  Please continue wherever you wish.

MS. WANG:  I do not agree with anything Mr. Rappaport just said about subpoenas because I am a pro per party that is not allowed to issue subpoenas due to Judge Wiley's 5/12/2021 court order.

And Alan ████████ Inge ████████ as well as Niels ████████ are protected parties, and it would, might likely be a violation of the restraining order.

As the Court knows, I tried to subpoena Rally and I was not allowed to do so, so Mr. Rappaport offered to do so, but that didn't work out either.  And Alan ████████ Inge ████████ and Niels ████████ again I cannot subpoena basically because, one, I am a pro per so I can't do it anyways, and two, it would be a violation of restraining order if I did.

And because I was informed that they would be present as witnesses listed on Mr. Rappaport's 10/3/2022 witness list, as well as on mine, I expected them to be present.

If I could issue subpoenas I would.  But I am legally not allowed to.  Therefore no, it's not correct that I could subpoena them.

Also, I understand that subpoenas are not really considered discovery, but Judge Wiley has ordered and said that they are considered to her as discovery.  So for any subpoenas, including my own supervised visitation records, I have to get the Court's permission.  And as you are aware, I have filed to reopen discovery before.  And they are protected parties.  If they want to remain, I do ask for their testimony.

THE COURT: Thank you. I have kept track of what you have said, Ms. Wang, and the Court disagrees with every point that you have raised in this regard.

While this issue of trial subpoenas to witnesses to come to court to testify or notices to appear, those have not been issued, the Court finds that it is not true that you do not know how to request the Court to grant you permission to issue subpoenas. And that's the only relevance that I see with respect to the Rally issue. The relevance there is that you do know how to request that the Court issue subpoenas on your behalf or grant you permission to issue subpoenas because you made those requests. But you did not make those requests with respect to the protected parties who you now seek to have the Court order. The Court declines to issue an order for those persons to appear. And with that we conclude that issue.

Okay. Moving on back to whether or not you would testify. Let's address something else. I just saw my email and I saw that apparently you have filed another request for judicial notice, or maybe two.

Ms. Wang, do you want your requests for judicial notices to be addressed before you testify or before you decide whether or not you testify?

MS. WANG: Yes, I will answer that. I just want to say for the record, I just want to make the record that I do ask for the parties not testifying to be stricken, and if you can make a ruling on it. I know you just did. But if we can just orderly on the record that I asked Inge ████████ Niels ████████ and Alan ████████ to be stricken because they are unavailable to testify,

342

and then I will move on to the request for judicial notice, if the court reporter can get that down.

THE COURT: Everything that's happening in court is being written down by our court reporter, that's their official duty.

And that is a new request. Your request previously was that I order them present. The request I understand now is that I strike them as parties to the action, is that your request?

MS. WANG: They were requested before. But yes, if the people are unavailable to testify before your ultimate ruling, I do ask the people unavailable to testify as protected parties to be stricken.

(Reporter interruption)

THE COURT: Ms. Wang, yet again you went so fast that the court reporter could not take it down. So I'll ask you kindly to restate.

I think you are agreeing with what I said, that you are now asking that protected parties who have not testified be stricken as protected parties in this action. Is that what you are asking?

MS. WANG: Correct.

THE COURT: Okay. Mr. Rappaport, as to that motion?

MR. RAPPAPORT: There is no requirement that all parties testify, all protected parties -- strike that.

There is no requirement that each and every individual who is listed requesting protection from this court testify.

THE COURT: Thank you. The request is denied. I agree that there is no requirement that all protected parties testify.

I also disagree that these persons are not available for

cross-examination.  There's been no showing that they are not available for cross-examination.  In fact, one of the very persons was here by his own free will I think all of day one, if not most of day one, and this issue is coming up now.

You wanted a ruling as to that issue, Ms. Wang.  That is the ruling.

Do you remember my question I had for you about judicial notice?

MS. WANG:  The request for judicial notice, yes, yes, let me answer that.

So how I have been doing it, there are a lot of court documents and I am not physically present in court.  So basically I tried to tailor my request for judicial notices to the previous day or that day of testimony and related things I've mentioned.  They are already either have been taken judicial notice of or in the court record, and I believe all of the evidence is from Petitioner's side for the most part.

So however you would like to address them, I will leave them up to Your Honor.

THE COURT:  Thank you for the deference.  This is something I am going to turn back to you, however.  These are your requests for judicial notice.  And throughout this litigation you have filed many requests for judicial notice, some which I have ruled on myself or addressed as being improper because you have marked up the very documents that you wanted the Court to take judicial notice of.  You might recall that.

So what I am providing you now is an opportunity to address your request for judicial notice.  You have submitted these

requests.  I am not talking about just the last couple of days.

Just in the past.  Is there anything that you want this Court to take judicial notice of at this trial that has not already come into evidence?  This would be the time for you to make that request.  We can take the time to do that.

If not, then my only option would be to consider that those requests that were previously made are now moot.

MS. WANG:  I would.  And to add on that, correct, Your Honor, in court cause hearings there might have been ones that weren't in perfect form.  However, for this hearing all judicial notices should be appropriate and court admissible documents.

So I have filed two of them.  However order you would like to start.  If you would like to start with the one filed on the 19th or the one filed on October 20th.  Both of those are requests for judicial notices.

THE COURT:  We will start in chronological order.  Sounds like you want a request that you filed for judicial notice on October 19, 2022, and another request filed on October 20th I think you said, you want those two addressed, yes?

MS. WANG:  Yes.

THE COURT:  Okay, we will start with the one on October 19th.  Let me see if I can pull that up or see if I have it already.  And Mr. Rappaport, please do the same.

MR. RAPPAPORT:  Yes, I am doing my best, thank you.

(Discussion off the record)

THE COURT:  I've identified one that you filed on October 18th, Ms. Wang.  Could it be that?

MR. RAPPAPORT:  Judge, if we may.  Sorry.

THE COURT:  That question was for you, Ms. Wang.

MS. WANG:  Oh, that totally cut off.  I didn't hear anything that was just said.

THE COURT:  I have identified one that was filed on October 18th.  Could it be that one that you are referring to?

MS. WANG:  I am pulling them up right now.  There should be two.

Yes, it should be entitled dated 10/18/2022 filed by Jonathan Wong.  And it should say Request For Judicial Notice or Rebuttal Exhibits or Offers of Proof.  Is that the one you have?

THE COURT:  This is the one I have.  And so that we are on the same page, Ms. Wang, is this what you had previously referred to as having been filed on October 19th?

MS. WANG:  Apologies, my mistake.

THE COURT:  Okay, we are on the same page.  Mr. Rappaport wanted to address something.

MR. RAPPAPORT:  We are not quite on the same page because we were not served through File & ServeXpress.  We don't have the same documents.  So we just need a minute to catch up.  Because what we do is we ask Mr. Chase every day to look at anything that was filed and to get it to us.  That's how we have to check to see if she has filed anything.

So we are going to ask Mr. Chase who is looking to get that to us.

THE COURT:  Okay.  I actually, given the length of this, I was made aware of this request for judicial notice at lunch yesterday, so I asked that it -- that was the time I was able to pull it up and I saw that it was not as voluminous as maybe some

other filings.  But it is, so I have two copies in front of me now.

MR. RAPPAPORT:  Mr. Chase is just looking.  Can you send it to us?

THE COURT:  Do you want a physical copy, Mr. Rappaport?

MR. RAPPAPORT:  That would be terrific.

THE COURT:  Okay, Mr. Tauscher, can you hand that over?

MS. WANG:  Your Honor, that is incorrect what Mr. Rappaport just said.  He actually said on the record yesterday he did receive them.  I will be filing a proof of service.  They were sent at the same time they were filed.  And besides that, they were already previously filed on 10/3/2022 and lodged.

These are exhibits that have been either admitted or used for the past three years in numerous, numerous, numerous pleadings.  There is nothing new.

THE COURT:  Ms. Wang, please stop on that.  I am not interested in hearing from either side about the history of this.  Let's just get to the rulings on this set for requests for judicial notice.

Let me know when you are ready, Mr. Rappaport.

MR. RAPPAPORT:  I'm fine, I am ready to go.  Thank you.  It's not long.

THE COURT:  Okay.  One second.

(Discussion off the record)

THE COURT:  Okay, Exhibit A purports to be a certificate of disposition indictment with a date of January 28, 2019.  The header says, "Supreme Court of the State of New York, New York County."

Any objection to this?

MS. WANG:  It should say --

THE COURT:  I am looking at what you filed.

Any objection, Mr. Rappaport?

MR. RAPPAPORT:  It's not certified.  It has no relevance given that the [REDACTED] did not know -- strike that.  No objection.

THE COURT:  Okay.  Request for judicial notice as to Exhibit A is granted and Exhibit A is admitted.

And I believe this would be Respondent's B, is that right, Ms. Mancilla?

THE CLERK:  Yes, Your Honor.

THE COURT:  Is at least with this one we can work with this copy, Ms. Mancilla.

(Thereupon Respondent's Exhibit B received in evidence)

THE COURT:  The next one was as to B.  These are Bates stamped at the top.  That helps.

MS. WANG:  The Bates stamps are Mr. [REDACTED] counsels.  They prepared them.  This is part of their evidence.  So you can either look at mine, and I do believe they have the in order copies present in those ten volumes of binders somewhere.

THE COURT:  Okay, thank you.

Exhibit B does bear Bates stamps at the top.  It goes from 1010 through 1029.  And the description -- is there a problem, Ms. Wang?

MS. WANG:  Sorry, yes.  So Mr. Rappaport has a partial copy, I have a full copy, or at least my full copy.

Basically I think we admitted Exhibit A earlier, which is the certificate of disposition regarding Rory Will.

THE COURT:  Ms. Wang.

MS. WANG:  Yes.

THE COURT:  I find that the way that this is happening is disruptive.

So you have made a request for this particular document to be admitted by way of judicial notice.  I need to address this particular document without reference to whatever else might have happened or whatever else might have been admitted, okay?  So let me do the work that you've asked me to do.

Any objection, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  There is no objection to Bates stamps 001011 and 001012.  This is a lawsuit that Ms. Wang filed against Mr. Rory Will while Ms. Wang was on probation in New York for harassing him.  She filed it in Queens County I believe it is.  Yes.

MS. WANG:  Are we taking argument right now?  Can we do this on cross?

THE COURT:  Ms. Wang, that's not appropriate, ma'am.  You have to allow the attorney to make his record as to why he objects to your request.

Okay, and I see you are muted but I saw your lips say okay and you put your hand up in the international signal of yes, I will concede.  So thank you.

So Mr. Rappaport, please continue.

MR. RAPPAPORT:  Thank you.  Again this is a document from the lawsuit that Ms. Wang filed against the victim Rory Will in

an adjacent county to where she was on probation in New York.

We have no objection to, again, I am going to forget the double zeros, but 1011 and 1012 coming into evidence.  But the rest is hearsay.  And I can't even actually tell what this is, but they look like uncertified printouts of something, I can't tell.  But as to those two pages, no objection.

THE COURT:  One second.

MR. RAPPAPORT:  For the court reporter's edification, it is Bates number 1011 and Bates number 1012.

MS. WANG:  I had a question.  When do I establish relevancy?  Do I need to do that with these?  Because I could establish foundation and relevancy if you would like.

THE COURT:  Thank you.  I am still reviewing this and the objection, and then I am going to turn to you when I am ready.

(Discussion off the record)

THE COURT:  I am asking our courtroom clerk to get a single-sided copy of this request for judicial notice, because I just realized that what I have is a double-sided copy.  I don't know if that's how it was filed or not, but it's not convenient for these purposes.

MS. WANG:  Your Honor, I just would like to make -- I am very open, and I know you don't like this but we have done this in the past.

I am happy to right now email Mr. Rappaport and Department 16 (sic) and the court reporter any copies if you don't think they are perfect and it would just make things go smoothly.  It's worked just fine before.  I don't have hundreds of documents.  However I want to offer that is available if you would like me to

send anything that you feel like is incorrect or not organized in the appropriate way that the Court believes, I can email you, Mr. Rappaport and the court reporter right away.  Thank you.

THE COURT:  Thank you for the offer, Ms. Wang.  I believe that this is the way that our court staff printed this out.  So I am simply asking our court staff to reprint this for me.  It has nothing to do with it being -- it's not required to be sent over again.

So there is an affidavit contained in Exhibit B, Ms. Wang, and that has out-of-court statements that apparently you have made.  So the question, are you seeking the Court to take judicial notice of the contents of these documents to prove that what is contained in the documents is true, or is there some other reason such as to support your claim that you filed a restraining order against or an action against Rory Will and that you later appealed it, and that there was litigation on both sides, so that it doesn't seem like it's only one-sided against you?

MS. WANG:  Yes, so let me explain the relevancy of that.  As you are aware, Your Honor, on the first day of this trial on 10/18/2022 we took judicial notice of several of Mr. ████████ --

THE COURT:  Let me stop you.  So for right now I am not asking about the relevancy.  I believe that --

MS. WANG:  Okay, got it.

THE COURT:  I believe that there is some relevancy because the name -- please mute yourself so we don't get feedback.  Thank you.

Rory Will has been brought into this action as someone that you allegedly previously harassed.  So I think it is relevant for you to be able to comment in response or try to produce documents in response.

The specific question is, do you want this to come in for judicial notice to prove that you did have a response, that it wasn't a one-sided thing, or are you saying Judge, I want you to believe every single word that is in these documents?

MS. WANG:  They will be for informational purposes.  However, this isn't just about who harassed who or if he had any input in harassing me or vice versa.  This has to do with the multiple police reports that we will get into further relating directly between me and Petitioner and the many, many, many police reports that are in dispute.

I think that they have already mentioned some of their arguments today about retaliatory fake and false evidence used to get these restraining orders or retaliatory lawsuits, which are false, and that's a direct statement or allegation from Petitioner.

So besides relating to Rory Will and myself, it relates directly to the allegations Mr. ███████ has made at various entities to this Court about me and other people.  So impeachment purposes or whatever you want to call it.

So but yes, we will do that not for the truth of the matter for informational purposes, as it is a large document, and I believe Mr. ███████ has some pages of this and I have what I feel is relevant to the Court.  But I think we have a stipulation on at least most of this, correct?

THE COURT:  Thank you, Ms. Wang.  I am not taking stipulations right now.

The objections are overruled.  Bates pages 1010 through 1029, which is the complete proposed Exhibit C, the Court does grant the request for judicial notice.  And the Court is not taking this for the truth of the matter asserted.  The Court is taking this as this is a record from another jurisdiction.

And the relevancy and everything else that Ms. Wang has just currently testified or argued about is something that if it's established, maybe it will be.  If not, then maybe it won't.  But the Court takes judicial notice of these documents at this time.

THE CLERK:  Your Honor, for the record this will be Respondent's Exhibit C.

THE COURT:  Thank you.  For the record that will be Respondent's Exhibit C.

(Thereupon Respondent's Exhibit C received in evidence)

THE COURT:  So taking what is marked as Exhibit C, proposed Exhibit C in the request for judicial notice, Ms. Wang has stated in her October 18, 2022 filing that this is a -- I'll just quote it -- "January 22, 2018, certified copy of request for stalking injunction against Walker B. Stone."  And it is numbered at the very bottom 1 through 5.  And after 1 through 5 there are two pages of what appears to be some type of statement, unsworn, unsigned statement by someone, and then there is an email, printout of an email, that's the next page.  I will note that the bottom says page 1 through 3, but it appears that we only have page 1.

The next page appears to be a screenshot of some type of text messages.  There is the date of October 22nd without a year at the top.  There is a T. Mobile Wi-Fi icon on the left-hand corner, and there's some handwritten notes to the left and to the right of that.  There continue to be some --

MS. WANG:  Your Honor, if --

THE COURT:  Not yet, Ms. Wang.

There continues to be printouts of what appear to be incomplete email chains.  One has Kailin Wang, that's the name associated with the email.  The email address is V-O-P-L-A-N-3-1-0@gmail.com, purporting corresponding with a John Wang with an email address of J-O-H-N-W-A-N-G-P-H-O-T-O @yahoo.com, email dated October 3rd, 2017.

It goes on to have other screenshots from some unidentifiable, at least to me, I can't identify what type of communication platform that is.

And then there is a call record log.

MR. RAPPAPORT:  Your Honor, may we go back to that email? I'd like to further try to identify that.

THE COURT:  Just a second, sir.

MR. RAPPAPORT:  Certainly.

THE COURT:  And the call log has handwriting all over it. More screen shots.

Okay, this seems like a pretty unruly document that just on its face does not seem to be the proper subject of judicial notice.

Okay.  You wanted to say something, Ms. Wang?

MS. WANG:  Yes, absolutely.  It looks unorganized, however

this is actually an official court certified document.  Those are just the exhibits I used in my request for a civil stalking injunction against Walker Stone.  He is a very, large, large topic in this proceeding.  It is purely that judicial notice that this was filed, it's an official document, and it was granted.

(Reporter clarification)

MS. WANG:  Walker Stone, I filed a civil restraining order against him.  It's called a stalking injunction in Utah, case number 180400131, on January 22, 2018.

He is very relevant as he has been a subject of this case continuously.

I am not asking the Court to take judicial notice of the contents or the evidence for my request for judicial notice. However, this is an official document, those are the exhibits I used, and the request, it's certified copy, and after that you will see that there is a certified transcript of that hearing and it was permanently granted.

So I think what you are looking at is a very disorganized set of exhibits used for my request for stalking injunction against Walker P. Stone, who is also in the felony criminal indictment in our case here under People versus Wang, case number 1016407, where Mr. ███████ and Mr. Walker Stone are the subject of that felony criminal complaint.

Also, we mentioned yesterday Walker P. Stone also filed a civil restraining order against me in the San Francisco Superior Court on January 26, 2018.  And since he has been mentioned many times by Mr. ███████ side, I just wanted to make the Court aware of the other legal judicial litigation involved with Walker

P. Stone and the other people that Mr. ███ has brought up in this litigation.

Thank you.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Certainly.  A couple of points.  One, as it relates to one of my -- am I on?

THE COURT:  Can we double-check the microphone to make sure that's working.  Can you hear Mr. Rappaport, Ms. Wang?  Sounds like you did earlier.

MR. RAPPAPORT:  It was working.  There we go.

THE COURT:  I got a thumbs up by the way.

MR. RAPPAPORT:  As it relates to one of Ms. Wang's exhibits that she attached to a request for injunction against Mr. Stone, I'd like everybody to turn to the page that says gmail, and it says, "You are a grade A nut job" at the top, and it says in handwriting, "Threatening email."

THE COURT:  I'm there.

MR. RAPPAPORT:  The email was sent by, it's a very long email address beginning 9-H-S-T-E-7-+-I-5, and then it goes on for a number of other characters and letters.  But the @, it's @guerrillamail.com.

I would like the Court to accept that for the truth in that the relevance is that the threatening email that was sent to Ms. Johnstone, the picture of the child at Rally, was also sent from a very unique email platform called guerrillamail.  And I would also like the Court --

MS. WANG:  Again --

THE COURT:  One second, Ms. Wang.

MR. RAPPAPORT:  I would also like the contents of the email where allegedly the language is used, "Everybody knows you are a fucking stalker, you desperate bitch, Jap chink bitch," the relevance is -- and then the actual language actually goes on, "I hope they fry you."  The relevance is that in the threatening emails posting -- excuse me, the threatening texts, the threatening postings to Mr. ███████ include exactly those same racial epithets, those same racial statements.

And the same comment that I read yesterday, the text messages allegedly from Ms. Wang to Mr. Walker Stone also dealt with frying.

So consequently I'd ask the Court to take this for the truth circumstantially relates to Ms. Wang.

THE COURT:  Okay.  You jumped ahead, Mr. Rappaport.

MR. RAPPAPORT:  I will just ask that this document be taken not just for judicial notice, but Ms. Wang is not asking for the truth, I am asking that it be taken for the truth of the document.

THE COURT:  Ms. Wang, back to you.

MS. WANG:  Objection to admission to the truth of the matter on someone else's restraining order.  Again you are not allowed to litigate Walker Stone's case.  Sure you can cross-examine me about it if you need to.

However, if we are going down that road I will bring in, and then it opens up a lot of doors for me to bring in new documents because Mr. Rappaport and Ms. Erica Johnstone have been the reporters of the 14 count felony indictment in State versus, Utah State versus Kailin Wang, and that's case number 211100167.

THE COURT:  Thank you.  I lifted my hand up with a stop sign and Ms. Wang responded.  Thank you, Ms. Wang.

The Court takes judicial notice of this document that Ms. Wang has requested the Court take judicial notice of.

Ms. Wang, thank you for the explanation in terms of the exhibits.  That explanation makes sense to me that it's not that you are asking this Court to take judicial notice of all these separate documents, it's that it's only one document, that's the complete document as you have testified, and that is what you submitted in Utah.

Okay.  Moving next -- any questions about that, Madam Clerk?

THE CLERK:  Are we admitting it, Your Honor?

THE COURT:  It's admitted by way of judicial notice in its entirety.

MR. RAPPAPORT:  Just for the record, that's Petitioner's D as in David?

THE COURT:  Yes, that will be, it's admitted as Respondent's D.

MR. RAPPAPORT:  Thank you.

THE COURT:  Despite its characterization as C in the request, in our trial it's Respondent's D.

MR. RAPPAPORT:  Thank you.

(Thereupon Respondent's Exhibit D received in evidence)

THE COURT:  Okay.  Mr. Rappaport, your request for the Court to take that email for the truth is denied.  And I will point out a couple of things.

The email that you refer to that brings a nexus with

guerrillamail, that email was specifically not admitted, the text of the email. And there was not testimony about the email addressed. And your argument that guerrillamail is somehow unique, it is not in evidence. I don't have any evidence that there is anything unique about that email address and I can't make an inference about that.

Okay. I am going to move on to the next part. I've made the ruling, sir. I am moving on to the next exhibit, sir.

MR. RAPPAPORT: I'd just like to state that we haven't presented our case yet.

THE COURT: That's where we are at this time and I am making a ruling at this time.

MR. RAPPAPORT: Understood.

THE COURT: Thank you. So I take that to mean that maybe that's something that you would have presented had the Court not stopped you under 352.

MR. RAPPAPORT: Correct.

THE COURT: That is well taken.

