# APPENDIX OF EXHIBITS TO IC3 COMPLAINTS

## Proposed Exhibit Index and Fact-Support Matrix

**Source packet:** Exhibits to IC3 Complaints(1).pdf. Page ranges below refer to the PDF page numbers in that packet. **Core themes supported by this appendix:** active WS (V2) stalking injunction; contemporaneous pregnancy/paternity/support communications; private-investigator/service efforts; online posts reported to law enforcement; and later records showing the need for source-level authorship proof before attributing online content to Wang.

| Ex. | PDF Pages | Date / Item | Description | Use / Fact Supported |
|---|---|---|---|---|
| A | 1-5 | May 4, 2018 | Wang v. WS (V2) hearing transcript excerpts | Court continued/issued the stalking injunction after finding the respondent did not meet his burden to show the injunction was unnecessary; the court stated it had heard no evidence indicating the sworn petition allegations were untrue. |
| B | 6-9 | May 4, 2018 | Civil Stalking Injunction against WS (V2) | Shows an active Utah stalking injunction protecting Wang, signed May 4, 2018 and expiring three years later; includes no-contact and stay-away provisions. |
| C | 10-12 | Feb. 14-16, 2018 | Text-message screenshots concerning San Francisco/Pacific Heights meeting logistics | Provides contemporaneous communications and location context preceding later disputes. |
| D | 13-23 | June-Oct. 2018 | Text-message screenshots with CT (V1) concerning pregnancy, abortion costs, NIPP/paternity testing, due date, and support | Supports that the pregnancy, paternity, abortion-cost, and support issues referenced later were grounded in contemporaneous communications, not fabricated after the fact. |
| E | 24 | Nov. 26, 2018 / Jan. 17, 2019 | Certificate of Live Birth for "the Child" CT (V1) Wang | Confirms child's birth date, place of birth, parent information appearing in later custody/protective-order materials. |
| F | 25-26 | Dec. 5-6, 2018 | Email chain to Father to and Mother to CT (V1) and forwarded to CT (V1) | Shows contemporaneous notice to CT (V1) family about the child's birth, paternity/support issues, and the abortion-clinic allegations. |
| G | 27 | Dec. 16, 2018 | Facebook/phone screenshot with image metadata | Shows contemporaneous social-media screenshot and metadata context connected to the CT (V1)-family communications. |
| H | 28-47 | Dec. 25-26, 2018 | Medium article printout: data scientist at Square allegedly impregnated and abandoned his son | Shows the public article and embedded text-message screenshots underlying later allegations, including the relationship timeline, pregnancy, abortion-clinic incident, Venmo transfer, due-date communications, and child-support filings. |
| I | 48 | Jan. 3-4, 2019 | Family-court/TRO filing cover page by Darrick T. Chase for CT (V1) | Places the dispute into the California family/DVRO litigation timeline before the later IC3-related reports. |
| J | 49 | Jan. 17, 2019 | Utah Bureau of Vital Records receipt for birth certificate request; customer listed as Chris Bertram | Supports the existence of third-party/private-investigator activity involving the child's birth records. |
| K | 50 | Sept. 25, 2020 printout | Bertram & Associates Private Investigations webpage | Identifies the private-investigation entity connected to the birth-record receipt and gives background for the investigative-origin/private-actor narrative. |
| L | 51 | Feb. 3, 2019 | Email from Wang/Lanie Lee to Darrick Chase re paternity, visitation, child support, tax records, and Square compensation | Shows pre-litigation/litigation communications about support and custody issues before later online-post allegations. |
| M | 52-56 | Feb. 7, 2019 | Facebook messages to CT (V1) family/associates with Medium article and abortion-related screenshots | Shows the nature and content of messages later characterized as harassment, including links/screenshots to the public article. |
| N | 57-59 | Mar. 4, 2019 | CT (V1) supplemental declaration in support of DVRO/custody orders | Shows the opposing narrative: alleged stalking of CT (V1) and family, fear for the child's safety, and claimed service attempts/investigator observations. |
| O | 60 | Feb. 11, 2019 | Email to Darrick Chase transmitting DNA Results | Supports that paternity-related evidence was being exchanged with opposing counsel before the March 2019 escalation. |
| P | 61 | Feb. 13, 2019 | SFPD Chronological Report of Investigation, page 1 | Shows the investigation was opened after Father to CT (V1) reported harassment/stalking concerns and told SFPD about alleged prior stalking convictions involving other men. |
| Q | 62-70 | Feb. 15, 2019 | California DV-110/DV-140/DV-145 temporary restraining, custody, visitation, travel, and passport-related orders | Provides the temporary California order framework, including custody and passport/vital-document restrictions, used in later custody and criminal-investigation narratives. |
| R | 71 | Feb. 13-19, 2019 | SFPD Chronological Report of Investigation, page 3 | Important for rebuttal: the report states C. CT (V1) said Wang had not made any direct threats toward him, although he feared escalation. |
| S | 72-76 | Feb. 15-Mar. 6, 2019 | Holysmoke.org screenshots and comments | Shows online posts/comments about Wang, CT (V1), child safety, and the alleged March 6, 2019 suicide/baby threat post that became central to later proceedings. |
| T | 77-80 | Feb.-Mar. 2019 | New York Family Court family-offense/order-of-protection forms | Shows parallel New York protective-order proceedings and allegations during the same period. |

| Ex. | PDF Pages | Date / Item | Description | Use / Fact Supported |
|---|---|---|---|---|
| U | 81 | Feb. 19-20, 2019 | SFPD Chronological Report of Investigation, page 4 | Adds law-enforcement timeline entries around service attempts, protective-order issues, and the growing investigation. |
| V | 82 | Feb. 20, 2019 | Email to school-board members re order of protection against CT (V1) | Shows one of the messages/publications later used in the harassment narrative and helps identify the content actually sent. |
| W | 83-86 | Mar. 8, 2019 | Letter from Unified Constable/Justin Lampropoulos to Utah County Attorney | Shows the process-server/constable account of attempts to locate and serve Wang and communications with Wang's family/attorney. |
| X | 87-88 | Mar. 12, 2019 | Olson's Greenhouse HR letter concerning Qizhong (John) Wang | Corroborates that service/investigative efforts reached Wang's father's workplace and describes concerns about the nature of the contact. |
| Y | 89-90 | Feb. 21, 2019 | Melisa Todd letter regarding events outside counsel's office | Corroborates claims that vehicles/process servers/private investigators followed or approached Wang/family/counsel during service efforts. |
| Z | 91-105 | Feb. 2019 | Photos/video stills of private investigators and vehicles at home/workplace/freeway | Visual support for the surveillance/following narrative, including captions identifying Ben Stowell's car and alleged freeway following. |
| AA | 106 | Undated profile printout | Justin J. Lampropoulos professional profile | Identifies a key private/process-service actor connected to the service/investigation narrative. |
| AB | 107-108 | Jan. 15, 2021 | Facebook certificate of authenticity and business record for Jamie Nelson account | Supports that Facebook records exist for a Jamie Nelson account and may be used to trace account activity or authenticity. |
| AC | 109-110 | Apr. 11, 2021 | Nuwber results for Justin Lampropoulos | Provides identifying/background information for a service/investigation participant. |
| AD | 111-116 | Feb. 2019 screenshots | Jamie Nelson Facebook profile and messages seeking Wang's address | Supports the claim that someone using the Jamie Nelson account sought Wang's address from a contact, framed as a surprise/baby-present inquiry. |
| AE | 117-118 | Mar. 3 & Mar. 6, 2019 | Holysmoke screenshots including March 6 alleged threat post and related page | Duplicates/isolates the central alleged March 6 post for easy citation and comparison with law-enforcement/CPS/family-court references. |
| AF | 119 | Mar. 6, 2019 | San Francisco Family Court mini-minutes | Shows the March 6 California hearing timeline, including respondent not served/not present and temporary sole custody orders. |
| AG | 120-131 | Mar. 6, 2019 | Utah 911 call transcript involving Mark Brenzinger, Mother to CT (V1), Darrick Chase, and dispatch | Shows the contemporaneous 911 report based on the alleged social-media threat and identifies who supplied information to law enforcement. |
| AH | 132 | Sept. 7, 2019 printout | Psychology Today profile for Dr. Mark Brenzinger | Identifies the professional background/contact information for a 911-call participant/referent. |
| AI | 133-137 | Sept. 2019 records / Mar. 2019 events | Utah DCFS records, referral details, home-visit narrative, and Mother to CT (V1) email | Shows how the alleged March 6 post entered DCFS/child-safety records and includes paternal-family communications about the case and expected charges. |
| AJ | 138-142 | Nov. 14, 2019 | DCFS internal review and administrative final decision/order changing finding to unsupported | Important rebuttal exhibit: DCFS changed the supported physical-abuse finding to unsupported and vacated the hearing; referral details list the alleged March 6 physical-abuse allegation. |
| AK | 143-144 | Mar. 2019 | SFPD search warrant for Holysmoke records | Shows law enforcement sought Holysmoke electronic records and custodian authentication, supporting the need for source/server records rather than assumptions about authorship. |
| AL | 145-147 | Mar. 8, 2019 | New York Family Court petition by Wang against CT (V1) | Shows Wang's contemporaneous petition alleging family offenses and asking that CT (V1) not file false allegations to police/CPS. |
| AM | 148-152 | Mar. 11, 2019 | Utah Request for Protective Order by Wang against CT (V1) | Shows Wang's contemporaneous Utah protective-order filing and sworn allegations during the same online-post/custody dispute period. |
| AN | 153 | Mar. 2019 | California DV-200 proof of personal service | Shows service-related record in the California DVRO matter. |
| AO | 154-156 | Apr. 10, 2019 | Utah affidavit of attempted service and Wasatch Constables return of non-service | Shows service difficulties and non-service evidence in the Utah CT (V1)/Wang matter. |
| AP | 157-159 | Apr. 2019 | CT (V1) verified answer to Wang's Utah protective-order request | Shows CT (V1)'s formal denials, including denial of impersonation and weapons allegations, for comparison against later records and claims. |
| AQ | 160-168 | May 21, 2019 | Utah Fourth District Court transcript, continuance | Important authorship/reliability exhibit: the transcript reflects the court's concern that proving who did online conduct would require expert proof, and that the court would hold both parties to that standard. |
| AR | 169-170 | May 16, 2019 | Email to SFPD: additional impersonation post discovered, with screenshot | Shows Wang/Lanie Lee contemporaneously reported a new alleged impersonation post to SFPD, including the post content. |
| AS | 171-172 | June 3, 2019 | Email to SFPD: another post discovered, with screenshot | Shows another contemporaneous report to SFPD of alleged impersonation/defamatory content. |
| AT | 173-174 | June 6, 2019 | Email to SFPD: June 4 impersonation post on TheDirty.com, with screenshot | Shows another specific online post reported to law enforcement and the content attributed to a child/"the Child" persona. |
| AU | 175-176 | June 15, 2019 | Email to SFPD: newly discovered defamatory Cheaterboard post, with screenshot and URL | Shows the Cheaterboard post was contemporaneously reported to SFPD and records the URL/content that should be tied to server/subpoena records before attributing authorship. |

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



**A**

**DESCRIPTION**

Wang v. WS (V2) hearing transcript excerpts

**DATE / ITEM**

May 4, 2018

**SOURCE PDF PAGES**

1-5

**FACT SUPPORTED / USE**

Court continued/issued the stalking injunction after finding the respondent WS (V2) did not meet his burden to show the injunction was unnecessary; the court stated it had heard no evidence indicating the sworn petition allegations were untrue.

Exhibit A | IC3 Complaint Appendix

Page 1

IN THE FOURTH JUDICIAL DISTRICT COURT, PROVO

UTAH COUNTY, STATE OF UTAH

-o0o-

| | | |
|---|---|---|
| KAILIN WANG, | ) | ***PRIVATE*** |
| | ) | |
| Petitioner, | ) | Case No. 180400131 |
| | ) | Case No. 180400132 |
| vs. | ) | Case No. 180400133 |
| | ) | |
| ████ P. ████ | ) | HEARING ON TEMPORARY |
| | ) | STALKING INJUNCTION |
| Respondent. | ) | |

-o0o-

BE IT REMEMBERED that on the 4th day of May, 2018, commencing at the hour of 1:33 p.m., the above-entitled matter came on for hearing before the HONORABLE THOMAS LOW, sitting as Judge in the above-named Court for the purpose of this cause and that the following proceedings were had.

-o0o-

Page 2

A P P E A R A N C E S

For the Petitioner:        JEFF D. RIFLEMAN
                           Attorney at Law
                           Rifleman Law & Mediation
                           140 West 900 South, Suite 11
                           Sandy, Utah   84070

For the Respondent:        ████ P. ████
                           Appearing Pro Se

* * *

I N D E X

                                                              Page

WITNESSES FOR THE RESPONDENT

████
          Direct Testimony                         11
          Cross-Examination by Mr. Rifleman        17
KAILIN WANG

          Direct Examination by Mr. ███e           31

* * *

May 4, 2018

there.

Mr. Rifleman, if you'd like to present evidence, you may, but again, at today's hearing, you bear no burden of proof.  It was the respondent who bore the burden of proof at this hearing.

Do you have any evidence you would like to present?

MR. RIFLEMAN:  No, your Honor.  We have nothing more.

THE COURT:  All right.  Thank you.

I've heard the argument and testimony and the Court finds that the respondent has not met his burden of proof that these stalking injunctions are not necessary or are not needed, so the Court will issue them.

And I'd like to, as I'm doing so, make it clear what's going on.

MR. ███  Your--your Honor, I can't believe--

THE COURT:  Mr. ███e, it's--it's my turn to talk.  I've been patient in listening to--to you folks.

Oh, he's not here?  Oh.

So the Court is not finding and I have no interest in even considering whether Kailin Wang has committed any criminal offenses against Mr. ███e.  She may have and--of this current prosecution that she is undergoing, there's a possibility that she may be convicted, I guess, and there's a possibility she will not be.  But none of that matters to the

Page 38

Court here today.  The Court has heard no evidence that would indicate that any of the allegations made under oath in these petitions are not true and so the Court finds that these stalking injunctions are appropriate, are necessary and will issue and they will expire in three years.

It sounds like both of these, or all of these individuals could use some good for each other by--

MR. ████   Well, your Honor, how can I appeal?

THE COURT:  I'll tell you when I'm done.

To be--

MR. ████   Okay.  Thank you.

THE COURT:  --kept apart from each other and to not have any contact with each other and that's all that this stalking injunction does.  It orders that Mr. ████e not stalk, not harass and have no contact with these individuals.

So the Court is signing these right now, that's the delay.  There's one, Rose.  I think I--I think I changed the date of expiration to 2021.

Have you already scanned it?

THE CLERK:  I can stop it.

THE COURT:  All right.  I wrote the same date down twice instead of changing the date to three years in advance. It's on the last page.  And there's that one.

Okay.  So the Court has now signed them, they are issuing right now, are being placed into the Court file right

now.

So Mr. ███e, if you would like to appeal any or all of these stalking injunctions, you may do so by filing a notice of appeal within 30 days of today's date. If you do file that, then, of course, you would prosecute your appeal to the Utah Court of Appeals.

So that would conclude today's hearing.

Is there anything else that needs to be addressed from your point of view, Mr. Rifleman?

MR. RIFLEMAN: No, your Honor. Thank you.

THE COURT: From your point of view, Mr. ███?

MR. ███ No, your Honor.

THE COURT: All right. Thank you, everybody, for your civility and kindness with each other here today and that concludes this hearing.

(Whereupon, this hearing was concluded.)

* * *

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT



**B**

**DESCRIPTION**

Civil Stalking Injunction against WS (V2)

**DATE / ITEM**

May 4, 2018

**SOURCE PDF PAGES**

6-9

**FACT SUPPORTED / USE**

Shows an active Utah stalking injunction protecting Wang, signed May 4, 2018 and expiring three years later; includes no-contact and stay-away provisions.

Exhibit B  |  IC3 Complaint Appendix

## Civil Stalking Injunction

180400131

Case Number: _____ District: _____
County: _____ State: Utah
Judge: Low _____

**Petitioner** (person who asked for the stalking injunction):

Kaltin _____ Wang
*First Name*      *Middle*      *Last*

**Other people protected by this order:**

| Name | Age | Relationship to Petitioner |
|------|-----|---------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Address and phone # (to keep private, leave blank):**

2481 Fairway Dr.
*Street*

Spanish Fork, Ut 84660
*City — State — Zip*

917-432-4181
*Phone #*

Petitioner's attorney (if any): _____ Phone # _____
              *Name*

### Respondent

(person who must obey this stalking injunction):

Wm ■ Price S■
*First Name*   *Middle*   *Last*

Other Names Used _____
_____

**Address**

_____
*Street*

Pacific Heights, ~~CA~~ San Francisco
*City — State — Zip*     CA 94104

### Describe Respondent

| Sex | Race | Date of Birth | Height | Weight |
|-----|------|---------------|--------|--------|
| M | white ■ | | 5'10 | 220 LBS |

| Eye Color | Hair Color | Social Security Number (last four digits only) |
|-----------|------------|-----------------------------------------------|
| Hazel | Black | _____ |

Distinguishing features (like scars, tattoos, limp, etc.)
Curly Black hair

Driver's license issued by
(State): CA  Expires _____

**Warning!** [ ] Weapon Involved (Box to be initialed by Court, if applicable)

There was a hearing on *(date):* _____. The Respondent was given notice and an opportunity to be heard in the hearing that gave rise to this order. The following people were present at the hearing:

[_] Petitioner     [_] Petitioner's attorney *(name):* _____
[_] Respondent   [_] Respondent's attorney *(name):* _____
[_] Other *(name)* _____

The Court reviewed the *Request for Civil Stalking Injunction* and: [_] received argument and evidence, [_] accepted the stipulation of the parties, [_] entered the default of the Respondent for failure to appear, [_] other: _____, and finds that there is reason to believe that stalking has occurred and that the Respondent is the stalker. *(Utah Code Sect77-3a-101)*

*Violence Against Women Act of 1994, 18 U.S.C. Sect 2265, 2262, 18 U.S.C. Sect 922(g)(8)*

**The Respondent must obey all orders initialed by the judicial officer.** These orders replace any previous temporary stalking injunction in this case. Violation of these orders is a criminal Class A Misdemeanor, punishable by up to one year in jail and a fine. A second or subsequent violation can result in more severe penalties.

**1** [✓] **Personal Conduct Order**

Do not stalk the Petitioner. This means you must not follow, threaten, annoy, harass, or cause distress to the Petitioner. For a legal definition of stalking, see Utah Code, sections 76-5-106.5 and 77-3a-101.

**2** [✗] **No Contact Order**

Do not contact, phone, text, mail, e-mail, or communicate either directly or indirectly in any way with the Petitioner and any person listed on page 1 of this order and any person listed below.

Other people you must not contact: _John Wang ; Jan Cheng|_

**3** [✗] **Stay Away Order**
Stay away from:

[_] a.   The Petitioner's current or future: [_] Vehicle  [_] Job  [_] School  [_] Home, premises and property *(list current addresses below)*

Home address: _2481 Fairway Dr. Spring fork, 4T 84660_
Work address: _30 Hudson St Jersey city, NJ 07312_
School address: _____
Describe vehicle: _____

[✗] b.   Other *(specify):* _Do not post personal Id. info on public forums; Do not sent court documents to employer; Do not call i threaten my family_

**4** [_] **Child Custody & Parent-time Orders**

The Petitioner will have temporary custody of the minor children listed below. If you do not obey the custody and parent-time orders listed here, the Petitioner may ask for the court's help (such as an order to show cause for contempt):

007

You will have parent-time as follows: _____

_____

_____

_____

_____

You can only communicate with the Petitioner about parent-time through the following person:

_____

The custody and parent-time orders are effective until modified by this court or superseded by another court order.

5   [___]    Other Orders: _____

_____

_____

## Warnings to the Respondent:

- Attention: This is an official court order. No one except the court can change it. If you disobey this order, the court may find you in contempt. You may also be arrested and prosecuted for the crime of stalking and any other crime you may have committed in disobeying this order.
- This order is valid in all U.S. states and territories, the District of Columbia, and tribal lands. If you go to another U.S. state, territory or tribal land to violate this order, a federal judge can send you to prison.
- It may be a federal crime for you to have, possess, transport, ship, or receive any firearm or ammunition, including hunting weapons, while this civil stalking injunction is in effect.

This order expires in three years on: _May_ ___4___ _2021_

Month     Day

Date: _5/4/18_     _____

_Judge (printed name)_ ____T. LO___

## Respondent's Waiver of Notice

I received a copy of this Civil Stalking Injunction, and waive my right to be personally served with the order.

Respondent's Address

| Street | City | State | Zip |
|--------|------|-------|-----|
|        |      |       |     |

Respondent's Signature: _____

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# C

### DESCRIPTION

Text-message screenshots concerning San Francisco/Pacific Heights meeting logistics

### DATE / ITEM

Feb. 14–16, 2018

### SOURCE PDF PAGES

10-12

### FACT SUPPORTED / USE

Provides contemporaneous communications and location context preceding later disputes.

Exhibit C  |  IC3 Complaint Appendix

CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 180400131 by the method and on the date specified.

MAIL: ████████ P █████  SAN FRANCISCO, CA 94104

```
        05/04/2018                    /s/ ROSE WELLS
Date: _____        _____

                                 Deputy Court Clerk
```

<SMS>

2018-02-14 10:26 PM

What's up

2018-02-14 10:55 PM

You still free?

2018-02-14 11:05 PM

I'm 5 mins from pac heights we are basically neighbors

2018-02-14 11:16 PM



2018-02-14 11:20 PM

yooo leave me hangin but follow me on IG I see you 👀

2018-02-15 09:49 AM

Drinks tonight?

2018-02-15 08:21 PM

Yes

010

44245

2018-02-15 08:21 PM

Ton?

2018-02-15 08:21 PM

Like now?

2018-02-15 08:35 PM

Are you busy tomorrow?  I made plans

2018-02-15 08:35 PM

Barrel house brewery would be fun

2018-02-16 12:32 PM

We can also go to Oakland for a concert tonight

2018-02-16 12:32 PM

What's playing

2018-02-16 12:33 PM

Lettuce.  Sick funk band

2018-02-16 12:34 PM

At fox theater

011

44246

**2018-02-16 09:02 PM**

I'll be out nearby let me know

**2018-02-16 09:17 PM**

Watertown don't think ins make it

**2018-02-16 09:19 PM**

https://goo.gl/maps/gNMABDNKx42

**2018-02-16 09:19 PM**

Dropped Pin
near 276-338 Ewing Terrace, San Francisco CA
94118

**2018-02-16 10:30 PM**



**2018-02-16 10:52 PM**



U good?

012

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# D

### DESCRIPTION

Text-message screenshots with  CT (V1) concerning pregnancy, abortion costs, NIPP/paternity testing, due date, and support

### DATE / ITEM

June–Oct. 2018

### SOURCE PDF PAGES

13-23

### FACT SUPPORTED / USE

Supports that the pregnancy, paternity, abortion-cost, and support issues referenced later were grounded in contemporaneous communications, not fabricated after the fact.

Exhibit D  |  IC3 Complaint Appendix

000004



il T-Mobile · 9:26 PM

-8473 >

iMessage
Sat, Jun 16, 9:24 PM

Might be traveling to NY next month 🤗

Oh nice... 😎 I'm there 6/29 then London.... 🏙️ 🐒

Ah I'll miss you then.  Coming back to SF in the schedule?

Oh I'm leaving nyc on 7/4.. 😔..... though.... u make SF so tempting 😏 .....ill b traveling more around Fall time. 🛫

I'll make the visit more than worth your while.. 5 stars at least

Wed, Jun 20, 6:24 PM



iMessage

2018-06-20 05:23 PM



Hey, this is super awkward.

So here goes: I just found out I'm 🤰 also 1st time ever😝. Yes it's yours 😶. I'm 16 weeks out 😮 best I get it aborted in Nyc when I'm there 6/30-7/4.... as the laws there are a lot more lenient on that than Utah . I don't have insurance and could b 1-2 months before I'm/if approved for Medicaid in NY, and I'm pretty far out so for my health concerns this needs earlier the better. I think it's like $850-$1000 at 16 weeks.  I'm really sorry I'm asking, but since I can't work due to my case and not knowing when in the near future I can... I had no choice. Let me know ur thoughts.

2018-06-20 05:27 PM

Well thanks for telling me, sorry you have to deal with this.  Just to be sure how do you figure it's me?  I have to ask lol

2018-06-20 05:28 PM

Cause ur the last guy I had sex with.

2018-06-20 05:28 PM

Seriously this is so awkward

014

44264



2018-06-20 08:04 PM

Sorry for blowing up your phone, I do that sometimes when I'm anxious heha

2018-06-20 08:21 PM



000006

2018-06-20 08:21 PM



Was driving... Momen... in.. 1st , having a ... myself..[?]

2018-06-20 08:22 PM

So sorry about this. I believe in you!

2018-06-20 08:23 PM

Don't be too hard on yourself. 😊

000006

2018-06-21 05:25 PM



Yea, maybe that's a good idea to chat and confirm stuff. But I made it Vegas.

2018-06-21 05:38 PM

I'm home from work now so lmk when works

2018-06-21 05:38 PM

Parking. ... so in a few .

2018-06-21 06:07 PM

Sure it's kwff14?  Can't find that username

2018-06-21 06:07 PM

https://venmo.com/code?
user_id=2027148369985536593

2018-06-21 06:07 PM

Ha, it's been a while since I've used it

44275

017

CT

Ch████████r

would also go away but it's lingering. And all I can do is wait. 😫 ......

Obviously if the baby is coming I would want to know if it's mine. But weighing a 99% chance im existentially and financially responsible for another being vs 1% chance I could opt out isn't close lol

Sorry about your case. I wish I could help... unfortunately I'm just a 25 year old that's never been in a relationship trying to not get disowned by my parents and be on the hook for 18 years... I can't help but be brutally honest since it is this late

Well even if I decide to keep it. I have to contribute to it if I have

Case 2:24-cr-00163-TS    Document 246-1    Filed 05/16/26    PageID.15234    Page 25 of 225



—8473 ›

Mon, Jun 25, 12:39 AM

I was certain you were getting an abortion when this first game to light and that was hard enough to swallow.  I feel debilitated by this uncertainty

I don't take abortion lightly, I can barely live with myself knowing I'd do that.  But I can't be a real father to a kid at this point in my life.  Financially, emotionally, any way.  Neither you nor I are fit to be parents given our respective situations, probably not this 1% "LA guy" either.

The longer you wait the harder it's going to be to pull the trigger.  I don't know what you've been researching or who's been giving you advice but this will not play out favorably for anyone, guaranteed.  I can't sugar coat this since it's so late already...

iMessage

2018-06-24 10:41 PM

I'm coming across pretty bitter, sorry. Empathy over text is not my strong suit

2018-06-24 10:42 PM

If we lived closer I would be there with flowers and back rubs 🐻

2018-06-24 11:44 PM

I'll do better. Can we talk live sometime soon?

2018-06-24 11:59 PM

I'm considering flying out to meet you too. Is that ok/do you think that would be helpful?

