SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Ms. Wang
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | MOTION TO CONTINUE SENTENCING<br><br><br>Case No. 2:24-cr-163 TS |

Kailin Wang, through counsel, moves this Court to continue sentencing in this case (that is currently scheduled on June 9, 2026) for approximately 45 days.  The government and the victim's counsel do not object to the requested continuance.  Ms. Wang bases this Motion on the following grounds:

1.      On March 9, 2026, the Court granted Ms. Wang's request to represent herself pro se.  She subsequently filed several motions.  On May 22, 2026, the Court granted Ms. Wang's motion to reappoint counsel in this matter.  Defense counsel needs time to prepare objections to the PSR, prepare a sentencing memorandum, review with Ms. Wang issues she raised in her pro se motions, and to prepare for sentencing.

2.      Defense is requesting a 45-day continuance of the sentencing.

3.      Ms. Wang is currently not in custody.  She agrees to a continuance and agrees the continuance is necessary.

4.      At the hearing on May 22, 2026 where the Court granted Ms. Wang's request to reappoint counsel, Assistant United States Attorney Joey Blanch and the attorney for one of the victims both indicated that neither of them object to the requested continuance.

5.      There are no co-defendants.

For the reasons set forth herein, Ms. Wang respectfully requests a continuance of the sentencing currently scheduled for June 9, 2026 for 45 days.

DATED this 22nd day of May, 2025.


*/s/ Richard G. Sorenson*_____
Richard G. Sorenson
Assistant Federal Public Defender