IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | ORDER TO CONTINUE SENTENCING<br><br><br>Case No. 2:24-cr-163 TS |

Based on the Motion to Continue Sentencing trial filed by defendant Kailin Wang in the above-entitled case, and for good cause appearing, the Court makes the following findings:

1.      On March 9, 2026, the Court granted Ms. Wang's request to represent herself pro se.  She subsequently filed several motions.  On May 22, 2026, the Court granted Ms. Wang's motion to reappoint counsel in this matter.  Defense counsel needs time to prepare objections to the PSR, prepare a sentencing memorandum, review with Ms. Wang issues she raised in her pro se motions, and prepare for sentencing.

2.      Defense is requesting a 45-day continuance of the sentencing.

3.      Ms. Wang is currently not in custody.  She agrees to a continuance and agrees the continuance is necessary.

4.      At the hearing on May 22, 2026 where the Court granted Ms. Wang's request to reappoint counsel, Assistant United States Attorney Joey Blanch and the attorney for one of the victims both indicated that neither of them object to the requested continuance.

5.      There are no co-defendants.   Based on the foregoing findings, the Court concludes that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Therefore, the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, sentencing previously scheduled for June 9, 2026 is hereby continued to the ___ day of _____, 2026, at _____.

DATED this _____ day of May, 2026.

BY THE COURT:

_____ _____

Honorable Ted Stewart
United States District Court Judge