Okay, we will go on to the next request for judicial notice. It's purported to be a transcript on a stalking injunction with the date of May 4, 2018, stalking injunction hearing. And this goes through page 39, and actually has a transcriber's certificate behind it.

Any objection?

MR. RAPPAPORT: Yes, it's hearsay.

THE COURT: Ms. Wang?

MS. WANG: It is taken from a certified court proceeding that has happened. We are not going into the contents as need to

be.   However, it is relevant to the previous document you just -- the 39-page request for stalking injunction with Walker Stone, that was just the evidentiary hearing where a permanent -- three permanent stalking injunctions were granted with myself and my family.   Therefore it is related directly to this case because he has been brought in, and related to the previous request for stalking injunction.

And it's a certified court transcript.   Well, certified recording because that's how it works in Utah.   There is no live court reporters, there is a certified recording, and the certified court reporters listen to that recording which they get directly from the court.   And it is an official document and official proceeding that happened.

THE COURT:   You are over explaining yourself, Ms. Wang. Thank you.

Okay.   It sounds like you were going to say something else in response, Mr. Rappaport.   Were you?

MR. RAPPAPORT:   No.

THE COURT:   Okay.   The Court declines to admit this under judicial notice under Evidence Code Section 352.   The relevance that Ms. Wang sought to bring it in is already established.   I have articulated that myself here.

What happened at the actual hearing is not at issue because it's also not contested at this time.   If someone were to contest at this trial that you were granted a permanent restraining order or any of the things that you just stated, Ms. Wang, then please, you are welcome to revisit this if someone tries to challenge that as being true.   There is no challenge right now, and this

transcript goes well beyond the relevance that it might need for this hearing.

Okay.  I will move on to the request for Exhibit E.  This request for Exhibit E on the request for judicial notice is entitled, "Interview, ███████ Thyggy, ██████ of East End Mile, September 1, 2016."

Mr. Rappaport?

MR. RAPPAPORT:  Well, I'd like to know the relevance here first.

THE COURT:  That's fair.  Ms. Wang, what is the relevance?

MS. WANG:  Well, I think it would have been, you know, if we were there in person I would hand that in during the middle of testimony.

Basically there's been a lot of allegations about the Wangs, our family, myself and my parents, having a Chinese visa, and it talks a little bit about his narrative and his testimony about how we met and whether he has a Chinese visa.

So because that's been a big issue and there's been lot of allegations of abduction simply because I am Chinese, that was the issue is that he goes to China as well and that he has a Chinese visa.  That is why that's in there.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Thank you.  For clarification on relevancy, we ask that Ms. Wang's passport be admitted pursuant to judicial notice.  We haven't gotten to that yet.  It was on our list.  We just somehow got waylaid.  I'm sure we will be returning to that.

The relevance of Ms. Wang's passport is not that she is Chinese or had a visa to China.  It's that about a month after

this Court gave full legal custody to Mr. ███████ --

THE COURT:  Let's stick to this document.

MR. RAPPAPORT:  Oh, I am, I'm getting there.  It's that she obtained a visa to China that was open for ten years.  We believe that that looks like potentially a risk for child abduction given the timing of it.

The fact that Mr. ███████ has traveled to China has no relevance whatsoever in this trial.

THE COURT:  Is that your objection then to this document that there is no relevance?

MR. RAPPAPORT:  There is no relevance, correct.

THE COURT:  Okay.  And you believe that the relevance is that ███████ ███████ has traveled to China, that's the relevance, Ms. Wang?

MS. WANG:  That he also has a Chinese visa if that comes up.  However, Mr. Rappaport, thank you for reminding me that we did not take judicial notice of my passport.  So it could either be mute or the Court could deny without prejudice and if it needs to be brought in later it can be.  However, I just remembered that you didn't admit because you thought it was irrelevant.  So it may be moot or improper at this point that I bring in any information about ███████ ███████ passport unless you would like to hear more about that.  Or if it does come up in direct or when one of us presents our case, we can reserve that issue for later.

THE COURT:  Thank you.  The Court has not made a ruling that the passport is irrelevant, as you just stated, your passport.

So it appears that we have a stipulation that ███████

362

███████ has in fact in the past traveled to China.  Is that correct?

MR. RAPPAPORT:  So stipulated.

THE COURT:  Okay, the Court accepts the stipulation.  The Court rejects Exhibit D, this article that I just stated for the record as not relevant -- excuse me as Evidence Code Section 352 the relevance is greatly outweighed by paragraphs and paragraphs of things that don't seem to be related to this trial.

Okay, that concludes the requests for judicial notice filed on October 18 by Ms. Wang.

MR. RAPPAPORT:  I am returning the court's copy.

THE COURT:  Thank you.  You can return it to Ms. Mancilla.

MR. RAPPAPORT:  Thank you very much.

THE COURT:  Let's now turn to what Ms. Wang filed apparently today.  Can you pull that up?

MR. RAPPAPORT:  We do have a copy, thank you.

THE COURT:  Okay.  The first requests are emails dated August 29, 2019, regarding Facebook, motion to quash from Thomas Ferraro, F-e-r-r-a-r-o.  That's category number one.

MR. RAPPAPORT:  Judge, we don't have a printout of it.  We have just her request.  We don't have any of these documents that are attached.  Perhaps we can pull this up on email.

THE CLERK:  Your Honor, the Court has a double-sided.

THE COURT:  One second.  It sounds like the Court has a double-sided copy that you can use, Mr. Rappaport.

MR. RAPPAPORT:  Thank you very much.

MS. WANG:  Your Honor, that was a response to Erica T. Johnstone's email and this motion to quash in that in those

documents this email and set of exhibits was sent to Erica T. Johnstone, Mr. ████████ attorney, who is present in court. You can see that in the bundle of this motion to quash.

Thank you.

MR. RAPPAPORT: As it relates to this request for judicial notice that was filed this morning, you know, I didn't object to the prior ones for this reason, but I am going to object at this point that pursuant to Local Rule I believe it is 11.13 subsection C(9), all requests for requests for judicial notice must be served on the court, exhibits lodged five days before trial. Ms. Wang did not do so.

It helps both parties in the presentation of evidence to have these in advance of trial. That's one of the reasons why the local rule is in place.

As to the others we felt there was -- you know, we waived that objection. But as to these we are asserting that objection that they are untimely.

THE COURT: Do you wish to respond to that, Ms. Wang?

MS. WANG: They were served and they were lodged in file and express on the same day on 10/3/2022 to Mr. Rappaport. And they have been filed and served numerous times to him as well for the past three years. And it's rebuttal to yesterday's testimony. But I do believe that there is already a proof of service on file that he received them recently on 10/3/2022. And this set is in response to Ms. Erica T. Johnstone's subpoena for the identity of these Facebook accounts that they claim are me. And this is in direct rebuttal to testimony offered in court yesterday.

So not only are they relevant, there is proof of service on

file.  I am going to pull up if you would like, I can give you the date of that proof of service.  I put it in a bundle that shows the email when I forwarded it on 10/3/2022 to Mr. Rappaport.  And if you give me some more time, there is a lot, lots of proof of services, because it's been filed repeatedly with this court for the past three years.

THE COURT:  Any further comments on that, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  The document was filed according to the court stamp 10/20/2022.  That is today.  Anything that she may have filed or served on me in the past is irrelevant for this particular trial.

THE COURT:  I don't think it is irrelevant.  I think it is relevant because Ms. Wang has established a practice, I don't favor the practice, but it is I think a fact that she files things and then she re-files things.  And it seems to me that sometimes she doesn't know when things are going to be addressed on the merits.  So, you know, it creates this confusing record, which I am trying to do my best to ensure is not confused.

So she is telling you, she's telling the Court that she previously on October 3rd served you with this very same document that she is asking for judicial notice.  That's one thing she's saying.

The other thing she's saying is, hey -- and this is what I am hearing -- hey, I complied, I have tried to comply with the rules.  And she did file a pretrial request for judicial notice. She's done that.  And she's saying now, well, Judge, things came up during the trial and I've filed another request for judicial notice in the middle of trial because it's in response to

something that came up in the trial.

So as to procedural defects, I am prepared to overrule your objections, Mr. Rappaport.  Do you have any substantive objection to this proposal?

MR. RAPPAPORT:  Just I am checking to see.  We don't -- again, because we don't get served we don't have a record of when we get something.  So if you just give me a minute, what we try to do, sometimes Ms. Wang emails something to us, but because the documents that have come from her have been different than the ones that she serves in court, it is incumbent upon us to download, to locate what she has filed with the court and to produce our own copies, because sometimes we don't have the date that it's filed.

THE COURT:  Let me ask you to address any substantive objections before we spend too much time on this.

MR. RAPPAPORT:  Certainly, got it.  It's all hearsay.  The fact that an email -- the contents is all hearsay, Your Honor.

THE COURT:  Sustained.  The Court denies a request for admission of what is number 1 on what was filed today.

Moving on to number 2, it is identified as a March 6, 2019, Utah dispatch 911 call, █████ ███████ Darrick, D-a-r-r-i-c-k, last name Chase, paren (Hillard and Heintz, H-i-l-l-a-r-d and H-e-i-n-t-z, found 3/6/19, quote, "Kill baby K post,") end quote, end paren.

Any objections, Mr. Rappaport?

MR. RAPPAPORT:  It is hearsay.

THE COURT:  And the Court is prepared to sustain that objection.

Ms. Wang, I saw you turn your microphone on.  Do you wish to respond?

MS. WANG:  Yes.  This is a certified copy of a transcript of a recording that's certified by Mr. ▆▆▆▆▆ side of the counsel.  It's just a certified transcript of a recording that is in their nine binders and on I believe a jump drive.

And it goes into, the relevancy is about how the baby was going to die.  I understand that the forensics of that is not going to be an issue at this trial.  However, we are talking about fear.  We are talking about hiding the baby and we are talking about that the baby was going to die.  And this is relevant because ▆▆▆▆ ▆▆▆▆ on here is seen knowing our license place numbers, knowing what car the baby's car seat is in, and knew exactly where to find the child on 3/6/19 after obtaining an order where a mysterious post appeared and DCSS was prompted.  They did swat the house, my house, and they took a screaming baby they never met away.

THE COURT:  Ms. Wang, this is not the time for you to testify, ma'am.  So I think you've stated why you believe that this should be admitted.  Thank you.

Any comments in response, Mr. Rappaport, before I rule?

MR. RAPPAPORT:  No, Your Honor.

THE COURT:  One second.

MS. JOHNSTONE:  I have an important note to make on this.

THE COURT:  Please use the microphone.  Please start over.

MS. JOHNSTONE:  So my point on this transcript --

THE COURT:  I'm sorry, let me stop you.  As you were talking you said I have an important point to make, and that wasn't, at

least Ms. Wang probably didn't hear that.  Did I capture that correctly?

MS. JOHNSTONE:  Yes.

THE COURT:  Please continue.

MS. JOHNSTONE:  So there was a mistake in this transcript in that even though it says ███ ███████ this was not actually ███ ██████ on this call, it was another female investigator, and her name was mistakenly noted as ████ ████████

MS. WANG:  I can -- I was going to say that part of Mr. ████████ exhibits, he does have the certified copy of this official recording that he subpoenaed from the Utah state police. I am happy to correct whatever Ms. Johnstone -- or for the record if the Court would like to hear what's on the recording instead of this transcript, because this certified copy done by government official court reporter, maybe she heard incorrectly, I do not know.  However, I am happy to have the Court play the certified copy that Mr. Rappaport has in the disk I believe.

THE COURT:  So I've spent some time, I've read the entire transcript now, and considering Ms. Wang's request I am also again trying to balance the obligations that the Court has to make a court proceeding accessible to someone who is representing themselves.  And Ms. Wang is asking for judicial notice of this.

This is something that, you know, she has mentioned before that she has a transcript while we tried to play this.  She did question Ms. ████ ████████ about this call.  And as I read this transcript, the one that I'm reading, it is what Ms. ████ ██████ was asked about.  It is what I heard.

So let's make sure that Ms. Johnstone, you and I are on the

same page, because I am not following the discrepancy that you made.

MR. RAPPAPORT:  If I may, Your Honor, there may have been several calls on this day and there were other calls, because Ms. ▇▇▇▇ testified there was a lot going on at the time.

THE COURT:  Let me tell you what I am looking at because I think that's the only way I can help the situation.

What I am looking at, I will go with what is relevant.  It has the name ▇▇▇ ▇▇▇▇▇ it has a date of April 10, 2019, and then it says ▇▇▇▇▇ mother.

MR. RAPPAPORT:  Judge, the transcript says March 6th, not anything in April.

THE COURT:  Not the one I'm looking at, sir.  This is why I am telling you what I am looking at so that we can try to figure this out.

MR. RAPPAPORT:  Okay.

THE COURT:  What I am looking at matches what I just said on the record.

MR. RAPPAPORT:  I'm sorry, I think I'm lost.  Are you looking at the transcript?

THE COURT:  That is correct, I am looking at a transcript, and on my PDF that I am looking at this begins at page 40.

MR. RAPPAPORT:  Judge, may I approach?  Because I think we are looking at a different document.

THE COURT:  Let me see if I could -- don't approach yet.

Ms. Wang, there's nothing to add right now.

MS. WANG:  Okay.  I was just going to agree with Mr. Rappaport, there's a couple of calls, so there might be some

confusion there.  I was just going to tell the Court as well there are numerous police calls.  So yes.

MR. RAPPAPORT:  I am looking at a nine-page transcript dated March 6, 2019.

THE COURT:  Okay, I am going to ask for everyone to stop trying to fix this.  Let me try to fix it and everyone just listen and everyone's rights will be preserved.  Because I know that you are looking at something else from what I am looking at, I believe you, Mr. Rappaport.  But that doesn't mean that what I am looking at doesn't exist.

So what I am looking at begins in the PDF on page 40 and it has a Menlo Park Police Department cover sheet.  Then it is a dispatch transcript, not on pleading paper, and it is three pages long.  And I see that Ms. ███ ████ is giving me a thumbs up there.  This is what I was referring to, ma'am.

And the language matches what I heard yesterday.  I mean it was just yesterday and I have a pretty good memory.

So this is what it says.  I will do what I was going to do earlier and give some highlights, okay.  And the highlights are as follows:

"What is your address? ████████ Drive."

"Okay," says the police dispatcher, quote, "Okay.  And you said you wanted to give an officer update?"  Answer is yes.

There is a name given that matches Ms. ████ ████ There was a question as to the person's name and purportedly a response is by Ms. ███ ████ quote, "The person's name is Kailin Wang, Kailin, last name Wang, W-a-n-g."  It continues to spell out John Wang, W-a-n-g, and Jan Cheng, C-h-e-n-g.

370

MR. RAPPAPORT:  There is no objection to that transcript.

THE COURT:  And the last thing I was going to point out is on the page 3 of 3 there is an entry for Ms. ████ ████████ that says, quote, "He is 26, and he spells his first name with a double F instead of a P-H, ██████████ with two Fs."  We all might remember that.

Okay.  This request for judicial notice is granted.  And I will again state for the record that the Court is admitting this under judicial notice, and it is four pages total.  It begins with a cover sheet with a declaration of a custodian of records, with three pages of the transcript.  Thank you.

MR. RAPPAPORT:  Judge, can you tell us the date of that?

MS. WANG:  I just want to make --

THE COURT:  Go ahead, Ms. Wang.

MS. WANG:  Were you done?  I'd just like to add something for the record.

So the police report is certified.  They are from a subpoena response and the recording is certified.  However, I would like Your Honor for permission that while it is admitted right now, since I am pro per and this costs a lot of money, I would say if you could at least on the substance part I would like to get an official transcript into the court, because this is not an official transcript.  The recording is officially certified, as well as the police report, as you can see a declaration from Menlo Park custodian of records Tracy Weber.  However, I would just like an opportunity to submit an official certified copy so this is all done as correctly as possible, if I can get permission to do that.

THE COURT:  I don't know what that means so I am going to deny your request.

Mr. Rappaport, you were going to say something?

MR. RAPPAPORT:  Yes, I am completely, completely at a loss.

The document graciously given to us by the Court that was filed this morning does not include that transcript, so I don't know what we are taking judicial notice of, I don't have a copy. So the transcript that is in the copy that the Court provided us has a March 6, 2019 transcript that is nine pages in total.  So we are not literally on the same page.

THE COURT:  Thank you.  I think what I have in front of me also has a transcript, the one that you are paying attention to, it has March 6, 2019 at the top.  It is not the one that I see there being a request for judicial notice on.

Before we admit this, Deputy Tauscher, can you show Mr. Rappaport what we have?  I can't explain what you were given, Mr. Rappaport.  I just don't know.  I didn't look at what you were given this morning.

MR. RAPPAPORT:  There is no, as to the April 10, 2019 transcript, there is no objection.  Thank you for the opportunity to review this document.

THE COURT:  Thank you.

MS. WANG:  And the police report?

THE COURT:  Okay.  I think Ms. Wang is referring to -- just so the record is clear, what I have in front of me right now is 84 pages with no exhibit numbers.  It's just all put together in a way that is not user friendly.  But I will do my best.

So you want a Spanish Fork police incident report number to

372

be taken under judicial notice, in addition to the transcript that I just mentioned?

MS. WANG:  Yes, correct.

THE COURT:  Is it your position that this report is part of that, or that the transcript that I just referred to is part of this police report?

MS. WANG:  No, that is not correct.  The March 6, 2019 transcript is from Mr. ███████ own exhibits.  I had an official court reporter take down the records they subpoenaed from Utah 911.

The police report with the number, Spanish Fork police incident report 19SF01599 is a separate police report.

So there is the transcript of the recording of the 911 call that agents of Mr. ███████ made.  That certified transcript is made from Mr. ███████ own exhibits from the certified copies of the 911 calls made that day.

The police report is a separate thing, however still part of Mr. ███████ exhibits which I believe Judge Darwin took judicial notice of that's in the court file already.

THE COURT:  Ms. Wang, I am going to ask you to try to help me out here.  I mean if you want me to be able to help address your request, I need help from you as well.

Please stop referring to what Mr. Rappaport might have in his evidence.  It's up to him to admit that.

I have also made a ruling that affects what they have admitted thus far.  I am very comfortable with that ruling right now, okay?

This is the defense case.  This is your opportunity to try

to introduce evidence, as we are doing right now, on your own behalf.  So no need to refer to what Mr. Rappaport may have had before.  Please don't refer to pretrial rulings in the past, you know, unless you are being challenged on relevance or something like that.

Right now we are just trying to figure out what it is that you have.

Okay, so this police report, I do have at least some of it.  I am going to double check the online docket to see if what was filed matches the printout that I have.  One second please.

Okay.  It appears to -- the reason why I double checked that is because this police report is missing pages.  It may have a Bates stamp that goes sequentially from page 749 to 750, but it is clear from what appears to be the original pagination of the report that it skips from page 1 to page 4 and then from page 4 to page 6.  And I've double checked the online docket and that is how it was filed.

Mr. Rappaport, any objection as to the police report?

MR. RAPPAPORT:  One, I don't have it.  But based on what the Court has said, the police report contains hearsay statements.

THE COURT:  The Court also rejects this because it's on its face is not complete.

All right.  Now you mentioned the transcript and now I'm going to turn next to the transcript that is for a 911 call.  This is on a pleading paper.  It shows the Fourth Judicial District Court of Utah County.  It says, "911 call electronically recorded on March 6, 2019," and it has the name of an official court transcriber at the bottom.  This particular document is

nine pages long and it has a reporter's certificate attached, so ten pages total.

I think this is what you were looking at earlier, Mr. Rappaport?

MR. RAPPAPORT:  That's the only transcript in the packet that we have, and yes, that is the transcript I was looking at earlier.

THE COURT:  Okay.  Do you object to the Court admitting this by way of judicial notice or otherwise?

MR. RAPPAPORT:  I do.

THE COURT:  Okay.  What's the objection?

MR. RAPPAPORT:  The objection is, one, relevance in that it apparently is not Ms. ██████  That is a mistake.  Number two, it is hearsay and it also contains statements by other individuals.  Three is Ms. Wang had the opportunity to confront and cross-examine Ms. ██████ and this is, you know, any statements that were attributed to her should have been asked at that time.

THE COURT:  Any comments in response, Ms. Wang?

MS. WANG:  I believe that we did have testimony on this issue yesterday and I tried to play the official recording.  And I am happy to address there's possibly a mistake in here.  But I did cross-examine.  I don't know if I got a clear answer because I got a lot of evasive answers yesterday.

But the Court did take testimony on this call and she did admit she made a call of some sort.  But there was, testimony was taken on this issue.  So for impeachment purposes.

But I am happy to have Ms. Erica Johnstone present her

recording, she has it, for the Court to make it more official. But testimony was taken.

THE COURT:  Thank you.  The Court rejects the request for judicial notice as to that transcript.

I don't know that there is any connection between ▮▮▮▮ ▮▮▮▮ and this transcript that has not been previously established.  I agree that the opportunity to do so was available, and that witness has been excused.

I will next move on to the next request for judicial notice. I think that takes us to a November, what you have is number 4, Ms. Wang, a November 6, 2019 -- I'm sorry.  Going back to my last ruling, it also contains multiple layers of hearsay that are not of any benefit to the Court without knowing more information about their credibility.

So going back, sorry, number 4 is November 6, 2019, Utah DCFS reversal.  Do you have something that matches that description in front of you, Mr. Rappaport?

MR. RAPPAPORT:  May I visually look at it?

THE COURT:  I am looking for it myself.  So I am asking you if you had identified it.

MR. RAPPAPORT:  I can't specifically identify it.

THE COURT:  What page does this document start on, Ms. Wang?

MS. WANG:  Your Honor, I see actually there is an error on my part.  This is the original report.  There is a reversal.  It must not be organized correctly.  But this is the original complaint.  The reversal is a very short document that has been lodged and previously filed, but this is just the report.  Though it is part, it's the allegations we talked about yesterday.  And

she gave testimony on the email that was sent, the allegations of child abuse that was later reversed.

The reversal is not in this one. It's filed somewhere else.

THE COURT: Are you withdrawing your request to have this document admitted at this time under judicial notice?

MS. WANG: I mean I would like it admitted, but if you would like to reserve that until I get it. I can resend it right now for you to consider. If we can just go past this and come back to it for an official ruling.

THE COURT: Please send whatever it is -- actually before you do that, I should have started here. What's the relevance of this, ma'am?