2018-06-25 01:23 AM

I want to do more to be there for you. I'm on your team here, don't forget that 😄

2018-06-25 02:19 AM

Great, you can pay for the NIPP prenatal abortion test. It's good to get an early start. It's $999

020

44298

2018-09-08 09:59 PM



2018-09-09 07:58 AM



021



| Length | Weight |
|--------|--------|
| **15-17** | **2.5-3.8** |



Still pregnant. 🤰 It's a boy.  Let's talk about it Nov./ Dec.

2018-09-09 01:07 PM

Wow that's big.  Do you have a more accurate due date?

2018-09-09 01:17 PM

EDD is 11/25.... but only 5% are born day of....I mean a DNA test is a must. But knowing wat me & u did vs what me and LA lawyer did.. chances it's his r slim...😳. 😉, Im sure you've done some research. U take care of it more u pay less. Less care= pay more. And ur pmts barely covers it's daycare, so I'll def have to find employment. My Case is going to trial in dec. so I'll know wat my record is like after so then I'll look for employment.

44301



-8473

Well regardless of guy #2 I want peace of mind on this. It's too close to the due date for me to not know and act accordingly because I need to tell my parents and start planning financially if it's me.

I'm between jobs right now too so figuring this out is important before accepting any offers.

Do you have a preferred lab for NIPP?

Oh ur going to go for the lower paid 2nd job to manipulate ad lower ur income. So much for being the Dead beat dad.

... that's an assumption and a

IMessage

  

      

023

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# E

**DESCRIPTION**

Certificate of Live Birth for "the child" CT (V1) Wang

**DATE / ITEM**

Nov. 26, 2018 / Jan. 17, 2019

**SOURCE PDF PAGES**

24

**FACT SUPPORTED / USE**

Confirms child's birth date, place of birth, parent information appearing in later custody/protective-order materials.

Exhibit E  |  IC3 Complaint Appendix

## STATE OF UTAH
### CERTIFICATION OF VITAL RECORD

## Certificate of Live Birth

| ███████ | ███████ | ███████ |
| --- | --- | --- |
| Child First | Child Middle | Child Last |

Sex of Child: **Male**　　　　　　　Date of Birth: ████████ **2018**

Birth Weight: **07 lbs 13 oz**　　　Time of Birth: **23:45**

City of Birth: **Orem**　　　　　　County of Birth: **Utah**

Birth Attendant: **Wolsey, Brian L, M.D.**　　Place of Birth: **Timpanogos Regional Hospital**

### Kailin Wang
Mother's Maiden Name

Mother's Date of Birth: **January 20, 1983**　　Mother's Place of Birth: **China**

Resident City: **Los Angeles**　　Resident State/Country: **California**

Date of Registration: **December 4, 2018**　　SSA Card Requested: **Yes**

State File Number: **2018 44312**

Date Issued: **January 17, 2019**

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext. This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Richard J. Oborn, MPA
State Registrar
Rev. 1/16

065897663

UTAH DEPARTMENT OF HEALTH
Office of Vital Records & Statistics
Salt Lake City, Utah

SALT LAKE COUNTY HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

024

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

## EXHIBIT



# F

**DESCRIPTION**

Email chain to Father  and Mother to CT (V1) and forwarded to  CT (V1)

**DATE / ITEM**

Dec. 5–6, 2018

**SOURCE PDF PAGES**

25-26

**FACT SUPPORTED / USE**

Shows contemporaneous notice to CT (V1) family about the child's birth, paternity/support issues, and the abortion-clinic allegations.





## Regarding Ch█████ ████████

6 messages

---

**Lanie Lee** <lancewr12@gmail.com>                                           Wed, Dec 5, 2018 at 4:59 PM
To: ████@stanford.edu

I apologize for platforms I've used to reach out but I don't know your contact info.
But this is urgent.

I just delivered your son Christoffer's son on 11/26/18.
We met while I was visiting SF around 3/4/18.

I became aware I was pregnant on 6/20/18 and informed Christoffer whom wanted an abortion. I then drove 600 miles alone to  an abortion clinic Christoffer would not wire me the remaining cost of the abortion and I was left stranded and did not end up getting the abortion. (See Text)

Since then your son has contributed $0 towards the pregnancy and did not even text to see how the delivery of his son went even though he knew the due date.

I have filed for establishment of paternity and for child support but wanted to inform you about your grandson and once paternity has been established maybe you can discuss w/ Christoffer what type of role he will be taking as a father.

**2 attachments**



**6:22:18.png**
446K

**████** copy.jpg
709K



---

**██ ████████ ████**nt@google.com>                                           Wed, Dec 5, 2018 at 5:12 PM
To: ███ ████████ <████████████gmail.com>

I guess she found me on Tuesday Stanford web site too.  Probably looks at my role and thinks we have money.
[Quoted text hidden]

**2 attachments**





**6:22:18.png**
346K





███████ **copy.jpg**
709K

---

███████████████ gmail.com>                                                    Wed, Dec 5, 2018 at 5:29 PM
To: ████████ < ████ google.com>

Strange that her name in this message is Lanie Lee, but her Linked In is Kay W., and I thought I saw something somewhere with the name of Kailin Wang, but now I can't find where I saw that?


gmail.com | 650-464-6034 cell

[Quoted text hidden]

---

███████ < ████████████ gmail.com>                                            Wed, Dec 5, 2018 at 5:32 PM
To: ████████ < ████ google.com>

Now I see where I found the Kailin Wang reference -- if you click on her linked in page on the contact info link, it says linkedin.com/in/kailinwang14


gmail.com | 650-464-6034 cell

[Quoted text hidden]

---

████████ < ████ google.com>                                                   Thu, Dec 6, 2018 at 1:00 AM
To: Ch████████ <ch█████████████ gmail.com>

see attachments


· ███ C. █████ en

00057

026

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# G

**DESCRIPTION**

Facebook/phone screenshot with image metadata

**DATE / ITEM**

Dec. 16, 2018

**SOURCE PDF PAGES**

27

**FACT SUPPORTED / USE**

Shows contemporaneous social-media screenshot and metadata context connected to the CT (V1)-family communications.

Exhibit G  |  IC3 Complaint Appendix

000025

 Back

 ▓▓ ▓▓▓▓▓ ✕

**Something went wrong**

Please check your connection and try again.

Try Again

View Profile on Facebook

## Info

Add a description

DETAILS

📅 **Dec 16, 2018**
Sun, 6:49 PM   GMT-07:00

🖼️ **IMG_3126.PNG**
2.7MP   1242 × 2208   169.8 KB

📍 Spanish Fork, UT



000025

027

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT



# H

**DESCRIPTION**

Medium article printout: data scientist at Square allegedly impregnated and abandoned his son

**DATE / ITEM**

Dec. 25–26, 2018

**SOURCE PDF PAGES**

28-47

**FACT SUPPORTED / USE**

Shows the public article and embedded text-message screenshots underlying later allegations, including the relationship timeline, pregnancy, abortion-clinic incident, Venmo transfer, due-date communications, and child-support filings.

Exhibit H  |  IC3 Complaint Appendix

# Ch████ Th████ Data Scientist @ Square impregnated me and then abandoned his son.

 ████████ Son ( Follow )

Dec 25 · 8 min read



EXHIBIT 30
WIT: K. Wong
DATE: 9/27/19
CitiCourt, LLC

028



a Data Scientist at Square Inc. impregnated me and then abandoned his son.

I matched with ████████ on Tinder on 2/14/18, he called that night and was available to hang out on Valentine's day but I ended up hanging with other friends.

████████ then invited me to a concert that Friday in Oakland but I ended up flaking and went to dinner at "Waterbar" instead.

He texted " I'd hate for us to be a misconnect " and to keep him in mind when I was back in SF. I had a procedural matter the following week and ended up in SF again.

We met in person on 2/28/18 and went to "The Snug" in Pacific Heights.

I thought he was fun but only 25 as I was 35. ████████ texted to meet the following night, and then again the night after to ask me to a 4-star dinner, I had plans both those nights but on my last night in SF I agreed to meet him for dinner on 3/4/2018. We went to dinner at " Bar Crudo" and after dinner, I went to his house in Inner Ridgemont. We had intercourse that night and ████████ never offered to use a condom.

After I left San Francisco, ████████ kept in touch by sending a slew of messages and nudes on SNAP chat he would SNAP " I have to see you again", I replied but did not send any photos in return. On 6/16/2018 he texted he was going to be in New York, and asked if I was going to be there. I replied I was going to be in London, and he asked when I was going to be in San Francisco again, and that if I should visit and he'd make it worth my while by taking me to a 5-star restaurant instead of the 4 stars one he previously took me to.



On 6/20/2018 I found out I was pregnant and informed him the same day. He wanted an abortion and though I was hesitant I agreed. I was in Utah at the time and due to the stiff abortion laws, I had to drive to Las Vegas to get the abortion. ███████ never offered to

accompany me to get the abortion and I had to hound him for the abortion costs. I then drove 400 miles to Las Vegas alone to get the abortion. When I called the abortion clinic they estimated the cost of the abortion to be $550. ▮▮▮▮▮▮ wired me $550 via Venmo on 6/21/2018.

032



Makes sense. I think since it's so late, don't bother investigating medicaid--just schedule an appointment

For both of our sanity's sake, I don't want to miss whatever remaining window we have to follow through with this. Would definitely be a disaster 😅

And also if you weren't already planning on visiting, you definitely should soon. I'll bring the plan b this time 😌

Not the time for jokes or horniness but those are two of my best coping mechanisms...

Also sounds like a really unlucky Miami visit... I thought that city was supposed to have all the cuties. Unlucky Utah legislation too 😕

033



# Kailin Wg
## @Kaywg60



$0.00 in Venmo    Transfer to Bank

| | Standard Transfer | $554.00 |
|---|---|---|
| | 2h 🔒 | |
| | Estimated to arrive on June 25, 2018 | |

| | Chr██████ ████████ paid you | + $550.00 |
|---|---|---|
| | 18h 🔒 | |

**gambling fund**

♡    💬



I went for the abortion on 6/22/18, and after the ultrasound, the nurse told me the baby was 17.6 weeks old and the cost would be $1100. I then texted ████████ asking for the remaining cost of the abortion. He texted " how much do you need"? and when I responded he went

034

silent. I called, and texted but was met with only silence. The nurse told me if I did not pay the full $1100 that my appointment will have to be canceled and that if I decided to reschedule the abortion would be $1500 as the baby was going to be 18 weeks old. ███████ did not respond for almost 3 hours and my abortion appointment was canceled.

https://medium.com/@lancewr12/christof███████en-currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f    8/22



_____ was frantic when he did reappear, and though he stated he was not ready to be a father, he also texted that if the baby was coming he wanted him/her to be set up for the best possible life. He also texted

036

https://medium.com/@lancewr1_____ h-currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f 9/22

that he would not live with himself by just being a paycheck and doing the bare minimum of being a father.



In the remaining 5 months of my pregnancy, I did not hear from
███████ until 9/11/18 when I informed him of my delivery due date
of 11/25/18 and sent him ultrasounds of the baby, he did not respond
to the ultrasounds.





038

https://medium.com/@lancewr12/███████████currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f        11/22



https://medium.com/@lancewr12 currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f 12/22



He last texted on 10/11/18 and offered to pay for a Pre-natal Paternity Test. I was taken by surprise as he has been completely absent my entire pregnancy. ▬▬▬ told me the reason why he wanted a paternity test before the baby was born is that he was in between job and before

https://medium.com/@lancewr12▬▬▬currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f 13/22

taking any offer wanted to know if he is the father. He then said that if he is the father he'd like to be there and that he wanted to get his parents on board as this will be their first grandchild. I called several clinics about this Pre-natal paternity test and was told that Natera is the lab that conducts this test and results are almost always inconclusive. I informed ▇▇▇▇▇▇ that it would be better to just wait until the baby was born and he never texted back.

041

https://medium.com/@▇▇▇▇▇▇▇▇▇▇▇▇currently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f          14/22



T-Mobile 9:29 PM

-8473 >

Thu, Oct 11, 2:44 PM

Well regardless of guy #2 I want peace of mind on this. It's too close to the due date for me to not know and act accordingly because I need to tell my parents and start planning financially if it's me.

I'm between jobs right now too so figuring this out is important before accepting any offers.

Do you have a preferred lab for NIPP?

Oh ur going to go for the lower paid 2nd job to manipulate ad lower ur income. So much for being the Dead beat dad.

... that's an assumption and a half but ok. Trying to problem solve here.

U know we really don't have to b discussing this at all until that...

   iMessage

      

042

https://medium.com/@lancewr12/ urrently-recently-a-data-scientist-at-square-impregnated-me-and-then-d9651b97213f 15/22



It is much better for me to have certainty before the due date because I'd want to be there if it's mine and tell my parents ahead of time.  The price is no object

U can b there when paternity is established and it's not a still born or something

There's this huge issue of jurisdiction

It could potentially be my parents first grandchild and I think I'm being very inconsiderate to them to either keep them in the dark or say "well maybe it's mine"

It's complicated. I'd like to remain amicable so we're not stuck w/ a Huge legal bill.

Well I don't make the laws, I can't change that the child has to b born before paternity is established. I'd

He never even texted or inquired about the birth of his son after he was born.

I then reached out to  parents and sent them pictures of their grandson and was subsequently blocked by his father and then

043

████ blocked me on Instagram.

During my entire pregnancy through delivery of our baby, ████ has contributed nothing emotionally nor financially. He then blocked me on Instagram for no reason, that struck my last nerve.

This shows what kind of guy ████ really is, his actions speaks volumes as to his concern about the well-being of his child, his character, and his self-respect as a man.

Does he have any idea what this has put my family through????
I've had to ask my parents, who are on a fixed income, to help me out physically and financially with ████ Son. I'm trying to plan for the rest of my life that I am not able to work and cannot afford daycare.

I just wanted this child to know both their parents.
It is so selfish for ████ to claim, "Well if it's that hard maybe you should have not had it." Parenting alone doesn't scare me. Supporting it alone while working full time and needing childcare, that does scare me. A lot. Just like making ends meet through this time scares me, and having enough to get by during maternity leave scares me. Companies are not obligated to pay you during that time. I wonder what they expect women to do?

He just came inside me and left me with this baby.

████ irresponsibly ejaculated inside me and left me with his Baby!!!!!!!!

It also breaks my heart to look at my son and see that his father ████, abandoned him and he will grow up with no male role models. We live in a time where dysfunctional kids shoot up schoolsm it frightens me to the core that ████ created a son and left him if as getting a women pregnant is equivalent of taking a public toliet.

A child who is abandoned by either parent struggles to believe he is worth of love. Children always believe that somehow it was their fault or as they grow older sometimes will blame the other parent for the abandonment. For boys they struggle to know what and how a man should be as a person, husband and father without a solid role model, for a girl she struggles the same way and has no idea what qualities to look for in a husband and father in her adult life and often chooses

044



wrong men who only deepen the feelings of worthlessness that began with the abandonment of her father.

This can lead to wounding that will result for many years finding confidence and a feeling wor worthiness.

What kind of example does ███████████ think he is setting for his son? When his son is of age, he will look at his father who abandoned him and that if he has unprotected sex and gets a girl pregnant he will look to his father, ████████, who set an example as a man who fleed from his responsibility. This is this the role model ████████ wants to be. Apparently.

It is easier for ████████ to just block the women he impregnated even though during their brief courtship and even the pregnancy he initiated 100% of the texts.

Is this what his Ivy League family raised ████████ Stanford ████████ to be?

I did not choose to have a baby just because I couldn't have an abortion at 18 weeks!!!!!. Does he have an idea what a 18-week baby looks like? It is fully developed with all of his/her organs.

045



046

18 Week Fetus; ▮▮▮▮▮▮▮▮▮▮▮ pressured me into killing this life.

I didn't choose this any more than he did. What I did choose is to make sacrifices in order to make this work, because I know in time I will find my balance and the reward will far outweigh any loss of selfish and petty indulgences.

He has put me and my family through so much, and I am stranded with his child.

It is so selfish of him to act like none of this is going on that he can just go on with his life and just ignore all of this. His public image as a man who grew up in Menlo Park, from a good family of 4 who is a part of the community, a graduate from Carnegie Mellon currently working as a Data Scientist at Square. ▮▮▮▮▮▮▮▮▮▮ who is in the band Eastend Mile,.......

who cares... but
really he went MIA after I told him I was pregnant and he has willfully

decided to be a deadbeat father in every way possible.

███████████ who was willing to take me a 5-star restaurant when he was trying to sleep with me, to contributing nothing to his son.....this is truly heartbreaking.

I am left with no choice but to sue him for Child Support.

I am deeply saddened that ███████████ will be no more than a measly paycheck, who has never visited his son.

@███████████n @no███████ @eastendmile







**Case Access**

CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Case Number. 18CWCS16140
COUNTY OF LOS ANGELES VS THYCESEN, CHRISTOFFERS STANFORD

Filing Courthouse   Central Civil West Court case

Filing Date: 12/11/2018
Case Type  Dept  of Child Support Services (DCSS) (General jurisdiction
Status  Open 12/11/2018

PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

COUNTY OF LOS ANGELES   Petitioner

████████ HRISTOFFER S · Respondent

WANG KAILIN · Other Parent

DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)
12/21/2018 Proof of Service (Proof of Service )

12/11/2018 DSU · Summons and Complaint (Summons and Complaint )

**047**

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



**DESCRIPTION**

Family-court/TRO filing cover page by Darrick T. Chase for CT (V1)

**DATE / ITEM**

Jan. 3–4, 2019

**SOURCE PDF PAGES**

48

**FACT SUPPORTED / USE**

Places the dispute into the California family/DVRO litigation timeline before the later IC3-related reports.

Exhibit I | IC3 Complaint Appendix

To:    Page 2 of 5                          1/3/2019 15:06:35 PST                    14154493668  From: Barbara Mos

FL-610



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DARRICK T. CHASE, ESQ.    SBN: 151256<br>KAYE•MOSER•HIERBAUM•FORD LLP<br>101 California Street, Suite 2300<br>San Francisco, CA 94111<br>TELEPHONE NO. (Optional): (415) 296-8868    FAX NO. (Optional): (415) 495-1771<br>E-MAIL ADDRESS (Optional): dchase@kayemoser.com<br>ATTORNEY FOR (Name): Christoffer Stanford Thygesen | FILED<br>Superior Court of California<br>County of Los Angeles<br>JAN 09 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Maria Aguilar |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 600 South Commonwealth Ave.
MAILING ADDRESS: 600 South Commonwealth Ave.
CITY AND ZIP CODE: Los Angeles, CA 90005
BRANCH NAME: Central Civil West Courthouse

PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES

RESPONDENT/DEFENDANT: CHRISTOFFER STANFORD THYGESEN

OTHER PARENT: KAILIN WANG

| ANSWER TO COMPLAINT OR SUPPLEMENTAL COMPLAINT REGARDING PARENTAL OBLIGATIONS | CASE NUMBER:<br>18CWCS16140 |
|---|---|

## YOU MUST FILE THIS ANSWER WITH THE COURT IF YOU WISH TO OPPOSE THE LAWSUIT

If you disagree with the proposed judgment attached to the Summons and Complaint, you must file this Answer with the court clerk within 30 days of the date you were served with the Complaint. File the original Answer with the court clerk at the address for the superior court stated above and serve a copy on the local child support agency. Keep a copy for your records.

1. **PARENTAGE:** I am the parent of the following children:

| | Name of child | Date of Birth |
|---|---|---|
| ☐ Yes  ☒ No | ████ N ██████ N ████ G | ████ 2018 |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☐ No | | |

   ☐ Additional children are listed on a page attached to this Answer.

2. I request a genetic test to determine parentage be done for all children for whom I have checked a "No" box above. I understand that the local child support agency will pay for the cost of the testing now, but that I may have to repay those costs if the court decides that I am the parent.

3. **CHILD SUPPORT**
   a. ☐ I agree to pay support as stated in the proposed judgment.
   b. ☐ I disagree with the support requested. Attached is my completed Income and Expense Declaration (form FL-150) or Financial Statement (Simplified) (form FL-155). NOTE: You can file this Answer without either of these forms.

4. ☒ I disagree with the proposed judgment for the following reasons (specify):

I disagree with the proposed judgment because I deny I am the parent of ████████████ on ████. I request genetic testing to determine parentage of ████ ████████████ per paragraph 2 above.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-610 (Rev. January 1, 2003) | **ANSWER TO COMPLAINT OR SUPPLEMENTAL COMPLAINT REGARDING PARENTAL OBLIGATIONS**<br>(Governmental) | Page 1 of 2<br>Family Code, §§ 17404,<br>17404, 2330.1<br>www.courtinfo.ca.gov<br>Martin Dean's Essential Forms |

048

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

## EXHIBIT



# J

**DESCRIPTION**

Utah Bureau of Vital Records receipt for birth certificate request; customer listed as Chris Bertram

**DATE / ITEM**

Jan. 17, 2019

**SOURCE PDF PAGES**

49

**FACT SUPPORTED / USE**

Supports the existence of third-party/private-investigator activity involving the child's birth records.

Exhibit J  |  IC3 Complaint Appendix

Bureau of Vital Records                     July 28, 2020
Vital Records Receipt

2020 JUL 30  PM 1:08

Request Number: 3036839
Request Type:    Counter                    FOURTH ... ...
Customer Name:   Chris Bertram                     PROVO

| Description | Quantity | Amount |
|---|---|---|
| Birth Certificate  1/17/2019 | 1 | 20.00 |
| Total Charges | | 20.00 |

Payment Method(s): Credit

Clerk: TiffanyFitzpatrick

Bureau of Vital Records                     July 28, 2020
Vital Records Receipt

Request Number: 3036839
Request Type:    Counter
Customer Name:   Chris Bertram

| Description | Quantity | Amount |
|---|---|---|
| Birth Certificate | 1 | 20.00 |
| Total Charges | | 20.00 |

Payment Method(s): Credit

Clerk: TiffanyFitzpatrick

338

049   AA 999

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# K

**DESCRIPTION**

Bertram & Associates Private Investigations webpage

**DATE / ITEM**

Sept. 25, 2020 printout

**SOURCE PDF PAGES**

50

**FACT SUPPORTED / USE**

Identifies the private-investigation entity connected to the birth-record receipt and gives background for the investigative-origin/private-actor narrative.

Exhibit K  |  IC3 Complaint Appendix



HOME | ABOUT US | TEAM | ASIP | CONTACT US

**Chris D. Bertram**
**Lou F. Bertram**
(801) 944-7310
P.O. Box 712532
SLC, UT 84171



## Lou F. Bertram

Founder of Bertram and Associates, has over 45 years of investigative experience and is a retired Special Agent with the Federal Bureau of Investigation (1968-1988). Lou started Bertram and Associates in 1989 and focused the business on private investigations, security consulting, including security consulting services during the 2002 Winter Olympics for a Fortune 500 Top 50 company.

Lou also taught at Salt Lake Community College as an adjunct professor for 20 years. He has run Service Industries, an alcohol training and liability program, since 1989. He is a court certified expert in Utah Dram Shop law and police operations. Lou is a third generation law enforcement officer.



## Chris D. Bertram

Chris has 25 years of law enforcement and investigative experience with a major county sheriff's office and police department. He retired as a Deputy Chief from the Unified Police Department of Greater Salt Lake / Salt Lake County Sheriff Office. Chris has a Master of Arts in Homeland Defense and Security from the Naval Postgraduate School (NPS) in Monterey, CA., and a MBA from City University of Seattle. He is a graduate of the FBI National Academy Session 223 at Quantico, VA in 2005. In addition, he is a graduate of the FBI Command College (2003) and Utah POST Command College (2004).

Chris has a wide range of investigative experience, law enforcement operational and tactical proficiency as well as homeland security and intelligence knowledge. He served with several federal and local investigative task forces. He was named Utah's Deputy Sheriff of the Year in 1997. Chris started his work with Bertram and Associates in 1990. He also teaches as an adjunct professor and assistant professor at both the college and university level. Chris is the fourth generation of law enforcement in his family.

1/2 4

379

050    AA 1000

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# L



**DESCRIPTION**

Email from Wang/Lanie Lee to Darrick Chase re paternity, visitation, child support, tax records, and Square compensation

**DATE / ITEM**

Feb. 3, 2019

**SOURCE PDF PAGES**

51

**FACT SUPPORTED / USE**

Shows pre-litigation/litigation communications about support and custody issues before later online-post allegations.

Exhibit L  |  IC3 Complaint Appendix

**Darrick Chase**

---

From: Lanie Lee <lancewr12@gmail.com>
Sent: Sunday, February 03, 2019 2:58 PM
To: Darrick Chase
Subject: Re: In Re ███████ and Wang

Dear Mr. Chase:

If the paternity confirms Ch██████ is the father what are his plans?

Is he going to excercise any visitation/custody rights?

If he plans to be in the child life I'll need to know what timeshare arrangement he is seeking.

If he is only contributing financially the full cost of daycare and life insurance on top of child support/insurance is requested.

As a part of financial disclosure, I am going to have to see what his 2018 tax return as well as recent paystubs. And if he files an extension I'm going to need to see his 2018 W-2 as well as his Square inc. RSU/Stock option plan statements. I am aware that Square inc. increases his RSU Plan if he is still with the company in Aug. 2019, that will have to be calculated into the child support or a modification will be filed later this year.

My current earning capacity is below min. wage as I am unable to find employment due to caring for █████ and a pending case that still has not been resolved. My entire 2018 wages have been from NJ unemployment which has since been exhausted.

To share in the support of caring for ██████ I will need to eventually seek employment and that is not possible without full-time daycare or Ch██████er helping to physically care for ████████

Regards,

Kailin Wang


On Fri, Feb 1, 2019 at 6:33 PM Lanie Lee <lancewr12@gmail.com> wrote:
I have as of 1/31/19.

Details in attached pic.

Regards,

Kailin Wang

1

051

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# M

**DESCRIPTION**

Facebook messages to CT (V1) family/associates with Medium article and abortion-related screenshots

**DATE / ITEM**

Feb. 7, 2019

**SOURCE PDF PAGES**

52-56

**FACT SUPPORTED / USE**

Shows the nature and content of messages later characterized as harassment, including links/screenshots to the public article.

Exhibit M  |  IC3 Complaint Appendix

8/27/2019



10:48 ✈

**David Wallace**
Messenger

# David Wallace

You and David aren't connected on Facebook

10:18 PM

Maybe you'll get to c ur Nephew at the hospital one day. As he is sick and on Welfare.



00076

052   1/1

8/27/2019                                     35 - FB message to E█████ Feb 7 p3.jpg





Ur nephew.

     Aa

8/27/2019



31 - FB message to E████ on Feb 7 p1.jpg

10:23



**David Wallace**
Messenger

If u do end up in politics I hope u make Abortions more accessible for women. So they aren't Abandoned at the Abortion Clinic like what Ch█████ did.



If you reply, David will be able to call you and see information like your Active Status and when you've read messages.