MS. WANG: Oh yes. It's about, there are numerous allegations about hiding the baby, the baby was in danger, that we were going to kill the baby. That directly goes into the allegations made in this report by ██████ ████████ and Mr. ████████ agents that show, which further testimony will show that nobody hit the baby. We had a video of showing the baby to DCFS. These are allegations that ████ ████████ and their agents made that we were going to kill the child. That turned out to be false and was later reversed.

This is directly related to this case that they are in fear that we were going to kill the child.

THE COURT: Okay, let me see if I understand. So I understand that it's relevant in the sense that it's related to the same case. So that part is clear. That may not be -- it's actually not enough.

So let me understand. You are saying that the allegations

from DCFS were eventually reversed and that you believe that that impeaches the testimony that was given about fear, is that what you are saying?

MS. WANG:  It's about communications sent from Ms. ███ █████ back and forth about the allegations that the child was going to be killed and that I may have been hiding in the basement in my Utah home and evading service.  And that they made allegations that we were going to kill the child, run off to China with the child, and various other allegations to impeach ███ ███████ credibility in general.  It's just contained in this report.  And it's an official document.

THE COURT:  So the request for admission of some type of DCFS, Division of Child and Family Services reversal, which I don't have at this time anyway, I am not going to have you send that to us because the Court denies its admission of judicial notice without prejudice.

If you testify and somehow that becomes relevant on cross-examination, then we may have to revisit that.  But you will have to be the one that brings that back up.  And I am speaking to Ms. Wang.

Okay.  April 10, 2019, you have identified number 5, it says, "April 10, 2019, ███ ██████ 911, death threats received from Wang's parents."  I don't agree with that characterization, but I think we've addressed what document you wanted judicial notice of, correct, the three-page transcript?

MS. WANG:  Yes.  But there could be other ones.  I'm sorry, I just want to make sure this isn't another one that we are talking about, since there were many calls.  I do apologize, I

put this together very late.

Yes, we already addressed that one so that was one is moot. We can move on.

THE COURT:  So I realized I didn't formally move in those four pages.  These are the four pages that begin with the letterhead of City of Menlo Park and have the three pages of transcript for a phone call of April 10, 2019.

Ms. Mancilla, can you tell us what exhibit that is?

THE CLERK:  Yes, Your Honor, that would be Respondent's E.

THE COURT:  That is Respondent's E.

(Thereupon Respondent's Exhibit E

received in evidence)

THE COURT:  Next up you wanted item number 6, judicial notice of a May 14, 2019 ███████ ███████ declaration in Utah, case number 194400734.  I am looking for that now in the paperwork that I have.

I don't see a declaration in the documents that were printed out to me.  I will compare that to the other docket.

I think maybe I do have it.  It's not the order.  Are you referring to, when you said declaration, are you referring to Respondent's verified answer?

MS. WANG:  Yes, this is related to the cases.

THE COURT:  Okay.  Thank you.

MS. WANG:  Mr. Rappaport, any objection?

MR. RAPPAPORT:  Yes.  May I look and see the document please?  I don't have a copy.

THE COURT:  Yes, one second.  So I am going to hand you through my deputy what is a total of a seven-page document.  It

is entitled, "Respondent's verified answer to Petitioner's request for protective order."  Page number 6 is a verification and page number 7 purports to be a certificate of service.  It's being handed to you now.

MR. RAPPAPORT:  Okay, thank you for the opportunity the look at this.

THE COURT:  No problem.  Let the record reflect that the document has been handed back to me.  Thank you.

MR. RAPPAPORT:  Your Honor, my objection would be this, one, I haven't had an opportunity to review in detail.  It's a seven-page document.

But two, I think it shouldn't be admitted because if it is being offered for impeachment, which I think it is, under Evidence Code 770, the witness Mr. ████ should have been given an opportunity to explain or deny the statement while he was testifying.  That is a requirement before impeachment may be used.

THE COURT:  Okay.  Anything else?

MR. RAPPAPORT:  Well, at this juncture no, because I haven't had an opportunity to really look at the document carefully.  So but clearly under 770, just that is a blanket objection that unless he was asked about this document and specifically asked to give -- given the opportunity to explain or deny any statement within this particular document, it is not admissible.

THE COURT:  Okay.

MS. WANG:  Your Honor, if I may.

THE COURT:  My question to you is what's the relevance, Ms. Wang.  The declaration portion is five pages and I just read it

and I am still asking myself what's the relevance.

MS. WANG:  The relevance is on 10/18/2022 we did take judicial notice from Mr. Rappaport on I believe two or three court documents that Mr. ███████ wants the Court to take judicial notice which were taken under the same case number 190400734.  And while we haven't gotten into the testimony because it relates to a felony criminal case currently pending in Utah, however since he submitted two or maybe three documents from the same case, I just felt it was relevant for me to submit other rebuttal documents that are in the same case that are filed officially with the Utah court.

THE COURT:  Thank you.  I understand what you've said.  I don't understand how this is rebuttal in any way.  What's the evidentiary value of this document?

MS. WANG:  Well, the Court did find whatever Mr. Rappaport had to offer from his case under 1900 -- I mean 19400734 is just part, because it was incomplete, it's not the complete court file.  This was some of the other documents in there to complete some of the other findings that have been made.

So the same relevancy as whatever Mr. Rappaport stated it was relevant in that same case that was admitted into court on October 18th.

THE COURT:  Anything else, Mr. Rappaport?

MR. RAPPAPORT:  Submitted.

THE COURT:  One second please.

The Court grants the request for judicial notice of this declaration.  It's an awkward inquiry, this one, in that this is Mr. ███████ declaration which matches his testimony here.  So

it does have relevance.  It simply is not impeachment.  If Ms. Wang wants it admitted and this Court doesn't see a reason not to.

We will move on.

MS. WANG:  Oh, Your Honor, I think it's complete because everything else has to do with the previous ruling you made about the DCFS report.  It's denied without prejudice unless it becomes relevant later on in the proceedings.  And all the remaining documents relate to that.

There is another police call, but I feel like for this -- we can just stop there because it's the 7, 8 --

(Reporter interruption)

MS. WANG:  Yes.  The exhibits seeking by Kailin Wang to be admitted under 7 and 8 have already been addressed in the request for judicial notice in item 3 -- no, item 4.  Therefore you already made a ruling on that.  That goes along with the rest of the DCFS report that was made and then the initial reversal.  You already made a ruling on that.  So those two would be moot.

And then the final one on number 9, I am going to withdraw that one for now to be admitted later just because it's just another police report that Ms. ███ ██████ has made.  Actually no, let's address 9 if we can.

But 7 and 8 have already been ruled upon because it's part of number 4.

THE COURT:  Thank you.  We will move over to 9.  9 is identified as March 23,2022 San Mateo police report at Rally by ███ ██████

MR. RAPPAPORT:  If I may inquire, how many pages is that

document?

THE COURT:  I'm trying to find out right now.  Based on what I have on the online docket this police report begins with a letter, in email format but a letter nonetheless, from the San Mateo Police Record Center beginning at page 81.  And I am not sure if it ends at page 83 because the next and final page of this filing has what appear to me to be indecipherable characters.  I am not sure if that was on purpose.

Ms. Wang, can you tell us, that last page, does that have something of relevance, is that part of what you got from San Mateo?

MS. WANG:  Yes, I believe so.  I am not sure what that is.  But the first, the San Mateo incident report and at least the second page.  The last one, I am not aware of what that is, if that was an original part of the report or what the relevancy is.  I can pull up the original.  I don't know.  That could be just a computer generated error.

THE COURT:  I am going to assume for now since it doesn't seem to have any of the same formatting as the San Mateo report, that the police report is two pages -- three pages total, one page being a letter from the records center and two pages of an actual report.

Do you have that, Mr. Rappaport?

MR. RAPPAPORT:  I do, thank you.

THE COURT:  I have it as well.  Any objections?

MR. RAPPAPORT:  Given the date of the report, I haven't heard any testimony about that, so consequently I am curious about the relevance.

THE COURT:  I see.  The report does bear a date of April 26th, 2022.

MR. RAPPAPORT:  Then we are not working off the same page. Mine has a date -- oh, actually --

THE COURT:  I see.  It could be -- the top of the report has April 26, 2022.  On the first page it appears that the date of the incident is listed as March 23, 2022.

MR. RAPPAPORT:  That is correct.  We do have the same documents.

THE COURT:  Okay.  So I'm sorry, was that an objection that this is not relevant because it doesn't pertain to something that was addressed at trial?

MR. RAPPAPORT:  Correct.

THE COURT:  Ms. Wang, I am prepared to sustain that objection without prejudice to this somehow coming up.  It hasn't come up yet.

MS. WANG:  It is, ███ ██████ did testify yesterday that she did make a police report about this incident.  And since I cannot issue subpoenas on my own, there is a further report.

However regardless of this, this ties in with the official Rally reports that go further into the allegations made recently this year and was ultimately ruled upon by Judge Wiley in an order about inciting violence and sending people to kidnap the baby in the court order 4/19/2022.  There is more substance, however it's sealed.  The ██████ family, they have had these police departments seal all these police report made against --

THE COURT:  Ms. Wang, please stop.

MS. WANG:  Okay.

THE COURT:  Thank you.  The Court disagrees that there has been evidence about this police report or any calls to the police on this date.  So for that reason the Court is not admitting this as requested for judicial notice or under any other basis at this time.

Ms. ██████ did testify that there were other instances where she may have called the police, that's what I got out of the testimony, but nothing specific.  So we can't now after she is not only the witness stand admit evidence for some purpose that's unknown not only to her but to the Court at this time.

And that's without prejudice.  If there's a different way that you want to get it in at a later time, I will listen to that request.

At this time are there any unaddressed requests for judicial notices on your part, Ms. Wang?

MS. WANG:  Not that I am aware of, unless further things come up during testimony.

THE COURT:  Thank you.  The Court is going to take a 15 minute recess at this time.  We'll be back in session in 15.

MR. RAPPAPORT:  For the record, I am returning the court's copy to the court staff.

(Short recess taken)

THE COURT:  We are back in session.  Okay, at this time we are going to turn to, return to Petitioner's request for judicial notice.  We had paused on that.

And Madam Clerk, can you maybe grab a microphone, can you tell us in order which ones were taken judicial notice of please so that we are all on the same page?

THE CLERK:  Yes, I have one right here.

THE COURT:  Thank you.  And I have in front of me Petitioner's request for judicial notice filed on October 13, 2022.

THE CLERK:  So we are talking about Petitioner's requests?

THE COURT:  Correct.

THE CLERK:  The exhibits?

THE COURT:  Yes, it starts with 137 and 138.

THE CLERK:  So 137 was admitted on October 18th.

THE COURT:  Okay.

THE CLERK:  138 was also admitted on October 18th.

THE COURT:  You can just tell me if they were admitted.

THE CLERK:  Okay.  161 was not admitted, 162 was admitted.  One 165 was admitted, 166 was admitted, 167 was admitted, 168 was admitted.

THE COURT:  One second please.  167 was admitted.  168 was also admitted?

THE CLERK:  Yes.  169 was not admitted.

THE COURT:  Okay.

THE CLERK:  170 was admitted.  171 was not admitted.

THE COURT:  Okay, thank you.

MR. RAPPAPORT:  Actually I don't think we had an argument, I may be wrong, about 171.

THE COURT:  That's my understanding too.  I think we started potentially going in that direction and then I stopped it.  So we were not completed on 171.

Okay.  And I'm going to take a second look here.  Ms. Wang filed objections to the request for judicial notice the night of,

meaning after I admitted, and that was filed on October 19, 2022. The actual objections -- there are other comments on pages 1, 2 and 3.  The actual objections as the Court sees them starts at page 4.

Okay, the Court has read the objections.  I am retroactively allowing this obviously.  So the objections to 137 and 138 are overruled.  The admission of 137 and 138 remains.

The next objection was to Petitioner's 162.  The objection was that this document is not complete and is not certified.  Any brief response, Mr. Rappaport?

MR. RAPPAPORT:  May I actually see the document?  It's okay, we have a copy.

One, I don't believe there is a requirement that the document be certified.  I can represent as an officer of the court however that this document is certified.  The reason being is that the temporary protective order was certified, we got it in a package from the court of Utah, an attorney acquired these, and they don't stamp every page, apparently they stamp the last page.  So we have, the certification is attached to PT-168.

But irrespective of that, the burden should shift to Ms. Wang to tell us what it is that specifically she is objecting to here.  This is her own document.  This is a document that she herself filed with the court.

THE COURT:  Ms. Wang, any further comment in your objection? We can't hear you.

MS. WANG:  I'm so sorry.  Yes, I do withdraw my objection because I requested to submit my own documents.

THE COURT:  That's fine, Ms. Wang.  So Petitioner's 162

remains admitted.

Okay, turning next to the next objection was as to Petitioner's 165, certified copy of Provo City versus Kailin Wang.  The objection that Ms. Wang made was that this is 20 years old and it has no relevancy whatsoever.  Furthermore, the alleged victim is Wang's father.  He also does not recall what this is.  Ms. Wang's father may testify at this trial.  That's what Ms. Wang wrote.

Mr. Rappaport?

MR. RAPPAPORT:  I don't believe those are sufficiently legal objections.

THE COURT:  Anything else?

MR. RAPPAPORT:  We are not talking about the remoteness here.  This isn't a question of whether she -- we are not offering it -- strike that.

This was known to the █████████ at the time they were being threatened, at the time they were being assaulted and bombarded by various messages via media of their friends, et. cetera, at the time that they thought the baby was in danger.  So consequently it goes to their sustained fear of Ms. Wang that she could actually perpetrate physical violence and physical violence against somebody in her own home.

THE COURT:  Thank you.  The objection is overruled.  The Court finds that it is relevant for that purpose.  The Court notes that the Court had already admitted this, so I'm just at this time overruling the objection.  I point that out because Ms. Wang had a full opportunity to cross-examine the witnesses about this particular issue.  And I don't think there was one

question about this made to either of the Petitioners.

I will move on to the next objection is to Petitioner's 166, certified copy of the State of New York versus Kailin Wang in case number 20217-2013.  The objection as written by Ms. Wang is that this document is incomplete.  It is also does not contain the official certificate of disposition which was already admitted.  We've done that now.

Do you still an objection to this, Ms. Wang?

MS. WANG:  I do not.  Just so we are clear on the record, the certificate of disposition is a one-page document.  And I didn't hear, did we admit that on today's 10/18/2022, my first set of requests for judicial notice that was I believe it's Exhibit A, it's a one-page certificate of disposition?

THE COURT:  We did.  I did, I admitted that.

MS. WANG:  Then I withdraw.

THE COURT:  Thank you.  That then takes us to the objection to Petitioner's 167, copy of Spanish Fork City versus Kailin Wang in case number 171301350.  Objection is that this is not complete, it's not a certified copy of official court documents.  This is a printout of a case that no longer exists in the Utah court system.  This case has been dismissed with prejudice, the record has been purged.  I think that covers it.

Mr. Rappaport?

MR. RAPPAPORT:  Yes.  It doesn't mean that she wasn't charged in Utah.  We are using it for that fact to show that the ███████ sustained fear that she was being charged at the time for stalking another man.  There were 20 counts of electronic harassment.  And that the prosecutor who signed the information

was Anna Burgi, B-u-r-g-i.  And that had we called the San Francisco police officer yesterday, there would have been a link to what she did here in San Francisco.

MS. WANG:  Objection.

THE COURT:  What is your objection, Ms. Wang?

MS. WANG:  Mr. Rappaport is again exceeding the scope of the relevancy of this document.

I will stipulate for this being admitted as long as I can at some point admit the rest of the record that's incomplete for this case.  So I will stipulate and I withdraw my objection as long as I can supplement the rest of the record if this issue does come up if necessary.

However, I am going to stop Mr. Rappaport right there because he is talking about now criminal charges he would like to file against me.  That's totally irrelevant and not even existent right now, okay.  So I just want to stop him right there.  He is talking about other people and other potential new criminal charges that could happen.

However, I withdraw my objection.  That's also why I spoke.

THE COURT:  Thank you.  The Court accepts Ms. Wang's withdrawal of the objection of Petitioner's 167.  I take that withdrawal without qualification.  It is, you can seek to admit something in the future, but it's not contingent upon any such agreement, it is simply withdrawn.

And with respect to the objection as to what you were saying, Mr. Rappaport, that objection is sustained.  So I didn't allow the witness to testify, so that can't be the reason why it's relevant right now.

MR. RAPPAPORT:  I was going to explain.

THE COURT:  You had a purpose before, that much I understand.

All right, we're going to move on to the next one.

MR. RAPPAPORT:  And just to let the record reflect that Ms. Wang was speaking to me telling me she wanted me to stop.  If we can have the transcript read back as to her language directing me to stop, it is not Ms. Wang's role in this proceeding, it is the Court's role to dictate who stops speaking and when.  So consequently I would like the record to reflect that, that Ms. Wang thinks that she is in control of these proceedings.  But again, it is not up to her to tell me when to speak and when not to speak, nor is it up to her to interrupt me when I am speaking.

THE COURT:  Your objection is sustained, Mr. Rappaport.  I did hear the directive given to you by Ms. Wang.  Did you say you wanted the record read back?

MR. RAPPAPORT:  If the Court recalls the comments, then no, thank you.

THE COURT:  Okay, thank you.  We will move on from that. And Ms. Wang, that's true.

MS. WANG:  I apologize.  I have no authority to stop Mr. Rappaport.  However, I object to this line of I guess you can say allegations.  But I am not asking him to stop, I don't have any authority.  So I apologize if it came out that way.  Thank you.

THE COURT:  I will move on.

I think we are on 168.  The objection to 168 -- well, first of all, 168 is a certified copy of a temporary protective order

that was granted in Respondent's March 18, 2019, request for protective order in case number 194400734. And the objection was that the temporary protective order -- hold on one second. That this is not a certified copy, it's incomplete and different than the copy that was admitted into court on January 5, 2022. And I interpret this to be an authentication objection as well.

Mr. Rappaport?

MR. RAPPAPORT: It is a certified document from the court in Utah. If Ms. Wang wishes to present additional documents, of course she may be at liberty to do so. That's not an objection to this document.

THE COURT: Your objection is overruled. 168 remains in the status it was before this discussion about objections.

Okay. I don't know if what follows beginning at page 7, line 6, I don't know if that's another objection or not, Ms. Wang. Was that part of your objection to 168?

MS. WANG: No, that was the last objection. Thank you.

THE COURT: Okay. Well, what is this objection? I don't understand it. Oh, you are saying it was, 168 was the last objection?

MS. WANG: Yes, that's correct.

THE COURT: Okay, I now understand. Thank you.

Okay, that takes us back to where we left off. Mr. Rappaport, your next request is Petitioner's 171, Respondent's passport issued June 14, 2011.

MR. RAPPAPORT: Correct. It is an official document of the United States.

THE COURT: Any objection, Ms. Wang?

MS. WANG:  As previously objected to, this was for, this was taken at my deposition, and that was when we had custody matters as well as UCCJA jurisdiction issues that made this I guess relevant.  However, it is not relevant to this proceeding.

And I think you made a ruling on ██████ ████████ article where I allege that he also has a Chinese visa, and I don't think it's admitted right now unless necessary.

So I would like the Court to make that same ruling because it's not relevant at this point.

THE COURT:  So the ruling that I made with respect to the article regarding ██████ ██████ I am going to repeat that to you because there may be a misunderstanding.  But I agree that the same net result can be reached here.

So instead of admitting an article that is from my viewpoint not proper subject of a judicial notice, I don't know anything about that article or what its source is, instead of doing that, Mr. █████ ██████ just stipulated that he's traveled to China.  Therefore he must have or have had a visa at some point in time.  So he's traveled to China, that was the stipulation.  So that is now a fact of this case and a fact of this trial.

I understand that the same is the purpose of this passport issued well before the parties met, and that that would be that Ms. Wang also has a visa.

MR. RAPPAPORT:  No, that's not, not quite.

THE COURT:  Okay, tell me.

MR. RAPPAPORT:  In the passport it appears that --

THE COURT:  I see.  It's a Chinese visa and that was issued on April 4, 2019.

MR. RAPPAPORT:  Correct.  And it's good, it's an open visa and it's good for ten years.  It's good until April 4th, 2029.

THE COURT:  Thank you.  Can I see 171 please?

Any other objections, Ms. Wang?

MS. WANG:  There are issues because Mr. Rappaport has used this against me to set my bail at close to a million dollars in both Utah and California.

Again I don't see the relevancy of the allegations contained that relate to this, because they didn't get a copy of this and I was --

(Reporter interruption)

THE COURT:  You are going to have to slow down, ma'am, because if not, your own words are not going to end up on the transcript.

MS. WANG:  Yes, Your Honor, I do object to the relevancy this, because I am again being criminally prosecuted involving these parties.  And Mr. Rappaport and the rest of the ███████ family has submitted this passport to various law enforcement agencies around the country to have my bail set at $750,000 or more.  And there's been multiple allegations of things that are completely false.

And this was not, this was not known to the ███████ family until I inadvertently disclosed that as a pro per party at the deposition of ███████ against me on 9/27/2019.  Since I didn't have an attorney I just allowed them to copy all of this.  And when it was time for me to depose ███████ they had me arrested.

Therefore I don't see the relevancy of this.  When they requested for this DVRO, this was not included in there.  It was

information I accidentally disclosed.  However, I don't think it should come in to express their fear.

However, I can leave it open.  If it's within testimony that this comes out to be necessary, I ask for the Court to reconsider admitting it then.  Thank you.

THE COURT:  Thank you.  The objections made and each of them are overruled.  Petitioner's 171 is admitted.  The Court does take judicial notice of it.

(Thereupon Petitioner's Exhibit No. 171 received in evidence)

THE COURT:  That takes us to Petitioner's 172, Respondent's New York driver's license issued 7/26/2011.

So I am going to review this from the perspective of the evidence as it stands now.  Is this something that you are still asking for at this point in the trial, Mr. Rappaport?

MR. RAPPAPORT:  With the Court's ruling, I won't burden it with the relevance at this juncture.

THE COURT:  Would the same be true for 173, Respondent's Utah driver's license?

MR. RAPPAPORT:  Correct.

THE COURT:  And Petitioner's 174, another Utah driver's license?

MR. RAPPAPORT:  Correct.  Although -- yes.

THE COURT:  Okay.  Those are being withdrawn without prejudice, sir?