I don't want to hear from David



https://drive.google.com/drive/u/0/folders/15hVVCwLOZmma3NN9VXJ39rTaK2tz8yw6

00079

054    1/1

8/27/2019                                                    36 - FB message to ▮▮▮▮▮ Feb 7 p1.jpg

**10:32** ⌁
◀ Gmail                                                        ◦◦◦◦ 📶 🔋

## Done                    1 of 3

1:23 AM

Ur an Uncle now. 🙃. Don't
impregnate any girls like
Ch▮▮▮▮▮ , and if u do make
sure u cover their abortion
😉.



C▮▮▮▮ ▮▮▮▮ a Data Scientist at
Square Inc. impregnated me than abandoned
his son. ▮▮▮▮ r refused to wear a
condom and ejaculated inside me w/o telling
me. He then left me stranded at the Abortion
Clinic and then blocked me when his son was
born.

If you reply, David will be able to call you and
see information like your Active Status and
when you've read messages.

I don't want to hear from David

                                      

00082

https://drive.google.com/drive/u/0/folders/15hVVCwLOZmma3NN9VXJ39rTaK2tz8yw6

055    1/1



https://drive.google.com/drive/u/0/folders/15hVVCwLOZmma3NN9VX.t39rTaK2tzByw6

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

EXHIBIT



# N

**DESCRIPTION**

CT (V1) supplemental declaration in support of DVRO/custody orders

**DATE / ITEM**

Mar. 4, 2019

**SOURCE PDF PAGES**

57-59

**FACT SUPPORTED / USE**

Shows the opposing narrative: alleged stalking of CT (V1) and family, fear for the child's safety, and claimed service attempts/investigator observations.

Exhibit N  |  IC3 Complaint Appendix

DARRICK T. CHASE, ESQ. (CSB #151256)
KAYE●MOSER●HIERBAUM ●FORD LLP
101 California Street, Suite 2300
San Francisco, CA  94111
Telephone:  (415) 296-8868
Facsimile:  (415) 495-1771
Email:     dchase@kayemoser.com

Attorneys for Petitioner
CH███████ STANFORD ██████

ENDORSED
FILED
San Francisco County Superior Court

MAR – 4 2019

CLERK OF THE COURT
BY: _____
            Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CH███████ STANFORD ██████<br><br>Petitioner,<br><br>v.<br><br>KAILIN WANG<br><br>Respondent. | Case No. FDV-19-814465<br><br>**DECLARATION OF CHRISTOFFER STANFORD █████ IN SUPPORT OF THIS REQUEST FOR DOMESTIC VIOLENCE PROTECTIVE ORDERS AND CUSTODY ORDERS**<br><br>Date: March 6, 2019<br>Time: 8:30 a.m.<br>Dept: 404 |

I.    **Update**

1.    This declaration supplements the declaration of February 15, 2019 by providing additional information and updating the court on events that have taken place since then, including further disturbing actions that lead me to believe my son is not healthy or safe.

II.    **Ms. Wang is Stalking Me and My Family**

2. Since my February 15, 2019 declaration, my lawyer has been able to further quantify the harassment and stalking that is targeting me and my family. Exhibit Z is an index of over 100

057

The person she had traveled to find is the victim in the Utah criminal prosecution against Kailin.

## IV.    I Am Terrified For The Safety Of My Son

15. I don't know where Ms. Wang is. She has disappeared and has thus far successfully evaded service of this Court's February 15, 2019 DV-110 Temporary Restraining Order (CLETS-TRO).

16. I don't know where my son is. I desperately fear that he is in danger, and given Ms. Wang's extreme conduct toward me and others I believe that any other reasonable parent would feel the same way.

17. I've learned that Ms. Wang has mental health issues. (2/15/2019 RDVRO, Exhibits L and I.)

18. The pace of the incoming harassment shows that she's compulsive.

19. She is not acting rationally. Publishing this unlawful content destroys my prospects, network, and life, including my ability to provide for my child.

20. Her most disturbing posts are about dead babies.

21. She also posts that the baby is sick, starving, and has severe jaundice. Infants require around the clock care. Ms. Wang's posts don't suggest that my son is okay. Instead they suggest that he is sick, and that she is full of compulsive rage. He's not getting the care that he needs, and she enjoys dangling an infant in the crosshairs of her sick stalking campaign.

22. I have trouble sleeping. I have trouble concentrating. My mind is consumed with what she will do next, and when can I rescue my son. I need to know that my son is safe.

## V.    ███ Will Be Safe With Me

23. I will strive every day to be the best father to this little boy. I know that my son will thrive in our care. When I say "our" I mean, yes, primarily me as the father, but I also I have an incredible family alongside me and we, as a team, embrace this baby with unwavering love and support. He will thrive; be treasured; and, he will be the light of our lives.

24. The evidence indicates that Ms. Wang wants to destroy me, and everyone related to me. Who is more related to me than the infant in her care?

## VI.    Ms. Wang is Evading Service and Hiding Herself and ███

25. **Attempted Process Service in Utah**: Ms. Wang was in Spanish Fork, Utah on February 11, 2019 for a pretrial conference in Spanish Fork City v. Kailin Wang, Case No. 171301350 (filed

November 22, 2017) on 20 counts of criminal harassment. My investigators witnessed Ms. Wang's mother and Ms. Wang arrive at the Court house for her hearing. They had the baby with them.

26. Beginning on February 15, 2019, I attempted, through the Office of the Utah County Constable to serve Ms. Wang at her parents' home in Spanish City. I believed that Ms. Wang was with her parents and we would be able to effect service at her parent's home.

27. In Mr. Chase's email to Ms. Wang on 12/27/18, he said, "I understand you are residing with your parents at 2481 Fairway Drive, Spanish Fork, UT 84660. Please confirm that for me." Ms. Wang's reply to Mr. Chase on 12/28/18 said, "I am currently in between 3 states, and am only in Utah due to my pending case which requires my mandatory monthly appearances. And ███ has been in between New York, Utah and California since birth. The Utah address can be used as a mailing address only."

28. See, Exhibit J-1, document titled AFFIDAVIT OF NON-SERVICE. The affidavit lists 9 attempted serves with brief descriptions.

29. Ms. Wang's father refused to cooperate. It is not credible that her parents did not have a contact number for Kailin, did not attempt to contact her, and claimed they had no idea where she was. But, if they had the baby, and they had no idea where she was, then, again, she must have left the baby with her parents.

30. Utah Constable Ben Stowell went in person to see Ms. Wang's criminal defense lawyer, Ed Brass, at Mr. Brass' office on 2/19/2019, identified himself, that he had process to serve for Ms. Wang, and requested that Mr. Brass accept service for her. Constable Stowell reports that he was told by Mr. Brass' secretary that **Ms. Wang had instructed the office to not accept service** for her. See, Exhibit K-1, AFFIDAVIT ON NON-SERVICE.

31. Mr. Chase emailed Mr. Brass on February 20, 2019. Mr. Chase requested Mr. Brass notify Ms. Wang that there was a DV-110 Temporary Restraining Order (CLETS-TRO) to be served on her, and other required documents which were itemized in the email, requested Mr. Brass ask Ms. Wang to allow a meeting with the Utah Constable to effect service of the listed documents.

32. Mr. Chase did not receive a reply. See Exhibit L-1. I believe it is reasonable to infer that Mr.

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# O

**DESCRIPTION**

Email to Darrick Chase transmitting DNA Results

**DATE / ITEM**

Feb. 11, 2019

**SOURCE PDF PAGES**

60

**FACT SUPPORTED / USE**

Supports that paternity-related evidence was being exchanged with opposing counsel before the March 2019 escalation.

Exhibit O | IC3 Complaint Appendix

**Darrick Chase**

| | |
|---|---|
| **From:** | Lanie Lee <lancewr12@gmail.com> |
| **Sent:** | Monday, February 11, 2019 2:40 PM |
| **To:** | Darrick Chase |
| **Subject:** | DNA Results |



1

060

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# P

**DESCRIPTION**

SFPD Chronological Report of Investigation, page 1

**DATE / ITEM**

Feb. 13, 2019

**SOURCE PDF PAGES**

61

**FACT SUPPORTED / USE**

Shows the investigation was opened after Father  CT (V1) reported harassment/stalking concerns and told SFPD about alleged prior stalking convictions involving other men.

Exhibit P  |  IC3 Complaint Appendix

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL OF INVESTIGATION

Page 1 of 31

| TYPE OF CASE | CASE NO. | VICTIM |
|---|---|---|
| Stalking/Harassment | 190112228 | ██████████████████ ████ ████ |

| DATE | DETAIL | INSPECTOR ASSIGNED |
|---|---|---|
| Wednesday, February 13, 2019 | Special Investigations Division | Martinez #1208 |

| DATE | TIME | ACTIVITY |
|---|---|---|
| 2/13/19 | 1700 | Lt. O'Connor advised me that (R) ████ █████████ and his family are being harassed, and possibly stalked by a woman who had a child with his son, Christoffer █████████. A. █████████ believes that the woman has prior convictions for stalking other men. |
| | 1739 | I spoke with (R) ████ █████████ via telephone. In summary, A █████████ told me the following:<br><br>█████████ lives in Menlo Park with his wife. They have four children together. Their son, Chr█████ █████████ is 26, and lives in San Francisco. C. █████████ met (S) Kailin Wang on Tinder, they had an intimate relationship, and she became pregnant. The baby was born on ██████████. On 2/11/19, a DNA test confirmed that C. █████████ is the father of the child.<br><br>Wang has been harassing C. █████████ since Christmas, but it has been escalating. A. █████████ told me that Wang has posted a variety of defamatory articles online about C. █████████ and is reaching out to his friends and family. A. █████████ told me that he has attempted to have these defamatory articles removed from various websites, but not every website has complied.<br><br>A █████████ hired a Private Investigator to look into Wang's background. The PI found that Wang had been convicted in New York (5 years ago) for stalking and harassing a man she had met. In that case, Wang threatened to go over to his apartment with a gun. She also threatened to kill herself.<br><br>A. █████████ told me that there is also a current case involving another San Francisco man. In this case, there are 20 counts pending in the Utah Courts.<br><br>A. █████████ said that Wang's parents live in Utah, and that may be her home base, but she also appears to be traveling quite a bit.<br><br>Wang has made no direct threats towards anyone, and has not requested money, or asked for anything from A. █████████<br><br>A. █████████ told me that he will email me the information that he has on Wang, including what she has posted online.<br><br>A. █████████ told me that he will be filing a restraining order against Wang within the next few days. A cease and desist letter was sent to Wang in early July, which she responded to. However, she has continued to post articles about C. █████████<br><br>Kailin Wang<br>DOB: 1██████ |

061

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# Q

**DESCRIPTION**

California DV-110/DV-140/DV-145 temporary restraining, custody, visitation, travel, and passport-related orders

**DATE / ITEM**

Feb. 15, 2019

**SOURCE PDF PAGES**

62-70

**FACT SUPPORTED / USE**

Provides the temporary California order framework, including custody and passport/vital-document restrictions, used in later custody and criminal-investigation narratives.

Exhibit Q  |  IC3 Complaint Appendix

| DV-110 | Temporary Restraining Order |
|---|---|

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

**① Name of Protected Person:**
C███████ S███████ D████████

Your lawyer in this case *(if you have one):*

Name: DARRICK T. CHASE, ESQ.    State Bar No.: 151256
Firm Name: KAYE·MOSER·HIERBAUM·FORD LLP

Address *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 101 California Street, Suite 2300
City: San Francisco    State: CA    Zip: 94111
Telephone: (415) 296-8868    Fax: (415) 495-1771
E-mail Address: dchase@kayemoser.com

**② Name of Restrained Person:**
KAILIN WANG

Description of restrained person:

| | |
|---|---|
| Sex: ☐ M ☒ F   Height: Approx. 5'4"   Weight: Approx. 130   Hair Color: Brown   Eye Color: Brown/Hzl | |
| Race: Asian   Age: 36   Date of Birth: 1/20/1983 | |
| Address *(if known):* UNKNOWN (WANG MAY BE TEMP. AT 2481 FAIRWAY DR., SPANISH FORK, UTAH 84660) | |
| City: LOS ANGELES COUNTY PER CHILD'S BIRTH CERTIF.   State: CA   Zip: Unknown | |
| Relationship to protected person: MOTHER OF HIS CHILD | |

**③ ☒ Additional Protected Persons**

In addition to the person named in ①, the following persons are protected by temporary orders as indicated in items ⑥ and ⑦ *(family or household members):*

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| █████████ | MOTHER | FEMALE | 62 |
| █████████ | FATHER | MALE | 57 |
| █████████ | SISTER | FEMALE | 28 |

☒ *Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-110, Additional Protected Persons" as a title.*

*The court will complete the rest of this form.*

**④ Court Hearing**

*This order expires at the end of the hearing stated below:*

| Hearing Date: 3/6/2019 | Time: 8:30 | ☒ a.m. ☐ p.m. |
|---|---|---|

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

Temporary Restraining Order
(CLETS—TRO)
(Domestic Violence Prevention)

DV-110, Page 1 of 6
→
Westlaw Doc & Form Builder

Clerk stamps date here when form is filed.

ENDORSED
F I L E D
San Francisco County Superior Court

FEB 16 2019

CLERK OF THE COURT
BY: LOUISA SALAS
Deputy Clerk

Fill in court name and street address:
Superior Court of California, County of
San Francisco
400 McAllister Street
San Francisco CA 94102

Court fills in case number when form is filed.
Case Number:
FDV-19-814465

062

DocuSign Envelope ID: A6EE3294-FC22-4A75 .0-23BD5D3637F5

| | Case Number: |
|---|---|

**(27) Describe Abuse (continued)**

Has the person in (2) abused you (or your child(ren)) other times?

b. Date of abuse: <mark>STARTED 12/24/2018. SEE ATTACHMENT DV-100</mark>

1. Who was there? n/a

2. Describe how the person in (2) abused you or your child(ren):
PLEASE SEE ATTACHMENT DV-100: DECLARATION OF ███████████ ██████
IN SUPPORT OF REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDERS

☒ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

3. Did the person in (2) use or threaten to use a gun or any other weapon? ☒ No  ☐ Yes *(If yes, describe)*:

4. Describe any injuries: PLEASE SEE ATTACHMENT DV-100: DECLARATION OF CHRISTOFFER S.
████████ IN SUPPORT OF REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDERS.

5. Did the police come? ☒ No  ☐ Yes

If yes, did they give you or the person in (2) an Emergency Protective Order?

☐ Yes  ☐ No  ☐ I don't know  *Attach a copy if you have one.*

The order protects ☐ you  or  ☐ the person in (2)

*If the person in (2) abused you other times, check here ☐ and use Form DV-101, Description of Abuse or describe any previous abuse on an attached sheet of paper and write "DV-100, Previous Abuse" for a title.*

**(28) Other Persons to Be Protected**

The persons listed in item (3) need an order for protection because *(describe):* PLEASE SEE ATTACHMENT DV-100: DECLARATION OF CHRISTOFFER STANFORD THYGESEN IN SUPPORT OF REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDERS.
ITEM 9: I believe Ms. Wang has or had a gun because of statements she made to Rory Will per Mr. Will's Affidavit submitted as Exhibit K. Kailin Wang v. Rory Will, No. 12975/2014 (Sup. Ct., Queens County; affidavit filed May 26, 2015. Please see paragraph 59 of his affidavit. Please see Exhibits J and L regarding The People of the State of New York vs. Kailin Wang, No. 20217-2013 (N.Y. County Crim. Ct. 10/25/2013 arrest; 11/05/2014 conviction by plea).

**(29)** Number of pages attached to this form, if any: _____ 1 _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: February 15, 2019

CH████████ ████████████████ █

*Type or print your name*

Date: February 15, 2019

DARRICK T. CHASE, ESQ.

*Lawyer's name, if you have one*

DocuSigned by:
███████████
Sign ████ ████

*Lawyer's signature*

**This is not a Court Order.**

Revised July 1, 2016

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 6 of 6

377

063

Case Number:

(5) ☑ **Criminal Protective Order**

    a. ☐ A criminal protective order on Form CR-160, *Criminal Protective Order—Domestic Violence*, is in effect.
       Case Number: _____ County: _____ Expiration Date: _____

*pr·*    b. ☒ No information has been provided to the judge about a criminal protective order *(with regard to requesting person)*

**To the person in ❷**

**The court has granted the temporary orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

*pr·*

(6) **Personal Conduct Orders**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:

    a. You must not do the following things to the person in ① and ☒ ~~persons in ③~~ DENIED PENDING HEARING

       ☒ Harass, attack, strike, threaten, assault *(sexually or otherwise)*, hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate *(on the Internet, electronically or otherwise)*, or block movements

       ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means

       ☒ Take any action, directly or through others, to obtain the addresses or locations of the persons in① *and*③. *(If this item is not checked, the court has found good cause not to make this order.)*

    b. Peaceful written contact through a lawyer or process server or another person for service of Form DV-120 *(Response to Request for Domestic Violence Restraining Order)* or other legal papers related to a court case is allowed and does not violate this order.

    c. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

(7) **Stay-Away Order**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:

    a. You must stay at least *(specify):* 100 _____ yards away from *(check all that apply):*

       ☒ The person in①       ☐ School of person in ①
       ☒ Home of person in ①       ~~☒ The persons in③~~ DENIED PENDING HEARING
       ☒ The job or workplace of person in①       ☐ The child(ren)'s school or child care
       ☒ Vehicle of person in①       ~~☒ Other (specify): home, job, school and children in 3.~~ DENIED PENDING HEARING

    b. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

(8) **Move-Out Order**  ☒ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**This is a Court Order.**

064

**MC-025**

| SHORT TITLE:<br>— IN RE ▇▇▇▇ V. WANG | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* _____3_____

*(This Attachment may be used with any Judicial Council form.)*

DV-110, Additional Protected Persons

| Full Name | Relationship to Person in 1 | Sex | Age |
|---|---|---|---|
| ▇▇▇▇▇ | SISTER | FEM. | 23 |
| ▇▇▇▇▇ | BROTHER | MALE | 20 |
| ▇▇▇▇▇ | GRANDMOTHER WIFE OF NIELS | FEMALE | 83 |
| ▇▇▇▇▇ | GRANDFATHER | MALE | 84 |

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

## DV-140 | Child Custody and Visitation Order

Case Number:

This form is attached to (check one): ☒ DV-110  ☐ DV-130

**(1) Name of Protected Person:** ▇▇▇▇▇▇▇▇    ☐ Mom  ☒ Dad  ☐ Other*

**(2) Other Parent's Name:** KAILIN WANG    ☒ Mom  ☐ Dad  ☐ Other*
   * If Other, specify relationship to child: _____

### The Court Orders:  TEMPORARY

**(3) ☒ Child Custody** is ordered as follows:

Legal Custody to: (Person who makes decisions about health, education. Check at least one.)

Physical Custody to: (Person the child lives with. Check at least one.)

*DENIED PENDING HEARING*

| Child's Name | Date of Birth | Mom | Dad | Other* | Mom | Dad | Other* |
|---|---|---|---|---|---|---|---|
| a. ▇▇▇▇▇▇ | ▇26/2018 | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |
| b. _____ | _____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. _____ | _____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ If more children, check here. Attach a sheet of paper and write "DV-140, Child Custody" for a title.

* If Other, specify relationship to child and name of person: _____

**(4) ☒ Child Visitation** is ordered as follows:  *DENIED PENDING HEARING*

a. ☒ No visitation to ☒ Mom  ☐ Dad  ☐ Other (name): _____
b. ☐ See the attached _____ - page document, dated: _____
c. ☐ The parties must go to mediation at: _____
d. ☐ Until the next court order, visitation for ☐ Mom  ☐ Dad  ☐ Other (name): _____ will be:

   (1) ☐ **Weekends** (starting): _____ (The 1st weekend of the month is the 1st weekend with a Saturday.)
   ☐ 1st  ☐ 2nd  ☐ 3rd  ☐ 4th  ☐ 5th weekend of month
   from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
   *(day of week)   (time)                      (day of week)   (time)*

   (2) ☐ **Weekdays** (starting): _____
   from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
   *(day of week)   (time)                      (day of week)   (time)*

   (3) ☐ **Other Visitation**
   Check here and attach a sheet of paper if there are other visitation days and times, like holidays, birthdays, sports events. List dates and times. Write "DV-140, Other Visitation" for a title.

**(5) ☒ Supervised Visitation or Exchange**  *DENIED PENDING HEARING*

Visits and/or exchanges of children are supervised as specified on Form DV-150, *Supervised Visitation and Exchange Order.*

### This is a Court Order.

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2012, Mandatory Form
Family Code, §§ 3020, 3022, 3040–3043, 3100, 6340, 7604

**Child Custody and Visitation Order**
(Domestic Violence Prevention)

DV-140, Page 1 of 2

066

Case Number:

(6) ☒ **Responsibility for Transportation for Visitation**

"Responsibility for transportation" means the parent will ~~pick~~ pick up the child or make arrangements for someone else to do so.

a. ☐ Mom ☒ Dad ☐ Other ~~(name)~~ ___FFER_____ take children to the visits.

b. ☐ Mom ☒ Dad ☐ Other *(name)*: C_____ S._____ pick up children from the visits.

c. ☒ Drop-off / pick-up of children will be at *(address)*:
   TO BE DETERMINED.

(7) ☒ **Travel with Children**

☒ Mom ☒ Dad ☐ Other *(name)*: KAILIN WANG_____ *must* have written permission from the other parent, or a court order, to take the children outside of:

a. ☒ The State of ~~California~~ **DENIED PENDING HEARING**

b. ☒ The United States of America

c. ☒ Other place(s) *(list)*: NO TRAVEL WITH ████████ **DING HEARING**

(8) ☒ **Child Abduction**

There is a risk that one of the parents will take the children out of California without the other parent's permission. ☒ The orders in Form DV-145, *Order: No Travel with Children*, are attached and must be obeyed. *(Fill out and attach Form DV-145 to this form.)*

(9) ☐ **Other Orders**

*Check here and attach any other orders to this form. Write "DV-140, Other Orders" as a title.*

(10) **Jurisdiction**

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with § 3400).

(11) **Notice and Opportunity to Be Heard**

The responding party was given reasonable notice and an opportunity to be heard as provided by the laws of the State of California.

(12) **Country of Habitual Residence**

The country of habitual residence of the child or children in this case is ☒ The United States of America or ☐ Other *(specify)*: _____ .

(13) **Penalties for Violating This Order**

If you violate this order, you may be subject to civil or criminal penalties, or both.

(14) **Duration of Child Custody, Visitation, and Support Orders**

If this form is attached to Form DV-130 *(Restraining Order After Hearing)*, the custody and visitation orders in this form remain in effect after the restraining orders on Form DV-130 end.

**This is a Court Order.**

Rev. January 1, 2012 | **Child Custody and Visitation Order**
(Domestic Violence Prevention) | DV-140, Page 2 of 2

067

| DV-145 | Order No Travel With Children | Case Number: |
|---|---|---|

This form is attached to DV-140, *Child Custody and Visitation Order.*

**(1) Name of Protected Person:** ▮▮▮▮▮▮▮▮  ☐ Mom  ☒ Dad  ☐ Other*

**(2) Other Parent's Name:** KAILIN WANG  ☒ Mom  ☐ Dad  ☐ Other*

*If Other, specify relationship to child:* _____

## The Court Finds:

**(3)** There is a risk that *(name of parent):* KAILIN WANG _____ might take the children without permission because that parent *(check all that apply):*

a. ☐ Has violated—or threatened to violate—a custody or visitation order in the past

b. ☐ Does not have strong ties to California

c. ☒ Has done things that make it easy for him or her to take the child without permission.
   He or she has *(check all that apply):*
   - ☐ Quit his or her job
   - ☐ Closed a bank account
   - ☐ Sold or gotten rid of assets
   - ☒ Applied for a passport, birth certificate, or school or medical records
   - ☐ Sold his or her home
   - ☐ Ended a lease
   - ☐ Hidden or destroyed documents

d. ☒ Has a history of *(check all that apply):*
   - ☒ Domestic violence
   - ☐ Child abuse
   - ☐ Not cooperating with the other parent in parenting
   - ☐ Taking the children without permission

e. ☒ Has a criminal record

f. ☒ Has family or emotional ties to another county, state or foreign country

   *Note: If (f) is checked, at least one other item in items (a)–(e) must be checked also.*

## The Court Orders:

The Court makes the orders, checked below, to prevent the parent in **(3)** from taking the children without permission. These orders are valid in other states and any country that has signed The Hague Convention on the Civil Aspects of International Child Abduction.

**(4)** ☒ **Post a Bond**
   The parent in **(3)** must post a bond for $ 100000 _____ .

**(5)** ☒ **Do Not Move Without Written Permission of the Other Parent or Court Order**
   The parent in **(3)** must *not* move with the children outside ☒ This county ☒ California
   ☒ The United States
   Other *(specify):* KAILIN WANG MAY NOT REMOVE THE CHILD FROM THE SUPERVISION LOCATION.
   without written permission from the other parent or a court order.

**(6)** ☒ **Do Not Travel Without Permission of the Other Person or Court Order**
   The parent in **(3)** must *not* travel with the children outside *(check all that apply):*
   ☒ This county ☒ California ☒ The United States ☒ Other *(specify):* NO TRAVEL WITH CHILD.
   without written permission of the other parent or a court order. _____

### This is a Court Order.

Judicial Council of California, www.courts.ca.gov
Rev. January, 2012, Mandatory Form
Family Code, § 3048, 42 USC § 11601 et seq.

**Order: No Travel With Children**
**(Domestic Violence Prevention)**

DV-145, Page 1 of 2
Westlaw Doc & Form Builder →

DENIED PENDING HEARING

068

Case Number:

**(7) ☒ Notify Other State of Travel Restrictions**

The parent in ③ must register this order in the state of  ANY STATE  before the children can travel to that state for visits.

**(8) ☒ Turn In and Do Not Apply for Passports or Other Vital Documents**

The parent in ③ must *not* apply for passports or other documents (such as visas or birth certificates) that can be used for travel, and must turn in the following documents:  BIRTH CERTIFICATE, PASSPORT & ANY OTHER IDENTIFYING DOCUMENTS.

**(9) ☒ Provide Itinerary and Other Travel Documents**

The parent in ③ must give the other parent the following before traveling with the children:
- ☒ The children's travel itinerary
- ☒ Copies of round-trip airline tickets
- ☒ Addresses and telephone numbers where the children can be reached
- ☒ An open airline ticket for the other parent in case the children are not returned
- ☒ Other *(specify):* KAILIN WANG IS NOT ALLOWED TO TRAVEL AT ALL.

**(10) ☒ Notify Foreign Embassy or Consulate of Passport Restrictions**

The parent in ③ must notify the embassy or consulate of  CHINA  of this order and provide the court with proof of that notification within  3  calendar days.

**(11) ☒ Foreign Custody and Visitation Order**

The parent in ③ must get a foreign custody and visitation order equal to the most recent U.S. order before the children can travel to that country for visits. The court recognizes that foreign orders may be changed or enforced depending on the laws of that country.