MR. RAPPAPORT:  No, I would ask the Court to just reserve ruling at this juncture.

THE COURT:  Okay.  My concern is that I'm not going to

remember to rule on them later on if we don't address it now.  So I'm addressing these now.

MR. RAPPAPORT:  I think it would be incumbent upon me to raise an issue with the Court.  If a piece of evidence is not admitted, that's on me, not the Court.

THE COURT:  Yes, I agree, Mr. Rappaport.  So what your request is, then how is it different than mine?  If you are withdrawing them right now, how is it different if you are asking me to reserve on it?

MR. RAPPAPORT:  I see what the Court is asking, sure.  It's synonymous.  Yes, we are withdrawing.

THE COURT:  Okay.  I feel more comfortable knowing that there is not something pending.

MR. RAPPAPORT:  Understood, Your Honor.  Thank you.

THE COURT:  Okay.  Let the record reflect that Petitioners withdraw their request for Petitioner's 172, 173 and 174 without prejudice.

MR. RAPPAPORT:  There is an additional request for judicial notice that the Petitioner would like to make.

THE COURT:  What is that?

MR. RAPPAPORT:  That is Ms. Wang filed a document a request on October 5, 2022.  If you can look at that, it's in the court's docket.

THE COURT:  I am searching my database for that.  Can you describe what it is that you are looking at?  Because I don't see anything filed by Ms. Wang on October 5, 2022.

MR. RAPPAPORT:  Again this is the problem without actually getting served.  But if I may, Judge, I may need just a few

minutes here.  Sorry, I apologize.

THE COURT:  Okay.  If you tell me what it's entitled, I will tell you if something with that title has been filed.

MR. RAPPAPORT:  Sure.  Something got filed that included ███ ████████ docket for the DUI.  Do you see that?  It also included something related to me.

THE COURT:  Do you have a pleading?  Because if you have a pleading then I will look for it by title.

Ms. Wang, I see that your camera is off right now.

MS. WANG:  Sorry, yes, yes.  That was by accident.

I do see these documents.  Yes, it is filed 10/5/2022.  This was not filed, they were lodged as exhibits.  And that is correct, there is People versus Ms. ████████ for her DWI, just like they have lodged my criminal charges.  And yes, there is a 1998.

THE COURT:  There is a 1998 what?

MR. RAPPAPORT:  Care to say it, Ms. Wang?

MS. WANG:  Yes, there is a document about Douglas Rappaport as well.  It is conviction for evading a peace officer.  That is correct, since they are bringing in 2001 criminal charges, I thought it to be relevant.

THE COURT:  Okay.  So first things first.  It appears based on what Ms. Wang is saying that that answered my question.  That it was something that was lodged and not filed, so I can't find it in our system.  But I've asked madam clerk to look for that.

And at this point in time it sounds like Ms. Wang has admitted that she filed information about a DWI, a driving while intoxicated charge, maybe conviction, I am not sure, against ████

███████          And that was with one thing that you wanted to establish, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  And by Ms. Wang's own statement we don't need to go any further.

THE COURT:  Okay.  And the second document that you wish to establish, Ms. Wang has just admitted that she filed something that purports to be a charge or conviction against you personally in 1998?

MR. RAPPAPORT:  Yes, in my misguided middle age.

THE COURT:  Okay.  And that's what you wanted to establish I believe?

MR. RAPPAPORT:  Yes, that she lodged those with this court.

THE COURT:  Okay.  That's established by testimony.

MR. RAPPAPORT:  Thank you very much.

THE COURT:  Thank you.  Anything else, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  Judge, the Court also deferred ruling on 161, which is Ms. Wang's New York identification card.  So what I am going to do for cleaning up the record is I will withdraw that at this point, with the same provision the reasons why I withdrew her other identifications.

THE COURT:  Okay.  Thanks for clearing that up.

MR. RAPPAPORT:  I would like to admit Ms. Wang's deposition testimony at a particular point.  I don't think we need to admit it all, although I can, it's a statement of a party opponent.  And her deposition was lodged with this court pursuant to the local rules.

But I'd like to admit her deposition testimony beginning at page 208 in which she admits that she obtained ███████

███████ Social Security number. It's pages 208 and thereafter.

THE COURT: What's the date of the deposition?

MR. RAPPAPORT: Good question.

THE COURT: Deposition of Kailin Wang beginning at page 208?

MR. RAPPAPORT: Yes. The deposition took place on September 27, 2019.

MS. WANG: Yes, Your Honor, about that, again this deposition was taken on September 27, 2019. That was before the criminal indictment where I am being currently charged for the incident date of February 26, 2019 on this issue. Therefore there is going to be Fifth Amendment claims.

However, if the Court has already taken judicial notice of the People versus Wang complaint, it is duplicative, and this was before the criminal indictment, this deposition.

THE COURT: Okay. I have only taken judicial notice of the things that have been stated on the record that I took judicial notice of, Ms. Wang. I am pointing that out to you because you just said something that I did not quite understand.

Having said that, the question is, do you object to the portion of testimony of your deposition being admitted at this trial, Ms. Wang?

MS. WANG: I do object. I didn't see that this was going to be -- because it is 300 pages and I haven't reviewed it. And again my public defender has already stated this could create lots of problems for her.

If I had more prior notice and I went line by line and if Mr. Rappaport gave more prior notice on the parts he wanted I

could have come up with possibly a stipulation.  However, at this hour with 300 pages I can't say yes to all.  I have to look at it more what he specified just now.  This was not specified before, it's 300 pages, so I am going to object.

THE COURT:  Anything else right now, Mr. Rappaport?

MR. RAPPAPORT:  Yes, I will just read into the record the particular section.  That should clarify everything.

There was a discussion beginning on page 208, but on page 211 the question by Mr. Chase is:

Question, "So you impersonated Mr. ██████ and opened up, you stole, so you got Mr. ██████ Social Security number?"

Ms. Wang's response:  "Legally."

So she is admitting that she had his Social Security number.

THE COURT:  Okay, I heard what you said.  I don't know what it is that you are doing with that, Mr. Rappaport.  Do you have a proposal for Ms. Wang, is this a proposal for a stipulation?  I'm not sure why you are doing that.

MR. RAPPAPORT:  I am admitting this as a statement of a party opponent under 1220.  And so the reason why I am doing it --

THE COURT:  Let me make sure we are on the same page.

So right now I'm in the process of cleaning up and making sure that I have addressed all requests for judicial notice. You've asked me to admit as judicial notice, is what I understood it, deposition testimony, and we are in the middle of that.  And then you read part of it.  That led me to believe that you may have a different alternate request.  I am not sure.  But I am asking you because I don't actually know why you just read that

into the record.

MR. RAPPAPORT: I see. There was no segue. So consequently let me explain to the Court.

I am not asking that the Court take judicial notice of her testimony, I am asking that the Court admit it as a statement of a party opponent.

THE COURT: Okay. As to that statement that you just heard, Ms. Wang, that purports to have you admit to getting ██████████ ███████ Social Security number legally, is there an objection to the Court admitting that at this trial?

MS. WANG: Unfortunately I have not spoken with my attorney and I cannot -- I would have to discuss it. This was her, as part of our case. It's already been provided to Sergeant Martinez as a new criminal case, so I cannot respond due to 5th Amendment and Evidence Code 913 at this time.

THE COURT: Thank you. The request for admission of that statement is denied without prejudice.

Anything else, Mr. Rappaport?

MR. RAPPAPORT: Can the Court explain its reasoning to me so I understand if I can bring it up again?

THE COURT: Yes. So this is evidence that is sought to be used against Ms. Wang. It is still an out of court statement that's being used. It being offered against a party opponent, which is an exception. But in order for this Court to have more information about whether or not someone acknowledges that that is in fact what happened, if there is a certified transcript of the deposition to get into these things, that all seems to be premature at this point in time.

We are about to find out whether or not Ms. Wang is going to testify.  That seems to be more appropriate to follow through.  Ms. Wang is subject to cross-examination should she choose to testify.  It's a big issue for her and she knows this, we all know this, but we are not there yet.  So that's the reason.

MR. RAPPAPORT:  Thank you for the clarification.

THE COURT:  Okay.  So we are done with requests for judicial notice.

And Ms. Wang, aside from your testimony, is there any other piece of evidence that you wish to have this Court admit at this trial?

MS. WANG:  Not that I can think of right now.  Things could come up as testimony develops.

I do have to make the record that I was informed by my public defender Lilah Wolf that the prosecutor Donald A. Du Bain, who is currently prosecuting me in People versus Wang, I believe Timothy Weaver, the forensic expert witness, could be present in the courtroom, as well as other police officers.  So again I would just like to know if they are present in the courtroom.  That could affect whether I choose to testify or not today.

Thank you.

THE COURT:  Thank you.  Care to respond, Mr. Rappaport?

MR. RAPPAPORT:  Yes.  One this is an open proceeding.  And again I specifically sent an email to Ms. Wang's own counsel Ms. Lilah Wolf alerting her to the fact that there was a hearing and where the hearing was so she could be equally present.  I wanted her to be exactly on the same footing as everybody else.  It is a public matter, it is open to anyone who wishes to view

the proceedings.

Further, I imagine that her counsel and the prosecution will most likely obtain a transcript of this proceeding.  So consequently, whether they are here personally or not, Ms. Wang should be very aware and very cognizant of the fact that every statement she makes, whether they are personally present or not, will be recorded, and that will be provided to the District Attorney I imagine if they request a transcript.

THE COURT:  Thank you.  Okay, so I don't see any harm in me answering your question.  I don't see Mr. DuBain in the courtroom right now.  He is not here.  I don't know who the other person is that you had mentioned, Weaver, I don't know who that person is, so I couldn't tell you if the person is here or not.

More importantly I was going to reemphasize, or I was going to say, now I will reemphasize what Mr. Rappaport said, is that we are getting to the point where I'll need to hear from you as to whether or not you wish to call yourself on direct.  And you should know, Ms. Wang, that everything that is being said by everyone in court is being written down in the official court transcript.  So.

I do want to reemphasize that whether a prosecutor or an investigator is present here in court, that has no legal distinction between whether or not your words could be used against you to incriminate you in the future.

And with that being said, I will rule on your previous request.  Your request to answer by way of a narrative is denied.  We can proceed by question and answer.

Do you choose to call yourself as a witness, Ms. Wang, yes

or no?

MS. WANG:  I may call my parents first before I decide to proceed after lunch.  Thank you.

THE COURT:  Okay.  Well, go ahead and call your parent now then, Ms. Wang.  Who is your next witness?

MS. WANG:  I would like to call my father John Wang.

How would you like me to proceed?  Would you like me to sit across from him or next to him?

THE COURT:  He would need his own screen would be the preference.  So if you are suggesting that you are going to try to share a screen with him, that's not ideal.

MS. WANG:  No, I just want it to be as appropriate as possible.  I will be across from him.  So I don't know how this works by Zoom.

I am going to have a list of questions to ask him, but we will keep him here.  Okay, so I will have him stay in the camera view and I will sit across from him asking questions.  Is that appropriate, Your Honor?

THE COURT:  Only if you have a camera facing you as well. So you both have to be on camera.

MS. WANG:  So I will do this like Mr. Rappaport with people next to him, so I will sit next to him with both of us being on camera.

THE COURT:  We will try that.  Right now I see the two of you on camera so I see no reason why that cannot work.  Thank you.

Can you please be the one to control the microphone, Ms. Wang, since you have been doing a pretty good job about that.

Okay, Ms. Wang has muted.  Thank you.  May we have the witness sworn in please.

THE CLERK:  Yes.  Would you please raise your right hand please, Mr. Wang.

---oOo---

**JOHN WANG**,

having been duly sworn, testified as follows:

THE CLERK:  Can you please state and spell your name for the record.

THE WITNESS:  John Wang, J-o-h-n, last name W-a-n-g.

THE CLERK:  Thank you.

MR. RAPPAPORT:  Your Honor, at this point I'd like to draw the Court's attention to several problems.  One is that Ms. Wang is no longer on the screen.  Two is that when neither of them are speaking she mutes herself, which avails her of the opportunity to speak to the witness.  It would be ideal if Mr. John Wang got on Zoom -- on BlueJeans, excuse me, on his own computer.

THE COURT:  Thank you, Mr. Rappaport.  So it's true -- so Mr. Wang, please just listen right now, and good morning, almost afternoon to you, Mr. Wang.  I guess it's the afternoon where you are.

So yes, at the time that Mr. Rappaport made the comment, Ms. Wang, we could not see you on the video, and I will need to be able to see you on the video.

You are moving closer to your father.  That is better, thank you.

The other issue is one that I don't know if we can fix.  I am going to proceed the way that we can.  And that is the issue

of muting while the witness is not talking.  That is being done I assume by Ms. Kailin Wang because I have asked her to mute herself when she is not talking, otherwise there is terrible feedback that comes into court.

So I acknowledge your statement, Mr. Rappaport.  We are about to take a noon recess.  Ms. Wang, can you log in with your mobile device and use that so that maybe you are not directly close to your father.  And if you can during lunch explain what you have been doing to mute yourself when there is a question being asked and then unmute himself when he is responding, can you do that for me?

MS. WANG:  I could.  However, I just want to state that when there's two devices on the echo is horrific, and I'm sure Your Honor is aware of that.  So I do not know how to fix that problem unfortunately.

THE WITNESS:  We can try.

MS. WANG:  We'll try our best.

THE COURT:  Thank you, Mr. Wang, for stating you will try.  In my experience that varies, so I can't say I have the same experience that you have, Ms. Wang, and that is in my experience it varies with whether or not the device is on with audio.  So we can try.

Is there anything else that we should address preliminarily now that Mr. Wang is sworn in?

MR. RAPPAPORT:  Yes.  I would ask if the Court could inquire of Mr. Wang whether he has another device that he can log on to, a computer, so we can alleviate this problem.  He can sit in a different room and close the door to take care of the echo.

THE COURT:  Thank you.  Is that possible for you, Mr. Wang?

THE WITNESS:  We have to find some solution during the lunch break.

MS. WANG:  Because I will be reading and I mean --

THE WITNESS:  We will try our best.

MS. WANG:  We will try our best.  I can't say.  I have never done it like this either.

THE COURT:  Do you have another mobile device with a camera and screen, Mr. Wang?

THE WITNESS:  I have my phone, but I made sure the video on my phone, so I don't know how that will work.

THE COURT:  Okay.  We will take our noon recess at this time.  We will be back at 1:30.

Mr. Rappaport has something else to add?

MR. RAPPAPORT:  Yes, we have evidence that Mr. Wang, who is a photographer and has his own photography business, has a computer, and he didn't answer the Court's question.

THE COURT:  Okay.  We will be back at 1:30.

MR. RAPPAPORT:  I'm sorry but one additional comment.  When Ms. Wang said that she was going to be reading she held up a piece of paper.  And so consequently if the questions are written down, she is certainly entitled to write those down, but we can't see whether the answers for Mr. Wang to look at are also written down.  Thus another reason why they should be in separate locations during the course of his testimony.  Thank you.

MS. WANG:  He is not reading off of anything during testimony, he is not.

THE COURT:  Thank you, Ms. Wang.

Okay, I am going to interpret that as a request that I order Mr. Wang to go into a separate room to avoid that possibility.  I am going to decline that request at this time.  That possibility is something that could happen anytime.  So until there is a material manifestation of a need to make a different type of court order in this case, I am going to reserve on making special orders like that until if and when I feel that that's necessary.

We will be back at 1:30.  Thank you all.

(Luncheon recess)

---oOo---

AFTERNOON SESSION, 1:30 O'CLOCK P.M.

---oOo---

THE COURT:  Good afternoon to everyone.

Mr. John Wang, are you there?  John Wang, I see an icon showing that you are logged in, but your camera is off and your microphone is muted.

Okay, I have John Wang on the video platform.

MR. RAPPAPORT:  Is it possible to relocate the screen back towards us?

THE FATHER:  It is a very bad echo.

THE COURT:  I see that.  Okay, good afternoon, Mr. Wang.

THE WITNESS:  Good afternoon.

THE COURT:  Ms. Wang, can you hear me?

MS. WANG:  I can hear you.

THE COURT:  Okay, let's do this.  I see that Mr. Wang has a camera in front of him.  It's very clear.  Thank you for figuring out how to do that.

THE WITNESS:  Yes, I found a computer to do it.

THE COURT:  Ms. Wang, we can't hear what you're saying.

THE FATHER:  I tried my best but it's so bad echo.  I don't know if the Court can hear me clearly.

THE COURT:  We have a big echo on our side as well.

THE WITNESS:  So that's the issue.

THE COURT:  Okay.  So the best way to try to avoid that, at least what has worked in the past, is for you to mute yourself, Mr. Wang, as soon as you are done speaking, and maybe that helps.

Can you give me a thumbs up, do you hear an echo right now?  Looks like Mr. Wang is moving to a different --

MS. WANG:  We are going to try something else.

THE COURT:  Okay.

MR. RAPPAPORT:  Your Honor, is it possible to turn the screen so we can see it, or is the Court using that?

THE COURT:  Deputy Tauscher, you can turn the screen if it's possible.

THE FATHER:  I moved to the other room.  Is that better?

THE COURT:  It is better, sir.  Thank you.

THE WITNESS:  Thank you.

THE COURT:  Okay.  Remember to mute yourself as soon as you are done speaking, Mr. Wang.

Ms. Wang, please commence your questions.

MS. WANG:  Okay.

---oOo---

DIRECT EXAMINATION BY MS. WANG:

MS. WANG:  Q.  Okay.  Mr. John Wang, can you identify yourself on the record please and can you spell out your name?

A.  My name is John Wang, J-o-h-n, W-a-n-g.  I am the father of Kailin Wang.

MR. RAPPAPORT:  Has he been sworn?

MS. WANG:  Q.  And when did you find out that I was pregnant with ▮▮▮▮ Wang?

A.  I found out in June 2018, around June sometime.

Q.  And what did you know about the father of the child?

A.  I know nothing about the father.

Q.  When and where was ▮▮▮▮ Wang born?

A.  Since we don't know anything about the father, me and my wife took great care of Kailin Wang through the whole pregnancy.

410

And finally on November 26, 2018, my only grandson ███ Wang was born in Utah, Timpanogos Hospital.

Me and my wife were present at the birth.  We are so happy and so grateful to welcome this new life to this world, even under such a constant pressure by █████ █████ trying to abort the child in different stage of the pregnancy.

So it's my daughter Kailin Wang saved ███ Wang's life so he is alive today.

Q.   Who else was present at the birth?

A.   Present is my wife, me, of course Kailin.  Nothing about this father, no phone call, no text message, no email, even though Kailin Wang told me she notified the father the expected birthdate of the child.  No one reach me.  Nothing from that family.

MR. RAPPAPORT:  Well, I would like to point out that the witness has not answered the question.  He answered it and then he went on.  I am not moving to strike, but I just wanted to raise that issue with Ms. Wang and the Court.

THE COURT:  Okay, that's noted.

MR. RAPPAPORT:  Thank you.

MS. WANG:  We can move on.

Q.   Where did the child live after he was born on November 26, 2018?

A.   ███ Wang lived with us in Spanish Fork, Utah from November 29, 2018, until March 7, 2019.

Q.   And after the baby was born, was he born healthy, did he have any issues?  I mean how was the baby in general after he was born November 26, 2018?

A.   The baby was born healthy, but shortly after the birth he got very severe jaundice issues.  So it's pretty bad, toxic level 32.  It's not minor, okay.  So the doctor has to have blue lights treatment for him.  That means the child has to be on the hard light box with annoying blue lights around the clock.

So you can imagine such a young baby, it didn't feel very comfortable, so he cried a lot and very uncomfortable.  So me, my wife and Kailin had to around the clock take turns to take care of the child, try to comfort him, you know, to make him not so badly a situation.

But after that luckily, after a week or so -- at that time I have to drive the baby every day to the patient hospital to check his jaundice level.  But after a week of treatment luckily the symptoms gone.  From that day on the child under our great care is very, very healthy and very thriving, and become very great baby.  I can show the video to you.

THE COURT:  Next question, Ms. Wang.

THE WITNESS:  Can I show the video?

THE COURT:  No, sir.  Thank you.

MS. WANG:  Q.  What happened in February of 2019?

A.   We were so grateful to have the child, but the life turn upside down starting February 2019.  I don't know what happened. My house was surrounded by private investigators hired by ███████    ████████    They put two, three cars in front of my house, then another three, four cars in both entrance of my subdivision.  So every time I drove, my wife drove out of the house was followed by those private investigators.  And they just make us in fear of every second of my life.

And also they hired some constables with the armed policemen to harass me at my house.  Because they said, later I learned they falsely accuse me of have weapons at my home.  So they hired armed police to serve some court paper.  But I don't have any weapons my entire life.

Then they came like more than ten times, every day since February 17th until February 20th, 2019, even though I told them I am happy to accept the paper.  But they said you cannot because they need my daughter's signature.  And I told them repeatedly Kailin Wang was not at home at that time.  But they keep harass me.

And more unusually, they even on February 20th they came do my working place during my lunch break.  So there is like hundreds of employees and my boss all like outside.  Then the constable, I think his name is Ben Stowell, he called Salem police, and Ben himself is dressed like a policeman with the open gun carrier, and both of those armed men escorted me to HR door -- HR room with closed door, did an interrogation of me.  Again they just keep asking where Kailin is, and I told them I told them she was in New York.

(Reporter clarification)

MS. WANG:  Q.  Can you spell the names of the people please?  Can you give the time period, and again I believe he said a couple of days.

THE COURT:  Ms. Wang, please stop.

Just spell the name, sir, that's it.

THE WITNESS:  The name is Ben, B-e-n, Stowell, S-t-o-w-e-l-l I think.

THE COURT:  Thank you.  Next question, Ms. Wang.

MS. WANG:  Q.  Who else did you see around that kept coming over at that time?  Was it just to serve papers, or was there any other instances of things that happened around February of 2019 that you remember?

A.  Of course, I would never forget.  On that day lunch time, just like I said, they came to humiliate me, embarrass me in front of my whole company.  So they all wondering what happened. Because I have the HR manager's statement.  Because he said you don't have any --

Q.  Let's clarify for the record.  Sorry, one second.  Do you have the name of the person you're speaking with the HR from your workplace?

THE COURT:  That's not relevant, Ms. Wang.