**(12) ☒ Enforcing the Order**

The court authorizes any law enforcement officer to enforce this order. In this county, contact the Child Abduction Unit of the Office of the District Attorney at:

Bureau of Investigations, 850 Bryant Street, #301, San Francisco, CA., 94103, PH: (415)\_\_\_-1030, Fax: (415) 553-1410; Court Also authorizes any law enforcement officer in any state where Kayson Thygesen Wang is located.

**(13) ☒ Other**

KAILIN WANG MAY NOT TRAVEL AT ALL WITH ████████ ANG.

### Notice to Authorities in Other States and Countries

This court has jurisdiction to make child custody orders under California's Uniform Child Custody Jurisdiction and Enforcement Act (California Family Code, part 3, § 3400 et seq.) and The Hague Convention on the Civil Aspects of International Child Abduction (42 U.S.C. § 11601 et seq.). If jurisdiction is based on other factors, they will be listed in paragraph 13 above.

**This is a Court Order.**

Rev. January 1, 2012

**Order: No Travel With Children**
**(Domestic Violence Prevention)**

DV-145, Page 2 of 2

069

## DV-150    Supervised Visitation and Exchange Order

*(DENIED PENDING HEARING — DENIED PENDING HEARING watermark)*

Case Number: _____

This form is attached to    ☒ DV-110, *Temporary Restraining Order*    ☐ DV-130, *Restraining Order After Hearing*
☒ DV-140, *Child Custody and Visitation Order*

**(1) Name of Protected Person:** ████████████████    ☐ Mom ☒ Dad ☐ Other*

**(2) Other Parent's Name:** KAILIN WANG    ☒ Mom ☐ Dad ☐ Other*

*If Other, specify relationship to child:* _____

### The Court Orders:

**(3) Mediation, Visitation and Exchange**

a. ☐ Parties must go to mediation at: _____

b. ☒ Visitation of children is supervised.
   Parent to be supervised is:    ☒ Mom    ☐ Dad    ☐ Other *(name):* _____

c. ☒ Exchanges of children are supervised.

**(4) Schedule of Supervised Visits**

a. ☐ All visits as provided in the schedule on Form DV-140, item (4)(d) are to be supervised.

b. ☐ Supervised visits shall be TBD visit(s) per week of TBD hours(s) each, to be arranged with the provider.

c. ☐ Other schedule of supervised visits is attached. *(Check here and attach a sheet of paper with "DV-150, Other Schedule" for a title.)*

**(5) Type of Provider**

a. ☒ Professional (individual or supervised visitation center)

b. ☐ Nonprofessional

**(6) Provider's Information**

Name: To Be Determined. _____

Telephone number: TBD _____

Address: TBD _____

**(7) Costs Will Be Paid As Follows:**

☒ Mom to pay: 100 %
☒ Dad to pay: 0 %
☐ Other: _____

**(8) Contact With Provider**

☐ Mom to contact provider before *(date):* _____
☒ Dad to contact provider before *(date):* TBD _____
☐ Other: _____

**(9) The court also orders** *(specify):* SUPERVISED CONTACT ONLY AFTER FURTHER ORDER OF COURT IF THE COURT DETERMINES THAT KAILIN WANG MAY SAFELY INTERACT WITH THE PROTECTED CHILD.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2016, Mandatory Form
Family Code, § 3100, 3031

**Supervised Visitation and Exchange Order**
(Domestic Violence Prevention)

DV-150, Page 1 of 1
Westlaw Doc & Form Builder

070

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# R

**DESCRIPTION**

SFPD Chronological Report of Investigation, page 3

**DATE / ITEM**

Feb. 13–19, 2019

**SOURCE PDF PAGES**

71

**FACT SUPPORTED / USE**

Important for rebuttal: the report states C. CT (V1) said Wang had not made any direct threats toward him, although he feared escalation.

Exhibit R  |  IC3 Complaint Appendix

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION    Page 3 of 31

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | C. ▓▓▓ said that Wang has not made any direct threats towards him, but is afraid that her behavior will escalate.<br>I asked C. ▓▓▓ what he believes Wang's motivation is, and he told me that he didn't know. He believes that Wang just likes to hurt people.<br><br>C. ▓▓▓ does not know where Wang lives, but said that she has stayed in an apartment in New York and in Utah, where her parents live. C. ▓▓▓ told me that Wang submitted a case in Los Angeles, and the DNA test was also in Los Angeles. C. ▓▓▓ described Wang's lifestyle as "jet setting." |
| | 1245 | CDW search on Kailin Wang. Located a similar case involving Wang in San Francisco.<br>Incident reports: 170945607, 170810414, 180132399<br>Reports retained in case file. |
| | 1402 | Obtained case number for Suspicious Occurrence report.<br>Case: 190112228, Cad: 190452274. |
| | 1414 | Conducted computer query on Kailin Wang (1/20/83) |
| 2/15/19 | 1319 | I spoke with A. ▓▓▓ who told me that he filed for the Temporary Restraining Order against Wang today. He is expecting a response from the court within the hour. A. ▓▓▓ told me that he will provide me with those documents via email today.<br>A. ▓▓▓ told me that he does not believe that Wang has his email address, phone number or home address, and requested that those not be included in the police report. |
| | 1647 | Received Email from A. ▓▓▓ providing me with a copy of the TRO (FDV-19-814465). The TRO hearing is scheduled for 3/6/19. |
| | 1700 | I received a phone call from ▓▓▓ ▓▓▓ mother of (V) Christoffer ▓▓▓<br>▓▓▓ wanted to inform me of Wang's prior stalking/harassment history. Stated that she was afraid of revenge porn setup of C. ▓▓▓ based on Wang's history. |
| | 1731 | I spoke with ▓▓▓ ▓▓▓ In summary, ▓▓▓ told me the following:<br>▓▓▓ reported Wang approximately a year and a half ago for harassing, and defaming him. ▓▓▓ told me that Wang "robo-called" everyone that he knew, non-stop.<br>▓▓▓ stated that Wang has been charged with harassment against him, in Utah. Wang was arrested on 12/14/17, and the harassment continued. Harassment began September 2nd or 3rd of 2017, and the phone calls continued until November 2017.<br><br>▓▓▓ told me that he never met Wang in person, and that they had only corresponded on a few dating apps.<br><br>▓▓▓ told me that the Attorney handling the criminal case against Wang was Ana Burgi in Spanish Fork, UT.<br><br>▓▓▓ personal attorney is Ted Broomfield. TedBroomfieldlaw.com |

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# S

### DESCRIPTION

Holysmoke.org screenshots and comments

### DATE / ITEM

Feb. 15–Mar. 6, 2019

### SOURCE PDF PAGES

72-76

### FACT SUPPORTED / USE

Shows online posts/comments about Wang, CT (V1), child safety, and the alleged March 6, 2019 suicide/baby threat post that became central to later proceedings.

Exhibit S  |  IC3 Complaint Appendix

Case 2:24-cr-00163-TS   Document 246-1   Filed 05/16/26   PageID.15302   Page 93

🔒 holysmoke.org



## Kelly


February 15, 2019

## Kailin Wang back at it again!!

⭐⭐☆☆☆

If this guy was smart he'd look into her arrest in Spanish fork Utah. She's an unfit parent.

Did you find this review helpful?   👍 Yes

👎 No (1)

REPLY ↩



██████  ████

February 16, 2019

████████ ███████e

⭐☆☆☆☆

████r ████ there are 3 Stalking Injunctions against you in Utah. This is a clear violation. I'm reporting u

woman, pressure her into an 18 week abortion, then not paying for the Abortion and ultimately abandoning his child when's he's born ?!!

Did you find this review helpful?  Yes  No

REPLY



**nope**

February 17, 2019

# Kailin Wang is probably in violation of her probation



She has been arrested many times for assault, harrassment, and cyber stalking. It's all public record. Unfit parent and this should be an easy win for C███s to get full custody.

Did you find this review helpful?  Yes  No

REPLY

000403

Case 2:24-cr-00163-TS    Document 246-1    Filed 05/16/26    PageID.15304    Page 95 of 225



REPLY

**Jj**

February 18, 2019

## Kailin is getting locked up soon

★★★★★

Kailin you better cut it out or you're going back to jail babe.

Ch████: You're fucked. Need to get this kid away from her.

Did you find this review helpful? 👍 Yes 👎 No

REPLY

# Rate and Write a Review on Christoffer ████████

Your overall rating of this report:

000404

074

Case 2:24-cr-00163-TS Document 246-1 Filed 05/16/26 PageID.15305 Page 96 of 225

Did you find this review helpful? 👍 Yes (1)

👎 No



**GG**

February 28, 2019

Ch██████, you need to get this child away from Kailin. Do whatever it takes.

She is an unfit mother who does not take care of this child. It is a very dangerous situation.

There is plenty of court documentation out there about her cyberstalking, harassing, etc.

Praying for you.

REPLY ↩

REPLY ↩

075

Case 2:24-cr-00163-TS   Document 246-1   Filed 05/16/26   PageID.15306   Page 97 of 225



## Kailin Wang

March 6, 2019

I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!





# Rate and Write a Review on Ch████████r ████████ Sperm Bank

## Your overall rating of this report:



## Title of your review:

Summarize your opinion or highlight an interesting de

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT



# T

**DESCRIPTION**

New York Family Court family-offense/order-of-protection forms

**DATE / ITEM**

Feb.–Mar. 2019

**SOURCE PDF PAGES**

77-80

**FACT SUPPORTED / USE**

Shows parallel New York protective-order proceedings and allegations during the same period.

Exhibit T  |  IC3 Complaint Appendix

F.C.A. §§ 812, 818, 821

Form 8-2
(Family Offense Petition)
(12/2013)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF

.....................................................................................................

Petitioner   Kailin Wang                          Docket No. 0-0205719

-against-                                          FAMILY OFFENSE
                                                   PETITION

Respondent   C████████ ██ter █████████

.....................................................................................................

## TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. a.  I reside  at [specify address unless confidential]:[1]

   b.  The Respondent resides at [specify address unless confidential]:
   ████ H ████████ ████ e , San francisco, CA   94118

2. a. ❑ The Respondent and I are related as follows [check all applicable box(es)]:
   ❑ we are married                              ❑ we were married
   ☒ we have a child in common                   ❑ we are parent and child
   ❑ we are related by blood or marriage [specify how]:
   ❑ we are in an intimate relationship (NOT casual social or business acquaintances) [describe]:
   ❑ we were in an intimate relationship (NOT casual social or business acquaintances) [describe]:
   ❑ we live together   ❑ we lived together in the past   ☒ we never lived together

   b. ❑ Petitioner is a duly authorized agency, association, society or institution and is filing this petition pursuant to F.C.A. §822(b).

   c. ❑ I am a peace officer and am filing this petition pursuant to F.C.A. §822(c).

3. The Respondent committed the following family offense(s) against me and/or my children, which constitute(s):
   ☒ Disorderly conduct                           ❑ Menacing in the second or third degree
   ☒ Harassment in the first or second degree     ❑ Reckless endangerment
   ☒ Aggravated harassment in the second degree   ❑ Stalking
   ❑ Assault in the second or third degree        ❑ Attempted assault
   ❑ Criminal mischief                            ❑ Sexual misconduct
   ❑ Sexual abuse in the second[2] or third degree  ❑ Forcible touching
   ❑ Strangulation                                ❑ Criminal obstruction of breathing or

---

[1]  If your health or safety or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply to the Court for an address confidentiality order by submitting General Form GF-21, which is available on-line at www.nycourts.gov. See Family Court Act §154-b.
[2]  Where victim is incapable of consent for reason other than being under age 17 [Penal Law §130.60(1)].

427

427                                                                          077

circulation

☐ Identity theft in 1st, 2nd or 3rd degree          ☐ Grand larceny in 3rd or 4th degree

☒ Coercion in 2nd degree [Penal Law §135.60 (1),(2),or (3)]

[Describe each incident; starting with the most recent incident; state date, time and location of each incident; specify all injuries and if any weapons were used. Use additional sheets where necessary]:

2/17/19 : Ch█████er T██████en stated he will get me arrested and sent the police to my parents house, online        if I don't get an abortion he will get me
6/20/18 → present. arrested      proffer said, put the child up for adoption, He said he can hire
                        people that will ruin my life if I don't kill the baby. He said h
                                                                                          will never
4.I ☐ have ☒ have not filed a criminal complaint concerning these incident(s)   Pay or
[If so, please indicate court, county, date, charge(s) and status, if known]:
                                                                                take care
                                                                                of this
5. [Check applicable box(es)]:                                                  "think Baby".
   ☐ a. I have no children and there are no other children living in my home.

   ☒ b. The following children live with me [include children who are not yours]:

| Name | Date of Birth | Relationship to Me | Relationship to Respondent |
|---|---|---|---|
| █████ █████ | ████████ | mother | father |

   ☐ c. The following children are mine but do not live with me.

| Name | Date of Birth | Lives With | Child's Relationship to Respondent, if any |
|---|---|---|---|

   ☐ d. The Respondent committed family offenses against the above child or children as follows [describe including name(s) of child or children, nature of offense(s) and date(s)] [3]

[Check boxes and complete any of the following paragraphs 6-13 that apply to you.  Skip any that do not apply to you.]

   ☒ 6. The Respondent has acted in a way I consider dangerous or threatening to me, my children, a member of my family or household or person with whom I have or had an intimate relationship, in addition to the incident(s) described in question 3, as follows [describe]:
threaten legal retaliation, accusing of a crime, collaborating with others in a separate incident to gain leverage in child support/custody case. Sending police to my parents house. Saying
   ☐ 7. The Respondent was found to have violated an Order of Protection issued on     they
behalf of me, my children, a member of my family or household or person with whom I have or    will obtain
had an intimate relationship as follows [describe]:                                     search
                                                                                        warrant

---

[3] Family offenses, when committed against a member of the same family or household or intimate partner, include the crimes of: assault or attempted assault, aggravated harassment or harassment, disorderly conduct, menacing, reckless endangerment, stalking, sexual abuse, sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or blood circulation, criminal mischief, grand larceny, identity theft and coercion.

428

❑ 8. The Respondent owns or has access to guns as follows [describe]:

9. ❑ a. The Respondent has a gun license or pistol permit for the following gun(s) as follows [describe]:

❑ b. The Respondent has a gun license or permit application pending as follows [describe]:

❑ c. The Respondent carries a gun on his or her job as follows [describe]:

10. ☒ a. The Respondent threatened [check applicable box(es)]:
☒ me    ❑ my child or children [specify]:
☒ a member or members of my household [specify]: father, mother
❑ someone with whom I have or had an intimate relationship [specify]:
with a gun or dangerous instrument or object as follows [specify]:

❑ b. There is a substantial risk that Respondent would use or threaten to use a firearm or dangerous instrument or object against me, my child(ren), a member of my household or person with whom I have or had an intimate relationship on the basis of the following facts and for the following reasons [describe]:

❑ 11. The following court cases are pending between me and the Respondent [specify court, county, docket or index number, nature of action and status, if known]:

❑ 12. The Respondent has the following criminal convictions [specify, including date crime, sentence and court, if known]:

❑ 13. [Applicable where protection is sought for pet(s)]:
   a. The following pets live in my house [specify name(s) and type(s)]:

   b. The Respondent injured or tried or threatened to injure pets in my household as follows [describe]:

14. I have not made any previous application to any court or judge for the relief requested in this petition, (except [specify the relief, if any, granted and the date of such relief; delete if inapplicable]:                                                                ).

WHEREFORE, Petitioner respectfully requests this Court to:
   a. adjudge the Respondent to have committed the family offense(s) alleged;

429

Form 8-2    Page 4

        b. enter an order of protection, specifying conditions of behavior to be observed by the Responcent in accordance with Section 842 of the Family Court Act;

        c. enter a finding of aggravated circumstances [delete if inapplicable];

        d. enter a temporary order of child support in accordance with Family Court Act §828(4) [delete f inapplicable];

        e. order such other and further relief as to the Court seems just and proper.

Dated: __2/19/19_____

                     Kailin wang_____

                     Petitioner: (print or type name)       /    Signature

                     Petitioner's Attorney, if any (print or type name) /    Signature

                     Address and telephone number of Attorney, if any

430

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# U

**DESCRIPTION**

SFPD Chronological Report of Investigation, page 4

**DATE / ITEM**

Feb. 19–20, 2019

**SOURCE PDF PAGES**

81

**FACT SUPPORTED / USE**

Adds law-enforcement timeline entries around service attempts, protective-order issues, and the growing investigation.

Exhibit U | IC3 Complaint Appendix

**SAN FRANCISCO POLICE DEPARTMENT**
**CHRONOLOGICAL REPORT OF INVESTIGATION**    Page 4 of 31

| DATE | TIME | ACTIVITY |
|------|------|----------|
| | 1748 | Initial incident report submitted. |
| | 1755 | L/M for Ana Burgi (Spanish Fork DA) at ███████████ |
| 2/19/19 | 0726 | Received email from Erica ███████████ attorney for C. ███████ who stated that she has begun to submit evidence preservation requests to social media platforms.  She also stated that the baby was seen through a window at Kailin Wang's parent's home in Utah.  The parents claim that Wang is in New York.  Email retained in case file. |
| | 0814 | I spoke with Angie Jackson (Department Secretary) from the Spanish Fork Legal Department.<br>Jackson told me that Kailin Wang is scheduled for a final pre-trial conference on 4/8/19, and that there may be a plea.<br>The prosecutor on this case is Jason Sant.<br><br>I spoke with Jason Sant who told me that they are close to a resolution.  Mental health treatment will be part of the plea.  Wang is charged with ███████ of misdemeanor harassment.<br>I advised Sant that Wang is a suspect in a stalking/harassment investigation in San Francisco.<br><br>Attorney for Wang is Edward Brass ███████████<br>Wang was in court last week for an appearance, and will have to appear on 4/8. |
| | 0827 | L/M for Ch███████ ███████ ███████ |
| 2/21/19 | 0855 | I spoke with Ch███████ ███████ at ███████████. ███████ told me that he is currently compiling a list, including screen shots and copies of everything Wang has posted and everyone who she has contacted.  ███████ told me that he will provide me with a copy of everything when it is ready.  He told me that it will probably be another day or two because he is still attempting to reach people who Wang had contacted. |
| 2/22/19 | 1007 | Received emails from ███████████ alerting me to additional posts and contacts made by Wang to C. ███████ sister and friends. |
| | 1135 | L/M for Erica ███████ attorney for C. ███████ regarding any Documents/Postings she may have related to the ███████ case. |
| | 1404 | I spoke with Darrick Chase (attorney), and requested documents/evidence he filed as part of the TRO application.  Chase told me that he will send me a dropbox with the documents. |
| | 1415 | Received TRO documents via dropbox from Darrick Chase office. |
| | 1518 | I spoke with Justin Lampropoulos, Utah County Constable who is attempting to serve Kailin Wang with the TRO.<br>In summary, Lampropoulos told me the following:<br>There is a PI firm hired to surveil the Wang home in Spanish Fork, UT.<br>Lampropoulos and his team ended up liaising with them several times.<br>Lampropoulos believes that Wang still lives in Utah, at least part of the time.<br>There was a baby shower held for Wang a couple of months ago in Utah.<br>Neighbors have stated that Wang still lives in the Utah house, but doesn't come out much. |

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



**V**

**DESCRIPTION**

Email to school-board members re order of protection against  CT (V1)

**DATE / ITEM**

Feb. 20, 2019

**SOURCE PDF PAGES**

82

**FACT SUPPORTED / USE**

Shows one of the messages/publications later used in the harassment narrative and helps identify the content actually sent.

Exhibit V  |  IC3 Complaint Appendix

8/27/2019                                    71 - Email to school board members, Feb. 20.JPG

From: **Courtorder6678 Order** <courtorder6678@gmail.com>
Date: Wed, Feb 20, 2019 at 11:55 AM
Subject: Order of Protection against Christoffer Standford Thygesen
To: ██████@standford.edu <a██████@standford.edu>, board@mpcsd.org <board@mpcsd.org>

**FAMILY COURT OF THE STATE OF NEW YORK**                                GF2 8/2002
**COUNTY OF NEW YORK**

In the Matter of a **Family Offense** Proceeding              **File #:**    302011
                                                             **Docket #:**  O-02057-19

**Kailin Wang,**
                                   Petitioner,                 **SUMMONS**

          - against -



https://drive.google.com/drive/u/0/folders/15hVVCwLOZmma3NN9VXJ39rTaK2tz8ywG

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



**DESCRIPTION**

Letter from Unified Constable/Justin Lampropoulos to Utah County Attorney

**DATE / ITEM**

Mar. 8, 2019

**SOURCE PDF PAGES**

83-86

**FACT SUPPORTED / USE**

Shows the process-server/constable account of attempts to locate and serve Wang and communications with Wang's family/attorney.

Exhibit W  |  IC3 Complaint Appendix

March 8, 2019

David H. Shawcroft
Civil Division Chief
Utah County Attorney
100 East Center, Suite 200
Provo, UT 84606

Via Email

Dear Mr. Shawcroft,

On February 29, 2018, you sent me an email which contained a complaint received by the Utah County Attorney's Office from a Mr. John Wang. Listed in that complaint were several allegations regarding myself, my associate, or my business, Unified Constable Service, Office of the Utah County Constable. These allegations are gross mischaracterizations of events and omit the serious underlying legal issues in this case.

I am grateful for the opportunity to respond to these grossly mischaracterized allegations.

In my response, I summarize review my business and its lawful authority, provide a summary of the Domestic Violence Temporary Restraining Order, along with other Court Orders and concerning issues presented to us, and provide a truthful and accurate factual summary of the attempts to serve legal paperwork.

**Unified Constable Service, Office of the Utah County Constable**

Unified Constable Service, Office of the Utah County Constable, serves and enforces civil and criminal court process throughout Utah County, Salt Lake County and the Greater Wasatch Front. A constable "may serve any process throughout the state." Utah Code Ann. § 17-25-1(2).

 "To qualify as a constable, a person shall be certified as a *special function* peace officer in the state." Utah Code Ann. § 17-25a-2(1) (emphasis added). Therefore, constables are sworn and certified peace officers, certified through the Utah Peace Officer Standards and Training. In essence, constables have police powers and are public servants, asked by the community to serve legal documents.

Oftentimes this public service of serving legal papers is not easy. Difficult consequences may follow the service of process. Most people do not enjoy being served with legal papers, particularly, a Domestic Violence Temporary Restraining Order with serious underlying and ongoing civil and criminal matters.

**Factual Summary Of Domestic Violence Temporary Restraining Order**

1

083

*See* Court Docket of Utah Fourth District Case # 171301350. Thus, it appears that over a year ago, Kailin did not want people to know of her whereabouts.

Later, that afternoon, Lampropoulos sent Ms. Wang a polite and professional email asking her to give him a phone call regarding some legal documents. Kailin Wang never replied.

Additionally, Kailin never answered phone calls or responded to text messages from Lampropoulos requesting that she please call Lampropoulos.

**February 19, 2019**

Ben Stowell attempted to contact Kailin Wang and spoke to her mother, Mrs. Wang. Mr. Stowell said he would be happy to contact Kailin at a new address but could not move from the current address of record without speaking to her. Mrs. Wang indicated that Kailin did not live at the home and she did not have a phone number for her. Mrs. Wang was abrasive and yelled through the door that Stowell should contact Kailin's attorney. Mrs. Wang said she would not cooperate with Stowell to get the papers to Kailin.

Stowell never indicated that he was police but was with the Constable's Office.

**February 20, 2019**

Earlier in the day, Stowell went to the office of Ed Brass, the attorney for Kailin, to attempt service there. Stowell was instructed that at Kailin's direction, the law office may not accept service on her behalf.

Stowell and Officer Gurney of the Salem Police Department attempted to contact Mr. Wang at his place of employment to seek his assistance in serving Kailin provided the earlier stated unsuccessful attempts, including Kailin's attorney. Stowell requested an officer to be present for officer safety purposes. The Constable's Office was informed that Kailin may have a firearm and with the Wang's determined non-cooperation and hostility, having another officer was prudent in case Mr. Wang had a firearm as well.

The Unified Constable Service employees, process servers, and deputies are issued a professional uniform which consists of green pants and a golf shirt with embroidery which identifies the employee as a representative of the Constable's Office. This uniform complies with Utah Code Ann. § 17-25-6.

Mr. Stowell, an experienced peace officer, and Deputy Constable trainee was wearing this uniform, which is in stark contrast with a formal police uniform. Stowell was wearing his duty belt which is standard practice for deputies and officers alike.

7

084

At Mr. Wang's employment, his employer was informed that Mr. Wang was not in any sort of trouble, but they needed to ask a few questions in a whereabouts investigation. The company's human resources department kindly suggested a room for the conversation.

Mr. Wang arrived and was told that despite their best efforts and no cooperation from the Wang's or Kailin's attorney, the Unified Constable Service could not serve Kailin with the DVTRO.

Stowell explained their predicament and the efforts put into find Kailin. Mr. Wang said he had NO idea where his daughter was located and was evasive in answering questions.

Mr. Wang said to contact his daughter's attorney. It was explained that the Unified Constable Service went to Kailin's attorney's firm in downtown Salt Lake City which refused to accept service and, it was understood that Kailin gave this direction. Mr. Wang was informed that the Unified Constable Service would be happy to serve Kailin's attorney if Mr. Wang could convince his daughter to have them accept service. Mr. Wang was apprehensive about a secondary path to get the documents to Kailin. Eventually, Mr. Wang said he would see if he could arrange service of Kailin through her attorney.

Mr. Wang asked Stowell and Officer Gurney if he was free to go to which Stowell and Gurney indicated he was indeed free to leave at any time. Mr. Wang also stated that he would not answer any more questions, but they could contact his attorney. Stowell understood and immediately ended the conversation.

Mr. Wang was pleasant and even joked that they were able to find his place of employment. As Stowell was leaving, he reassured Mr. Wang's employer, at Mr. Wang's request, that he was not in trouble and thanked Mr. Wang for his time. Everyone was pleasant and cordial.

**Afternoon of February 20, 2009**

Mr. Stowell attempted to serve the DVTRO at the Spanish Fork residence and saw two vehicles separately leave the home within minutes of each other. One vehicle was a gold BMW SUV, which Mr. Wang frequently drove, and the other was a maroon Lexus SUV. Mr. Stowell saw a woman in the back seat of the Lexus along with a baby seat. Mr. Stowell reasonably believed that the woman was Kailin Wang and followed the car in hopes of serving Kailin.

Mr. Stowell proactively notified local jurisdictions, including Provo and Sandy, that he was shadowing a vehicle that he reasonably believed contained the subject of a DVTRO. Mr. Stowell subsequently contacted Lampropoulos and requested that he meet in Sandy at an address that appeared to be Mr. Wang's lawyer.

Mr. Wang incorrectly alleges Stowell had a police sticker on his window that was removed. Stowell's vehicle is a take-home vehicle which has personal effects in it. The sticker in question

8

085

was not a sticker at all; rather, it was a personal hat Stowell had on his dash, which is not part of his issued uniform, but a wearable item from his law enforcement training.

Stowell arrived and was met with a semi-hostile reception from Mr. Wang's attorney. Threats were made and cameras were utilized.