MS. WANG:  Q.  Can you spell that?

THE COURT:  That's not relevant.  Next question.

THE WITNESS:  The name?

THE COURT:  Mr. Wang, I am asking your daughter to ask you the next question.  The Court has heard enough about that process on that date.  Go ahead, Ms. Wang.

MS. WANG:  Q.  Yes.  Well, what happened in the afternoon of that day?

A.  Afternoon things become much worse.  At about 3:00 o'clock me, my wife and my grandson were in the car leaving the home. Immediately there is a black car about to Chase or something, followed my car with the police back in the front of the dashboard.  This car followed me 45 miles from my home until my lawyer's office.

MR. RAPPAPORT:  Excuse me.  I couldn't hear the name of the name of the lawyer.  I think the Court reporter will probably ask for the same information.

THE COURT:  I didn't hear him say a name.  My lawyer saw it is what I heard.

MR. RAPPAPORT:  Okay.

MS. WANG:  He can ask that on cross.

THE WITNESS:  So it's a snowy day, the road is very slippery, but the car is chasing me right behind me.  It's so dangerous.  I just scared.  Those people, they don't care about ██████  Why they have their agent try to Chase me off the highway?  Anything could have happened.  We could have been killed.

MS. WANG:  Q.  Hold on.  Who else witnessed this?  Was there any other witnesses?  Who was with you that day?  Was I with you?

A.  Yes, my wife Jan Cheng was with me.  And also at the lawyer's office Jeff Rifleman and Melissa Todd.

Q.  Was the child with you?

A.  Yes, the child was with me.  And Justin Lampropoulos, that's the agent hired by Mr. ██████  and also Ben Stowell, they have multiple cars Chase us to my lawyer Jeff Rifleman's office.  So Melissa Todd wrote a statement notarized.

Q.  So the child was in the car with you on this car Chase on February 20, 2019?

A.  Yes, yes.  That's so frightening.  Anything could happen during that highway Chase, freeway Chase.

Q.  How many times do you think people came over related to at least myself or ██████  how many times do you think?

A.    I think that during that period of time I think more than ten times.  They went all over.  They went to my neighbor's place, they went to my tenant's place and my friend's place. Those people have no connection whatsoever with Kailin Wang.  I don't understand why they have to serve the paper to my tenants, to my working place, to neighbors.

Q.    Did you offer to accept the papers on my behalf?

A.    I already mentioned that.  I did in the first several contacts, but they don't.

Q.    Can you tell me what happened the month of March 2019, if anything?

A.    March 7th, it's my heartbroken day.  I took so great care of my grandchild, was taken away just for no reason.

    I think ███  ████████ you are the grandma too.  You can feel.  Why you --

Q.    What happened on March 7th, what happened, can you tell us in detail?

A.    Yes.  In the morning there is DCFS social workers came to check ████████ welfare.  I brought the child out and they both saw the child and make comments, the child is thriving, healthy, and have no physical damage, assault at all.

Q.    Do you have any proof of this?

A.    Yes.

Q.    About that DCFS report, I previously have mentioned there is also a video.

    Were you hiding the child?

A.    No.  The child has never been hidden.

Q.    What day is that day?  Can we hear that?

A.    Okay.

THE COURT:  One second.  So Mr. John Wang has just put a mobile device up to the camera.  It appears to have some video playing on it without audio, which is why Ms. Wang just asked him to play it.  Please stop.

(Mr. Wang holds up video playing over iPhone)

THE COURT:  Go ahead and mute Mr. Wang.

MS. WANG:  Yes.  About the March 7th.

THE COURT:  Mr. Wang, please put that camera down.  Thank you.

Ms. Wang, what's the offer of proof as to why this line of questioning is relevant to this trial, number one?  Let's start there.

MS. WANG:  Yes, it is because it has to do with all the police reports and ███ █████████ repeated allegation, the fear that we were hiding the child and keeping the child hidden away from their requests, or we refused to show the child was safe. And it directly relates to some of the allegations about the content of the posts which she alleges is abuse.

So I am here to show that there was no hiding of the child whatsoever.  It's a short video.

Also, DCFS report we mentioned earlier, I sent Mr. Rappaport a copy, myself and Department 416, which clearly shows that DCFS agents also in their report said we were not hiding the child. This goes back to the testimony that ████ ████████ gave yesterday that we were hiding the child and we refused to show the child to law enforcement, Utah DCFS, and that's why they were so afraid.

Plus there was a post that appeared on March 6, 2019, which was the sole reason the warrant of removal was entered in by Gary Reedfell (phonetic) from DCFS and the child taken.

So it's very relevant because she even yesterday testified that we were hiding the child and we would not show the child to law enforcement.

I have a live video. It is also documented in the 3/7/2019 Utah DCFS report --

THE COURT: You have to slow down for the Court reporter's sake. And please wrap it up your comments.

MS. WANG: Okay. So yesterday ███████ ████████ testimony about my, first of all my mother being pulled over, and then that same day around that time, that we were hiding the baby. And then Utah DCFS or police, there were lots of law enforcement people coming, and we were hiding the child from law enforcement, that's why they were so in fear.

THE COURT: Thank you, Ms. Wang. You had already said that.

Okay, so the video, are you prepared to lay a foundation for that video, like who took it, when it was taken? Does this witness know that?

MS. WANG: My father took the video, yes. And I also have a DCFS report. It's a short video. I think we would like to show the video. Thank you.

THE COURT: Okay, we are going to take one thing at a time. The report is a secondary issue. You mentioned it, but the fact that everyone has it doesn't mean it comes into evidence.

Were you going to say something as to the video, Mr. Rappaport?

MR. RAPPAPORT: I think that it's cumulative at this point under 352, it's an undue consumption of time on a very collateral issue of relevance whatsoever.

THE COURT: Thank you. Okay, that objection is overruled.

Go ahead, Ms. Wang, with respect to the video.

And is there a stipulation that the audio, if there's any audio, that it's not going to be transcribed, we are just going to have testimony about it?

MS. WANG: Yes, yes, there is audio. Thank you.

MR. RAPPAPORT: So stipulated.

THE COURT: So the audio will not be transcribed.

---oOo --

(Whereupon the iPhone video was played over BlueJeans in open court. The audio was not transcribed by court reporter)

---oOo---

THE WITNESS: Okay.

THE COURT: So I watched. We are back on the record. What was played was a video. It showed a person with some type of file folder talking to someone who was out of the view of the camera. And it sounded like a woman that was holding a child that was talking about the child smiling.

At one point the child was seen in the video and the child did not appear to be in any objective duress at that time.

Is that what you wanted to show, Ms. Wang?

MS. WANG: Yes.

Q. And can you identify who was the woman in the video?

A. The social workers. I don't have their names.

Q. No, who is the person holding the child?

A.   The woman holding the child is my wife.

MR. RAPPAPORT:  Your Honor --

THE COURT:  Please stop.  Please speak one at a time.

Mr. Rappaport?

MR. RAPPAPORT:  Thank you.  I would like the record to also reflect that what I heard was that the woman holding the child who has now been identified as Jan Wang, had said in essence I watched the child better than my own child.  That this is a great good baby, it smiles all the time.

THE COURT:  I think that's fair.  I heard that too.

Ms. Wang, do you disagree with anything Mr. Rappaport just said?

THE WITNESS:  Yes, yes.  But also --

THE COURT:  Not you, sir.  I am asking your daughter Ms. Wang.

MS. WANG:  Okay.

THE COURT:  Do you disagree with anything that Mr. Rappaport just said?

MS. WANG:  No.  My mother's name, so we have an American name and a Chinese name.  I am just going to spell it for the record.  It's J-a-n, first name, last name is C-h-e-n-g.  And John Wang, you can hear him, I believe his voice is in the background.

And then the child is, do you recognize the child as your grandchild, dad, John Wang?

THE WITNESS:  Yes, it's █████ Wang.  I am taking the video.

MS. WANG:  Q.  Who are those other people in the video, those other two female persons, who are those people?

A.   The two people from DCFS.  I don't have their name at the moment, but I can find it later.

MS. WANG:  I am going to right now ask to admit the official court records for the Utah DCFS case which has the agents' names and verifying what they saw and talked about in that video, if I may.

THE COURT:  Any objection?

MR. RAPPAPORT:  Hearsay.

THE COURT:  Sustained.

MS. WANG:  It's not for the truth of the matter.

THE COURT:  I'm sorry, go ahead.  You were going to say something about it not being hearsay.  I want to hear what you have to say, Ms. Wang.

MS. WANG:  Yes.  It's just an official court document of the things that happened that day and them coming, DCFS agents as law enforcement, and that they saw the child not physically abused and nobody was hiding the child.

And the sole reason that the child was removed was a mysterious post that appeared on March 6, 2019, that said, "Under my true name Kailin Wang, I am going to kill this baby if I don't get child support."  It was reported by Hillard and Heintz, the private investigation company, and then Erica Johnstone.

THE COURT:  Thank you.  I had my hand raised and Ms. Wang apparently saw it and stopped.

Okay.  You said a lot, Ms. Wang, in response to my question.  It sounds like precisely the content in that report is what you want the Court to admit for the very truth of what is being stated.  So it sounds like the objection as to hearsay, which I

had previous sustained, was the right ruling.  And upon giving you an opportunity to tell me if there was a nonhearsay purpose, I haven't heard one from you, Ms. Wang.

Anything else?

MS. WANG:  Q.  Okay.  Well, moving on, so after the child was removed what else happened around March, April of 2019 that was substantial or relevant?

A.  Yes, of course we were so heartbroken and so sad the child not with us anymore.  We even requested basic things such as photographs.

(Reporter clarification)

THE WITNESS:  We just so heartbroken and sad that the child was no longer with us, even though we took so great care of him in the past 107 days of his life.  We request some simple pictures, just a few pictures show us how he is doing at some knew unknown places.  But this request was totally ignored.  It's just so inhuman.

MS. WANG:  Q.  Did anything else happen the month of March, April of that year, did anything else happen?

A.  Yes.  Later I know from yesterday's, Ms. ███ █████ testimony.

Q.  Okay, we will get to that next.

Did you go to China, Mr. Wang?

A.  Oh, yes, that's another incident happened is I lost my mother in March.  So we went to China to say good-bye to her.  Yes, we did go to China.

Q.  Do you have a Chinese visa?

A.  Yes.  We are immigrants.  We are American citizens so we

need a Chinese visa to visit China.

Q.  Do you have any proof of this?

MR. RAPPAPORT:  At this point objection, relevance.

THE COURT:  I'm sorry, the objection was relevance.  That objection is overruled.  I don't know that this is going to be controverted that he is a U.S. citizen who traveled to China, and because of that -- and I will ask you to move on -- I don't need any other proof of that right now, Ms. Wang.

MS. WANG:  Yes, if I can, we just admitted my passport earlier and there was a Chinese visa, mine, that was applied for April of 2019.  I am ready to submit, I have a death certificate from China as well as funeral pictures.  But we can move on if the Court doesn't feel it's necessary.  But I would like to put on the record that my grandmother died that month, the same month that ███ was taken by the false posts that later after search warrants came up false, nothing.  But we can move on.

But that's the relevancy, it goes directly to the request for judicial notice of my passport.

THE COURT:  Thank you.  So we have that testimony from you just now.  It's out of order but you've asked me to consider it.  So the Court is considering it.

And at this point my response to you and Mr. Rappaport is that at this point your father's testimony is not being challenged about the death and the fact that he traveled to China at the same time.  So because of that I am going to ask you to move on to a different topic.

Should that be challenged or in any way impeached or if there is any attempt to do so, then I think at that point in time

I will be hearing from you with respect to other documents you want the Court to see.

THE WITNESS:  Can I just make a quick note?

THE COURT:  Not yet, sir.  Please let Ms. Wang your daughter ask the next question.

Does that work for you, Ms. Wang?

MS. WANG:  Yes, yes.

Q.  Okay, sorry, let's go back for the record.  The child was taken on March 7, 2019, I heard that correctly, right, that was from Utah?

A.  Yes, from my house, Spanish Fork, Utah, March 7, 2019.

Q.  And how many days did the child live in your home before he was taken?

A.  I think it's 107 days.

Q.  Okay, next line of questioning.  When, if ever, did you ever see your grandchild ███ Wang after he was taken from your Utah home on March 7, 2019?

A.  It's been long, long time.  The next time since March 7, 2019 I got a chance to see my grandson was around Halloween day, 2019.  So it's around October 30th, something like that, at the Rally visitation facility in San Francisco.

Q.  And were you just allowed, did you have a court order to see the child?

A.  Yes, I think the Court first granted you on June 25th, 2019, visit ███ once a week, one hour, at Rally San Francisco facility.  And later on Judge Darwin granted us as the grandparents can accompany you to see the child.

But I really have a fear in my life when I visit San

Francisco because --

Q. Okay, yes, I am going to ask another question. You said October of 2019 --

THE COURT: One second. Mr. Rappaport has something to say.

MR. RAPPAPORT: The witness was in the middle of his answer.

THE COURT: That's okay.

MS. WANG: Sorry, I can't -- okay.

THE COURT: You can't what, Ms. Wang?

MS. WANG: Yes. The question was -- so he was allowed to see by a court order. One is, do you know the judge who gave you the Court order; and two, were you able to see the child after you got permission by a court order that you were allowed to accompany? Okay.

THE COURT: So Ms. Wang, Ms. Kailin Wang, there is an objection that was pending. Mr. Rappaport objected to you cutting off your witness with respect to what he was about to say about having a fear to coming to San Francisco. I am overruling that objection because I believe that the witness's answer had gone well beyond the scope of the question, as I think almost every answer has.

But I am asking Ms. Wang to please move on. Now that we had this break, you have now highlighted what the next questions will be, I don't find those questions relevant to this domestic violence trial, Ms. Wang. So can you make an offer of proof as to why you are asking more questions about your father's visits with █████

MS. WANG: Well, yes. It directly has to do with the fact that there has been numerous allegations of fear and numerous

attempts by the ▮▮▮▮ family to not allow my parents to see the child, including August of 2019 accusing them of being present and taking photos and sending that photo of the child threatening the ▮▮▮▮ family.  And I am trying to get on the record that they were not allowed to see the child October -- I mean August of 2019.  They were not allowed to see the child until court order by Judge Darwin October of 2019.

MR. RAPPAPORT:  So stipulated.

MS. WANG:  I know the first visit didn't happen.

THE COURT:  Okay, there is a stipulation to that timeline that you've just described.  The Court accepts the stipulation.

I am not sure if you were done.  Anything else you want stipulated as a fact for the Court to consider as evidence in this trial, Ms. Wang?

MS. WANG:  There were just a few more points as far as again allegations that the ▮▮▮▮ family has made, and just police reports.  And then if we can just conclude with two or three more questions and that's it.  It would be directly with what's relevant with the police reports, and I would like to ask my father.

Q.  Yesterday you heard ▮▮▮▮ ▮▮▮▮ testify about April 10, 2019.  Have you ever made any communication with any members of the ▮▮▮▮ family?

MR. RAPPAPORT:  At this point it's a compound question, and it also assumes a fact not in evidence.

THE COURT:  Thank you.

MS. WANG:  I thought it was in evidence.

THE COURT:  It's not in evidence, at least in my mind.

MS. WANG:  I thought it was.

THE COURT:  Let me finish please.  It's not in evidence in my mind that your father heard Ms. ███████ testify.  So I don't know if that's what you are referring to, Mr. Rappaport, but that's what I am thinking.

MR. RAPPAPORT:  That is correct, Your Honor.

THE COURT:  Okay.  Back to you, Ms. Wang.

MS. WANG:  I'm sorry, I just -- so we can't testify about ██████ ███████ making police reports about my parents?  Because I want to get on the record if they have ever harassed.

THE COURT:  Thank you for following my lead.  I raised my hand again and you stopped.  I just didn't want you to go down an unnecessary path.

Ms. Wang, it is not in evidence that your father listened to ██████ ███████ testimony.  So you first would need to establish that as a fact to then ask your next question.  That's all.  Please go ahead.

MS. WANG:  Q.  Have you ever communicated with any members of ████████ family?

A.  Never.  I don't have any contact.

Q.  And has there been any other agents or anyone following you that you believe is ██████████ family or their agents?

A.  Yes.  In the Terra Firma facility visitation during September, October 2020 at our designated area, that means the rear entrance of the facility, I noticed every visit he has the same car, same man sitting in the car and watch us until the visitation is finished.  But every time they were there so I really scared.  I believe they are the private investigator hired

by Mr. ███████ to survey us during all the visits at Terra Firma.

(Reporter clarification)

THE WITNESS:  Terra Firma facility in California, T-e-r-r-a, F-i-r-m-a.  It's another supervised visitation facility in Hayward.

THE COURT:  Thank you, sir.  Back to you, Ms. Wang.

MS. WANG:  Q.  Yes.  And the last question was, do you ever drive with me to visit the child because, you know, we live in Utah, do you ever drive or help drive?

A.  Yes, because you don't have any car.  So the way our grand kid visits, our grandson, of course we all go together most of the trips to California.

Q.  Sorry, just as a witness, do I have a passport, to your knowledge, do I currently have a passport?

A.  No.  I remember very clearly on October 17, 2019, you were arrested.  And also it's the first time we allowed to visit ███████ become impossible.  And on that arrest, next hearing, arraignment I think, your passport was confiscated.  So you don't have any passport to travel outside of the United States.

Q.  Yes, I believe he -- so at the criminal court hearing was it the prosecutor or was it Douglas Rappaport who asked that my passport be removed because of a ten-year visa for China?  You were there with me, correct?  Was it Mr. Rappaport or Mr. Donald A. DuBain who first asked that my passport be confiscated?

A.  I am very clear that it was Mr. Rappaport, it's Mr. Rappaport's request because you said that you had a Chinese visa.

But here I want to make a note, due to the pandemic the American Chinese ten years visa is no longer valid.  Every time you travel now you have to reapply for a short period of visa.  So no more ten years Chinese visa on my passport, on everybody, American citizens' passport.  There is no ten years visa.

MR. RAPPAPORT:  I am going to move to strike that.  It is beyond the scope of the question.  It is hearsay.

THE COURT:  Sustained.  It also not a lay person's knowledge.  That portion of the testimony regarding what the changes following Covid-19 might be to Chinese visa protocols is stricken.

Back to you, Ms. Wang.

MS. WANG:  Okay.  So as far as witnessing that my passport was taken in criminal court at arraignment on 10/23/2019 is not stricken, correct?

THE COURT:  Correct.

MS. WANG:  I think Mr. Rappaport would stipulate to that, so.

THE COURT:  That's what I wanted the parties to do.  I ordered that the two of you meet and confer as to points that could be stipulated to to make this trial more efficient.

Please move on, Ms. Wang.

MS. WANG:  Okay.  So my passport was taken.  It is with the criminal court.

THE COURT:  Ms. Wang, please move on to your next question.

MS. WANG:  Yes.

THE COURT:  Please move on to your next question.

MS. WANG:  Q.  I just want to ask, how do you feel, how do

you feel now?  I mean are you scared of the ████████ family?

A.  Every day, every second, because they use their power, their connection, their wealth to hire so many armed agents and falsely accuse me to have weapon.  So anything can happen.  They can just probably kill me because I have gun, but I don't have any guns.

They can make false death threats to the police, just like yesterday ████ ████████ testimony.  First she said she made a death threat, we made a death threat.  Then later when the judge asked specifically did me and my wife make a direct death threat, she said no.

So under such a terrible evil mind person, I really live in fear every second.  Especially when I visit California.

Q.  Thank you.  And do you have a gun?  Have you ever had a gun?

A.  No.  In my entire life I never had a gun.

MS. WANG:  Okay, I am done with Mr. Wang's direct.

THE COURT:  Do you have anything for cross?

MR. RAPPAPORT:  I do, Your Honor, thank you.

---oOo---

CROSS-EXAMINATION BY MR. RAPPAPORT:

MR. RAPPAPORT:  Q.  Mr. Wang, you just said that you live in fear, is that correct, did I hear you correctly?

A.  Yes.

Q.  Okay, I am going to come back to that subject.

I'd like to ask you about the day your grandson was born.  You said you were so happy, so grateful; is that correct?

A.  Yes.

Q.  Because it was your first grandchild; right?

A.  It's my first and my only grandchild.

Q.  And do you think there is a prospect of having another grandchild in your mind?

A.  I never think about this matter.

MS. WANG:  Objection, ambiguous.

THE COURT:  That is sustained.

MR. RAPPAPORT:  Okay.

MS. WANG:  That means to move on to another question, right? I just want to explain.

MR. RAPPAPORT:  Q.  So you also said you were so grateful to have the child, and that on March 7th everything turned -- excuse me, on February 20, 2019, everything turned upside down.  What did you mean by that?

THE COURT:  Mr. Wang.

THE WITNESS:  I already said so I don't want to repeat.

THE COURT:  He's answered is what I was going to say.  He's already explained what he meant by that.  So I am making my own objection to that question.  Next question, Mr. Rappaport.

MS. WANG:  Asked and answered.

MR. RAPPAPORT:  Certainly.  Well, if I just may.

THE COURT:  No, please do not.

MR. RAPPAPORT:  Okay.

THE COURT:  Thank you.

MR. RAPPAPORT:  Q.  On March 7th, when you live in fear I wanted to ask you --

THE COURT:  I'm sorry, Mr. Rappaport, let me make something very clear.  I appreciate the fact that you allowed Ms. Wang to question her father without a lot of interruption.  I think that was the right move, because if not we would be here forever.  But

Mr. Wang, the fact that he has testified that he is in fear is not an issue in this case, it's not. His fear, whether true or not or reasonable or not, is not an issue in the domestic violence restraining order petition against Ms. Kailin Wang.

So just because he was allowed to testify on direct doesn't mean I am going to allow you to ask questions on cross. And it's clear you are being limited to this is because today's hearing is for the DVRO, it's not for any other purpose.

Please move on.

MR. RAPPAPORT: So if I may explain. I realize that his fear of the ███████ is not relevant, but it's his fear of his own daughter is why he is testifying. And that's why I would like to delve into very succinctly here, very shortly is that his relationship with Ms. Wang is one of abuse. So consequently I believe --

MS. WANG: Objection, Your Honor.

THE COURT: What is your objection, Ms. Wang?

MS. WANG: There is no restraining order pending between my father and myself, so this is not at issue. It's argumentative, irrelevant.