Lampropoulos arrived at the address moments after Stowell and attempted to visually identify the woman in the vehicle. Kailin Wang was not in the vehicle, but it was instead Mrs. Wang. Kailin's baby was also in the vehicle.

Lampropoulos spoke with Mr. Wang's attorney who was hostile towards Lampropoulos. Mr. Wang's attorney was informed that they had a DVTRO that needed to be served and Stowell believed Kailin Wang was in the vehicle.

Mr. Wang's attorney said he was going to call the Sandy Police Department, which Lampropoulos encouraged him to do, and they later arrived. The situation was explained and Lampropoulos and Stowell left the scene.

Of note, as two vehicles left the home, one with two adults inside of it, it was reasonably deduced that three adults were staying inside the home. As a reminder, the Wang's neighbors indicated that Kailin would drive either vehicle. This activity, along with the report of neighbors of Kailin residing in the home and the obfuscation by the Wang's in providing any contact information of Kailin, corroborates the reasonable belief that Kailin resides at the Spanish Fork residence. Moreover, Kailin's baby was with the Wang's when the incident occurred in Sandy – indicating that they had good contact with Kailin, which is contrary to every statement they made of not knowing her whereabouts.

**February 21, 2019**

The Wang's noticed a red Toyota Hybrid parked near their home. This vehicle does not belong to the Unified Constable Service. However, the office was aware of several private investigators in the area during attempts to serve the DVTRO.

Afterwards, the Wang's continued to be uncooperative.[3] The case has become more dire with additional intervention from government authorities.[4]

---

[3] On March 6, 2019, after the Amended DVTRO, see Footnote 2, was issued out of California which gave sole legal and physical custody to Christopher ▇▇▇▇▇▇ the Spanish Fork Police Department made a traffic stop of Mrs. Wang. Sgt. Adams of the SFPD stated that the parents "were not going to be cooperative." Sgt. Adams was going to speak with the city attorney about the Amended DVTRO and Child Custody Order.

[4] With a Child Custody Order from California granting sole custody to Christopher ▇▇▇▇▇▇ Lampropoulos was informed that Robbie Adams with the Utah Department of Child and Family Services (DCFS) is now investigating the case. On March 7, 2019, the baby was re-appropriated to the custodial parent, Mr. ▇▇▇▇▇▇ by the Utah DCFS.

9

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# X

**DESCRIPTION**

Olson's Greenhouse HR letter concerning Qizhong (John) Wang

**DATE / ITEM**

Mar. 12, 2019

**SOURCE PDF PAGES**

87-88

**FACT SUPPORTED / USE**

Corroborates that service/investigative efforts reached Wang's father's workplace and describes concerns about the nature of the contact.

Exhibit X  |  IC3 Complaint Appendix

000644



March 12, 2019

Re: Qizhong (John) Wang

My name is Randall L Barker. I reside at 450 N 850 E Springville, UT 84663.

I am employed by Olson's Greenhouse Gardens and serve as the Director of Human Resources for Olson's Greenhouse UT, Olson's of Colorado, and ProGro. Each organization also has a Human Resources Manager.

I have been employed by Olson's since January 18, 2016.

I was introduced to Mr. Wang during the first week of my employment. My original office was directly next to Mr. Wang's office so we interacted on a frequent basis. Mr. Wang and I have also partnered on several projects.

I have never known Mr. Wang to be anything but a gentleman in the interactions I have had with him and the interactions that I have witnessed him having with other people in the organization. If any of Mr. Wang's co-workers had a problem with him, if he was treating a co-worker improperly, or acting out in an unacceptable manner, as the Director of Human Resources improper conduct would be reported to my office.

Mr. Wang is a peaceable individual. I have never known, nor has it been reported to me, that Mr. Wang has ever shown violent tendencies, been in possession of a weapon, or acting in a threatening nature to anyone in our three divisions.

A few weeks ago ( February 20 ) two individuals, a Salem Police Officer and a Constable, came to the Olson's Salem location at approximately 12:20pm, at the time I was in my office.. While I expected and was not surprised to see the Salem police officer carrying a weapon I was a bit surprised to see the constable attired similar to an officer of the law and carrying a sidearm when our receptionist brought these men to my office. The demeanor and stance of the constable was a bit aggressive and he stood in a manner that always put his sidearm between me and him.

The police officer told me that they had come to the operation that day to talk to Mr. Wang. The officer said Mr. Wang was not "in trouble" they simply needed to talk to Mr. Wang about a civil matter related to his daughter.

At that moment I believed that Mr. Wang was in our assembly area taking some video of a meeting that was happening at the time. I had seen him in that area just a few minutes before the officer and constable arrived. I asked my co-worker, Adrienne Wall, to step into the assembly area and ask Mr. Wang to come to

000645

my office. She returned within a few minutes to say that the group had just disbanded and Mr. Wang had left the property. I offered to call the officer and/or constable when Mr. Wang returned. The response from the constable was that they were not going to leave the property until they had the opportunity to talk to Mr. Wang. I found that response a bit strange and aggressive since the officer had said that Mr. Wang was not in trouble. If not in trouble then why the urgency to speak with Mr. Wang? And why the need to have a police officer accompany a constable for a civil matter? And why make such a statement to a manager of the company? We are not going to leave until....? They were after all guests of the company.

During my career in Human Resources I have interacted with constables numerous times, never have I interacted with a constable who is delivering a civil summons, garnishment, etc. to be attired as a police office and openly and aggressively carrying a sidearm.

When Adrienne had left to look for Mr. Wang she ran into another co-worker and mentioned that she was looking for Mr. Wang at my request. This other co-worker called Mr. Wang to tell him that I was looking for him. Mr. Wang returned to the property quickly and came looking for me. I ran into Mr. Wang on the hallway and told him that two "cops" we there to talk to him and would he be willing to go into my office with them? He agreed to do so but seemed a bit unsettled to have these men requesting an interview.

Mr. Wang, the police officer, and the constable meet in my office. At that time I left the property to go to lunch and upon returning 45 minutes later observed that the car that the police officer and constable had arrived in had left the property.

This narrative/letter represents my truthful recollection of the events as described.

_Randall Bar_

Randall L Barker
3/12/2019
09:58

000645

APPENDIX OF EXHIBITS — IC3 COMPLAINTS

# EXHIBIT



# Y

### DESCRIPTION

Melisa Todd letter regarding events outside counsel's office

### DATE / ITEM

Feb. 21, 2019

### SOURCE PDF PAGES

89-90

### FACT SUPPORTED / USE

Corroborates claims that vehicles/process servers/private investigators followed or approached Wang/family/counsel during service efforts.

000646

Melisa Todd
140 West 9000 South, Suite 9
Sandy, Utah 84070
801-566-1884
melisa@spencerandcollier.com

February 21, 2019

To Whom it Concerns:

On February 20, 2019 at approximately 3:50 p.m., attorney Jeff Rifleman came into the office where I work and asked me to put my jacket on and come with him. I heard he was on the phone with someone who sounded pretty panicked. I had heard Jeff ask the person on the phone, "Are they still following you?" and the person reply "Yes". Jeff had his phone on speaker, so I heard the back and forth between them, while I put my jacket on and followed Jeff outside. Within a minute of us going outside a maroon Lexus SUV pulled into the parking lot and parked. Jeff waived to them, so I knew this was the person he was talking to on the phone. Immediately following the Lexus into the lot was a black Dodge Charger, that parked so it was blocking the bank drive thru area. The man jumped out of the Charger and immediately went towards the Lexus, Jeff walked between the two and asked the man if he could help him. The man refused to tell Jeff what his name is and who he works for, he just kept stating over and over that "I don't have to tell you my name." Jeff mentioned the fact that that man was carrying a gun and the man replied, "It is open carry." From the rest of the conversation between this man and Jeff I understood they wanted to serve some documents on a girl who is the daughter of the man driving the Lexus and the assumption was that this girl was in the Lexus.

Approximately 2-3 minutes into all this another Dodge Charger, charcoal in color, pulled up and another man jumped out going towards what I thought at the time was the man in the Lexus. However, he too went towards Jeff and got into his face. Jeff asked his name, which he did give, but because I was too far away to hear it, I did not catch his name. Jeff tried to get the first man to tell him why he was harassing his client, by following him all the way from Spanish Fork to Sandy, after he had already been to the mans work place and interrogated him there, but the man would only say he had to serve papers on the daughter and wanted to know if she was in the vehicle. Jeff asked if they were conducting a stop on his client and the man from the charcoal Charger stated something along the lines that it was not a stop and that the Lexus was free to go. Jeff at this point told me to call 911, which I proceeded to do at 4:12 p.m. I heard the man from the black Charger state they had already talked to Sandy Police, which I felt was a way for him to intimidate me into not calling 911. I gave the 911 operator all the information I knew, as I still was a bit confused as to what was going on, while trying to keep an eye on what was going on around me. After a bit more conversation between the two men and Jeff, the two men went to their own vehicles, and Jeff was able to get his client, his client's wife and their grandbaby out of the Lexus and into the "Bank of the West" building. I told the 911 operator everything that was going on, as it was happening, including that these two men appeared to be undercover cops, from looking at their dress to their cars, but that they would not identify. From my personal knowledge and college training in Criminal Justice, if a person is asked, they are to identify that they are a police officer, if they are in fact one. The black Charger had the "police" laptop set up, he was wearing what appeared to be "police" uniform pants in the sage green color, he also had a "police"

000646

089

issue weapon, and other "police" gear around his belt, he also had on a plain black coat. The man in the charcoal Charger had on a navy-blue suit jacket and pants with a white shirt and a tie that I didn't pay too much attention to, his car did not appear to have the laptop setup, but it did have the police lights. NEITHER car had any lights on to indicate there was an official police stop happening at any point and time. At this time there was no indication of who these people actually worked for, other than they were trying to serve a person with documents.

I followed Jeff and his clients into the building but stayed in the entrance way for a bit longer, so I could finish answering the questions regarding the cars that I was being asked. I was told to stay on the phone and to let the operator know if the men tried to enter the building, as they were not to enter it. The first Sandy Police officer arrived, and I went upstairs to Jeff's office to see if I could see the officer. When the Sandy officer arrived, he first talked to the two men outside, both of whom identified themselves as working for the Utah County Constables office, showing him badges, cards and logos on their shirts (this was confirmed by the officer when he joined us upstairs and a visual as I was watching out the building windows). The Sandy officer came up to Jeff's office and the two men left in their cars. After the police talked to Jeff about the matter, and Jeff was able to obtain a case number for his client, I then assisted Jeff in calming down the client and his wife. It was at this time, I fully understood how scared these two people were, as they had been being harassed for more than just at this time. I truly believe these two people were so afraid that they didn't know if their lives were in jeopardy or not. They had mentioned that maybe they should leave and go on a vacation, so they could calm down and be left alone.

Melisa Todd
Affiant
DL#.........8034

On the 21st day of February 2019, personally appeared before me, the undersigned notary, Melisa Todd, the signer of the foregoing Affidavit, who duly acknowledged to me that she signed the same voluntarily and for its stated purpose.

R. SPENCER
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp 02/01/2021
Commission # 692634

NOTARY PUBLIC

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# Z

**DESCRIPTION**

Photos/video stills of private investigators and vehicles at home/workplace/freeway

**DATE / ITEM**

Feb. 2019

**SOURCE PDF PAGES**

91-105

**FACT SUPPORTED / USE**

Visual support for the surveillance/following narrative, including captions identifying Ben Stowell's car and alleged freeway following.

Exhibit Z  |  IC3 Complaint Appendix



Ben and Salem police coming to my office.jpg



Ben's car leaving my workplace.jpg



Private Investigator watching my house.jpg



Private Investigator parked in No Trespassing ...



Private Investigator in front of my house.jpg



Private Investigator watching my house 2.png



Private Investigator watching my house 3.png



Ben's car getting so close and almost hit my ca...



Ben's car chasing my car on the I-15 freeway.jpg



000227



Ben Stowell's car chasing our car in Provo

3:27 PM
Feb 20, 2019

0:15 / 4:56

Scroll for details





Ben Stowell's car chasing our car from Provo to Sany on I 15 freeway for 37 min

1600 North    3 ½
800 North    4 ¼
Orem Center St    5 ¾

3:48 PM
Feb 20, 2019

Play (k)

14:08 / 37:41

Scroll for details





Ben Stowell's car chasing our car from Provo to Sany on I 15 freeway for 37 min

3:50 PM
Feb 20, 2019

Play (k)

16:27 / 37:41          Scroll for details



Ben Stowell's car chasing our car from Provo to Sany on I 15 freeway for 37 min

3:55 PM
Feb 20, 2019

Play (k)

21:32 / 37:41

Scroll for details



Justin Lampropoulos trying to open my car door



4:12 PM
Feb 20, 2019

Play (k)

0:04 / 0:14

Scroll for details

Justin Lampropoulos trying to open my car door



4:12 PM
Feb 20, 2019

Play (k)

   0:12 / 0:14     Scroll for details

Justin Lampropoulos trying to open my car door



4:12 PM
Feb 20, 2019

Scroll for details

0:05 / 0:14

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AA



**DESCRIPTION**

Justin J. Lampropoulos professional profile

**DATE / ITEM**

Undated profile printout

**SOURCE PDF PAGES**

106

**FACT SUPPORTED / USE**

Identifies a key private/process-service actor connected to the service/investigation narrative.

Exhibit AA  |  IC3 Complaint Appendix

11/14/25, 12:00 AM
Case 2:24-cr-00163-TS    Document 246-1    Filed 05/16/26    PageID 15344    Page 135 of 225
sec.gov/Archives/edgar/data/856982/000085698220000019/mmsi-20191231x10ka.htm

Table of Contents



**JUSTIN J. LAMPROPOULOS**

**Executive Vice President, Sales, Marketing and Strategy**

**Age**: 37

**Current Position Since:** May 2015

**Education:** Completed postgraduate studies at Oxford University's Saïd Business School in Oxford, England in strategic management and is an alumnus of Harvard Business School.

Mr. Justin J. Lampropoulos is the son of Fred P. Lampropoulos, Merit's Chair of the Board, President and CEO

**Highlights**
- From 2010 to 2015 led Merit's Europe, Middle East and Africa business unit from Maastricht, the Netherlands
- Began his career in the medical device technology field in 2004

### *Corporate Governance Guidelines*

Our Corporate Governance Guidelines (the "Governance Guidelines") set forth the responsibilities of our directors.

The Governance Guidelines were amended in May 2016 to require each director to submit a letter of resignation upon reaching 75 years of age, which resignation becomes effective at the next succeeding annual meeting of shareholders and will be accepted by the Board absent a determination by the ESG Committee or the entire Board to nominate the director for an additional term.

The Governance Guidelines were further amended in October 2017 to include director guidelines that, among other things, require directors to maintain minimum stock ownership equal to at least three times the annual retainer received. The Board expects directors to meet this requirement by December 31, 2020. In October 2019 the Governance Guidelines were further amended to extend the stock ownership requirements to include the Company's CEO. As amended, the Governance Guidelines require the CEO of the Company to maintain minimum stock ownership equal to at least five times his or her annual base salary. The ESG Committee will determine compliance and may allow waivers with respect to the stock ownership guidelines for directors and the CEO on a case-by-case basis.

---

**GOVERNANCE MATERIALS**

The following materials relating to corporate governance are available via our website at:
***www.merit.com/investors/corporate-governance-leadership/***

- **Code of Business Conduct and Ethics**
- **Corporate Governance Guidelines**
- **Audit Committee Charter**
- **Compensation Committee Charter**
- **Finance Committee Charter**
- **Environmental, Social and Governance Committee Charter**

---

### *Code of Business Conduct and Ethics*

Our Code of Business Conduct and Ethics ("Code of Conduct") applies to our directors and employees, including our named executive officers ("NEOs"), and is supplemented by additional provisions applicable to our CEO and senior financial and accounting officers. All Merit directors, officers and employees are required to act ethically at all times and in accordance with the principles and policies set forth in the Code of Conduct.

106

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



## AB

**DESCRIPTION**

Facebook certificate of authenticity and business record for Jamie Nelson account

**DATE / ITEM**

Jan. 15, 2021

**SOURCE PDF PAGES**

107-108

**FACT SUPPORTED / USE**

Supports that Facebook records exist for a Jamie Nelson account and may be used to trace account activity or authenticity.

Exhibit AB | IC3 Complaint Appendix

## Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

Under California Evidence Code section 1561, I _____Cynthia Velazquez_____, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the subpoena to Facebook ██████████████████████████████ ████████████████████ The records are those located after a reasonable search and are true copies of the reasonably available basic subscriber information associated with the Facebook ID/URL:

    Jamie.nelson.52438174

3.  The records provided were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were made at or near the time the information was transmitted by the account holder.

    I declare under penalty of perjury under the laws of the State of California that the foregoing certification is true and correct to the best of my knowledge.

_____
Cynthia Velazquez
**Custodian of Records**

Address:    1 Hacker Way
            Menlo Park, CA 94025

**facebook**

107

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 100015417708834 |
| **Account Identifier** | jamie.nelson.52438174 |
| **Account Type** | User |
| **Generated** | 2021-01-15 04:00:42 UTC |
| **Date Range** | 2018-02-01 00:00:00 UTC to 2019-12-31 23:59:59 UTC |

**Name Definition**  Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

| **Name** | **First** | Jamie |
|---|---|---|
| | **Middle** | |
| | **Last** | Nelson |

**Emails Definition**  Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**  jjlampropoulos@gmail.com

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  jamie.nelson.52438174

**Registration Date Definition**  Registration Date: Date and time of account creation.

**Registration Date**  2017-03-02 01:02:09 UTC

**Registration Ip Definition**  IP address associated with account creation.

**Registration Ip**  69.169.138.85

**Account End Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.

| **Account Closure Date** | **Account Still Active** | true |
|---|---|---|

108

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**



EXHIBIT

# AC

**DESCRIPTION**

Nuwber results for Justin Lampropoulos

**DATE / ITEM**

Apr. 11, 2021

**SOURCE PDF PAGES**

109-110

**FACT SUPPORTED / USE**

Provides identifying/background information for a service/investigation participant.

Exhibit AC  |  IC3 Complaint Appendix





PERSON   PHONE   ADDRESS

ABOUT JUSTIN LAMPROPOULOS

Justin Lampropoulos | Lehi, UT | UNLOCK FULL INFO | SEARCH

LOG IN

## What year was Justin Lampropoulos born and how old is he?

Justin Lampropoulos was born on December 10, 1982 and now he is 38.

## Do you know Justin Lampropoulos's phone number?

You can try to reach Justin on his home phone at (801) 341-4022 or call his mobile phone at (801) 864-5580.

## How do I reach out to Justin Lampropoulos by email?

You can try to contact Justin at the following email addresses: jjlampropoulos@gmail.com · jlamprop@yahoo.com · jlampropoulos@cox.net.

## What is Justin Lampropoulos's current place of residence?

Justin resides at N Eagle Nest Ln, Lehi, Utah, 84043-7705 and has been living there since 2008.

## Where did Justin Lampropoulos live before he moved to his current place?

Justin Lampropoulos has moved frequently. His previous home addresses are as follows: 29310 N 20th Ln, Phoenix, AZ, 85085-2000 ·

SHOW MORE ∨

## Who are Justin Lampropoulos's neighbors?

Multiple records indicate the following people as Justin's neighbors: Christopher Cook · Robert D Rohde · Britt J Rohde · Bryan D

SHOW MORE ∨

## Who is related to Justin Lampropoulos?

Our records identify the following people as the relatives of Justin Lampropoulos: Kathryn N Lampropoulos.

## What is Justin Lampropoulos's astrological sign by date of birth?

Justin's astrological sign by date of birth is a Sagittarius.

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

## EXHIBIT

# AD

**DESCRIPTION**

Jamie Nelson Facebook profile and messages seeking Wang's address

**DATE / ITEM**

Feb. 2019 screenshots

**SOURCE PDF PAGES**

111-116

**FACT SUPPORTED / USE**

Supports the claim that someone using the Jamie Nelson account sought Wang's address from a contact, framed as a surprise/baby-present inquiry.

Exhibit AD | IC3 Complaint Appendix



https://www.facebook.com/jamie.nelson.62438174/friends_mutual

**Jamie Nelson**

Timeline    About    Friends 6 Mutual    Photos    More ▾

DO YOU KNOW JAMIE?

To see what she shares with friends, send her a friend request.

 6 Mutual Friends

## 👥 Friends

All Friends    Mutual Friends



| | | |
|---|---|---|
| **Avalon Max** 17 mutual friends | ✓ Friends | **Florin Predoi** Works at Landry's, Inc. ✓ Friends |
| **Justin David Kremer** 869 friends | ✓ Friends | **Justin Warner** 601 friends ✓ Friends |
| **Larry LaVoice** 304 friends | ✓ Friends | **Mok Auger** 2,344 friends ✓ Friends |

111



https://www.facebook.com/jamie.nelson.52438174/friends_mutual



DO YOU KNOW JAMIE?

To see what she shares with friends, send her a friend request.

8 Mutual Friends

## Friends

All Friends    Mutual Friends



**Avalon Max**
17 mutual friends
✓ Friends

**Florin Predoi**
Works at Landry's, Inc
✓ Friends

**Justin David Kramer**
889 friends
✓ Friends

**Justin Warner**
611 friends
✓ Friends

**Larry LaVoice**
104 friends
✓ Friends

**Mok Auger**
2,344 friends
✓ Friends

 **Kristina**  📹  📞

Tue, Feb 19

Hi love

Do you know a Jamie Nelson

She fb messaged me asking me for ur address

No omg stalker

Record everything and DO NOt send anything !

Do u have a screenshot ?

I'm in nyc . Do not tell them !!

Can u show me the profile ?

No no



## Jamie Nelson

You're friends on Facebook

Works at Fitness Coach

Lives in Pleasant Grove, Utah

Hey Girl! I am trying to get in touch with Kay. We are old friends. I have a

113





**Jamie Nelson**
Messenger



# Jamie Nelson

You're friends on Facebook

Works at Fitness Coach
Lives in Pleasant Grove, Utah

SUN 2:31 PM

 Hey Girl! I am trying to get in touch with Kay. We are old friends. I have a baby present for her but can't get a hold of her. Is she in Utah still?

SUN 3:10 PM



Hmmmm! I can't find her new address. 😩

I also want to surprise her. The little one is so cute.

     Aa

114



## Jamie Nelson
Messenger

Hey

Yes she is

Hmmmm! I can't find her new address.

I also want to surprise her. The little one is so cute.

I don't have her address

Is she living with Jan and John? I can look them up.

Iam not sure I can find out

That would be great.  Would love to see her but happy to drop off a baby present at her house. Thanks girl. So appreciated.

Offcourse

Hey Girl! Did you find out?





### Jamie Nelson
Messenger

That would be great.  Would love to see her but happy to drop off a baby present at her house. Thanks girl. So appreciated.



Offcourse



Hey Girl! Did you find out?

Thanks so much.



116

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

## EXHIBIT

# AE

**DESCRIPTION**

Holysmoke screenshots including March 6 alleged threat post and related page

**DATE / ITEM**

Mar. 3 & Mar. 6, 2019

**SOURCE PDF PAGES**

117-118

**FACT SUPPORTED / USE**

Duplicates/isolates the central alleged March 6 post for easy citation and comparison with law-enforcement/CPS/family-court references.

Exhibit AE  |  IC3 Complaint Appendix

Case 2:24-cr-00163-TS    Document 246-1    Filed 05/16/26    PageID.15359    Page 150 of 235





REPLY ↰

## Kailin Wang

March 6, 2019

I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!



REPLY ↰



000401

117

▼    ▼

**40 yr. Old Preggers**

March 3, 2019

██████ r ████████ was Fully aware of Baby mamas charges, employment status Before intercourse and yet he still dived in No Condom and Came inside this unaware woman. How nasty, Ch█████ r █████████ nown as "Tinder Man TiGGY", bangs soooo many Tinder hoes. How many kids has ████████████████ really fathered?

REPLY

**Kaitlin Wang**

March 6, 2019

I'm going to kill myself and our baby If he does not start paying me child support and then he will be guilty of first degree murder. I hope his parents are happy to hear this!!!

REPLY

████████████

March 6, 2019

████████

★★★★★

███ ████ stop impersonating someone you've never met and get a life.

Did you find this review helpful? 👍 Yes (2)    👎 No (1)

REPLY

**██████ rs Abused Baby by father**

March 7, 2019

████████████████████████████ /C█████ r ███████

★★★★★

████████████ President of Google America's, ███ ████ sen former President of the Board Menlo Park School District, Stanford University Christoffer ████████ former Square Inc. , Carnegie Mellon alum. Continues thier harassment of immigrants whom they refer to as "Chinks/Japs/Gooks", all because C█████ █████████ mpregnated what the ██████ ens refer to as a "Chink". Because C█████ r █████████ ikes to have sex w/ No Condoms spreading his seed in unaware women, he impregnated what he refers to as a " Chink Baby", and now to AVOID financial and physical responsibilities, the Thygeser clan has waged a harassment campaign to falsely report Child Abuse allegations, which ███████ er iies and made up as he has never seen his child nor provided ANY financial support to. That way he can Dodge child support , gain temporary custody by making up fabricated allegations of abuse then he will Murder his own son all in an attempt to cover up his deviant sexual appetite to cum inside chunks, niggers and spics. C█████ r █████████ s a very sick, sexually deviant and disgusting man who will sleep with anything and everything but avoid all responsible and then even engage in seriously illegal behavior to Dodge child support. I'd be scared for your life and ur child's of Anyone were to be impregnated by this disgusting racist man.

Did you find this review helpful? 👍 Yes (1)    👎 No (1)

REPLY

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AF

**DESCRIPTION**

San Francisco Family Court mini-minutes

**DATE / ITEM**

Mar. 6, 2019

**SOURCE PDF PAGES**

119

**FACT SUPPORTED / USE**

Shows the March 6 California hearing timeline, including respondent not served/not present and temporary sole custody orders.

Exhibit AF  |  IC3 Complaint Appendix

FDV-19-814465

████████████ █████████ VS. KAILIN WANG

## MINI MINUTES FOR MAR-06-2019 08:30 AM FO

(404) 3/6/2019
Judge: Richard Darwin            Clerk: Sadie Li
Reporter: Vicki Gross #5525       Bailiff: Deputy Anasse

Petitioner present with Darrick Chase and Erica ████████ Respondent not served and not present. Petitioner's oral motion to substitute service via email or via Respondent's parents' home address - DENIED. Personal service is required for restraining order requests.

Petitioner's request to continue hearing and modify temporary restraining order - granted. Petitioner granted temporary sole legal and physical custody of minor child, ███████████ Wang (DOB 11/26/18). The mother shall receive no visitations till further orders of the Court.

Court signed Amended DV-110 Temporary Restraining Order and DV-116 Order on Request to Continue Hearing. File endorsed copies provided to counsel.

Matter continued to 4/10/19 at 8:30am in Dept. 404 for Domestic Violence Restraining Order Hearing. Court finds good cause to continue matter beyond 21 days.