THE COURT: Thank you. That objection is sustained.

So one of the objections that Ms. Wang made earlier about her criminal conviction against her father was, among other things, that it was remote in time. As it pertained to the effect on the ███████ learning of such abuse, I overruled the objection. As it pertains to this line of questioning, I am sustaining the objection. It is remote in time. And unless you have an offer of proof that you know that there is something

that's happening more recently, then I would prevent you from making any further inquiry into that.

Back to you, Mr. Rappaport.

MS. WANG:  I just want to make a note.  So besides being remote, there is no like criminal complaint or police report, so it doesn't say -- you know, there is a misdemeanor C that was dismissed with prejudice, but it doesn't say like on that date.

MR. RAPPAPORT:  I'll move on from that area.

THE COURT:  Ms. Wang, I just want to point out to you, Ms. Wang, that I am stopping you because you won on this issue, all right, I ruled in your favor.  There is nothing more to talk about.  And Mr. Rappaport just said he's moving on anyway, so please go ahead.

MR. RAPPAPORT:  Q.  I am.  Mr. Wang, you indicated that you drove to your lawyer's house, and that lawyer was named Jeff Rifleman; is that correct?

A.  Correct.

Q.  Thank you.  Did Mr. Rifleman represent you in your verified petition for custody for persons other than parent?  Did he represent you in that legal action?

MS. WANG:  Objection, that is a misstated question.  It's grandparents visitation.  That's misstated.

THE COURT:  Mr. Rappaport, do you accept the correction?

MR. RAPPAPORT:  I accept that he asked in the alternative if he and his wife couldn't get custody from Ms. Wang themselves, then they were asking for visitation.  But the first part is they asked by legal document to take custody from their own daughter.

THE COURT:  Thank you.  Overruled.  You can answer the

question.

MR. RAPPAPORT:  Q.  Did Mr. Rifleman represent you in your legal action to get custody of the child from your own daughter?

A.  Yes.  But the case is closed.  It no longer exists.

Q.  But you filed the case in order for you and your wife to get custody from your own daughter; is that correct?

A.  That's a question for my lawyer.  I don't know the details. I just hired him.

Q.  So you spent money on a lawyer without knowing why you hired him?

MS. WANG:  Again, you know, Jeff Rifleman is my parents' lawyer and they don't --

THE COURT:  That's not a legal objection, Ms. Wang.  What is your legal objection if you have one?

Okay, I don't hear an objection.  Answer the question please, Mr. Wang.

THE WITNESS:  I don't know the details.  But maybe there is this kind of intention.

MR. RAPPAPORT:  Q.  Yes, your intent.

THE WITNESS:  Because --

MS. WANG:  I am going to pull up the legal document.  I just want to make sure.  Hold on.

THE COURT:  Okay.

MS. WANG:  Do you have a copy of that?

THE COURT:  Ms. Wang, so we are not going to wait for you to pull up the document.  You are not the witness right now.  So the witness is required to answer questions on cross.

Back to you, Mr. Rappaport.

MR. RAPPAPORT:  Thank you.

Q.  Mr. Wang, you seem to know all the relevant dates in this case, you seem to know how to spell all of the relevant names in this case, but you can't remember why you hired a lawyer regarding custody of the child for you and your wife?

A.  I am not very, know details between the custody and visitation.  I just want to see my grandson.  So we are not allowed, so I hired Jeff Rifleman to make that happen.

MS. WANG:  I was going to say I did end up finding it.  The case number in Utah is --

THE COURT:  Ms. Wang, I think you know that it's not your turn to speak right now.  So the only thing you can do right now is make objections, that's it.

Is there someone else there with you, Mr. Wang, as opposed to, I mean someone aside from you and Ms. Kailin Wang?

THE WITNESS:  Oh, just my wife just came in and out to do some things.

THE COURT:  Okay, thank you, sir.

Do you have any other questions for Mr. John Wang?

MR. RAPPAPORT:  Q.  Mr. Wang, you indicated that you listened to Ms. ███████ testimony yesterday.  What screen name did you use on the BlueJeans application?

THE COURT:  That question assumes facts not in evidence.

MR. RAPPAPORT:  Q.  Did you watch Ms. ███████ testimony through BlueJeans, Mr. Wang?

A.  I didn't use any device.  I just sit there to listen to the computer sound.  It's open court, everybody could be.  I didn't log on with any device.

Q.  Did you listen in the same room as your daughter?

MS. WANG:  Objection, Your Honor, this is irrelevant.  And it was an open court.  We went through this.  I asked for people in the room yesterday.  Your Honor said it was an open court.

I don't know the relevancy about the fear of the ▮▮▮▮ family against myself, my parents hiding the baby, and the Chinese visa have to do with what happened.  All I know is that this --

THE COURT:  Please stop.

MS. WANG:  -- this ▮▮▮ ▮▮▮ death threat.

THE COURT:  Please stop.

Okay, please answer the question.  Were you in the same room as Ms. Kailin Wang as you listened to the testimony of ▮▮▮ ▮▮▮ Mr. Wang?

THE WITNESS:  Yes.

THE COURT:  Back to you, Mr. Rappaport.

MR. RAPPAPORT:  Thank you.  Nothing further.

THE COURT:  Thank you.

Anything on redirect, Ms. Wang?

MS. WANG:  No questions.

THE COURT:  Thank you.  I have a question.

Mr. Wang, when you played the video that showed ▮▮▮ with the DCFS workers, when the video ended it went to commercial; is that right?

THE WITNESS:  Yes, because it's, I upload it to the YouTube, my channel.

THE COURT:  Thank you, sir.  Does anyone have any follow-up questions to my question?

MR. RAPPAPORT:  I do.

THE COURT:  Go ahead.

---oOo---

RECROSS-EXAMINATION BY MR. RAPPAPORT:

MR. RAPPAPORT:  Q.  When you uploaded this to YouTube, was this publicly, is it publicly available on YouTube?

A.  Yes.

Q.  Why would you possibly --

MS. WANG:  Yes, and I may have commented on it.  Yes.

THE COURT:  Ms. Wang, there is no question pending to you.  Ms. Wang, you are interrupting the proceedings.  Please stop doing that.  Go ahead.

MR. RAPPAPORT:  Q.  Why would you possibly put that picture on YouTube?  Excuse me, video.

A.  What's the question?

Q.  Why would you put that video on YouTube?

A.  Because I have relatives in China, in other states of the United States, they want to see my grandchild.

Q.  Ms. Wang previously represented that you are a photographer and had taken over a thousand pictures of the child between the time it was born and the time that the child was removed from your custody and care.  Why would you put a video of that particular moment where DCFS was at your home online, especially where the child's name was mentioned?

MS. WANG:  Excuse me.  He didn't mention his name.  I must have posted.  However, it is a public proceeding, and objection with all of his false -- it's totally inappropriate for you to try to put any sort of limitation on us voicing our concerns

about a public proceeding.  And no, he didn't put ████████ name on it.  I may have commented on it.  However --

THE COURT:  Ms. Wang, I didn't hear any legal objections.  The frustration that you have right now is palpable.  It's very obvious to this Court.  That's okay, these are stressful times for you I'm sure.  But you can't make speaking objections and try to testify in the middle of your father's cross-examination.

I am going to ask you, do you have a legal objection to any of Mr. -- well, to Mr. Rappaport's last question?  If you do, I'd like to hear it so I can rule.

MS. WANG:  Information not helpful for the TRO, Evidence Code 801, assumes facts not in evidence, and argumentative.

THE COURT:  Thank you.  The Court denies each of those objections.  They are overruled.

Specifically this issue goes to Mr. John Wang's credibility, which is always at issue for every witness.  It goes to the issue of bias, which is at issue for every witness.  So for those reasons I am overruling that objection.

I am not sure where we were with respect to Mr. Wang's answers, with thousands of photographs why he would put the video online.  Was there a response to that?

MR. RAPPAPORT:  I don't believe so.

THE COURT:  Mr. Wang, you can answer the question, sir.

THE WITNESS:  Yes.  I know at that time -- sorry.  They already hired so many private investigators to disturb the peace of my life, I want to record every incident happening in my daily life so people can see what really happened.  Where is the accusation from that the child is hidden, where is the accusation

that the child has physical abuse?  So that's my freedom, it's Americans' freedom to upload to the YouTube.

THE COURT:  Thank you, Mr. Wang.

MS. WANG:  Yes, besides freedom of speech that is not --

THE COURT:  Ms. Wang, I hope you muted yourself on purpose because there was nothing for you to say at that moment.  You are still on mute.  Do you have something that you need to add?

MS. WANG:  Yes.  I was just going to say that there are police videos as well.  But we can save that for when it's my turn.  Apologies.  Thank you.

THE COURT:  Very well.  Thank you.

Any other questions for Mr. Wang?

MR. RAPPAPORT:  No other questions.

THE COURT:  Thank you.  Did you have any questions that you wanted to ask your father on follow-up, Ms. Wang?

---oOo---

REDIRECT EXAMINATION BY MS. WANG:

MS. WANG:  Q.  Have you uploaded any other videos related to this, our case?  I mean, for example, did you upload a video of Justin Lampropoulos's one-hour car Chase with the baby in the car off the freeway, did you upload that as well, sir?

A.  Yes.

MS. WANG:  That's it.  No other questions.  Thank you.

MR. RAPPAPORT:  I do have a follow-up question.

THE COURT:  Go ahead.

---oOo---

RECROSS-EXAMINATION BY MR. RAPPAPORT:

MR. RAPPAPORT:  Q.  Thank you.  Mr. Wang, your daughter

asked you have you uploaded other videos related to our case.  Is it your case too?

MS. WANG:  Oh, I'm sorry, I wasn't specific enough.

THE COURT:  Ms. Wang, you have been repeatedly interrupting the proceedings and interjecting in ways that are meant to communicate answers and coach your father.  The Court is taking note of that, that is something I am putting on the record on purpose, because it's not proper and I believe it is interfering with the fair adjudication of this proceeding.  Please do not do that.  This is your final warning on that point.

Mr. Wang?

THE WITNESS:  What is the question?

THE COURT:  Go ahead and repeat that, Mr. Rappaport.

MR. RAPPAPORT:  Q.  Mr. Wang, when your daughter asked you a question how many other videos have you uploaded related to our case, is it your case too, do you feel that way?

A.  No, it's not my case, it's my daughter's case.

Q.  But you have an interest in the outcome, don't you?

A.  Yes.

MR. RAPPAPORT:  Thank you.  Nothing further.

THE COURT:  Any follow-up for your father, Ms. Wang?

---oOo---

REDIRECT EXAMINATION BY MS. WANG:

MS. WANG:  Q.  And what do you mean, what kind of outcome do you think -- I was just leading on what Mr. Rappaport was going to say.  What do you mean by you do care about the outcome, I mean are you talking about you would like to see your grandchild, do you want custody?  What do you mean by you care?  Like as a

grandparent?

MR. RAPPAPORT:  That question was technically leading.

THE COURT:  Sustained.

MS. WANG:  Maybe my question wasn't clear.  You know, what I'm done.

THE COURT:  Thank you.  Mr. Wang is excused as a witness.

Next witness, Ms. Wang?

MS. WANG:  No, I am going to turn to Mr. Rappaport because I did hear that Eric Rasmussen was going to be present and testify, or Tim Weaver, which is the San Francisco District Attorney's Office, his forensic expert.  How is that?  I mean let's ask him.

THE COURT:  This is your chance, Ms. Wang, to call your next witness if you have one.  If not, we are going to close evidence. You are on mute.

MR. RAPPAPORT:  It appears she's speaking to someone else.

MS. WANG:  No, I am not speaking to someone else.  I am just pulling up the rest of the people that are in the courtroom.  I am just going to -- yeah.  What was the question again?

THE COURT:  It's going to be the last time I ask you, Ms. Wang, please call your next witness.

MS. WANG:  I don't have any more witnesses for now.

THE COURT:  Does that include yourself?

MS. WANG:  Well, here is the thing.  I do have my mother. However, we didn't request for a Chinese translator.  I don't know if you guys have one right now, because there's lots of different language people in the San Francisco Superior Court.

THE COURT:  My question for you is are you calling yourself, Ms. Wang, yes or no?

MS. WANG:  I may.

THE COURT:  If you are going to call yourself, you have to call yourself now, Ms. Wang, okay?  Did you want to call your mother, is that what you are saying?

MS. WANG:  No, I understand.  Your Honor, you did hear what I said, right?  I said I was going to call my mother and I wanted to ask if you had a Chinese translator present, and then you asked if I was going to testify.

THE COURT:  So anybody reading this transcript would be able to see what I have just heard.  I asked you if you had any other witnesses and you said no.  And then I asked you if that included yourself, meaning are you going to call yourself as a witness.  Then you changed what you said and then you said that you maybe thought about calling your mother but you don't know about the interpretation issues.  And then I am going back to you and asking you are you going to call yourself as a witness.  And now I hear that you don't know if you are going to call yourself as a witness because it depends on what your mother has to say.

Did I get that all right?

MS. WANG:  I was going to call my mother as a witness and I wanted to know if a Chinese translator was available.  As far as me testifying, do you want an answer now?  Probably, yes.

THE COURT:  I want an answer now, yes.

MS. WANG:  Okay, yes.  I am going to testify.

THE COURT:  Okay, good.  That gives us time to get an interpreter.  And what dialect does your mother need require interpretation in?

MS. WANG:  All right, it's Mandarin Chinese.  I don't need

one, okay.

THE COURT:  Okay.  Mandarin language interpreter, can we order one please?

And while we look into that, what is the offer of proof as to what your mother can testify to that would be different than what your father just testified to?

MS. WANG:  Well, there were allegations the baby, besides being hidden and all that, we were hiding the child, and then who was taking care of the child, that's one.

As far as pediatrician appointments that were false and fake, those allegations have been made by the ████ family.  As well as attempting to kidnap and take the baby to China.

And as far as -- yes, that's I think, I think that's it.

Oh yes, and of course hiding the child.  Because it wasn't just on one day, it was on various days these allegations.

And another offer of proof would be --

THE COURT:  Thank you, Ms. Wang.  Okay, go ahead and call yourself as a witness.

MS. WANG:  Okay, call myself as a witness?

THE COURT:  Yes.  Go by question and answer, allowing sufficient time for objections.

MS. WANG:  Okay, I am confused.  I'm sorry, did you just say objection and then calling myself as a witness?  I am a little confused.

THE COURT:  I said proceed by question and answer.  Please allow sufficient time for objections.  Thank you.  And I see that you said okay, but you are on mute.  Please proceed.

MS. WANG:  I am going to write and take notes of my own

testimony as we go along because there are lots of dates, if that's okay.

This is blank, I'll put that on the record. I'm holding up a blank piece of paper with a pen.

THE COURT: Thank you.

MS. WANG: I have actually never done this before. So you want my testimony?

THE COURT: I'm sorry, please stop. No one wants your testimony, Ms. Wang. You said, "So you want my testimony." I was the last person speaking. I can only assume you are directing that comment to the Court. And if so, that's a false comment because I am not asking you to testify. In fact I've warned you about the perils of you testifying. But nonetheless, it's your right to testify if you wish.

MS. WANG: Yes, that is how I understood it.

THE COURT: Okay, thank you. Please proceed.

MS. WANG: Yes, yes, okay. I have just never done this on a non-narrative, so I ask myself a question and I answer it, is that how it works?

THE COURT: Please proceed.

---oOo---

**KAILIN WANG,**

having been previously duly sworn, testified as follows:

---oOo---

DIRECT EXAMINATION BY MS. WANG:

MS. WANG: Q. Okay. When did I meet petitioner ███████ ███████

A. I believe we connected on 2/14/2018 by, on Tinder, and we

did not meet until February 28, 2018.

When we did meet I communicated that I used to be an international tax accountant, and that I held temporary jobs in Utah at KPMG, as an international tax accountant in Los Angeles at Forever 21 corporate, as well as in Jersey City, New Jersey at Goldman Sachs. And that currently I wasn't working and I had electronic harassment charges. Okay.

I'm sorry there wasn't a stop? Okay.

THE COURT: No. If you can ask yourself another question please, so that we go by question and answer as you have been directed.

MS. WANG: Okay. So yes, so that's, did Mr. ▮▮▮▮▮▮ ask what I did for a living and that's what I said. And he asked if I was currently working, and I told him I was not because I was going through misdemeanor electronic harassment charges and wasn't working because my job required background checks and fingerprint checks.

Anyways, so, well, what else did we talk about? I told him about my previous job and he told me about himself. I asked him about himself. I told him where I was from, which was Shanghai, China, and I asked if he's ever been there and he says yes.

MR. RAPPAPORT: May we proceed by question and answer?

THE COURT: One second. The objection is sustained. Please proceed by question and answer.

MS. WANG: Q. So what did Mr. ▮▮▮▮▮▮ tell you about himself?

A. He told me that he was a data scientist and that he has been to Shanghai, China, after I told him what ethnicity I was and I

asked if he's ever been.

Q.  So what did he say then, what did Mr. ███████ say about that?

A.  He said he has been to Shanghai, China for professional gaming, and then he said --

Q.  Did he -- how did he react to your criminal charges?

A.  He said that happens a lot in gaming, that people, you know, say stuff to each other online.  He didn't know that that could be criminally charged.

Q.  Let's see.  So after that, around June 20th -- I'm sorry. So what happened, you guys met, where were you living at the time?

A.  I was living in Spanish Fork, Utah.

Q.  And what happened after?

A.  We met twice and I went back to Utah.

Q.  Did you guys keep in contact?

A.  He would message from his Snapchat account, it's Tegroplec, T-E-G-R-O, I think P-L-E-C, and there were message exchanges there, a few by text.

Q.  And who initiated most of these messages?

A.  He did, except for one.

Q.  When did you message him?

A.  I messaged him on June 20, 2018, and it was for, I showed him my pregnancy results that I took at the Utah County health Department that showed a positive pregnancy sign.

Q.  And your purpose of texting him?

A.  Well, at first since, you know, it's somebody I met twice and we were just two strangers basically, to see how he feels

about the situation.  And I informed him again that I wouldn't typically ask, however, since I am going through my case, referring to my pending electronic harassment charges, that I was not working and I had no insurance and I would have to apply for welfare benefits, Medicaid.

Q.  You asked him for a --

(Reporter clarification)

THE COURT:  Ms. Wang, you didn't quite finish your question. You jumped in and answered the question before you were done.

MS. WANG:  Okay.  Yes, I asked him for abortion money because I wasn't working currently because I was going through the electronic harassment charges.  I might not have said charges, but I said my case, because of my case I am not working. But for me to apply for welfare Medicaid benefits it may take a while.  I don't know how far along I am, I have never been pregnant before.

Q.  And did Mr. ███████ give you any abortion money?

A.  He did.

Q.  And what form, did he like send it to you by check or by, I don't know, Venmo or Cashup?

A.  He send it to me by Venmo.

Q.  Okay.  And what did you do next?

A.  I drove to Vegas alone, expecting that this was the best decision.

Q.  And what happened when you got to Vegas?

A.  I found a clinic, I don't know the name off the top of my head.  And, well, I've never had an abortion before so, you know, I went in expecting this to be not much of an issue.  However,

once I got there and they took a sonogram, it was, the baby was a lot larger and bigger than I ever expected.  I had no idea how far along I was and it was just a lot bigger.  I saw a glimpse of it.

MR. RAPPAPORT:  Let the record reflect that Ms. Wang paused in her answer, went "um-hum," and then muted her mic.

MS. WANG:  Again that must have been by accident.  I don't mean to.  I am trying to make this look as naturally as possible.  It's actually incredibly strange to be doing it this way.

I want to pause purely so the record is more clear because this is ridiculous to be doing it this way.  I don't have a list of questions prepared this way, I have always done it by narrative fashion.  But it's awkward for me because I am asking myself a question and then answering and it trails, there is no pause.  I think I am muting myself to separate so for the record it sounds at least like I am asking a question and answering it.  Because I have never done it this way, this question and answer to yourself.  It should be done in a narrative fashion. Mr. Rappaport can certainly object.

THE COURT:  Ms. Wang, please refrain from making long statements like that.  I don't know what Mr. Rappaport's intent was by asking that the record should reflect what he said, but he said what he said.  Please move on with your question and answer.

MS. WANG:  Q.  So did you go through with the abortion?

A.  I did not.  The baby was much more far along than I thought he was and he was 18 weeks old.

Q.  Well, what did you do?  Did you look online to see what an 18-week old baby looks like?

A.  I did, and it was, it looks totally human.  It has eyes, it has a nose, it has a beating heart.  And I just couldn't do it anymore.  So I walked out of the clinic and I didn't have an abortion.

Q.  And did you tell Mr. ███████

A.  I did.

Q.  And what was his reaction?

A.  He was very, very angry.  He asked me to pull the trigger and he asked me -- and he promised that it would be a very bad ending if I did not have this abortion.

Q.  And what else happened?

A.  He called, he called repeatedly, and I told him that I wanted more time to think about it.  And he was just not okay with this answer.

He kept calling, he kept calling, because he was very, very freaked out.

Q.  And did you ever talk to him for any of the phone calls?

A.  I did.  There is a 36-minute phone call, which is in the records, and he told me that his parents would disown him if he had a Chinese baby, and that he -- this pregnancy and the thought of having a baby with me made him want to jump out the window.

Q.  And what happened after that?

A.  And I tried to alleviate the situation because, you know, at that point I wanted more time to think about it.  I tried to alleviate his stress by stating hey, it's not for sure, I need more time.  He just didn't like the answer.  He was very angry and he was very upset.  After the call he text I'm sorry, I guess I went overboard.

Around that time I did ask if he would be interested in, it's called an NIPP, prenatal DNA test.  However, he just he didn't get back to me on that.

Q.  So that was June of 2018?

A.  Yes, that is correct.

Q.  Did he ever talk to you after that?  What happened after that?

A.  I started going to medical appointments in Utah.

Q.  And did Mr. ████████ inquire about maybe going with you?  What did he say like after June?

A.  Nothing.  He never offered to come to any of the medical appointments.

Q.  Did he offer any help or whatnot?

A.  You know, that's the thing, because he was very, very upset and he did not want the child, the only communication I could possibly think of he wanted was to coerce me or at least persuade me to have an abortion.