119

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

UNIFIED FAMILY LAW COURT

DEPARTMENT 404

---oOo---

HONORABLE RICHARD C. DARWIN, JUDGE

_____

IN RE THE MATTER OF          )
                             )
█████████ R STANFORD         )
                             )
              PETITIONER,    )   CASE NO. FDV-19-814465
                             )
VS.                          )
                             )
         KAILIN WANG,        )
         RESPONDENT.         )
_____

---oOo---

REPORTER'S TRANSCRIPT
OF
PROCEEDINGS

WEDNESDAY, MARCH 6, 2019

---oOo---

A P P E A R A N C E S:
  FOR THE PETITIONER:          KAYE•MOSER•HIERBAUM•FORD LLP
                               BY:  DARRICK T. CHASE
                               101 California Street, Suite 2300
                               San Francisco, CA, 94111

                               RIDDER, COSTA & ████████
                               BY:  ERICA T. ████████
                               12 Geary St., ████████
                               San Francisco, CA, 94108

REPORTED BY: VICKI GROSS, CSR
        CERTIFICATE NO. 5525

120

MR. CHASE:  They have all received harassing communications, yes.

Let me double-check one thing.

(Discussion off the record)

THE COURT:  I am going to -- part of the DV-140, which is the child custody and visitation order, says no visits for mom, and then there is a separate supervised visits for mom.

MR. CHASE:  We prefer no visits.  We just, I wanted to make sure that I covered everything on the forms.

THE COURT:  I am going to cross out supervised visitation because I think that's jumping the gun.

Now I am going to take off the extra section on these findings because this is being done on an ex parte basis.  So I am not making any findings at this point other than he's established, and the Court already did that, found that there was domestic abuse sufficient to issue a temporary restraining order.  I don't want to make it that we've done anything beyond that.  I haven't made any findings.  There's been no evidence, there has not been an evidentiary proceeding, so I don't want to imply that there has.

So it doesn't change what the relief I'm giving you.  I just want to make sure it's clear that I am not making those findings.

MR. CHASE:  Yes.

THE COURT:  And I will sign it.

MR. CHASE:  And is the effecting order on there as well?  The granting of the orders, are these granted other orders part of this order?

THE COURT:  All I am taking off are the findings that you

attached and the supervised visitation component, which is inconsistent with the no visit.

So Ms. Li, I just need you to fill in the dates for those.

Okay.  And let's see if Ms. Wang shows up.

MR. CHASE:  Yes.  Thank you very much, Your Honor.


---oOo---

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# AG

**DESCRIPTION**

Utah 911 call transcript involving Mark Brenzinger, Mother to CT (V1), Darrick Chase, and dispatch

**DATE / ITEM**

Mar. 6, 2019

**SOURCE PDF PAGES**

120-131

**FACT SUPPORTED / USE**

Shows the contemporaneous 911 report based on the alleged social-media threat and identifies who supplied information to law enforcement.

Exhibit AG  |  IC3 Complaint Appendix

IN THE FOURTH JUDICIAL DISTRICT COURT
OF UTAH COUNTY, STATE OF UTAH

```
_____
                                    )
KAILIN WANG,                        )
                                    )
          Petitioner,               )
                                    )
     vs.                            ) Case No. 194400718 PT
                                    )
███████████████  ███████████        )
                                    )
          Respondent.               )
_____ )
```

911 Call
Electronically Recorded on
March 6, 2019

Transcribed by: Natalie Lake, OCT

152 E. Katresha St.
Grantsville, UT 84029
Telephone: (435) 590-5575

-1-

P R O C E E D I N G S

(Electronically recorded on March 6, 2019)

OPERATOR:  March 6, 2019, 14:12:23.

911 OPERATOR:  Police and fire dispatch.

MR. BRENZINGER:  Hi.  My name is Mark Brenzinger. I'm calling from Chicago.  I work at a private security risk management firm, and we have an emergent situation in your jurisdiction.  I was hoping to speak with -- we've been working with your constable in the area, and he's been working with a sergeant, and we have some information we want to share with you in a fresh court order.  Is there any way you can get connected to a watch commander or a sergeant?

911 OPERATOR:  For what city, sir?

MR. BRENZINGER:  Spanish Fork's.

911 OPERATOR:  Let's see.  Yeah, I can go ahead and get your information and then ask a sergeant to give you a call back.

MR. BRENZINGER:  Okay.  The long and the short of it is we have a court order coming out of California that's allowing -- it's allowing law enforcement to go and remove a child that is at risk right now and hand that child over to the biological father, who is en route.

911 OPERATOR:  Okay.  Sir, can I have your phone number?

MR. BRENZINGER:  Yes.  It's 847-306-2220.

-2-

124

911 ████T████n, what is your first and last name again?

MR. BRENZINGER:  First name Mark, M-a-r-k, last name Brenzinger, B as in boy, r-e-n, z as in zebra, i-n-████  ██ ████  911 OPERATOR:  Okay████ge████████y you're with, Mark?  ████  ████  ██

MR. BRENZINGER:  Hillard Heintze, H-i-l-l-a-r-d, H-e-i-n-t-z-e.  We████a████icago.

911 OPERATOR:  Okay.  That's a private investigation firm, you said?

MR. BRENZINGER:  Private investigation firm, yes, ma'am.  ████  ████

911 OPERATOR:  Okay.  Is the 847 number a good call back number for Hillard Heintze?

MR. ████I████'s a good call back number for me.  I'll give you ████k████r of 312-22████

MS. ████  ████  9806.

MR. BRENZINGER:  -- 9806.

911 ████T████.  Mark, could you just update for me, please, th████I████ that's not necessary.  I'll just take that out.  Okay.  I'm going to have a sergeant from Spanish Fork give you a call back.

MR. ████I████ay.  Can we make this -- with all due respect --████i████e believe our subject is mentally unstable, has just got bad news, and she just posted a threat

-3-

125

about two hour█████ ████████omicidal threat and a suicidal threat regarding herself and this baby.

911 OPERATOR:  Okay.  What is -- what is your subject's name?                    ████████  ████

MR. BRENZINGER:  My████████s ███████████

MS. █████ ████████  Kailin.    ████

MR. BRENZINGER:  -- Kailin.  K-a-i-l-i-n, Wang, W-a-n-g.          ██████ ████████

911 OPERATOR:  Okay.  Do we need to have an officer respond to her address?

MR. BRENZINGER:  Well, I think we do.  I'd like to give you the a████s████████

911 OPERATOR:  Okay.

MR. BRENZINGER:  The address is 2481 Fairway Drive in Spanish Fork, ████o████████r should be prepared for anything, really.  This ████y███████ been cooper█████We've not been able to serve ████o████████an several weeks.

911 OPERATOR:  Okay.

MR. █████I████████e's been very evasive, and her parent that sh████e███████

911 OPERATOR:  And has she been --

MR. BRENZINGER:  -- has also --

911 ██████T████████ excuse me, Mark, has she made threats to her████ ████████

MR. BRENZINGER:  She has made threats to herself on

-4-

social media, ██████ ████████

911 OPERATOR:  And to the baby?

MR. BRENZINGER:  And to the baby, as of two hours ago there was a posting.  She was aware there was a hea███████ S███ F██████co.  She was not prese██████████e'██████████████ how much information sh██████ ████████        ████

911 OPERATOR:  Okay.

MR. ██████I████████ but the Court found that the baby needs to be removed from --

911 OPERATOR:  Okay.  Do you have -- do you have a phone number for Kailin?

MR. ██████I████████e second, let me --

MR. DARRICK CHASE:  And just more information, the order that we have is a domestic violence prevention order that gets entered i██████h██████ble) system, so this is the order that gives ful██████t████████ -- to Mr. ██████████ and has an effecting orde██████l██████████ement to get the baby from Kailin or anybody else who --

911 ██████T████████.  Sir, do you have a phone number for her?  ██████ ████████

MR. BRENZINGER:  We're looking that up right now.  If you have an email where we could forward you these orders, that would probably██████ ████████

911 ██████T████████threats that she made to herself, did she make any mention of how she would hurt herself or the

-5-

127

child? ▮▮▮▮ ▮▮▮▮▮

MR. BRENZINGER:  I do not believe there was a method noted in this statement, no, ma'am.

911 OPERATOR:  Okay.  Do you know if she ▮▮▮▮▮ ▮▮ w▮▮▮ or any access to weap▮▮▮▮ ▮▮▮▮▮▮▮

MR. ▮▮▮I▮▮▮▮ don't know if s▮▮as weapons or access.

911 ▮▮▮T▮▮▮▮ou know if she has any history of using alcohol or drugs?

MR. BRENZINGER:  She does have a history of using alcohol.  I cannot confirm on drugs.

MR. ▮▮▮C▮▮▮▮ So can I give you something on the temporary restraining order with respect to guns?

911 OPERATOR:  Okay.  No, I'll have an officer call you for the in▮▮t▮▮▮ the orders, but right now I just need to get th▮▮o▮▮o we can go▮▮nd do a welfare check, and the▮▮ ▮▮▮▮ to an officer when he calls you back about the orders in particular.

MS. ▮▮▮ ▮▮▮▮  I'm going to give you three phone numbers.▮▮ ▮▮▮▮ is at the residence.

911 OPERATOR:  Okay.  Hold on, ma'am.  Hold on, please.

MS. ▮▮▮ ▮▮▮▮  Sorry.

911 ▮▮▮T▮▮▮▮.  Go ahead with the phone numbers, ma'am.

-6-

MS. ▮▮▮ ▮▮▮▮▮ Okay. The first one is where we believe she's residing with her parents, and that's -- it's a land line, we believe, and it's 801-794-2801.

911 OPERATOR: Okay. Is this the parent'▮▮▮ ▮▮ a▮▮▮▮, the Fairway Drive? ▮▮▮▮▮ ▮▮▮▮▮▮▮

MS. ▮▮▮ ▮▮▮▮▮ Yes. ▮▮▮

911 OPERATOR: Okay.

MS. ▮▮▮ ▮▮▮▮▮ The next number is a cell phone that we believe belongs to Kailin, and that number is 323-244-3244.

911 OPERATOR: And that's Kailin's cell phone?

MS. ▮▮▮ ▮▮▮▮▮ Yes. I have one more cell phone number for her.

911 OPERATOR: Okay.

MS. ▮▮▮ ▮▮▮▮▮ And that is 917-432-4181.

911 ▮▮▮▮T▮▮▮▮. ▮▮▮▮

MS. ▮▮▮ ▮▮▮▮▮ I don't know which of the two cell phones are still active, or if they both are.

911 ▮▮▮▮T▮▮▮▮▮ou know how old the baby is?

MS. ▮▮▮ ▮▮▮▮▮ Three months.

MR. BRENZINGER: Three months.

911 OPERATOR: Okay. Do you know if Kailin has a vehicle? ▮▮▮ ▮▮▮▮▮

MS. ▮▮▮ ▮▮▮▮▮ Yes. There are two vehicles and a -- they belong to either her or her parents, unclear, but let

-7-

129

me give you bo███████ ██████████ld on one second.

911 OPERATOR:  Do you guys know the baby's name and what sex the baby is?

MR. DARRICK CHASE:  Yes.  Baby's name is ██████████ K████ y██████.  His middle name is ██████████ T██████████████, last name Wang.  He███████b██████████birth date is 1██████/2018.

911 OPERATOR:  Okay.

MR. ███████C██████████ He's a white baby.  Well, as far as we know.

911 OPERATOR:  Okay.  Then the vehicle information for Kailin?

MS. ████████ ████████████  Give me one second.  I'm opening it up.  Okay.  It's a -- there are two cars.  One is a gold BMW SUV.  The license plate is Boy, 5, 3, 8, Edward, Apple.

911 ██████T██████████.

MS. ████████ ████████████  I'll read██████████ck to you, Boy, 5, 3, 8, Edwar██████l██████████econd car is a red Lexus SUV.  The license plate is David, 5, 6, 9, X-ray, Tango.  We believe the baby seat is u██████y██████████ed Lexus, FYI.

911 ██████T██████████.  So I have all the information that I need.  We're going to send out for us to do a welfare check, and then I've put in here a note for someone to contact you by phone a██████t██████████de contact.

MS. ████████ ████████████  Can we do that before just to give more information?

-8-

911 ███T██████ally, our main priority right now is to make sure everything is okay, and then we'll have someone give you a call when they're done.

MR. BRENZINGER:  Okay.  Then we can send ███████e ██ o█████at that time as well, █████████ o████████████

911 ███T██████████.              ███████

MR. DARRICK CHASE:  We want to get the baby at the time we do the████a██████████

911 OPERATOR:  When the officer does call you, he'll likely be calling from a blocked or a private number, so just look out for that.

MR. █████I████████s, ma'am.  Thank you.

911 OPERATOR:  Okay.  Thank you.

MS. CHASE:  Thank you.

911 ███T██████████.  Bye-bye.

MR. █████C█████████ Bye.        ███████████

(Con█████o██████████call)

-9-

131

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AH



**DESCRIPTION**

Psychology Today profile for Dr. Mark Brenzinger

**DATE / ITEM**

Sept. 7, 2019 printout

**SOURCE PDF PAGES**

132

**FACT SUPPORTED / USE**

Identifies the professional background/contact information for a 911-call participant/referent.

Exhibit AH | IC3 Complaint Appendix

Dr. Mark Brenzinger, PsyD, Psychologist, Schaumburg, IL, 60194 Psychology Today

City, Zip or Name



Home  > Schaumburg > **Mark Brenzinger**
Psychologist, PsyD

# Mark Brenzinger
Psychologist, PsyD
Verified by Psychology Today    **Email Me**

**(847) 603-4745**



**(847) 603-4745**

**Email Me**

Midwest Behavioral Risk Management, P.C.
869 East Schaumburg Road
Suite 252
Schaumburg, Illinois 60194
**(847) 603-4745**

I provide Forensic and Clinical Evaluations / Consultation Services in the Chicagoland area and Nationally. Psychological Evaluation Services: Psychosexual Risk Evaluation (Pre-Trial, Post-Conviction / Pre-Sentence, Post-Sentence and for DCFS); Sex Offender Evaluation (State and Federal Cases); Psychosexual Evaluation (Sexually Problematic Behaviors / Addiction); Violence Risk and Threat Assessment (Workplace, K-12, University, and Private Individuals); Mental Health Certification for Firearm Possession Evaluation (IL-FOID). Clients include adult and adolescent males and females.

I also provide Fitness for Duty Evaluation (Public Safety Personnel and Corporate Employees); Independent Medical Examination (IME); and General Evaluation (Mental Status, Cognitive Functioning, Psychopathology, Substance Use).

I hold the following Illinois Licenses: Clinical Psychologist, Sex Offender Evaluator and Treatment Provider. I am a Member of the Cook County SOMB; Approved Provider for

132

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AI

**DESCRIPTION**

Utah DCFS records, referral details, home-visit narrative, and Mother to CT (V1) email

**DATE / ITEM**

Sept. 2019 records / Mar. 2019 events

**SOURCE PDF PAGES**

133-137

**FACT SUPPORTED / USE**

Shows how the alleged March 6 post entered DCFS/child-safety records and includes paternal-family communications about the case and expected charges.

Exhibit AI  |  IC3 Complaint Appendix



**State of Utah**

GARY R. HERBERT
*Governor*

SPENCER J. COX
*Lieutenant Governor*

DEPARTMENT OF HUMAN SERVICES

*ANN SILVERBERG WILLIAMSON*
*Executive Director*

DIVISION OF CHILD AND FAMILY SERVICES

*DIANE MOORE*
*Acting Director*

September 18, 2019

███████████████

294 Ewing Terrace
San Francisco, California 94118

Dear Requester:

Your request for records from the Division of Child and Family Services has been reviewed and completed. I have denied in whole or in part, your request for these records. Please see remarks below for explanation regarding your specific records request.

**PARTIAL DENIAL**

❑ Pursuant to Utah Code Ann. § 62A-4a-412, the following information has been redacted (blocked out):
   ☒ The names, addresses, telephone numbers, and specific information that could identify or lead to the discovery of the identity of the person(s) making the initial report (referent). (UCA §62A-4a-412(3)).
   ❑ Information received from the Bureau of Criminal Identification.
   ☒ The names, addresses, telephone numbers, and specific information that could identify or lead to the discovery of the identity of person(s) involved in the investigation of the report. (UCA §62A-4a-412(3)).
   ❑ Information that could impede a criminal investigation. (UCA §62A-4a-412(3)).
   ❑ Information that could endanger a person's safety. (UCA §62A-4a-412(3)).
❑ Pursuant to Utah Code Ann. §63G-2-202, a record contained in the DCFS Management Information System that is found to be unsubstantiated, unsupported, or without merit may not be disclosed to any person except the person who is alleged in the report to be a perpetrator of abuse, neglect, or dependency.
❑ Pursuant to Utah Code Ann. § 63G-2-304, information classified as controlled has been withheld; this includes records containing medical, psychiatric or psychological data about an individual and the party who has created the record has identified it as being confidential.
❑ Pursuant to 34 C.F.R. § 99.10; 34 C.F.R. § 99.4, educational information has been withheld.
☒ Pursuant to Utah Code Ann. § 63G-2-302, information classified as private has been withheld. Other people's personal information.
❑ Pursuant to Utah Code Ann. § 63G-2-305, information classified as protected has been withheld.

❑ Pursuant to Utah Code Ann. § 42 C.F.R., Part 2, you do not qualify to receive the records.
☒ Pursuant to Utah Code Ann. §63G-2-305(17), you do not qualify for records that are subject to attorney client privilege.

133

Family Functioning Summary

Parental resilience: Kailin is currently struggling with mental illness.
Social support: Both Kailin and O████er have the support from their parents who they have been able to lean on in times of need.
Concrete supports: The parents are aware of the resources that are available to them.
Knowledge of parenting and child development: Ch█████ is aware of ██████ and is needs and has been consistent in taking ████████ to see his pediatrician.
Social emotional competence of ████████████ s only a few months old but is meeting the developmental m████████or his age.

## Referral Narrative

| Person Narrative: | Special Considerations: Please call Referent ██████████████████████<br><br>Family Language:  English<br>Site and date of Occurrence: Mother's home on 3.6.19<br>Address Verification: Provided by Referent<br>Custody Arrangements: See Narrative<br>Other(s) in Home: Maternal Grandparents' Home - Referent doesn't know their names.<br><br>Children(s) Special Needs/Disabilities: Unknown to Referent<br>Mother's Employment: Unknown to Referent<br>Father's Employment: Unknown to Referent<br>eRep Services: Open for Services<br><br>Police Report: See Notification/Aux<br>Third Party Contact: Mark Brenzinger, Clinical Psychologist ██████████ and Father's Attorney, Darrick Chase, ██████████<br><br>ICWA: N/A<br>Utah Sex and Kidnap Registry: N/A |
|---|---|
| Allegation Narrative: | ███████████████████████████ mother posted on a social media page "Holy Smoke" on 3.6.19 she was going to kill herself and the baby he doesn't start paying her child support and that she hopes his parents will be happy. Father lives in San Francisco, CA and is on his way to Utah to pick up ██████ and will arrive around 9:42 pm ██████████ Protective Order from father's attorney (Darrick Chase) dated 3.6.19. Apparently the Constable has been trying to find mother to serve her with paperwork and has been unsuccessful. The protective order was signed on 3.6.19 which is awarding father temporary legal and physical custody of ████████████ ████<br><br>Referent said when they tried to make contact with mother at the home there is a big camera in the front window and the front door was covered so you couldn't see in and all the blinds were down. Mother's vehicle was in front of the home, but nobody answered the door.<br><br>Referent said father will be arriving tonight at 9:42 pm to pick up ██████ and will call law enforcement for help in getting h████ ████████████████████████████<br>███████████████████████████████████<br>███████████████████████████████████ |

## Additional Info(s)

| Referral # | Disposition Date | Narrative |
|---|---|---|
|  |  |  |

134

Mother's Employment:

Father's Employment:

3rd Party contacts: none
Special Considerations for CPS: Open CPS - 2503301 - PA; no new allegations added
Language(s) in home: English
Location of incident: Spanish Fork
eRep: open services
Sex Offender Registry: none
Native American: no

Referent stated that ███████ has rash and dry skin issues, and he needs a special lotion for his skin.  Referent stated that the lotion was not taken with ███████  Referent stated that grandparents would like to speak with the caseworker about getting the lotion to ███████ and setting up a visit with ███████

## Referral Details

| | |
|---|---|
| Staffing Notes: | Mother threatened on social media on 3.6.19 to kill herself and ████████ because father isn't paying child support. Father will arrive in Utah at 9:42 pm tonight from San Francisco. This case will be assigned to Supervisor Robbie Adams. |
| Resources recommended to Referent: | |
| Notification sent to LE: | Spanish Fork PD - This report is being sent to you in compliance with mandatory child abuse reporting laws.  The Division of Child and Family Services (DCFS) does not anticipate a need for law enforcement involvement at this time.  However,  if your agency has information which indicates that an officer should be assigned, please do so and have the assigned officer contact the CPS worker identified above. |

## Case Allegations

| Allegation | Perpetrator/ Alleged Perpetrator | Victim/ Alleged Victim | Incident Date | Perp Rel to Victim | Juv Perp |
|---|---|---|---|---|---|
| Physical Abuse | Wang, Kailin | ████████ | 06 Mar 2019 | Parent | Yes |

## Allegation Findings & Review Details

### Physical Abuse

| | |
|---|---|
| Alleged Perpetrator: Wang, Kailin | Approx. Age at Incident Date: 36 |
| Alleged Victim: ██████ | Approx. Age at Incident Date: 0 |

| Review Date | Review Type | Finding Severity | Summary |
|---|---|---|---|
| 20 Mar 2019 | Case Closure | Supported – Non Severe/Chronic | Kailin posted a threat to end her life and ████████ on social media. |

## Case Overview

| | | | |
|---|---|---|---|
| Economic Status | Upper Class | Services Provided | None Needed |
| Family Structure | Unmarried Couple with Children | | |
| OOH Abuse Type | None | | |

## Child Interviews

| Child | DCFS Interviewer | Location | Support Person | Date | Time | Description |
|---|---|---|---|---|---|---|
| ████████ | Kimberly Webb | Child's home | Support person not requested | 07 Mar 2019 | 09:30 AM | No interview, child non-verbal and unable to communicate |

## Removals

135

CW Kimmy Webb and Jennie Reiners attempted an unscheduled home visit at the the home of the maternal grandparents. We knocked on the door and a woman's voice asked who it was through the door. We informed her that we were DCFS and that we were looking for ▮▮▮ Wang. The voice responded by saying that her husband was coming home and she would like to wait for him. We waited in the car for about 20 minutes. We saw a man pull into the driveway of the home. He was standing on the driveway and was speaking to someone on the phone. We approached the man and informed him who we were. He informed us that he was the maternal grandfather. We asked if we could see ▮▮▮ We all walked to the front door and stood on the porch. The grandfather opened the front door and called for his wife to bring the child. Grandmother then stepped out of the home with ▮▮▮ in her arms and closed the door behind her. The grandparents would not allow us into the home. The child appeared to be clean and healthy with no visible signs of abuse or neglect. They informed us that they had been watching ▮▮▮ and we informed him that he looked cute and other complimentary terms. We asked where MO was and they informed us that she was in New York but would not give us any other information. The grandparents brought up that the FA is the one stalking MO and that they are being harassed. The grandfather pointed across the street to a gold mini-van and informed us that they have been there watching and harassing them. They also informed us that the FA is not paying child support. The grandparents were recording us the entire time.

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 07Mar19 10:00 AM | 5 | FINAL | COCO-Collateral Contact | Adams, Robbie |

Finalized By: Adams, Robbie Date: 20Mar19

**Policies:** *None*

I received a call from LE that the baby had just been seen at the home of the grandparents.

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 07Mar19 10:30 AM | 10 | FINAL | STAF-Professional Staffing | Adams, Robbie |

Finalized By: Adams, Robbie Date: 20Mar19

**Policies:** *None*

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 07Mar19 12:01 PM | 5 | FINAL | CLTP-Client Telephone | Webb, Kimberly |

Finalized By: Webb, Kimberly Date: 26Mar19

**Policies:** *None*

CW had a missed call from MO. I called back about 20 minutes later and left a voicemail.

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 07Mar19 12:45 PM | 10 | FINAL | REV-Review Record | Webb, Kimberly |

Finalized By: Webb, Kimberly Date: 26Mar19

**Policies:** *Reviewed prior CPS records*

Caseworker (CW) reviewed prior DCFS history for alleged victim, alleged perpetrator and all members of the household.

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 07Mar19 01:10 PM | 60 | FINAL | CLXV-Client Face-to-Face (not HV) | Webb, Kimberly |

Finalized By: Webb, Kimberly Date: 26Mar19

**Policies:** *Interview father/guardian of a victim*

Finalized By: Adams, Robbie Date: 20Mar19

**Policies:** *None*

Email from Paternal grandmother █████████

Baby and Daddy are both doing very well, and they are totally in love with each other. We are staying at the home of some friends in Park City through the hearing on Tuesday, and will then fly home with baby Tuesday evening. Ch█████'s lawyer has spoken to someone high up in the State Attorneys office to understand the shelter hearing process, and he thinks it will go smoothly. The Wangs have apparently hired an attorney who is making lots of threats, but weve got the facts on our side, so that will go nowhere. I dont fear the longer term custody process either given the facts in the case and also given that San Francisco PD expects the DA will be pressing falony charges against Ms. Wang very soon. I expect that C██████r will retain sole physical and legal custody of his son forever. My husband is flying in today to stay with us here through the hearing. The hearing is this Tuesday at 2:40pm. Will you be around then?

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 09Mar19 01:52 PM | 2 | FINAL | CLTP-Client Telephone | Webb, Kimberly |

Finalized By: Webb, Kimberly Date: 26Mar19

**Policies:** *None*

CW received a voicemail from MO stating that she would not be able to attend the shelter hearing because she could not make it back in time. She stated that she would need to extend the hearing and asked if I could inform her of that process.

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 10Mar19 08:30 PM | 5 | FINAL | CLEM-Client Email/Text | Adams, Robbie |

Finalized By: Adams, Robbie Date: 20Mar19

**Policies:** *None*

████Thygesen
Mar 10, 2019, 8:28 PM (10 days ago)
to me

Hi Robbie,

I wanted to let you know that Ch█████ and I took baby to see a pediatrician here in Park City for a complete check up. The mark on the back of his head is definitely a birthmark. Baby has a few little patches of rough skin that the doc recommended we tend to with a combo of 1% hydrocortisone cream on the worst spots and cetaphil body cream all over. Doc said this would likely not be necessary anymore after he gets home with us to CA where the climate is less dry. Baby also has a bit of a hernia in his groin that we need to keep an eye on. We also got his vaccination records which were on file with Utah, so we also now know what needs doing next on that front when we get home to CA. Christoffer is doing such a great job as a new dad, and he and baby are completely in love with each other. The have already formed a very strong father/son bond.
Best Regards, ██████████

| Start Date and Time | Duration(min) | Status | Activity Type | Author |
|---|---|---|---|---|
| 11Mar19 09:00 AM | 10 | FINAL | CLTP-Client Telephone | Webb, Kimberly |

Finalized By: Webb, Kimberly Date: 26Mar19

**Policies:** *None*

Primary Person: ██████████

Case ID: 2503301

ACTIVITY LOGS 1.0 - Rev. Oct 2015, Report Date:9/16/2019

8 of 10

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT



# AJ

**DESCRIPTION**

DCFS internal review and administrative final decision/order changing finding to unsupported

**DATE / ITEM**

Nov. 14, 2019

**SOURCE PDF PAGES**

138-142

**FACT SUPPORTED / USE**

Important rebuttal exhibit: DCFS changed the supported physical-abuse finding to unsupported and vacated the hearing; referral details list the alleged March 6 physical-abuse allegation.