Q.  And did he contact you after that?

A.  He did not.

Q.  And when was the next time you talked to him?

A.  It was I believe September 2018.

Q.  And what did you guys talk about?

A.  I told him that the estimated due date was November 25th of 2018.  I mentioned that I was still not working, and I possibly mentioned Medicaid.  But I told him that my case was going to trial, referring to the electronic harassment charges I was going through in Utah.  And he didn't text back.

Q.  Did you speak with him ever again?  Did you text him,

450

anything?

A.   I did not.  The last time we texted or directly communicated in any way was through text message on October 11, 2018.

Q.   And what was the substance of that conversation?

A.   Well, he was still very angry that, he kept saying that it was not his choice, I did this without his permission.

MR. RAPPAPORT:  I am going to object here.

THE COURT:  One second.  There is an objection.

MR. RAPPAPORT:  Vague and ambiguous.  When she said he said, is she referring to text message or an actual phone call?  So the question was never asked.  She just said she communicated and then said he said.  So I am asking, vague and ambiguous and asking for clarification.

MS. WANG:  Thank you.

THE COURT:  Sustained.

MS. WANG:  I texted.

THE COURT:  Go ahead, Ms. Wang.

MS. WANG:  I'm sorry, do I continue?

THE COURT:  Yes.  It sounded like you were going to when I made my ruling, so please go ahead.

MS. WANG:  Oh, okay.

A.   It was by text message and he stated that it wasn't his choice.  That my decision was to F with me more.

THE COURT:  Sorry, you said that his decision was to what with you more?  I didn't understand what you said.

MS. WANG:  Oh yes.  The last time me and Mr. ███ communicated directly in any way was October 11, 2018, and he still was very angry that I decided to keep the child.  And he

said that this was not his decision and that I did not get his permission and that I was doing this to F with him more.

He did at that time ask me to get that NIPP test, which I suggested that we do back when I first found out about the pregnancy in June of 2018. I said that it would be too dangerous at this point because it was, I was 37 weeks into my pregnancy.

And that was the last time we ever directly communicated with each other. And I think that's undisputed.

Q. And what happened after that?

A. I think that's around the time when he blocked me. Obviously I can't give an exact date as, you know, you click on someone's profile picture and it says you have been blocked or no connection, but the person still has a profile apparently.

Q. Was there anything else he said?

A. Well, you know, Mr. ▮▮▮▮▮▮ was a young man and he is an adult. However, he did mention that he needs to know now if it's his because he needs to ask his parents for help.

MR. RAPPAPORT: May we proceed by question and answer please?

THE COURT: Sustained.

MS. WANG: And that's it, he said that he wanted me to do an NIPP at 37 weeks. I refused because I told him that it would put the child's life in jeopardy to do it this late.

THE COURT: Ms. Wang, so two things. You already testified to that, number one. Number two, I just sustained an objection about the form of your testimony not being question and answer. Please proceed by question and answer.

MS. WANG: Q. Okay. Did you say that Mr. ▮▮▮▮▮▮

mentioned something about his parents?

A.  Yes, yes, he said that --

MR. RAPPAPORT:  Objection, vague and ambiguous.

THE COURT:  Overruled.  The question is foundational.  Go ahead.

MS. WANG:  Yes, he said that he needed to know it was his because he needed, possibly needed help from his parents because he was in between jobs.  I didn't know what that meant at the time, but I found out later he deliberately lost his job October of 2018.

Q.  And did you hear about any postings during all of this time?

THE COURT:  I didn't understand what you said.  Did you hear about any what postings?

MS. WANG:  Okay.  I said I found out later that he lost his job on October 11, 2018.  And in his May 16, 2019, declaration under penalty of perjury in case number 18 --

THE COURT:  Please stop, please stop.  Ms. Wang, I did not understand a word, one word that you said.  So I was trying to get you to repeat that word.  I didn't understand that word.  I understood what you said.  That doesn't mean I want you to explain anything.  It just means I want to you say it again.

So you said something after you said that Mr. ██████████ ██████ deliberately lost his job.  Then you said something about a post and I didn't understand what you said, I could not understand the words that came out of your mouth.  Please repeat that or move on to another question.

MS. WANG:  I later found out in his 5/16/2019 declaration filed, and that's in Los Angeles versus ████████ it's case

number 18CWCS16140, that he did lose his job on October 11, 2018, because starting from June 2018 due to the stress and significant turmoil I have caused him since June of 2018 that he could not eat, could not sleep to the point where he couldn't work anymore. So he lost his job October of 2018, knowing that the child was to be born the following month, November of 2018.

Q.   And when was the child born?

A.   ████ Wang was born on ████ 2018 at the Timpaganos hospital in Orem, Utah.

THE COURT:  Can you spell the name of the hospital please?

MS. WANG:  Yes, T-i-m-p-a-g-a-e-o-s, (sic), Hospital.

THE COURT:  Thank you.

MS. WANG:  That would be in Orem, Utah.

THE COURT:  Thank you.  We are going to take our 15th-minute recess at this time we will be back at 3:30.  Thank you.

(Short recess taken)

THE COURT:  Back on the record.  Ms. Wang you are still under oath.  Please continue with your direct.

MS. WANG:  Yes, yes.  So hold on, I have to log back in.

THE COURT:  The record will reflect that Ms. Wang has dropped from the video platform.  It appears that she has now rejoined.  Ms. Wang, are you there?

MS. WANG:  I am.

THE COURT:  Please proceed.

MS. WANG:  Q.  So where was the baby born again?

A.   He was born on ████ 2018 in Orem, Utah.

Q.   Who was present that day?

A.   My mother, father.

454

Q.  Was Mr. ███████  present?

MR. RAPPAPORT:  At this point, Your Honor, I am going to object, relevance grounds.

THE COURT:  Sustained.  Actually not sustained.  The answer will stand.  Please go ahead, Ms. Wang.

MS. WANG:  Q.  Did you ever hear from him, Mr. ███████ ███████?

A.  I did not, and after the baby was born.

Q.  So did he ever communicate?

A.  He did not.  Around that time is when I discovered he blocked me.  But no, he didn't call, text or communicate in any which way whatsoever.

Q.  Did you reach out to him?

A.  I was blocked so I didn't, no.

Q.  And what did you do about it?

THE COURT:  Ms. Wang.

MS. WANG:  Yes.

THE COURT:  Earlier you had a specific question about whether or not someone was present in court.  Good afternoon, Mr. DuBain.  Mr. DuBain is present in court.  I just thought since you asked the specific question earlier, Ms. Wang, you may wish the know.  Please proceed.

MR. RAPPAPORT:  Just for the record so there is complete transparency, Sergeant Martinez is also now present.

THE COURT:  Are you Sergeant Martinez?

SERGEANT MARTINEZ:  I am.

THE COURT:  Good afternoon to you.

SERGEANT MARTINEZ:  Good afternoon.

THE COURT:  Okay.  Please proceed, Ms. Wang.

MS. WANG:  Thank you, Your Honor.  I didn't know this.  I would have called my public defender.  But okay, I will proceed.

Q.  And what did you do after the birth?

THE COURT:  I'm sorry, Ms. Wang.

MS. WANG:  A.  Well, I figured --

THE COURT:  Ms. Wang, I don't know what your last statement means, but there is nothing stopping you from calling your public defender now if that has any significance to you.

MS. WANG:  Thank you.  Yes, I would like to be given a few minutes if I may.  Thank you.

THE COURT:  Very well.  We are going to stay here.  Go ahead mute yourself.  We will be off the record until Ms. Wang comes back on.

(Discussion off the record)

THE COURT:  Back on the record.  Ms. Wang has joined us.

MS. WANG:  Yes.  So I am not really prepared with my question-answer.  I thought we were going to prepare in a narrative fashion.  It's pretty awkward anyways.  So right now I am going to evoke my Fifth and stop my direct testimony from presenting.  And it was by -- I mean I heard they were going to show up, Donald A. DuBain and Sergeant Martinez.  However, I didn't know they were going to show up right when I testified.

THE COURT:  What did you say you were going to invoke, Ms. Wang?

MS. WANG:  I'm sorry, where did you want me to start again?  What did you not hear?

THE COURT:  I thought I heard you say you were going to

invoke something.  Did I hear you say that?

MS. WANG:  Yes, I am going to invoke my Fifth and stop testifying.  And also my Evidence 913, which states after assertion of Fifth Amendment, a judge may not draw any inferences about the credibility or make presumptions against the party claiming the privilege.

And to make the record that I did hear that the prosecutor prosecuting me, Donald A. DuBain, and the lead investigator Sergeant Michelle Martinez, I heard they were going to appear. However I didn't know it was right when I testified.  That means Mr. ███████ side must have just informed them.

However, yes, I am not very prepared with the question-answer testimony anyway.  I thought I was proceeding by narrative.  If I was -- it's very awkward.  So I am going to invoke my Fifth at this time.  Thank you.

THE COURT:  Thank you.  Care to add anything?

MR. RAPPAPORT:  Yes, two points.  One is, earlier today I advised Ms. Wang that this was an open proceeding.  That irrespective of whether the prosecutor and/or Sergeant Martinez were in the courtroom, they could always obtain a copy of her testimony.  So it should not make any material difference whatsoever whether they were physically present in this courtroom, whether they were watching by BlueJeans, and/or whether they obtained her transcript.  So it is meaningless as to whether they are here physically.

Second is I believe I am entitled to --

THE COURT:  I just want to add to save time that I also agreed and still agree with that statement.  Go ahead.

MR. RAPPAPORT:  Thank you.  Second thing is I believe I am now entitled to cross-examine Ms. Wang on the statements that she has already made.  However, in deference to her Fifth Amendment right, which I find as a criminal defense attorney to be paramount, I am going to not cross-examine her, so she has a very full and very fair trial in her criminal proceedings.

THE COURT:  Thank you.  Okay, very well.

So we have made plans, I have confirmed I should say, that we could have a Mandarin language interpreter available tomorrow morning.  However, I am excluding Ms. Wang's mother as a witness under Evidence Code Section 352.  The Court finds that Jan Cheng, both based on the witness list that was filed on October 10, 2022, as well as the offer of proof given by Ms. Wang today, would not materially add anything beyond what Ms. Wang has testified to so far, which -- especially now since it remains uncontradicted by way of cross-examination, I think that plays into the Court's analysis as well, given Mr. Rappaport's statement he just made and Mr. John Wang's testimony.  All which, as it pertains to the care of the child, where the parties live, the fact that the child lived with him and Ms. Wang, or with him is what he testified for 107 days, the Court finds that this would be duplicative at this time.

Any other witnesses you wish to call, Ms. Wang?

MS. WANG:  I have no more witness to call.  Thank you.

THE COURT:  Any other evidence that you would like to produce at this trial?

MS. WANG:  I am unaware of any at this time.

THE COURT:  Thank you.  The evidence is closed.

Mr. Rappaport, do you wish to make a quick closing statement?  Or I shouldn't say quick, but given the time we have.

Please proceed.

MR. RAPPAPORT:  Yes, Your Honor.  The ███████ family has waited three-and-a-half years for this trial.  Every single day in this three-and-a-half years Ms. Wang has done something to torment, to prod, to torture them, including filing the most recent, or lodging I should say, the most recent conviction for Ms. ██████ and mine dating back to the mid-90's.

Why would she possibly do that?  What possible reason is there to lodge those with the Court?  I can tell you.  Because Ms. Wang then publishes them online, and in fact had published these same documents online.  And then when they were raised in this Court --

THE COURT:  Okay, so that last argument pertains to something that's not in evidence at this trial.  I will point it out to you the Court is not considering the posting of the document.

Please continue.

MR. RAPPAPORT:  Ms. ████  ███████ testified to it, she testified that she saw it online and it was removed, and the Court said when and she said yesterday.

THE COURT:  I stand corrected.  I accept that correction.  Please continue.

MR. RAPPAPORT:  The removal of that is acknowledgment of guilt that it was done by Ms. Wang given the timing.  She does it, and I think the reasonable inference of the evidence is this, is that by putting something in the Court docket, she then feels

that she has the right and the litigation privilege to then put it online without fear of being prosecuted, without fear of violating any restraining order because there is a litigation privilege.

What this shows is that Ms. Wang is exceedingly smart. There is no doubt that she is very, very clever and that she has thought about how to circumvent the law over and over again.  If you look at her stalking, to what the ██████ know from their sustained fear of her is that she had a case in 2013 with Rory Will in which it was alleged, and in fact in which she pled guilty to -- and albeit the charges were reduced, and yes, somehow they were sealed, I don't even know what happened -- but suffice it to say that she did plead guilty.  And what she pled guilty to was not just terrorizing Rory Will by saying that "I am outside your house, I have a gun, I am going to take my own life," but what she did was she texted him repeatedly saying that he was dead, that "Why don't you" -- and ██████ ██████ testified to this -- "Why don't you just bend over and take it like the others."

Ms. Wang has been doing this for years.

MS. WANG:  I --

THE COURT:  One second.  Go ahead, did you have something to say, Ms. Wang, some type of objection?

MS. WANG:  Yes.  Again I mean it's just inappropriate because we took judicial notice of some documents for informational purposes.  This is, I think they mentioned they know about it.  However, again hearsay within hearsay, no personal knowledge, it's excessive.  Thank you.  Goes beyond the

evidence.  Okay.

THE COURT:  Overruled.  Please continue.

MR. RAPPAPORT:  "Why don't you bend over and take it like the others."  Which is an implication to Mr. ███████ he said there were others before him and that she was able to somehow subdue them, to conquer them, to overcome them.  "Why don't you take it like the others."  And that's what she's been doing for years and years and years.

And you can see her progression that she's gotten better at this, because when she got prosecuted in New York, she went on to Walker Stone.  The texts related to him were horrible.  "I am going to fry you like bacon, I am going to hog-tie you, I am thinking of new ways to hurt you, you are so dead."

This is what Ms. Wang is like when she is not under the supervision of the Court, when she is free to terrorize people from the secrecy of her own home, you know, from the distance of the internet.

But then what does she do with ███████ ███████ after she gets prosecuted in Utah is she learns how to do it one step better, which is she doesn't theoretically directly contact Mr. █████ or his family with the chopped up baby's, the hundreds and hundreds of posts of decapitated children with messages like, "I am forced to kill a 21-week old child, I'm forced to kill ████████ it is sick."  I mean what if somebody -- I'm a parent, and if my school calls me and says we just want to let you know everything is okay but your child fell in the playground, we had to bring him into the office, whatever it is, they always preface it with everything is okay, but.  The

reason why they do that is because if somebody tells you your child is hurt or your child is sick and then gives you no additional information, that leaves you in a state of terrible, terrible anxiety.

And that's what she was intending to do -- can we get the picture -- is that she said plausible deniability, I didn't send it to him, no. What she did is she tagged him. So in other words, he would get the notification that the post was up. So he had to click on it to look.

MS. WANG: Sorry, excuse me. I don't see what he is referring to. Did he pull up something?

MR. RAPPAPORT: I have not yet.

And then she sends it to every single possible person who she could connect with.

██████  ██████ testified people from diverse backgrounds in my life, different places, were contacting me telling me something was wrong here. They were sending me these. The intent was clearly for the ██████ family to receive all of these. And even if they didn't get, you know, the hundreds of people didn't reach out to them saying my God, something is wrong here, ██████ was contacted directly through tagging.

So this is, she's gotten one step better at it, thinking about how do I circumvent the law.

You know, she is a fast thinker. When this Court saw her speaking to a third party and asked her to pan the camera to the left, what did she tell this Court? "That's unconstitutional, you can't search my house." How fast, how quick was that lie? Until somebody had the ability to walk out of the camera's view,

and then and only then did she pan to the left.

The Court has made a finding, and I rarely if ever use this word, but Ms. Wang is a liar.  She has zero credibility.

She has had held the baby out to the ███████ family -- and if I may screen share the picture that came.  Could you screen share that please.

THE COURT:  To be clear I didn't use the word.

MR. RAPPAPORT:  I used that word, I'm sorry.  The Court made a finding that there were credibility issues.

THE COURT:  I understood.  It's just the part of the sentence that you said it in, it might be read a different way.

MR. RAPPAPORT:  Sorry.  I am going to screen share what has been marked --

MS. WANG:  I'm sorry, is there a screen share?  I don't see anything.

THE COURT:  Not yet, Ms. Wang.  The way this is going to work is that you will see it when I see it.

MR. RAPPAPORT:  I am going to screen share an exhibit that has been moved into evidence.  It is a picture of the child and it is a picture of the baby that was sent to the ███████ family initially with the Facebook messages.  I believe it's 22.

(Whereupon picture was screen shared via video platform)

THE COURT:  It's up on the video platform now.

MS. WANG:  I see it.

MR. RAPPAPORT:  That is the picture that she sent and said I hope you will get to see your nephew one day, he is sick and in the hospital.

The fact is it's not that he is abused, it's that he's not

abused.  It's that he is so sweet, so tender.  Look at that face, his face is smiling.  She says, "I have custody of this baby.  This is the child that I have that you can't see, and maybe one day you will except he's sick or I am forced to kill him."  And then this comes, right after this --

MS. WANG:  Objection, that's not in any of the texts messages.  So that's not on the picture.  I don't know if Rappaport is saying that's in some message to anyone.  So I don't know if he added that, but can we make the record that that's not in actually what he's reading off of?

I am unaware of any allegations where a message was received where it says, "I have custody and this is a picture of the baby."  So just for the record that's not in that text message.

THE COURT:  Sustained.  Please continue, Mr. Rappaport.

MR. RAPPAPORT:  And if I said that, what I meant to say is it was the message that she was intending to convey, that here is the baby and the baby is in my possession, but this is the baby who you maybe will get to see except he is sick or he is starving, and leaving the ████████ with that message.  And then the proliferation of the horrible posts.

Can we screen share?  What exhibit is it?

MS. JOHNSTONE:  5-A.

THE COURT:  Mr. Rappaport, no offense to the ██████ family, this has been a very long case for you and it's been a very long trial for you no doubt.  From a judicial standpoint this has not been a long trial.  I don't need to screen share.  I have the evidence very fresh in mind right now.

MR. RAPPAPORT:  And I know.  And you know, I have to say

464

that every day within the last month there have been over 3,000 pages of filings. Ms. Wang complains that Mr. ▮▮▮▮ has a legal team. It takes a legal team to keep up with her. It takes a legal team to make order out of the chaos that she creates. It's just how frustrating it is not to have the same document that the Court has because we haven't been served. So excuse me if I am expressing frustration.

But we have followed each and every rule in this proceeding. We have done everything we possibly can to make sure that Ms. Wang gets as much due process as possible. And so I apologize if I am frustrated or if that has come out. You're right, this is a short trial. I've done much longer trials. But given the amount of work that has had to go into this trial, the Court can see the number of binders that have been presented to this Court, the Court can see the number of exhibits that we've had to organize.

THE COURT: Mr. Rappaport, please, I am stopping you because this does not sound like a closing argument to me on the case.

MR. RAPPAPORT: Yes. Suffice it to say that she sent hundreds of these messages to each and every person that the ▮▮▮▮ knew, connected, sent them directly to ▮▮▮▮ ▮▮▮▮ through a tagging. She has clearly committed domestic violence.

And if that's not bad enough, she has also impersonated Mr. ▮▮▮▮ by obtaining a restraining order, a temporary restraining order in which she asked for custody and the Court granted based on false information that Mr. ▮▮▮▮ had put her naked picture online. An allegation that she made against Rory

Will, which is admitted in the request for judicial notice documents, and an allegation that she made against Walker Stone, she has alleged that three separate men have put her naked picture online and then she goes and obtains a restraining order against them, and/or gets a restraining order and then says that they have violated the restraining order with the police and attempts to get them arrested.

Ms. Wang is exceedingly cunning.

We have not shown -- and it's been frustrating, I understand on the 352 rulings and I am not objecting to those. But Ms. Wang's conduct is atrocious. It is calculated to hurt people. That she shows no remorse.

That in her testimony that she gave, the Court may not take an adverse inference from her invoking her Fifth. However the Court is permitted to look and see what evidence hasn't she presented. She presented no evidence that these posts came from anyone other than her. She has presented no evidence that she was not responsible for the hacking into or creation of his Social Security Administration account. She's offered no evidence to suggest that she didn't obtain his financial records in the Experian account. That she has offered no evidence that the one of twenty plus aliases that were used were not her. There is no other reasonable explanation to suggest that it was anybody other than Ms. Wang who was sending these horrible messages to his family. That there was no one other than Ms. Wang who could have vandalized the grandfather's Wikipedia page saying that the baby was homeless and sick. It is clearly Ms. Wang.

There are not three different men in her life who have filed restraining orders against her for no reason.

She, her conduct during this trial is also relevant in that she did not want to go forward, she filed a motion to continue. And yet -- this Court denied it, but what did she also do?  She built in her own continuances.  She scheduled two court dates during our trial knowing full well that this trial had been set for months and that her prior dates in her criminal court post-dated the setting of this trial.  So therefore she knew that she should have been unavailable yesterday, on the 18th and on the 19th.  Nevertheless she set those matters there, told her lawyer that she was available.  And that, I believe that is deceptive conduct and that the Court can take consideration of that.

That we have been to a certain degree prevented from presenting our evidence to show this Court the depth of her atrocities because of the confusion that she has caused because she has alleged that she did not have our binders, because this Court appropriately quite frankly said okay, let's not even look at the documents, let's just see what Mr. ███ has to say and the Court restructured the presentation of the evidence.  The Court did so I believe -- and I don't know the Court's intent -- but in my interpretation it could be that the Court did so to avoid any problems with the documents because Ms. Wang was alleging she couldn't find them, she didn't have them, she wasn't given them.

We have spent hours documenting how she has received each and every document.  We have emails, we have proofs of service,

we have court transcripts to show that she has had these for over three years.  She has referenced in her filings that she's had our exhibits.

But nevertheless, we have all these binders that are behind me.  We have not had the opportunity to present our case.  And yes, it is frustrating after living with the bombardment, the constant bombardment from Ms. Wang to the family.  To me I don't care, you know, my skin is very thick.  But to the family.  And to have to represent people who every day are -- every day who have to suffer.

And I realize, I guarantee you that once this Court, if it does, issue a restraining order, it won't change anything.  I guarantee you after this Court issues an order, assuming it does, that the very next day ███ ████████ documents will be back online.  There is just no doubt in my mind that Ms. Wang will not stop.

That she, her personality has changed between the morning session on the first day and the afternoon.  There was a factual finding related to that.  She is somebody who cannot control her emotions, she is somebody who cannot control her anger.