Exhibit AJ | IC3 Complaint Appendix

000304



**State of Utah**

GARY R. HERBERT
*Governor*

SPENCER J. COX
*Lieutenant Governor*

DEPARTMENT OF HUMAN SERVICES

ANN SILVERBERG-WILLIAMSON
*Department Executive Director*

Division of Child and Family Services

DIANE MOORE
**Division Director**

CASEY CHRISTOPHERSON
**Western Region Director**

November 14, 2019

Kailin Wang
2481 S Fairway Dr
Spanish Fork, UT 84660

Dear Kailin:

The Division of Child and Family Services has conducted an Internal Review of your case and has determined that we will be changing the supported finding in the Management Information System to unsupported on case #2503301.

Please feel free to contact me with any questions at 385-268-2766.

Sincerely,

*Jaimie Graham*

Jaimie Graham
Western Region Administrative Hearing Tracker
Division of Child and Family Services

Address 150 East Center, Suite 5100, Provo UT  84606
Telephone 801-374-7005 Facsimile 801 374-7822 www.hsdcfs.utah.gov



000304                                751                                138



STATE OF UTAH

DEPARTMENT OF HUMAN SERVICES

OFFICE OF ADMINISTRATIVE HEARINGS

| | | |
|---|---|---|
| DIVISION OF CHILD AND FAMILY SERVICES, | : | |
| Claimant, | : | FINAL DECISION AND ORDER |
| vs. | : | |
| KAILIN WANG, | : | Case No. 2503301 |
| Respondent. | : | |

This action was initiated with a Notice of Agency Action dated March 27, 2019, which informed Respondent that Claimant made a determination that Respondent is substantially responsible for Physical Abuse. Following service of the Notice, Respondent requested a hearing to challenge the Supported finding. Accordingly, the matter was set for hearing.

On November 6, 2019, Claimant filed a Motion to Reverse Supported Finding to Unsupported and Vacate the In-Person Informal Hearing ("Motion"), based on Claimant's determination to change the finding of Physical Abuse to Unsupported.

## I. FINDINGS AND CONCLUSIONS

The right of an individual to contest Claimant's finding in an informal administrative hearing is limited to when such finding is designated as "Supported." See, Utah Code Ann. § 62A-4a-1009 (2019). Accordingly, given that Claimant has changed its finding of Physical Abuse to Unsupported, Respondent is no longer entitled to an administrative hearing in the present matter, and the request for hearing should be dismissed.

## II. ORDER

Wherefore, based upon the foregoing and Claimant changing the finding of Physical Abuse in case number 2503301 to Unsupported, it is herewith ordered that Respondent's Request for Administrative Hearing is dismissed. The in-person informal hearing scheduled Thursday, November 21, 2019, at 10:00 a.m. is vacated.

139

Any information that identifies the victim or any other subject of the child abuse and neglect report, including the victim or other subject's name or other identifiers, must be kept confidential pursuant to Utah Code section 62A-4a-412 (2019) and/or sections 63G-2-302, 304 (2019) unless the victim or other subject, or the victim or other subject's legal representative, consents to the release of the information.

**RECONSIDERATION** of this Order may be obtained by any party by filing a written Request for Reconsideration with the Office of Administrative Hearings, Department of Human Services, 195 North 1950 West, Salt Lake City, Utah 84116, within twenty (20) days after the date this Order was issued. The Request must state the specific grounds upon which relief is sought and a copy of the Request must be mailed to the opposing party. The opposing party may file a response within ten (10) days of receiving the Request for Reconsideration with the Office of Administrative Hearings and a copy must be mailed to the party requesting reconsideration. If no Order granting or denying Reconsideration is issued within twenty (20) days after the filing of the Request, the Request for Reconsideration shall be considered denied in accordance with Utah Code section 63G-4-302 (2019); **AND/OR:**

**JUDICIAL REVIEW** of this Order may be obtained by filing a Complaint in the Juvenile Court in the county where the petitioner resides or maintains his or her principal place of business within thirty (30) days after the date this Order was issued **OR** an order on reconsideration is issued or is considered to have been issued under Utah Code section 63G-4-302 (2019). A copy of the Complaint should be served upon each party to the action in accordance with the provisions in Utah Code section 63G-4-402 (2019).

Dated this ____8TH____ day of ___November___, 2019.

Eric M. Stott
Administrative Law Judge
Department of Human Services
Office of Administrative Hearings
195 North 1950 West
Salt Lake City, Utah 84116
Telephone (801) 538-3900

140

MAILING CERTIFICATE

I hereby certify that on this ___8ᵗʰ___ day of ___November___, 2019, I caused to

be mailed, postage prepaid, a true and correct copy of the foregoing Final Decision and Order to the following

parties of record:

> KAILIN WANG
> 2481 FAIRWAY DR
> SPANISH FORK UT 84660
>
> D. GRANT DICKINSON
> ATTORNEY AT LAW
> 2525 N. CANYON RD
> PROVO UT 84604

and to the following parties via inter-office mail:

> SHALA REYNOLDS, GARY BELL
> OFFICE OF THE UTAH ATTORNEY GENERAL
> 55 N UNIVERSITY AVE, #219
> PROVO UT 84606
>
> KIMBERLY WEBB, ROBBIE ADAMS
> DEPARTMENT OF HUMAN SERVICES
> DIVISION OF CHILD AND FAMILY SERVICES
> 609 N STATE RD
> 198 SALEM UT 84653
>
> JAIMIE GRAHAM
> DEPARTMENT OF HUMAN SERVICES
> DCFS HEARING TRACKER
> 150 E CENTER ST, STE 5100
> PROVO UT 84606

_Brianna Erickson_
Secretary

141

## Referral Details

| | |
|---|---|
| Staffing Notes: | ███████████████ |
| Resources recommended to Referent: | |
| Notification sent to LE: | ███████████████ |

## Case Allegations

| Allegation | Perpetrator/ Alleged Perpetrator | Victim/ Alleged Victim | Incident Date | Perp Rel to Victim | Juv Perp |
|---|---|---|---|---|---|
| Physical Abuse | Wang, Kailin | Wang, ███ T. | 06 Mar 2019 | Parent | Yes |

## Allegation Findings & Review Details

### Physical Abuse

| | |
|---|---|
| Alleged Perpetrator: Wang, Kailin | Approx. Age at Incident Date: 36 |
| Alleged Victim: Wang, ███ T. | Approx. Age at Incident Date: 0 |

| Review Date | Review Type | Finding Severity | Summary |
|---|---|---|---|
| 20 Mar 2019 | Case Closure | Supported - Non Severe/Chronic | Kailin posted a threat to end her life and ███ on social media. |
| 06 Nov 2019 | Region | Unsupported | After reviewing the file and information gathered, the Claimant believes the finding should be changed from supported to unsupported. |

## Case Overview

| | | | |
|---|---|---|---|
| Economic Status | Upper Class | Services Provided | None Needed |
| Family Structure | Unmarried Couple with Children | | |
| OOH Abuse Type | None | | |

## Child Interviews

| Child | DCFS Interviewer | Location | Support Person | Date | Time | Description |
|---|---|---|---|---|---|---|
| ███ T. Wang | Kimberly Webb | Child's home | Support person not requested | 07 Mar 2019 | 09:30 AM | No interview, child non-verbal and unable to communicate |

755

142

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# AK

**DESCRIPTION**

SFPD search warrant for Holysmoke records

**DATE / ITEM**

Mar. 2019

**SOURCE PDF PAGES**

143-144

**FACT SUPPORTED / USE**

Shows law enforcement sought Holysmoke electronic records and custodian authentication, supporting the need for source/server records rather than assumptions about authorship.

Exhibit AK  |  IC3 Complaint Appendix

## State of California, City and County of San Francisco,
## SEARCH WARRANT

I, Sgt. Michele Martinez #1208, swear under oath and penalty of perjury that the facts expressed by him/her in the attached and incorporated Statement of Probable Cause are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.   Wherefore, Affiant requests that this Search Warrant be issued.

_____,
(Signature of Affiant)

Hobbs Sealing Requested: YES_____ NO _X_ .
Nighttime Search Requested: YES _____ NO _X_ .

## (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER OR PEACE OFFICER IN THE COUNTY OF SAN FRANCISCO, CA: proof by affidavit, under penalty of perjury, having been made before me by Sgt. Michele Martinez, that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ It was stolen or embezzled – [1524(a)(1) PC];

☐ It was used as the means of committing a felony – [1524(a)(2) PC];

☐ It is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery – [1524(a)(3) PC];

☒ It tends to show that a felony has been committed or that a particular person has committed a felony – [1524(a)(4) PC];

☐ It tends to show that sexual exploitation of a child, in violation of PC Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring – [1524(a)(5) PC];

☐ An arrest warrant is outstanding for the person to be seized – [1524(a)(6) PC];

☐ A Child Protective Custody Warrant is outstanding for the person to be seized – [1524(a)(6) and Family Code 3134.5];

☒ A provider of "electronic communication service" or "remote computing service", as defined in Penal Code Section 1524.2(a) (including "California corporations" defined as any corporation or other entity that is subject to Section 102 of the Corporations Code and "Foreign corporations" defined as any corporation that is qualified to do business in this state pursuant to Section 2105 of the Corporations Code), has records or evidence regarding a subscriber or customer which (1) is of a type specified in Penal Code Section 1524.3 (i.e. the subscriber/customer's name, address, telephone number or other subscriber number or identity; the types of services the subscriber/customer utilized; the length of time the person has been a subscriber/customer of that service; and the local and long distance telephone toll billing records); and (2) which records or evidence shows that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery – [1524(a)(7) PC];

## You are therefore COMMANDED to SEARCH:

Holysmoke.org
pope@holysmoke.org

## For the FOLLOWING EVIDENCE:

Holysmoke website: **https://www.holysmoke.org** for information related to the below listed posts:

https://www.holysmoke.org/bad-business/christof██████esen
https://www.holysmoke.org/scam/christof██████sen

Any and all information associated with each of the listed Holysmoke posts, holysmoke.org, including:
Published content, including all reviews/comments, logins, date of creation and date of removal, device and browser type used, originating and destination Internet Protocol addresses, user/subscriber information, associated email addresses and phone numbers.  All information associated with each review/comment left on the published content, such as email addresses, IP addresses and user/subscriber information.

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE. ATTEST: CERTIFIED
APR 17 2019
CLERK      COURT
Superior Court of C      of San Francisco
BY:
DEPUTY CLERK

143

Holysmoke shall verify the authenticity of electronic information that it produces by providing an affidavit from the Custodian of Records, and a declaration from the Custodian of Records to be included with the records/report.

Holysmoke shall be compensated by the San Francisco Police Department for reasonable expenses incurred in complying with the court's order. Additionally, it is the ORDER of this court that:
This Search Warrant is submitted in compliance with 1546.1(h) of the California Penal Code. It is ordered that all information obtained through the execution of the warrant that is unrelated to the objective of the warrant shall be sealed and not subject to further review, use, or disclosure without a court order.

This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me on this _8th_ day of _March_____, 2019, at _7:30_____ A.M./ P.M
Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

Hobbs Sealing Authorized:  YES___  NO_X_
Nighttime Search Authorized:  YES___  NO_X_

_____,
**Signature of Magistrate**
Joseph M. Quinn

**Judge of the Superior Court Department** _608_ ,
**City and County of San Francisco, California**

144

APPENDIX OF EXHIBITS — IC3 COMPLAINTS

# EXHIBIT

# AL

**DESCRIPTION**

New York Family Court petition by Wang against CT (V1)

**DATE / ITEM**

Mar. 8, 2019

**SOURCE PDF PAGES**

145-147

**FACT SUPPORTED / USE**

Shows Wang's contemporaneous petition alleging family offenses and asking that CT (V1) not file false allegations to police/CPS.

Exhibit AL  |  IC3 Complaint Appendix

F.C.A.§§ 812, 818, 821                                                  8-2 12/2013

## FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of a **Family Offense** Proceeding | File #:    302011 |
| | Docket #:   O-02959-19 |
| **Kailin Wang,** | |
| Petitioner, | **FAMILY OFFENSE** |
| - against - | **PETITION** |
| ████████████████████████, | |
| Respondent. | |

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

I, Kailin Wang reside at[1] ***Address Confidential***.

The Respondent, ████████████████████ resides at ████████████, San Francisco, CA 94118.

The Respondent and I are related in the following way: I have a child-in-common with the Respondent.

The Respondent committed the following family offenses against me and/or my children which constitute attempted assault, assault in the second or third degree, aggravated harassment in the second degree, harassment in the first or second degree, disorderly conduct, menacing in the second or third degree, reckless endangerment, stalking, criminal mischief, sexual abuse in the second or third degree[2], sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or circulation, identity theft in 1st, 2nd, or 3rd degree, grand larceny in 3rd or 4th degree, and coercion in 2nd degree [Penal Law § 135.60 (1),(2) or(3))].

Describe each incident: starting with the most recent incident: March 6, 2019 via internet: **Petitioner states "3/6/19 C█████r impersonated me on webiste Holysmoke.org and impersonate me, Kailin Wang "I'm going to kill myself and our baby if he does not start paying me child support and then he will be guilty of 1st degree murder." "I hope his parents are happy to hear this"!!! Then he called CPS/police and they took my son, whom he never seen, ████ Wang away. I reported these impersonations to NYPD on 3/7/19. NYPD Midtown Precinct North (18th Precinct) to officer PO Albino #962208. 2/15/19- Precint. Christoffer has also threatened on various social media he is going to put me in jail and take my child away forever."**

I have filed a criminal complaint concerning these incidents.

---

[1] If your health or safety or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply to the Court for an address confidentiality order by submitting General Form GF-21, which is available on-line at www.nycourts.gov . *See* Family Court Act § 154-b.

[2] Where victim is incapable of consent for reason other than being under age 17 [Penal Law § 130.60(1)].

521                                                                    145

The following children live with me [including children that are not mine]:

| Name | Date of Birth | Relationship to Me | Relationship to Respondent |
|------|---------------|--------------------|-----------------------------|
| ███ Wang | ██ 5/2018 | Child | Child |

The Respondent was found to have violated an Order of Protection issued on behalf of me my children, a member of my family or household or person with whom I or had an intimate relationship as follows: **Petitioner states "A family offence petition and mail-service to Christoffer on 2/22/19. He has not stopped and it escalated."**

The Respondent owns or has access to guns as follows: **Petitioner states the Respondent has an unlicensed gun.**

The following court cases are pending between me and the Respondent:
**New York County Family Court Docket O-2057-19 and O-2784-19, next appearance 03/18/2019, part 45;**
**New York County Family Court Docket P-2059-19, next appearance 03/26/2019, part 39-ISP.**

I have not made any previous application to any court or judge for the relief requested in this petition.

WHEREFORE, Petitioner respectfully requests this Court to:

- adjudge the Respondent to have committed the family offenses alleged;
- enter an order of protection, specifying conditions of behavior to be observed by the Respondent in accordance with Section 842 of the Family Court Act:
  - **The Respondent shall stay away from the Petitioner and the Petitioner's children.**
  - **The Respondent shall stay away from the Petitioner's home, the Petitioner's job and the Petitioner's school.**
  - **The Respondent shall stay away from the Petitioner's children's schools, after school centers, activities and/or babysitters/daycare.**
  - **The Respondent shall not interfere with the Petitioner's care and custody of the Petitioner's children.**
  - **The Respondent shall not assault, harass, menace, stalk, or engage in any other criminal acts towards the Petitioner or the Petitioner's children.**
  - **The Respondent shall not contact the Petitioner or the Petitioner's children, neither directly nor through any third party, via e-mail, instant messaging, text messages, social media or any other electronic device.**
  - **The Respondent shall not impersonate the Petitioner, shall not make threats of murder, suicide, extortion towards me, towards my son,**

146

towards anyone/anything. The Respondent shall not file false allegations to police, CPS.

- order such other and further relief as the Court deems just and proper.

Dated: March 8, 2019

_____

**Kailin Wang, Petitioner**

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AM

**DESCRIPTION**

Utah Request for Protective Order by Wang against CT (V1)

**DATE / ITEM**

Mar. 11, 2019

**SOURCE PDF PAGES**

148-152

**FACT SUPPORTED / USE**

Shows Wang's contemporaneous Utah protective-order filing and sworn allegations during the same online-post/custody dispute period.

Exhibit AM  |  IC3 Complaint Appendix

FILED

MAR 18 2019

~~ DISTRICT
STATE OF UTAH
UTAH COUNTY

-194400734

## Request for Protective Order

Base Number: _____  District: _____

County: _____  State: Utah

Judge: _____

Commissioner: _____

**1  Petitioner** (person asking for protection):

Kailin _____ Wang

First _____ Middle _____ Last

### This is a private record.

Address and phone # (to keep private, leave blank):

_____
Street

_____
City — State — Zip

Phone #'s: _____

What is your date of birth?: 1/20/83

Other people protected by this order
(relatives or people who live with you):

| Name | Age | Relationship to Petitioner |
|---|---|---|
| Jan Sheng | 62 | mother |
| John Wang | 64 | father |
| ▮ | 4 month | Son |

Name and phone number of Petitioner's attorney (if any): _____

If you are under 16 years old, have you ever been married or emancipated by a court? [ ] Yes [ ] No

**2  Respondent** (person you need to be protected from):

▮▮▮▮▮▮▮

First _____ Middle _____ Last

Other Names Used _____

Relationship to Petitioner: father of my child

Address (street): ▮▮▮▮▮▮

San Francisco, CA 94118

City — State — Zip

Respondent's Employer (Name and address):

### Describe Respondent
* Required. If you do not know, write unknown.

| Sex* | Race* | Date of Birth* | Ht. | Wt. |
|---|---|---|---|---|
| M | white | ▮▮ 92 | 6'5 | 150 |

| Eyes | Hair | Full Social Security # (if known) |
|---|---|---|
| Blue | Brown | ▮▮▮▮ |

Distinguishing features (like tattoos, scars, limp, etc.)

_____

Driver's license issued by (state): CA  Expires: _____

| Other places to find Respondent (work, relatives, friend, hangouts, etc. – include city/state/zip on each address, if possible) | Location Type (work, relatives, friend, hangouts, etc) | Best times to find at this address | Phone number |
|---|---|---|---|
| ▮▮▮▮ | | | ▮ |
| ▮▮▮▮ | | | |
| | | | |

## Describe Respondent's vehicle(s):

| Make | Model | Color | License Plates |
|---|---|---|---|
| | | | |
| | | | |

Request for Protective Order

Approved Board of District Court Judges May 21, 2008
Revised November 28, 2018

Page 1 of 8

STATE001

148

Has the Respondent used weapons or been violent in the past? [✓] Yes [__] No   If yes, describe here: _Character_ _has_ _be_ _seen_ _on_ _gun_ _safety_ _range_ _and_ _even_ _heather_ _of_ _his_ _father_

Is the Respondent on probation or parole? [__] Yes [__] No   If yes, list the name of the probation/parole agency, the officer, and the telephone number here: _not sure_

3 What is your relationship to the Respondent? (Check all that apply)

- [__] a. We are married now.
- [__] b. We used to be married.
  Date of Divorce: _____
- [__] c. We live together as a couple.
- [__] d. We used to live together as a couple.
- [__] e. We are or used to be in a consensual sexual relationship.
- [__] f. We live or used to live in the same home
- [__] g. We are related by blood or marriage within the second degree of consanguinity (Specify relationship): _____
- [__] h. We are expecting a child now.
  List Due Date: _____
- [✓] i. We have or had a child or children together. List below:

| Child's Name | Month and Year of Birth | Address |
|---|---|---|
| Kayson Wang | 11/26/18 | ~~Kaiden city Pean~~ 2481 Fairway Dr Spanish Fork, Ut 84660 |
|  |  |  |
|  |  |  |
|  |  |  |

4 Describe the most recent abuse (if any):
a. When did it happen? (Date): _9/6/19_
b. Where did it happen? _2481 Fairway Dr_ _Spanish Fork_ , _Ut_
   Street                    City           State
   _I was in Ny for Jul interview my son was in utah_
c. Did the police come? [__] Yes [✓] No
d. If the police came answer these questions:
   What police department came? _____
   Was anyone arrested? [__] Yes [✓] No
   If yes, who was arrested? _____
   What is the case number? _____
   Did anyone get a ticket? [__] Yes [__] No
   If yes, who got the ticket? _____
e. Describe the abuse or domestic violence: [████] _impersonated_ _me_ _on_ _HolySmoke.org_ _and_ _said_ "_Kaitlin Wang_ _I'm_ _going_ _to_ _kill_ _myself_ _and_ _this_ _baby_ _if_ _he_ _doesn't_ _pay_ _my_ _child_ _support_, _I_ _wish_ _his_ _parents_ _are_ _happy_ _to_ _hear_ _this_?" _9/6/18 - present_ _he_ _did_ _not_ _want_ _to_ _pay_ _for_ _this_ _baby_ _he_ _threatened_ _if_ _I_ _went_ _forward_ _w/_ _this_ _pregnancy_ _that_ _he_ _has_ _rich_ _parents_ _and_ _will_ _ruin_ _my_ _life_, _not_ _giving_ _any_ _give_ _his_ _son_ _away_, _he_ _said_ _he_ _has_ _naked_ _pictures_ _of_ _me_ _and_ _will_ _expose_ _me_.

[✓] Check here if you need more space and attach a separate sheet of paper to this form
f. What did the other person do or say to make you afraid? _He_ _said_ _he_ _has_ _powerful_ _rich_ _parents_ _that_ _can_ _send_ _me_ _to_ _jail_, _he_ _hired_ _people_ _to_ _surveillance_ _me_, _Parents_ _house_ _24/7_

g. Did the other person use or threaten to use a gun or other weapon? [X] Yes [_] No  (If yes, describe any weapons the Respondent owns and how they were used against you): _He impersoned me online and said I will murder my baby_

h. Were any children present when this happened? [X] Yes [_] No (If "yes," who?) _Kaysan Wang_
i. Who else was there? _____
j. Was anyone hurt? _____
k. Other facts: _____
_____
_____
_____
_____
_____

5  Describe past abuse (if any):
a. When did it happen? (Date): _____
b. Where did it happen? _____
   _____
   Street                          City              State
c. Did the police come? [_] Yes [_] No
d. If the police came answer these questions:
   What police department came? _____
   Was anyone arrested? [_] Yes [_] No
   If yes, who was arrested? _____
   What is the case number? _____
   Did anyone get a ticket? [_] Yes [_] No
   If yes, who got the ticket? _____
e. Describe the past abuse or domestic violence: _6/22/18, he threatened in 36 min phone conversation. My parents are rich, and white they'll never accept a Chinese baby. 6/30/18—present I've gotten text messages my naked pictures are online and that they are comming over to off Spanish Fork, ut. 2/15/18, 2/17/18, 2/16/19, 2/28/19 online posts surfaced about Christoffer collaborating with Walker whom I have w/ my family 3 permanent stalking injunctions against granted by Judge low after an evidentey hearing. Stating going to put it in_
[_] Check here if you need more space and attach a separate sheet of paper to this form _the jar in_

6  Describe why you think there is a substantial likelihood that the Respondent will commit domestic _jail and take_ violence or abuse _He hired people to surveillance my house 24/7, he many my child has commited every thing he threatened against me and my family after I decided to go against his wishes and keep the baby, which he threatened/pressured me to get 18-24 week abortion_ _Christoffer_

7  Other Court Cases
a. Are you or the Respondent on probation now for domestic violence? [X] Yes [_] No (If Yes, who? _Ruis c_
b. Have you or the Respondent ever been involved in any other court case involving either of you or your children? [X] Yes [_] No (If yes, list ALL court cases below):
_Active No temp order of protection File # 302011 Docket O-02959-19_

STATE003
150

File: 3o2o11

| Court case name | Temp. Order of protection | Court case number | Docket: O-02959~19 |
|---|---|---|---|
| Judge's name | Stephanie schwartz | County and state | NY, NY |
| Type of case | [X] Order of protection<br>[ ] Civil litigation | [ ] Juvenile court proceeding<br>[ ] Criminal case | |
| Person involved | [ ] Petitioner<br>[ ] Respondent | Did the judge make an order? | [ ] Yes<br>[ ] No |

| Court case name | | Court case number | |
|---|---|---|---|
| Judge's name | | County and state | |
| Type of case | [ ] Order of protection<br>[ ] Civil litigation | [ ] Juvenile court proceeding<br>[ ] Criminal case | |
| Person involved | [ ] Petitioner<br>[ ] Respondent | Did the judge make an order? | [ ] Yes<br>[ ] No |

| Court case name | | Court case number | |
|---|---|---|---|
| Judge's name | | County and state | |
| Type of case | [ ] Order of protection<br>[ ] Civil litigation | [ ] Juvenile court proceeding<br>[ ] Criminal case | |
| Person involved | [ ] Petitioner<br>[ ] Respondent | Did the judge make an order? | [ ] Yes<br>[ ] No |

| Court case name | | Court case number | |
|---|---|---|---|
| Judge's name | | County and state | |
| Type of case | [ ] Order of protection<br>[ ] Civil litigation | [ ] Juvenile court proceeding<br>[ ] Criminal case | |
| Person involved | [ ] Petitioner<br>[ ] Respondent | Did the judge make an order? | [ ] Yes<br>[ ] No |

c. Fill out below if any child listed on the first page of this form is involved in any other court case, like adoption, juvenile, or custody, or has been investigated by the Division of Child and Family Services.

| Type of Case | County and State | Court or DCFS case number (if you know it) |
|---|---|---|
| 1170844 DCFS | Spanish Fork, Ut | 1170844 |

Please, Judge, I am asking you to:

    [X] Order the Respondent to go to a court hearing

    [X] Make temporary (ex parte) orders, and

    [X] After the hearing, make permanent the protective orders I have checked below:

8  [X]    Personal Conduct Order the Respondent not to commit, try to commit or threaten to commit any form of violence against me or any person listed on the first page of this form. This

STATE004<br>151

The Petitioner must read and sign below:

I swear that:

- I am the Petitioner and I have read this Request for Protective Order.
- I understand it is a serious crime to lie to get a Protective Order. If I lie, I can be charged with a felony, punishable by up to 5 years in prison.
- I believe I have the right to the protective orders I have asked for in this Request.
- I am not using this Request to harass the Respondent or to abuse the judicial process.
- I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____ (city, and state or country).

_____
Date

Signature ► _____

Printed Name _____

STATE006
152

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AN

**DESCRIPTION**

California DV-200 proof of personal service

**DATE / ITEM**

Mar. 2019

**SOURCE PDF PAGES**

153

**FACT SUPPORTED / USE**

Shows service-related record in the California DVRO matter.