You know, in most stalking cases it's about a love obsession.  This case is hate.  She just has so much vehement, vile hatred towards the ██████ family that it pervades everything that she does.

And the ██████ you know, I am representing the protected parties here, I am representing the whole ██████ family.  My goal in this case is to keep them safe from Ms. Wang's conduct.  Custody visitation, that's on ████████ But this is about the

family.  This is about a family who said no, we will not bend over and take it.

Thank you.

THE COURT:  Thank you, Mr. Rappaport.

Ms. Wang, do you care to make a closing argument?

MS. WANG:  I didn't write one.  There's lots of surprises that's happened.

It was, this TRO was obtained March 6th, 2019, in an ex parte hearing.

THE COURT:  I'm sorry, one second, Ms. Wang.  I hate to interrupt you right then.  My intent was to ask you if you were going to make a closing argument.  It sounds like you do want to make one.

So let me just remind you that you are under oath.  It's a difficult position for you.  You have taken the Fifth Amendment and stopped your testimony.  So I just want to remind you that you are under oath, and the closing argument is something that you can argue what the evidence was at the trial, which is actually the point of a closing argument, and what you want the Court to do.  Just be mindful of the fact that you should not create new issues by starting to testify as to things that are not in evidence at this time.

Please go ahead.

MS. WANG:  Then I am going to reserve until tomorrow morning or even tonight.  I don't have one, I don't have one written.  So I am just going to plead my Fifth at this time.  Thank you.

THE COURT:  Thank you.  So it should be known, Ms. Wang, that at this time we are going to end the trial if you don't have

a closing argument to make.

With that understanding, do you wish to proceed or not? Make any closing statement, yes or no?

MS. WANG:  Close to the end of the day.  You know, I thought we were scheduled for tomorrow morning.  Can you take it under submission?  I mean I believe that I will write to conclude everything.  And there isn't much.  I just, I was going to prepare maybe something.  However, things have been taken by surprise so I wasn't prepared with a closing argument.

And I'd just ask that -- you know, I don't want to waste any more of the Court's time either -- that I may submit something on paper if I have one, if any.

THE COURT:  Thank you.  If you submit something on paper it will not be considered as I am prepared to rule right now.

Any last comments, Ms. Wang?

MS. WANG:  Again I thought I was going to end tomorrow, so it kind of put me on the spot about what I was planning to present and not present and that changed the course of things, and that's why like am I making the right decision, am I not? That's why I am ill prepared to answer that.

I was prepared to finish tomorrow, but I understand these interruptions came up and then I claimed my Fifth.  I didn't know we were going to have the implications of closing argument and claiming Fifth Amendment.

But we are ending today, that's the thing.  I don't have an answer because this was abrupt about whether I was going to testify or not.  I don't have an answer for you.

THE COURT:  Thank you.  The Court is going to proceed with

making a ruling at this time.

I specifically find that the argument of Ms. Wang is really not needed.  Her defense has been made clear throughout the proceedings here by seeking to challenge some of the evidence.  But the reality of it is that this Court finds that there is an avalanche of evidence against Ms. Wang to support each of the requests for protection.

Each is granted.  The Court is imposing a domestic violence restraining order protecting ▮▮▮▮▮ Teresa, Alan, ▮▮▮▮ as well as ▮▮ ▮▮▮ Inge, I-n-g-e, and Niels, N-i-e-l-s, ▮▮▮▮

What has been presented in this case goes far beyond the burden of proof needed in a domestic violence restraining order under California jurisprudence.  The standard of proof is a preponderance of evidence, it is more likely than not that abuse has occurred roughly speaking, and that the accused party has committed it.  This Court finds that that standard has been met and exceeded, has been well exceeded.

The testimony by each of the ▮▮▮▮ family members, the Court finds that each of those testimonies is credible.  They testified on difficult topics.  I never got the impression that either member of the ▮▮▮▮ family exaggerated anything.  I got the clear impression that they are scared of Ms. Wang, have reason to be, and answered questions honestly without exaggeration.

The opposite is true, and I can't recall ever being in a situation where I had to make such adverse credibility findings ever.  I have been on the Court for almost eight years now, but

this case does stand out in that regard.

I do not find Ms. Wang credible. She has testified in many different ways. One thing that stood out today really was this issue of who was present in the room when Ms. Wang didn't know that she had inadvertently unmuted herself, and she said that her parents were walking by. And it just didn't fit what I saw her do on the video camera at the time. And today the truth comes out that her father was in the room listening to the testimony. And when that was brought up -- it's unfortunate how it was brought up because it also bears negatively on Mr. John Wang's credibility -- but there was this defensiveness about the Judge said it was an open courtroom, anyone can be here. You know, those things are true, but why hide it? Why not just be truthful, my father is in the room.

The father ends up testifying under oath that he heard all of ████ ████████ testimony and has comments about it. It's very unfortunate that that is how that happened.

It was also unfortunate that Mr. John Wang, when asked about the commercial that played after the video, that his response is conflicted and made me feel that he is not credible. Mr. Rappaport asked him why he would do something like that. The first answer that I heard is that he had to show family in China. Then it became he has a right to post and to complain about what happens in I guess family law proceedings or child welfare issues or this case. Those two things are inconsistent.

It's right, it's true that he has a right, his first amendment right to complain. But you don't have a right to lie under oath about what you do.

And fact finders have the ability, and when it's a professional fact finder, a judge that is, they have the obligation to take those types of things into consideration when weighing the evidence and analyzing what is being presented to the Court.

Now this case is not a case of physical violence in the sense of somebody punching someone. But it is under California jurisprudence domestic abuse to have sex with someone under false pretenses.

Mr. ███████  ████████ testified credibly that Ms. Wang declared herself infertile. Ms. Wang has testified that he surreptitiously removed the condom and that's why the sex was unprotected. I believe ████████  ████████ I don't believe Ms. Wang.

MR. RAPPAPORT: And that was a statement that Ms. Wang made in her trial brief about removing the condom. I don't believe she testified to it in her testimony is my recollection.

THE COURT: Thank you for pointing that out. Nonetheless, Mr. ████████  ████████ testimony remains as it is. And that testimony informs the Court that he was lied to. And as much as this child is loved by the ███████ family, I have to make a finding right now and that's how that child was produced.

Mr. ████████ testified that he didn't even, wouldn't even think about having conversations about child bearing with someone he just met on a dating app. That's a form of abuse under California law.

What has followed that is a campaign of harassment that's completely, it's almost unprecedented. But it is clear that

that's what this Court -- when I say that, the California courts, have found to be disturbing the peace of people.  Not letting them be by way of harassment.  It doesn't matter if it's through a third party, it doesn't matter if it's in a roundabout way.  It is targeted to these individuals.

Text messages between ▮▮▮▮▮▮  ▮▮▮▮▮▮ and Kailin Wang being posted and sent to other people, who has access to that?  It wasn't ▮▮▮▮▮  ▮▮▮▮▮ that did that.  The Court finds that it was Ms. Wang.  It was accomplished by Ms. Wang, the exact method I don't know.  I have to believe that was some of the evidence that Mr. Rappaport and Ms. Johnstone wanted to show the Court.  But the evidence in favor of the Court granting this restraining order is so weighty that that is not something that is required in this case.

I also think about the heartache of this case to the family members, each of you who I believe are victims of Ms. Wang.

It's also my duty to maintain an orderly trial.  So forgive me if you wanted to hear some of this hard work that may have been done.  I am not passing judgment on it now.  My opinion does not rely on any such evidence that was not produced in this trial.  I am simply pointing out why I went to a different direction.

The restraining order is granted for the maximum period of time that this Court can grant the restraining order today, which is five years.

Ms. Wang, you are ordered to not take any action to abuse, harass, strike, molest any of the protected parties.  That includes a prohibition on you taking any action that's targeted

by you to disturb their peace, to keep them under surveillance, to impersonate them.  That includes on the internet, electronically or otherwise, or to block any of their physical movements.

You may not contact any of the protected parties either directly or indirectly, including but not limited to telephone, mail or email or any other electronic means.  This does include social media.  It also includes you sending a message to a third party.

Attorneys on the custody portion of this case, or any attorneys that ███████  ███████ designates for custody issues are exempted from this order.  But this Court makes an additional conduct order that your conduct and communication with any of Mr. █████  ██████  attorneys must be without abusive language.

You are ordered to stay -- the request in this Court was for a 100-yard stay-away order, but I am going to have it match the restraining order that is in San Francisco criminal case number 19016407, so that's 150 yards.  This order will be 150 yards.

Ms. Wang, you are prohibited from coming within -- stating this differently, you must stay at least 150 yards away from each of the protected parties, from their home, from their place of work, from their vehicles as well.

Do you have any questions about the order so far, Ms. Wang?

MS. WANG:  I do not, thank you.

THE COURT:  Ms. Wang, do you own any firearms?

MS. WANG:  I do not.

THE COURT:  Do you have any firearms under your custody or

control?

MS. WANG:  I do not.

THE COURT:  Do you own any ammunition?

MS. WANG:  I do not.

THE COURT:  Do you have any ammunition under your custody or control?

MS. WANG:  I do not.

THE COURT:  When I use the term "firearm," I include pistols, any type of handgun, rifles, shotguns, whether they are registered or unregistered, as broad as possible with respect to a firearm.  Machines guns are included, for example, assault weapons.

Does my definition of a firearm make you want to change any of your answers?

MS. WANG:  No.

THE COURT:  Aside from any other prohibition that might exist, Ms. Wang, you are prohibited from owning, possessing or having under your possession or control any firearms or ammunition for at least the terms of this restraining order.

Any questions about that, Ms. Wang?

MS. WANG:  I do not.

THE COURT:  Each of the protected parties is hereby granted the right to secretly record any unlawful communications.  Under California law generally speaking it is not lawful to record private communications.  I am paraphrasing that.  But in this case you are entitled to record unlawful communications.  As of now, any communications from Ms. Wang that would violate my order would fall into that category as an unlawful communication.

The existing child custody and visitation orders remain in effect.  I do understand that there will be further hearings on that, but given the current custody orders, the Court does not need to make any modification today as a result of this hearing.

There is a request that Ms. Kailin Wang participate in and complete a 52-week batterers intervention program and show proof of completion to the Court.  That is hereby ordered.

Ms. Wang, you are ordered to enroll in a 52-week batterers intervention program, also known as an intimate partner abuse program.  It must be a minimum of one year in duration.  That is something that you can do in your home state.  It is something that you are required to participate physically in if that is available to you.  And I am giving you a deadline of December 15th to show proof of enrollment.

MS. WANG:  Thank you, Your Honor.  And you said that I could do this in my home state of Utah, correct?

THE COURT:  That is correct, ma'am.

Okay.  There is a request for lawyers' fees and costs, as well as payment for costs and services.  That is something that we don't have time -- is that still a request, Mr. Rappaport?

MR. RAPPAPORT:  It is, Your Honor.

THE COURT:  Okay.  I am going to calendar that for a separate hearing.

On page 4 of 8 there is a request from other orders that I don't quite understand right now, Mr. Rappaport.  Can you take a look at that please?

MR. RAPPAPORT:  Certainly.  I just, I don't know if it's on there, and I know the Court is going through it, but I just want

to alert the Court that we will be making a request that in conjunction -- Judge Darwin found that Ms. Wang constituted an abduction risk, and that was on the original order and has been on the order since that time. We are asking the Court to also make that finding.

MS. WANG: I am going to object to that. The DV-145 is a child custody and visitation matter, and there already are abduction risk orders in place entered by Judge Wiley on February 2, 2022. To my knowledge it's still in effect. But it's not on the DV-145. There is a $5 million --

THE COURT: Thank you, Ms. Wang. Ms. Wang, your objection is sustained. I am not making any new orders on that issue today. The current orders remain in effect.

MR. RAPPAPORT: The current orders remain in effect. Thank you.

And then in answer to the Court's question as to -- I am not sure what the Court is looking at. I wasn't counsel at the time it was filed, so I am not sure what the Court is referring to.

THE COURT: Thank you. If you look at paragraph 28, "Other persons to be protected," it refers to the attachment. I have already captured all of the persons that petitioned for protection, that has already been granted.

It also references that Ms. Wang might have a firearm. I have already addressed that the best I can today.

I will note that the criminal background and Department of Justice search that the Court is required to make -- Ms. Wang referenced this earlier -- does not show registered firearms for Ms. Wang. And I don't know if there's -- I don't think there is

anything else there, Mr. Rappaport.  I am just double checking because there is a paragraph of writing.  I think it's only meant to explain that there was a previous concern about a firearm.

While Mr. Rappaport continues to look at that, Ms. Wang, do you agree to be served with the permanent restraining order via email?

MS. WANG:  I do, Your Honor.

THE COURT:  Okay.  Let that be reflected on the record and the Court minutes.

I do believe that that concludes my ruling on the orders that have been made, with the exception of the attorneys fees and costs.  The Court is aware of Family Code Section 6344 which allows for prevailing party attorneys fees and costs.  We need to set a separate hearing for that.

Anything else I might have missed with respect to the requests?

MR. RAPPAPORT:  There were no additional requests.  Apparently there was an original concern that there was a firearm given the allegations with Mr. Will, but we don't believe that to be the case in light of Ms. Wang's statements and the Court's statements as well.

Oh yes, there is something.  I don't know if it's appropriate to address today.  But Ms. Wang has filed a number of requests for judicial notice in this particular case.  This Court asked her is there anything, any one of your requests for judicial notice that are relevant for this proceeding, and the answer was no.

What she does is she puts all kinds of vial horrible things

in her requests for judicial notice and then posts them online.

So since there is no relevance anymore to the requests for judicial notice, I would ask that they be --

THE COURT:  Please mute yourself, Ms. Wang.

MS. WANG:  Sorry.

MR. RAPPAPORT:  I would ask that they either be withdrawn and/or --

THE COURT:  Thank you.  We don't have time to address that today, Mr. Rappaport.  So you are free to make a motion in that regard.  It's not only for Mr. Wang's benefit to have notice of what you are asking for, it's also for the Court.  The Court has First Amendment obligations to the public with respect to what has been filed.  So I will need things briefed, I will need very specific requests, and the Court is required to narrowly tailor those types of requests.

Ms. Mancilla, when is the next court date?

THE CLERK:  Do you want a new court date for the attorneys fees?

THE COURT:  No.  Can you just tell me what the next existing court date is?

THE CLERK:  Yes, the next existing court date, Your Honor, is November 29, 2022, at 9:00 a.m. in Department 404.

THE COURT:  November 29, 2022, 9:00 a.m. in Department 404.  Can you tell me what it's on for?

THE CLERK:  Give me one second here.

Your Honor, it is on for the request for order regarding visitation, attorneys fees, and request for photos of the child from 3/7/19 through the present; as well as a request for order

regarding change to visitation.

THE COURT:  November 29th?

THE CLERK:  Yes.

THE COURT:  Okay.  Can you call up -- well, do you have access as to how many cases are on our second calendar that day?

THE CLERK:  There are currently five cases.

THE COURT:  Okay.  We will set this on a different day. Please give us a proposed date on a second calendar.

The November 29, 2022 hearing remains on calendar as previously stated.  I don't want anyone to be confused about that.  Nothing has changed.

THE CLERK:  Your Honor, the next available date is January 5th at 9:00 a.m.

THE COURT:  January 5th at 9:00 a.m., in Department 404 on the attorneys fees and costs matter.  Ms. Wang, are you available?

MS. WANG:  Let me just look on the calendar.  Did you say the 11/29 -- hold on, just give me one second.

THE COURT:  Sure.

MS. WANG:  There appears to be a Rally visit that day.  What are you thinking, Your Honor?  And I didn't hear correctly, did you say our hearing is still on for 11/29 as well?

THE COURT:  I did, correct.

MS. WANG:  We do have visitation that day.  So as long as it works out it should be fine.

MR. RAPPAPORT:  And this is just for the issue on legal fees, Your Honor?

THE COURT:  Correct.

MS. WANG:  You know what, let me take that back, just because we'll be driving and, you know, lack of service.  If it could be on a different day, Your Honor, just so, you know, I am not like appearing by Zoom and it's very staticky.

THE COURT:  How is December 1st at 1:45, can you check that date, Ms. Mancilla?

Does that work for you, Mr. Rappaport?

MR. RAPPAPORT:  It does.

THE COURT:  Ms. Wang, December 1st, that's a Thursday, at 1:45 in Department 404.

MS. WANG:  Visitation again because Thursdays -- can't do Tuesday, Friday, Wednesday?  Those days are always, you know, driving to Rally, and that's in the mountains from Utah to California.

THE COURT:  Ms. Wang, we have little time so no need to explain.

MR. RAPPAPORT:  The visitation doesn't begin until 5:30 p.m.

THE COURT:  Okay, Mr. Rappaport has informed me that the visitation doesn't begin until 5:30 p.m.  Can you make an effort to come earlier and be done with your driving?

MS. WANG:  Well, yes, he is correct, except we are going through mountainous regions.  And I mean it's already been very difficult to do this by Zoom in a place where there is internet.  Because I will be going through the mountains, I'll be driving, does that make any sense?  So if I did appear by Zoom I could be cutting in and out, the video could -- if we could do, you know, the first two weeks is when I have those visits.

THE COURT:  Ms. Wang, so I am just pointing out to you

something that you may have already considered, but if you plan accordingly, maybe you can get to the Bay Area sooner so that you are not in a mountainous region at the time that we have our court appearance on the 1st.  Could you make that happen?

MS. WANG:  That's the thing, I don't know, Your Honor.  I mean it depends about, you know, if there is --

THE COURT:  Okay, thank you.

December 19th at 1:45 p.m.?  I'm sorry, I misspoke, my apologies.  December 20th.  I meant to choose a Tuesday.  We don't do these on Mondays.

MR. RAPPAPORT:  Sufficient, yes.

MS. WANG:  I mean we just have -- can you do the morning?  Does it have to be in the afternoon?

THE COURT:  That's right, Ms. Wang.

MS. WANG:  I will make it work.  We will just choose that day, thank you.

THE COURT:  All right, good.  So December 20, 2022, at 1:45 p.m. in Department 404 using Department 404's BlueJeans link, we will have the hearing on attorneys fees and costs.

What I will need to do then is to set a briefing schedule on that issue.

Working backwards, Mr. Rappaport, can you?

MR. RAPPAPORT:  Oh, it's on me?

THE COURT:  Yes, I am looking at the calendar.  Can you have a declaration in support of any fees and costs filed by November 18th?

MR. RAPPAPORT:  Let's look at my calendar.

Yes, I should be able to.

483

THE COURT:  Okay, November 18th is the deadline for Mr. Rappaport or Petitioner's side to file and serve attorneys fees and costs declaration, or declarations if needed, I'm not sure.

And given our December 20th date, Ms. Wang, you will have an opportunity, I will give you three weeks to file any objections that you wish to file with respect to that request for fees.  And that will bring us to December 9th, Ms. Wang's deadline would be December 9th.

And I am going to give you a page limit on that with respect to the brief that is not to exceed 15th pages.  If you need to attach anything, that's not to exceed 30 pages without leave of Court, for a total of 50 max.

Any questions about that, Ms. Wang?

MS. WANG:  Well, I mean the only thing is I didn't know there was a limit on exhibits.  Since it is voluminous I don't even know if Mr. Rappaport would -- you know, I believe his would exceed as far as exhibits.  But I am okay with the 15th pages for the pleading part.

THE COURT:  So it's 20 pages max for the pleadings, 30 pages for exhibits, total 50.

I am not concerned with Mr. Rappaport's filings, I am concerned with your filings, because I believe that you have been designated as a vexatious litigant for a reason.  I also believe that some of the filings have been used to conduct further abuse in this case.  So I am empowered to set limitations on that.

Last thing, Mr. Rappaport, if you need to file a reply, that needs to be filed and served no later than Wednesday,

December 14th.

Mr. Rappaport, you will prepare the order after hearing?

MR. RAPPAPORT:  We will, thank you.

THE COURT:  Okay.  Please serve a proposed order after hearing on Ms. Wang, and notify the Court, Department 404, or actually just copy the Court -- well, notify 404, copy to Ms. Wang, that you have been -- that she has been served with that.

Ms. Wang will have 24 hours from the date that you submit that to the Court to express any objections to this order after hearing.  There shouldn't be any because it should match my orders.  And at that time the Court will sign it and rule on any objections if, you know -- and this is objections as to form, it's not any type of other objections.  It's only if you believe, Ms. Wang, that Mr. Rappaport wrote something in the restraining order that I did not order.  That's the only type of objection I'm talking about and that's the only type that the Court will accept.

Can you have that by tomorrow?

MR. RAPPAPORT:  Yes, we can.

And I know that my civil counsel always asks me this, is it possible to get a court transcript, just a portion of the Court's ruling sometime soon so I can have that just to make sure I captured everything.

(Discussion off the record)

THE COURT:  You know what, I am changing my last statement on this.  Please have that draft order to the Court, speaking to Petitioner's counsel, by 10:00 a.m. tomorrow, and the Court is

going to sign it tomorrow.  I will just conduct my own review on that.

That concludes today's hearing.

Anything else, Ms. Wang?

MS. WANG:  I do not.  I can't think of anything.  Thank you.

THE COURT:  Mr. Rappaport?

MR. RAPPAPORT:  Nothing further.  Thank you.

THE COURT:  Okay.  So to our court staff, thank you for staying late.

And to the ███████ family, best of luck moving forward. And actually to you as well, Ms. Wang, in hopefully putting this part of the saga behind people.  And I don't want to join in your predictions, Mr. Rappaport, so I am going to be optimistic moving forward.  But the Court is clearly involved in this family dynamic and it seems like it will be for a significant period of time.

All the best.  Thank you.

MS. WANG:  Thank you.

MS. JOHNSTONE:  Thank you.

---oOo---

STATE OF CALIFORNIA          )

                             )

COUNTY OF SAN FRANCISCO   )


     I, VICKI GROSS, Certified Shorthand Reporter Licensed in the State of California, License No. 5525, Official Court Reporter of the Superior Court of the State of California, in and for the City and County of San Francisco, do hereby certify that the foregoing proceeding was reported by me and was thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceeding.

     I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceeding and caption named, or in any way interested in the outcome of the cause named in said caption.


     Dated:  November 30, 2022


                    _____

                    VICKI GROSS CSR, #5525