Exhibit AN | IC3 Complaint Appendix

**DV-200**  **Proof of Personal Service**

Clerk stamps date here when form is filed.

ENDORSED
F I L E D
San Francisco County Superior Court

APR 0 5 2019

CLERK OF THE COURT
BY: ___JOSHUA MANDAPAT___
Deputy Clerk

(1) **Name of Party Asking for Protection:**
_____EN

(2) **Name of Party to Be Restrained:**
KAILIN WANG_____

(3) **Notice to Server**
The server must:
- Be 18 years of age or older.
- Not be listed in items (1) or (3) of form DV-100, *Request for Domestic Violence Restraining Order.*
- Give a copy of all documents checked in (4) to the restrained party in (2) (you cannot send them by mail). Then complete and sign this form, and give or mail it to the party in (1).

Fill in court name and street address:

Superior Court of California, County of
San Francisco
400 McAllister Street
San Francisco CA 94102
Civic Center Courthouse

Court clerk fills in case number when form is filed.

**Case Number:**
FDV-19-814465

(4) I gave the party in (2) a copy of all the documents checked:
- a. ☒ DV-109 with DV-100 and a blank DV-120 *(Notice of Court Hearing; Request for Domestic Violence Restraining Order;* blank *Response to Request for Domestic Violence Restraining Order)*
- b. ☒ DV-110 *(Temporary Restraining Order)*
- c. ☒ DV-105 and DV-140 *(Request for Child Custody and Visitation Orders, Child Custody and Visitation Order)*
- d. ☐ FL-150 with a blank FL-150 *(Income and Expense Declaration)*
- e. ☐ FL-155 with a blank FL-155 *(Financial Statement (Simplified))*
- f. ☐ DV-115 *(Request to Continue Hearing)*
- g. ☒ DV-116 *(Order on Request to Continue Hearing)*
- h. ☐ DV-130 *(Restraining Order After Hearing)*
- i. ☒ Other *(specify):* See Attached Affidavit of Service for Full List of Pleadings Served.

(5) I personally gave copies of the documents checked above to the party in (2) on:
- a. Date: 03/18/2019  b. Time: 4:18  ☐ a.m. ☒ p.m.
- c. At this address: 75 E. 80 N
  City: AMERICAN FORK  State: California UT  Zip: 84003

(6) **Server's Information**
Name: DEPUTY RENE VENTURA_____
Address: 3450 N. TRIUMPH BLVD SUITE 102_____
City: LEHI  State: California UT  Zip: 84043
Telephone: 801.753.5716
*(If you are a registered process server):*
County of registration: _____  Registration number: _____

(7) I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 03/18/2019

DEPUTY RENE VENTURA
*Type or print server's name*

_Server to sign here_
SIGNATURE BY FACSIMILE

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Optional Form
Family Code, §§ 243, 245, and 6345

**Proof of Personal Service (CLETS)**
**(Domestic Violence Prevention)**

DV-200, Page 1 of 1
Westlaw Doc & Form Builder

Document received by the CA 1st District Court of Appeal.

153
AA 631

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AO

### DESCRIPTION

On March 23, 2019, I received a Temporary Protective Order and Request for Protective Order for service. I was requested to serve ███████████████ ████████ ██████ ████████ or ████ ████████ at ████████████ **Menlo Park, CA 94025**.

I attempted service at that address on March 24, 2019, at 8:52 a.m. There were two vehicles parked in the driveway and a Ring doorbell with a possible camera, but no one answered the door.

On March 24, 2019, I dispatched this service assignment to another registered process server, Todd Brenneck. On March 25, 2019, Mr. Brenneck reported that he had attempted service at the same address on March 25, 2019, at 9:45 p.m. He observed two vehicles, one of which was a silver pickup truck. Several lights were on inside the residence, but no one answered or came to the door.

Utah affidavit of attempted service and Wasatch Constables return of non-service

### DATE / ITEM

Mar. 23, 24, 2019 and Apr. 09, 2019

### SOURCE PDF PAGES

154-156

### FACT SUPPORTED / USE

Shows CT V1 Evading Service, service difficulties and non-service evidence in the California, and Utah CT (V1)/Wang matter.

KAILIN WANG
[Private Address]


In Pro Per

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND THE FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| KAILIN WANG,<br>        Petitioner,<br><br>v.<br><br>████████████ ) ████████,<br>        Respondents. | **Case No: 194400734**<br>**Commissioner: n/a**<br>**Judge: Honorable Derek P. Pullan**<br><br>## AFFIDAVIT OF ATTEMPTED<br>## SERVICE |

STATE OF CALIFORNIA      )
                                             ) ss:
COUNTY OF SAN MATEO   )

I, Tony Klein, say:

I am a resident of the State of California, over the age of 18 and not a party to this action, and Registered Process Server #21 in San Francisco, California and have the authority to serve process throughout the State of California.

The following facts are within my personal knowledge, except those made on the basis of business maintained in the normal course of business. If sworn as a witness I can and will competently testify thereto.

On March 23, 2019 I received a Temporary Protective Order and Request for Protective Order for service. I was requested to serve ████████████████ ) ████ or ████ ████████ or ████ ████████ at ████████, Menlo Park, CA 94025.

I attempted service at that address on the March 24, 2019 at 8:52 AM. There were 2 vehicles parked in the driveway, and a "ring" doorbell with a possible camera, but there was no answer.

On March 24, 2019 I dispatched this service assignment to another registered process server, Todd Brenneck. On March 25, 2019 he reported that he had attempted service at that address on March 25, 2019 at 9:45 PM. He observed two vehicles, one of which was a silver PU truck. There were several lights on inside the house, but nobody answered or came to the door.

On March 26, 2019, service efforts were canceled.

Tony Klein

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to before me, a Notary Public on March 27, 2019 by Tony Klein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



ROMY IBARRA-KLEIN
COMM. # 2109636
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXPIRES MAY 11, 2019

678                                                                                     154

001005

# RETURN OF SERVICE
# NON-SERVE - COMMENTS

FOURTH DISTRICT COURT - PROVO DIVISION
STATE OF UTAH, COUNTY OF UTAH

For:
Kailin Wang
2481 Fairway Dr
Spanish Fork UT 84660

**KAILIN WANG,**
PLAINTIFF
*VS*
**CHR██████████ S██████ ████████**
DEFENDANT.

Case Number: **194400734**

I, **Rob Kolkman,** state:

On **04/09/2019** at **15:38:00**, I *failed* to serve the following: **Temporary Protective Order** for **CH██████ ████████ ████████** at **8142 STATE ST #200, MIDVALE, UT 84047** because after a reasonable investigation, I determined I services was impractical Read the comments below for further details.

Court Date: *05/21/2019*

**Comments:**
Attorney refused documents.

04/09/2019 03:38:40 PM 8142 State St #200, Midvale, UT 84047 Attorney refuse service said not authorized through the receptionist attorney would not come out

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Deputy of the Ogden City Constable, and that the foregoing is true and correct. Executed on the date listed above.

X_____
**Rob Kolkman    04/10/2019**

Job #: 1912265
Service Fee: $79.00



001005

KAILIN WANG
[Private Address]

In Pro Per

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND THE FOR UTAH COUNTY, STATE OF UTAH

| KAILIN WANG,<br>Petitioner,<br><br>v.<br><br>▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮,<br>Respondent. | Case No: 194400734<br>Commissioner: n/a<br>Judge: Honorable Derek P. Pullan<br><br>**AFFIDAVIT OF ATTEMPTED<br>SERVICE** |
|---|---|

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SAN MATEO    )

I, Tony Klein, say:

I am a resident of the State of California, over the age of 18 and not a party to this action, and Registered Process Server #21 in San Francisco, California and have the authority to serve process throughout the State of California.

The following facts are within my personal knowledge. If sworn as a witness I can and will competently testify thereto.

On April 2, 2019 I received a Temporary Protective Order, set for May 21, 2019, for service on ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ t the San Francisco County Superior Courthouse, 400 McAllister St., 4th Fl., San Francisco, Ca 94102 on April 10, 2019 where he might be attending a court hearing in Dept. 404.

On April 10, 2019 at 8:28 AM I personally served ▮▮▮▮▮▮▮▮▮▮▮ ▮D ▮▮▮▮▮▮▮ ith the Temporary Protective Order at the San Francisco County Superior Courthouse, 400 McAllister St., 4th Fl., San Francisco, Ca 94102.

_____
Tony Klein

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to before me, a Notary Public
on April 10, 2019 by Tony Klein, proved to me
on the basis of satisfactory evidence to be the person
who appeared before me.

_____

ROMY IBARRA-KLEIN
COMM. # 2109636
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXPIRES MAY 11, 2019

156

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT



**DESCRIPTION**

CT (V1) verified answer to Wang's Utah protective-order request

**DATE / ITEM**

Apr. 2019

**SOURCE PDF PAGES**

157-159

**FACT SUPPORTED / USE**

Shows CT (V1)'s formal denials, including denial of impersonation and weapons allegations, for comparison against later records and claims.

Exhibit AP  |  IC3 Complaint Appendix

MITCHELL J. OLSEN JR.
Utah State Bar No. 13826
BEAU J. OLSEN
Utah State Bar No. 15213
OLSEN & OLSEN, L.L.C.
*Attorneys for Respondent*
8142 South State Street
Midvale, Utah  84047
Telephone:  (801) 255-7176
beau@olsenfamilylaw.net

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| KAILIN WANG,<br><br>Petitioner,<br><br>vs.<br><br>C███████ ████████<br><br>Respondent. | **RESPONDENT'S VERIFIED ANSWER TO PETITIONER'S REQUEST FOR PROTECTIVE ORDER**<br><br>Civil No.  194400734<br><br>Judge Thomas Low<br>Commissioner Thomas Patton |

COMES NOW Respondent, C███████ ████████ and, in answer to Petitioner's Request for Protective Order ("Petitioner's Request"), admits, denies and alleges as follows:

1.    In answer to paragraph 1 of  Petitioner's Request, Respondent admits that Kailin Wang is the Petitioner.

2.    In answer to paragraph 2 of  Petitioner's Request,  Respondent admits that he and Petitioner have a child in common. Respondent denies all remaining allegations in paragraph 2 of Petitioner's Request.

Respondent affirmatively alleges he has never been violent in the past towards Petitioner of the parties' child.

157

8.    Respondent denies paragraphs 4(g) through 4(k) of Petitioner's Request. *See Respondent's Declaration in Opposition to Protective Order.*

Respondent affirmatively alleges that he owns no guns or weapons.

Respondent further alleges that he never impersonated Petitioner on any online forums. Two separate courts, the California Superior Court and the Utah Juvenile Court, have found that the child should be with Respondent. *See* Utah Juvenile Order and California Order.

9.    Respondent denies paragraph 5 through 5(e) of Petitioner's Request. *See Respondent's Declaration in Opposition to Protective Order.*

Respondent affirmatively alleges that he has never had a threatening conversation with Petitioner, although the issue of abortion was discussed through phone conversations and text messages.

Respondent affirmatively alleges that he never made any racial comments regarding Petitioner or his child.

Respondent affirmatively alleges that he has never threatened to send Petitioner to jail.

Respondent affirmatively alleges that he is not colluding in any way with ████ ████ and has never had any contact with ████ ████

10.    Respondent denies paragraph 6 of Petitioner's Request. *See Respondent's Declaration in Opposition to Protective Order.*

Respondent affirmatively alleges that he is not stalking Respondent or her family, nor does he have anyone surveiling her parents' house.

4

████████ LIES under Penalty of Perjury

158

## **VERIFICATION**

CH▮▮▮▮▮▮ ▮▮▮▮▮▮ being first duly sworn, deposes and says that he is the

Respondent in the above-entitled matter, that he has read the foregoing **RESPONDENT'S**

**VERIFIED ANSWER TO PETITIONER'S REQUEST FOR PROTECTIVE ORDER** and

knows the contents thereof, that the same is true to the best of his knowledge and belief under

criminal penalty under Utah Code § 78B-5-705 and the laws of the State of Utah.



/s/ C▮▮▮▮ ▮▮▮▮
CH▮▮▮▮▮ ▮▮▮▮▮
*Respondent*

6

159

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# AQ

**DESCRIPTION**

Utah Fourth District Court transcript, continuance

**DATE / ITEM**

May 21, 2019

**SOURCE PDF PAGES**

160-168

**FACT SUPPORTED / USE**

Important authorship/reliability exhibit: the transcript reflects the court's concern that proving who did online conduct would require expert proof, and that the court would hold both parties to that standard.

Exhibit AQ  |  IC3 Complaint Appendix

IN THE FOURTH DISTRICT COURT - PROVO

UTAH COUNTY, STATE OF UTAH

KAILIN WANG,                              :
                                          :CASE NO. 194400718
                    PETITIONER,           :
        vs.                               :
                                          :
CH███████ S███████ ███████               :
                                          :
                    RESPONDENT.           :With Keyword Index

MAY 21, 2019

CONTINUANCE

BEFORE

COMMISSIONER THOMAS PATTON

TRANSCRIBED BY: LINDA J. SMURTHWAITE, RDR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1



APPEARANCES

For the Petitioner:    STEVE S. CHRISTENSEN
                       Attorney at Law

For the Respondent:    MITCHELL J. OLSEN
                       Attorney at Law


I N D E X

                                              PAGE

Court's Rule                                    3

                                                        2

161

FOURTH DISTRICT COURT, PROVO

MAY 21, 2019

COMMISSIONER THOMAS PATTON-PRESIDING

(Transcriber's note:  Speaker identification

may not be accurate with audio recordings.)

PROCEEDINGS

THE COMMISSIONER:  In this matter I find that all though this action has some unique claims, that it's really not that much unlike other actions that the court hears.  And generally in these types of actions, it's he says, she says.  That's what we get, he says, she says.

Now, there are those who would argue well, if it's he says she says then you lacks sufficient knowledge.  You can't conclude that's all it is to make a determination of credibility.  And if that's all the court had, then that may very well be.  But in this case, the court has more than that.  Have a lot more than that. And credibility, credibility is resolved, almost always by similar factors.  Is the proper testimony consistent with common experience, is it consistent with other credible evidence, is it internally consistent, does it provide sufficient details, does anyone have any special experience or expertise?  And Mr. Olsen, you and your client have come before the court and said she is not sufficient.  Now, you didn't say it that susimply (sic),

3

Mr. Olsen.  But what you said in there with your pleading that she's not credible enough (inaudible) or protective order.  Terward versus Hards (sic) and she's not credible.

Well, one of the things the court clearly looks at in determining credibility, is his the proper testimony consistent with known facts, undisputed facts, facts that can't possibly be misunderstood.  I have a petition for protective order It was signed and requested by the petitioner on March 18th 2019.  There is a specific question under paragraph seven, are you the respondent on probation for domestic violence, she marks yes.  But in D it says have you or the respondent ever been involved in any other court case involving either of you or your children.  And if yes, which she clearly marks yes, list to all, and the word all is in capitals All court cases.  And what she listed was that there was something going on, an active duty or temporary order or protection.

And then she refers to that again.  And then conspicuous by its absence as a referral to the back that there was a JV court action involving the same parties. These stay in two parties and the shots, somehow mysteriously forgotten.  It is conspicuous by its absence.  There were two California actions pending that

4

had previously been filed, not mentioned to give this court a fair opportunity to determine whether or not it would issue a protective order here, and particularly whether or not it would enter any orders concerning custody on an ex parte basis.

And then lastly in addition to the juvenile court case and the two California actions, on March 15th, the petitioner signed a petition for paternity in case No. 194400718 with her attorney ███ -y Spencer, and she verified that the statements made there were true.  But somehow between March 15th and March 18th when she files this, she has forgotten she signed that paperwork three days before and fails to mention it.  And all of those things are known facts to this court, and her testimony in her petition is not consistent with those known facts. And when you're coming before the court, and I'm going to have to make a determination of veracity based on he says she says, you should fill in everything, particularly if it says all for cases in facts.

So first and foremost, I find Mr. Christensen, your client, is not sufficiently credible to meet her burden of proof.  But if I'm wrong, her testimony is about what she believes and then you stood up and argued and you shouldn't rely on their statements from their hearsay from their New York police officer who's done an

5

164

investigation because it would require some type of an expert to prove who did what.

Well, if I'm going to hold them to that standard I would hold your client to the same standard Mr. Christensen, and therefore I would find she's failed to prove that he did it.  Instead she stated repeatedly she believes what he did and is failed to meet her burden of proof there.  And for those reasons I am denying the protective order and the temporary protective order will expire by its own terms.

Thank you, good luck to the parties.

MR. OLSEN:  Thank you, your Honor.

THE COURT:  Mr. Olsen, do a short order from today explaining what my decision was based on.

MR. OLSEN:  I would.

MR CHRISTENSEN:  I filed yesterday a motion to continue the hearing tomorrow.  Is the court willing to hear --

THE COURT:  Yes, it will -- I will because I don't have time to give you a phone conference with you and Mr. Olsen, either this afternoon or tomorrow morning.  So Mr. Olsen, we're going to hear the motion to continue to hear.

MR. OLSEN:  Understood.

THE COURT:  Go ahead, Mr. Christensen.  How much

6

165

of a continuance do you want?

MR. CHRISTENSEN:  I really -- I mean I even suggested to Mr. Olsen we do it right now, but --

MR. OLSEN:  Yeah, do it now.  I'm already into my staff's one challenge.

MR. CHRISTENSEN:  Can I just say that to demonstrate that I just need some accomodation.  I have two back to back hearings tomorrow so I just can't get down to Provo and back again.

THE COURT:  How much time do you need?

MR. CHRISTENSEN:  You know, one week.  I mean as long as we can pick a date that everyone can be at, I think Mr. Olsen indicated there may be a hearing on your calendar for June 3rd in this case.  Is that right?

MR. OLSEN:  That's in the grandparents case your Honor, if we have a motion to dismiss the grandparents petition before you on June 3.

THE COURT:  What time of day?

MR. OLSEN:  Let me check your Honor.  10:00 your Honor.

THE COURT:  Hang on just a second.  What do we got on June 3rd in the afternoon?

MR. CHRISTENSEN:  I'm sorry your Honor, it's 2:00.

THE COURT:  Is it 2:00?  What else do I have on

7

166

June 3rd (inaudible) by being on schedule that afternoon? What if I put both cases, everything on that afternoon, and all likelihood counselor I would cover that other order to show cause first just like I did today anticipating that yours is going to go long. You see what I'm saying? But you would have everything on both cases. Now the problem I've got is that -- well, that's already scheduled at the 2:00 on the grandparents, right?

MR. OLSEN: Correct your Honor.

THE COURT: So I don't have to get their permission to move it because I'm not moving that one.

MR. OLSEN: Correct.

THE COURT: What about that?

MR. CHRISTENSEN: Yeah, that would be great.

THE COURT: Okay. And anticipate counsel that I'll be able to give you a little more time, okay? Simply because I'm not -- and I'm telling my clerk, don't put anything else that afternoon. I do have one other order to show cause, but don't put anything other than these. All right?

MR. CHRISTENSEN: All right.

MR. OLSEN: Thank you.

THE COURT: Thank you Counsel, good luck to the parties.

MR. OLSEN: Thank you, your Honor.
(Whereupon the matter was concluded.)

8

167

STATE OF UTAH                    )

COUNTY OF SALT LAKE        )

I, Linda J. Smurthwaite, Certified Shorthand Reporter, Registered Professional Reporter, and notary public within and for the county of Salt Lake, State of Utah do hereby certify:

That the foregoing proceedings were taken by me from an electronic recording at the time and place set forth herein, and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision.

That the foregoing pages contain a true and correct transcription of my said shorthand notes so taken.

In Witness Whereof, I have subscribed my name this 22nd day of May, 2019.

_____
LINDA J. SMURTHWAITE
CERTIFIED SHORTHAND REPORTER

9

168

**APPENDIX OF EXHIBITS  —  IC3 COMPLAINTS**

# EXHIBIT

# AR

**DESCRIPTION**

Email to SFPD: additional impersonation post discovered, with screenshot

**DATE / ITEM**

May 16, 2019

**SOURCE PDF PAGES**

169-170

**FACT SUPPORTED / USE**

Shows Wang/Lanie Lee contemporaneously reported a new alleged impersonation post to SFPD, including the post content.

Exhibit AR  |  IC3 Complaint Appendix

 **Gmail**

**Lanie Lee <lancewr12@gmail.com>**

## Additional Impersonation Post Discovered today.

**Lanie Lee** <lancewr12@gmail.com>                                      Thu, May 16, 2019 at 2:18 PM
To: michelle.martinez@sfpd.gov

    **Fake Post Below:**

    **Kailin Wang**                                                                    May 16, 2019 at 8:26 AM
I would like to apologize to the entire ████████ family, my family, Chr███████ and especially ████████ I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with ████████

If you want to give him another name, I totally understand. Be well, Chr███████. Take good care of our son.

    📄 **The League CyberStalker Kailin Wang - The Dirty.pdf**
       216K



REPLY ↩



**Kailin Wang**

May 16, 2019

I would like to apologize to the entire ███████ family, my family, Chr██████, and especially ███████ I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with ███████

If you want to give him another name, I totally understand. Be well, Ch██████r. Take good care of our son.

REPLY ↩



170

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AS

**DESCRIPTION**

Email to SFPD: another post discovered, with screenshot

**DATE / ITEM**

June 3, 2019

**SOURCE PDF PAGES**

171-172

**FACT SUPPORTED / USE**

Shows another contemporaneous report to SFPD of alleged impersonation/defamatory content.

Exhibit AS | IC3 Complaint Appendix

 Gmail

**Lanie Lee <lancewr12@gmail.com>**

## Another post discovered.

**Lanie Lee** <lancewr12@gmail.com>
To: "Martinez, Michele (POL)" <michele.martinez@sfgov.org>

Mon, Jun 3, 2019 at 10:39 PM

Another impersonation post discovered.



**Screenshot_20190603-223701_DuckDuckGo.jpg**
276K

Case 2:24-cr-00163-TS    Document 248-1    Filed 01/16/20    PageID 15498    Page 219 of 225

☰    Search for a friend  🔍  ✏️

# Leave A Comment

Your email address will not be published.

Superhero Name

Email

Comments

Post

**Kailin Wang**                    June 3, 2019 at 9:23 AM

I miss Chr███████ and ███████ so much. I just wnat us all to b a family. ████y and A███, please stop pursuing charges aganst me. SGt Michelle Martinez of SFPD you need to help me.

Reply

1    2    3    ...    6    »

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AT

### DESCRIPTION

Email to SFPD: June 4 impersonation post on TheDirty.com, with screenshot

### DATE / ITEM

June 6, 2019

### SOURCE PDF PAGES

173-174

### FACT SUPPORTED / USE

Shows another specific online post reported to law enforcement and the content attributed to a child/"the child" persona.

Exhibit AT | IC3 Complaint Appendix

 Gmail

**Lanie Lee <lancewr12@gmail.com>**

## 6/4/19 Impersonation post

1 message

**Lanie Lee** <lancewr12@gmail.com>                                    Thu, Jun 6, 2019 at 10:31 AM
To: "Martinez, Michele (POL)" <michele.martinez@sfgov.org>

6/4/19 Impersonation post

Thedirty.com

If any leads let Steve or Karl know. Thanks.



**Screenshot_20190605-224915_DuckDuckGo.jpg**
573K

 

Case 2:24-cr-00163-TS   Document 246-1   Filed 06/26/25   PageID 15491   Page 222 of 225

☰  **D**  Search for a friend  🔍  ✏️

▮▮▮▮▮ **wang**    June 4, 2019 at 10:44 AM

▮▮y is evil and never feeds me. I am so so so hungry. when are u going to visit? grandpa alan is always looking at me crerepy and I dont want to be here anymore. I was so much happier wiht u in utah. Sgt Martinez of the SFPD was over here the other night and is working with the thygsn family to keep me away from u. i miss u so much. love, ▮▮▮▮▮.

Reply

---

**Kailin Wang**    May 16, 2019 at 8:26 AM

I would like to apologize to the entire T▮▮▮▮▮ family, my family, Chr▮▮▮▮▮, and especially ▮▮▮▮▮. I don't deserve to have a child with the way I am acting. I would like to extend an olive branch to put all of this behind us. I am going to get psychological help and maybe one day I can be reuinted with ▮▮▮▮▮

If you want to give him another name, I totally understand. Be well, Ch▮▮▮▮▮. Take good care of our son.

Reply

---

▮▮▮▮▮ ▮▮▮▮▮    April 29, 2019 at 12:47 AM

You are a Cyber stalking slore with SEVERE MENTAL ILLNESS.

Were are going to put you away, for 20 years

**APPENDIX OF EXHIBITS — IC3 COMPLAINTS**

# EXHIBIT

# AU

**DESCRIPTION**

Email to SFPD: newly discovered defamatory Cheaterboard post, with screenshot and URL

**DATE / ITEM**

June 15, 2019

**SOURCE PDF PAGES**

175-176

**FACT SUPPORTED / USE**

Shows the Cheaterboard post was contemporaneously reported to SFPD and records the URL/content that should be tied to server/subpoena records before attributing authorship.

 Gmail

**Lanie Lee <lancewr12@gmail.com>**

## Newly Discovered Defamatory Post

1 message

**Lanie Lee** <lancewr12@gmail.com>                                      Sat, Jun 15, 2019 at 2:14 PM
To: "Martinez, Michele (POL)" <michele.martinez@sfgov.org>

http://www.cheaterboard.com/kailin-wang-salt-lake-city-utah/



**Screen Shot 2019-06-15 at 2.11.49 PM.png**
466K



**CHEATERS**  **UTAH**

# Kailin Wang — Salt Lake City, Utah

Anonymous 📅 2 weeks ago 💬 Add comment 👁 12 views ⏱ 2 min read

He shouldn't have cheated on her. Kailin W**g went nuts when she couldn't have his nuts in her mouth and cyberstalked ████ ████ after he stuck his spork in another woman's hairpie. She robo called him 24/7, harassed him into calling the police and having her arrested. She's plotting her revenge for when she gets out, she went from wanting to suck his nuts to now being obsessed with his tongue, she's going to sit on it or cut it out of the rats mouth. Stay tuned to find out what happens to ██████ tongue, you already know what happened to ████ ████████ Kailin uses her tongue differently than he does, when she speaks out, it's her desire talking. With him, it's his displeasure, he didn't want to be a weasel but couldn't take a tongue lashing forever for eating out on Kailin, he likes a variety of p*****s, he's a pie connoisseur; she's a f*****g psycho b***h on some jealous s**t, she can use that tongue of hers on some of the crazy b*****s she's locked up with. Good thing ██████ ████ didn't suck a c**k, Kailin is very obsessive and doesn't play that s**t, he will find out soon enough, she's getting out soon.

---

NOTE: The content of this page is produced by third-party users. We don't exercise control over the posted content. If you find it offensive, harmful, inaccurate or otherwise inappropriate, please click on the button below.



**DISPUTE OR REMOVE** THE CONTENT ON THIS PAGE.

Share this cheater:

176